```
 1                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION

 3
    LORNA BEACH-MATHURA,              )   CASE NO. 08-21925-CIV
 4                                    )
                    Plaintiffs,       )
 5           vs.                      )      VOLUME 1 of 4
                                      )    Pages 1 through 258
 6   AMERICAN AIRLINES,               )
                                      )   MONDAY, JUNE 22, 2009
 7                  Defendants.       )
                                             9:59 a.m.
 8
                            JURY TRIAL
 9          BEFORE THE HONORABLE ANDREA M. SIMONTON
                 UNITED STATES MAGISTRATE JUDGE
10

11   APPEARANCES:

12   For Plaintiffs: Donovan L. Parker, Esq.
                     Duane Crooks, Esq.
13                   Law Offices of Donovan L. Parker
                     99 NW 183rd Street, Suite 104
14                   Miami, FL  33169
                     (305)655-0239
15
     For Defendants: Gregory M. Palmer, Esq.
16                   Marty Fulgueira Elfenbein, Esq.
                     RUMBERGER, KIRK & CALDWELL
17                   Brickell Bayview Centre, Suite 3000
                     80 S.W. 8th Street
18                   Post Office Box 01-9041
                     Miami, Florida  33101
19                   (305)358-5577

20

21

22   Reported By:    Judith M. Shelton, Certified Realtime Reporter
                     Official United States Court Reporter
23                   400 N. Miami Avenue, Room 8N09
                     Miami, FL  33128
24                   (305)523-5294
                     judy_shelton@msn.com
25
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
 1        (Court was called to order.)

 2             COURTROOM DEPUTY:  Calling Case Number 08-21925-CV,

 3   Judge Simonton.  Lorna Beach-Mathura versus American Airlines,

 4   Inc.

 5             Counsel, please note your appearances for the record.

 6             MR. PARKER:  Donovan Parker for Lorna Beach-Mathura.

 7             THE COURT:  And seated with you at counsel table?

 8             MR. PARKER:  It is my long-time colleague, Mr. Duane

 9   Crooks.  He is a member of the bar and also admitted to

10   practice in this court.  He will be assisting me, but will not

11   be participating in direct examination of witnesses.

12             MR. CROOKS:  Good morning, Your Honor.

13             THE COURT:  Good morning.  And your client is next to

14   you, also?

15             MR. PARKER:  Yes, Your Honor.  Lorna Beach-Mathura.

16             THE COURT:  Thank you.

17             And on behalf of the defendants?

18             MR. PALMER:  Good morning, Your Honor.  Greg Palmer

19   on behalf of American Airlines.  And with me is Marty

20   Elfenbein.  And the corporate representative for American

21   Airlines is Robert Dundas.

22             THE COURT:  The jury will be over shortly.  The first

23   thing I want to do is make that sure you received a copy of

24   the jury list and questionnaires.  Mr. Parker?

25             MR. PARKER:  Yes, Your Honor.  I have received it.
```

MONDAY, JUNE 22nd, 2009

```
 1              THE COURT:  Thank you.  And Mr. Palmer?
 2              MR. PALMER:  Yes, Your Honor.
 3              THE COURT:  Thank you.  Are there any housekeeping
 4   matters?  I know I need to obtain the exhibit list and exhibit
 5   book from each of the parties.
 6              MR. PARKER:  Yes, Your Honor.
 7              THE COURT:  So if you can hand those to me.
 8              MR. PALMER:  Your Honor, I'm having a few last-minute
 9   additions to mine and it will be brought over within the next
10   hour.
11              THE COURT:  Okay.  That's fine.  Do you have an
12   exhibit list?
13              MR. PALMER:  Yes.
14              THE COURT:  Okay.  If you can just give me a copy of
15   the exhibit list.  Thank you.  You can hand them to me.  Thank
16   you.
17              Okay.  Your exhibit list, Mr. Parker, you need to
18   have each exhibit individually marked with an exhibit sticker.
19   Do you not have that?
20              MR. PARKER:  We have an exhibit sticker on the side,
21   Your Honor.
22              THE COURT:  On the side of what?
23              MR. PARKER:  On the side of the notebook, like here.
24   These are the numbers on the side and they correspond.
25              THE COURT:  Okay.  So you haven't marked the
```

MONDAY, JUNE 22nd, 2009

```
 1   exhibits, you've only marked the tabs, is that --

 2        MR. PARKER:  The exhibits are also -- there is a

 3   table of contents that relates directly to the exhibits on the

 4   right side and they are numbered 1 through 13, Your Honor.

 5        THE COURT:  You have no exhibit list, other than the

 6   tabs?  In other words, there is an AO form of an exhibit list

 7   that is just a piece of paper that lists each of the exhibits.

 8   So you're saying that you intend -- and, remember, this

 9   notebook never goes back to the jury room, so you have to have

10   each exhibit separately marked as an individual piece of paper

11   that will then be the exhibits that go back to the jury room,

12   correct?

13        MR. PARKER:  We can take care of that right now, Your

14   Honor.

15        THE COURT:  Okay.  But I suppose since we've already

16   admitted all the -- all the exhibits are all preadmitted, you

17   don't have -- you just have these notebooks, you don't have

18   separate exhibit stickers on each of them?

19        MR. PARKER:  Not separately, Your Honor.

20        THE COURT:  Okay.  You'll need to separate exhibit

21   stickers for each exhibit.  That way if the notebooks come

22   apart or there's some issues or, you know, the jurors want to

23   look at particular ones, each exhibit is separately marked,

24   whether it's a composite exhibit or a -- you know, an

25   independent exhibit.  Okay.
```

MONDAY, JUNE 22nd, 2009

1          And do these exhibits correspond to the exhibits
2    listed in your pretrial stipulation?
3          MR. PARKER:  Yes, Your Honor.
4          THE COURT:  Okay.  And you have provided a copy to
5    opposing counsel?
6          MR. PARKER:  Not just yet, Your Honor.  I was about
7    to do that, Your Honor.
8          THE COURT:  Okay.  Why don't you give him a copy and
9    he'll give you a copy of his when it arrives.
10          And, Alicia, will you -- can you provide an exhibit
11    list form for them to fill out so that we have an exhibit list
12    form?
13          Because typically what happens is the exhibit list
14    form is what's filed in the court.  The exhibits aren't
15    necessarily scanned, they're returned to the parties at the
16    conclusion of the trial.  Is this -- let me see, this is okay.
17    This is defendant's exhibit list.
18          Okay.  So we will be giving you one of those.  I
19    thought we had one ready at hand.
20          Okay.  So you haven't prepared an amended exhibit or
21    witness list?  Yours just starts on page 12 with your
22    exhibits; is that correct?  You don't have one that eliminates
23    all the witnesses that you're not calling who are records
24    custodians, Ms. Elfenbein?
25          MS. ELFENBEIN:  That's correct, Judge.  We have our

1  original witness/exhibit list.  However, our condensed exhibit

2  list will be brought and delivered within the hour with our

3  binders.  And that will have all the exhibits we intend to

4  introduce only.  And that will eliminate a lot of the ones

5  that are on that exhibit list.

6          THE COURT:  Okay.  That's what I was asking for.  I

7  have this, this is what you filed.  What I was looking for was

8  your final exhibit list for the trial.

9          MS. ELFENBEIN:  My apologies.  That's coming with the

10 binders.

11         THE COURT:  Okay.  Fine.  Thank you.  Are there any

12 housekeeping matters that we need to take up?

13         MR. PARKER:  Yes, Your Honor.

14         THE COURT:  Okay.  Mr. Parker?

15         MR. PARKER:  Your Honor, I -- in doing a last-minute

16 review yesterday in my office, I came across a rather

17 interesting development where there may be certain violation

18 by the defendant here.

19         We have a discovery document that's in the form of --

20 it's in the form of an outline, evidently prepared by American

21 Airline agents and given to their attorney.

22         We have redactation (sic) with whiteout, that when

23 you look at it in the light, you could see clear causation

24 issues where read-ins go to the issue of documentation by

25 American Airlines that my client fell as a result of a

MONDAY, JUNE 22nd, 2009

1  wheelchair, and so forth.

2       It is redacted by a whiteout.  The fax copy was sent

3  to me, I have fax confirmation.  And the whiteout was sent to

4  me, subsequently.  I discovered this yesterday and I want to

5  apprise the Court of it.  It is highly irregular.  And it is a

6  redaction of some very important information.  And it's found

7  in Exhibit 11, page 136 through 141.

8       We have the redactation and original redactation in a

9  whiteout form.  And we have a fax confirmation, and we have a

10  letter that was the envelope that came with it, stapled to it,

11  Your Honor.  And I just -- under an abundance of caution, want

12  the Court to be apprised of this very serious matter.

13       THE COURT:  I don't understand what you just said.  I

14  mean, I don't know what you're asking me to do, number one.

15       I don't -- I can't tell -- I'm looking at your pages

16  136 through 138.  I can't tell what's whited out, what isn't

17  whited out.  And I don't know what it is you're asking me to

18  do.

19       MR. PARKER:  I have the original whiteout in my

20  possession, Your Honor.  And I could show Counselor for

21  American Airlines and we could approach to show Your Honor the

22  redactation in whiteout and the fax confirmation pages that

23  came, if Your Honor please.

24       THE COURT:  Okay.  You can show him what you're

25  talking about, or show Ms. Elfenbein what you're talking

MONDAY, JUNE 22nd, 2009

1    about.

2           MR. PARKER:  I will do that right now, Your Honor.

3           THE COURT:  So I gather what you're requesting is

4    that I require the unredacted version to be produced; is that

5    correct?

6           MR. PARKER:  Precisely, Your Honor.

7           MS. ELFENBEIN:  Judge, good morning.  Responding to

8    Mr. Parker's concern.

9           THE COURT:  Have you seen what he's talking about?

10          MS. ELFENBEIN:  Yes, I know exactly what he's talking

11   about.  In discovery the plaintiff filed a motion to compel

12   seeking to overrule some of our objections to his request for

13   production.  Now, we argued that our incident report was work

14   product privilege.  Judge Ungaro, in ruling on the plaintiff's

15   motion to compel, upheld our privilege and said, yes, that the

16   incident report was privileged.

17          However, in the spirit of discovery the plaintiff was

18   requesting, in Request Number 19, any information containing

19   the itinerary of travel of the plaintiff.  So part of this

20   privileged document contains her travel itinerary.  It's the

21   only document that American still had in its possession two

22   years after the incident.  So we redacted the privileged

23   portions that the Court upheld were privileged, stated this in

24   our response to the request for production that we were

25   withholding our privileged information the Court upheld, and

```
 1   produced the nonprivileged portions.  And we whited out and
 2   redacted what was privileged.
 3            THE COURT:  Okay.  And this -- let me see, the -- I'm
 4   looking to see, what, Request Number 19?
 5            MS. ELFENBEIN:  That's correct.
 6            THE COURT:  Okay.  Well, Mr. Parker, the supplemental
 7   response clearly states what is redacted.  If you had an
 8   objection to what was redacted and claim that it was not
 9   privileged, then it should have been raised at the time, as
10   opposed to on the day of trial.
11            As I understand it, Judge Ungaro ruled that there
12   were privileged portions with respect to the incident report.
13   They claimed the privilege, you did not challenge the
14   privilege on a timely basis; is that correct?
15            MS. ELFENBEIN:  Yes, Judge, that's correct.
16            THE COURT:  I'm asking Mr. Parker.  This was filed
17   March 20th of 2009 and, therefore, you would have had to file
18   any motion with respect to that, if you challenged the
19   assertion of privilege, by April 20th or April 19th of 2009.
20            So I'm not going to hear -- I mean, I'll let you
21   speak, but I'm not going to consider a discovery objection
22   while the jury is outside the courtroom waiting to come in,
23   when it was clear from what they submitted that that's what
24   they did.
25            MR. PARKER:  Your Honor, I believe the development
```

MONDAY, JUNE 22nd, 2009

```
 1   came after the privilege --

 2          THE COURT:  You need to speak into the microphone.

 3          MR. PARKER:  After the privilege ruling by the Judge,

 4   Your Honor, I think the redaction came after that.  It is

 5   highly unregular.  I just want to put it in the record for

 6   appellate purposes, if needed.

 7          THE COURT:  Well, you can put it in the record.  I

 8   mean, obviously, I'm not going to restrict you from speaking

 9   to it.  It would make sense that the redaction would occur

10   after Judge Ungaro ruled because before Judge Ungaro ruled

11   would have been more of an issue.

12          I mean, I'm not sure that Judge Ungaro's ruling has

13   any bearing.  But they claim their privilege, you didn't

14   challenge it on a timely basis, and I'm not going to go into

15   it, as I said, with the jury waiting outside.  The time to

16   challenge discovery is long past.

17          MR. PARKER:  Thank you, Your Honor.

18          THE COURT:  Is there anything else?

19          MR. PARKER:  No other housekeeping from the

20   plaintiff.

21          THE COURT:  Okay.  From the defendant, are there any

22   housekeeping measures?

23          MR. PALMER:  Yes, Your Honor.  One matter I want to

24   bring up, now; and that is, one of my witnesses -- let me

25   strike that.  Not one of my witnesses, one of my employees --
```

1  American Airlines' employees by the name of Janice Petruska,

2  P-E-T-R-U-S-K-A, who is in Fort Lauderdale, received a

3  subpoena to appear at trial.

4        Now, the plaintiff's counsel has presented the Court

5  with a copy of their exhibit/witness list.  Ms. Petruska is

6  not a listed witness to this cause of action.

7        Now, Ms. Petruska has contacted me, asking why she

8  had been subpoenaed.  I looked at the plaintiff's witness list

9  and saw that she wasn't listed.  Not being on the witness

10 list, she cannot appear as a witness in plaintiff's

11 case-in-chief, anyway.

12       THE COURT:  Unless she's on your witness list.

13       MR. PARKER:  Yes, Your Honor.  We withdraw that right

14 now.

15       THE COURT:  You're going to withdraw.  Okay.  That

16 takes care of that.

17       MR. PALMER:  That takes care of that.

18       THE COURT:  Okay.  Fine.  What I'll -- what I'm going

19 to do now is -- is the jury out there, Alicia, outside?

20       COURTROOM DEPUTY:  A couple of them had to use the

21 rest room.

22       THE COURT:  Okay.  So as soon as the jury is ready,

23 what I'm going to do is I'm going to have my courtroom deputy

24 or the court security officer bring them in.

25       They'll be lined up in the chairs in accordance with

MONDAY, JUNE 22nd, 2009

```
 1   the seating chart that I gave you.  In the back, in the far

 2   corner there will be one through five, then six through ten,

 3   then eleven through fourteen.  And, then, in the front, here,

 4   in front of the jury box, there will be fifteen through

 5   twenty.

 6           Once they're seated, I'll come in, my courtroom

 7   deputy will administer the oath to them and then I will begin.

 8           I trust that you all received the fax that had the

 9   questionnaire and then the follow-up voir dire that I intend

10   to conduct; is that correct, Mr. Parker?

11           MR. PARKER:  Absolutely, Your Honor.

12           THE COURT:  Okay.  Mr. Palmer?

13           MR. PALMER:  Yes, Your Honor.

14           THE COURT:  Okay.  And I'm trying to think if there's

15   anything else that I wanted to advise you of before we

16   begin -- or before I take a brief recess until the jurors are

17   all ready to take their seats.  Let me just review.

18           How much time -- I'll give you 15 to 20 minutes for

19   voir dire, to follow-up on anything that I don't follow-up.

20   It will be your responsibility to make sure that you ask the

21   most critical questions, and the ones that are most important

22   to you during that time.

23           In the past I've had situations where an attorney is

24   engaged in, what I would call, idle chatter for 15 minutes,

25   and then asked for additional time because there were some
```

MONDAY, JUNE 22nd, 2009

1  truly significant questions they wanted to ask.  So I reviewed

2  the proposed voir dire by American Airlines.  I chose the

3  questions that I thought were most pertinent that I would ask,

4  and you can follow up and ask any of the other questions.  But

5  I would suggest -- if you ask each member of the jury, if

6  you've ever been injured, if they're over the age of seven,

7  they will probably say, yes.  And so I omitted that from my

8  follow-up question.

9       Now, if you want to have a more focused inquiry,

10  generally, you can -- and I'm not picking on you.  I

11  understand why you would want to ask that question.  But I

12  just didn't want to engage in such a broad inquiry.  You know,

13  you might want to ask, for example, have you ever been injured

14  in a situation where you thought another person was at fault?

15  Something a little -- as opposed to, you know, I stepped off

16  my back step and fell because I wasn't looking where I was

17  going.

18       But, anyway, I don't want to restrict you, but you'll

19  need to focus.  As I said, I want to get a jury before we

20  break for lunch, even though that means we'll probably break

21  for lunch late today.

22       The other question I have, just for planning

23  purposes, you have your doctor witness coming in at 4:00; is

24  that correct?

25       MS. ELFENBEIN:  Yes, that's correct.

MONDAY, JUNE 22nd, 2009

1          THE COURT:  Okay.  That's the other reason I want to

2    make sure that we get a jury before lunch.  Because I want

3    openings and I want the plaintiff to be able to begin their

4    case before you put on your doctor witness.  So that's the

5    timeframe that we're operating under, okay?

6          MR. PARKER:  Okay.

7          THE COURT:  So we'll take a brief recess.  And I

8    would suggest, at this point, if any of you need to use the

9    facilities, let me let you use the jury room, because there

10   are bathrooms in the jury room, and the jurors are using the

11   bathrooms in the lobby.  So if you need to go there, just ask

12   the CSO to open the jury room and there's a men's and a

13   women's bathroom in the jury room.  We'll be in recess.

14      (Court recessed at 10:17 a.m. and proceedings continued at

15   10:26 a.m., as follows:)

16                          JURY VOIR DIRE

17         COURTROOM DEPUTY:  Calling Case Number

18   08-21925-Civil-Judge Simonton.  Lorna Beach-Mathura versus

19   American Airlines, Inc.

20         Counsel, please note your appearances for the record.

21         MR. PARKER:  Donovan Parker for Lorna Beach-Mathura.

22         THE COURT:  And will you please introduce your client

23   and your associate, also.

24         MR. PARKER:  Yes, Your Honor.  My client is Lorna

25   Beach-Mathura, sitting over there.

MONDAY, JUNE 22nd, 2009

1          My assistant, here, with me today is Duane Crooks.

2  He will be assisting me through this procedure.

3          THE COURT:  And on behalf of the defendant?

4          MR. PALMER:  Good morning, I am Greg Palmer.  I

5  represent American Airlines.  And with me, today, is Marty

6  Elfenbein; and from American Airlines we have Robert Dundas.

7          THE COURT:  Okay.  Thank you.

8          Before we begin I'm going to ask the panel to rise,

9  and then my courtroom deputy, Ms. Williams, will administer an

10 oath so that everything you say during the course of voir

11 dire, and that is the questioning that we do before we select

12 a jury, will be under oath.

13         COURTROOM DEPUTY:  You do solemnly swear or affirm

14 that you will truthfully answer all questions that shall be

15 asked of you touching upon your qualifications as a juror in

16 the case now called for trial.  Do each of you take this

17 solemn oath?

18         THE JURY PANEL:  I do.

19         COURTROOM DEPUTY:  Thank you.

20         THE COURT:  Before we begin I'm going to tell you a

21 few things about the case, and give you a little bit of

22 information.

23         First of all, we expect that this case will take

24 somewhere between three and five days, so you should be

25 finished this week.  We're going to start at about -- well,

MONDAY, JUNE 22nd, 2009

1    we're going to start at 9:30 every morning.  So you need to be

2    here, if you're selected, at 9:30.  And we will generally

3    recess at five.  Now, if we're in the middle of a witness who

4    is about to finish, we might go a little past five.  On the

5    other hand, if we finish a witness shortly before five, we

6    might recess a little bit of early.

7            I also want to let you know that it is permissible to

8    stand up, if you need to, during the course of proceedings,

9    either because you are feeling a little bit sleepy, not that I

10   expect the case to be dull, but sometimes especially after

11   lunch it helps to stand up for a minute or two or, you know,

12   if you're having back issues or something is bothering you.

13   And that goes for the parties and their counsel, as well.

14           I like people to be comfortable.  And sometimes it

15   just helps to be able to stand up and stretch for a minute, so

16   that's perfectly all right.  I don't take that as being

17   disrespectful.

18           Now, the other thing is that when you're speaking,

19   and I tell Counsel the same thing, when they're speaking,

20   everybody has to speak into a microphone.  So in a few minutes

21   we're going to be asking you certain questions.  And what I

22   would like you to do during the time that we're asking

23   questions, is I'll ask you to stand and use the microphone,

24   and that way we will be focused on you and we'll be able to

25   see you.

MONDAY, JUNE 22nd, 2009

1          Because for some reason, and it's not just because

2     that I happen to be a little bit on the short side, I can't

3     see the jurors in the front box, the ones closest to me.  So

4     rather than just pick on them, I generally have everybody

5     stand and then we get a clear view of you.  I'm also going to

6     move my name sign and that will help a little bit, also.

7          I want to tell you a little bit about the case before

8     I ask you questions.  You did fill out a questionnaire and I'm

9     going to go through some of the items on there that I think

10    deserve a little bit of follow-up.

11         But I want you to know something about this case and

12    the witnesses, so that you can let us know if you know

13    anything about this matter, or you've had prior experiences

14    that might influence you one way or the other in terms of

15    fairly and impartially deciding this case, or if you think the

16    parties would want to know that information.

17         The plaintiff contends that on August the 30th of

18    2006 she was a passenger on an American Airlines flight

19    departing from the Narita Airport in Japan with an ultimate

20    destination of Fort Lauderdale, Florida.  Specifically, she

21    claims that while she was present at the check-in counter for

22    American Airlines a man wearing an American Airline uniform

23    provided her with a wheelchair.  As the plaintiff attempted to

24    sit in the wheelchair, she claims it rolled backwards, causing

25    her to fall on floor.

MONDAY, JUNE 22nd, 2009

1        The plaintiff also alleges that after this incident,

2   American Airlines' agents took her from the check-in counter

3   to the gate to board the American Airline airplane.

4        It is for the wheelchair incident at the check-in

5   counter that plaintiff seeks damages in this action for past

6   and future medical damages, past lost wages, future loss of

7   earnings capacity, and pain and suffering.

8        It is American Airlines' position that the plaintiff

9   has no evidence that any action or omission on the part of

10  American Airlines caused her to fall to the ground.  It is

11  also American Airlines' position that the plaintiff has no

12  evidence of causation.

13       Now, I'm going to read a list of people who may be

14  witnesses or who may be mentioned by witnesses in this case.

15  Many of these persons are doctors or other medical personnel

16  associated with various medical facilities.  When I speak to

17  you individually, I'm going do ask you whether you a family

18  member or close friend knows or has business dealings or has

19  had business dealings with any of the persons or the business

20  entities that I name.

21       So I want you to listen to the list and then recall

22  that, because I am going to be asking you about it when I talk

23  to each of you, individually.

24       Obviously, first on the list is the plaintiff, Lorna

25  Beach-Mathura, and her attorneys, who you've just been

MONDAY, JUNE 22nd, 2009

1  introduced to.  Donovan Parker, who is with the law offices of

2  Donovan Parker, and his associate.

3          Next on the list is the defendant, American Airlines,

4  and its attorneys are Greg Palmer and Marty Elfenbein who are

5  with the law firm of Rumberger, Kirk, and Caldwell.  And with

6  them is their representative from American Airlines, Mr.

7  Dundas

8          Now, the witnesses or the persons about whom you

9  might hear testimony are Ciaran Collins; Dr. Ronald Landau of

10 Pembroke Pines MRI; Dr. Dennis Zaslow of Orthopedic Health &

11 Rehabilitation; Dr. Carlos Rivera of Open MRI, Dr. Christopher

12 Rudolph of Tri-County Chiropractic;

13         Dr. Julian Cameron of Orthopedic Health Center; Greg

14 Mazzotta, doctor of chiropractic of Orthopedic Health Center,

15 Inc.; Dr. Andrew Frank of Injury Institute of Florida;

16         Dr. Fred Furgange, University of Miami; Evan Rosen,

17 D.C., Marshall Bronstein, D.C.; Dr. Anthony James Hall of

18 Apple Medical Center; Dr. George Munoz of the Arthritis and

19 Osteoporosis Center;

20         Dr. Peter Livingston, Consultants in Diagnostic

21 Imaging; Dr. John Nordt, Spine Center of Miami; Dr. Richard

22 Douyon; Dr. Armand Katz; Dr. Brett Osborn; Dr. Faris Hanna;

23 Dr. Gary Glick;

24         Dr. Kenneth Rivera-Kolb of Florida Atlantic

25 Orthopedic; Dr. Jonathan Hyde, Orthopedic and Spinal

```
 1  Associates of South Florida; Dr. Robin Gipps; Dr. Frank Gali,
 2  Providian Health, FCE;
 3          Dr. Michael Wilensky; Dr. Jorge A. De Diego, doctor
 4  of chiropractic; Dr. Jesse Salmeron; Dr. Steven Gelbard;
 5  Dr. Selwyn Carrington; Dr. Fernando Bolufer;
 6          Stephanie Harris, Natalie Griffis, and Michelle
 7  Jessup, all of the Florida Bureau of Victim Compensation; Akio
 8  Hosono; T. Nohira; H. Ohta;
 9          And then Nova Southeastern Health Center; Physicians
10  Health Center; and Florida Atlantic Orthopedics.
11          And, then, finally, please let me know if you or a
12  close friend or family member has ever made a claim with the
13  Florida Workers' Compensation Division.
14          Having gone through that list, I'm going to turn now
15  to ask you individual questions.  And just so you'll know the
16  timing.  Once I am finished, I'll give each of the parties an
17  opportunity to speak to you, briefly, to ask any follow-up
18  questions regarding matters that I either missed or that they
19  want to explore a little bit further.
20          Our goal today is to pick the jury before letting you
21  go to lunch, and that means we may go a little past noon.  We
22  may go -- I'll try not to go past 1:00, but you'll need to let
23  me know if that presents a problem for you when we approach
24  that hour, if you are feeling the need to eat either because
25  you're diabetic or for some other reason.
```

MONDAY, JUNE 22nd, 2009

1          So turning first to Juror Number One, where is, okay.

2     The microphone is being handed to you.  Can you please tell us

3     your name and what part of Dade County you live in?  If you

4     could stand, sir.

5          PROSPECTIVE JUROR:  By name is Renzo Guillen.  I live

6     in Kendall, Southwest.

7          THE COURT:  Okay.  Thank you.  And I see that you're

8     a sales specialist now at Lowe's --

9          PROSPECTIVE JUROR:  Yes.

10         THE COURT:  -- and that you previously worked as --

11    in merchandise for Nabisco; is that correct?

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  And you say that your -- your spouse or

14    partner is self-employed and owns her own business.  What

15    business is that?

16         PROSPECTIVE JUROR:  Well, she owns a wholesale, back

17    in her country.

18         THE COURT:  And what country is that?

19         PROSPECTIVE JUROR:  Peru.

20         THE COURT:  And what kind of business is it?

21         PROSPECTIVE JUROR:  It's like a wholesale for

22    backpackers.

23         THE COURT:  Oh, for backpackers?

24         PROSPECTIVE JUROR:  Yes, ma'am.

25         THE COURT:  Okay.  And you say that you've had a

1  close friend or family member who's been employed by an

2  airline or at an airport?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Can you describe that a little bit for

5  us?

6          PROSPECTIVE JUROR:  I have two friends.  I may

7  actually have one friend who works for American Airlines, and

8  another friend who works at the Miami airport.

9          THE COURT:  And what do they do?

10         PROSPECTIVE JUROR:  The friend who works American

11 Airlines, he's a bag -- like a baggage handler.  And the other

12 friend is a TSA worker.

13         THE COURT:  Okay.  And, let's see, you've flown on

14 commercial airplanes around 15 times.

15         Have you ever had any bad experiences on an -- you

16 know, when you've been flying on an airline?

17         PROSPECTIVE JUROR:  Just one time, my luggage got

18 lost.

19         THE COURT:  Okay.  But no injuries resulting from any

20 flights on airlines --

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  -- or boarding or getting off?

23         PROSPECTIVE JUROR:  No.

24         THE COURT:  Do you know, or have you a family member

25 or close friend ever had any business dealings with any of the

MONDAY, JUNE 22nd, 2009

```
 1   parties or potential witnesses that I read to you?

 2           PROSPECTIVE JUROR:  No, ma'am.

 3           THE COURT:  Given the little bit you know about this

 4   case, have you or has anyone close to you ever had any

 5   experiences which you think might influence you one way or

 6   another in terms of serving on this jury fairly?

 7           PROSPECTIVE JUROR:  I don't think so.

 8           THE COURT:  Is there any reason why you can't give

 9   this case your full attention right now?

10           PROSPECTIVE JUROR:  Yes.

11           THE COURT:  And what is that?

12           PROSPECTIVE JUROR:  Presently, I'm working three jobs

13   to pay my mortgage and my bills.  And right now I'm losing

14   time from one of my jobs.  My full-time is paying for the -- I

15   mean, full-time is paying for jury duty, but by part-timer

16   won't pay, so I'm losing time.

17           THE COURT:  And what hours do you work part time?

18           PROSPECTIVE JUROR:  Like, today, I've lost four

19   hours.  I work -- usually work from five to nine.

20           THE COURT:  Okay.  And then what do you do part time?

21           PROSPECTIVE JUROR:  I merchandise for Nabisco.

22           THE COURT:  Okay.  Is there anything that I did not

23   ask you that I should have asked you or that you think the

24   parties would want to know which would affect your ability to

25   serve on this jury?
```

MONDAY, JUNE 22nd, 2009

1           PROSPECTIVE JUROR:  Well, like you say, if you --
2    when I was -- were in workers' comp, which I did two years
3    ago.
4           THE COURT:  Okay.  And what was the nature of your
5    workers' comp claim?
6           PROSPECTIVE JUROR:  I got knee injury.
7           THE COURT:  And how did you get a knee injury?
8           PROSPECTIVE JUROR:  When I was working, I fell, and
9    my whole weight came to my right knee.
10          THE COURT:  Okay.  And was this working at Lowe's?
11          PROSPECTIVE JUROR:  No, Home Depot.
12          THE COURT:  Oh, at Home Depot.  Okay.  Is there
13   anything else?
14          PROSPECTIVE JUROR:  No, ma'am.
15          THE COURT:  Okay.  Thank you.
16          Let me turn to Juror Number Two.  And can you please
17   tell us your name and the area of Dade County that you live
18   in?
19          PROSPECTIVE JUROR:  Levenia Millings, Coral Gables.
20          THE COURT:  Okay.  And let me look at your jury
21   questionnaire.  Okay.  Have you ever had any bad experiences
22   in connection with flying on an airplane?
23          PROSPECTIVE JUROR:  No.
24          THE COURT:  Okay.  Do you know -- or have you or a
25   family member or a close friend ever had business dealings

MONDAY, JUNE 22nd, 2009

1  with any of the parties or potential witnesses that I read to

2  you?

3          PROSPECTIVE JUROR:  No, ma'am.

4          THE COURT:  Given the little bit that you know about

5  this case, are there any experiences either by you or anyone

6  close to you that you think might influence you one way or the

7  other in terms of being fair and impartial?

8          PROSPECTIVE JUROR:  No, ma'am.

9          THE COURT:  Is there any reason why you can't give

10  this case your full attention?

11          PROSPECTIVE JUROR:  No, ma'am.

12          THE COURT:  Is there anything that I didn't ask you

13  that I should have or that you think the parties would want to

14  know which would affect your ability to serve on this jury

15  fairly?

16          PROSPECTIVE JUROR:  No, ma'am.

17          THE COURT:  And you've never had a claim with

18  workers' compensation?

19          PROSPECTIVE JUROR:  No.

20          THE COURT:  Thank you.  If you'll hand the microphone

21  to Juror Number Three.  If you'll tell us your name and the

22  area of Dade County you live in?

23          PROSPECTIVE JUROR:  Yes.  My name is Toussaint

24  Charpentier.  I live in west Miami-Dade.

25          THE COURT:  Okay.  Let me look at your questionnaire.

1          Okay.  Do you know or have you or a family member or

2    close friend ever had any business dealings with any of the

3    parties or witnesses to this case?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  Given the little bit that you know about

6    this case, have you or has anyone close to you ever had any

7    experience which might influence you one way or another in

8    terms of deciding this case fairly and impartially?

9          PROSPECTIVE JUROR:  No.

10         THE COURT:  Is there any reason why you can't give

11   this case your full attention?

12         PROSPECTIVE JUROR:  No.

13         THE COURT:  Is there anything that I did not ask you

14   that I should have asked you, or that you think the parties

15   would want to know, which might affect your ability to serve

16   fairly and impartially as a juror in this case?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Okay.  Sir.  Thank you.  If you'll hand

19   the microphone to Juror Number Four.

20         If you'll tell us your name and the area of Dade

21   County that you live in, please?

22         PROSPECTIVE JUROR:  Any name is Lillie Whaley.  And I

23   live in North Miami Beach.

24         THE COURT:  Okay.  Do you know or have you, a family

25   member, a close friend, ever had any business dealings with

MONDAY, JUNE 22nd, 2009

```
 1   any of the parties or the witnesses that I have read to you?
 2            PROSPECTIVE JUROR:  No.
 3            THE COURT:  Given the little bit that you know about
 4   this case, have you or has anyone close to you ever had any
 5   experiences which you think might influence you one way or
 6   another in terms being fair and impartial as a juror in this
 7   case?
 8            PROSPECTIVE JUROR:  Yes.
 9            THE COURT:  And what is that?
10            PROSPECTIVE JUROR:  My daughter is going through
11   legal stuff with suing Dade County.
12            THE COURT:  Okay.  And is that in connection with an
13   injury that she received?
14            PROSPECTIVE JUROR:  Yes.
15            THE COURT:  Can you just tell us, just, generally?
16            PROSPECTIVE JUROR:  Three years ago she was a school
17   bus driver and she had an accident with the county.
18            THE COURT:  And was she injured?
19            PROSPECTIVE JUROR:  Yes.
20            THE COURT:  Now, you understand that the parties in
21   this case are not Dade County, and this is not related to a
22   job injury?
23            PROSPECTIVE JUROR:  Yes.
24            THE COURT:  And do you think that you can follow my
25   instructions and consider only the facts and the evidence that
```

MONDAY, JUNE 22nd, 2009

1   are presented in this case in determining whether American

2   Airlines is liable for the plaintiff's injury from a

3   wheelchair -- or, I should say, alleged injury, because we

4   haven't heard any evidence yet.

5         PROSPECTIVE JUROR:  Possibly.

6         THE COURT:  And why do you think you might not be

7   able to follow my instructions?

8         PROSPECTIVE JUROR:  Well, I say possibly because

9   I'm -- I really don't want to be here.

10         THE COURT:  Well, you know, there are a lot of people

11   who don't want to be here.  But it's a part of your civic

12   responsibility to be here and to serve as a jury.  And if

13   you're not here on this jury today, that just means you're

14   coming back on another jury.  And you might get selected for a

15   jury that lasts, you know, three weeks, six weeks.

16         PROSPECTIVE JUROR:  I would have preferred for it to

17   be later because I'm really not feeling good.

18         THE COURT:  Okay.  And what is the nature of your --

19         PROSPECTIVE JUROR:  I have diabetes and it's been

20   running high.

21         THE COURT:  Do you need to seek medical attention?

22         PROSPECTIVE JUROR:  No, not yet.  I need to be home

23   to be able to take my medicine.

24         THE COURT:  We have refrigerators here that you can

25   bring your medicine, if you need to keep it refrigerated.

```
 1   Would you be able to do that?
 2           PROSPECTIVE JUROR:  Yes, I could, but I didn't bring
 3   it with me today.
 4           THE COURT:  Okay.  Is there anything else that I
 5   didn't ask you that I should have asked you or you think the
 6   parties would want to know about you in deciding whether you
 7   could serve on this jury?
 8           PROSPECTIVE JUROR:  No.
 9           THE COURT:  Okay.  Thank you.  Okay.  Juror Number
10   Five, can you tell us your name and what area of Dade County
11   you live in?
12           PROSPECTIVE JUROR:  Jathea Wright, Miami-Dade.
13           THE COURT:  And what area of Dade County do you live
14   in, north? south? east? west?
15           PROSPECTIVE JUROR:  I guess, I think, northwest.
16           THE COURT:  Northwest, okay.  I see that you've flown
17   on commercial airlines.  Have you ever had any bad experiences
18   flying or any injuries that you suffered during the course of
19   your travel?
20           PROSPECTIVE JUROR:  No.  Only the lost luggage; but
21   injuries, no.
22           THE COURT:  Okay.  And have you ever flown American?
23           PROSPECTIVE JUROR:  No.
24           THE COURT:  So they didn't lose your luggage?
25           PROSPECTIVE JUROR:  No.
```

MONDAY, JUNE 22nd, 2009

1      THE COURT:  Okay.  Do you know, or have you, a family
2  member, or close friend ever had any business dealings with
3  the parties or potential witnesses in this case?
4      PROSPECTIVE JUROR:  No.
5      THE COURT:  Given the little bit you know about this
6  case, have you, or has anyone close to you, ever had any
7  experience which you think might influence you one way or
8  another in terms of being fair and impartial here?
9      PROSPECTIVE JUROR:  No.
10      THE COURT:  Is there any reason why you can't give
11  this case your full attention right now?
12      PROSPECTIVE JUROR:  Yes.
13      THE COURT:  And what is that?
14      PROSPECTIVE JUROR:  I'm studying right now for a
15  standardized test that I take in August, and I'll be focused
16  on that and not the case.
17      THE COURT:  And this is the MCAT?
18      PROSPECTIVE JUROR:  Yes.
19      THE COURT:  Did you request a deferral until after
20  the MCAT?
21      PROSPECTIVE JUROR:  No.  I did one earlier this year.
22  I got called earlier, too, a summons.
23      THE COURT:  Excuse me?
24      PROSPECTIVE JUROR:  I had a summons earlier and I did
25  a deferment for that one for school.  And this one I didn't do

1  it because I'm not in school.

2        THE COURT:  Okay.  And -- well, this case could take

3  as little as three days or as much as five days.  And are you

4  saying that if you're selected as a juror, you won't pay

5  attention to the witnesses and -- you realize that would be

6  contempt of court if you were to fail to do that?

7        PROSPECTIVE JUROR:  I know that.  But if I'm

8  selected, I'll pay attention.

9        THE COURT:  Okay.  And is there anything that I

10  didn't ask you that you think the parties would want to know

11  about in terms of being fair and impartial to be on this jury

12  right now?

13        PROSPECTIVE JUROR:  No.

14        THE COURT:  Okay.  I'll ask Juror Number Six, can you

15  tell us your name and what area of Dade County you live in?

16        PROSPECTIVE JUROR:  José Fabre.  I live in

17  Westchester.

18        THE COURT:  Okay.  Do you know, or have you or a

19  family member or close friend ever had any business dealings

20  with any of the parties or potential witnesses that I read to

21  you?

22        PROSPECTIVE JUROR:  No.

23        THE COURT:  And have you or any close friend ever

24  made a claim with the Florida Workers' Compensation Division?

25        PROSPECTIVE JUROR:  No.

```
 1              THE COURT:  Given the little bit you know about this
 2    case, have you, or has anyone close to you, ever had any
 3    experiences which you think the parties would want to know
 4    about or which might influence you in terms of being fair and
 5    impartial here?
 6              PROSPECTIVE JUROR:  Nope.
 7              THE COURT:  Is there any reason why you can't give
 8    this case your full attention right now?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  Is there anything that I did not ask you
11    that you think the parties would want to know about you or
12    your family that's not on a questionnaire and that you think
13    might affect your ability to serve on this case?
14              PROSPECTIVE JUROR:  No, I don't think so.
15              THE COURT:  Okay.  Thank you.  If you'll hand the
16    microphone to Juror Number Seven.
17              PROSPECTIVE JUROR:  Good morning, Your Honor.  My
18    name is Armando Suarez and I live in Southwest Miami.
19              THE COURT:  Okay.  Thank you.  Now, you say that you
20    have served previously in a civil case in state court?
21              PROSPECTIVE JUROR:  Yes, ma'am.
22              THE COURT:  And what kind of case was that?  Or what
23    kind of cases and when did they occur?  Starting with the most
24    recent.
25              PROSPECTIVE JUROR:  The last one, I -- I wasn't the
```

MONDAY, JUNE 22nd, 2009

1  juror.  The last two cases, one I was on a stand-by, and the

2  first case I work as a juror.  It was a civil case.  Citizen

3  shoot a dog, his own dog.

4          THE COURT:  And was -- what was -- who sued?

5          PROSPECTIVE JUROR:  I guess he wasn't allowed to have

6  a gun.  He has illegal gun on his property.

7          THE COURT:  Okay.  Was that a criminal case?

8          PROSPECTIVE JUROR:  No, it was a civil case.

9          THE COURT:  And who was the plaintiff?

10          PROSPECTIVE JUROR:  I guess, the state against the

11  citizen.

12          THE COURT:  And what were they suing him for?

13          PROSPECTIVE JUROR:  No, it wasn't sue.  It was -- I

14  guess it was a criminal case, not a civil case.

15          THE COURT:  Okay.  So that was a criminal case?

16          PROSPECTIVE JUROR:  Yes, excuse me.

17          THE COURT:  Okay.  And in a criminal case, I just

18  want to explain, I would like all the jurors to listen.  In a

19  criminal case, the state has the burden, or the federal

20  government if it's a federal case, of proving beyond a

21  reasonable doubt that the defendant is guilty.

22          On the other hand, in a civil case the plaintiff only

23  has the burden of proving by a preponderance of the evidence;

24  that is, that it's more likely than not that the defendant was

25  at fault before you would render a verdict for the plaintiff.

MONDAY, JUNE 22nd, 2009

1        So there's a very big difference in the burden of

2   proof between a criminal case and a civil case.  The criminal

3   case, you could look at it as the state has to prove, like,

4   way up here.  If this is 50/50, the state has to prove way up

5   here.

6        In a civil case, plaintiff only has to prove that

7   it's more likely than not that the defendant is at fault

8   before you would find liability.

9        Do you understand the difference between the burden

10  of proof in a criminal case and a civil case?

11        PROSPECTIVE JUROR:  Yes, I do.

12        THE COURT:  Okay.  And let me -- okay.  And you said

13  that you have been a party to a lawsuit.  Can you -- or else a

14  close friend has been a party to a lawsuit.  Can you explain

15  those circumstances?

16        PROSPECTIVE JUROR:  Yeah, it actually happened to my

17  wife where we were in Home Depot buying something we need.

18  And walking through one of the aisles, a couple of employees

19  were loading stuff on one of the shelves, I guess, but was

20  throwing boxes to the one on top of the ladder.  And one of

21  the boxes flew over, and we were walking on the aisle on the

22  other side.  Guess what, the box fell on my wife's head.  She

23  got concussions.  I had to take her to the doctors.  And then

24  we proceed.

25        THE COURT:  Okay.  And did you actually go to court

MONDAY, JUNE 22nd, 2009

1  on this?

2          PROSPECTIVE JUROR:  No.  They settled the case.

3          THE COURT:  Okay.  So you didn't actually have to

4  file a complaint --

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  You settled out of court.  Have there

7  been any other incidents?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  Is there anything about that incident

10 that you think might affect your ability to sit on this case,

11 which involves an alleged injury to the plaintiff caused by --

12 allegedly caused by American Airlines?

13         PROSPECTIVE JUROR:  I don't think so.

14         THE COURT:  Okay.  And you say that either you or a

15 close friend or family member has been employed by an airline

16 or at an airport; can you explain that to us?

17         PROSPECTIVE JUROR:  Well, right now I'm working at

18 Miami International Airport on the reconstructions of the new

19 sections of the airport.  Of course, I'm working through the

20 IBW, not directly to the airport.

21         THE COURT:  So you're working at the airport, but for

22 another company?

23         PROSPECTIVE JUROR:  Yes.

24         THE COURT:  Is there anything about your work there

25 at the airport that you think would affect your ability to

1  serve on this jury or might sway you one way or the other?

2          PROSPECTIVE JUROR:  Not at all.

3          THE COURT:  Are you working on anything in connection

4  with American Airlines?

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  Have you ever flown on American Airlines?

7          PROSPECTIVE JUROR:  Yes, I do.

8          THE COURT:  Is there anything about -- have you had

9  any bad experiences either flying on American or on another

10 airline, other than bumpy weather, perhaps?

11         PROSPECTIVE JUROR:  Last time I flown I went to Costa

12 Rica and coming back they lost -- well, actually, a passenger

13 took my wife luggage by mistake.  So that wasn't actually the

14 airline fault.

15         THE COURT:  Okay.  Any other bad experiences?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  Do you know or have you or a family

18 member or close friend ever had any business dealings with any

19 of the parties or potential witnesses that I read to you?

20         PROSPECTIVE JUROR:  No, ma'am.

21         THE COURT:  And given the little bit that you know

22 about this case, have you or anyone close to you ever had any

23 other experiences that you think might influence you one way

24 or the other or that you think the lawyers or parties might

25 want to know about?

MONDAY, JUNE 22nd, 2009

```
 1              PROSPECTIVE JUROR:  No.
 2              THE COURT:  Is there any reason why you can't give
 3   this case your full attention right now?
 4              PROSPECTIVE JUROR:  No.
 5              THE COURT:  Is there anything that I didn't ask you
 6   that I should have asked you or that you think the parties
 7   would want to know about you with respect to your service on
 8   this jury?
 9              PROSPECTIVE JUROR:  I had a workers' compensation in
10   2000 due to an injury working.
11              THE COURT:  Okay.  And who was this claim against?
12              PROSPECTIVE JUROR:  It was against the company I
13   worked for.
14              THE COURT:  And what company was that?
15              PROSPECTIVE JUROR:  Aneco Electric.
16              THE COURT:  Okay.  I'm sorry.  What was the first
17   name?
18              PROSPECTIVE JUROR:  Aneco.
19              THE COURT:  Okay.  And what was the nature of the
20   jury?  You don't need to give us the personal details.
21              PROSPECTIVE JUROR:  Just lifting one of the wires
22   spool that we use and I got my back injured, lower back
23   strain.
24              THE COURT:  And did this cause you to be out of work?
25              PROSPECTIVE JUROR:  For a couple weeks.  I was
```

MONDAY, JUNE 22nd, 2009

 1   treated and was on light duty for a month or so after I get

 2   there, went back to regular work.

 3          THE COURT:  Is there anything about that experience

 4   that you think might affect your ability to decide the issues

 5   in this case based solely on the facts in this case?

 6          PROSPECTIVE JUROR:  No.

 7          THE COURT:  Is there anything else that I did not ask

 8   you that you think the parties might want to know about?

 9          PROSPECTIVE JUROR:  No.

10          THE COURT:  Okay.  Thank you.  If you'll hand the

11   microphone to Juror Number Eight.

12          PROSPECTIVE JUROR:  My name is Anita Adt, and I live

13   in West Kendall.

14          THE COURT:  Okay.  Let me -- okay.  I see that your

15   husband works in the insurance industry regarding life and

16   disability insurance.  Does he handle -- does he handle claims

17   or is he involved in claims processing, or is he just involved

18   in selling?

19          PROSPECTIVE JUROR:  He writes the policies.

20          THE COURT:  Okay.  Is there anything about his work

21   that you think might affect your ability to fairly and

22   impartially decide the issues in this case which involve an

23   injury and a claim for benefits and damages resulting from

24   that injury?

25          PROSPECTIVE JUROR:  No.  No.

MONDAY, JUNE 22nd, 2009

```
 1              THE COURT:  And you say that you have served on both
 2   civil and criminal juries before?
 3              PROSPECTIVE JUROR:  That's correct.
 4              THE COURT:  Okay.  Can you just explain, beginning
 5   with the most recent experience, when was the most recent
 6   experience?
 7              PROSPECTIVE JUROR:  That would be criminal court.
 8              THE COURT:  Okay.
 9              PROSPECTIVE JUROR:  And the charge was stalking.
10              THE COURT:  And when was that, approximately?
11              PROSPECTIVE JUROR:  Oh, maybe about seven years ago.
12   Maybe less.
13              THE COURT:  Okay.  And were you the foreperson of
14   that jury?
15              PROSPECTIVE JUROR:  No.  Only the civil court was I
16   the foreperson.
17              THE COURT:  Okay.  Is there anything about -- and the
18   jury reached a verdict in the criminal case?
19              PROSPECTIVE JUROR:  Yes, they did.
20              THE COURT:  And what was the civil case?
21              PROSPECTIVE JUROR:  The civil case, it was a car
22   accident.  The insuree was suing the insurance company.
23              THE COURT:  Okay.  And what was the nature of the
24   claim?
25              PROSPECTIVE JUROR:  She had been in an accident and
```

1    injured her foot where she didn't have 100 percent use of the

2    foot after that, and she was looking for additional

3    compensation from the insurance company.

4           THE COURT:  Okay.  And you were the foreperson of

5    that jury?

6           PROSPECTIVE JUROR:  Yes, I was.

7           THE COURT:  And how long ago was that?

8           PROSPECTIVE JUROR:  That was, let me say, maybe 16

9    years ago.

10          THE COURT:  Okay.  And you understand, then, the

11   difference in the burden of proof between a civil case and a

12   criminal case?

13          PROSPECTIVE JUROR:  That's correct.

14          THE COURT:  Is there anything about your service on

15   those juries that would affect your ability to serve on this

16   case?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  And have you ever flown on

19   American Airlines?

20          PROSPECTIVE JUROR:  Correct, I have.

21          THE COURT:  Have you ever had any bad experience?

22          PROSPECTIVE JUROR:  None whatsoever.

23          THE COURT:  Ever had any good experiences?

24          PROSPECTIVE JUROR:  I did, yeah.

25          THE COURT:  Do you think that you would be able to

1  fairly and impartially determine in this case what the facts

2  are without any bias or prejudice for or against either the

3  plaintiff or American Airlines?

4        PROSPECTIVE JUROR:  I would have no problem.

5        THE COURT:  Okay.  Do you know -- other than you've

6  said you flown on American Airlines, but do you know or have

7  you or a family member or close friend ever had any business

8  dealings with any of the parties or potential witnesses?

9        PROSPECTIVE JUROR:  No.

10       THE COURT:  Given the little bit that you know about

11 case, have you or anyone close to you had any experience which

12 you think might influence you one way or the other in terms of

13 being fair and impartial as a juror?

14       PROSPECTIVE JUROR:  No.

15       THE COURT:  Is there any reason why you can't give

16 this case your full attention right now?

17       PROSPECTIVE JUROR:  No.

18       THE COURT:  Is there anything that I did not ask you

19 that you think the parties might want to know about in terms

20 of your serving on a jury here?

21       PROSPECTIVE JUROR:  I think we've covered everything.

22       THE COURT:  Okay.  Thank you, very much.  If you will

23 hand the microphone to Juror Number Nine.

24       PROSPECTIVE JUROR:  My name is Susie Acosta, and I

25 live in Goulds.

```
 1              THE COURT:  Okay.  You say you've served as a juror
 2   twice, once in a criminal and once in a civil case in state
 3   court.  Can you tell us which was most recent, and when was
 4   that?
 5              PROSPECTIVE JUROR:  It was the civil case, and that
 6   was in February 2008.
 7              THE COURT:  And what kind of a case was it?
 8              PROSPECTIVE JUROR:  It was a slip and fall case.
 9              THE COURT:  And where -- where did that occur?  Like,
10   what --
11              PROSPECTIVE JUROR:  At a grocery store.
12              THE COURT:  Okay.  And what was the nature of the
13   injuries that the plaintiff was claiming?
14              PROSPECTIVE JUROR:  The plaintiff had a shoulder
15   injury.
16              THE COURT:  Okay.  And you reached -- and the jury
17   was able to reach a verdict?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  And what was the criminal -- when was the
20   criminal case?
21              PROSPECTIVE JUROR:  That must have been, like, four
22   years ago.
23              THE COURT:  Okay.  And what was the nature of the
24   crime?
25              PROSPECTIVE JUROR:  It was a DUI.
```

MONDAY, JUNE 22nd, 2009

```
 1            THE COURT:  Is there -- and you understand the
 2  difference between the burden of proof in a criminal case and
 3  a civil case?
 4            PROSPECTIVE JUROR:  Yes.
 5            THE COURT:  Is there anything about either of those
 6  experiences that you think might influence you one way or the
 7  other in terms of serving on this jury?
 8            PROSPECTIVE JUROR:  No.
 9            THE COURT:  Have you ever flown on American Airlines?
10            PROSPECTIVE JUROR:  Yes.
11            THE COURT:  Have you ever had any noteworthy
12  experiences?
13            PROSPECTIVE JUROR:  No.
14            THE COURT:  Is there anything about the fact that you
15  have flown on American Airlines that you think would affect
16  your ability to fairly and impartially judge the plaintiff's
17  case against American Airlines here?
18            PROSPECTIVE JUROR:  No.
19            THE COURT:  Now, you say that you had previously
20  fallen from a chair and that you were not injured in that
21  connection.
22            PROSPECTIVE JUROR:  No, it was out of my own
23  clumsiness.
24            THE COURT:  And how did that happen?
25            PROSPECTIVE JUROR:  I just didn't measure, you know,
```

MONDAY, JUNE 22nd, 2009

```
 1   the distance from my body to the chair correctly and I fell.
 2           THE COURT:  So it was more of an embarrassment than a
 3   specific --
 4           PROSPECTIVE JUROR:  Exactly.
 5           THE COURT:  -- physical injury?  Is there anything
 6   about that incident that you think would affect your ability
 7   to decide what happened here?
 8           PROSPECTIVE JUROR:  None whatsoever.
 9           THE COURT:  And you can put that out of your mind
10   when you're deciding the facts of this case?
11           PROSPECTIVE JUROR:  Completely.
12           THE COURT:  Do you know or have you or a family
13   member or close friend ever had any business dealings with any
14   of the parties or potential witnesses that I read to you?
15           PROSPECTIVE JUROR:  No.
16           THE COURT:  Given the little bit you know about this
17   case, have you or anyone close to you ever had any other
18   experiences that might influence you or that you think that
19   the parties or attorneys would want to know about?
20           PROSPECTIVE JUROR:  No.
21           THE COURT:  Is there anything I didn't ask you that I
22   should have asked you or you think the parties would want to
23   know regarding your ability to serve on this jury?
24           PROSPECTIVE JUROR:  Everything's been covered.
25           THE COURT:  Okay.  Thank you.
```

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  My name is Oyuki Rogert, and I

2     live in the Miami Lakes area.

3          THE COURT:  Let me just look at your questionnaire.

4     Okay.  Now, you said that your mother previously sued the

5     driver of a car after he crashed into you and then failed to

6     help you fix the car.

7          Did that case go to court or was it settled out of

8     court?

9          PROSPECTIVE JUROR:  I believe so, but I don't think

10    she actually attended.  They had an attorney go.

11         THE COURT:  So there wasn't a trial?

12         PROSPECTIVE JUROR:  No.

13         THE COURT:  Did you serve as a witness?

14         PROSPECTIVE JUROR:  No, I was really a victim.

15         THE COURT:  Oh, okay.  When was this?

16         PROSPECTIVE JUROR:  Probably, a little more than five

17    years ago.

18         THE COURT:  Okay.  Is there anything about that

19    experience that you think would affect your ability to fairly

20    and impartially decide the facts in this case?

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  Now, I believe you say you have a close

23    friend who has been employed by an airline or at an airport?

24         PROSPECTIVE JUROR:  Yes.  He's actually a friend of a

25    guy I'm seeing, and I just recently found out that he was

```
 1  working for an airline.

 2          THE COURT:  And do you know what airline he works

 3  for?

 4          PROSPECTIVE JUROR:  I'm not sure.  I believe it is

 5  American Airlines.

 6          THE COURT:  Do you know what he does?

 7          PROSPECTIVE JUROR:  No.

 8          THE COURT:  Is there anything about the fact that

 9  this friend of your boyfriend works at American Airlines, if

10  that's what where he works, that would affect your ability to

11  decide this case?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  And if you're selected as a juror, would

14  you agree you wouldn't be discussing the case with him or

15  anybody else until the case is over?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  Okay.  And all of you will be instructed

18  as to that.

19          Do you know or have you or a family member or close

20  friend ever had business dealings with any of the parties or

21  witnesses that I read to you?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  Given the little that you know about the

24  case, have you or anyone close to you ever had any other

25  experiences that you think we would want to know about and
```

MONDAY, JUNE 22nd, 2009

```
 1   that might affect your ability to sit?
 2          PROSPECTIVE JUROR:  No.
 3          THE COURT:  Is there any reason why you can't give
 4   this case your full attention?
 5          PROSPECTIVE JUROR:  No.
 6          THE COURT:  Is there anything I didn't ask you that I
 7   should have asked you and you think that we would want to know
 8   about you in terms of your ability to serve on this jury?
 9          PROSPECTIVE JUROR:  No.
10          THE COURT:  Okay.  Thank you.
11          PROSPECTIVE JUROR:  Hi.  My name is Ana Ruiz.  I'm
12   from Brickell.
13          THE COURT:  Okay.  And you work at a fashion store?
14          PROSPECTIVE JUROR:  I used to, like, two years ago.
15          THE COURT:  Okay.  And what was the name of that
16   store?
17          PROSPECTIVE JUROR:  Wink.
18          THE COURT:  Where do you work now?
19          PROSPECTIVE JUROR:  A stay-at-home mom.
20          THE COURT:  Well, that's work.
21          PROSPECTIVE JUROR:  I will tell you, it is work.
22          THE COURT:  Okay.  You were -- you answered that
23   either you or a close friend or family member was a witness in
24   a lawsuit.  Can you describe that?
25          PROSPECTIVE JUROR:  No.  No, ma'am.
```

```
 1              THE COURT:  Oh, that wasn't correct?
 2         PROSPECTIVE JUROR:  No.
 3              THE COURT:  Oh, okay.  I saw an underline where it
 4    said "witness."
 5         PROSPECTIVE JUROR:  Oh, I have none.
 6              THE COURT:  Oh, okay.  And you have flown twice to
 7    Nicaragua?
 8         PROSPECTIVE JUROR:  Yeah.
 9              THE COURT:  And what airline?
10         PROSPECTIVE JUROR:  American Airline.
11              THE COURT:  Do you have any noteworthy experiences,
12    either bad or good, when you were flying?
13         PROSPECTIVE JUROR:  Good.
14              THE COURT:  Okay.  Is there anything about that
15    experience that would affect your ability to fairly and
16    impartially serve on this jury?
17         PROSPECTIVE JUROR:  No, ma'am.
18              THE COURT:  Okay.  And have you or has anyone you
19    have known ever fallen from a wheelchair, chair, or bench?
20         PROSPECTIVE JUROR:  No, ma'am.
21              THE COURT:  Do you know or have you or a family
22    member or a close friend ever had any business dealings with
23    any of the parties or potential witnesses that I read to you?
24         PROSPECTIVE JUROR:  No, ma'am.
25              THE COURT:  Given the little you know about this
```

MONDAY, JUNE 22nd, 2009

```
 1   case, have you or anyone close to you had any prior
 2   experiences that you think we would want to know about or that
 3   might affect your ability to serve on this jury?
 4           PROSPECTIVE JUROR:  No, ma'am.
 5           THE COURT:  Is there any reason you can't give this
 6   case your full attention?
 7           PROSPECTIVE JUROR:  No, ma'am.
 8           THE COURT:  Is there anything I didn't ask you that
 9   you think we would want to know about you in terms of your
10   jury service?
11           PROSPECTIVE JUROR:  No.  No.
12           THE COURT:  Okay.  Thank you.
13           PROSPECTIVE JUROR:  Thank you.
14           THE COURT:  If you'll hand it to Juror Number Twelve.
15           PROSPECTIVE JUROR:  Jorge Lamus, West Miami.
16           THE COURT:  Okay.  Let me go through your
17   questionnaire.  Okay.
18           So you say that many years ago your mother worked for
19   British Airways?
20           PROSPECTIVE JUROR:  That's correct.
21           THE COURT:  What did she do there?
22           PROSPECTIVE JUROR:  Keypunch entry.
23           THE COURT:  Must have been in the early days of
24   computers.
25           PROSPECTIVE JUROR:  Yeah.  Many years.
```

MONDAY, JUNE 22nd, 2009

```
 1              THE COURT:  Is there anything about the fact that she
 2  worked for an airline that would affect your ability to fairly
 3  and impartially judge the facts in this case?
 4              PROSPECTIVE JUROR:  Not at all.
 5              THE COURT:  Okay.  And have you ever -- I see you've
 6  flown on commercial airplanes.  Have you ever flown on
 7  American?
 8              PROSPECTIVE JUROR:  I'm sure, yes, ma'am.
 9              THE COURT:  And was there anything noteworthy about
10  your flights there?
11              PROSPECTIVE JUROR:  Not at all.
12              THE COURT:  Is there anything about the fact that
13  you've flown on American that might affect your ability to
14  serve and fairly judge the facts in this case?
15              PROSPECTIVE JUROR:  No, ma'am.
16              THE COURT:  Have you or anybody that you have known
17  as a close friend or family member ever had any business
18  dealings or know any of the parties or witnesses that I read
19  to you?
20              PROSPECTIVE JUROR:  No, ma'am.
21              THE COURT:  Given the little you know about this
22  case, have you or anyone close to you had any experiences that
23  you think the parties would want to know about or that might
24  influence you?
25              PROSPECTIVE JUROR:  No, ma'am.
```

1          THE COURT:  Is there any reason why you can't give

2     this case your full attention?

3          PROSPECTIVE JUROR:  No, ma'am.

4          THE COURT:  Is there anything that I didn't ask you

5     that I should have asked you or that you think the parties

6     would want to know about in terms of your service on this

7     jury?

8          PROSPECTIVE JUROR:  No, ma'am.

9          THE COURT:  Okay.  Thank you.  If you will hand the

10    microphone to Juror Number Thirteen.

11         PROSPECTIVE JUROR:  Hello, Eva Martinez in Homestead.

12         THE COURT:  Okay.  And where do you live,

13    approximately?

14         PROSPECTIVE JUROR:  Homestead.

15         THE COURT:  In Homestead, okay.  And you're not

16    presently employed?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Have you ever been employed?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  Okay.  Do you know or have you or a

21    family member or close friend ever had any business dealings

22    with any of the parties or potential witnesses that I read to

23    you?

24         PROSPECTIVE JUROR:  No.

25         THE COURT:  Given the little bit that you know about

MONDAY, JUNE 22nd, 2009

```
 1   this case, have you or has anyone close to you ever had any

 2   experiences --

 3           PROSPECTIVE JUROR:  No.

 4           THE COURT:  Okay.  Is there any reason you can't give

 5   this case your full attention?

 6           PROSPECTIVE JUROR:  No.

 7           THE COURT:  Is there anything I didn't ask you that

 8   you think we would want to know about?

 9           PROSPECTIVE JUROR:  No.

10           THE COURT:  What do you do in your spare time?

11           PROSPECTIVE JUROR:  Stay home with my kids.

12           THE COURT:  Okay.  How many kids do you have?

13           PROSPECTIVE JUROR:  Three:  5, 3, and 1.

14           THE COURT:  Well, that certainly keeps you busy.

15           PROSPECTIVE JUROR:  Yes.

16           THE COURT:  Did you earlier say you were a

17   stay-at-home mom?

18           PROSPECTIVE JUROR:  Yeah.

19           THE COURT:  Okay.  I didn't quite hear that.  I

20   thought you were saying where you lived.

21           PROSPECTIVE JUROR:  No.

22           THE COURT:  Okay.  Thank you.

23           PROSPECTIVE JUROR:  Tony Rodriguez.

24           THE COURT:  And what part of Dade County do you live

25   in?
```

MONDAY, JUNE 22nd, 2009

```
 1              PROSPECTIVE JUROR:  Miami Beach, Florida.
 2              THE COURT:  Okay.  Okay.  You have flown frequently
 3   on commercial airplanes.  Have you ever flown on American?
 4              PROSPECTIVE JUROR:  All the time.
 5              THE COURT:  Is there anything about your flying
 6   experience with American that's been noteworthy, either bad or
 7   good?
 8              PROSPECTIVE JUROR:  Nothing over 30 years, no.
 9              THE COURT:  Okay.  Is there any -- anything about
10   your flying on American or your experiences with them that
11   would keep you from fairly and impartially judging the facts
12   in this case and determining whether or not they are liable?
13              PROSPECTIVE JUROR:  I don't think so.
14              THE COURT:  Do you or has any family member or close
15   friend ever known or had business dealings with any of the
16   parties or witnesses that I read to you?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  Given the little bit you know about this
19   case, have you or has anyone close to you ever had any prior
20   experiences that you think might influence you or that you
21   think the parties would want to know about?
22              PROSPECTIVE JUROR:  No, ma'am.
23              THE COURT:  Is there any reason why you can't give
24   this case your full attention?
25              PROSPECTIVE JUROR:  Nothing.
```

MONDAY, JUNE 22nd, 2009

```
 1              THE COURT:  Is there anything that I didn't ask you
 2   that I should have asked you, or that you think the parties
 3   would want to know about you in connection with your service
 4   on this case?
 5              PROSPECTIVE JUROR:  Just in case, I'm a financial
 6   consultant.
 7              THE COURT:  Yeah, I didn't specifically mention that.
 8   I do know that -- I did note that that was your profession on
 9   the worksheet.  What kind of -- it appears that you're
10   involved in investments at Smith Barney?
11              PROSPECTIVE JUROR:  Yes, ma'am.
12              THE COURT:  Do you have -- do you ever do any
13   consulting in terms of, you know, projecting future retirement
14   benefits or anything of that nature?
15              PROSPECTIVE JUROR:  Not really.  Basically, I handle
16   about $500 million invested in stocks and bonds, that's what I
17   do.
18              THE COURT:  Okay.  Okay.  Is there anything else that
19   you think we should know about?
20              PROSPECTIVE JUROR:  (No response.)
21              THE COURT:  Okay.  Thank you.
22              PROSPECTIVE JUROR:  Good morning.  My name is Maria
23   Sequeira.  And I live in Kendall.
24              THE COURT:  Okay.  Thank you.  I see you work in the
25   office of Senator Martinez.  Is there anything about your work
```

in his office -- what do you -- actually, I should begin with, what do you do in his office?

PROSPECTIVE JUROR: I'm the office manager.

THE COURT: Okay. And is there anything about your work for him that you think the parties would want to know about? I don't know if you're involved in legislation or anything that might affect the airlines or liability or anything of that nature?

PROSPECTIVE JUROR: No, no.

THE COURT: So there's nothing about your work there that would affect your ability to sit on this jury; is that correct?

PROSPECTIVE JUROR: Typically, in the office where we work we don't deal with legislative issues.

THE COURT: Okay. Now, you say that you or a close friend or family member has been employed by an airline or an airport; can you tell us about that?

PROSPECTIVE JUROR: Yes. My husband is an architect and they have -- one of their clients has been American Airlines. My husband is -- the company is doing NTD and also the Miami Intermodel Center.

THE COURT: Okay. Is there anything about the fact that he -- now, he's -- is he employed by American Airlines or does he just work for them on an independent consulting basis?

PROSPECTIVE JUROR: Correct. Correct. He's hired as

1  an architect.

2          THE COURT:  Okay.  Is American Airlines his primary

3  client at the present time?  Or does he have a variety --

4          PROSPECTIVE JUROR:  He has worked in the past, but

5  right now NTD, the north terminal, is mostly for American

6  Airlines.

7          THE COURT:  So right now he does most of his work for

8  American Airlines?

9          PROSPECTIVE JUROR:  His partner, I mean.  The

10  company -- it used to be (inaudible) government, it's been

11  now -- has merged, now, with Heery International.  But in the

12  past they did work in American Airlines in Puerto Rico, and,

13  you know, some extensive work with American Airlines.

14          THE COURT:  Okay.  Is there anything about the fact

15  that he has worked for American Airlines that would make you

16  in any way reluctant to enter a judgment against American

17  Airlines, if the facts in this case warranted it?  In other

18  words, would you be reluctant because of that past

19  relationship, would you tend to favor American or give them

20  the benefit of the doubt because of that past relationship in

21  any way?

22          PROSPECTIVE JUROR:  I would try to be fair, but

23  that's -- I mean, I would listen to the facts and try to be

24  fair.

25          THE COURT:  Okay.  So you wouldn't be influenced by

MONDAY, JUNE 22nd, 2009

1  the fact that -- and think that, well, just because your

2  husband worked there that American Airlines couldn't be

3  liable?

4       PROSPECTIVE JUROR:  Well, I mean, I would have to

5  hear the facts.

6       THE COURT:  And you would rely on the facts?

7       PROSPECTIVE JUROR:  Yes.

8       THE COURT:  Okay.  Have you ever flown on American

9  Airlines?

10      PROSPECTIVE JUROR:  Many times.

11      THE COURT:  Okay.  Has there been anything

12  noteworthy?

13      PROSPECTIVE JUROR:  No.

14      THE COURT:  Do you know or have you or a family

15  member or close friend ever had any business dealings with any

16  of the parties or potential witnesses that I read to you,

17  other than American Airlines?

18      PROSPECTIVE JUROR:  Not that I know.

19      THE COURT:  Okay.  Given the little you know about

20  this case, have you or has anyone close to you ever had any

21  other experiences which you think might influence you one way

22  or the other in terms of being fair and impartial here?

23      PROSPECTIVE JUROR:  No.

24      THE COURT:  Is there any reason why you can't give

25  this case your full attention now?

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  Is there anything that I did not ask you

3   that I should have asked you or that you think the parties

4   would want to know which would affect your ability to serve on

5   this jury?

6          PROSPECTIVE JUROR:  No, ma'am.

7          THE COURT:  Okay.  And I don't want to beat a dead

8   horse, but if you were the plaintiff in this case, would you

9   be satisfied having you on the jury to decide whether or not

10  she's entitled to recover from American Airlines?

11         PROSPECTIVE JUROR:  Difficult to say.  I mean, it

12  would be her decision.

13         THE COURT:  No, I understand.  I guess, I'm just

14  trying to get at, in the same way, is do you believe you will

15  fairly -- you will just consider the facts in this case and

16  that whatever verdict you render will be based solely on the

17  facts and the evidence in this case?

18         PROSPECTIVE JUROR:  That's what a juror is supposed

19  to do.  But we're human so, again, I -- I reiterate I would

20  listen to the facts and I would base my decision on the facts.

21         THE COURT:  Okay.  Okay.  Thank you.  If you'll hand

22  the microphone to Juror Number Sixteen.

23         PROSPECTIVE JUROR:  Yes.  My name is Miguel Cordero

24  and I live in Kendall.

25         THE COURT:  Okay.  Now, you are presently a bailiff

1    in a criminal court?

2            PROSPECTIVE JUROR:  Yes.

3            THE COURT:  And you understand that there's a

4    difference in the burden of proof in a criminal case versus a

5    civil case?

6            PROSPECTIVE JUROR:  Yes.

7            THE COURT:  Okay.  And you previously worked as ramp

8    service at Eastern Airlines --

9            PROSPECTIVE JUROR:  Yes.

10           THE COURT:  -- which, by definition, would have to be

11   a long time ago?

12           PROSPECTIVE JUROR:  Yes, it was a long time ago.

13           THE COURT:  Were you ever involved in any situations

14   where there were injuries as a result of the ramp services

15   that you provided?

16           PROSPECTIVE JUROR:  Well, I've hurt my back and had

17   knee problems, but, you know, you get over those injuries.

18           THE COURT:  And in what context did you -- did that

19   occur?

20           PROSPECTIVE JUROR:  Just working, loading aircraft.

21   There was a lot of heavy loading.  You have to lift a lot of

22   weights.

23           THE COURT:  With the new baggage limitations they

24   probably eliminated a lot of that.

25           PROSPECTIVE JUROR:  Yeah.

MONDAY, JUNE 22nd, 2009

```
 1            THE COURT:  Okay.  But there was no specific
 2    injury/accident that you can tie it to?
 3            PROSPECTIVE JUROR:  No, I've had a lot of injuries
 4    because I worked there for a long time, but I got over all
 5    those.
 6            THE COURT:  Okay.  And, then, you previously were on
 7    a civil jury; is that correct?
 8            PROSPECTIVE JUROR:  Yes.
 9            THE COURT:  About how long ago that was?
10            PROSPECTIVE JUROR:  It would have to be around 20
11    years ago.
12            THE COURT:  Do you remember what kind of a case it
13    was?
14            PROSPECTIVE JUROR:  It was an accident case.  A
15    Coca-Cola truck hitting a person, you know, another car in
16    front of them.
17            THE COURT:  And what kind of injuries were claimed?
18            PROSPECTIVE JUROR:  Neck and back injuries.
19            THE COURT:  The jury reached a verdict in this case;
20    is that correct?
21            PROSPECTIVE JUROR:  Yes, it did.
22            THE COURT:  Have you ever flown on American Airlines?
23            PROSPECTIVE JUROR:  Yes, I have.
24            THE COURT:  And has there been anything noteworthy
25    about that experience?
```

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  With American, no.

2          THE COURT:  With other airlines?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Okay.  Can you describe those?

5          PROSPECTIVE JUROR:  Well, my mother traveled, let's

6    say, about a couple of months ago to Ecuador and they forgot

7    to load her wheelchair.  And when she got there, she had no

8    wheelchair and they had to, like, carry her out.  And she had

9    to use her walker, you know, to move around.  And then they

10   didn't deliver it for at least a week.

11         THE COURT:  Okay.  And you also say that your mother

12   has falling from a wheelchair, chair, or bench; is that

13   correct?

14         PROSPECTIVE JUROR:  Yes, off the bed.  She's had a

15   lot of falls because she's 96.

16         THE COURT:  Has she ever fallen off her wheelchair?

17         PROSPECTIVE JUROR:  She slipped, yeah.

18         THE COURT:  Can you tell us about that?

19         PROSPECTIVE JUROR:  No, she -- she needs it to get up

20   from her regular chair to get onto the wheelchair, so she has

21   to hold on it.  And sometimes, you know, accidents happen.  My

22   sister's the one to take care of her but, you know, sometimes

23   she winds up slipping.

24         THE COURT:  Okay.  Would you be able to set aside any

25   experiences that your mother has had falling when you're

MONDAY, JUNE 22nd, 2009

```
 1  deciding liability in this case, and just base your verdict in
 2  this case on the facts and the evidence that you hear in the
 3  courtroom?
 4          PROSPECTIVE JUROR:  I should be able to.  It would
 5  still be in my mind, but I think I can be fair.
 6          THE COURT:  Okay.  Do you know or do any of your
 7  family members or close friends know or ever have any business
 8  dealings with any of the parties or witnesses that I read to
 9  you earlier?
10          PROSPECTIVE JUROR:  No.
11          THE COURT:  Given the little bit that you know about
12  this case, do you think you've had any prior experiences which
13  might influence you one way or the other in terms of being
14  fair and impartial as a juror in this case?
15          PROSPECTIVE JUROR:  No, just the incident with my
16  mother in the wheelchair, but that's about it.
17          THE COURT:  And you believe you can -- you can judge
18  this case strictly on the facts and the evidence that come in.
19  Now, obviously when I say this, I'm not requiring you to leave
20  your common sense at the door, because jurors are required to
21  use their common sense.  But just in terms of what happened,
22  would you be able to judge that based solely on what you hear
23  in this courtroom?
24          PROSPECTIVE JUROR:  Yes.
25          THE COURT:  Is there any reason why you can't give
```

MONDAY, JUNE 22nd, 2009

```
 1   this case your full attention right now?
 2              PROSPECTIVE JUROR:  No.
 3              THE COURT:  Is there anything that I haven't asked
 4   you that I should have asked you or that you think the parties
 5   would want to know about you in terms of your service here?
 6              PROSPECTIVE JUROR:  No.
 7              THE COURT:  Did you ever make any claims with the
 8   Florida Workers' Compensation Division in connection with any
 9   of your injuries?
10              PROSPECTIVE JUROR:  Yes, I've had -- but not with
11   Florida.  New York.
12              THE COURT:  Oh, okay.  And was that in connection
13   with back injuries that you described?
14              PROSPECTIVE JUROR:  Yes, with back injuries, yes.
15              THE COURT:  Okay.  Thank you.  If you will hand the
16   microphone to Juror Number Seventeen.
17              PROSPECTIVE JUROR:  Bonnie Sloan.  I live if
18   Aventura.
19              THE COURT:  Okay.  So you are -- we got copies of
20   your questionnaires, but some of them are a little light.  You
21   are -- it appears that you work in the Department of Pathology
22   at the VA Hospital and Medical Center, and -- but it's unclear
23   exactly what you do there.
24              PROSPECTIVE JUROR:  I'm a pathology clerk.
25              THE COURT:  Pardon my ignorance, but what does a
```

1  pathology clerk do?

2          PROSPECTIVE JUROR:  Baseline, we're supposed to do

3  the transcriptions.  The pathologists dictate -- I mean, yeah,

4  actually they do.  We do the transcriptions, but then it goes

5  way beyond that.  We're, basically, secretaries to the

6  pathology staff.

7          THE COURT:  Is there anything about your experience

8  there that you think would affect your ability to sit on this

9  jury where you might hear medical evidence?  Do you think you

10 would be biased one way or the other?

11         PROSPECTIVE JUROR:  You know, it's hard to say.  I'm

12 a big proponent of tort reform in medicine.  I don't know if

13 that's applicable or not.

14         THE COURT:  In this case, there aren't any doctors

15 being sued.

16         PROSPECTIVE JUROR:  Okay.

17         THE COURT:  This is a case where the plaintiff is

18 suing American Airlines.  She contends American Airlines was

19 negligent and that negligence caused her injuries, to put it

20 in a nutshell.  And American Airlines contends they were not

21 negligent, and that any injuries that she might have were not

22 caused by American Airlines' actions.

23         PROSPECTIVE JUROR:  Right.  It's not the same thing

24 as suing my doctors.

25         THE COURT:  Exactly.  It's not -- it's not the same

1  thing.

2          PROSPECTIVE JUROR:  I can make that distinction.

3          THE COURT:  Okay.  So do you think that the fact that

4  you're a big proponent of tort reform would affect your

5  ability to decide fairly and impartially the factual issues

6  and the facts in this case?

7          PROSPECTIVE JUROR:  I don't think so.

8          THE COURT:  Would you agree to follow my instructions

9  if I instruct you that you're only to consider the evidence in

10 this case and the facts are presented here?

11         PROSPECTIVE JUROR:  Yes.  Yes.

12         THE COURT:  You served on a jury several times, it

13 appears.  Can you tell us when the most recent time was?

14         PROSPECTIVE JUROR:  It was between two and three

15 years ago, and it was a criminal case.  It was assault with a

16 weapon.

17         THE COURT:  Okay.  And did the jury reach a verdict?

18         PROSPECTIVE JUROR:  Yes, we did.

19         THE COURT:  Were you the foreperson?

20         PROSPECTIVE JUROR:  No.

21         THE COURT:  And when was the next time?

22         PROSPECTIVE JUROR:  Before that?

23         THE COURT:  Yes.  The prior time, I should say.

24         PROSPECTIVE JUROR:  I'm not sure because it was a

25 while ago.  It was probably eight years ago.  And there was, I

1  guess, it was district court, I'm not sure.  Anyway, it was a

2  sting operation.  It was money laundering.

3          THE COURT:  And that was a criminal case, I take it?

4          PROSPECTIVE JUROR:  Yes.  The state, I think.

5          THE COURT:  And was that state or federal?

6          PROSPECTIVE JUROR:  You know, it was federal, as I

7  recall it.  It was eight years ago, I recall it as being.

8  But, you know, I'm not totally sure.

9          THE COURT:  Was it in this building?

10         PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Then it was federal court.

12         PROSPECTIVE JUROR:  It was in this court.

13         THE COURT:  This building has always been federal

14  court from the day it rose from the ground.

15         PROSPECTIVE JUROR:  I thought that's what it was, but

16  as I was thinking about it, now I'm not sure anymore.

17         But it was a sting operation and it was a mistrial

18  because we were going back and forth between Spanish and

19  English, and they used that as a tool to call a mistrial.

20         THE COURT:  Okay.  So there was no verdict because

21  the judge declared a mistrial.  Did you begin to deliberate?

22         PROSPECTIVE JUROR:  No, no, it had to do with a tape

23  that was translated and the -- they just said that the

24  translation was such that we, the English-speaking, didn't get

25  the nuances and they called it a mistrial.

MONDAY, JUNE 22nd, 2009

 1          THE COURT:  Okay.  And then what about the time

 2    before that?

 3          PROSPECTIVE JUROR:  There was one "nothing case" that

 4    they, you know, that they settled.  But there was a criminal

 5    case where --

 6          THE COURT:  Okay.  When you say there was a "nothing

 7    case that was settled," I mean, were you --

 8          PROSPECTIVE JUROR:  There were four or five gentlemen

 9    who had -- it was some kind of drug-dealing thing and they

10    settled the case before we ever got into the courtroom; there

11    was no testimony.

12          THE COURT:  Oh, okay.  So you never were selected as

13    a juror or anything like that?

14          PROSPECTIVE JUROR:  No, we never heard any testimony.

15          THE COURT:  You're right.  That is essentially a

16    nothing case.  And when was the next time?

17          PROSPECTIVE JUROR:  There was a criminal case which

18    was -- it was a murder case, actually.  And there was -- the

19    defendant was not -- supposedly was not the person who

20    committed the murder, but he was an accessory to murder.

21          THE COURT:  Were you able to reach a verdict in that

22    case?

23          PROSPECTIVE JUROR:  Yes, we did.

24          THE COURT:  Okay.  And I believe you also were on a

25    civil case, or no?

1          PROSPECTIVE JUROR:  No, no.  That was it.  That was

2     it.  There was no civil case, sorry.

3          THE COURT:  And you understand the difference in the

4     burden of proof in a criminal case and a civil case that I

5     previously explained?

6          PROSPECTIVE JUROR:  Yes, ma'am.

7          THE COURT:  Okay.  You said that your best friend's

8     husband sues for a hobby?

9          PROSPECTIVE JUROR:  Pretty much.

10          THE COURT:  And what kind of lawsuits are you aware

11     of that he has?

12          PROSPECTIVE JUROR:  He sued the person who took over

13     his business.  He sold the business to the person and then

14     sued the person.  He sued a couple of music companies, a

15     couple of law firms.  I don't know, it's always something.

16     She complains about it constantly.  But I'm not really

17     familiar with the particulars, just the fact that he seems to

18     make a hobby of suing people.

19          THE COURT:  And this -- but not for personal

20     injuries?

21          PROSPECTIVE JUROR:  Not for personal injury, no.

22     Nothing so -- very defined.

23          THE COURT:  Is there anything about that that would

24     affect your ability to sit on this injury?

25          PROSPECTIVE JUROR:  No.

MONDAY, JUNE 22nd, 2009

```
 1              THE COURT:  Okay.  And you say that a close friend or
 2    family member has been employed either by an airline or an
 3    airport?
 4              PROSPECTIVE JUROR:  My father worked for Eastern and
 5    retired from Eastern.  And my son worked for both Pan
 6    American, we know why he's not there anymore; and Northwest,
 7    and he's no longer with them, either.
 8              THE COURT:  And what did your son do?
 9              PROSPECTIVE JUROR:  He was an aircraft mechanic and
10    avionics.
11              THE COURT:  Okay.  And you have flown commercially
12    and you have been to Narita; is that correct?
13              PROSPECTIVE JUROR:  Yes, I have.  Twice.
14              THE COURT:  Is that business? pleasure?
15              PROSPECTIVE JUROR:  Pleasure.
16              THE COURT:  Okay.
17              PROSPECTIVE JUROR:  I always wanted to go to Japan.
18              THE COURT:  And what airline did you fly?
19              PROSPECTIVE JUROR:  Oh, wow.  It was so long ago I
20    don't recall, but it was not American.
21              THE COURT:  And how long ago was that?
22              PROSPECTIVE JUROR:  It was in the 80s.
23              THE COURT:  Have you ever flown American?
24              PROSPECTIVE JUROR:  Yes, I have.
25              THE COURT:  Have you ever had any noteworthy
```

MONDAY, JUNE 22nd, 2009

1  experiences while you were flying American?

2       PROSPECTIVE JUROR:  No worse than any other airline.

3       THE COURT:  Okay.  And you said that you fell

4  climbing over a bench at a racetrack last year?

5       PROSPECTIVE JUROR:  Yes.

6       THE COURT:  And you -- did you sue as a result or

7  settle or --

8       PROSPECTIVE JUROR:  No, no.  Put some ice on it and

9  went home.  I did I my own rehab.

10      THE COURT:  Okay.  And is there anything about that

11  experience that you think would influence you in deciding this

12  case?

13      PROSPECTIVE JUROR:  No.  It was really embarrassing

14  and I just wanted to forget it as fast as possible.

15      THE COURT:  There's no juror here, I think, that has

16  the same experience.  Okay.

17      Now, do you know or have you or a family member or

18  close friend ever had any business dealings with any of the

19  parties or potential witnesses?

20      PROSPECTIVE JUROR:  No.

21      THE COURT:  Given the little bit that you know about

22  this case, have you or has anyone close to you ever had any

23  experience that you think might influence you one way or the

24  other, or that you think the parties would want to know about?

25      PROSPECTIVE JUROR:  No.

MONDAY, JUNE 22nd, 2009

```
 1              THE COURT:  Is there any reason why you can't give
 2   this case your full attention?
 3              PROSPECTIVE JUROR:  No.  I don't have my workplace
 4   blessing, but they will put up with it.
 5              THE COURT:  They have to.
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  We are the federal government.
 8              PROSPECTIVE JUROR:  They know that.
 9              THE COURT:  And if they give you any hassle, and that
10   goes for any of you, just let me know that and I'll take care
11   of that.
12              PROSPECTIVE JUROR:  Thank you.
13              THE COURT:  Now, is there anything that I didn't ask
14   you that I should have asked you or that you think the parties
15   would want to know about you concerning your service on this
16   jury?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  Okay.  Thank you.  If you'll hand the
19   microphone to Juror Number Eighteen.
20              PROSPECTIVE JUROR:  Agnes Gonzalez.  And I live in
21   Hialeah.
22              THE COURT:  You're currently a principal of a high
23   school; what school is that?
24              PROSPECTIVE JUROR:  Asbury Christian.
25              THE COURT:  Okay.  You previously served on juries,
```

MONDAY, JUNE 22nd, 2009

```
 1    and was that one time or was it two times?
 2              PROSPECTIVE JUROR:  One time.
 3              THE COURT:  And you said it was a state case.  Was it
 4    civil or criminal?
 5              PROSPECTIVE JUROR:  Civil.
 6              THE COURT:  What kind of a case was it?
 7              PROSPECTIVE JUROR:  It was a slip and fall.
 8              THE COURT:  And where was the slip and fall?
 9              PROSPECTIVE JUROR:  Palmetto Hospital.
10              THE COURT:  Can you tell us the nature of the injury
11    and what occurred at the hospital?  I mean --
12              PROSPECTIVE JUROR:  I don't remember much, but I
13    remember that she said she was walking and she slipped on some
14    water.
15              THE COURT:  Okay.  And how long ago was this?
16              PROSPECTIVE JUROR:  Maybe eight years ago.
17              THE COURT:  And the injury reached a verdict and you
18    weren't the foreperson, correct?
19              PROSPECTIVE JUROR:  Correct.
20              THE COURT:  Okay.  Okay.  You said that your former
21    husband had a workers' compensation claim that he sued for; is
22    that correct?  What kind of a claim was that?
23              PROSPECTIVE JUROR:  Knee injury.
24              THE COURT:  And what was the nature of the lawsuit?
25              PROSPECTIVE JUROR:  He fell off a scaffolding.
```

```
 1              THE COURT:  Is there anything about -- was that case
 2    resolved by going to a trial or was it settled?
 3              PROSPECTIVE JUROR:  No, it was settled.
 4              THE COURT:  Okay.  And you said that your close
 5    friend had a lawsuit against a pharmacy; what was the nature
 6    of the lawsuit?
 7              PROSPECTIVE JUROR:  They gave her mother 20
 8    milligrams instead of 2 milligrams and she went into a coma.
 9              THE COURT:  Is there anything about either of those
10    experiences that would affect your ability to decide this case
11    fairly and impartially?
12              PROSPECTIVE JUROR:  No.
13              THE COURT:  Okay.  You -- you said you've previously
14    flown, was that on American?
15              PROSPECTIVE JUROR:  Yes, many years ago.
16              THE COURT:  Was there anything noteworthy about that
17    experience?
18              PROSPECTIVE JUROR:  No.
19              THE COURT:  Okay.  Do you know or do any family
20    members or close friends know or have had business dealings
21    with any of the parties or potential witnesses to this case?
22              PROSPECTIVE JUROR:  No.
23              THE COURT:  And given the little bit you know about
24    this case, have you or any close friend ever had any prior
25    experiences that you think we would want to know about or that
```

MONDAY, JUNE 22nd, 2009

74

```
1   might influence you one way or the other?

2           PROSPECTIVE JUROR:  No.

3           THE COURT:  Is there any reason why you can't give

4   this case your full attention right now?

5           PROSPECTIVE JUROR:  Other than running my school, no.

6           THE COURT:  Is your school in session?

7           PROSPECTIVE JUROR:  Yes.

8           THE COURT:  Okay.  You know that it is your civic

9   responsibility to serve on a jury, and this might give you

10  something to talk about with your school.

11          Do you -- will you be able to follow my instructions,

12  if you're selected, and pay close attention to the trial while

13  it's going on?

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  Okay.  Is there anything that I didn't

16  ask you that I should have asked you or that you think we

17  would want to know about you in connection with your service

18  here?

19          PROSPECTIVE JUROR:  No.

20          THE COURT:  Okay.  Thank you.

21          PROSPECTIVE JUROR:  Good morning.  My name is Wanda

22  Isusquiza, and I live in south Kendall.

23          THE COURT:  Okay.  Thank you.  Okay.  I'm going to

24  look over and see if there are any matters that I need to --

25  okay.
```

MONDAY, JUNE 22nd, 2009

1          You previously served on a jury in state court; what

2     kind of case was that?

3          PROSPECTIVE JUROR:  It was a criminal case.

4     Second-degree murder.

5          THE COURT:  About how long ago was that?

6          PROSPECTIVE JUROR:  About 20 years ago.

7          THE COURT:  And you reached a verdict, correct?

8          PROSPECTIVE JUROR:  Yes, we did.

9          THE COURT:  Okay.  And you have traveled on

10    commercial airplanes.  Have you ever traveled on American?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Has there ever been any noteworthy

13    experience, either your travel with American or on another

14    airline?

15         PROSPECTIVE JUROR:  No, ma'am.

16         THE COURT:  Do you know or have you or a close family

17    member or a close friend ever had any business dealings with

18    any of the parties or potential witnesses in this case?

19         PROSPECTIVE JUROR:  No, ma'am.

20         THE COURT:  Given the little bit that you know about

21    this case, have you or has anyone close to you had any prior

22    experiences that you think we would want to know about or that

23    might influence you one way or the other?

24         PROSPECTIVE JUROR:  No, ma'am.

25         THE COURT:  Is there any reason you cannot give this

1    case your full attention?

2              PROSPECTIVE JUROR:  No, ma'am.

3              THE COURT:  Is there anything that I didn't ask you

4    that I should have asked you or that you think the parties

5    would want to know about you in connection with your service

6    here on this jury?

7              PROSPECTIVE JUROR:  No, ma'am.

8              THE COURT:  Thank you, very much.  If you'll hand the

9    microphone to Juror Number Twenty.

10             PROSPECTIVE JUROR:  Hi, my name is Vandalynn Nolton

11   from Coconut Grove.

12             THE COURT:  Okay.  Let me just look at your

13   questionnaire briefly.  Okay.  You have briefly served on

14   juries before; can you tell us what your most recent one was?

15             PROSPECTIVE JUROR:  It was like 26 years ago and I

16   think it was civil.

17             THE COURT:  That was the most recent? or the first

18   one?

19             PROSPECTIVE JUROR:  The most recent.

20             THE COURT:  Okay.  So that was a civil case?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Do you recall -- do you recall what the

23   nature of the case was?

24             PROSPECTIVE JUROR:  No.  But I know it was a

25   settlement of -- had to do with money or something.  But 26

1  years ago, I can't really remember.

2        THE COURT:  I can appreciate that.  Do you recall --

3  you said you also served on a criminal case?

4        PROSPECTIVE JUROR:  About -- it was back in those

5  years.  It was about the same time.

6        THE COURT:  Do you recall the nature of that case?

7        PROSPECTIVE JUROR:  No.

8        THE COURT:  Did -- you said you were the foreperson

9  on one occasion?

10       PROSPECTIVE JUROR:  That was the one with the

11 settlement of the money, yes.

12       THE COURT:  When you say "settlement," they were

13 suing over a settlement?

14       PROSPECTIVE JUROR:  They were suing with trying to

15 determine which -- the amount of money that was supposed to be

16 distributed between -- I mean, for the plaintiff.

17       THE COURT:  Have you ever been involved in a jury

18 where there was a personal injury accident?

19       PROSPECTIVE JUROR:  No.

20       THE COURT:  Is there anything about your prior jury

21 service that you think would influence you here?

22       PROSPECTIVE JUROR:  No, ma'am.

23       THE COURT:  Do you know or do you or a close friend

24 or a family member know or ever have any business dealings

25 with any of the parties or witnesses in this case?

```
 1              PROSPECTIVE JUROR:  No, ma'am.

 2              THE COURT:  Given the little bit you know about this

 3   case, have you or has anyone close to you ever had any

 4   experiences that you think the parties would want to know

 5   about or might influence you?

 6              PROSPECTIVE JUROR:  No, ma'am.

 7              THE COURT:  Is there any reason why you can't give

 8   this case your full attention?

 9              PROSPECTIVE JUROR:  No, ma'am.

10              THE COURT:  Is there anything that I didn't ask you

11   that I should have asked you, or that you think the parties

12   would want to know about you in connection with your jury

13   service here?

14              PROSPECTIVE JUROR:  I don't think I answered it

15   correctly about flying commercial airlines.

16              THE COURT:  Have you flown commercial airlines?

17              PROSPECTIVE JUROR:  Many times, different airlines.

18              THE COURT:  You just haven't been to Narita, Japan,

19   correct?

20              PROSPECTIVE JUROR:  Where is that?  No.  No, I

21   haven't.

22              THE COURT:  I don't know where it is, really.  It's a

23   long way.

24              PROSPECTIVE JUROR:  No, I haven't.

25              THE COURT:  Have you flown American?
```

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  And has there been anything noteworthy

3   about your flying experiences and travel?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  Notice I don't ask if there's been

6   anything noteworthy about the places you've visited, because

7   that would be a whole different issue.

8          PROSPECTIVE JUROR:  Wow, yeah.

9          THE COURT:  We could be here for a long time if that

10  were the question.  Okay.  Thank you, ma'am.

11         PROSPECTIVE JUROR:  You're welcome.

12         THE COURT:  What I'm going to do now is I'm going to

13  recognize the counsel for the plaintiff, Mr. Parker, and allow

14  him to ask any follow-up questions or additional questions

15  that he thinks are appropriate, for about 15 minutes.  And

16  then I'll give the defendant the same opportunity.

17         Mr. Parker.

18         MR. PARKER:  Thank you, Your Honor.

19         THE COURT:  And you can either stay seated or stand,

20  it's your convenience.

21         MR. PARKER:  I'll stay seated, Your Honor.  Louise

22  Adt?  A-D-T?

23         THE COURT:  Okay.  You want to hand the microphone to

24  Ms. Adt, that's Juror Number Eight.

25         MR. PARKER:  Okay.  Juror Number Eight.  You

80

1  mentioned that your husband is an insurance adjustor?

2          PROSPECTIVE JUROR:  No, he writes the proposals.  He

3  doesn't sell.

4          MR. PARKER:  He writes any kind of proposals for

5  airlines?

6          PROSPECTIVE JUROR:  No, no.  These are mainly

7  doctors.

8          MR. PARKER:  That's it.  Thank you.  Ms. Ana Ruiz?

9          PROSPECTIVE JUROR:  Yes.

10         MR. PARKER:  You often travel with American Airlines?

11         PROSPECTIVE JUROR:  Two times, only.

12         MR. PARKER:  Have you been out of the country on

13  American Airlines?

14         PROSPECTIVE JUROR:  Yes.

15         MR. PARKER:  And what country is that?

16         PROSPECTIVE JUROR:  Nicaragua.

17         MR. PARKER:  You said you had a great experience?

18         PROSPECTIVE JUROR:  Yeah, I had no problem.

19         MR. PARKER:  Did they lose any baggages?

20         PROSPECTIVE JUROR:  No.

21         MR. PARKER:  All right.  Thank you, very much.

22         PROSPECTIVE JUROR:  You're welcome.

23         MR. PARKER:  Eva Martinez.  Have you ever flown in an

24  airplane?

25         PROSPECTIVE JUROR:  Yes.

MONDAY, JUNE 22nd, 2009

```
 1          MR. PARKER:  Out of the country?

 2     PROSPECTIVE JUROR:  Yes.

 3          MR. PARKER:  Where did you go?

 4     PROSPECTIVE JUROR:  Honduras.

 5          MR. PARKER:  Have you ever had any injury?

 6     PROSPECTIVE JUROR:  No.

 7          MR. PARKER:  You mentioned you're a stay-at-home mom?

 8     PROSPECTIVE JUROR:  Yes.

 9          MR. PARKER:  All right.  Thanks.  Mr. Tony Rodriguez?

10     PROSPECTIVE JUROR:  Yes, sir.

11          MR. PARKER:  You are an investment banker, you say?

12     PROSPECTIVE JUROR:  I'm the old-fashioned type

13 broker.  I invest your money, if you have it.  Minimum,

14 though, is a half a million up.

15          MR. PARKER:  All right.  Have you ever invest any

16 money for airlines?

17          PROSPECTIVE JUROR:  Yes.

18          MR. PARKER:  American Airlines?

19          PROSPECTIVE JUROR:  Not for American Airlines

20 directly.  My clients own stocks and bonds in American

21 Airlines.

22          MR. PARKER:  And you invest it for them?

23          PROSPECTIVE JUROR:  Yes.

24          MR. PARKER:  How long have you done this?

25          PROSPECTIVE JUROR:  Sir?
```

MONDAY, JUNE 22nd, 2009

1        MR. PARKER:  How long have you done this investment?

2        PROSPECTIVE JUROR:  Forty years.

3        MR. PARKER:  Okay.  Have you ever flown American

4  Airlines?

5        PROSPECTIVE JUROR:  All the time.  I fly about it 12,

6  15 times a year.

7        MR. PARKER:  Any unusual experiences?

8        PROSPECTIVE JUROR:  No problems.

9        MR. PARKER:  Have you ever hurt yourself?

10        PROSPECTIVE JUROR:  No, sir.

11        MR. PARKER:  Thank you, sir.

12        Cordero, Miguel?

13        PROSPECTIVE JUROR:  Yes, sir.

14        MR. PARKER:  You mentioned you have hurt yourself a

15  number of times?

16        PROSPECTIVE JUROR:  Yes.

17        MR. PARKER:  And you got over the -- the injuries?

18        PROSPECTIVE JUROR:  Yes.  Mostly they were, like,

19  back spasms and, you know, muscular-type of injuries.

20        MR. PARKER:  You made a claim with the New York

21  Workmen Compensation?

22        PROSPECTIVE JUROR:  Yeah, that was for my back.

23        MR. PARKER:  How many years ago this was?

24        PROSPECTIVE JUROR:  It was back in the '70s.

25        MR. PARKER:  How long have you lived in Florida?

MONDAY, JUNE 22nd, 2009

```
 1              PROSPECTIVE JUROR:  Since 1976.

 2              MR. PARKER:  You serve on a jury, you say?

 3              PROSPECTIVE JUROR:  Yes, on a civil jury.

 4              MR. PARKER:  What was the verdict?

 5              PROSPECTIVE JUROR:  We found for, I guess, the

 6    plaintiff, the one that was suing.

 7              MR. PARKER:  All right.

 8              PROSPECTIVE JUROR:  That's the one that we found

 9    money -- awarded money towards.

10              MR. PARKER:  Okay.  Thank you, sir.

11              Agnes Gonzalez.  You're a teacher?

12              PROSPECTIVE JUROR:  No, I'm a principal.

13              MR. PARKER:  Okay.  What's the age group you teach --

14    you supervise as a principal?

15              PROSPECTIVE JUROR:  Pre-K through fifth grade.

16              MR. PARKER:  In your position as a principal, do you

17    supervise children who may have hurt themselves in the

18    classroom?  Do you have any contact with that sort of thing?

19              PROSPECTIVE JUROR:  Yes.

20              MR. PARKER:  Do you have many experiences in the last

21    five years?

22              PROSPECTIVE JUROR:  As a teacher, yes.

23              MR. PARKER:  So you also work as a teacher?

24              PROSPECTIVE JUROR:  I used to.

25              MR. PARKER:  Thank you, very much.
```

MONDAY, JUNE 22nd, 2009

```
 1            PROSPECTIVE JUROR:  You're welcome.

 2            MR. PARKER:  Armando Suarez?

 3            PROSPECTIVE JUROR:  Yes, sir.

 4            MR. PARKER:  How are you doing today?

 5            PROSPECTIVE JUROR:  Pretty good, thanks.

 6            MR. PARKER:  You said your wife had a claim against

 7   Home Depot?

 8            PROSPECTIVE JUROR:  Yes.

 9            MR. PARKER:  Was that settled in her favor?

10            PROSPECTIVE JUROR:  Yes, it was settled in her favor.

11            MR. PARKER:  In her favor?

12            PROSPECTIVE JUROR:  Yes, sir.

13            MR. PARKER:  You've flown on American Airline?

14            PROSPECTIVE JUROR:  Yes.

15            MR. PARKER:  Any experience with American Airline in

16   terms of good, bad, losing your luggage?

17            PROSPECTIVE JUROR:  Pretty good, so far.

18            MR. PARKER:  Pretty good.  You had a workmen

19   compensation case?

20            PROSPECTIVE JUROR:  Yes.

21            MR. PARKER:  You had a low back injury?

22            PROSPECTIVE JUROR:  Yes.

23            MR. PARKER:  Was the result favorable for you?

24            PROSPECTIVE JUROR:  Well, I didn't have to take it to

25   court or anything.  That was employee provide the medical
```

MONDAY, JUNE 22nd, 2009

1   attention that I needed at the time.  So I just -- I was

2   satisfied with the medical procedure I got, was taking care of

3   my injuries.

4           MR. PARKER:  Thank you, sir.

5           THE COURT:  Thank you.

6           MR. PARKER:  Suzie Acosta?

7           PROSPECTIVE JUROR:  Yes.

8           MR. PARKER:  You have a -- you had, rather, a

9   shoulder injury case?

10          PROSPECTIVE JUROR:  Yes, I didn't personally have.  I

11  was involved in.

12          MR. PARKER:  You were involved with it?

13          PROSPECTIVE JUROR:  Yes.

14          MR. PARKER:  Was this a civil case?

15          PROSPECTIVE JUROR:  Yes, it was.

16          MR. PARKER:  You were the foreperson on the jury?

17          PROSPECTIVE JUROR:  No.

18          MR. PARKER:  There was a verdict?

19          PROSPECTIVE JUROR:  Yes.

20          MR. PARKER:  And who the verdict was for?

21          PROSPECTIVE JUROR:  It was for the defendant.

22          MR. PARKER:  Defendant?

23          PROSPECTIVE JUROR:  Yes.

24          MR. PARKER:  And in the DUI case, was the verdict for

25  the state or --

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  For the state.

2          MR. PARKER:  Thank you, very much.

3          I believe it's Ms. Wright, Jathea Wright?

4          PROSPECTIVE JUROR:  Yes.

5          MR. PARKER:  You are studying for the medical school

6    exam, MCAT?

7          PROSPECTIVE JUROR:  Yes.

8          MR. PARKER:  What's your educational background at

9    the college level?

10          PROSPECTIVE JUROR:  College graduate from Florida

11   International University.

12          MR. PARKER:  Bachelor's degree?

13          PROSPECTIVE JUROR:  Yes.

14          MR. PARKER:  You have lost luggages on the airplanes

15   before?

16          PROSPECTIVE JUROR:  Just one time.

17          MR. PARKER:  Which airplane or aircraft it was?

18          PROSPECTIVE JUROR:  I guess it was U.S. Air.

19          MR. PARKER:  You -- would two or three days be

20   inconvenient for you to serve on this jury?

21          PROSPECTIVE JUROR:  No.

22          MR. PARKER:  Thank you, okay.  Thank you, ma'am.

23          PROSPECTIVE JUROR:  You're welcome.

24          MR. PARKER:  José Fabre.  Did you say you served on a

25   jury before?

MONDAY, JUNE 22nd, 2009

1            PROSPECTIVE JUROR:  I was not selected.

2            MR. PARKER:  Okay.  Would you have time, quality time

3    to spend on this case?

4            PROSPECTIVE JUROR:  Yes, I do, I think.

5            MR. PARKER:  Are you currently employed?

6            PROSPECTIVE JUROR:  I -- no, state of Florida.

7            MR. PARKER:  Okay.  Have you ever had any experiences

8    on airplanes?

9            PROSPECTIVE JUROR:  No.  Never.

10           MR. PARKER:  Have you ever traveled in an airplane?

11           PROSPECTIVE JUROR:  Well, in Cuba (inaudible).

12           MR. PARKER:  Okay.  That's South America?

13           PROSPECTIVE JUROR:  Spain and Cuba.

14           MR. PARKER:  Thank you, sir.  Oyuki Rogert?

15           PROSPECTIVE JUROR:  Yes.

16           MR. PARKER:  You mentioned that you had a friend that

17   works for American Airlines?

18           PROSPECTIVE JUROR:  Yes.

19           MR. PARKER:  How long have you known this person?

20           PROSPECTIVE JUROR:  A few months.

21           MR. PARKER:  Have you ever traveled on American

22   Airlines?

23           PROSPECTIVE JUROR:  No, I've never traveled on an

24   airplane.

25           MR. PARKER:  Never traveled on an airplane?

MONDAY, JUNE 22nd, 2009

```
1              PROSPECTIVE JUROR:  No.

2              MR. PARKER:  Okay.  Thank you.

3              THE COURT:  You only have a couple minutes.

4              MR. PARKER:  Thank you, Your Honor.  That is it for

5   me, for this time, Your Honor.

6              THE COURT:  Thank you, very much, Mr. Parker.

7              MR. PARKER:  Thank you, Your Honor.

8              THE COURT:  Mr. Palmer or Ms. Elfenbein, on behalf of

9   the defendant, American Airlines.

10             MR. PALMER:  If it pleases the Court.  Good morning.

11             THE JURY PANEL:  Good morning.

12             MR. PALMER:  This is my chance to ask questions of

13  you which, hopefully, haven't been asked before.  This is the

14  process of the trial called voir dire.  I try not to ask

15  anything too personal, but I have to try to get a sense of

16  your background so that when we select the jury, my client

17  could be assured of getting a fair trial here.

18             Now, a couple of concepts I'm going to talk about

19  have already been discussed.  And, one is, as Her Honor told

20  you, this is a civil case.  This is not a criminal case.  And

21  the burden of proof in a civil case is "greater weight than."

22  It's not the high standard as in a criminal case, as Her honor

23  instructed you.  Does everyone understand that?  Or does

24  anyone have any difficulty with that particular standard, the

25  greater weight of the evidence?
```

MONDAY, JUNE 22nd, 2009

1            The other concept that we've discussed are -- a

2    couple of people have been asked whether they've had workers'

3    compensation claims.  Whether you've made claim for

4    compensation having been hurt on the job.

5            Now, everyone realizes that what we're doing today is

6    different than a compensation case, correct?  In a

7    compensation case, you get hurt, you're on the job, you make a

8    claim, there's no determination as to whether anyone's at

9    fault.  Does everyone understand that?  Does anyone have a

10   problem with the distinction between a workers' compensation

11   case where there's no determination of fault and this civil

12   matter, where that's what we're dealing with, fault?  Everyone

13   can separate those two, correct?

14           A couple of you have had situations in which you have

15   been involved in lawsuits.  And, first, Mr. Suarez, your wife

16   had sued Home Depot at one point in time, correct?

17           PROSPECTIVE JUROR:  Yes.

18           MR. PALMER:  And in that lawsuit, which was

19   eventually settled, it was your understanding that she had to

20   prove that Home Depot did something wrong, in that case

21   knocking a box on her, correct?

22           PROSPECTIVE JUROR:  That's correct.

23           MR. PALMER:  And then, in addition to proving that

24   there was some wrong done, she had to prove that she was

25   injured and injured as a result of that incident, right?

```
 1              PROSPECTIVE JUROR:  That's correct.

 2              MR. PALMER:  So that wasn't like a workers'

 3   compensation claim where you just have an injury and you file

 4   a claim?

 5              PROSPECTIVE JUROR:  That's correct.

 6              MR. PALMER:  Now, could you, in this particular

 7   litigation, follow that same principle of law that there must

 8   be negligence, causation, and damages in order to come to any

 9   determination as to a verdict for the plaintiff?

10              PROSPECTIVE JUROR:  I believe I can.

11              MR. PALMER:  If the court instructs you so?

12              PROSPECTIVE JUROR:  Absolutely.

13              MR. PALMER:  Thank you, Mr. Suarez.

14              Mr. Cordero.  You were a juror in a deliberation in

15   which you found for the plaintiff?

16              PROSPECTIVE JUROR:  Yes.

17              MR. PALMER:  How many years ago was that?

18              PROSPECTIVE JUROR:  It was over 20.

19              MR. PALMER:  Over 20 years ago.  But when you were in

20   that jury room, I can't ask you specifically about your

21   deliberations, but you were instructed, were you not, to come

22   to a finding of fault whether someone was responsible and

23   whether there was any injuries which flowed from that fault,

24   correct?

25              PROSPECTIVE JUROR:  Yes.
```

MONDAY, JUNE 22nd, 2009

1          MR. PALMER:  And did you do that in that case?

2          PROSPECTIVE JUROR:  Yes, we did.

3          MR. PALMER:  And if Her Honor instructs you on the

4    law in this case that in order to come to a finding for the

5    plaintiff in this case, there has to be negligence, there has

6    to be an injury, and there has to be some sort of causation,

7    you can follow that, correct?

8          PROSPECTIVE JUROR:  Yes, I can.

9          MR. PALMER:  So nothing about your prior experiences

10   that would prevent you from undertaking that analysis?

11         PROSPECTIVE JUROR:  No.

12         MR. PALMER:  All right.  Thank you, sir.

13         Is there anyone in the panel who would have

14   difficulty, if and when Her Honor instructs you, that in order

15   to find for the plaintiff you not only have to find that

16   something happened, but that there was an injury and that

17   there was a cause of the injury?  A three-step process.  No

18   one would have any problem with that if Her Honor instructed

19   you, correct?  Okay.  I see everybody nodding their heads.

20         Is there anybody who disagrees with that principle of

21   American Jurisprudence or American law, that in order to

22   recover from a defendant in a civil lawsuit, you have to prove

23   that they're at fault, more than the greater weight of

24   evidence; that there are some damages; and that the defendant

25   was the cause of the damages?  Everyone agrees with that

92

1   concept?

2          One of the things we're going to be doing in the

3   courtroom is we're going to be talking about evidence.  And

4   evidence in this case, as Her Honor will instruct you, is what

5   comes from the witness stand, what is given to you in the form

6   of interrogatories, what is given to you in the form of

7   evidence in the case, and deposition testimony.

8          Now, I know that there have been some people who have

9   been involved in lawsuits in one capacity or another.  Has

10  anyone been in a situation where they've given a deposition?

11  Okay.

12         Ms. Sloan, you're nodding your head affirmatively.

13  Under what situation did you give a deposition?

14         PROSPECTIVE JUROR:  When I worked at Jackson, there

15  was -- one of the doctors was sued and they asked my take on

16  the situation.

17         MR. PALMER:  Okay.  So you were a witness?

18         PROSPECTIVE JUROR:  Yes.

19         MR. PALMER:  And you understood at the time that you

20  gave your deposition that you were under oath?

21         PROSPECTIVE JUROR:  Yes.

22         MR. PALMER:  And you gave testimony in that case

23  which was truthful, to the best of your knowledge?

24         PROSPECTIVE JUROR:  It was a very unfortunate

25  situation because my testimony was truthful, but it didn't

1   agree with the doctor's, so -- at any rate.

2          MR. PALMER:  Well, that's what's important.  And

3   despite the fact that it may have injured someone or hurt

4   their position, you understood that when you went into a court

5   proceeding, in that case, a deposition, that it was under oath

6   and you were sworn to tell the truth?

7          PROSPECTIVE JUROR:  And I did.

8          MR. PALMER:  And you did.

9          PROSPECTIVE JUROR:  Yes.

10         MR. PALMER:  Now, Ms. Gonzalez, you nod your head

11  affirmatively, also?

12         PROSPECTIVE JUROR:  Yes.

13         MR. PALMER:  Under what situation did you give a

14  deposition?

15         PROSPECTIVE JUROR:  For my ex-husband's workmen's

16  comp and for child support, too.

17         MR. PALMER:  You went in and were sworn to tell the

18  truth?

19         PROSPECTIVE JUROR:  Yes.

20         MR. PALMER:  And in both those situations did you

21  tell the truth?

22         PROSPECTIVE JUROR:  Of course.

23         MR. PALMER:  Thank you.  Is there anyone else who has

24  given depositions?

25         A deposition is a question-and-answer session.

MONDAY, JUNE 22nd, 2009

1   What's your name?  You respond.  And then it's a series of

2   questions and answers.  Now, does everyone understand that

3   when you file a complaint, that the mere filing of the

4   complaint doesn't mean anything.  Doesn't mean that someone's

5   at fault.  It just means that you're allowed to file a

6   complaint.  Everyone understands that concept, correct?  Okay.

7           Evidence in the case, especially that given in the

8   form of depositions and interrogatories, does everyone

9   understand that there is a principle of our system which

10  requires parties to be truthful?  Does anyone disagree with

11  that concept of our system that truth and veracity are the

12  underpinnings of our whole system?  Does anyone on the panel

13  think that what we do here, what we're doing today, what we do

14  in discovery by asking questions and sending depositions out

15  and interrogatories, that this is some sort of a gamesmanship

16  or you have people that hide things; does anyone think that

17  that's the way the system ought to be?

18          I don't see anybody shaking their head yes.

19          So everyone on the panel understands that

20  truthfulness is a very important part of our system.

21          Now, I'm probably going to mispronounce this,

22  Isusquiza.

23          PROSPECTIVE JUROR:  Isusquiza.

24          MR. PALMER:  I saw you nodding your head, yes.  You

25  believe in that concept of the American system that truth and

MONDAY, JUNE 22nd, 2009

1   honesty and forthrightfulness is very important to our system?

2          PROSPECTIVE JUROR:  Definitely so.

3          MR. PALMER:  Yes.  Does everyone else agree with

4   Ms. Isusquiza?

5          THE JURY PANEL:  Yes.

6          MR. PALMER:  Thank you, you can sit down.  Another

7   general concept I want to ask about before I get into specific

8   questions, the concept of injuries.  And everyone, I'm sure,

9   especially those of us who are a little bit older, have some

10  sort of a nagging pain or a complaint.

11         Is there anyone sitting in the jury panel who has

12  sustained an injury which has been acute in nature?  Meaning

13  that you were in a car accident, fell down a set of stairs, or

14  something which triggered you to have an injury?

15         And I know that those who have made the compensation

16  claim, Mr. Cordero, for instance, you had an injury.  Do you

17  still have pain from that?

18         PROSPECTIVE JUROR:  No, no.

19         MR. PALMER:  You've gotten over your injury?

20         PROSPECTIVE JUROR:  Yes, I have.

21         MR. PALMER:  Is there anyone else on the panel who

22  has been injured but has not gotten over that injury?  I'm

23  looking and I don't see anybody raising their hand.

24         Oh, Mr. Suarez, you have been injured.  Do you still

25  have nagging pain or residual pain?

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  Yes, I still do.

2          MR. PALMER:  Can you tell me, I don't want to know a

3    lot about specifics, but what part of your body did you

4    injure?

5          PROSPECTIVE JUROR:  My lower back.  I still have,

6    right now, a hernia, a herniated disk.

7          MR. PALMER:  And when did that occur?

8          PROSPECTIVE JUROR:  That happened nine years ago.

9          MR. PALMER:  And you're still having pain and

10   discomfort from the disk that you herniated nine years ago?

11         PROSPECTIVE JUROR:  I believe so, absolutely.

12         MR. PALMER:  One of the elements of this case, one of

13   the things we're going to be talking about in the next two or

14   three days is going to be an alleged back injury.

15         Would the fact that we're going to be discussing a

16   back injury in this case, and older injuries, prevent you from

17   looking at the evidence in this case in an objective fashion?

18         PROSPECTIVE JUROR:  I don't think so.

19         MR. PALMER:  The fact that you have a back injury and

20   suffer from back pain which you've had for nine years, you

21   don't think would sway you to, either be for the plaintiff or

22   the defendant in this case?

23         PROSPECTIVE JUROR:  Not at all.

24         MR. PALMER:  In the nine years that you've had your

25   back complaint, your herniation, have you ever been involved

MONDAY, JUNE 22nd, 2009

1  in subsequent incidents in which you reinjured or rehurt the

2  back?

3        PROSPECTIVE JUROR:  No.

4        MR. PALMER:  And we went through a list of doctors in

5  this case, Her Honor did.  None of the doctors or any of the

6  doctors treated you?

7        PROSPECTIVE JUROR:  I don't recall.

8        MR. PALMER:  And when was the last time you've seen

9  medical professionals for the injuries you sustained in your

10  back.

11        PROSPECTIVE JUROR:  Last year, Miami -- University of

12  Miami.

13        MR. PALMER:  And why did you go back there last year?

14        PROSPECTIVE JUROR:  Because I had back pain.

15        MR. PALMER:  So your back pain came back.  Was it

16  related to any trauma or did it just come back?

17        PROSPECTIVE JUROR:  Just -- I believe it's related to

18  the work I do.  Depends what I do during work, go up, down on

19  the ladder.

20        MR. PALMER:  Anybody else on the jury panel who has

21  that type of an injury?  And an injury which was traumatically

22  caused and has been with them for a number of years?  I don't

23  see anybody else raising their hand.

24        Mr. Guillen, you don't have any injuries like that,

25  old knee injury or anything which causes you a problem now?

MONDAY, JUNE 22nd, 2009

1  Juror Number One.

2        PROSPECTIVE JUROR:  Repeat the question, please?

3        MR. PALMER:  You made a compensation claim for your

4  knee?

5        PROSPECTIVE JUROR:  Yes, I did.

6        MR. PALMER:  How many years ago was that?

7        PROSPECTIVE JUROR:  Two years ago.

8        MR. PALMER:  Do you have problems still with your

9  knee.

10       PROSPECTIVE JUROR:  No.

11       MR. PALMER:  It's gotten better?

12       PROSPECTIVE JUROR:  Yes, sir.

13       MR. PALMER:  When you made the claim for compensation

14 benefits, were you out of work for a short time and then went

15 back to work?

16       PROSPECTIVE JUROR:  Just three days.

17       MR. PALMER:  And you got some health care and went

18 back to work?

19       PROSPECTIVE JUROR:  Yes.

20       MR. PALMER:  But you don't have any problems right

21 now?

22       PROSPECTIVE JUROR:  No.

23       MR. PALMER:  Thank you, sir.  I want to ask

24 Ms. Wright.  When you were initially asked, Juror Number Five,

25 you were initially asked some questions by Her Honor and you

MONDAY, JUNE 22nd, 2009

1    indicated that studying for the MCAT may be something which

2    took your mind off your responsibilities as a juror; do you

3    remember those questions?

4          PROSPECTIVE JUROR:  Yes.

5          MR. PALMER:  I just need to know, obviously studying

6    for the MCAT and trying to get into medical school is a big

7    deal.  And to be fair to both the plaintiff in this case and

8    my client in this case, do you think that with the heaviness

9    of the MCAT weighing on you, that you might be preoccupied and

10   not be able to judge the evidence as is presented in this

11   courtroom?

12         PROSPECTIVE JUROR:  Honestly, yes.  But like the

13   Judge said, I think she said contempt or something, don't want

14   to do that one, so...  If I do get selected, I'll have to put

15   that aside.

16         MR. PALMER:  Well, I understand.  And I'm not -- I

17   don't know how to argue with the contempt thing, but I just

18   want to make sure my client and the plaintiff in this case, if

19   you are selected as a juror, I know you're going to be

20   thinking about the MCAT, or you've said you're going to be

21   thinking about the MCAT.

22         Do you think that's going to take precedence over the

23   facts as they're presented in the courtroom in trying to weigh

24   those for each party?

25         PROSPECTIVE JUROR:  No.

MONDAY, JUNE 22nd, 2009

1          MR. PALMER:  All right.  Ms. Whaley, I wanted to ask

2    you some questions.  Your daughter is currently suing Dade

3    County for an injury she sustained?

4          PROSPECTIVE JUROR:  Yes.

5          MR. PALMER:  And you're a diabetic and you're taking

6    medication?

7          PROSPECTIVE JUROR:  Yes.

8          MR. PALMER:  Is there anything -- now, your daughter

9    is the plaintiff in that case, right?

10          PROSPECTIVE JUROR:  Right.

11          MR. PALMER:  Do you think that because, two things,

12    that your daughter has an ongoing lawsuit in which she's a

13    plaintiff; and, secondly, because you're a diabetic, that your

14    mind might not be in the courtroom and you might not be able

15    to fairly and adequately consider the evidence in this case on

16    behalf of the plaintiff and the defendant?

17          PROSPECTIVE JUROR:  True.

18          MR. PALMER:  Juror Number Three, Charpentier,

19    anywhere close to that?  What's your last name?  I'm sorry.

20          PROSPECTIVE JUROR:  Charpentier.

21          MR. PALMER:  I didn't get a whole lot of

22    understanding, you worked for WalMart, correct?

23          PROSPECTIVE JUROR:  Yes.  Yes, sir.

24          MR. PALMER:  Okay.  And you're currently now on

25    vacation?

MONDAY, JUNE 22nd, 2009

 1            PROSPECTIVE JUROR:  Yes.

 2            MR. PALMER:  Do you have sons or daughters?  Do you

 3  have a son and a daughter?

 4            PROSPECTIVE JUROR:  Yes, I do.

 5            MR. PALMER:  And what do they do?

 6            PROSPECTIVE JUROR:  One, the one with me is in high

 7  school, 16 years old.

 8            MR. PALMER:  Is that the son?

 9            PROSPECTIVE JUROR:  Yes.

10            MR. PALMER:  What's your other child do?

11            PROSPECTIVE JUROR:  The other child not with me, they

12  in Haiti.

13            MR. PALMER:  And how old are they?

14            PROSPECTIVE JUROR:  I think I have one 32, one 35,

15  and the other one 33 years old.

16            MR. PALMER:  All right.  Thank you, sir.  Juror

17  Number Two, Ms. Millings.  You currently work in retail sales

18  for the veteran canteen?

19            PROSPECTIVE JUROR:  Yes.  Under the Department of

20  Veteran's Affairs.

21            MR. PALMER:  Now, you work at the VA Hospital?

22            PROSPECTIVE JUROR:  Yes, I do.

23            MR. PALMER:  And is any of your job responsibility

24  dealing with individuals who are injured or who need --

25            PROSPECTIVE JUROR:  Yes.

MONDAY, JUNE 22nd, 2009

1          MR. PALMER:  -- ongoing health care?

2          PROSPECTIVE JUROR:  Yes.

3          MR. PALMER:  Most of them, I'm assuming.

4          PROSPECTIVE JUROR:  Not treating them, but, I mean,

5    day-to-day, yes.

6          MR. PALMER:  Now, is there anything about that

7    particular job occupation you have which is going to cause you

8    to either side with the plaintiff, who's claiming she's

9    injured in this case, or the defense in this case who will

10   be --

11         PROSPECTIVE JUROR:  No, sir.

12         MR. PALMER:  You'd not --

13         PROSPECTIVE JUROR:  No.

14         MR. PALMER:  You'll be able to fairly and accurately

15   weigh the testimony as it's given?

16         PROSPECTIVE JUROR:  Yes, I will.

17         MR. PALMER:  Thank you.

18         THE COURT:  You're at 15.  So you only have another

19   couple minutes.

20         MR. PALMER:  Okay.  One of the -- I guess, summing up

21   here, the issue of sympathy, now, you're going to be given an

22   instruction in the case by Her Honor at the end of all the

23   evidence and at the close of everything, here.  And that --

24   this instruction is going to be, you must not let sympathy

25   guide your deliberations.

MONDAY, JUNE 22nd, 2009

1           Now, even if you find that the plaintiff in this case

2  had an accident, but there is no finding that American

3  Airlines, my client, caused that accident; or, two, that she

4  sustained an injury as a result of the accident, if you find,

5  so in that scenario, she's had an accident, but it's not our

6  fault and we didn't cause her to have an injury, can everyone

7  overcome the feeling of sympathy that one might have to find

8  for her and against American Airlines?

9           I need to ask this question.  Ms. Wright, could you

10 do that in this case?

11          PROSPECTIVE JUROR:  Yes.

12          MR. PALMER:  In the situation in which she, the

13 plaintiff, claims to have had an accident, she falls, but

14 there's no proof that American Airlines caused it or did

15 anything wrong or that she suffered an injury, you can find

16 for the defendant?

17          PROSPECTIVE JUROR:  I would have to hear all the

18 facts.

19          THE COURT:  The court reporter heard that?

20          MR. PALMER:  There was some hesitation on your part,

21 Ms. Wright, can you -- could you, in this situation, even if

22 you find that the plaintiff fell, if you don't find that my

23 client did anything wrong, or you find that we didn't cause

24 her to have an injury, could you come back with a finding for

25 American Airlines, even if she believably says she fell?

1          PROSPECTIVE JUROR:  I would have to hear all the

2     facts.

3          MR. PALMER:  Okay.  You would wait to make your mind

4     up until the end?

5          PROSPECTIVE JUROR:  Yes.

6          MR. PALMER:  But in that situation, I want you to

7     assume there are no facts supporting that we did anything

8     wrong or that she cause -- we caused an injury to her, could

9     you then find for the defendant and overcome your feelings of

10    sympathy?

11         PROSPECTIVE JUROR:  If there's no facts, and with

12    everything being told -- I'm still not sure.

13         THE COURT:  Let me rephrase the question for you.

14    Okay.  If the plaintiff presents evidence to show that she was

15    injured, but there is no evidence that American Airlines was

16    at fault, would you find for American Airlines?  Or would you

17    feel that the plaintiff should recover even if American

18    Airlines wasn't at fault?

19         PROSPECTIVE JUROR:  I would say I would have to wait

20    until the end.

21         THE COURT:  Okay.  What he is trying to say is, if

22    the plaintiff is able to convince you that she was injured,

23    would you automatically award damages against American

24    Airlines even if it wasn't their fault just because she --

25    even though I will instruct you that in order to return a

MONDAY, JUNE 22nd, 2009

1 verdict for the plaintiff, she must prove that American

2 Airlines was negligent.

3        PROSPECTIVE JUROR:  They would counteract with that?

4        THE COURT:  What?

5        PROSPECTIVE JUROR:  Aren't they going to counteract

6 with that?

7        THE COURT:  What he's trying to establish by this

8 question is whether you would treat a defendant, a corporate

9 defendant, the same way you would treat a plaintiff who is an

10 individual, in terms of making the plaintiff prove her case.

11        PROSPECTIVE JUROR:  Yes.  Because both of them are

12 human, regardless of what his position is.

13        THE COURT:  Okay.  So, in other words, the plaintiff,

14 in order to establish liability, will have to prove not only

15 that she was injured, but that her injury was caused by the

16 negligence of American Airlines.  And I'll give you detailed

17 instructions at the close of the case.

18        So if she only proves she was injured, but she does

19 not prove that American Airlines was negligent, would you

20 award her -- would you find for her anyway?

21        PROSPECTIVE JUROR:  No.

22        THE COURT:  Okay.

23        MR. PALMER:  Same question to the rest of the panel,

24 I'm sure everyone followed that.  Is there anyone else on the

25 panel who has any problem with that question as asked by Her

MONDAY, JUNE 22nd, 2009

1  Honor?  That in order to find for the plaintiff, there has to

2  be a finding of fault and that there was a cause of injury.

3        Does everyone understand that and agree to follow

4  that law as instructed by Her Honor?  Ms. Millings, would you

5  follow that law?  Juror Number Two?

6        PROSPECTIVE JUROR:  Millings.

7        MR. PALMER:  I'm sorry.  I --

8        PROSPECTIVE JUROR:  Yes, I would follow the law.

9        MR. PALMER:  How about Mr. Guillen, Number One?

10       PROSPECTIVE JUROR:  Yes.

11       MR. PALMER:  Ms. Ruiz, coming along, you'd do that,

12  as well?

13       PROSPECTIVE JUROR:  Yes.

14       MR. PALMER:  And, Mr. Suarez, with your knowledge of

15  the system and your wife's --

16       PROSPECTIVE JUROR:  Absolutely, yes, sir.

17       MR. PALMER:  And, Mr. Cordero, would you do that in

18  this case?

19       PROSPECTIVE JUROR:  Yes.

20       MR. PALMER:  Ms. Gonzalez, could you do that?

21       PROSPECTIVE JUROR:  Yes.

22       MR. PALMER:  And Ms. -- I'm going to miss this one.

23  Van --

24       PROSPECTIVE JUROR:  Vandalynn Nolton?

25       MR. PALMER:  Yes.  Could you do that --

MONDAY, JUNE 22nd, 2009

1          PROSPECTIVE JUROR:  Yes.

2          MR. PALMER:  -- in this case?

3          PROSPECTIVE JUROR:  Yes.

4          MR. PALMER:  All right.  Thank you, very much, Your

5    Honor.

6          THE COURT:  Okay.  Thank you.  Now, Mr. Parker, I let

7    him go over a little bit.  Do you have any follow-up that you

8    want to ask or are you satisfied that you covered everything?

9          MR. PARKER:  Just a short follow-up.  May I stand at

10   the podium?

11         THE COURT:  Yes.

12         MR. PARKER:  Does everybody agree to follow the law

13   and instruction of the Judge?

14         THE JURY PANEL:  Yes.

15         MR. PARKER:  Ms. Nolton?

16         PROSPECTIVE JUROR:  Yes.

17         MR. PARKER:  Do you understand the explanation the

18   Judge was trying to make earlier?

19         PROSPECTIVE JUROR:  Yes.

20         MR. PARKER:  About fairness?

21         PROSPECTIVE JUROR:  Yes.

22         MR. PARKER:  Thank you.  Ms. Millings?

23         PROSPECTIVE JUROR:  Yes.

24         MR. PARKER:  How long have you worked for the VA?

25         PROSPECTIVE JUROR:  Twenty-three years.

MONDAY, JUNE 22nd, 2009

1          MR. PARKER:  Do you understand what the Judge was

2  trying to say?

3          PROSPECTIVE JUROR:  Yes, I do.

4          MR. PARKER:  Okay.  Thank you, very much.

5  Mr. Toussaint, how long have you lived in Florida?

6          PROSPECTIVE JUROR:  Twenty-nine years.

7          MR. PARKER:  You understand English pretty well?

8          PROSPECTIVE JUROR:  Not -- not really, but I do

9  understand.

10         MR. PARKER:  Okay.  You understand what's happening

11 here today?

12         PROSPECTIVE JUROR:  Not 100 percent, but I do

13 understand.

14         MR. PARKER:  Okay.  Thank you, very much, sir.

15         PROSPECTIVE JUROR:  Okay.

16         THE COURT:  Let me ask you, since -- Mr. Charpentier,

17 since I had -- you need to give him the microphone, please.

18         Okay.  Since I had previously asked you whether there

19 was anything that we ought to know about you and your service

20 on this jury, you didn't mention any difficulty understanding

21 these proceedings.

22         Did you believe that you will understand the

23 proceedings and the testimony of the witnesses?

24         PROSPECTIVE JUROR:  I think I understand enough.

25         THE COURT:  Okay.  So you're confident in your

109

1  ability to understand what the witnesses are saying and the

2  instructions on the law; is that correct?

3       PROSPECTIVE JUROR:  Yes.

4       THE COURT:  Because you speak quite well.  And I

5  would never have suspected any difficulty from your responses.

6  And you write quite well, in addition, in your responses in

7  the juror questionnaire.

8       PROSPECTIVE JUROR:  Okay.  Thank you.

9       THE COURT:  Thank you.

10      MR. PARKER:  Thank you, Your Honor.  Everyone

11 understand English pretty well on this panel?  You understand

12 what is being said the last hour or so?

13      THE JURY PANEL:  Yes.

14      MR. PARKER:  And you will all be fair?

15      THE JURY PANEL:  (Nodding.)

16      MR. PARKER:  Thank you, very much, Your Honor.

17      THE COURT:  Thank you, very much, Mr. Parker.

18      At this time what I'm going to do is I'm going to let

19 the jurors step outside into the lobby, but don't stray.

20 Because what I'm going to do is I'm going to give the lawyers

21 a few minutes to look over their notes and then we're actually

22 going to pick the jury outside your presence.  There's no

23 point in having you all just sit here while we go through the

24 panel.

25      So, you can, you know, wander out in the lobby and

MONDAY, JUNE 22nd, 2009

1  talk among yourselves, but -- and then just be prepared.

2  We'll call all the jurors who are selected to come back to the

3  courtroom.  The rest of you will, then, I believe, have to go

4  back to the jury selection room in the other building.

5          So all rise for the jury.

6     (Jury leaves the courtroom at 12:26 p.m.)

7          THE COURT:  Please be seated.  What I'm going to do,

8  now, is I'm going to take just a brief break.  And when we

9  come back, I'm going to ask you to tell me, first, for the

10 plaintiff, any challenges for cause that you have.  And I'll

11 ask the defendant challenges for cause that they have.  Then

12 I'll hear argument on challenges for cause.

13         And after that I'll hear peremptories.  And the way

14 that we'll select the jury, as I explained at the pretrial

15 conference, is I'll ask the plaintiff to excuse a juror, and

16 then the defendant, and we'll go back and forth until we end

17 up with a jury of eight.  And that assumes that each side will

18 have at least three peremptories, which is the number that you

19 are required to have.  Generally, there's more than three

20 peremptories per side using this selection procedure.  But I

21 find this is generally the most efficient way to do it and it

22 let's everybody know exactly who the jurors are that you're

23 picking from or selecting from.

24         So I'll just take a brief recess.

25         Are there any questions before I recess, Mr. Parker?

MONDAY, JUNE 22nd, 2009

1          MR. PARKER:  No question at this time, Your Honor.

2          THE COURT:  Mr. Palmer?

3          MR. PALMER:  No, Your Honor.

4          THE COURT:  Okay.  Thank you.

5     (Court began its recess at 12:28 p.m., and proceedings

6 continue at 12:43 p.m., as follows:)

7          THE COURT:  Okay.  The first thing I want to do is

8 ask the plaintiff, Mr. Parker, if you have any challenges for

9 cause?  And all I want you to do now is tell me which jurors,

10 if any, you want to challenge for cause.  And then I'll hear

11 argument later.

12          MR. PARKER:  Yes, Your Honor.

13          Juror Number 15, Maria Sequeira.

14          Tony Rodriguez.

15          THE COURT:  That's Juror Number? --

16          MR. PARKER:  Fourteen.

17          THE COURT:  Fourteen?

18          MR. PARKER:  And Juror Number One, Guillen Renzo.

19          THE COURT:  Renzo Guillen.  Okay.

20          MR. PARKER:  That's it for now, Your Honor.

21          THE COURT:  Okay.  And the defendant, again, I just

22 want to know who you want to challenge for cause.

23          MR. PALMER:  Jurors Three, Four, and --

24          THE COURT:  Okay.  Juror Number Three, which is

25 Toussaint Charpentier.

MONDAY, JUNE 22nd, 2009

1          MR. PALMER:  Correct.  Juror Number Four.

2          THE COURT:  Juror Number Four, Lillie Whaley.

3          MR. PALMER:  And Juror Number Five.

4          THE COURT:  Juror Number Five, Jathea Wright.  Okay.

5   Okay.  I'll hear argument, first, with respect to Juror Number

6   Fifteen, which is the first one that the plaintiff raised.

7   Okay.  What is the basis of your challenge for cause for

8   Ms. Sequeira?

9          MR. PARKER:  The question is reference to me, Your

10  Honor?

11         THE COURT:  Well, you're the one who is challenging

12  her, you understand what I'm saying?  "For cause" means that

13  she cannot be a fair juror --

14         MR. PARKER:  Absolute.  Absolutely.

15         THE COURT:  -- or has some problem such that...

16         MR. PARKER:  Yes, ma'am.

17         THE COURT:  Okay.

18         MR. PARKER:  Her husband worked for -- work as an

19  architect which has substantial connection in form of a

20  contract for a pecuniary relationship with American Airlines.

21  And she also mentioned that it would be difficult to render a

22  verdict against American Airlines.  She stated that clearly.

23  So those are the reasons for cause, Your Honor.

24         THE COURT:  Okay.  And what is your response,

25  Mr. Palmer?

MONDAY, JUNE 22nd, 2009

1           MR. PALMER:  Your Honor, none of the requirements

2   were met.  He didn't say that he couldn't be fair.  He didn't

3   say that he couldn't --

4           THE COURT:  It's a she.

5           MR. PALMER:  She.  She did not say that she could

6   be -- that she would be impartial.  She didn't say that she

7   wouldn't be fair.  And she didn't say that she wouldn't follow

8   the law and weigh the case on the evidence presented in the

9   courtroom, things which are necessary for the finding of a

10  cause.

11          I don't think it was met.  She didn't say that.  The

12  relationship between her husband and American Airlines,

13  whether it was the husband's business partner in American

14  Airlines, and it wasn't even gone into as to whether there was

15  any financial compensation to the husband as a result of that

16  relationship.  And that, by itself, isn't enough.

17          In fact, the relationship with American Airlines,

18  right now, for all we know, may not be so great.  Maybe he

19  hadn't been paid by American.  There's nothing there which

20  would indicate, as a result of that relationship, that she

21  can't be fair and impartial.

22          THE COURT:  Okay.  Well, I'm going to grant the

23  challenge for cause, because I -- she was extremely equivocal

24  and she was particularly equivocal when I specifically asked

25  her, I said, would you be satisfied -- if you sat on this

MONDAY, JUNE 22nd, 2009

114

1    jury, would you be satisfied if you were the plaintiff and she

2    said "I really don't know."

3          And, to me, she was extremely equivocal in terms of

4    whether or not she would be able to follow the -- to base her

5    decision on the facts.  Although she said she would listen to

6    the facts and base her decision on the facts.  But every time

7    I said, would you be influenced by the fact that -- of your

8    husband's relationship with American Airlines, she seemed to

9    say "I don't know."

10         So I will grant the challenge for cause as to

11   Ms. Sequeira.

12         With respect to Juror Number Fourteen, Tony

13   Rodriguez.  What is your basis of challenge for cause,

14   Mr. Parker?

15         MR. PARKER:  Yes, Your Honor.  Mr. Rodriguez

16   explained to the Court that he has substantial business

17   relationship in the form of stocks and investment portfolio,

18   and American Airline was one of his clients.  He -- this is

19   very serious matter, since there are biases there that would

20   prevent him from making certain determination in the form of a

21   verdict.

22         And because of the substantial financial situation

23   considering the economic disposition currently, I believe that

24   he would be biased, for one, and also, he would not be fair.

25         THE COURT:  Okay.  And what is your response,

1    Mr. Palmer?

2          MR. PALMER:  First of all, Mr. Rodriguez, Juror

3    Number Fourteen, never said that American Airlines was one of

4    his clients.  He said, in the past that his clients had bought

5    American Airlines stock, in the past.  There's nothing to

6    indicate that he's -- currently has holdings in American

7    Airlines, that he is advocating holdings in American Airlines.

8    And although it wasn't asked of Mr. Rodriguez I can almost

9    guarantee you that right now American Airlines is a strong

10   sell, based upon what's going on in the economy.

11         I don't think that his relationship being a

12   stockbroker, having sold clients American Airline stock over

13   his 30-year career, affects him as a juror in this case.

14   There's no finding that he's not going to be fair --

15         THE COURT:  Okay, I've heard enough.  I'm going to

16   deny the challenge for cause.  I think the fact that he has

17   had clients who have invested stock in American Airlines where

18   he is a stockbroker in the past is sufficient to show that he

19   could not (sic) be fair.  He's given no indication he would

20   have any bias.  And he has expressed no hesitation about his

21   ability to be fair and impartial, despite the fact that he has

22   had clients in the past who have invested stock in American

23   Airlines.

24         With respect to Mr. Guillen, Juror Number One?

25         MR. PARKER:  Yes, Your Honor.

MONDAY, JUNE 22nd, 2009

```
1            THE COURT:  What is your basis?

2            MR. PARKER:  My basis, Your Honor, he has friends,

3   close friends, I think he mentioned close friend that worked

4   for American Airlines.

5            THE COURT:  He has one friend who is a baggage

6   handler.  Okay.

7            MR. PARKER:  And there is positive bias there that

8   will prevent Mr. Renzo (sic) to make a fair determination on a

9   verdict, Your Honor.

10           And he's working, also, three jobs.  I believe

11  that -- and he says he is losing money and hours.  That would

12  be significant in his deliberation and also in his

13  concentration in this very serious matter.

14           THE COURT:  Okay.  What is the defendant's position

15  with respect to Mr. Guillen?

16           MR. PALMER:  As far as having friends in the airline

17  industry, there's absolutely no showing that he's going to be

18  anything other than fair and impartial in this case.  In fact,

19  those were questions asked by the Court.  And as a baggage

20  handler, there's no relationship there which would cause

21  anyone any concern.

22           Regarding his having three jobs.  The only hardship

23  that I got out of him, and I think all of us here did, is that

24  he has one part-time job that starts at 5:00 and goes to 9:00.

25  And he's not precluded from holding a day job.  He's getting
```

MONDAY, JUNE 22nd, 2009

117

```
 1   paid by the U.S. Government for his service here.  His
 2   hardship is no greater than anybody else who ever comes in as
 3   a juror.
 4           THE COURT:  I agree.  I'm going to deny the challenge
 5   for cause.  You can exercise a preemptory if you so desire.
 6           Now, moving along to Juror Number Three, Toussaint
 7   Charpentier.  What is the defendant's basis for challenging
 8   for cause?
 9           MR. PALMER:  Your Honor, I only raise a challenge for
10   cause for Juror Number Three as a result of the last series of
11   questions and answers he gave regarding his inability to
12   understand English 100 percent.  I do note, as the Court did,
13   that he did fill out his questionnaire in fairly good English.
14   But I am concerned because if he doesn't understand 100
15   percent of what's going on, that 5, 10, 2 percent may give
16   rise to a situation where that misunderstanding could cause a
17   problem for either the plaintiff or the defendant.  So that
18   was the reason I moved for cause on Number Three.
19           THE COURT:  Okay.  What is the plaintiff's position
20   on Mr. Charpentier?
21           MR. PARKER:  Your Honor, I believe that he understand
22   what was going on.  I asked him that question, and he answered
23   in the affirmative.  I'm not sure if he did say he was 100
24   percent or, you know, don't understand or the inverse effect.
25           I believe that he's been living here for 29 years,
```

MONDAY, JUNE 22nd, 2009

 1  that's what he said.  And he, I believe, is a citizen of the

 2  United States.  I didn't ask the question, but he must have --

 3          THE COURT:  Well, he must be a citizen or he wouldn't

 4  be a juror because we only allow citizens to sit on the jury.

 5          MR. PARKER:  Absolutely, Your Honor, I stand

 6  corrected.

 7          I believe that he shows no sign that he does not know

 8  how to communicate.  In fact, he filled out this questionnaire

 9  quite effectively and persuasively and, I believe, he would be

10  a person that should stay on the jury.

11          THE COURT:  Okay.  I'm going to deny the challenge

12  for cause.  I found Mr. Charpentier was very responsive.  He

13  understand the questions.  He said he understood, and so I

14  don't believe there will be a problem with him.

15          Okay.  Juror Number Four, Lillie Whaley.

16          MR. PALMER:  Lillie Whaley is the juror whose

17  daughter is suing Dade County for the injury involving,

18  apparently, a fatality when she was driving a bus.  She is

19  also a diabetic.  She clearly indicated that she does not want

20  to be here, this is not what she wants to be doing.  When I

21  asked her several different ways as to whether she could be

22  fair and impartial, her responses were very equivocal.

23          And I don't think she has proven that she can be fair

24  and impartial to my client in this case based upon what's

25  going on with her daughter's case and what's going on with her

MONDAY, JUNE 22nd, 2009

1    own medical condition.

2         THE COURT:  And what's the plaintiff's position?

3         MR. PARKER:  Yes, Your Honor.  I believe that her

4    daughter, who is involved in a suit with Dade County, has

5    nothing to do with her serving on this jury and being fair.  I

6    think she's a fair -- she's fair as can be.

7         And her diabetes situation, she can take her

8    medication here and store -- and take her medication in the

9    morning, as needed.  Her health is -- can be treatable with

10   medication.  And I believe that she would be fair and

11   impartial.

12        THE COURT:  I'm going to grant the challenge for

13   cause.  She specific -- she's an even stronger case than

14   Ms. Sequeira because she specifically stated, I don't think I

15   will be able to fairly consider the evidence due to my

16   daughter's case and the diabetes.  And in viewing her and her

17   demeanor and her equivocation, despite this unequivocal

18   statement that she didn't think she could be fair and -- in

19   light of the circumstances, I'm going to grant the challenge

20   for cause as to Ms. Whaley.

21        Now, Juror Number Five, Jathea Wright.

22        MR. PALMER:  As far as Ms. Wright, Juror Number Five,

23   is concerned.  I think the case to strike her for cause is

24   even more compelling than Juror Number Four.  She was asked no

25   less than five times whether she could overcome sympathy for

1  the plaintiff in this case, if there's no finding of fault and

2  if there is no causal link between the injury and our conduct.

3      The Court, I think, after five different times

4  finally was able to rehabilitate her.  I think the equivocal

5  nature of her answers made it clear that she is not going to

6  be fair and impartial to the defendant in this case.  And I

7  think she should be stricken for cause.

8      THE COURT:  I'm going to deny the challenge for cause

9  as to Ms. Wright.  I think the type of question you asked is

10 the type of question that just begs for lack of clarity and

11 lack of understanding on the part of a juror.  I tried to fix

12 that.

13     But I think that you're asking them to assume that

14 there's no evidence of something in a case.  And there's

15 just -- and that's why she kept saying, well, I have to hear

16 the evidence, I have to hear the evidence.  And that was her

17 issue.  But I think that when she finally understood that

18 we're assuming a plaintiff brought a case with no evidence,

19 then she said, well, yeah.  I mean, she wouldn't rule for

20 plaintiff in that circumstance.

21     But I just think those types of questions just beg

22 for lack of understanding on the part of jurors.  And so I'm

23 going to deny the challenge for cause.  Of course, you're free

24 to use your peremptory.

25     So just to reiterate and let me just pull out my

MONDAY, JUNE 22nd, 2009

1   little -- I'm granting the challenges for cause as to Juror

2   Number Fifteen and Juror Number Four.  So that means that we

3   are left with 18 jurors, we want to get down to eight.  That

4   gives each side five peremptories.  Which means that you can

5   challenge those people you thought should be stricken for

6   cause and you'll still have your three peremptories that are

7   left under the Federal Rules of Civil Procedure, as it turned

8   out.

9          So let me now hear from plaintiff first.  And, again,

10  just tell me one -- the first juror that you do not want and I

11  will strike that juror.  And then I'll go to the defendant.

12  It can be from anywhere on the panel.  Okay, Mr. Parker?

13          MR. PARKER:  Yes, Your Honor, one moment.

14          THE COURT:  Okay.  This needs to go rapidly --

15          MR. PARKER:  Yes.

16          THE COURT:  -- that's why we took a recess.

17          MR. PARKER:  Tony Rodriguez, Juror Number Fourteen.

18          THE COURT:  Juror Number Fourteen will be a

19  plaintiff's challenge.  Okay.  Mr. Parker?

20          MR. PARKER:  Yes, Your Honor?

21          THE COURT:  Excuse me.  Mr. Palmer.

22          MR. PALMER:  Juror Number Five, Your Honor.

23          THE COURT:  Okay.  Juror Number Five will be a

24  defendant's challenge.

25          Mr. Parker.  You all have -- your names are too

MONDAY, JUNE 22nd, 2009

1  similar for me to deal with.

2       Mr. Parker, plaintiff's next challenge?

3       MR. PARKER:  Juror Number One, Renzo Guillen.

4       THE COURT:  Okay.  Juror Number One will be a

5  plaintiff's challenge.

6       Mr. Palmer.

7       MR. PALMER:  Juror Number Twenty.

8       THE COURT:  Okay.  Juror Number Twenty will be a

9  defense challenge.

10       MR. PARKER:  Juror Number Seventeen, Bonnie Lee

11  Sloan.

12       THE COURT:  Okay.  Juror Number Seventeen will be

13  plaintiff's challenge.

14       MR. PALMER:  Juror Number Three.

15       THE COURT:  Juror Number Three will be defendant's

16  challenge.  And, Mr. Parker?

17       MR. PARKER:  Yes, Your Honor.  Miguel Cordero.

18       THE COURT:  Juror Number Sixteen?

19       MR. PARKER:  Yes, Your Honor.

20       THE COURT:  Okay.  Juror Number Sixteen will be a

21  plaintiff's challenge.

22       MR. PALMER:  Juror Number Seven.

23       THE COURT:  Juror Number Seven will be defendant's

24  challenge.  Okay.  This, I believe, is your last challenge on

25  behalf of plaintiff, Mr. Parker?

MONDAY, JUNE 22nd, 2009

1          MR. PARKER:  Yes, Your Honor.  Juror Number

2   Seventeen, Agnes Gonzalez.

3          THE COURT:  Juror Number Eighteen is Agnes Gonzalez.

4          MR. PARKER:  Eighteen.

5          THE COURT:  Juror Number Eighteen will be the

6   plaintiff's strike.

7          And on behalf of the defendant?  This is your last

8   challenge.

9          MR. PALMER:  Number Two.

10         THE COURT:  Okay.  Juror Number Two will be

11   defendant's challenge.

12         Okay.  That will leave us with the following jurors

13   as being selected in this case:

14         Juror Number Six, José Fabre; Juror Number Eight,

15   Anita Adt; Juror Number Nine, Suzie Acosta; Juror Number Ten,

16   Oyuki Rogert; Juror Number Eleven, Ana Ruiz; Juror Number

17   Twelve, Jorge Lamus; Juror Number Thirteen, Eva Martinez; and

18   Juror Number Nineteen, Wanda Isusquiza.

19         Is that your understanding, Mr. Parker?

20         MR. PARKER:  Yes, Your Honor.

21         THE COURT:  Mr. Palmer?

22         MR. PALMER:  Yes, Your Honor.

23         THE COURT:  I'll ask my courtroom deputy to bring

24   those jurors back into the courtroom.  All I'm going to do is

25   have them take their seats.  I'm going to have them be sworn

MONDAY, JUNE 22nd, 2009

1   as the jury to try this case.  I'm going to let them go to

2   lunch and then -- I'm not going to give them the preliminary

3   instructions except for telling them not to discuss any aspect

4   of the case and not to talk to the lawyers or parties.  And

5   then I'll give them the preliminary instructions when we come

6   back.

7           Is there anything that we are going to need to do

8   before -- before we move to openings?  I need to find out how

9   much time you need for openings.  But other than that -- in

10  other words, I'm not sure how much time I should give them for

11  lunch.  My inclination is to have them come back at 2:15; does

12  that sound about right, Mr. Parker?

13          MR. PARKER:  Sounds about right, Your Honor.

14          MR. PALMER:  That would be fine, Your Honor.

15          THE COURT:  Okay.  Ms. Williams, if you'll do the

16  honors.

17          While we are waiting, Mr. Parker, how much time do

18  you want for opening?

19          MR. PARKER:  35 minutes, Your Honor.

20          THE COURT:  35 minutes?  Okay.  I'll give you 30.

21  And I'll give the defendant 30 minutes, as well.  Remember,

22  this is not argument, it's simply opening statements.

23          MR. PARKER:  Yes, Your Honor.

24      (Jury enters the courtroom at 1:06 p.m.)

25          THE COURT:  It's easiest if you sit four and four.

MONDAY, JUNE 22nd, 2009

1   So Mr. Fabre and then Ms. Adt next to him.  Ms. Acosta next to

2   her.  Ms. Rogert next to her.  And then in the row right in

3   front of the middle row, Juror Number Eleven, Ana Ruiz,

4   Mr. Lamus, Ms. Martinez, and Ms. Isusquiza.  Thank you.

5        You can be seated for a moment.  As soon as my

6   courtroom deputy comes back in -- oops, I think I just turned

7   off my microphone.  As soon as my courtroom deputy comes back

8   in, she will swear you to serve as the jury in this case.

9        But since she is, I suppose, answering questions from

10  the persons who were not selected, I'm going to go ahead and

11  tell you.  We are going to take a recess for lunch until 2:15.

12  That should give you plenty of time to eat at one of the many

13  fine dining establishments in the vicinity.  There's a Subway,

14  there's a McDonald's.  There's a variety of other places, as

15  well.

16       I want to caution you, though.  At this time and at

17  all times, not to discuss the case at all or what you think

18  might happen or anything about it until the end of the case.

19  So starting from now no discussions about the case, at all.

20  No speculation or anything else.

21       In addition, I want to caution you not to talk to any

22  of the attorneys or parties to the case at all.  And they are

23  not allowed to talk to you.  They are required to ignore you.

24  So if you see them and you, obviously, recognize them and

25  they, obviously, recognize you, they're not going to say

1   anything.  But don't think they're being rude, they're just

2   following my instructions.  It's just a lot easier for all of

3   us if you just have no contact at all.  And that way we don't

4   have to worry about one side seeing the other side talking to

5   a juror and realizing that it's, oh, you dropped your

6   handkerchief, or whatever it might be.  Even though people

7   don't carry handkerchiefs anymore.

8           So when you're excused, I just wanted to remind you

9   of that.  And that includes, you know, all throughout the

10  trial.

11          And so as soon as we swear you -- and then when you

12  come back, you'll come back to the jury room.  So as you go

13  out, my courtroom deputy or our absolutely fabulous court

14  security officer will show you where the jury room is.  And

15  you'll come right back in and you'll sit in the jury room when

16  you come back.  When everybody's gathered, then we'll bring

17  you back in the courtroom as a group.

18          If you will administer the oath.  If the jury will

19  rise, please.

20      (Jury Panel was sworn.)

21          THE COURT:  Thank you all, very much.  All rise for

22  the jury and they will be led to the jury room.

23      (Jury withdrew from the courtroom at 1:10 p.m.)

24          THE COURT:  Is this anything that I need to do before

25  we take our lunch recess?  And is there any reason why you

MONDAY, JUNE 22nd, 2009

1   need to come back before 2:15?  First, from plaintiff,

2   Mr. Parker?

3          MR. PARKER:  We have completed the report that Your

4   Honor requested this morning.

5          THE COURT:  The exhibit list, you mean?

6          MR. PARKER:  The exhibit list, Your Honor.

7          THE COURT:  Okay.

8          MR. PARKER:  And we are going to -- may I show it to

9   opposing counsel or --

10          THE COURT:  You don't have a copy --

11          MR. PARKER:  I just have one.

12          THE COURT:  Okay.  You can show it to him and then if

13   you give it to us, we will make copies.

14          MR. PARKER:  Thank you, Your Honor.

15          MS. ELFENBEIN:  Judge, we also have our exhibit list,

16   and we also have all of our exhibit binders.  I don't know if

17   the Court would like us to give them to the Court now or when

18   we return from lunch?

19          THE COURT:  Why don't -- when we return from lunch --

20   I'll tell you what we're going to do.  We'll return from

21   lunch, I'll recognize you for opening statements, both sides

22   will give their opening statements.  At that point I'll take a

23   brief recess before we begin the case as a whole, or before we

24   begin hearing the evidence in the case, I should say, to be a

25   little more articulate about it.

MONDAY, JUNE 22nd, 2009

1          And when we take that brief recess at that point in

2    time, you will then be able to put the notebooks on each

3    juror's chair and give a copy to me, as well as the exhibit

4    list.  I think that's probably the best way to do it.

5          MS. ELFENBEIN:  Okay.

6          THE COURT:  Any problem with that?

7          MR. PARKER:  No problem, Your Honor.

8          THE COURT:  Okay.  And I don't know, Mr. Palmer, do

9    you want to look at the witness list?  Or I was going to

10   make -- since he didn't have copies, I was going to make a

11   copy.  I don't know if you have copies of your list for him

12   and the Court.

13         MS. ELFENBEIN:  We do.

14         THE COURT:  Well, I'll make a copy for him.  If

15   there's any issue about the exhibit list before we get to the

16   exhibits, you can -- you can let me know and I'll handle it at

17   that time.  Okay.  If you want to hand it up to me,

18   Mr. Parker, so we can make copies.  Or, actually, my courtroom

19   deputy is coming by right now, so.  Okay.  Thank you.

20         So anything further?  Hearing nothing we'll be in

21   recess until 2:15.  Thank you, very much.

22      (Court recessed at 1:13 p.m., and proceedings continued as

23   follows:)

24         COURTROOM DEPUTY:  Case Number 08-21925-Civil-

25   Simonton.  Lorna Mathura-Beach versus American Airlines, Inc.

MONDAY, JUNE 22nd, 2009

```
 1    Appearances are as previously noted.
 2         THE COURT:  Is there anything we need to do before I
 3    bring the jury in?  I'll give each of you thirty minutes, I'll
 4    give you a five-minute warning.
 5         Frankly, I don't think the openings should take
 6    thirty minutes a side, but we will, and then after that we
 7    will go with the plaintiff's case until 4:00, and then we'll
 8    hear from Dr. Nordt.
 9         Is there anything, Mr. Parker?  You can put your
10    exhibit stickers on when you have a chance to do it, but we're
11    on too tight a schedule today for me to wait.
12         MR. PARKER:  We're almost there, Your Honor.
13         THE COURT:  You can use the -- you know, you can
14    refer to them on the tabs.  Is there anything that I need to
15    do before we bring the jury in, Mr. Parker?
16         MR. PARKER:  No, Your Honor.
17         THE COURT:  Mr. Palmer?
18         MR. PALMER:  No, Your Honor, we're ready.
19         THE COURT:  Okay, thank you.  Will you bring the jury
20    in, please.
21      (Jury enters the courtroom at 2:24 p.m.)
22         THE COURT:  Ladies and gentlemen, you have now been
23    sworn as the jury to try this case, and by your verdict, you
24    will decide the disputed issues of fact.  I will decide all
25    questions of law and procedure that arise during the trial.
```

TUESDAY, JUNE 22d, 2009

1    And before you retire to the jury room at the end of the trial

2    to deliberate upon your verdict and decide the case, I will

3    explain to you the rules of law that you must follow and apply

4    in making your decision.

5         The evidence presented to you during the trial will

6    primarily consist of the testimony of the witnesses and

7    tangible items including papers or documents called exhibits.

8         Transcripts are not available.  You should pay close

9    attention to the testimony, because it will be necessary for

10   you to rely upon your memories concerning what the testimony

11   was.  Although, as you can see, the court reporter is making a

12   stenographic record of everything that is said, typewritten

13   transcripts will not be prepared in sufficient time or

14   appropriate form for your use during your deliberations, and

15   you should not expect to receive them.

16        Exhibits will be available.  On the other hand, any

17   exhibits admitted in evidence during the trial will be

18   available to you for detailed study, if you wish, during your

19   deliberations.  So if an exhibit is received in evidence but

20   is not fully read or shown to you at the time, don't be

21   concerned, because you will get to see and study it later

22   during your deliberations.

23        However, you will each be given a notebook which

24   contains possible exhibits that may be admitted into evidence

25   during the course of the trial.  You're not to look at any of

TUESDAY, JUNE 22d, 2009

1  the potential exhibits in these notebooks unless and until you

2  are directed to do so by me or counsel for the parties.

3       At that time, you may open your notebook and look

4  only at the exhibit at issue.  You are not to draw any

5  inferences from the fact that not all exhibits contained in

6  the notebook are admitted into evidence.  These are potential

7  exhibits only, prepared in advance of the trial for the

8  purpose of assisting you.

9       For a variety of reasons which are not relevant to

10  your decision-making, all of these exhibits may not be

11  admitted.  The parties may decide, for example, not to use

12  certain exhibits.  In addition, certain exhibits may be

13  admitted that are not contained in the notebooks.  Your

14  notebooks must stay in the courtroom, and you will not be

15  permitted to take them back into the jury room at any time.

16       As I said, you are not to draw any inferences from

17  the fact that certain exhibits are contained in the notebooks

18  or that the notebooks contain other potential exhibits not

19  introduced into evidence.

20       Note taking is permitted.  If you would like to take

21  notes during the trial, you may do so.  On the other hand, of

22  course, you are not required to take notes if you do not want

23  to.  That will be left up to you individually.

24       If you decide to take notes, don't try to write

25  everything down, because you'll get so involved in note taking

TUESDAY, JUNE 22d, 2009

1    that you might become distracted from the ongoing proceedings.

2    Just make notes of names, of dates, and places.  Things that

3    might be difficult to remember.

4           Also, your notes should be used only as aids to your

5    memory.  And if your memory should later differ from your

6    notes, you should rely upon your memory and not your notes.

7    If you don't take notes, you should rely upon your own

8    independent recollection or memory of what the testimony was,

9    and you should not be unduly influenced by the notes of other

10   jurors.

11          Notes are not entitled to any greater weight than the

12   recollection or impression of each juror concerning what the

13   testimony was.  In this case, jurors will be permitted to

14   submit written questions to the Court with respect to any

15   witness called to testify.

16          The procedure will be as follows:  If you have a

17   question during the course of the testimony, I suggest that

18   you write it down.  At the end of the testimony, if your

19   question has not been answered, you can hand the piece of

20   paper with the question to the court security officer.  I will

21   then take a brief recess or go to sidebar with the attorneys

22   and consider whether the question is appropriate based upon

23   the rules of evidence.

24          If it is appropriate, I will ask the question of the

25   witness.  If not, the witness will be excused without being

TUESDAY, JUNE 22d, 2009

1  asked the question.  As I will explain below, however, it is

2  not appropriate for you to discuss any questions or answers

3  before you hear all the evidence and begin your deliberations.

4      During the trial, you should keep an open mind and

5  avoid reaching any hasty impressions or conclusions.  Reserve

6  your judgment until you have heard all the testimony and

7  evidence, the closing arguments or summations of the lawyers,

8  and my instructions or explanations to you concerning the

9  applicable law.

10      Because of your obligation to keep an open mind

11  during the trial, coupled with your obligation to then decide

12  the case only on the basis of the testimony and evidence

13  presented, you must not discuss the case during the trial in

14  any manner among yourselves or with anyone else.  Nor should

15  you permit anyone to discuss it in your presence, and you

16  should avoid reading any newspaper articles that might be

17  published about the case.  You should also avoid seeing or

18  hearing any television or radio comments about the trial.

19      In addition, to prevent any appearance of

20  impropriety, as I told you before, attorneys, parties, and

21  witnesses are not allowed to have any interaction with you at

22  any time.  There is, in effect, a wall of separation.  So if

23  you see one of the participants in this trial, don't make any

24  contact with them and don't be offended when they ignore you.

25  They are simply following my instructions.

TUESDAY, JUNE 22d, 2009

1    From time to time during the trial, I may be called

2    upon to make rulings of law on objections or motions made by

3    the lawyers.  You should not infer or conclude from any ruling

4    or other comment I may make that I have any opinions on the

5    merits of the case favoring one side or the other.  And if I

6    should sustain an objection to a question that goes unanswered

7    by a witness, you should not guess or speculate what the

8    answer might have been, nor should you draw any inferences or

9    conclusions from the question itself.

10    During the trial, it may be necessary for me to

11    confer with the lawyers from time to time out of your hearing

12    with regard to questions of law or procedure that require

13    consideration by the court or judge alone.  On some occasions,

14    you may be excused from the courtroom for the same reason.  I

15    will try to limit these interruptions as much as possible, but

16    you should remember the importance of the matter you are here

17    to determine and should be patient even though the case may

18    seem to go slowly.

19    The order of the trial's proceedings will be as

20    follows:  In just a moment the lawyers for each of the parties

21    will be permitted to address you, in turn, and make what we

22    call their opening statements.  The plaintiff will then go

23    forward with the calling of witnesses and presentation of

24    evidence during what we call the plaintiff's case-in-chief.

25    When the plaintiff finishes, by announcing rest, the

TUESDAY, JUNE 22d, 2009

1 defendants will proceed with witnesses and evidence, after

2 which, with certain limitations, the plaintiff may be

3 permitted to again call witnesses or evidence during what we

4 call the rebuttal phase of trial.

5         The plaintiff proceeds first and may rebut at the end

6 because the law places the burden of proof or the burden of

7 persuasion upon the plaintiff, as I will further explain to

8 you as part of my final instructions.

9         When the evidence portion of the trial is completed,

10 the lawyers will then be given another opportunity to address

11 you and make their summations, or final arguments in the case.

12 After which I will instruct you on the applicable law and you

13 will then retire to deliberate upon your verdict.

14         Now we will begin by affording the lawyers for each

15 side an opportunity to make their opening statements in which

16 they may explain the issues in the case and summarize the

17 facts they expect the evidence will show.

18         I've given each lawyer up to, but no more than thirty

19 minutes to make their opening statements.  I caution you that

20 the statements the lawyers make now, as well as the arguments

21 they present at the end of the trial, are not to be considered

22 by you either as evidence in the case or as your instruction

23 on the law.

24         Nevertheless, these statements and arguments are

25 intended to help you understand the issues and the evidence as

```
 1   it comes in, as well as the positions taken by both sides.
 2            So, I ask that you now, give the lawyers your close
 3   attention as I recognize them for purposes of opening
 4   statements.
 5            Mr. Parker, are you ready to give your opening
 6   statement on behalf of the plaintiff?
 7            MR. PARKER:  Yes, Your Honor.
 8            THE COURT:  Thank you, sir.  You may proceed.
 9                         OPENING STATEMENT
10            MR. PARKER:  May it please the Court.  Good
11   afternoon, ladies and gentlemen.  We are here today to
12   consider a very serious matter, the matter of the negligence
13   of American Airlines and its agents.
14            Before I get started, I'm going to tell you a little
15   bit about my client.  My client is a young lady, young woman,
16   came to New York from the Caribbean.  She came as a young kid,
17   graduated from high school, and she pursued her vocation in
18   education and in employment simultaneously.  She is a hard
19   worker.
20            She worked for many years starting in the '70s,
21   1970s until back in 2006.  She was unable to work after
22   that, because of an incident that occurred, we'll talk about
23   and hear evidence about and hear testimony about.
24            Evidence and testimony.
25            The incident occurred on August 30, 2006.  That's the
```

TUESDAY, JUNE 22d, 2009

1  most important date.  August 30, 2006.  Now, Ms. Lorna

2  Beach-Mathura, she works various jobs while residing in the

3  great state of New York, going to school at the same time.

4  She was able to get her certificate in paralegal studies while

5  in New York.  She worked for the New York transit while living

6  in New York.  She also worked for various corporations, and

7  sometimes she worked two, three jobs.  Worked hard for a

8  living.

9        She made a decision to come south, like a lot of New

10  Yorkers, to escape the cold weather.  She's from the

11  Caribbean.  Tropical down here in South Florida, more so in

12  the Caribbean and here.  So here is Ms. Mathura, coming down

13  here with some education and some work experience, and she got

14  herself a job.  She got herself a job with economic

15  opportunity, health center, from 1996 to 1998.  She also got

16  herself a position at the Miami-Dade County School Board as a

17  teacher.

18        She pursued her master's degree program at Nova

19  Southeastern University and she obtained a master's in public

20  administration.  And she continued her quest, working hard to

21  take care of herself and her family.

22        By the 1990s, she was married and she had four

23  children between New York and Miami-Dade Florida.  One of her

24  child is a disabled kid, so she has to put in a whole lot of

25  overtime to make sure that her family is taken care of.  Her

TUESDAY, JUNE 22d, 2009

1  husband work and try to uphold his part of the deal.

2        Now, Ms. Mathura is Buddhist.  So she travel to

3  Japan, invited there by her high priest in August of 2006.

4  She work hard and save her money.  And she produce enough

5  money to buy a round-trip ticket, starting in about first week

6  of August or so, near to the second -- between the first and

7  second week, round-trip ticket to return August 30, 2006.

8        The evidence will show that she took this trip to New

9  York -- not to New York, but to Japan, Tokyo, Japan.  She flew

10  from Ft. Lauderdale on American Airlines to Japan.  She did

11  her religious pilgrimage, she had a good time.  And she was on

12  her way back on August 30th, when she was at Narita airport.

13  She went there early.  She arrived on time.  She had one

14  luggage.  And the evidence will show that she stand in this

15  line.  There's a whole lot of folks in line to go back to the

16  United States from the pilgrimage.

17        The evidence will show that she struck up

18  conversation with one Mr. Collins, Ciaran Collins; exchanged

19  business card numbers, and had a good understanding of

20  Mr. Collins and his purpose and what he does for a living, and

21  so forth and so fifth (sic).

22        Now, she was standing there for about forty minutes

23  or so, in line, and she started feeling discomfortable, you

24  know.  She had to move around.  She was using a cane to help

25  her out.  And Mr. Collins saw Ms. Mathura needed some

1    assistance.  So Ms. Mathura said, could you go to the counter

2    and get someone to help me, get a wheelchair or something so I

3    can get to the head of the line so I can get moving?  And you

4    know, my knee, I'm tired, you know.  I need to -- I need to

5    get to the head of the line because I'm getting a little

6    weary.

7          Now, Mr. Collins went and asked the American Airline

8    agent if she could help this young lady up.  She said, sure,

9    come on up.  Come on up.  So, Ms. Mathura went up and start

10   the boarding process, giving her a ticket, passport, and so

11   forth.

12         And this agent, the American Airline agent, you know,

13   started pulling the information.  And the lady asked, "Do you

14   need some assistance to move around?"  She said, yes, I'd like

15   to sit in a wheelchair, or something.  So she -- so another

16   agent pick up the phone and call and an agent came.

17         THE COURT:  You need to speak into the microphone.

18         MR. PARKER:  Yes, ma'am.

19         THE COURT:  Thank you.

20         MR. PARKER:  Thank you, Your Honor.

21         And the agent came with the wheelchair.  My client

22   looked back and the wheelchair was there; American Airlines

23   personnel with his uniform on.  The agent across the -- the

24   check-in agent, American Airlines check-in agent, the

25   receptionist, I think, invited Ms. Mathura to sit down.

TUESDAY, JUNE 22d, 2009

1   Ms. Mathura sat down.   Chair wasn't there.

2          She fell on her buttocks and she hurt herself badly.

3   Hundreds of people there, she was so embarrassed.   She was so

4   embarrassed.   In pain there, laying down there in front of all

5   these strangers.   Serious injury to her person.   The lady

6   across the counter that was helping out checking Ms. Mathura

7   in, ran in and came around to assist her.   Two persons assist

8   her.   The man that held the wheelchair, push it behind

9   Ms. Mathura.   And they lift her up and put her in the

10  wheelchair and pushed her all the way to boarding, while my

11  client was in pain.

12         My client, Ms. Mathura, reported this, when she went

13  on the plane, to the airline stewardess.   They couldn't help.

14  She suffered a 12-hour trip from Narita to Dallas, Texas.   The

15  only comfort she had was a few Tylenol she had on her.   She

16  took it with water.   And she was in pain for 12 solid hours

17  flying from Japan to Dallas/Fort Worth.

18         She, again, reported it to the agents at the

19  Dallas/Fort Worth American Airline agents and they gave her a

20  wheelchair this time, which will work.   She traveled from

21  there all the way to Ft. Lauderdale on another American

22  Airlines plane in pain; another three-and-a-half hours.

23         When she reached Ft. Lauderdale, she again reported

24  it to an American Airlines agent.   Again, they gave her a

25  wheelchair.   This time it worked.   She didn't fall this time.

TUESDAY, JUNE 22d, 2009

1  And they pushed her out.  American Airlines agent pushed her

2  out of the air -- on the wheelchair to the curb where her

3  husband was waiting for her.  Her husband was in shock when

4  her husband saw her in such pain and in a wheelchair.  She

5  left the United States, she was not in a wheelchair.

6       Ms. Mathura called American Airlines the next day.

7  She suffered through the night.  She reached home in the

8  evening.  She slept uncomfortably, didn't sleep well.  And she

9  went to the doctor.  She went to various doctors.

10      You will hear testimony from one Anthony --

11 Dr. Anthony Hall, Dr. Rudolph.  Yes, you'll hear testimony for

12 treatment she received by these two doctors; medical doctors

13 and a chiropractitioner.  One is a surgeon.

14      She was told that she needed surgery.  Of course she

15 couldn't afford surgery of that kind, thousands of dollars.

16 Thousands of dollars for one surgery, two surgery, three

17 surgery, four surgery.  We don't know.

18      But the doctor will fill you in on that sort of

19 situation, how much surgery she's going to need.  She can't

20 stand for -- she can't sit, rather, for more than twenty

21 minutes or thirty minutes, she has to get up, move around to

22 get relief.

23      Why she isn't better today?  Because she don't have

24 the money, the money to pay for the surgery, and also to pay

25 for treatment such as medication, therapy, shots, nerve

1    blockers, and so forth.  The doctor will explain all of that.

2          Now, American Airline and its agent caused the injury

3    to Ms. Mathura.  They are to be blamed for her suffering and

4    her disposition today.  She has four children, and she wants

5    to be an outstanding mother.  She want to take care of her

6    kids and her husband, but she can't function the way she

7    should.

8          By the way, Ms. Mathura is two years into her PhD

9    program at Nova Southeastern University when she had to

10   abandon that.  She had to abandon that because of this very

11   serious injury that was caused by American and -- American

12   Airlines and its agent.  American Airlines and its agent.

13         She's a decent woman.  She doesn't deserve this.  She

14   needs -- She has so much pain it's unbelievable.  American

15   Airlines needs to step up to the plate because they caused

16   this very serious injury to her back, her entire back.  She

17   dropped on her buttocks and from the lumbar all the way up,

18   devastating.  You'll hear testimony towards that, urination

19   and so forth.  The medical doctors will explain to you.

20         Please, apply your common sense.  This is a very

21   serious matter.  A very serious thing.  That's why we are here

22   today, for justice.

23         Thank you, ladies and gentlemen.

24         THE COURT:  Thank you, Mr. Parker.

25         MR. PARKER:  Thank you, Your Honor.

TUESDAY, JUNE 22d, 2009

1            THE COURT:  Ms. Elfenbein.

2            MS. ELFENBEIN:  Yes.  I just need a second to set up,

3   I have a demonstrative aid.  I need to set it up on an easel.

4            THE COURT:  Okay.  If you're going to need -- Do you

5   need the hand-held microphone for when you use the

6   demonstrative aid?

7            MS. ELFENBEIN:  That would be helpful.

8            THE COURT:  And, Counsel, if you need to move over to

9   the wall so you can see, feel free to do so.

10           MR. PARKER:  I thank you, Your Honor.

11                        OPENING STATEMENT

12           MS. ELFENBEIN:  May it please the Court, Counsel,

13   members of jury.  My name is Marty Elfenbein.  And I, along

14   with Greg Palmer--we already met earlier today during jury

15   selections--we represent the defendant, American Airlines, in

16   this case.

17           This case is about two things.  This case is about

18   causation and this case is about lack of credibility.  Now,

19   the evidence in this case is going to show that the plaintiff

20   has no evidence, no medical evidence whatsoever, that this

21   fall, this incident that she claims happened at the Narita

22   airport on August 30, 2006, was caused or that they caused any

23   injuries to her.

24           Now, the evidence is also going to show that the

25   plaintiff's testimony is not credible in this case.  We are

1  going to present evidence to you that the plaintiff has been

2  involved in claims and litigation for the same injuries for

3  which she seeks damages in this case for over 13 years.  And

4  the plaintiff hid all of those claims from us during the

5  discovery.  And the evidence in this case is going to show

6  that, and I'm not going to go into detail about that.

7       So let's first talk about the plaintiff's credibility

8  in this case.  The evidence in this case is going to show that

9  the plaintiff hid prior lawsuits, prior medical providers who

10  treated her for the same injuries for which she seeks damages

11  in this case, her prior injuries, and the fact that she

12  claimed that she had a disability years before the incident

13  ever happened.

14       Now during the discovery period, we propounded on the

15  plaintiff what's called interrogatories.  They're written

16  questions that the plaintiff has to answer under oath, under

17  penalty of perjury.

18       And in those answers to interrogatories, we asked her

19  to tell us, other than the present litigation, if she had ever

20  filed a claim for a loss arising out of any injury seeking

21  money damages or compensation.  And if she had filed such a

22  claim, to provide us the nature of the incident and the

23  injuries for which she sought compensation.

24       The plaintiff's answer to that interrogatory was, not

25  applicable.  She didn't tell us about any of the insurance

TUESDAY, JUNE 22d, 2009

1  claims that I'm about to tell you about.

2          Now, in Interrogatory Number 21, we asked the

3  plaintiff to tell us whether she had ever been a party in a

4  lawsuit, whether as a defendant or as a plaintiff, and to tell

5  us the nature of lawsuit.  The plaintiff's answer was:

6  "Objection.  This interrogatory is not reasonably calculated

7  to lead to evidence admissible at trial, and/or material to

8  issues in this cause."

9          Why didn't the plaintiff tell us about all these

10 prior lawsuits and all these prior insurance claims for which

11 she seeks, that preexisted this incident?  Because she didn't

12 want us or the jury to find out about the following:

13         The evidence is going to show that the plaintiff

14 didn't want to us learn about all of these motor vehicle

15 accidents that she was involved in; all of these insurance

16 claims that she made for injures to her neck and back; all of

17 these lawsuits that all predated our incident which is right

18 here (pointing) on the end, August 30, 2006.  Some of them

19 predated it by 23 years.  And the plaintiff didn't want us to

20 find out.

21         So let's go through all of these incidents.  Let's go

22 through all of her prior existing injuries that are going to

23 come into evidence in this case.  Starting in 1983, the

24 plaintiff had the first motor vehicle accident that we know

25 about.  In that motor vehicle accident she injured her neck

TUESDAY, JUNE 22d, 2009

1   and she injured her back.  She didn't tell us about that motor

2   vehicle accident that injured her neck and back, which were

3   the same injuries that she's going to get on the stand and

4   she's going to ask you guys to compensate her for in this

5   case.

6        The reason that we found out about this incident is

7   because we discovered it in an obscure medical record from one

8   of her neurosurgeons who treated her for a different motor

9   vehicle accident.

10       Next we've got her motor vehicle accident in 1993; in

11  that one she injured her back.  We found out about this motor

12  vehicle accident, again, because it was in another obscure

13  medical record from her orthopedic doctor, Dr. Michael

14  Wilensky.  Again, she didn't tell us about this prior injury.

15       In 1996, the evidence will show on April 4, 1996, she

16  was involved in a motor vehicle accident which appears to have

17  been more severe than the other ones.  In this one, she

18  suffered pain to her back, her neck, her knee, and her right

19  hip, and it also caused her headaches.

20       The plaintiff sought treatment with Dr. Michael

21  Wilensky, an orthopedic surgeon.  She had MRIs taken of her

22  neck and of her lower spine.  And she continued treatment for

23  this motor vehicle accident for two years with Dr. Wilensky

24  until at least April of 1998, when she continued to complain

25  of pain in her back, neck, and her hip.

1          Dr. Wilensky concluded that she had a 7 to 10 percent

2    impairment rating of her body from this 1996 motor vehicle

3    accident.  In fact, the plaintiff, not only did she file a

4    claim with her insurance company, with Fortune Insurance so

5    that they would pay for her medical bills, but then we found

6    out that she filed a lawsuit against the driver and she blamed

7    him for the injuries to her neck and back and her hip.  That

8    lawsuit lasted six years.  She filed it in 1997 and it just

9    ended in 2003.  She never told us about that one, either.

10         Moving forward a few years later in 2000.  And this

11   one we actually left it off the charts, I'm going to tell you

12   about it.  In 2000 she filed a discrimination action against

13   her employer.  And her discrimination action, which she

14   alleged that she had a physical disability in her back as a

15   result of that motor vehicle accident in 1996.

16         She claims she was disabled and she claims that her

17   employer discriminated against her because she was a disabled

18   person.  Again, when we asked her in her initial answers to

19   interrogatories, she did not disclose this prior lawsuit in

20   which she claimed that her pain was so severe it amounted to a

21   disability.

22         In 2001, she had her third -- I'm sorry, her fourth

23   motor vehicle accident.  And in this one she suffered injury

24   to both her lower back and to her cervical spine, that's her

25   neck area.  Two days later, she started treating with

TUESDAY, JUNE 22d, 2009

1   Chiropractor Evan Rosen.  She treated with Dr. Rosen for six

2   months.

3         By the six-month period, she always complained of her

4   neck and her back pain.  And this is the evidence that we're

5   going to present to you in the case because there's lots of

6   medical records about this.

7         The pain in her back and neck was so severe that the

8   chiropractor, Evan Rosen, put her on a medical disability

9   leave from work from September 14, 2001, until November 26,

10  2001.  For two months she was put on leave.  And it took us a

11  lot of work to get her to provide us the information regarding

12  this motor vehicle accident because she didn't disclose it.

13        Now, next, six months later on February 28, 2002, the

14  plaintiff is involved in her fifth motor vehicle accident.

15  Yet, again, she begins to complain of neck and low back pain.

16  And this time she also starts complaining that the pain is now

17  radiating down her leg into her thigh and into her right heel.

18  So she continues treating with Dr. Rosen, continues receiving

19  chiropractic treatment.

20        And then she also starts receiving orthopedic

21  treatment with Dr. Wilensky.  She also goes to see a

22  neurosurgeon, Dr. Steven Gelbard.  She tells these doctors,

23  the evidence is going to show, that the pain in her back and

24  her neck after -- she said that the pain in her lower back was

25  a seven or eight out of ten, on a scale of one to ten, ten

1  being the worst.  That's how bad her back pain was in 2002;

2  never told us about it.

3       In fact, Dr. Gelbard's medical records are going to

4  show that her pain was so severe she walked into his office

5  one day in 2003 and she said quote, "I can't take it

6  anymore.," end quote.  And then she asked him to perform

7  surgery on her.

8       Now, following this 2002 motor vehicle accident, in

9  2004, the plaintiff was physically assaulted and battered by

10 one of her neighbors, a lady by the name of Truvada Henderson.

11 According to the plaintiff, because she filed a lawsuit

12 against her neighbor about this.

13      She said that Ms. Henderson battered her and

14 assaulted her by violently twisting her arm so much so that it

15 caused her physical pain, it caused her injury and the need

16 for medical care and for physical therapy.  And that lawsuit

17 is still pending today.

18      Again, the plaintiff, when we asked about it in

19 interrogatories, did not disclose this lawsuit either.

20      Now in 2005, now the plaintiff suffers a workers'

21 compensation injury on March 1, 2005.  She's a teacher.  She's

22 administering the FCAT and a student, apparently, is trying to

23 come into the room.  He pushes her against the wall, shakes

24 her, and she claims that this caused injury to her neck, her

25 lower back, her shoulder, and her hip.  She immediately goes

TUESDAY, JUNE 22d, 2009

1    and files a workers' compensation claim.  She goes to the

2    workers' compensation clinic and sees the doctors.

3           The evidence is going to show that when the doctors

4    took her medical history on that day, she never told them

5    about her five prior motor vehicle accidents, never told them

6    that in her history.  Much like she didn't tell us.

7           Now, the evidence will show that she then had to file

8    a workers' compensation lawsuit against her employer and

9    against Miami-Dade County Public Schools because they denied

10   her petition for workers' compensation benefits.  The school

11   said you have a preexisting injury, we're not going to give

12   you workers' compensation benefits.  So the plaintiff had to

13   file a formal lawsuit.

14          And that litigation is still ongoing today regarding

15   her workers' compensation claim.  The evidence is going to

16   show that the plaintiff continued treating with doctors, with

17   Marshall Bronstein, with Dr. Brett Osborn, with Dr. George

18   Munoz, and Dr. Andrew Frank for the next 18 months, up until

19   the time of the incident involving the wheelchair in Japan.

20          And all that time she continued complaining of pain

21   in her neck and pain in her back and pain in her hip, and

22   radiating pain all throughout.  In fact, her pain was so

23   severe that it's documented that she was receiving epidural

24   injections from neurosurgeons.

25          Now, plaintiff, apparently, thought that this

TUESDAY, JUNE 22d, 2009

1  incident, this workers' compensation injury was so severe that

2  she voluntarily took a medical, voluntary, unpaid leave from

3  work effective March 1, 2005, through June 30, 2006.  She

4  voluntarily took an unpaid leave from work.

5       Then she tried to extend that leave through June of

6  2007 to the following academic year.  And all this happened

7  before American Airlines is ever even in the picture.  Our

8  incident still hasn't happened in August of 2006.

9       Now, with all of this background in mind, for the

10  incident, itself, you need to consider the plaintiff's

11  credibility when she takes the stand and she tells you about

12  what happened to her at the airport.  There's going to be no

13  evidence in this case that the plaintiff needed a wheelchair,

14  from a medical standpoint, at the time of the incident.

15       There's going to be no evidence in this case --

16  Actually, the evidence is going to be in this case that when

17  the wheelchair was brought to her, she turned around and saw

18  that the wheelchair was there, and she had the last clear

19  chance to determine whether that wheelchair chair was properly

20  secured and ready for her to sit down.  Yet she didn't check

21  whether the wheelchair was properly secured.

22       There's not even going to be any evidence in this

23  case the man who brought her the wheelchair was an American

24  Airlines' employee.

25       My client, American Airlines, they're in the business

TUESDAY, JUNE 22d, 2009

1   of flying planes.  They are not in the business of bringing

2   wheelchairs to people.  So keep that all in mind when you're

3   listening to her testimony.

4        Now, all this background, we've got five motor

5   vehicle accidents, 1983 -- '83,'93, '96, 2001, 2002, and we've

6   got four lawsuits in which she blamed other people for the

7   same injuries that she's going to ask you to compensate her

8   and find against American Airlines.

9        With all of that in mind, it's going to be up to you

10  to determine whether she has any evidence of causation.  Any

11  evidence that that two to three-foot fall from a wheelchair

12  caused all of her back pain.  Or, was it all these other

13  injuries?  All these other incidents?  That's going to be what

14  you have to determine.  And she has no evidence of other

15  causation or, really, the evidence will show that her

16  testimony will not be credible.

17       Now, another point that's going to show that her

18  testimony is not credible and that she has no evidence of

19  causation is that two days after our incident, two days after

20  August 30, 2006, on September 1, '06, she went to see her

21  chiropractic, Christopher Rudolph.

22       And we expect that the plaintiff is going to put

23  Mr. Rudolph on the stand.  When Mr. Rudolph saw her two days

24  after the incident, there is absolutely no mention on his

25  evaluation report that she ever told him about the wheelchair

1  incident, that she ever told him that she fell or injured

2  herself.

3        Rather, his evaluation two days after her incident is

4  only going to make reference to the workers' compensation

5  accident and that's going to be the only link to her injury

6  that he's going to make.

7        Now, about two weeks after the incident, the

8  plaintiff goes to see Dr. Andrew Frank.  Dr. Frank is going to

9  testify that on September 13, 2006, when he saw the plaintiff

10  and treated her, she never once mentioned the wheelchair

11  incident, a fall, or suffering any kind of injury in Japan.

12  Rather, Dr. Frank is going to testify that the whole time he

13  thought he was treating her because some young student had

14  assaulted her.

15        Now, 15 days after the accident on September 15,

16  2006, the plaintiff goes to see Dr. George Munoz, a

17  rheumatologist.  Dr. Munoz is going to testify that he never

18  found out about this incident.  She never told him about the

19  incident that she fell from a wheelchair or that anything

20  happened in Japan.  And he saw her 15 days after the incident.

21        Now, let's go back a little bit to talk about

22  credibility and the things the plaintiff didn't tell us about

23  in this case.  Once again, going back to the answers to

24  interrogatories.  We asked the plaintiff to tell us, under

25  oath, tell us each injury for which she's going to seek

TUESDAY, JUNE 22d, 2009

1   compensation in this case.  And she told us that she's going

2   to seek compensation for her chronic daily pain, pain in her

3   buttocks, pain in her lower back, mid-back, left wrist, and

4   pelvic region, as well as humiliation and pain and suffering.

5        Well, then we asked her in Interrogatory 24 to tell

6   us whether for each of those body parts for which she is

7   claiming she was injured as a result of our incident, whether

8   she ever had any prior injuries to those body parts.  Perfect

9   opportunity for the plaintiff to tell us about all this

10  (indicating).  Yet the plaintiff, instead what she did -- her

11  response was -- I want to just pull it out.

12       Her response was:  "See medical records as they

13  become available."  And then we asked her to produce those

14  medical records or provide us a better answer.  And she once

15  again said:  "See medical records as they become available."

16  Well, then, because she hadn't produced any medical records

17  about these preexisting injuries, we had to go to the court

18  and ask for a court order asking her to tell us whether she

19  had suffered any injuries before this accident to her neck, to

20  her back, to her buttocks, or to her hip.

21       And even though she was court ordered to provide us

22  that information, the plaintiff's answer to this interrogatory

23  now was:  "Prior to the fall at Narita airport in Japan on

24  August 30, 2006, I had never fallen on my buttocks.  The fall

25  on my buttocks on August 30, 2006, caused injury and pain to

TUESDAY, JUNE 22d, 2009

1  my sacral spine and lower back.  I continue to have daily pain

2  in my buttocks and lower back."

3          No where in there does she tell us about any of this,

4  even though she was court ordered to do so.  And we are going

5  to show you that evidence during the trial of this case.

6          Now, interestingly, the plaintiff, remember how she

7  had originally told us that she was going to be producing

8  records that were going to show her preexisting injuries?

9          Well, after she was court ordered to provide us that

10 better response, she produced -- she gave us an affidavit.  An

11 affidavit that said all of her records before November of 2005

12 were destroyed in Hurricane Wilma.  So she knew when she

13 answered the interrogatories that she didn't have any of these

14 records, yet she told us, see the records that I'm going to

15 give you about my preexisting injuries.

16         And then, six months later, when she's court ordered

17 to tell us about those injuries, she gives us an affidavit

18 that says, well, I never really had those.  I never had the

19 records.

20         Members of the jury, this is another stall technique.

21 The evidence will show that plaintiff is trying to hide

22 information from us, information that American Airlines is

23 entitled to, to defend itself in this case.

24         Now, we also asked the plaintiff in Interrogatory

25 Number 6 -- actually, let me just backtrack for a second about

TUESDAY, JUNE 22d, 2009

1   her prior injuries, because this is something else that you're

2   going to get in the case.  And all of you guys are going to

3   get a copy of this in a little while, this right here, this

4   three-inch binder.

5        These are our exhibits that are going to show the

6   plaintiff's history of prior back and prior neck injuries

7   dating back to, at least, 1983, which we have documented.

8   These are the records that prove that.  And the plaintiff

9   never disclosed them to us and never told us about any of

10  this.

11       Now, in Interrogatory Number 6, we ask the plaintiff

12  to tell us about whether she was suffering from a disability

13  or a physical infirmity at the time of our August 30, 2006,

14  incident.  And the plaintiff's answer to this one was:

15  "Standing too line in long (sic) is painful."

16       Well, the plaintiff never bothered to tell us that in

17  October 15 of 2002, four -- yeah, four years before our

18  incident, she applied for a disabled person parking permit.  A

19  parking permit that said that she was permanently disabled.

20  Yet when we asked her in discovery, she didn't tell us that

21  information, either.

22       Then we asked her at Interrogatory 15 to give us the

23  names of all of her past doctors in the last ten years.  The

24  reason for that is we wanted to get a complete list of doctors

25  so we could send the subpoenas and get all the medical records

1   so we could find out whether the plaintiff had preexisting

2   injuries.

3          To this interrogatory, the plaintiff said, "Not

4   applicable."  It took a court order to get her to tell us the

5   names of her doctors.  And, you know, when she did give us the

6   names of her treating physicians for the last ten years, the

7   evidence is going to show that she left off three critical

8   doctors.

9          She left off Dr. Michael Wilensky who treated her for

10  her '96 car accident and her 2002 car accident.  She left off

11  Dr. Evan Rosen, the chiropractic who treated her for her 2001

12  and 2002 car accidents.  And Dr. Steven Gelbard, the

13  neurologist who treated her for her 2002 car accident and gave

14  her epidural lumbar injunctions.

15         Now here on Number 13, we asked her whether she was

16  seeking any lost wages in this case; and if she was seeking

17  lost wages, to tell us what she was seeking.  She answered in

18  the affirmative.  She said she was seeking $1200 per week of

19  earned income, and that she had a loss of future earning

20  capacity claim from the date of the incident, August 30th of

21  2006 to the present.

22         Well, the plaintiff didn't tell us and the evidence

23  will show this, that as I claimed before, the plaintiff with

24  any -- voluntary leave without pay starting in March 1, 2005,

25  eighteen months before her accident, and that she had

1   requested to extend the leave through June of 2007 as unpaid

2   leave.  Yet she is going to ask you to give her compensation

3   for her lost wages during that school year that she had asked

4   to be off in unpaid leave.

5           Now, the evidence is also going to show that the

6   plaintiff was terminated by Miami-Dade County Public Schools

7   two months before her accident ever happened.  And the reason

8   she was terminated is because she didn't have the teaching

9   certifications that were required that she have in order to

10  continue teaching for the next academic school year.

11          So the evidence is going to show that she did not

12  incur lost wages because of this two-foot fall from a

13  wheelchair at the Narita airport.  The evidence is going to

14  show that she did not incur -- that her lost wages, whatever

15  they may be, are unrelated to our incident; are related to the

16  fact that she was probably terminated.

17          Now, to Interrogatory 17, this is the last

18  interrogatory I'm going to address.  In this one we asked her

19  whether anything had been paid or was payable for the damages

20  for which she seeks recovery in this case, whether it's

21  payable by a third party.

22          And in response to that, she said, in part, nothing

23  has been paid by anyone except me with regards to the

24  wheelchair incident of August 30, 2006.

25          Well, contrary to plaintiff's answer to Interrogatory

TUESDAY, JUNE 22d, 2009

1   Number 17, the evidence will show that this state agency

2   called the Florida Bureau of Victim Compensation Services,

3   they've paid the plaintiff $14,616 in lost wages from the

4   period of August 7, 2006 through January 2, 2007.  Well,

5   that's a four-month period right after her accident.  And she

6   didn't tell us about the fact that she received the lost wages

7   money from this state agency.

8           Now, the Florida Bureau of Victim Compensation

9   Services, they're a government agency that provides

10  restitution damages to people who are the victims of violent

11  crime.  In this case, in May of 2005, the plaintiff filed a

12  claim with the Bureau of Victim Compensation Services saying

13  that she was the victim of a violent crime from this March 1,

14  2005, workers' compensation incident.

15          And she asked the Florida Bureau of Victim

16  Compensation Services to give her lost wages and to pay for

17  her medical records -- her medical expenses.  And they did.

18  $14,000 worth of that, for the same timeframe for what she's

19  going to ask you to pay her money.

20          Now, interesting thing about these records from

21  Florida Bureau of Victim Compensation Services is the fact

22  that the plaintiff hid these records from us.  And the

23  evidence will show that she did everything in her power to

24  make sure we never found out about these records.

25          THE COURT:  You have five minutes.

TUESDAY, JUNE 22d, 2009

1          MS. ELFENBEIN:  Thank you, Judge.

2          It took us six months of sending request after

3  request that she execute an authorization for to us get copies

4  of the records and she refused.  We had to file a motion to

5  compel with the Court to get her to execute these records,

6  this authorization so we can get the records from the bureau.

7          Even when the Court ordered her to sign this release,

8  she sent us back a release that was no good because she

9  included restriction limitations, and she signed it saying

10  that she was signing it under protest and under duress.  It

11  took us several more days and the threat of filing another

12  motion with the Court to finally get a release that was

13  acceptable so that we could get these records and find out for

14  the first time that she had been paid lost wages for the same

15  timeframe for what she's asking you to pay her for that

16  period, and she blamed the workers' comp incident for her lost

17  wages, not us.

18          Now, let's take a minute to talk a little bit about

19  what supposedly is really wrong with the plaintiff.  The

20  evidence will show that it's absolutely nothing.  The evidence

21  in this case will show that despite all of these subjective

22  complaints of pain of the plaintiff, the complaints that she

23  has a pain in her back, in her neck, in her hip, in her

24  buttocks, the radiating pain, there is nothing wrong with her

25  from an objective radiological perspective.

1          Now, you're going to hear some testimony about

2     objective evidence versus subjective -- or objective findings

3     versus subjective medical findings.

4          Objective findings are X-rays, MRIs, lab tests,

5     things like that.  Where subjective findings are where a

6     doctor requires a patient to say, ow, it hurts to move my arm

7     that way, or I have pain when I bend over.

8          The plaintiff's case is only based on her subjective

9     complaints of pain.  There's not going to be an X-ray or an

10    MRI in this case that's going to say that her back condition

11    changed as a result of our incident.

12          Dr. Nordt, an orthopedic surgeon, a spine surgeon,

13    performed an examination of the plaintiff and he found that

14    there's absolutely nothing wrong with her from a neurological

15    standpoint, and he's going to tell you that.

16          In fact, he's going to tell you that her pain is

17    caused by the fact that she hasn't exercised in a decade, that

18    she has no conditioning, and that she has no strength in her

19    core muscles which is what's causing her subjective complaints

20    of pain.  And that's what he's going to tell you.

21          And then Dr. Nordt's opinion is going to be

22    consistent with the opinion of two other neurosurgeons who saw

23    the plaintiff:  Dr. Brett Osborn who treated her for her

24    workers' compensation incident, and Dr. Jonathan Hyde, who

25    performed an examination of her as a result of the workers'

1    compensation incident.  And both of them are going to tell you

2    that when they examined her, that she was amplifying her

3    symptoms, magnifying her symptoms, that she was quote,

4    unquote, "malingering."  And that's going to be part of the

5    evidence in the case, the medical records and the testimony of

6    Dr. Osborn as well.

7         Then we're going to bring in Dr. Peter Livingston.

8    He is our expert in radiology.  He has reviewed every single

9    MRI film, every single X-ray that we have available of

10   plaintiff.  And he is going to tell you that there's nothing

11   that has changed in the plaintiff from before the accident to

12   after the accident.  She looks exactly -- her spine looks

13   exactly the same.

14        Now, plaintiff's own neurosurgeon, who she's going to

15   bring to testify, Dr. Anthony Hall, he is even going to admit

16   that her MRI images taken before the accident and after the

17   accident are exactly the same.  In fact, he's going to testify

18   that her annular tear at the L4-L5 level of her spine had

19   actually healed and improved after her accident.  Even her own

20   doctor is going to say that.

21        So, members of the jury, remember, this case is about

22   two things:  Causation and credibility.  And the evidence is

23   going to show that the plaintiff can't prove either.  We've

24   got five different motor vehicle accidents, thirteen years'

25   worth of litigation and claims history, all which she has

TUESDAY, JUNE 22d, 2009

1   blamed different people and different accidents for her neck

2   injury, her back injury, or whatever she claims is wrong with

3   her.

4         The plaintiff's case is not credible.  The evidence

5   is going to show that.  And the evidence is also going to show

6   that she has no evidence of medical causation in this case.

7   And at the close of this case, Mr. Palmer is going to get to

8   speak to you again.

9         And he's going to ask you to find that the plaintiff

10  is not credible, that there's no evidence of causation, that

11  there's no evidence that American Airlines did anything wrong.

12  And he's going to ask you to return a verdict for American

13  Airlines.

14        Thank you.

15        THE COURT:  Thank you, Ms. Elfenbein.

16        At this time, I'm going to let the members of the

17  jury go back in the jury room for a few minutes.  And then

18  when you return, you'll have the trial notebooks on your seats

19  and we'll begin taking the testimony.  Thank you.

20    (Jury withdrew from the courtroom at 3:23 p.m.)

21        THE COURT:  Thank you.  You can be seated.  Do you

22  want to put your notebooks on the jury seats?  I don't know if

23  the -- well, I guess it makes sense for the defendant to put

24  the notebooks there, as well, since you will be questioning

25  the witness.

TUESDAY, JUNE 22d, 2009

1       Make sure that there's a book for the witnesses so

2   that they can keep a book on the witness stand.

3       MS. ELFENBEIN:  Judge, may I approach or ask the

4   marshal to give you your books?

5       THE COURT:  You can approach.  I don't know if we can

6   reach that.

7       MS. ELFENBEIN:  I will bring the exhibit list now.

8       THE COURT:  Thank you.  There is a final housekeeping

9   matter.  When the jury comes back in, I'm going to tell them

10  that the following fact is uncontested by the parties.  And

11  I'll read the statement -- where did -- I thought

12  Mr. Parker -- there you are.  I saw you a second ago.

13      On August 30, 2006, the plaintiff was a passenger

14  onboard American Airlines flight -- on an American Airlines

15  flight departing from Narita, Japan to Dallas/Fort Worth with

16  an ultimate destination of Ft. Lauderdale, Florida.

17      I will also tell them that Plaintiff's Exhibits 1

18  through 16 -- well, it's Exhibits 1 through 13 have been

19  admitted based upon prior proceedings in court, and that

20  Defendant's Exhibits 1 through 40 have been admitted based

21  upon prior proceedings that occurred in court.

22      Any objection to that, Mr. Parker?

23      MR. PARKER:  No objection, Your Honor.

24      THE COURT:  Mr. Palmer, any objections?

25      MR. PALMER:  No, Your Honor.

TUESDAY, JUNE 22d, 2009

1          THE COURT:  Okay.  Fine.

2          COURTROOM DEPUTY:  We are missing one black book.

3          THE COURT:  You know what, I have two black books,

4   for some reason.  No, I don't.  One of the black books is

5   mine.  I didn't recall getting both of those from -- Okay.

6          While the court reporter stepped out, the CSO raised

7   an issue regarding whether the jurors in the back row would be

8   able to see the screen on which the Elmo would display.  We've

9   used it before.  I haven't noticed anybody having a problem

10  from the back row seeing it, because of the angle.  But maybe

11  if they move down further.  I don't like them to sit in the

12  front row because I can't see anybody sitting in the front row

13  of the jury.

14         But we can -- we'll do some experiments, if we're not

15  going to use the Elmo today, and we'll figure out where the

16  jurors need to sit because the most important thing, of

17  course, is for them to be able to see what's offered.

18         Now, Mr. Donovan -- excuse me, Mr. Parker, you said

19  you had something you wanted to call to my attention?

20         MR. PARKER:  Yes, Your Honor.

21         THE COURT:  Okay.

22         MR. PARKER:  I and my client would be severely

23  prejudiced if we do not have a defense notebook.  I noticed

24  there is one there and one there over on defense team.  And I

25  believe that it would be expeditious and fair if I have one to

1    share.

2         THE COURT:  I'll give you mine, if you don't have

3    one.

4         MR. PALMER:  Your Honor, this is very simple.  These

5    are trial notebooks.  These are not exhibit notebooks.

6         THE COURT:  That's fine, but he's entitled to an

7    exhibit notebook.  If he doesn't have one, I'll give him mine.

8         MR. PALMER:  Absolutely.  I would like to have one

9    myself.

10        MR. PARKER:  I want to make this efficient as

11   possible.

12        THE COURT:  I appreciate that.  Absolutely.  You are

13   entitled to have an exhibit notebook.

14        MR. PALMER:  They just didn't make enough.  I don't

15   even have one.

16        THE COURT:  Okay.  Is there anything else that we

17   need to do?  I really do want to get the plaintiff on the

18   stand and get through her direct, at least before we call

19   Dr. Nordt.  Is there anything else we need to do before we

20   bring the jury back in?

21        MR. PARKER:  Could I get a minute to use the rest

22   room, Your Honor?

23        THE COURT:  Oh, certainly.  We'll take a brief recess

24   for that purpose.  Is there anything else we need to do before

25   we bring the injury back in?

TUESDAY, JUNE 22d, 2009

1          MR. PALMER:  We're okay.

2          THE COURT:  Okay.  Fine.  So we'll just take a brief

3   recess.

4      (Court recessed at 3:33 p.m.; reconvened at 3:43 p.m.)

5          THE COURT:  Anything we need to take up before we

6   bring the jury in, Mr. Parker?

7          MR. PARKER:  Yes, Your Honor.  May it please the

8   Court.  We are aware that there is a 4:00 witness, Dr. Nordt.

9          THE COURT:  Yes.

10          MR. PARKER:  It's quarter to four now.

11          THE COURT:  Yes.

12          MR. PARKER:  And for me to start the right kind of

13   examination of my client to this Court, if we're going to stop

14   at 4:00 to get this Dr. Nordt on, it will be burdensome, not

15   just on me, but on the Court.

16          THE COURT:  So what are you -- I mean, you made a

17   statement, what are you asking me to do?

18          MR. PARKER:  I'm asking -- this was my next thing.

19          THE COURT:  Okay.

20          MR. PARKER:  I'm asking Your Honor to put my client

21   on after the doctor.

22          THE COURT:  Okay.  So what you're saying is, you want

23   to start with Dr. Nordt?

24          MR. PARKER:  Considering the time --

25          THE COURT:  Okay.

TUESDAY, JUNE 22d, 2009

1          MR. PARKER:  -- and the circumstances.  Dr. Nordt is

2    a busy man, and if he comes on now, I think we can dispose of

3    Dr. Nordt'S testimony within a reasonable time.

4          THE COURT:  Okay.  Very carefully phrased, as opposed

5    to disposing of Dr. Nordt.  I appreciate --

6          Mr. Palmer, is Dr. Nordt here?

7          MR. PALMER:  He is not, Your Honor.  He's not going

8    to be here until 4:00.  I can tell the Court he won't be here

9    until 4:00.

10          THE COURT:  Okay.  And how was he able to so

11    carefully time his arrival?

12          MR. PALMER:  He's just that way.  I've dealt with him

13    on a --

14          THE COURT:  He's that way?

15          MR. PALMER:  I mean, he is --

16          THE COURT:  Let me put it this way, if Dr. Nordt is

17    going to be here in ten minutes, I'll wait for him.  But if

18    he's going to be late and not arrive here till, like, 4:15,

19    then we've got a good half hour we can use to get the

20    plaintiff's testimony in.

21          MR. PALMER:  Well, let me have Ms. Elfenbein call him

22    and see if he's on his way.

23          THE COURT:  Okay.

24          MR. PALMER:  We'll make that phone call.

25          THE COURT:  All right.  Because it does seem that we

TUESDAY, JUNE 22d, 2009

```
 1  would just be getting started with her.  I mean, things always

 2  take a little longer than expected and I was a little

 3  skeptical when you wanted to put him on today, anyway, but...

 4          Assuming Dr. Nordt is going to be here on time, my

 5  plan is to bring the jury in and tell them that based upon the

 6  length of time it's taken us to handle various matters, that

 7  we are going to be taking the first witness out of order.  It

 8  will actually be with the agreement of all counsel.

 9          The defendant will be calling a witness first,

10  physician witness, and then we will be proceeding with the

11  plaintiff's case thereafter, probably beginning tomorrow

12  morning -- actually, I'll say, beginning tomorrow morning at

13  9:30.  And that way, you know, they'll be able to -- they'll

14  know what's going on.

15          Is there -- but I don't want to do anything until I

16  make sure that Dr. Nordt hasn't, you know, been called into

17  emergency surgery and there's some issue.  Because I don't

18  want to go through this whole explanation about we're going to

19  take a witness out of order due to scheduling problems and

20  turn around and say, oops, never mind.

21          I take it Ms. Elfenbein is trying to reach him?

22          MR. PALMER:  Yes, she is, Your Honor.

23          THE COURT:  Your staff seems to have abandoned you,

24  Mr. Palmer.

25          MR. PALMER:  I've got one getting the binders.  I've
```

TUESDAY, JUNE 22d, 2009

1  got one calling the doctor.

2          THE COURT:  Okay.  It's possible she can't reach him

3  because his cell phone was confiscated as he was entering the

4  courtroom.  If you want to go out and see.

5          MR. PALMER:  Let me do that.

6          THE COURT:  Because that just occurred to me, that

7  could be happening since we are now at seven minutes to four.

8          MR. PALMER:  The doctor is finishing up testifying in

9  another courtroom over here in the Eleventh Circuit.  I cannot

10  guarantee that he will be here at 4:00.  I think it might be

11  advisable to do something so the jury's not sitting in the

12  back, until he gets here.

13          THE COURT:  When you say "he's finishing up," do you

14  know where he's testifying?  Like, I can call a judge.  I have

15  that ability.  And they are usually very cooperative, state or

16  federal.  Okay.  That's our state?  So he's in state court,

17  the Eleventh Circuit Court of Dade County, state court?

18  Probably the courthouse down the street would be my guess.

19  Because I don't -- I think she's -- civil, although I'm not

20  100 percent sure.  Perhaps I can -- and do you know what case

21  he's testifying in?  You want to bring her in?

22          MR. PALMER:  Yeah, she's on the phone.

23          THE COURT:  She can bring her phone in.  I'll give

24  her permission to be on the phone in the courtroom.

25          MS. ELFENBEIN:  He has left.  He is on his way in

1   this courthouse from the Eleventh Circuit.

2          THE COURT:  That will only take about five minutes,

3   so that should be fine.  So we'll go ahead and bring the jury

4   in and I will tell them what I said I would tell them; is that

5   okay, Mr. Parker?

6          MR. PARKER:  That's fine, Your Honor.

7          COURTROOM DEPUTY:  Shall I bring the jury in?

8          THE COURT:  Okay.  We'll start with the plaintiff

9   tomorrow.  Okay.  I want to wait until Ms. Elfenbein gets off

10  the phone.

11         MS. ELFENBEIN:  Yes, I turned it off already.

12         THE COURT:  Okay.  Fine.  Yes.  Bring them in.

13    (Jury enters the courtroom at 3:54 p.m.)

14         THE COURT:  Good afternoon.  Please be seated.

15         There are a couple of matters that I'm going to talk

16  to you about before we start with the witnesses.

17         The first is that due to scheduling issues, the first

18  witness is actually going to be a doctor who is going to be

19  called by the defendant.  And that was just out of scheduling

20  issues to make sure that we could fit him in our schedule.

21         And this is with the agreement of both counsel,

22  counsel for the plaintiff and counsel for the defendant have

23  agreed to accommodate the scheduling issues.  And then the

24  plaintiff, actually, will be calling her first witness

25  tomorrow morning.

TUESDAY, JUNE 22d, 2009

1          The other thing I wanted to tell you was that during

2    prior proceedings, while you haven't been in here, we've

3    agreed that defendants -- excuse me, Plaintiff's Exhibits 1

4    through 13 are admitted into evidence.  And, so, they will be

5    able to use those exhibits without laying, you know, a formal

6    foundation for them.  They are admitted.

7     (Plaintiff's Exhibits 1 through 13 admitted into evidence.)

8          And, in addition, the Defendant's Exhibits 1 through

9    40 are admitted into evidence.  And they will be able to use

10   those exhibits without going through the formal procedure that

11   you sometimes see on TV where they offer it and then the judge

12   says, admitted.  Those exhibits are all admitted.  That should

13   save us a little bit of time during the course of trial.

14    (Defendant's Exhibits 1 through 40 admitted into evidence.)

15         And now, finally, I also want to tell you that the

16   parties have agreed to certain basic facts and I'm just going

17   to read that to you, and you can accept that this is

18   uncontested.

19         On August 30, 2006, the plaintiff was a passenger

20   onboard an American Airlines flight departing from Narita,

21   Japan, to Dallas/Fort Worth, with an ultimate destination of

22   Ft. Lauderdale, Florida.  And so you can take that as

23   uncontested in this case.

24         So, at the present time, we're expecting, I

25   believe -- and who is -- what is the name of your witness,

TUESDAY, JUNE 22d, 2009

1    Mr. Palmer?

2           MR. PALMER:  Dr. Nordt.

3           THE COURT:  Dr. Nordt should be arriving here

4    momentarily.  And so, I'm going to let you go back in the jury

5    room and you can, you know, enjoy whatever snacks you have,

6    although I really expect it will only be less than five

7    minutes.

8           But I did want to go ahead and bring you out because

9    I know you've been back there for a while and you're probably

10   wondering what's going on.  And I would expect that we will

11   be -- we will be recessing right around five, but we might run

12   a little bit later in order to finish him up today, if need

13   be.

14          So, having said that, we will be in recess until the

15   witness arrives.

16      (Jury withdrew from the courtroom at 3:58 p.m.)

17           UNIDENTIFIED PERSON:  Didn't offer us popcorn.

18           COURTROOM DEPUTY:  You heard that?

19           THE COURT:  Okay.  You can be seated, just let us

20   know when Dr. Nordt arrives.  Thank you.

21           We'll be in recess.

22      (Court recessed at 3:59 p.m.; reconvened at 4:32 p.m.)

23           THE COURT:  Do we need to take up any housekeeping

24   matters before the jury --

25           MR. PARKER:  Quickly, Your Honor.

TUESDAY, JUNE 22d, 2009

1          THE COURT:  Yes.

2          MR. PARKER:  Considering the development here, my

3    able counselor would like to file a notice of appearance to

4    cross -- to examine witnesses tomorrow.

5          THE COURT:  Any objection?

6          MR. PALMER:  I don't have -- Judge, I have no problem

7    with that.

8          THE COURT:  Okay.  That's fine.

9          MR. PARKER:  He's a member of the bar.

10         THE COURT:  You advised me he's a member of the bar

11   of this court.

12         MR. PARKER:  I just want to make sure.

13         THE COURT:  Okay.  No, I appreciate it.  Anything

14   else that we need to do before we bring the jury in?

15         MR. PALMER:  The witness is here, Your Honor.

16         THE COURT:  Okay.  Let's bring in the jury.

17      (Jury enters the courtroom at 4:33 p.m.)

18         THE COURT:  Good afternoon.  Please be seated.

19         Mr. Palmer or Ms. Elfenbein, are you ready to proceed

20   with the witness?

21         MS. ELFENBEIN:  We are, Your Honor.  We call

22   Dr. John Nordt.

23                   DR. JOHN NORDT

24      having been first duly sworn, testified as follows:

25                   DIRECT EXAMINATION

TUESDAY, JUNE 22d, 2009

1   Q.  (BY MS. ELFENBEIN)  Good afternoon, Dr. Nordt.

2   A.  Good afternoon.

3   Q.  Would you please state your professional address, for the

4   record?

5   A.  4720 LeJeune Road, Coral Gables, Florida, 33146.

6   Q.  Dr. Nordt, I'd like to start by going through some of your

7   credentials.  Would you please explain to the members of the

8   jury your educational history starting with your undergraduate

9   degree, your medical degree, and your internship residency?

10  A.  I started off in college, a long time ago.  I went to

11  Wofford College in Spartanburg, South Carolina.  When I

12  finished there, I went to medical school at the University of

13  Florida, in Gainesville, Florida.  In 1973, I finished there,

14  and I did an internship in Denver, Colorado, at the University

15  of Colorado Medical School.

16       I did two years of orthopedic residency there and

17  then left and did two more years with a mentor in spine in

18  Springfield, Illinois, at Southern Illinois University School

19  of Medicine.  I finished my residency in 1978.

20       I did a fellowship in spine and trauma at the

21  University of Maryland.  And you may have heard the Shock

22  Trauma Unit, where they bring helicopters in.  It was sort of

23  a template for what we have today.

24       I left there in 1979 and I came and I joined the

25  University of Miami.  And I was an assistant professor there

TUESDAY, JUNE 22d, 2009

```
1   for two and a half years.  And I've been in solo private

2   practice ever since.  And in the last 15 years, all I do is

3   spine surgery.

4   Q.  Are you a board-certified physician?

5   A.  I am, 1981.

6   Q.  And in what area are you board certified?

7   A.  Orthopedic surgery.  The American Board of Orthopedic

8   Surgery has a written exam which takes most of day.  And the

9   second day is an oral exam with four different examiners and

10  they ask you questions and you have to answer them, and you

11  have to answer them correctly, obviously.  But I was

12  board-certified in 1981.

13  Q.  Are you a member of any medical or professional

14  organizations?

15  A.  Yes.  The American Academy of Orthopedic Surgeons; the

16  American Board of Orthopedic Surgeons; the North American

17  Spine Society; the Cervical Spine Research Society, which

18  there's only 250 members worldwide; Dade County Medical

19  Association; the Florida Orthopedic Society; the Florida

20  Medical Association.  I'm also a member of the AMA.

21  Q.  Okay.  And do you hold any staff privileges at any

22  hospitals?

23  A.  Several, actually.

24  Q.  Could you tell the jury which ones they are?

25  A.  Yeah.  I'm on staff at Coral Gables Hospital; Mercy
```

TUESDAY, JUNE 22d, 2009

1  Hospital; Doctor's Hospital; South Miami Hospital; and

2  Baptist.

3  Q.  I think earlier when you were talking about your

4  educational history, you mentioned that you taught.  Could you

5  go through and tell the jury about your teaching positions in

6  the field of medicine?

7  A.  Yeah.  I had expertise in trauma and spine.  And when I

8  came to the University of Miami in the summer of 1979, they

9  had seven residents a year for four years, so that's 28

10  residents.

11        And you had a junior and a senior resident and you

12  took them through surgery.  You took them through

13  decision-making.  You took them through reading X-rays, doing

14  myelograms, and seeing patients in the clinic.  And you

15  basically learned your decision-making and your diagnostic

16  ability in orthopedics.  You also taught them how to put casts

17  on, how to treat people in traction, which was a long time

18  ago, and how to operate.

19  Q.  Okay.  And have you been published in your field?

20  A.  I have several articles.  Three, actually to be exact.

21  I've given a number of talks.  Being in solo practice, I have

22  three full-time people working for me.  I don't have the time

23  to put together legitimate studies.  You need numbers, you

24  need follow-up.  My computer skills are a little marginal, so

25  I'm kind of slowed down on publishing anything.

TUESDAY, JUNE 22d, 2009

1  Q.  All right.  And I think you mentioned before, but to be

2  clear, you're currently practicing medicine today, correct?

3  A.  Yes.  I'm an orthopedic spine surgeon in Coral Gables and

4  the Spine Center of Miami.  And I see patients everyday and I

5  operate at least six or eight times a month.

6  Q.  Did you see patients today?

7  A.  Yes, this morning.

8  Q.  And do you have any surgeries scheduled for later this

9  week?

10  A.  I have a spine surgery tomorrow, and I have another spine

11  surgery on Thursday.

12  Q.  And how many total years have you been practicing in the

13  area of orthopedic medicine?

14  A.  You're scaring me.  When I finished my residency in '78 --

15  so that's 31 years.

16          MS. ELFENBEIN:  All right.  Your Honor, at this time

17  I would tender Dr. Nordt as an expert in the area of

18  orthopedic surgery.

19          THE COURT:  He will be accepted as an expert in that

20  field.

21  Q.  (BY MS. ELFENBEIN)  Dr. Nordt, did American Airlines ask

22  you to perform an evaluation of the plaintiff in this case?

23  A.  They did.

24  Q.  When did you perform this evaluation?

25  A.  That was March 3rd -- March 20, of 2009.  This past

TUESDAY, JUNE 22d, 2009

1  spring.

2  Q.  Okay.  When you perform these evaluations in litigation,

3  does that take time away from your practice of seeing patients

4  and performing surgeries?

5  A.  Well, yes, it does, because I usually spend an hour to an

6  hour and a half.  Some new patients might take fifteen or

7  twenty minutes to get to the heart of the problem.  But these

8  are complicated.  And I listen to the story, I listen to the

9  history.  And I spend a lot of time going over the patient

10  from a physical exam standpoint.

11  Q.  And do you charge a fee for performing --

12  A.  I do.

13  Q.  -- this kind of evaluation?

14  A.  I do.

15  Q.  Okay.  What was the fee that you charged in this case?

16  A.  Somewhere between $700 and $1,000 for the hour, hour and a

17  half that I spent seeing this patient.

18  Q.  Okay.  Do you know what the total amount of fees it is

19  that you've charged for your expert witness services in this

20  litigation?

21  A.  I have to -- I don't really know.  I have not -- I don't

22  know, my office manager takes care of that.  She tells me

23  don't talk about money, so I don't.  But I think I reviewed

24  records and I charged -- I'm trying to think, actually.  I

25  think 450 an hour.  So it takes an hour, two or three to look

TUESDAY, JUNE 22d, 2009

1   at these records.  You have a stack of records like this

2   (indicating,) and you have to go through page by page and make

3   heads or tails of bad handwriting.  But we manage to get

4   through, so...

5   Q.  Okay.  And in this case, you did review medical records?

6   A.  Yes.

7   Q.  Okay.  And as a physician, do you regularly take the

8   history of a patient's past, present medical history?

9   A.  I do because that's the first connection you have with the

10  truth.  And I -- patients always tell the story.  If you

11  listen to them and let them talk, they can always tell you

12  what's wrong.  And I've always been a believer of that.  It

13  requires a little patience in today's day and age, but it's

14  very important.  So I do take a history.

15  Q.  And as a physician, when you take these histories, is it

16  important for you -- to you for the witness to provide you

17  with a complete medical history, the complete picture?

18  A.  Yes, it is.  And I trust every patient that comes in.

19  They, you know, it's them and me.  And I trust everything they

20  tell me because it has to be.  It's about them.  It's not

21  about someone else.

22  Q.  Okay.  And what's the reason why, as a physician, that you

23  like to get a complete medical history of your patient?

24  A.  Well, simple things like, generally speaking, if someone

25  has never exercised the last 15 or 20 years and they get

TUESDAY, JUNE 22d, 2009

1  injured, it means a different type of injury and a different

2  recovery than someone who is on the Dolphin front line and

3  gets hit on Sunday afternoon.

4       It's a different type of injury and the recovery is

5  different.

6  Q.  Okay.  I'm sorry, I didn't --

7  A.  No.  I could go on, but I don't want to talk too much.

8  Q.  Is it important for you, as an orthopedic surgeon, to know

9  whether a person has had, for example, prior motor vehicle

10  accidents?

11  A.  That's helpful at times.  Previous injuries are helpful.

12  But the time that they spend after the accident -- and I look

13  at employment history.  If someone has worked full time for

14  five years and has been out sick 18 times, that's a different

15  story than someone who's worked full time and has never been

16  out.

17  Q.  Now, in this action, you testified that you reviewed some

18  of the plaintiff's medical records.  Did you have an

19  opportunity to review the medical records of neurosurgeon

20  Dr. Brett Osborn?

21  A.  I looked at them.  I'm trying to recall right now, because

22  it's been a while.  But I did look at them.  And I don't think

23  there was much that he thought was wrong at the time, if I

24  recall.  But I don't recall the details.

25  Q.  No problem.  I'm actually -- if I may approach the

TUESDAY, JUNE 22d, 2009

1    witness, I'm going to show you one of Dr. Brett's -- Brett

2    Osborn's evaluations of the plaintiff.  And I want to ask you

3    some questions about that.

4    A.  All right.

5          THE COURT:  Is that marked as an exhibit?

6          MS. ELFENBEIN:  It is, Your Honor.  It is -- one

7    second, 15.

8          THE COURT:  So you're showing Defendant's Exhibit 15

9    to the witness?

10         MS. ELFENBEIN:  Yes.

11         THE COURT:  And I will rely on Counsel, whenever you

12    want the jury -- if you want the jury to look at anything, to

13    direct the jury.

14         THE WITNESS:  All right.

15   Q.  (BY MS. ELFENBEIN)  Doctor, if you would just take a

16    minute to refresh your recollection.  And, members of jury, if

17    you would like, you can follow along on tab 15.

18         THE COURT:  It's in the big black binder.

19         THE WITNESS:  That report was January 26 of 2006.

20   Q.  (BY MS. ELFENBEIN)  Did Dr. Osborn perform an examination

21    of the plaintiff on that date?

22   A.  Yes, he did.  A very -- actually, a very detailed one.

23   Q.  And does he discuss or mention the need to use distraction

24    techniques during his examination in order to determine

25    whether the plaintiff was amplifying or magnifying any of her

TUESDAY, JUNE 22d, 2009

1   symptoms?

2   A.  Yes, he did.

3   Q.  As an expert in orthopedic surgery, do you ever use any

4   kind of distraction techniques with your patients when you're

5   evaluating them?

6   A.  I have.  And sometimes -- sometimes people, they're

7   confused and sometimes there is something different going on.

8   But you need to try to find out as much information as you

9   can, and that does help.

10  Q.  Okay.  Could you explain to the jury what exactly a

11  distraction technique is?

12  A.  Well, if somebody is -- is sitting on the side of the

13  table, and you say you're going to look at their knee and you

14  straighten the knee out, and their back doesn't hurt, but you

15  lay them down on a table on their back, and you straight --

16  the knee is straight and you lift the leg up to duplicate the

17  flexion of the hip like they were sitting on the table, and

18  they come off the table and they get very anxious and say

19  there's a lot of pain, then that's inconsistent.

20       You distract them by their position.  You're doing

21  what we call a straight-leg raise by straightening the knee

22  out in the sitting position.  And if you lay them on their

23  back straightening out the knee in a sitting position, it

24  becomes what we call a straight-leg raise.  This helps

25  determine whether or not there's pressure on a nerve root with

TUESDAY, JUNE 22d, 2009

1   a herniated disk in the back, for instance.  That's the

2   distraction type of technique.  It's very common.

3          People don't know what you're doing, but you can find

4   out what's wrong.

5   Q.  Okay.  And in this evaluation, did Dr. Osborn -- what type

6   of distraction techniques did he use?  In discussing those

7   distraction techniques, if you could also tell the jury what

8   the outcome was.

9   A.  Well, he didn't give me any idea of what the distraction

10  was.  But you can put people in a different position they're

11  not used to and test the muscle strength and they don't

12  understand it and they perform normally.  There's a lot of

13  little tricks.

14         I don't have that much of a difficulty with people

15  cooperating.  You can have them lie on their side or have them

16  pull the toe up.  You can have them walk on their heels and

17  their toes when they're walking, yet when you try to put

18  pressure on the toe and push it down, they relax quickly.

19  There's ways of determining it.  What exactly he used, I don't

20  know.  It's not clear.

21  Q.  Okay.  And did Dr. Osborn determine whether there was

22  anything objectively wrong with the plaintiff during his

23  evaluation, in your review of his records?

24  A.  Well, I just -- to read the impression, if I can do that.

25  Q.  Well, if you could, or if you want to paraphrase it.

TUESDAY, JUNE 22d, 2009

1  A.   Yeah, I will do that.   Okay.   He gave her the benefit of

2  the doubt and said that he did not think she's at maximum

3  medical improvement at that time; this is 2006.   But the pain

4  pattern was nonanatomical and appears to be she's amplifying

5  symptoms.   Now, that doesn't mean that she's doing something

6  wrong.   That's not the point.   But some people perceive

7  differently than others.

8           There's no radiographic evidence of a pressure on a

9  nerve root, and the symptoms were not clearly explained from a

10 medical standpoint.

11          The problem with a person like this--and I think

12 Dr. Osborn was very reasonable--is if you say this hurts and

13 someone says, well, you have a herniated disk, let's operate

14 on you, sometimes people get operated on for the wrong reason.

15 Then they have complications that are related to the surgery

16 that may not have been necessary.

17          So I think Dr. Osborn was correct.   There's a whole

18 nother side to this that is very, very evident.   So I think he

19 was very upfront about this and gave her the benefit of the

20 doubt and recommended physical therapy.   But he said that

21 there was no surgical indication and there wasn't anything

22 really wrong that he could determine.

23 Q.   Okay.   Now, did you review the records of Dr. Jonathan

24 Hyde, also, as part of your medical review of documents in

25 this case?

TUESDAY, JUNE 22d, 2009

1  A.  I think there was just one -- one sheet of paper that he

2  made a recommendation on.  And I didn't bring that with me,

3  though.

4  Q.  Okay.  I'm going to go ahead and I'm going to show you

5  that document.  But, first, let me tell the jury what tab to

6  turn to.

7  A.  Sure.

8       THE COURT:  If you have a witness book of exhibits

9  for the witness, then instead of going back and forth, you can

10 just have the witness turn to that tab, also.

11      MS. ELFENBEIN:  I unfortunately don't, but I have

12 them all -- everything I'm going to ask him about right here.

13      THE COURT:  Okay.  Fine.

14      MS. ELFENBEIN:  Members of the jury, if you'd like to

15 follow along, you can go to tab 21.

16 Q.  (BY MS. ELFENBEIN)  And, Dr. Nordt, I'd like to talk to

17 you about the medical record dated September 23, 2005.  If you

18 could take a moment to just review that and refresh your

19 recollection.

20 A.  September 23 -- hold on.

21 Q.  Sure.  Let me know when you're ready.

22      THE COURT:  Is that the 23rd or the 21st?

23      MS. ELFENBEIN:  23rd.

24      THE COURT:  And what tab is that?

25      MS. ELFENBEIN:  In tab 21, if you keep on flipping

TUESDAY, JUNE 22d, 2009

1  the pages, you'll get to the September 23rd entry.

2          THE WITNESS:  That's dated September 23rd of 2005.

3  Q.  (BY MS. ELFENBEIN)  And does it appear that Dr. Hyde had

4  an opportunity to examine the plaintiff on that date?

5  A.  Yes, he did.

6  Q.  Okay.  And did Dr. Hyde determine whether there was

7  anything objectively wrong with the plaintiff?

8  A.  He did not see anything objectively wrong.

9  Q.  Okay.  And was there any evidence in this examination that

10  he thought she might have been amplifying or magnifying her

11  symptoms?

12  A.  Well, in order to read his discussion, he said:  As I have

13  previously -- previously started some discussion stating I was

14  waiting for the lumbar MRI, I've now had the opportunity to

15  review that scan.  And, basically, based on that scan, all I'm

16  seeing here appears to be all subjective symptom

17  magnification.

18          I did not see any objective evidence of any

19  significant injuries to her from this altercation.  At least,

20  from a structural standpoint and/or surgical standpoint, based

21  on my examination I do not see any physical objective finding

22  that can preclude her from working a normal duty job.  No

23  specific restrictions.

24  Q.  Okay.  Now, in this examination I've been using a few

25  words like subjective and objective.  If you could just

1   explain for the jury what the difference is between an

2   objective finding and a subjective finding?

3   A.   Thank you, that's a good point.   Subjective means if you

4   tell me your leg hurts, then that's a subjective complaint.

5        If I find that when you walk on your heel, your foot

6   slaps the floor, that's an objective finding.   In other words,

7   I can find something from a medical standpoint from my exam to

8   substantiate and prove your claim of the problem.

9        If you say the outside of your calf is painful and I

10  touch it with a pin and it's numb, that's an objective

11  finding.   We have a lot of people that have complaints that do

12  not have objective findings so they're subjective.   And

13  sometimes they're real and sometimes they're not.   So all of

14  this is helpful, it's all part of the thought process that

15  goes into helping solve problems.

16  Q.   Okay.   And MRIs and X-rays and radiological evidence of

17  that nature, is that another form of objective evidence

18  regarding a person's injuries?

19  A.   That's a big door to open.   I practiced medicine for ten

20  years before MRIs ever existed.   And we seemed to do pretty

21  well.   I'd operate on people, we'd fix their problems.   In

22  1988 and 1989, MRIs came into being 20 years ago and became

23  pretty darn good at finding out what's wrong.

24       However, you still need clinical correlation:   The

25  difference between subjective and objective.   And if you look

TUESDAY, JUNE 22d, 2009

1   at an MRI and you see, quote, a herniated disk, for instance,

2   you can't push on the MRI and ask the patient if that hurts.

3   You have to determine if it hurts in the patient.

4          Unfortunately, the MRIs show more detail than you

5   need to know.  And I spend more time unexplaining them.  A

6   little study was done 19 years ago, two years after MRIs came

7   out, and it took 100 normal people off the street from 17 to

8   70, none of them ever had a back problem.

9          They did an MRI on everyone of them and 37 percent of

10  them, over a third, had something in their back that you could

11  operate on, on the MRI.  But there's nothing wrong with the

12  patient.  So it's a great help, but it also confuses.

13         So, yes, it helps.  An MRI is helpful when it's

14  helpful and it correlates with what I'm looking for.  I never

15  look at an MRI until I've examined my patient, then I know

16  what I'm looking for.

17  Q.  And so would it be fair to say that in your practice and

18  in examining patients, you would consider both MRI studies and

19  your own personal examination of the plaintiff in order to

20  reach a diagnosis?

21  A.  I use everything I can to help the patient to find out

22  what's wrong.

23  Q.  Okay.  Now, I want to talk about your actual examination

24  of the plaintiff in this case.  Did you take a history of

25  Ms. Beach-Mathura during this examination?

TUESDAY, JUNE 22d, 2009

1   A.   I did.   And it was fairly extensive.

2   Q.   Okay.   Without getting into details or exactly what she

3   told you, did she mention to you that she was involved in an

4   August 30, 2006 wheelchair incident at the airport in Japan?

5   A.   Correct.

6   Q.   Okay.   And did she tell you about a 2005 workers'

7   compensation incident in which she was battered by a student?

8   A.   She told me about that, and it was 2005, and she said she

9   had been placed on temporary total disability.

10   Q.   Okay.   What else with regard to her history, besides these

11   two incidents I've already described, what else did she tell

12   you about?

13   A.   She said that -- I'm just going to go through this real

14   carefully.   She -- she's a retired teacher from Norland Middle

15   School, sixth and seventh grade from 2000, 2003.   She said

16   she'd been on disability since 2007 for a back injury and she

17   had some mental problems, she stated.

18        She interestingly -- this is important.   She has

19   absolutely no exercise history when carefully questioning her,

20   even before the year 2000.   She had a history of this -- this

21   altercation with a student and she developed neck and back

22   injuries, but never fell down.   Again, no exercise history,

23   which goes back to assessing the patient as to what their

24   physical fitness is.

25        Interesting, in 2001, she had an emergency colon

TUESDAY, JUNE 22d, 2009

1    resection.  And in 2000 had her fourth child through a

2    C-section.  So here we've had five abdominal procedures.  That

3    makes your stomach muscles very weak.  And if you don't have

4    an exercise history, then that makes it even worse.

5          So, anyway, she had physical therapy with electrical

6    stim but no strengthening was done on exam on all the therapy

7    that she had.  In other words, I ask somebody what happened in

8    physical therapy?  Just because you go doesn't mean they did

9    anything.

10          Well, they put heat and they put cold, and put these

11   little things and they turn an electrical stimulator on.  But

12   nobody made her do partial sit-ups.  Nobody made her exercise

13   with weights or do anything to strengthen the stomach and back

14   muscles.  The stomach and back muscles are just as important

15   as your thigh muscles for your knee.

16          Then the next paragraph is the August 30, 2006.

17   Q.  Okay.  Did she provide you -- What kind of detail did she

18   provide to you regarding any kind of prior strengthening or

19   physical conditioning that she may have done?

20   A.  Well, she said a Dr. Chapnek (phonetic spelling) at a

21   health center started her on some therapy and she had physical

22   therapy by a Dr. Bronstein with electrical stimulation.

23          But again, I questioned her very carefully and there

24   was no obvious strengthening ever done.  This is what we call

25   feel good physical therapy:  Heat packs, massage, cold,

TUESDAY, JUNE 22d, 2009

192

1    electrical stim.  But, in fact, without strengthening the

2    muscles, you can't support the structure and so, therefore,

3    the symptoms come back or reoccur.

4    Q.  Did the plaintiff talk to you about her prior prescription

5    medication history?

6    A.  I don't have -- The medications, this is on my second page

7    here.  I can mention a little bit.

8         Again, I said she had no history of any

9    strengthening; had a history of taking nonsteroidal

10   anti-inflammatory medication.  That's like Naprosyn, Advil,

11   Motrin, ibuprofen, and also Flexeril in the past with only

12   temporary results of...

13        She never asked her surgeon about her abdominal

14   procedures.  It was okay to ask -- okay to exercise, excuse

15   me. The abdominal hernia surgery was done in 2005, as well as

16   a breast reduction.  She bought a swimming pool, but that's

17   basically it.  She did not have any exercise done in a

18   legitimate way I would look at exercise.  At least she did not

19   offer that as history.

20   Q.  All right.  Now, going back real quick to this -- you just

21   mentioned that she told you she was taking Flexeril.  What

22   kind of medication is that?

23   A.  Okay.  Flexeril is a muscle relaxant.  I find Flexeril to

24   be totally useless.  It makes you feel kind of stupid when you

25   take it two or three times a day.  A lot of emergency rooms

TUESDAY, JUNE 22d, 2009

1  give it to you, if you have a little muscle spasm somewhere.

2  That medicine doesn't know which muscle to go to, so it

3  basically relaxes them all.  I think your best bet is bed

4  rest.  Maybe one or two nights take it to help you sleep, but

5  that's it.  I don't use muscle relaxants.  I don't use

6  narcotics.  I think the best bet is to treat the problem,

7  diagnose the problem, and then fix it, generally without

8  surgery.

9  Q.  Now, in telling you about her prescription medication that

10  she was taking, did she mention to you whether she had a

11  history of taking narcotic medication?

12  A.  You know, I did not go into detail about that.  And she

13  did not offer that, no.

14  Q.  Okay.  We'll come back to that point in a minute.

15       Can you tell me on the date of the evaluation, what

16  were the complaints or the subjective complaints that the

17  plaintiff relayed to you?

18  A.  When I saw her, her biggest complaint was right leg

19  symptoms.  Primarily in the outside part of the right thigh,

20  down to the upper calf.  She had complained of -- And I always

21  divide back pain -- pain into back pain and leg pain.  Leg

22  pain means the nerve root is pinched; back pain means there's

23  something else in the spine.

24       She, at that time, had 90 percent back pain.  She had

25  no bowel or bladder problems.  I mean, she had full control of

1  her bowel and bladder.  I rarely get a positive answer, but

2  it's certainly nice to ask.

3         Her standing was limited to twenty minutes.  I always

4  ask people, how long can you stand if it bothers you?  And she

5  said twenty minutes.  Then I asked, how long can you sit?

6  She's worse, with pain after fifteen to twenty minutes and

7  then she has to get up and move.  And I'm sure we've all been

8  sitting here longer than that.

9         When she lies down at night, she has aching and pain

10  which awakens her at night, she states.  When she coughs or

11  sneeze, it does not generate back or leg pain.  And she did

12  not use tobacco.  And that was basically the extent of my

13  history for her back pain.  Generally, she hurt everywhere,

14  which is not a good sign.

15  Q.  Did you perform an examination of the plaintiff on this

16  date?

17  A.  I did.  I did.

18  Q.  Could you explain to the jury what kind of examination

19  this was?

20  A.  Yeah.  Generally, I have people disrobe and they have

21  their underclothes on.  I put a paper gown on that opens to

22  the back.  I don't look at the front, I look at the back.  And

23  then I have them stand in front of me, facing away from me.

24  And I look at their back first to see if they're leaning to

25  one side or the other; see if there's any muscle spasms, any

TUESDAY, JUNE 22d, 2009

1  changes in the skin.

2       And then I ask them very carefully to bend sideways

3  to the right and sideways to the left and tell me if there's

4  any pain with that.  Then I ask them to twist to the left and

5  twist to the right to see if there's any pain with that.

6       All these motions do change and aggravate the back,

7  or can.  When I asked her to do that, the bending was about 30

8  degrees to the left and 20 degrees to the right, which is

9  pretty acceptable for this lady who is a little on the heavy

10 side.  Her rotation, twisting, was very limited, which is not

11 surprising.  Extension, bending backwards, she could not do

12 that.  And bending forward was about 10 degrees, which was

13 severely limited.

14      Then I had her walk on her heels and her toes, which

15 proved that with her body weight, the muscles functioned

16 normally in her legs.  Do you want me to go on with this?

17 Q.  Yeah, please.  Go through your entire examination.

18 A.  All right.  She had full weight on her right knee and it

19 buckled on her when she was in the office.  But it's unclear

20 as to why this happened.

21      Her knee reflexes were grade 1 over 3.  A diminished

22 reflex is not uncommon for someone as we get older.  Ankle

23 reflexes were diminished on the right and slightly diminished

24 on the left.  Her ability to raise her toes up and hold them

25 against resistance were negative -- were normal.  And that was

TUESDAY, JUNE 22d, 2009

1  confirmed, of course, by walking on the heels.

2        The motion in the hip, you always examine the hip to

3  see if that is something to do with the back; and the hips

4  were normal.  She had no pain on direct pressure in the low

5  back.  Her hamstrings were very flexible.  And her quads, the

6  thigh muscles, and her hip flexors, the muscles in your belly

7  to help raise your hip up, were of normal strength.  Which

8  makes me wonder how she could fall or have her knee buckle

9  when, in fact, she had a normal strength.

10  Q.  And, Doctor, I don't mean to interrupt your explanation.

11  A.  Yeah.

12  Q.  But if you could explain to the jury in layman's terms

13  what the significance is to you, as an orthopedic surgeon, in

14  each of these findings?

15  A.  Okay.  Basically, we went through the twisting, bending

16  forward, bending backward.  It gives me an idea of what

17  function the spine has for that person, or what limitations

18  there are.

19        Ankle reflexes.  You take a little reflex hammer and

20  you tap on the Achilles tendon.  And what happens is, as you

21  tap on it, the muscle contracts and it goes down for a second.

22  That's a normal reflex in the spinal cord that goes all the

23  way up and then all the way back.

24        Knee reflexes.  You tap on the kneecap tendon.  And

25  that stimulates the quadriceps muscle and sometimes it can be

TUESDAY, JUNE 22d, 2009

1  quite brisk and sometimes it can be quite diminished.

2       If someone is lying on their back -- and I mentioned

3  this -- this deceptive test.  Someone is lying on their back

4  and the knee is straight and I lift it up, if you lift it up

5  about 30 degrees, the nerve going down the back to the spine,

6  it stretches, slightly.  And if you have a disk or something

7  pushing on that nerve root, it's like a windlass, it pulls it

8  up against that and it irritates it.  That's called a positive

9  straight-leg raise, if you heard that.  But the bottom is, is

10  that was negative with her.  It did not affect anything.  So

11  she was -- that was a normal examination.

12       And then I tested the muscle groups in the thigh with

13  the muscles you use to stand up out of a chair; and when you

14  lay on your back, the muscles used to raise your legs over

15  your head.  Those muscles groups were normal.

16  Q.  Did you perform anything else in this examination?

17  A.  Yep, I did.  Her sensory exam was unremarkable.  I touch

18  people with a little sharp pin and find there's a difference

19  between the left and right.  And there's certain areas for

20  different nerves and those were all normal.

21       I examined her neck and she had full range of motion,

22  which means she could turn left and right about 80 to 85

23  degrees.  The reflexes in her arms, your reflex -- the wrist,

24  the biceps muscle, and the triceps muscle, those are all

25  normal.

```
 1            Her neck extensors were somewhat weak up here
 2   (indicating,) which is typical of someone that doesn't
 3   exercise.  One of the little tidbits when you go out for
 4   exercise, if you just go out and walk, your head bounces up
 5   and down and it strengthens your neck muscles.  That's where
 6   walking helps your neck and shoulders.
 7            I also examined all the muscles, the deltoid,
 8   triceps, biceps, all the muscles in the arm, and they were all
 9   normal.  Normal strength.  She had very tight -- when she was
10   laying down on the -- on the exam table, the buttock muscles
11   are very tight.
12            If you lay down flat on your back and you bend your
13   knee and cross it over the mid-line, the muscles in your
14   buttocks, in the back here, will get very tight and duplicate
15   the pain that she had, and that's where it was.
16            The other thing that was positive was a bursitis.
17   And this is classic.  You have a muscle that attaches to your
18   hip and it turns into a wide, flat tendon.  It goes over the
19   prominence of your hip here.
20            And you see people in bathing suits they have a flat
21   side to their thigh.  There's a wide flat tendon that goes
22   down to the outside of the knee.  And if this muscle tightens
23   up terribly, it puts pressure against the hip.  And females
24   more than males can develop a bursitis here.  The pressure on
25   that causes an inflammation and pain down the outside of the
```

TUESDAY, JUNE 22d, 2009

199

1   leg exactly where she said she had it.

2          And my feeling is, that she had -- the trochanter is

3   the part of the femur, the upper thigh bone, this rubs

4   against.  And stretching it out will resolve it.  Riding a

5   bicycle will make it worse.  Generally, it can be taken care

6   of with physical therapy, but this was the source of her pain.

7          It mimics and seems like a herniated disk.  But no

8   one discovered this, that I can find.  But this is what the

9   problem was and it's very resolvable.

10         So, in the end, the trochanteric bursitis is where

11  the problem was.  And that was the end of my examination.

12  Q.  What kind of things cause trochanteric bursitis?

13  A.  Inactivity.  If you sit for a period of time, the muscles

14  shorten up.  And, I mean, a period of time of five years, ten

15  years.  Inactivity will allow the muscles to tighten up.

16         A trochanteric bursa is like a rubber band.  You take

17  a rubber band and you take the edge of a formica desk and you

18  pull the rubber band tight against the corner of the desk and

19  there's pressure at that one little spot.

20         Your body has a bursa, which is a flimsy sac that

21  allows lubrication of this tendon back and forth.  If the

22  tension across that rubber band or that muscle is so great, it

23  can cause inflammation in the bursa causing more pain and

24  swelling, which perpetuates and makes it get worse and worse.

25         I give medicines for that.  I inject it.  I do

TUESDAY, JUNE 22d, 2009

1  physical therapy.  Nobody requires surgery for that.  And it

2  does resolve.  But, unfortunately, a lot of people who just

3  look at MRIs don't really examine.  I see this a lot and it's

4  a very solvable problem.

5  Q.  And, Doctor, based on your examination of the plaintiff

6  and the medical history that you took, was it your opinion

7  that her source of pain came from -- or, actually, let me --

8  do you have an opinion as to what exactly caused the

9  plaintiff's trochanteric bursitis?

10  A.  Poor conditioning, inflexibility, and lack of exercise.

11  And this is something we all see.  But the good news is, it's

12  reversible.

13  Q.  And how is it reversible?

14  A.  By physical therapy, probably three times a week for four

15  to six weeks; stretching the muscles so it's not as

16  compressive against the bursitis; anti-inflammatory

17  medications.  Aleve, I use two Aleve after breakfast and two

18  after dinner.  If in four weeks it's not resolved, then the

19  next step is an injection of cortisone with continued physical

20  therapy.  So that resolved -- that basically resolves 98

21  percent of these problems.

22  Q.  Is it -- do you have an opinion as to whether this

23  trochanteric bursitis that you diagnosed the plaintiff with,

24  has any relation whatsoever to the August 30, 2006, wheelchair

25  incident?

TUESDAY, JUNE 22d, 2009

1  A.  I think it all -- not really.  I think the deconditioning,

2  the deconditioning and the inactivity through a perceived

3  injury can precipitate all this.  And I think it's all

4  reversible.  That's the good news.  So I don't really -- I

5  think it's a -- you go back to four children, two abdominal

6  procedures, no exercise, and you end up in this situation.

7  And it has nothing to do with the wheelchair incident.

8  Q.  Doctor, would a history of having about close to twenty

9  years of back injuries or back pain in some form or another

10  have anything to do with the trochanteric bursitis?

11  A.  Yes.

12  Q.  How so?

13  A.  Well, it's just, every little problem adds on.  I think,

14  you know, in deference to people's perception, every time you

15  have an injury, you're a little scared to do something

16  different.  Then you have another injury and you retreat from

17  an exercise program.  And if you grow up and you don't

18  understand what exercise is, then you're really scared to do

19  it.  So you retreat mentally and physically from trying to

20  push through.

21      Now, if you get expert help, you can solve the

22  problem.  And I think this is resolvable.  But it's --

23  everything's added to it.  It's a domino effect is what it is.

24  Q.  Okay.  And after having reviewed the medical records in

25  this case, and having performed an evaluation of the

TUESDAY, JUNE 22d, 2009

202

1  plaintiff, and having taken a medical history of her, do you

2  have an opinion within a reasonable degree of medical

3  certainty regarding whether the August 30, 2006, incident

4  exacerbated any of the plaintiff's preexisting injuries?

5  A.  I don't believe it did.  I think that you take a

6  deconditioned person who has all these previous surgeries and

7  no physical fitness, and you can fall down anywhere and you

8  can aggravate it, but it's resolvable.  It's not a permanent

9  problem.

10       It goes back to the same thing I mentioned, if you're

11 on the Dolphin line and you're in good shape, you have one

12 type of injury.  If you fall down and slip and fall or

13 whatever, and you land on your buttocks, you get a different

14 type of injury.

15       But the good news is, that having seen two previous

16 doctors with no preexisting condition and when I examined her,

17 I did not see anything.  And so, it's a good thing that she

18 has a good chance for excellent health.

19 Q.  Doctor, do you have an opinion -- let me ask the question

20 in a different way.

21       In your examination of the plaintiff, did you reach a

22 determination as to whether she had anything wrong with her

23 from a neurological standpoint?

24 A.  No.  She did not have anything wrong with her from a

25 neurological standpoint.

TUESDAY, JUNE 22d, 2009

203

1  Q.  If you could just explain to the jury, what's the

2  significance of that?  What does that mean?

3  A.  Well, most of the things that people look for when they

4  have back or leg problems, is there a pinched nerve.  Is there

5  something going on to make the leg and the back hurt.  In this

6  case, no, did not exist.  A herniated disk, a bulging disk.  I

7  mean, you've heard all the terms, you know.  Lateral disk,

8  spinal stenosis, spinal instability.  I can go on with fifteen

9  things you could name.

10         But the bottom line is none of these things are

11 causing any objective neurological findings that could be

12 substantiated on a clinical basis.  In other words, there's

13 nothing wrong with her from a neurological standpoint.  So we

14 have to find another reason.

15 Q.  And that reason --

16 A.  That reason is --

17 Q.  -- is trochanteric bursitis?

18 A.  -- poor conditioning, inflexibility of the buttock

19 muscles, and lack of exercise.  And if you want to throw in a

20 little bit of being overweight, but I don't hang people with

21 that.  You know, I think you can still exercise.

22 Q.  All right.  And have you reached an opinion within a

23 reasonable degree of medical certainty --

24         MR. PARKER:  Asked and answered, Your Honor, three

25 times.

TUESDAY, JUNE 22d, 2009

1          THE COURT:  She hasn't finished the question,

2    Mr. Parker.  So we don't know whether it's been asked and

3    answered.

4          MR. PARKER:  Okay, Your Honor.

5    Q.  (BY MS. ELFENBEIN)  Doctor, have you reached an opinion

6    within a reasonable degree of medical certainty, as to whether

7    the $14,000 in epidural blocks administered by Dr. Kenneth

8    Rivera-Kolb to the plaintiff in 2008, whether that's related

9    to our incident in this case?

10   A.  I do not think it is.  One does nerve injections and

11   epidurals less and less and less these days because they're

12   less effective.  Basically, injections are designed to fix

13   nerve problems.  She did not have any nerve problems.  She

14   still has a problem.  Injections were done, there was no

15   benefit.  Maybe in one doctor's mind he's trying to help.  But

16   I rarely use these.

17         And I -- unfortunately, there's an entrepreneurial

18   side of medicine that's sort of embarrassing.  But I think

19   that in a way, I think those were not helpful and I don't

20   believe they're medically necessary.

21   Q.  And have you reached an opinion, within a reasonable

22   degree of medical certainty, regarding whether the plaintiff

23   will require future medical or future surgical treatment as a

24   result of our August 30, 2006, wheelchair incident?

25   A.  Well, I think that is just not much of a part of the

TUESDAY, JUNE 22d, 2009

205

1  overall spectrum of things the last nine or ten years, okay?

2  It's a very tiny portion of it.  I wrote here -- and can I

3  read my impression?  It might be helpful to summarize.

4          My impression is, one, normal back exam.  Number two,

5  normal neck exam.  Number three, severe poor conditioning on

6  the patient's part as far as problems are concerned.  She

7  states she has herniated disk, but I told her clinically

8  there's nothing wrong with her from a neurological standpoint.

9          She would benefit significantly with two to three

10 months of core strengthening; strengthening the stomach and

11 back muscles threes times a week to strengthen her stomach and

12 back muscles to try to salvage her as she goes forward in

13 life.  She has no residual problems except deconditioning and

14 a lack of confidence which has been reinforced by the

15 inability of physicians to even explain her problem.

16         If she thinks she's sick, she'll be sick.  If you can

17 show her a light at the end of the tunnel, I think she'd do

18 fine.  A strong physical therapy program should be implemented

19 as I have suggested.

20         And a trochanteric bursitis is a major cause of her

21 hip pain which is due to tight muscles and inactivity.  And I

22 finished up with the thing -- with the -- if I can read the

23 rest of it or --

24 Q.  Well, let me ask you something specific --

25 A.  Go ahead.

TUESDAY, JUNE 22d, 2009

1    Q.  -- and it possibly might lead into the rest of your

2    impressions.  Did you reach an opinion in this case, within a

3    reasonable degree of medical certainty, after examining the

4    plaintiff as to whether she had reached maximum medical

5    improvement?

6    A.  I believe she had reached maximum medical improvement.

7    Q.  Okay.  Can you explain to the jury the significance of

8    reaching maximum medical improvement?

9    A.  Well, it's batted around quite a bit.  But maximum medical

10   improvement is everything has been done medically to benefit

11   the patient to get them better.  And I -- I said she's

12   maximumly medically improved with one caveat.

13          I suggested physical therapy, stretching the

14   iliotibial band which is the big flat muscle on the side, and

15   some strengthening of the stomach and back muscles.  And if

16   this is implemented properly and correctly, I think within six

17   or eight weeks she would start seeing a significant

18   improvement.

19   Q.  Did you reach an opinion in this case within a reasonable

20   degree of medical certainty after evaluating the plaintiff, as

21   to whether she had a permanent impairment rating?

22   A.  I gave her a zero impairment rating.  There was no finding

23   to suggest any reason to give her an impairment rating.

24   Q.  And can you explain to the jury what a permanent

25   impairment rating means?

TUESDAY, JUNE 22d, 2009

207

1 A.   Well, there's a book on impairment ratings and they've

2 upgraded them periodically.   But let's say if you can't move

3 your knee or you can't move your neck or have nerve damage or

4 something, or a previous surgery, depending on what category

5 you fit into, you can have a 3 percent, a 5 percent, if you're

6 paralyzed from the waist down, you can be 100 percent

7 impaired; it just varies.   And it has to do with how badly

8 injured people are and it has a lot to do with insurance and

9 everything which is beyond me.   But they have this book.   And

10 so I try to very honestly evaluate people as to what their

11 problems are.

12        But she has a zero impairment.   I did not find

13 anything really wrong, except deconditioning.   If you put

14 someone -- any of you in the jury box, in bed for a year or

15 two and you get out of bed and you fall down, you're going to

16 get hurt and you're going to feel bad, and you're going to be

17 scared.   But if you give -- if you get some constructive

18 solution to fix it, then you'll be fine.   And that's my point.

19 Q.   And, Doctor, isn't it true after you evaluated the

20 plaintiff, you found that she does not have any problems

21 caused by the August 30, 2006 incident?

22 A.   No, she does not.

23 Q.   She does not have any problems?

24 A.   No, she doesn't.

25 Q.   And have all the opinions you've provided today in this

TUESDAY, JUNE 22d, 2009

208

```
 1   courtroom been within a reasonable degree of medical

 2   certainty?

 3   A.  Yes.

 4        MS. ELFENBEIN:  All right.  Thank you.  At this time,

 5   we tender the witness for cross-examination.

 6        Thank you, Dr. Nordt.

 7        THE WITNESS:  You're welcome.

 8        THE COURT:  Mr. Parker.  Cross-examination.

 9        MR. PARKER:  Thank you.

10                      CROSS-EXAMINATION

11   Q.  (BY MR. PARKER)  Good afternoon, Doctor.  How are you

12   doing?

13   A.  Fine, sir.  How are you?

14   Q.  Very good.  You looked at a report dated -- and you

15   reviewed it and you testified about this report dated

16   3/1/2005; is that right?  And it's Dr. Brett Osborn.

17   A.  Yes.

18   Q.  3/1/2005?

19   A.  Which tab is that?

20   Q.  15, I believe.  I think you have the copy?

21   A.  Yeah, I've got it right here.  Thanks.

22   Q.  Have you reviewed any report on or after August 30, 2006?

23   A.  I would have to look.  The only two that I can really

24   recall are the ones that I looked at.

25   Q.  And the one you testified to is 1/26/2006?
```

TUESDAY, JUNE 22d, 2009

1  A.  Yes, sir.  That was Brett Osborn's.

2  Q.  Do you know Dr. Brett Osborn?

3  A.  I think I met him once, about five, six, seven years ago.

4  But I do not know him.

5  Q.  Do you know if Dr. Osborn made an MRI or X-ray report on

6  or about 1/26/2006?

7  A.  I don't know.  I mean, did he read an MRI?

8  Q.  Did you read -- did you review an MRI report or X-ray

9  report that accompanied this 1/26/2006 report?

10  A.  I would be happy to look at it.  I don't recall that,

11  specifically.

12  Q.  Well, there are two reports here.

13  A.  Well, I'll review both of them.

14  Q.  There's two dates here, rather.  Date of evaluation, on

15  the first page; and DOI.  What's a DOI?

16  A.  That's date of injury.  That's what that would be.

17  Q.  And that would be 3/1/2005; is that right?

18  A.  I don't have that in front of me, sir.

19  Q.  That's Dr. Osborn report that you reviewed for this?

20  A.  Oh, the MRI report within this?

21  Q.  Yes, sir.

22  A.  Oh, I'm sorry.  I thought it was a separate one.

23  Q.  Okay.  It's in there.  You have reviewed this, right?

24  A.  Hold on a second.  Are you talking about the 6/29/05?

25  Q.  1/26/06 and 3/1/05, which is before August 30, 2006,

1  right?

2  A.  Yeah, this is this one right here.  Correct.

3  Q.  Yes.  Okay.  The good doctor set up on the diagnosis part

4  on the first --

5  A.  Oh, I see.

6  Q.  -- page.

7  A.  Second page, bottom second page, I'm with you.

8  Q.  Bottom of the first page.  Bottom of the first page.  I

9  have personally reviewed MRI of the lumbar dated 1/10/2005.

10        Did you see an MRI of what he was talking about

11  there?

12  A.  I don't believe I've seen the MRI, no.

13  Q.  How long was your evaluation of Ms. Mathura?

14  A.  Probably an hour and a half.

15  Q.  Are you sure, sir?

16  A.  Yeah.

17  Q.  Your report said it was 45 minutes.

18  A.  Okay.  Well, I'm just -- I didn't read my report.

19  Q.  Okay.  All right.  45 minutes.

20        Now, sir, did you see an X-ray report on Ms. Mathura?

21  A.  I'm trying to recall, because it was in March, okay?  Let

22  me go look at my report here and see.  Sometimes I just get to

23  see the patient.

24  Q.  So you sometime don't see your reports; is that right?

25  A.  Sometimes I don't even see the MRIs.  But if I need to see

TUESDAY, JUNE 22d, 2009

1  them, I'll usually ask for them.

2  Q.  But in this case, you didn't see MRI or X-rays; is that

3  right?

4  A.  Well, frankly speaking, I don't think it was necessary

5  because she didn't have a neurological problem.  So,

6  therefore, I wouldn't have asked for it.

7  Q.  Did you do any tests to rule out neurological problems,

8  such as an MRI or an X-ray?

9  A.  What test did you have in mind?

10  Q.  Methodology in coming up with diagnosis.  You use MRI in

11  your practice?

12  A.  I use it to substantiate what my clinical diagnosis is.

13  And if I find something clinically wrong, a missing reflex,

14  numbness, tingling, something like that, then I will go ahead

15  and seek out an MRI.  And so I substantiate it.  The MRI,

16  itself, does not prove anything.

17  Q.  Okay.  Fair enough.  But did you use an MRI in this

18  examination on March 30th of this year?

19  A.  I'd have to look and see.

20  Q.  Well, you did read your report for today?

21  A.  Yes, I did read it.  And your specific question, I'm

22  having trouble recalling.  So just a moment.

23  Q.  Yes, sir.  Let's go through it real quick.

24  A.  I didn't mention an MRI as being reviewed in there.

25  Q.  Did you do an X-ray of Ms. Mathura on March 30, 2009?

TUESDAY, JUNE 22d, 2009

1  A.  No, I didn't.  I don't have X-ray in my office.

2  Q.  Don't you use these methodologies and these tools to help

3  you with diagnosis?  MRI and X-rays?

4  A.  Only if necessary.

5  Q.  Okay.

6  A.  As I said earlier, I only -- I practiced medicine for ten

7  years before MRIs existed and I made a decision on someone's

8  health and their back status before MRIs ever existed --

9  Q.  When was the last -- I'm sorry.

10  A.  -- but the MRI is very helpful.

11        THE COURT:  Let him finish his answer before you ask

12  the question --

13        MR. PARKER:  I'm sorry.  I thought he was finished.

14        THE WITNESS:  Very helpful.  But an MRI can get you

15  in trouble.  People operate on people based on MRIs and not

16  know what's wrong with them, and then you have a real problem.

17  So it needs to be put in proper clinical context.

18  Q.  (BY MR. PARKER)  Okay, sir.  What kind of published

19  reports or published research have you done in the last five

20  years?

21  A.  None.

22  Q.  None on the back?

23  A.  No.

24  Q.  None on the spine?

25  A.  No.

TUESDAY, JUNE 22d, 2009

1  Q.  Last ten years?

2  A.  Probably the last ten, I did one test -- one study was

3  done in February of 2003 comparing -- I do a procedure called

4  kyphoplasty.  And kyphoplasty is a cement that they place in

5  the spine under local anesthesia to take care of people with

6  compression fractures, elderly people.  And it's a miracle, it

7  takes away the pain.

8          And I had one case and another gentleman in Atlanta

9  spine center -- Emory Spine Center.  We both had cases that

10  had had previous cement injected that was unsuccessful.  And

11  the story was that we both redid those and the people did very

12  well.  So it was used as a salvage procedure which had never

13  been described.

14  Q.  You're going to have -- you're going to perform surgery

15  tomorrow?

16  A.  Yes, sir.

17  Q.  What time?

18  A.  8:00 tomorrow morning.  I have a lady who's had two

19  previous neurosurgical operations and she said she would

20  rather die than continue living without fixing her back.  So

21  I'm going to operate on her tomorrow morning.

22  Q.  Okay.  Now, you talk about clinical correlation between

23  subjective and objective tests?

24  A.  Correct.

25  Q.  And they interwind, is that what you mean?

TUESDAY, JUNE 22d, 2009

214

1    A.   I don't know what you mean by intertwined.

2    Q.   You explained that to the jury.   Clinical correlation

3    between subjective and objective test.

4    A.   Right.   If somebody complains of leg pain, but they have

5    no weakness, no numbness, no reflex changes, no strength loss,

6    then there's no clinical correlation to the subjective

7    complaints.   If one of those exists, then we have objective

8    findings, which can substantiate the patient's complaints.

9    Q.   Did you ask if Ms. Mathura use her swimming pool for

10   exercise?

11   A.   She told me she had one.   But I don't recommend swimming

12   pools for exercise.   You take an animal, a porpoise that lives

13   in the water, you put him on land, they can't move because

14   they are so used to being in the water.   I prefer to exercise

15   people out of the water, so I don't use swimming pools for

16   people that are -- unless they're extremely elderly.   It's not

17   successful.

18   Q.   So you have not examined any medical records on or after

19   August 30, 2006, on Ms. Mathura; is that right?

20   A.   I guess so.   I don't know what that means, but -- if

21   that's important or not.

22   Q.   Well, you look at medical records in 2005, several years

23   ago, and you look at medical records in 2006, prior to August

24   30, 2006.   Have you looked at any medical records or any

25   reports that came in describing Ms. Mathura condition on or

TUESDAY, JUNE 22d, 2009

1  after August 30, 2006?

2  A.  I may have looked at them.  I can't recall right off the

3  bat, but you know, by March of 2009, if I can't find anything

4  wrong with her, then those records are irrelevant.  They don't

5  mean anything, just paper.

6  Q.  But you had not used -- you testify here, that you had not

7  used any diagnostic tools such as X-ray, MRI --

8  A.  I don't --

9  Q.  -- to be talking about evaluation?

10 A.  I don't hold any credence to that, unless I'm looking for

11 something.  And on her, I did not find anything to justify

12 looking for those.  You don't make -- again, the danger, and

13 this is your philosophy of ordering MRIs for diagnostic

14 purposes.  If we remember that study, 37 percent of normal

15 people have something wrong on an MRI.

16      If you start leaning towards an MRI and they quote

17 diagnostic procedure, you're going to get in trouble and

18 people are going to have surgeries that they don't need.  Go

19 ahead.

20 Q.  You mean a study that you pick the people off the streets?

21 That's what you're talking about?

22 A.  This one study that I quoted, yes.  It was March 1990 in

23 the Journal of Bone and Joint Surgery.  They took 100 people

24 off the street that never had a clinical history of any back

25 pain ever, and they were 17 years of age to 70 years of age.

TUESDAY, JUNE 22d, 2009

1   And they did an MRI on everybody, trying to find out what

2   normal is all about.  Well, normal means that 37 percent of

3   people have something so bad on an MRI that you would operate

4   on it.  But there's nothing wrong with the patient.  And the

5   point is, it's a double-edged sword.  So diagnostic MRIs are

6   irrelevant without proper clinical findings.

7   Q.  And this was a 1990 study?

8   A.  That's right.  And it was done significantly because that

9   was two years after MRIs had proper software in order to

10  properly give the normal resolution to diagnose spine

11  problems.  And it was a very, very significant study.

12  Q.  So the advent of science that came out of 1990, such as

13  the MRI, you discount that?

14  A.  No, I didn't say that.  I would only discount it if -- I

15  would not use it because it's a waste of money.  Right now,

16  the administration is clamping down on overuse of MRIs.  This

17  is a big problem in medical costs.  And so, without clinical

18  correlation, there's no reason to do it.

19  Q.  So there are other expert surgeon in your field that have

20  used MRIs since 1990; would you agree?

21  A.  I use them, too.  I don't say I don't use them.  And

22  there's others that do.  I never said I don't use them.  I

23  said I use them when there's clinical correlation to justify

24  taking them.

25  Q.  All right, let's go back to the report for the good doctor

TUESDAY, JUNE 22d, 2009

217

1  Osborn.   In the plan section on page 2?

2  A.   You're looking at my report or Dr. Osborn's?

3  Q.   Dr. Osborn report, sir.

4  A.   Okay.

5  Q.   Page 2.

6  A.   Which page?

7  Q.   Page 2.

8  A.   Page 2.

9  Q.   On plan.   That's the third paragraph, the second sentence.

10  A.   Plan is the third page.   Okay.

11  Q.   Third page.

12  A.   Okay.

13  Q.   Yeah.   It reads -- the second sentence.   Could you read

14  that?

15  A.   I have ordered plain films of both the cervical and lumbar

16  regions with dynamic views to rule out occult instability or

17  fractures, both of which I feel are unlikely.

18  Q.   Stop right there.   Now, did you review those films in

19  your -- in your review of this 2005?

20  A.   I have not seen those X-rays and they were never presented

21  to me.   And, actually speaking, I agree with Dr. Osborn, in

22  that it is very unlikely.   And I would not need to see those

23  in order to make a decision.

24  Q.   But you -- you -- it would be helpful to review those MRI

25  or X-ray to make a determination on your diagnosis of

TUESDAY, JUNE 22d, 2009

1  bursitis; wouldn't it be proper?

2  A.  No, because a bursitis is in the hips and he's ordering

3  X-rays of the neck and back, not even taking an X-ray of the

4  hip.

5  Q.  Well, let's go to the hip and the back -- I mean, the

6  back.  Wouldn't it be helpful to review that, to come to the

7  determination that a 2005 evaluation, and an August 30, 2006

8  evaluation, would it be helpful for you to look at the X-rays

9  or an MRI to make a forty-minute determination of your

10  impression in your report, Doctor?

11  A.  I don't make the impressions from the MRI.  I make it from

12  the physical examination.  The MRI only confirms what I see on

13  physical examination.  And on physical examination in March of

14  this year, there is no indication to review an MRI because

15  there was nothing wrong with the patient.

16  Q.  Were you paid today for this testimony?

17  A.  Of course.  I haven't been paid yet, but, of course.

18  Q.  There is a section in your report on the physical

19  examination.

20  A.  Yes, sir.

21  Q.  Yes, sir.  All right.  It is the last sentence.  It goes

22  like this:  She has some wasting with the neck extensor, but

23  no pain.

24        Explain that, sir.

25  A.  All right.  Now, which page are you on?

TUESDAY, JUNE 22d, 2009

219

1   Q.   That would be on page 2.   The last sentence in -- well,

2   not the last sentence.

3   A.   It's the third to last.   I have it.   I have it.

4   Q.   Yes.

5   A.   She has some wasting with the neck extensors, but no pain.

6   If I put your leg in a cast, sir, and in three months we took

7   the cast off, you'd have wasting in your quadriceps, your

8   thigh muscles.   There would be nothing.

9          The point is, is without use, muscles are wasted,

10  muscles are weak, muscles atrophy through lack of exercise.

11  Q.   But that's the neck, not the leg?

12  A.   That's right.   That means there's no physical activity.

13  The way the neck muscles are strengthened is by walking and

14  being out and being active.   And if your neck weighs ten or

15  twelve -- head weighs ten or twelve pounds and you exercise

16  and walk up to three miles a day, your neck muscles will stay

17  strong.   If you stay in bed or on the couch and don't do

18  anything, your neck muscles will atrophy.

19         I've even found weight lifters, sir, who lift weights

20  and look good in the mirror but they have neck pain.   Why do

21  they have neck pain?   Because they don't lift weights with

22  their head and they don't get out and exercise.   And so their

23  neck muscles are wasted and so are hers.   And it was just an

24  interesting finding to tell me how to explain her problem,

25  which is poor conditioning and lack of exercise.

TUESDAY, JUNE 22d, 2009

1   Q.   This was -- this conclusion was without the tool of X-ray

2   or an MRI; is that right?

3   A.   That's very dangerous to say, because you're holding that

4   up to have a higher standard than it deserves.  I think the

5   clinical impression and the history are much more important.

6   And if it demands an X-ray or demands an MRI, then I think it

7   should be ordered.  This wasn't the case with this patient.

8   Q.   I just want to make sure that the jury understand.  You

9   did not review any records from August 30, 2006, to present?

10          MS. ELFENBEIN:  Objection.  Asked and answered.

11          THE COURT:  Overruled.

12          THE WITNESS:  That's a question?

13   Q.  (BY MR. PARKER)  Yes, sir.

14   A.   I think I've answered that already --

15   Q.   Could you answer it --

16   A.   -- for the third time.

17   Q.   -- for the jury?

18   A.   I have not reviewed them because there's no need to review

19   them.  You're holding those records to a higher standard for

20   some reason other than medical; and, frankly, I don't hold

21   them to that same standard.

22   Q.   Didn't Ms. Mathura explain to you that she was in an

23   accident August of -- August 30, 2006?

24   A.   Sir, I see people in accidents every day with nothing

25   wrong with them and I can tell when they're in pain and they

TUESDAY, JUNE 22d, 2009

221

1  have a real problem or they don't.  And she does not.

2  Q.  The question is, did you place in your report that she had

3  an accident of August 30, 2006?

4  A.  I did.

5       MR. PARKER:  Thank you.  No further questions.

6       THE COURT:  Do you have redirect?

7       MS. ELFENBEIN:  One second, Your Honor.

8                    REDIRECT EXAMINATION

9  Q.  (BY MS. ELFENBEIN)  Dr. Nordt, this date of August 30,

10  2006, that's in your report because the plaintiff provided you

11  that information, correct?

12  A.  Right.  Yeah, I mentioned that.

13  Q.  Now, there's -- on cross-examination Mr. Parker asked you

14  how long your examination was.  And I believe I heard you say

15  an hour and a half.  And then there's a reference made that

16  the examination might have only lasted 45 minutes.

17       Is there anywhere in your report where you state that

18  the examination only lasted 45 minutes?

19  A.  No.  I don't know where that comes from, but I'm not going

20  to quibble with it.  I just -- you know, it is what it is.

21  Q.  Your physical examination of the plaintiff -- or your

22  finding was that she had a normal back exam and a normal neck

23  exam, right?

24  A.  Correct.

25  Q.  And so, knowing that, that she had a normal back exam and

TUESDAY, JUNE 22d, 2009

222

1  a normal neck exam, is there any reason to justify ordering an

2  MRI of the plaintiff?

3  A.  No.

4        MS. ELFENBEIN:  Thank you.  No further questions.

5        THE COURT:  Let me ask the members of jury, I told

6  you, you would have an opportunity to submit questions to be

7  asked of the witness.  Do any members of the jury have any

8  questions that you want to hand forward?  Okay.  Seeing no

9  questions, can this witness be excused?

10        MS. ELFENBEIN:  Yes, Your Honor.

11        THE COURT:  Okay.  Mr. Parker?

12        MR. PARKER:  I have no objection, Your Honor.

13        THE COURT:  Okay.  Thank you.  Thank you, Dr. Nordt,

14  you are free to go.  I appreciate you making yourself

15  available for us this afternoon.

16        THE WITNESS:  Thank you.

17        THE COURT:  At this time, ladies and gentlemen, I'm

18  going to excuse you and let you go home for the evening.  I

19  apologize for running so late today.  And be back here

20  tomorrow morning at 9:30.  We'll have coffee in the jury room.

21  We won't have Danish and doughnuts unless somebody brings

22  them, but we do have coffee and, I think, hot chocolate and

23  maybe a few other things in there for you.

24        And I'll look forward to seeing you all here

25  tomorrow.  And I'll remind you not to discuss the case.

TUESDAY, JUNE 22d, 2009

1    (Jury withdrew from the courtroom at 5:45 p.m.)

2         THE COURT:  Is there anything that we need to do

3    before we recess for the day?  Mr. Donovan?

4         MR. PARKER:  No, Your Honor.

5         THE COURT:  I mean, Mr. Parker.  I don't know why I

6    keep calling you Mr. Donovan.  I apologize.

7         MR. PARKER:  Two last names.

8         THE COURT:  Okay.  Is there anything from your

9    perspective, Mr. Greg?  I'm sorry.  Mr. Palmer?

10        MR. PALMER:  I would like to know who to expect in

11   the morning, so I can prepare tonight.  Are we putting the

12   plaintiff on?

13        THE COURT:  Okay.  Mr. Parker?

14        MR. PARKER:  Yes, Your Honor.  I would put the

15   plaintiff on in the morning.

16        THE COURT:  Okay.

17        MR. PALMER:  Okay.  That helps.

18        THE COURT:  Okay.  And also, I'll ask Mr. Palmer, if

19   you could submit in word perfect form the jury instructions

20   that were not objected to, I would appreciate it.  You can

21   just file it in my e-file box or you can bring it on a disk.

22        MS. ELFENBEIN:  Would we just e-mail it to Simonton

23   @flsduscourt.gov --

24        THE COURT:  Right.  Right.  That address is listed on

25   CM/ECF.  I think you just e-mail it to that address, and it

TUESDAY, JUNE 22d, 2009

224

1  will go into my e-file box and then, hopefully, we'll

2  recognize it.  Is there any reason you need to be here before

3  9:30?  I don't think so.  I think --

4          MR. PALMER:  No, Your Honor.  Thanks for indulging

5  Dr. Nordt this afternoon.  He's been kind of difficult to get

6  in.

7          THE COURT:  No, I understand.  Okay, then I'll look

8  forward to seeing you all back here tomorrow morning at 9:30.

9  The courtroom will be open earlier.  So if you want to come

10  earlier, you're welcome to.  You can sit and prepare.  And you

11  can leave your trial materials, or whatever, here.  There's

12  nothing else that's going to go on in the courtroom, and it

13  will be locked.

14          Thank you.

15          MR. PARKER:  One other item, real quick, Your Honor.

16  Mr. Crooks will be electronically filing his notice.

17          THE COURT:  That's fine.  He's welcome to appear and

18  he can question the witnesses.

19          MR. PARKER:  Thank you.

20      (Proceedings concluded at 5:48 p.m.)

21                          * * *

22                  INDEX TO TRANSCRIPT

23  Voir Dire....................................... 14

24  Plaintiff's Opening Statement................... 136

25  Defendant's Opening Statement................... 143

TUESDAY, JUNE 22d, 2009

```
1                    INDEX TO WITNESSES

2    WITNESS                       D      C     RD      RC

3    Dr. John Nordt                175   208   221

4

5                    PLAINTIFF'S EXHIBITS

6    Number                        ID      Admitted

7    1 - 13.............................      172

8                    DEFENDANT'S EXHIBITS

9    Number

10   1 - 40.............................      172

11

12                        * * *

13       I certify that the foregoing is a correct transcript

14   from the record of proceedings in the above matter.

15

16   Date:  Saturday, August 21, 2010

17

18           s/ JUDITH M. SHELTON, CERTIFIED REALTIME REPORTER
             Signature of Court Reporter
19

20

21

22

23

24

25
```

TUESDAY, JUNE 22d, 2009

**$**
**$1,000** [1] 179/16
**$1200** [1] 157/18
**$14,000** [2] 159/18 204/7
**$14,616** [1] 159/3
**$500** [1] 54/16
**$700** [1] 179/16

**'**

**'06** [1] 152/20
**'70s** [2] 82/24 136/20
**'78** [1] 178/14
**'83,'93** [1] 152/5
**'96** [2] 152/5 157/10

**0**
**01-9041** [1] 1/18
**0239** [1] 1/14
**05** [2] 209/24 209/25
**06** [1] 209/25
**08-21925-CIV** [1] 1/3
**08-21925-Civil** [1] 128/24
**08-21925-Civil-Judge** [1] 14/18
**08-21925-CV** [1] 2/2

**1**
**1/10/2005** [1] 210/9
**1/26/06** [1] 208/25
**1/26/2006** [3] 208/25 209/6 209/9
**10** [3] 117/15 147/1 195/12
**100** [9] 40/1 108/12 117/12 117/14
 117/23 170/20 189/7 207/6 215/23
**104** [1] 1/13
**10:17** [1] 14/14
**10:26** [1] 14/15
**11** [1] 7/7
**12** [3] 5/21 82/5 140/16
**12-hour** [1] 140/14
**12:26** [1] 110/6
**12:28** [1] 111/5
**12:43** [1] 111/6
**13** [8] 4/4 144/3 153/9 157/15 164/18
 172/4 172/7 225/7
**136** [3] 7/7 7/16 224/24
**138** [1] 7/16
**14** [2] 148/9 224/23
**141** [1] 7/7
**143** [1] 224/25
**15** [18] 12/18 12/24 22/14 79/15 82/6
 102/18 111/13 153/15 153/15 153/20
 156/17 156/22 176/2 180/25 182/7
 182/8 182/17 208/20
**16** [3] 40/8 101/7 164/18
**17** [4] 158/17 159/1 189/7 215/25
**172** [2] 225/7 225/10
**175** [1] 225/3
**18** [3] 121/3 150/18 181/14
**183rd** [1] 1/13
**19** [3] 8/18 9/4 189/6
**1970s** [1] 136/21
**1973** [1] 175/13
**1976** [1] 83/1
**1978** [1] 175/19
**1979** [2] 175/24 177/8
**1981** [2] 176/5 176/12
**1983** [3] 145/23 152/5 156/7
**1988** [1] 188/22
**1989** [1] 188/22
**1990** [4] 215/22 216/7 216/12 216/20
**1990s** [1] 137/22
**1993** [1] 146/10
**1996** [5] 137/15 146/15 146/15 147/2
 147/15
**1997** [1] 147/8

**1998** [2] 137/15 146/24
**19th** [1] 9/19
**1:00** [1] 20/22
**1:06** [1] 124/24
**1:10** [1] 126/23
**1:13** [1] 128/22

**2**
**20** [10] 12/18 60/10 73/7 75/6 90/18
 90/19 178/25 180/25 188/22 195/8
**2000** [6] 37/10 147/10 147/12 190/15
 190/20 191/1
**2001** [6] 147/22 148/9 148/10 152/5
 157/11 190/25
**2002** [8] 148/13 149/1 149/8 152/5
 156/17 157/10 157/12 157/13
**2003** [4] 147/9 149/5 190/15 213/3
**2004** [1] 149/9
**2005** [19] 149/20 149/21 151/3 155/11
 157/24 159/11 159/14 186/17 187/2
 190/6 190/8 192/15 208/16 208/18
 209/17 210/9 214/22 217/19 218/7
**2006** [43] 17/18 136/21 136/25 137/1
 138/3 138/7 143/22 145/18 151/3
 151/8 152/20 153/9 153/16 154/24
 154/25 156/13 157/21 158/24 159/4
 164/13 172/19 182/19 185/3 190/4
 191/16 200/24 202/3 204/24 207/21
 208/22 208/25 209/6 209/9 209/25
 214/19 214/23 214/24 215/1 218/7
 220/9 220/23 221/3 221/10
**2007** [4] 40/1 158/1 159/4 190/16
**2008** [2] 42/6 204/8
**2009** [6] 1/6 9/17 9/19 178/25 211/25
 215/3
**2010** [1] 225/16
**208** [1] 225/3
**20th** [2] 9/17 9/19
**21** [4] 145/2 186/15 186/25 225/16
**21st** [1] 186/22
**22** [1] 1/6
**221** [1] 225/3
**23** [3] 145/19 186/17 186/20
**23rd** [4] 186/22 186/23 187/1 187/2
**24** [1] 154/5
**250** [1] 176/18
**258** [1] 1/5
**26** [4] 76/15 76/25 148/9 182/19
**28** [2] 148/13 177/9
**29** [1] 117/25
**2:15** [4] 124/11 125/11 127/1 128/21
**2:24** [1] 129/21

**3**
**3/1/05** [1] 209/25
**3/1/2005** [3] 208/16 208/18 209/17
**30** [35] 53/8 124/20 124/21 136/25
 137/1 138/7 143/22 145/18 151/3
 152/20 154/24 154/25 156/13 158/24
 164/13 172/19 190/4 191/16 195/7
 197/5 200/24 202/3 204/24 207/21
 208/22 209/25 211/25 214/19 214/24
 215/1 218/7 220/9 220/23 221/3 221/9
**30-year** [1] 115/13
**3000** [1] 1/17
**305** [3] 1/14 1/19 1/24
**30th** [4] 17/17 138/12 157/20 211/18
**31** [1] 178/15
**32** [1] 101/14
**33** [1] 101/15
**33101** [1] 1/18
**33128** [1] 1/23
**33146** [1] 175/5
**33169** [1] 1/14
**35** [3] 101/14 124/19 124/20

**358-5577** [1] 1/19
**37** [3] 159/14 216/2
**3:23** [1] 163/20
**3:33** [1] 167/4
**3:43** [1] 167/4
**3:54** [1] 171/13
**3:58** [1] 173/16
**3:59** [1] 173/22
**3rd** [1] 178/25

**4**
**40** [4] 164/20 172/9 172/14 225/10
**400** [1] 1/23
**45** [4] 210/17 210/19 221/16 221/18
**450** [1] 179/25
**4720** [1] 177/5
**4:00** [7] 13/23 129/7 167/8 167/14
 168/8 168/9 170/10
**4:15** [1] 168/18
**4:32** [1] 173/22
**4:33** [1] 174/17

**5**
**50** [1] 34/4
**50/50** [1] 34/4
**523-5294** [1] 1/24
**5294** [1] 1/24
**5577** [1] 1/19
**5:00** [1] 116/24
**5:45** [1] 223/1
**5:48** [1] 224/20

**6**
**6/29/05** [1] 209/24
**655-0239** [1] 1/14

**7**
**70** [2] 189/8 215/25

**8**
**80** [2] 1/17 197/22
**80s** [1] 69/22
**85** [1] 197/22
**8:00** [1] 213/18
**8N09** [1] 1/23
**8th** [1] 1/17

**9**
**90** [1] 193/24
**9041** [1] 1/18
**96** [1] 61/15
**98** [1] 200/20
**99** [1] 1/13
**9:00** [1] 116/24
**9:30** [6] 16/1 16/2 169/13 222/20 224/3
 224/8
**9:59** [1] 1/7

**A**
**a copy** [1] 127/10
**A-D-T** [1] 79/22
**a.m** [3] 1/7 14/14 14/15
**abandon** [2] 142/10 142/10
**abandoned** [1] 169/23
**abdominal** [4] 191/2 192/13 192/15
 201/5
**ability** [31] 23/24 25/14 26/15 32/13
 35/10 35/25 38/4 38/21 40/15 43/16
 44/6 44/23 45/19 46/10 47/1 47/8
 48/15 49/3 50/2 50/13 55/11 58/4 64/8
 65/5 68/24 73/10 109/1 115/21 170/15
 177/16 195/24
**able** [29] 14/3 16/15 16/24 28/7 28/23
 29/1 40/25 42/17 61/24 62/4 62/22
 67/21 74/11 99/10 100/14 102/14

**A**

**able...** [13] 104/22 114/4 119/15 120/4 128/2 137/4 165/8 165/17 168/10 169/13 172/5 172/9 174/3

**about** [220] 5/6 7/25 8/1 8/9 8/11 15/21 15/25 16/4 17/7 17/11 17/13 18/22 19/8 23/3 25/4 26/5 27/3 29/6 30/5 31/11 32/1 32/4 32/11 35/9 35/24 36/8 36/22 36/25 37/7 38/3 38/8 38/20 39/11 39/17 40/14 41/10 41/19 43/5 43/14 44/6 44/16 44/19 45/18 46/8 46/23 46/25 47/8 48/14 48/25 49/2 49/9 50/1 50/9 50/12 50/21 50/23 51/6 51/25 52/8 53/5 53/9 53/18 53/21 54/3 54/16 54/19 54/25 55/4 55/6 55/10 55/17 55/22 56/14 57/19 60/9 60/25 61/6 61/18 62/11 62/16 63/5 64/7 66/16 67/1 68/16 68/23 70/10 70/21 70/24 71/15 73/1 73/9 73/16 73/23 73/25 74/10 74/17 75/5 75/6 75/20 75/22 76/5 77/4 77/5 77/20 78/2 78/5 78/12 78/15 79/3 79/6 79/15 82/5 88/18 90/20 91/9 92/3 95/7 96/3 96/13 99/20 99/21 102/6 106/9 107/20 108/19 115/20 124/12 124/13 125/18 125/19 126/4 127/25 128/15 133/17 133/18 136/15 136/22 136/23 136/23 138/5 138/22 143/17 143/17 143/18 144/6 144/7 144/25 145/1 145/1 145/9 145/12 145/14 145/25 146/1 146/6 146/11 146/14 147/9 147/12 148/6 149/2 149/12 149/18 150/5 151/11 152/25 153/7 153/18 153/18 153/21 153/22 154/9 154/17 155/3 155/15 155/17 155/25 156/9 156/12 159/6 159/20 159/24 160/18 161/1 162/21 169/18 171/2 171/16 177/3 177/5 179/23 180/20 180/21 182/3 185/19 186/12 186/17 189/23 190/6 190/8 190/12 192/4 192/13 193/9 193/12 195/7 195/12 197/5 197/22 201/8 208/15 209/3 209/6 209/24 210/10 213/22 215/9 215/21 216/2

**above** [1] 225/14

**Absolute** [1] 112/14

**absolutely** [14] 12/11 90/12 96/11 106/16 112/14 116/17 118/5 126/13 152/24 160/20 161/14 166/8 166/12 190/19

**abundance** [1] 7/11

**academic** [2] 151/6 158/10

**Academy** [1] 176/15

**accept** [1] 172/17

**acceptable** [2] 160/13 195/9

**accepted** [1] 178/19

**accessory** [1] 67/20

**accident** [43] 27/17 39/22 39/25 60/2 60/14 77/18 95/13 103/2 103/3 103/4 103/5 103/13 145/24 145/25 146/2 146/9 146/10 146/12 146/16 146/23 147/3 147/15 147/23 148/12 148/14 149/8 153/5 153/15 154/19 157/10 157/10 157/13 157/25 158/7 159/5 162/11 162/12 162/16 162/17 162/19 181/12 220/23 221/3

**accidents** [9] 61/21 145/15 150/5 152/5 157/12 162/24 163/1 181/10 220/14

**accommodate** [1] 171/23

**accompanied** [1] 209/9

**accordance** [1] 11/25

**According** [1] 149/11

**accurately** [1] 102/14

**Achilles** [1] 196/20

**aching** [1] 194/9

**Acosta** [4] 41/24 85/6 123/15 125/1

**across** [4] 11/19 119/4 119/23 188/18

**action** [6] 1/6 18/5 18/9 147/12 147/13 187/17

**actions** [1] 64/22

**active** [1] 219/14

**activity** [1] 219/12

**actual** [1] 189/23

**actually** [28] 22/7 34/16 34/25 35/3 36/12 36/13 45/10 45/24 55/1 64/4 67/18 109/21 128/18 147/11 151/16 155/25 162/19 169/8 169/12 171/18 171/24 176/23 177/20 179/24 181/25 182/22 200/7 217/21

**acute** [1] 95/12

**added** [1] 201/23

**addition** [6] 89/23 109/6 125/21 131/12 133/19 172/8

**additional** [3] 12/25 40/2 79/14

**additions** [1] 3/9

**address** [6] 134/21 135/10 158/18 175/3 223/24 223/25

**adds** [1] 201/13

**adequately** [1] 100/15

**adjustor** [1] 80/1

**administer** [3] 12/7 15/9 126/18

**administered** [1] 204/7

**administering** [1] 149/22

**administration** [2] 137/20 216/16

**admissible** [1] 145/7

**admit** [1] 162/15

**admitted** [17] 2/9 4/16 130/17 130/24 131/6 131/11 131/13 164/19 164/20 172/4 172/6 172/7 172/9 172/12 172/12 172/14 225/6

**advance** [1] 131/7

**advent** [1] 216/12

**Advil** [1] 192/10

**advisable** [1] 170/11

**advise** [1] 12/15

**advised** [1] 174/10

**advocating** [1] 115/7

**Affairs** [1] 101/20

**affect** [26] 23/24 25/14 26/15 32/13 35/10 35/25 38/4 38/21 40/15 43/15 44/6 45/19 46/10 47/1 48/15 49/3 50/2 50/13 55/7 55/11 58/4 64/8 65/4 68/24 73/10 197/10

**affects** [1] 115/13

**affidavit** [3] 155/10 155/11 155/17

**affirm** [1] 15/13

**affirmative** [2] 117/23 157/18

**affirmatively** [2] 92/12 93/11

**afford** [1] 141/15

**affording** [1] 135/14

**after** [45] 8/22 10/1 10/3 10/4 10/10 16/10 18/1 30/19 38/1 40/2 45/5 110/13 120/3 129/6 135/1 135/12 136/21 148/24 152/19 152/19 152/24 153/3 153/7 153/15 153/20 155/9 159/5 160/2 162/12 162/16 162/17 167/21 181/12 189/6 194/6 200/17 200/18 201/24 206/3 206/20 207/19 208/22 214/18 215/1 216/9

**afternoon** [9] 136/11 171/14 174/18 175/1 175/2 181/3 208/11 222/15 224/5

**again** [19] 58/19 111/21 121/9 135/3 140/18 140/23 140/24 146/12 146/14 147/18 148/15 149/18 153/23 154/15 163/8 190/22 191/23 192/8 215/12

**against** [25] 33/10 37/11 37/12 41/2 43/17 56/16 73/5 84/6 103/8 104/23 112/22 147/6 147/12 147/17 149/12

**149/23 150/8 150/9 152/8 195/25 215/25**

**age** [5] 13/6 83/13 180/13 215/25 215/25

**agency** [3] 159/1 159/7 159/9

**agent** [14] 139/8 139/12 139/12 139/16 139/16 139/21 139/23 139/24 139/24 140/24 141/1 142/2 142/12 142/12

**agents** [5] 6/21 18/2 136/13 140/18 140/19

**aggravate** [2] 195/6 202/8

**Agnes** [4] 71/20 83/11 123/2 123/3

**ago** [41] 24/3 27/16 39/11 40/7 40/9 42/22 45/17 47/14 49/18 59/11 59/12 60/9 60/11 61/6 65/15 65/25 65/25 66/7 69/19 69/21 72/15 72/16 73/15 75/5 75/6 76/15 77/1 82/23 90/17 90/19 96/8 96/10 98/6 98/7 164/12 175/10 177/18 188/22 189/6 209/3 214/23

**agree** [9] 46/14 65/8 93/1 95/3 106/3 107/12 117/4 216/20 217/21

**agreed** [3] 171/23 172/3 172/16

**agreement** [2] 169/8 171/21

**agrees** [1] 91/25

**ahead** [7] 125/10 171/3 173/8 186/4 205/25 211/14 215/19

**aid** [2] 143/3 143/6

**aids** [1] 132/4

**air** [2] 86/18 141/2

**aircraft** [3] 59/20 69/9 86/17

**airline** [29] 6/21 17/22 18/3 22/2 22/16 35/15 36/10 36/14 45/23 46/1 46/2 48/9 48/10 50/2 55/16 69/2 69/18 70/2 75/14 84/13 84/15 114/18 115/12 116/16 139/7 139/12 140/13 140/19 142/2

**airlines** [113] 1/6 2/3 2/19 2/21 6/25 7/21 13/2 14/19 15/5 15/6 17/18 17/22 18/10 19/3 19/6 22/7 22/11 22/20 28/2 29/17 35/12 36/4 36/6 40/19 41/3 41/6 43/9 43/15 43/17 46/5 46/9 55/7 55/20 55/23 56/2 56/6 56/8 56/12 56/13 56/15 56/17 57/2 57/9 57/17 58/10 59/8 60/22 61/2 64/18 64/18 64/20 78/15 78/16 78/17 80/5 80/10 80/13 81/16 81/18 81/19 81/21 82/4 87/17 87/22 88/9 103/3 103/8 103/14 103/25 104/15 104/16 104/18 104/24 105/2 105/16 105/19 112/20 112/22 113/12 113/14 113/17 114/8 115/3 115/5 115/7 115/7 115/9 115/17 115/23 116/4 128/25 136/13 138/10 139/22 139/24 140/22 140/24 141/1 141/6 142/12 142/12 142/15 143/15 151/7 151/25 152/8 155/22 163/11 163/13 164/14 164/14 172/20 178/21

**Airlines'** [6] 11/1 18/2 18/8 18/11 64/22 151/24

**airplane** [7] 18/3 24/22 80/24 86/17 87/10 87/24 87/25

**airplanes** [6] 22/14 50/6 53/3 75/10 86/14 87/8

**airport** [18] 17/19 22/2 22/8 35/16 35/18 35/19 35/20 35/21 35/25 45/23 55/17 69/3 138/12 143/22 151/12 154/23 158/13 190/4

**Airways** [1] 49/19

**aisle** [1] 34/21

**aisles** [1] 34/18

**Akio** [1] 20/7

**Aleve** [2] 200/17 200/17

**Alicia** [2] 5/10 11/19

**all** [129] 4/16 4/16 4/16 5/23 6/3 12/8 12/17 15/14 15/23 16/16 20/7 33/18

**A**

all... [117] 36/2 46/17 50/4 50/11 53/4
60/4 80/21 81/9 81/15 82/5 83/7 91/12
96/23 100/1 101/16 102/22 103/17
104/1 107/4 109/14 109/23 110/2
110/5 111/9 113/18 115/2 116/23
121/25 123/24 125/17 125/17 125/19
125/22 126/2 126/3 126/9 126/21
126/21 127/16 129/24 131/5 131/10
133/3 133/6 140/4 140/10 140/21
142/1 142/17 144/4 145/9 145/10
145/14 145/15 145/16 145/17 145/21
145/22 150/20 150/22 151/6 151/9
152/2 152/4 152/9 152/12 152/12
152/13 154/9 155/11 156/2 156/23
156/25 160/21 162/25 168/25 169/8
172/12 176/2 178/1 178/16 182/4
182/14 186/12 187/15 187/16 188/13
188/14 191/6 192/20 193/3 194/7
195/6 195/18 196/22 196/23 197/20
197/24 198/7 198/8 198/8 200/11
201/1 201/3 201/3 202/6 203/7 203/22
207/25 208/4 210/19 216/2 216/25
218/21 218/25 222/24 224/8
alleged [4] 28/3 35/11 96/14 147/14
allegedly [1] 35/12
alleges [1] 18/1
allow [3] 79/13 118/4 199/15
allowed [4] 33/5 94/5 125/23 133/21
allows [1] 199/21
almost [2] 115/8 129/12
alone [1] 134/13
along [5] 106/11 117/6 143/13 182/17
186/15
already [6] 4/15 88/19 143/14 171/11
190/11 220/14
also [46] 2/9 2/14 4/2 14/23 16/7 17/5
17/6 18/1 18/11 55/20 61/11 67/24
77/3 83/23 93/11 112/21 114/24
116/10 116/12 118/19 127/15 127/16
132/4 133/17 137/6 137/15 141/24
143/24 146/19 148/16 148/20 148/21
155/24 158/5 163/5 164/17 172/15
176/20 177/16 184/7 185/24 186/10
189/12 192/11 198/7 223/18
altercation [2] 187/19 190/21
although [5] 114/5 115/8 130/11
170/19 173/6
always [11] 66/13 68/15 69/17 148/3
169/1 180/10 180/11 180/12 193/20
194/3 196/2
am [5] 15/4 18/22 20/16 117/14 176/5
AMA [1] 176/20
amended [1] 5/20
America [1] 87/12
AMERICAN [148] 1/6 2/3 2/19 2/20
6/20 6/25 7/21 8/21 11/1 13/2 14/19
15/5 15/6 17/18 17/22 17/22 18/2 18/3
18/8 18/10 18/11 19/3 19/6 22/7 22/10
28/1 29/22 35/12 36/4 36/6 36/9 40/19
41/3 41/6 43/9 43/15 43/17 46/5 46/9
48/10 50/7 50/13 53/3 53/6 53/10
55/19 55/23 56/2 56/5 56/8 56/12
56/13 56/15 56/16 56/19 57/2 57/8
57/17 58/10 60/22 61/1 64/18 64/18
64/20 64/22 69/6 69/20 69/23 70/1
73/14 75/10 75/13 78/25 80/10 80/13
81/18 81/19 81/20 82/3 84/13 84/15
87/17 87/21 88/9 91/21 91/21 94/25
103/2 103/8 103/14 103/25 104/15
104/16 104/17 104/23 105/1 105/16
105/19 112/20 112/22 113/12 113/13
113/17 113/19 114/8 114/18 115/3
115/5 115/6 115/7 115/9 115/12

115/17 115/22 116/4 128/25 136/13
136/20 138/6 139/21 139/25 139/25
140/19 140/21 140/24 141/1 141/6
142/2 142/11 142/11 142/12 142/14
143/15 151/7 151/23 151/25 152/8
155/22 163/11 163/12 164/14 164/14
172/20 176/7 176/15 176/16 176/16
178/21
among [2] 110/1 133/14
amount [2] 77/15 179/18
amounted [1] 147/20
amplifying [4] 162/2 182/25 185/4
187/10
Ana [4] 47/11 80/18 123/16 125/3
analysis [1] 91/10
And did [1] 190/6
and/or [2] 145/7 187/20
ANDREA [1] 1/9
Andrew [3] 19/15 150/18 153/8
Aneco [2] 37/15 37/18
anesthesia [1] 213/5
angle [1] 165/10
animal [1] 214/12
Anita [2] 38/12 123/15
Ankle [2] 195/22 196/19
announcing [1] 134/25
annular [1] 162/18
another [29] 13/14 22/8 23/6 26/7 27/6
28/14 30/8 35/22 36/9 60/15 75/13
92/9 95/6 102/18 135/10 139/15
140/21 140/22 146/12 152/17 155/20
160/11 170/9 178/10 188/17 201/9
201/16 203/14 213/8
answer [15] 51/14 93/25 134/8 144/16
144/24 145/5 154/14 154/22 156/14
158/25 176/10 176/11 194/1 212/11
220/15
answered [10] 47/22 78/14 117/22
132/19 153/13 157/17 203/24 204/3
220/10 220/14
answering [1] 125/9
answers [7] 94/2 117/11 120/5 133/2
144/18 147/18 153/23
Anthony [4] 19/17 141/10 141/11
162/15
anti [2] 192/10 200/16
anti-inflammatory [2] 192/10 200/16
anxious [1] 183/18
any [233]
anybody [10] 46/15 50/16 91/20 94/18
95/23 97/20 97/23 117/2 165/9 165/12
anymore [4] 66/16 69/6 126/7 149/6
anyone [34] 23/4 25/5 26/6 27/4 30/6
32/2 36/22 41/11 44/17 46/24 48/18
49/1 50/22 52/1 53/19 57/20 70/22
75/21 78/3 88/24 89/9 91/13 92/10
93/23 94/10 94/12 94/16 95/11 95/21
105/24 116/21 133/14 133/15 158/23
anyone's [1] 89/8
anything [116] 10/18 12/15 12/19
17/13 23/22 24/13 25/12 26/13 29/4
31/9 32/10 35/9 35/24 36/3 36/8 37/5
38/3 38/7 38/20 39/17 40/14 41/18
43/5 43/14 44/5 44/21 45/18 46/8 47/6
48/14 49/8 50/1 50/9 50/12 51/4 52/7
53/5 53/9 54/1 54/14 54/18 54/25 55/4
55/7 55/8 55/22 56/14 57/11 58/2
60/24 63/3 64/7 67/13 68/23 70/10
71/13 73/1 73/9 73/16 74/15 76/3
77/20 78/10 79/2 79/6 84/25 88/15
94/4 97/25 100/8 102/6 103/15 103/23
104/7 108/19 116/18 124/7 125/18
125/20 126/1 126/24 128/20 129/2
129/9 129/14 153/19 158/19 163/11
166/16 166/19 166/24 167/5 169/15

174/13 177/25 182/12 184/22 185/21
178/25 207/20/9 193/8 193/20
197/16 201/10 202/17 202/22 202/24
207/13 211/16 215/3 215/5 215/11
219/18 223/2 223/8
anyway [6] 11/11 13/18 66/1 105/20
169/3 191/5
anywhere [4] 100/19 121/12 202/7
221/17
AO [1] 4/6
apart [1] 4/22
apologies [1] 6/9
apologize [2] 222/19 223/6
apparently [3] 118/18 149/22 150/25
appear [4] 11/3 11/10 187/3 224/17
appearance [2] 133/19 174/3
appearances [4] 1/11 2/5 14/20 129/1
appears [6] 54/9 63/21 65/13 146/16
185/4 187/16
appellate [1] 10/6
Apple [1] 19/18
applicable [5] 64/13 133/9 135/12
144/25 157/4
applied [1] 156/18
apply [2] 130/3 142/20
appreciate [6] 77/2 166/12 168/5
171/13 222/14 223/20
apprise [1] 7/5
apprised [1] 7/12
approach [5] 7/21 20/23 164/3 164/5
181/25
appropriate [5] 79/15 130/14 132/22
132/24 133/2
approximately [2] 39/10 51/13
April [4] 9/19 9/19 146/15 146/24
architect [3] 55/18 56/1 112/19
are [163] 3/3 3/24 4/2 4/4 4/16 5/23 6/5
6/11 10/21 12/16 12/21 14/10 14/10
16/9 18/15 19/4 19/4 19/9 20/24 25/5
27/21 28/1 28/10 31/3 36/3 41/2 53/12
58/25 62/20 63/19 63/20 63/21 65/10
68/10 71/7 74/24 79/15 80/6 81/11
84/4 86/5 87/5 89/1 91/24 94/11 95/9
99/19 101/13 101/24 104/7 105/11
107/8 109/1 110/2 110/19 110/22
110/25 112/23 113/9 114/19 121/3
121/6 121/25 124/7 124/17 125/11
125/22 125/23 127/8 129/1 130/8
131/2 131/4 131/6 131/6 131/9 131/13
131/16 131/17 131/22 132/11 133/21
133/25 134/16 135/21 135/24 136/5
136/11 142/3 142/21 143/25 145/22
149/3 152/1 155/4 156/2 156/5 156/5
156/8 158/15 158/15 159/10 161/4
161/5 162/1 162/17 164/12 165/2
166/5 166/5 166/12 167/8 167/16
167/17 169/7 170/7 170/15 171/15
172/4 172/6 172/9 172/12 174/19
174/21 176/4 176/6 176/13 176/24
177/24 179/8 181/11 185/15 191/14
196/18 197/24 198/11 203/10 204/12
205/6 207/8 207/11 208/11 208/13
208/24 209/12 209/24 210/15 214/14
214/16 215/4 215/18 216/5 216/19
217/17 218/25 219/9 219/10 219/13
219/23 219/23 220/5 222/14 223/11
area [11] 24/17 25/22 26/20 29/10
29/13 31/15 45/2 147/25 176/6 178/13
178/17
areas [1] 197/19
aren't [3] 5/14 64/14 105/5
argue [1] 99/17
argued [1] 8/13
argument [4] 110/12 111/11 112/5
124/22

**A**

**arguments [4]** 133/7 135/11 135/20 135/24
**arise [1]** 129/25
**arising [1]** 144/20
**arm [3]** 149/14 161/6 198/8
**Armand [1]** 19/22
**Armando [2]** 32/18 84/2
**arms [1]** 197/23
**around [11]** 22/14 60/10 61/9 138/24 139/14 140/7 141/21 151/17 169/20 173/11 206/9
**arrival [1]** 168/11
**arrive [1]** 168/18
**arrived [1]** 138/13
**arrives [3]** 5/9 173/15 173/20
**Arthritis [1]** 19/18
**articles [1]** 133/16 177/20
**articulate [1]** 127/25
**Asbury [1]** 71/24
**aside [2]** 61/24 99/15
**ask [81]** 12/20 13/1 13/3 13/4 13/5 13/11 13/13 14/11 15/8 16/23 17/8 18/17 20/15 20/17 23/25 25/12 26/13 29/5 31/10 31/14 32/10 37/5 38/7 41/18 44/21 47/6 49/8 51/4 52/7 54/1 58/2 71/13 74/16 76/3 78/10 79/5 79/14 88/12 88/14 90/20 95/7 98/23 100/1 103/9 107/8 108/16 110/9 110/11 110/15 111/8 118/2 123/23 132/24 136/2 146/4 152/7 154/18 156/11 158/2 159/19 163/9 163/12 164/3 176/10 178/21 182/2 186/12 189/2 191/7 192/14 194/2 194/4 195/2 195/4 202/19 205/24 211/1 212/11 214/9 222/5 223/18
**asked [58]** 12/25 15/15 23/23 26/14 29/5 37/6 44/22 47/7 51/5 54/2 58/3 63/3 63/4 71/14 74/16 76/4 78/11 88/13 89/2 92/15 98/24 98/25 105/25 108/18 113/24 115/8 116/19 117/22 118/21 119/24 120/9 133/1 139/7 139/13 144/18 145/2 147/18 149/6 149/18 153/24 154/5 154/13 155/24 156/20 156/22 157/15 158/3 158/18 159/15 192/13 194/5 195/7 203/24 204/2 211/6 220/10 221/13 222/7
**asking [15]** 6/6 7/14 7/17 9/16 11/7 16/21 16/22 18/22 94/14 120/13 154/18 160/15 167/17 167/18 167/20
**aspect [1]** 124/3
**assault [1]** 65/15
**assaulted [3]** 149/9 149/14 153/14
**assertion [1]** 9/19
**assessing [1]** 190/23
**assist [2]** 140/7 140/7
**assistance [2]** 139/1 139/14
**assistant [2]** 15/1 175/25
**assisting [3]** 2/10 15/2 131/8
**associate [2]** 14/23 19/2
**associated [1]** 18/16
**Associates [1]** 20/1
**Association [2]** 176/19 176/20
**assume [2]** 104/7 120/13
**assumes [1]** 110/17
**assuming [3]** 102/3 120/18 169/4
**assured [1]** 88/17
**Atlanta [1]** 213/8
**Atlantic [2]** 19/24 20/10
**atrophy [2]** 219/10 219/18
**attaches [1]** 198/17
**attempted [1]** 17/23
**attended [1]** 45/10

**attention [26]** 23/9 25/10 26/11 28/21 30/12 35/1 37/23 37/24 42/2 46/2 49/6 51/2 52/5 53/24 57/25 63/1 71/2 74/4 74/12 76/1 78/8 85/1 130/9 136/3 165/19
**attorney [3]** 6/21 12/23 45/10
**attorneys [6]** 18/25 19/4 44/19 125/22 132/21 133/20
**August [38]** 17/17 30/15 136/25 137/1 138/3 138/6 138/7 138/12 143/22 145/18 151/8 152/20 154/24 154/25 156/13 157/20 158/24 159/4 164/13 172/19 190/4 191/16 200/24 202/3 204/24 207/21 208/22 209/25 214/19 214/23 215/1 218/7 220/9 220/23 220/23 221/3 221/9 225/16
**authorization [2]** 160/3 160/6
**automatically [1]** 104/23
**available [7]** 130/8 130/16 130/18 154/13 154/15 162/9 222/15
**Aventura [1]** 63/18
**Avenue [1]** 1/23
**avionics [1]** 69/10
**avoid [3]** 133/5 133/16 133/17
**awakens [1]** 194/10
**award [2]** 104/23 105/20
**awarded [1]** 83/9
**aware [2]** 68/10 167/8
**away [3]** 179/3 194/23 213/7

**B**

**Bachelor's [1]** 86/12
**back [156]** 4/9 4/11 12/1 13/16 16/12 21/16 28/14 36/12 37/22 37/22 38/2 59/16 60/18 63/13 63/14 66/18 77/4 82/19 82/22 82/24 84/21 96/5 96/14 96/16 96/19 96/20 96/25 97/2 97/10 97/13 97/14 97/15 97/15 97/16 98/15 98/18 103/24 110/2 110/4 110/9 110/16 123/24 124/6 124/11 125/6 125/7 126/12 126/12 126/15 126/16 126/17 127/1 131/15 136/21 138/12 138/15 139/22 142/16 142/16 145/16 146/1 146/2 146/11 146/18 146/25 147/7 147/14 147/24 148/4 148/7 148/15 148/23 148/24 149/1 149/25 150/21 152/12 153/21 153/23 154/3 154/3 154/20 155/1 155/2 156/6 156/7 160/8 160/23 161/10 163/2 163/17 164/9 165/7 165/10 166/20 166/25 170/12 173/4 173/9 183/14 183/13 183/23 184/1 186/9 189/8 189/10 190/16 190/20 190/23 191/13 191/14 192/3 192/20 193/14 193/21 193/21 193/22 193/24 194/11 194/13 194/22 194/22 194/24 195/6 196/3 196/5 196/23 197/2 197/3 197/5 197/14 198/12 198/14 199/21 201/5 201/9 201/9 202/10 203/4 203/5 205/4 205/11 205/12 206/15 212/8 212/22 213/20 215/24 216/25 218/3 218/5 218/6 221/22 221/25 222/19 224/8
**background [4]** 86/8 88/16 151/9 152/4
**backpackers [2]** 21/22 21/23
**backtrack [1]** 155/25
**backward [1]** 196/16
**backwards [2]** 17/24 195/11
**bad [13]** 22/15 24/21 29/17 36/9 36/15 40/21 48/12 53/6 84/16 149/1 180/3 207/16 216/3
**badly [2]** 140/2 207/7
**bag [1]** 22/11
**baggage [4]** 22/11 59/23 116/5 116/19
**baggages [1]** 80/19
**bailiff [1]** 58/25

**band [5]** 199/16 199/17 199/18 199/22
**banker [1]** 81/11
**Baptist [1]** 177/2
**bar [3]** 2/9 174/9 174/10
**Barney [1]** 54/10
**base [4]** 58/20 62/1 114/4 114/6
**based [14]** 38/5 58/16 62/22 115/10 118/24 132/22 161/8 164/19 164/20 169/5 187/15 187/20 200/5 212/15
**Baseline [1]** 64/2
**basic [1]** 172/16
**basically [10]** 54/15 64/5 177/15 187/15 192/17 193/3 194/12 196/15 200/20 204/12
**basis [10]** 9/14 10/14 55/24 112/7 114/13 116/1 116/2 117/7 133/12 203/12
**bat [1]** 215/3
**bathing [1]** 198/20
**bathroom [1]** 14/13
**bathrooms [2]** 14/10 14/11
**batted [1]** 206/9
**battered [3]** 149/9 149/13 190/7
**Bayview [1]** 1/17
**be [273]**
**be fair [1]** 115/14
**BEACH [13]** 1/3 2/3 2/6 2/15 14/18 14/21 14/25 18/25 26/23 53/1 128/25 137/2 189/25
**BEACH-MATHURA [9]** 1/3 2/3 2/6 2/15 14/18 14/21 14/25 18/25 137/2
**bearing [1]** 10/13
**beat [1]** 58/7
**became [1]** 188/22
**because [88]** 5/13 10/10 12/25 13/16 14/2 14/9 16/9 17/1 17/1 18/22 20/24 28/3 28/8 28/17 31/1 56/18 56/20 57/1 60/4 61/15 62/20 65/24 66/18 66/20 79/6 92/25 97/14 100/11 100/13 104/24 105/11 109/4 109/20 113/23 114/22 117/14 118/4 119/14 130/9 130/21 131/25 133/10 135/6 136/22 139/5 141/23 142/10 142/15 145/11 146/7 146/12 147/17 148/5 148/12 149/11 150/9 153/13 154/16 156/1 158/8 158/12 160/8 165/10 165/12 165/16 168/25 169/17 170/3 170/6 170/19 173/8 179/5 180/9 180/20 181/21 191/8 204/11 210/21 211/5 214/13 216/8 216/15 218/2 218/14 219/21 220/3 220/18 221/10
**because she [1]** 104/24
**become [3]** 132/1 154/13 154/15
**becomes [1]** 183/24
**bed [5]** 61/14 193/3 207/14 207/15 219/17
**been [84]** 9/9 10/11 11/8 13/6 13/13 18/25 22/1 22/16 28/19 34/13 34/14 35/7 35/15 39/25 42/21 44/24 45/23 49/23 51/18 53/6 55/16 55/19 56/10 57/11 60/24 66/13 69/2 69/12 75/12 77/17 78/18 79/2 79/5 80/12 88/13 88/19 89/2 89/4 89/15 92/8 92/9 92/10 95/12 95/22 95/24 96/25 97/22 113/19 117/25 129/22 132/19 134/8 144/1 145/3 146/17 158/19 158/23 160/14 164/18 164/20 169/16 172/2 173/9 174/24 176/1 177/19 178/12 182/14 181/14 181/15 181/22 185/16 187/10 187/24 190/9 190/16 194/7 204/2 205/14 206/10 208/1 213/13 218/17 224/5
**been more [1]** 10/11
**before [65]** 1/9 10/10 12/15 12/16

## B

**before... [61]** 13/19 14/2 14/4 15/8 15/11 15/20 16/5 17/7 20/20 33/25 34/8 39/2 65/22 67/2 67/10 76/14 86/15 86/25 88/13 95/7 110/25 124/8 124/8 126/24 127/1 127/23 127/23 128/15 129/2 129/15 130/1 133/3 133/20 136/14 144/12 151/7 154/19 155/11 156/17 157/23 157/25 158/7 162/11 162/16 165/9 166/18 166/19 166/24 167/5 171/16 173/24 174/14 178/1 188/20 190/20 209/25 212/7 212/8 212/11 223/3 224/2
**beg [1]** 120/21
**began [1]** 111/5
**begin [12]** 12/7 12/16 14/3 15/8 15/20 55/1 66/21 127/23 127/24 133/3 135/14 163/19
**beginning [3]** 39/4 169/11 169/12
**begins [1]** 148/15
**begs [1]** 120/10
**behalf [8]** 2/17 2/19 15/3 88/8 100/16 122/25 123/7 136/6
**behind [1]** 140/8
**being [28]** 11/9 16/16 21/2 25/7 27/6 30/8 31/11 32/4 41/13 57/22 62/13 64/15 66/7 104/12 109/12 115/11 119/5 123/13 126/1 132/25 149/1 177/21 188/22 203/20 211/24 214/14 219/14 219/14
**believably [1]** 103/25
**believe [33]** 9/25 45/9 45/22 46/4 58/14 62/17 67/24 86/3 90/10 94/25 96/11 97/17 108/22 110/3 114/23 116/10 117/21 117/25 118/1 118/7 118/9 118/14 119/3 119/10 122/24 165/25 172/25 202/5 204/20 206/6 208/20 210/12 221/14
**believer [1]** 180/12
**belly [1]** 196/6
**below [1]** 133/1
**bench [3]** 48/19 61/12 70/4
**bend [3]** 161/7 195/2 198/12
**bending [5]** 195/7 195/11 195/12 196/15 196/16
**benefit [6]** 56/20 185/1 185/19 204/15 205/9 206/10
**benefits [5]** 38/23 54/14 98/14 150/10 150/12
**besides [1]** 190/10
**best [5]** 68/7 92/23 128/4 193/3 193/6
**bet [2]** 193/3 193/6
**better [5]** 98/11 141/23 154/14 155/10 206/11
**between [19]** 15/24 34/2 34/9 40/11 43/2 65/14 66/18 77/16 89/10 113/12 120/2 137/23 138/6 179/16 188/1 188/25 197/19 213/22 214/3
**beyond [3]** 33/20 64/5 207/9
**bias [3]** 41/2 115/20 116/7
**biased [2]** 64/10 114/24
**biases [1]** 114/19
**biceps [2]** 197/24 198/8
**bicycle [1]** 199/5
**big [8]** 34/1 64/12 65/4 99/6 182/18 188/19 206/14 216/17
**biggest [1]** 193/18
**bills [2]** 23/13 147/5
**binder [2]** 156/4 182/18
**binders [4]** 6/3 6/10 127/16 169/25
**bit [35]** 15/21 16/6 16/9 17/2 17/6 17/7 17/10 20/19 22/4 23/3 25/4 26/5 27/3 30/5 32/1 36/21 41/10 44/16 51/25 53/18 62/11 70/21 73/23 75/20 78/2 95/9 107/7 136/15 153/21 160/18 176/23 187/22 207/12 209/9
**black [4]** 165/2 165/3 165/4 182/18
**bladder [2]** 193/25 194/1
**blamed [5]** 142/3 147/6 152/6 160/16 163/1
**blessing [1]** 71/4
**blockers [1]** 142/1
**blocks [1]** 204/7
**board [7]** 18/3 137/16 176/4 176/6 176/7 176/12 176/16
**board-certified [2]** 176/4 176/12
**boarding [3]** 22/22 139/10 140/10
**body [7]** 44/1 96/3 147/2 154/6 154/8 195/15 199/20
**Bolufer [1]** 20/5
**bonds [2]** 54/16 81/20
**bone [2]** 199/3 215/23
**Bonnie [2]** 63/17 122/10
**book [7]** 3/5 164/1 164/2 165/2 186/8 207/1 207/9
**books [3]** 164/4 165/3 165/4
**both [17]** 39/1 69/5 93/20 99/7 105/11 127/21 136/1 147/24 162/1 165/5 171/21 189/18 209/13 213/9 213/11 217/15 217/17
**bothered [1]** 156/16
**bothering [1]** 16/12
**bothers [1]** 194/4
**bottom [5]** 197/9 203/10 210/7 210/8 210/8
**bought [2]** 115/4 192/16
**bounces [1]** 198/4
**bowel [2]** 193/25 194/1
**box [8]** 1/18 12/4 17/3 34/22 89/21 207/14 223/21 224/1
**boxes [2]** 34/20 34/21
**boyfriend [1]** 46/9
**break [3]** 13/20 13/20 110/8
**breakfast [1]** 200/17
**breast [1]** 192/16
**Brett [8]** 19/22 150/17 161/23 181/20 182/1 208/16 209/1 209/2
**Brett's [1]** 182/1
**Brickell [1]** 1/17 47/12
**brief [9]** 12/16 14/7 110/8 110/24 127/23 128/1 132/21 166/23 167/2
**briefly [3]** 20/17 76/13 76/13
**bring [27]** 10/24 11/24 28/25 29/2 123/23 126/16 129/3 129/15 129/19 162/7 162/15 164/7 166/20 166/25 167/6 169/5 170/21 170/23 171/3 171/7 171/12 173/8 174/14 174/16 175/22 186/2 223/21
**bringing [1]** 152/1
**brings [1]** 222/21
**brisk [1]** 197/1
**British [1]** 49/19
**broad [1]** 13/12
**broker [1]** 81/13
**Bronstein [3]** 19/17 150/17 191/22
**brought [5]** 3/9 6/2 120/18 151/17 151/23
**buckle [1]** 196/8
**buckled [1]** 195/19
**Buddhist [1]** 138/2
**building [3]** 66/9 66/13 110/4
**bulging [1]** 203/6
**bumpy [1]** 36/10
**burden [11]** 33/19 33/23 34/1 34/9 40/11 43/2 59/4 68/4 88/21 135/6 135/6
**burdensome [1]** 167/14
**bureau [3]** 20/7 159/2 159/8 159/12 159/15 159/21 160/6

**bursa [3]** 199/16 199/20 199/23
**bursitis [22]** 198/16 198/24 199/10 199/12 200/9 200/16 200/23 201/10 203/17 205/20 218/1 218/2
**bus [2]** 27/17 118/18
**business [34]** 18/18 18/19 18/19 21/14 21/15 21/20 22/25 24/25 26/2 26/25 30/2 31/19 36/18 41/7 44/13 46/20 48/22 50/17 51/21 53/15 57/15 62/7 68/13 68/13 69/14 70/18 73/20 75/17 77/24 113/13 114/16 138/19 151/25 152/1
**busy [2]** 52/14 168/2
**buttock [2]** 198/10 203/18
**buttocks [10]** 140/2 142/17 154/3 154/20 154/24 154/25 155/2 160/24 198/14 202/13
**buy [1]** 138/5
**buying [1]** 34/17

## C

**C-section [1]** 191/2
**calculated [1]** 145/6
**CALDWELL [2]** 1/16 19/5
**calf [2]** 188/9 193/20
**call [17]** 12/24 66/19 110/2 134/22 134/24 135/3 135/4 139/16 165/19 166/18 168/21 168/24 170/14 174/21 183/21 183/24 191/24
**called [15]** 2/1 15/16 30/22 66/25 88/14 130/7 132/15 134/1 141/6 144/15 159/2 169/16 171/19 197/8 213/3
**calling [8]** 2/2 5/23 14/17 134/23 169/9 170/1 171/24 223/6
**came [19]** 6/16 7/10 7/23 10/1 10/4 24/9 97/15 136/16 136/16 139/16 139/21 140/7 175/24 177/8 188/22 189/6 200/7 214/25 216/12
**Cameron [1]** 19/13
**can [133]** 3/7 3/14 3/15 4/13 5/10 7/24 10/7 13/4 13/10 17/12 21/2 22/4 24/16 27/15 27/24 28/24 29/10 31/14 34/13 34/14 35/16 39/4 42/3 44/9 47/24 55/17 60/2 61/4 61/18 62/5 62/17 62/17 65/2 65/13 72/10 76/14 77/2 79/19 89/13 90/10 91/7 91/8 95/6 96/2 103/6 103/15 103/21 109/25 115/8 117/5 118/23 119/6 119/7 119/9 121/4 121/12 125/5 127/12 128/16 128/16 128/18 129/9 129/13 129/13 130/11 132/19 139/3 143/9 160/6 163/21 164/2 164/5 164/5 165/14 168/2 168/8 169/19 170/14 170/20 170/23 172/17 172/22 173/5 173/19 180/11 182/17 183/9 184/3 184/10 184/15 184/16 184/24 186/9 186/15 187/22 188/7 189/21 192/7 193/15 194/4 194/5 195/7 196/25 197/1 198/24 199/5 199/8 199/23 201/3 201/21 202/7 202/8 203/8 203/21 205/2 205/16 205/22 206/7 206/24 207/5 207/6 208/23 212/14 214/8 220/25 222/9 223/11 223/20 223/21 224/0 224/11 224/18
**can't [37]** 7/15 7/16 17/2 23/8 25/9 26/10 30/10 32/7 37/2 41/15 47/3 49/5 51/1 52/4 53/23 57/24 62/25 71/1 74/3 77/1 78/7 90/20 113/21 141/19 141/20 142/6 149/5 162/23 165/12 170/2 189/2 192/2 207/2 207/3 214/13 215/2 215/3
**cane [1]** 138/24
**cannot [4]** 11/10 75/25 112/13 170/9
**canteen [1]** 101/18
**capacity [3]** 18/7 92/9 157/20

**C**

car [9] 39/21 45/5 45/6 60/15 95/13 157/10 157/10 157/12 157/13
card [1] 138/19
care [15] 4/13 11/16 11/17 61/22 71/10 85/2 98/17 102/1 137/21 137/25 142/5 149/16 179/22 199/5 213/5
career [1] 115/13
carefully [6] 168/4 168/11 190/14 190/19 191/23 195/2
Caribbean [3] 136/16 137/11 137/12
Carlos [1] 19/11
Carolina [1] 175/11
Carrington [1] 20/5
carry [2] 61/8 126/7
case [283]
case-in-chief [2] 11/11 134/24
cases [3] 32/23 33/1 213/9
cast [2] 219/6 219/7
casts [1] 177/16
category [1] 207/4
causal [1] 120/2
causation [11] 6/23 18/12 90/8 91/6 143/18 152/10 152/15 152/19 162/22 163/6 163/10
cause [42] 11/6 37/24 91/7 91/25 102/7 103/6 103/23 104/8 106/2 110/10 110/11 110/12 111/9 111/10 111/22 112/7 112/12 112/23 113/10 113/23 114/10 114/13 115/16 116/20 117/5 117/8 117/10 117/16 117/18 118/12 119/13 119/20 119/23 120/7 120/8 120/23 121/1 121/6 145/8 199/12 199/23 205/20
caused [24] 18/10 35/11 35/12 64/19 64/22 97/22 103/3 103/14 104/8 105/15 142/2 142/11 142/15 143/22 143/22 146/19 149/15 149/15 149/24 152/12 154/25 161/17 200/8 207/21
causes [2] 97/25 198/25
causing [4] 17/24 161/19 199/23 203/11
caution [4] 7/11 125/16 125/21 135/19
caveat [1] 206/12
cell [1] 170/3
cement [2] 213/4 213/10
center [14] 19/13 19/14 19/18 19/19 19/21 20/9 20/10 55/21 63/22 137/15 178/4 191/21 213/9 213/9
Centre [1] 1/17
certain [9] 6/17 16/21 114/20 131/12 131/12 131/17 135/2 172/16 197/19
certainly [3] 52/14 166/23 194/2
certainty [7] 202/3 203/23 204/6 204/22 206/3 206/20 208/2
certificate [1] 137/4
certifications [1] 158/9
certified [5] 1/22 176/4 176/6 176/12 225/18
certify [1] 225/13
cervical [3] 147/24 176/17 217/15
chair [9] 43/20 44/1 48/19 61/12 61/20 128/3 140/1 151/19 197/13
chairs [1] 11/25
challenge [30] 9/13 10/14 10/16 111/10 111/22 112/7 113/23 114/10 114/13 115/16 117/4 117/9 118/11 119/12 119/19 120/8 120/23 121/5 121/19 121/24 122/2 122/5 122/9 122/13 122/16 122/21 122/24 122/24 123/8 123/11
challenged [1] 9/18
challenges [5] 110/9 110/11 110/12 111/8 121/1

challenging [2] 112/11 117/7
chance [4] 116/12 120/10 125/13 197/10
change [2] 161/9
changed [2] 161/11 162/11
changes [2] 195/1 214/5
Chapnek [1] 191/20
charge [2] 39/9 179/11
charged [3] 179/15 179/19 179/24
Charpentier [8] 25/24 100/18 100/20 108/16 111/25 117/7 117/20 118/12
chart [1] 12/1
charts [1] 147/11
chatter [1] 12/24
check [6] 17/21 18/2 18/4 139/24 139/24 151/20
check-in [5] 17/21 18/2 18/4 139/24 139/24
checking [1] 140/6
chief [2] 11/11 134/24
child [5] 93/16 101/10 101/11 137/24 191/1
children [4] 83/17 137/23 142/4 201/5
chiropractic [6] 19/12 19/14 20/4 148/19 152/21 157/11
chiropractitioner [1] 141/13
chiropractor [2] 148/1 148/8
chocolate [1] 222/22
chose [1] 13/2
Christian [1] 71/24
Christopher [2] 19/11 152/21
chronic [1] 154/2
Ciaran [2] 19/9 138/18
Circuit [3] 170/9 170/17 171/1
circumstance [1] 120/20
circumstances [3] 34/15 119/19 168/1
citizen [2] 33/2 33/11 118/1 118/3
citizens [1] 118/4
CIV [1] 1/3
civic [2] 28/11 74/8
civil [35] 14/18 32/20 33/2 33/8 33/14 33/22 34/2 34/6 34/10 39/2 39/15 39/20 39/21 40/11 42/2 42/5 43/3 59/5 60/7 67/25 68/2 68/4 72/4 72/5 76/16 76/20 83/3 85/14 88/20 88/21 89/11 91/22 121/7 128/24 157/24
claim [28] 9/8 10/13 20/12 24/5 25/17 31/24 37/11 38/23 39/24 77/22 82/20 84/6 89/3 89/8 90/3 90/4 95/16 98/3 98/13 144/20 144/22 147/4 150/1 150/15 157/20 159/12 188/8
claimed [5] 9/13 60/17 144/12 147/20 157/23
claiming [3] 42/13 102/8 154/7
claims [18] 17/21 17/24 38/16 38/17 63/7 89/3 103/13 143/21 144/2 144/4 145/1 145/10 145/16 147/16 147/16 149/24 162/25 163/2
clamping [1] 216/16
clarity [1] 120/10
classic [1] 198/17
classroom [1] 83/18
clear [7] 6/23 9/23 17/5 120/5 151/18 178/2 184/20
clearly [4] 9/7 112/22 118/19 185/9
clerk [2] 63/24 64/1
client [20] 2/13 6/25 14/22 14/24 56/3 88/16 99/8 99/18 103/3 103/23 118/24 136/15 136/15 139/21 140/11 140/12 151/25 165/22 167/10 174/18
clients [8] 55/19 81/20 114/18 115/4 115/4 115/12 115/17 115/22
climbing [1] 70/4
clinic [2] 150/2 177/14
clinical [12] 188/24 203/12 211/12 212/17 213/22 214/2 214/6 215/24

216/6 216/17 216/23 220/5
close [61] 18/18 20/12 22/1 22/25 23/4 24/25 25/6 26/2 26/6 26/25 27/4 30/2 30/6 31/19 31/23 32/2 34/14 35/15 36/18 36/22 41/7 41/11 44/13 44/17 45/22 46/9 46/24 47/23 48/22 49/1 50/17 50/22 51/21 52/1 53/14 53/19 55/15 57/15 57/20 62/7 69/1 70/18 70/22 73/4 73/20 73/24 74/12 75/16 75/17 75/21 77/23 78/3 100/19 102/23 105/17 116/3 116/3 130/8 136/2 163/7 201/8
closest [1] 17/3
closing [1] 133/7
clumsiness [1] 43/23
CM [1] 223/25
CM/ECF [1] 223/25
Coca [1] 60/15
Coca-Cola [1] 60/15
Coconut [1] 76/11
coffee [2] 222/20 222/22
Cola [1] 60/15
cold [3] 137/10 191/10 191/25
colleague [1] 2/8
college [4] 86/9 86/10 175/10 175/11
Collins [6] 19/9 138/18 138/18 138/20 138/25 139/7
colon [1] 190/25
Colorado [2] 175/14 175/15
coma [1] 73/8
come [28] 4/21 9/22 12/6 62/18 90/8 90/21 91/4 97/16 103/24 110/2 110/9 124/5 124/11 126/12 126/12 126/15 126/16 127/1 137/9 139/9 139/9 145/23 149/23 183/18 192/3 193/14 218/6 224/9
comes [9] 92/5 117/2 125/6 125/7 136/1 164/9 168/2 180/18 221/19
comfort [1] 140/15
comfortable [1] 16/14
coming [8] 6/9 13/23 28/14 36/12 106/11 128/19 137/12 211/10
comment [1] 134/4
comments [1] 133/18
commercial [7] 22/14 29/17 50/6 53/3 75/10 78/15 78/16
commercially [1] 69/11
committed [1] 67/20
common [4] 62/20 62/21 142/20 184/2
communicate [1] 118/8
comp [4] 24/2 24/5 93/16 160/16
companies [1] 68/14
company [8] 35/22 37/12 37/14 39/22 40/3 55/20 56/10 147/4
comparing [1] 213/3
compel [3] 8/11 8/15 160/5
compelling [1] 119/24
compensate [2] 146/4 152/7
compensation [43] 20/7 20/13 25/18 31/24 37/9 40/3 63/8 72/21 82/21 84/19 89/3 89/4 89/6 89/7 89/10 90/3 95/15 98/3 98/13 113/15 144/21 144/23 149/21 150/1 150/2 150/8 150/10 150/12 150/15 151/1 153/4 154/1 154/2 158/2 159/2 159/8 159/12 159/14 159/16 159/21 161/24 162/1 190/7
complain [2] 146/24 148/15
complained [2] 148/3 193/20
complaining [2] 148/16 150/20
complains [2] 68/16 214/4
complaint [8] 35/4 94/3 94/4 94/6 95/10 96/25 188/4 193/18
complaints [9] 160/22 160/22 161/9

## C

complaints... [6] 161/19 188/11 193/16
193/16 214/7 214/8
complete [4] 156/24 180/17 180/17
180/23
completed [2] 127/3 135/9
Completely [1] 44/11
complicated [1] 179/8
complications [1] 185/15
composite [1] 4/24
compression [1] 213/6
compressive [1] 200/16
computer [1] 177/24
computers [1] 49/24
concentration [1] 116/13
concept [7] 89/1 92/1 94/6 94/11 94/25
95/7 95/8
concepts [1] 88/18
concern [2] 8/8 116/21
concerned [4] 117/14 119/23 130/21
205/6
concerning [4] 71/15 130/10 132/12
133/8
conclude [1] 134/3
concluded [2] 147/1 224/20
conclusion [2] 5/16 220/1
conclusions [2] 133/5 134/9
concussions [1] 34/23
condensed [1] 6/1
condition [4] 119/1 161/10 202/16
214/25
conditioning [6] 161/18 191/19 200/10
203/18 205/5 219/25
conduct [2] 12/10 120/2
confer [1] 134/11
conference [1] 110/15
confidence [1] 205/14
confident [1] 108/25
confirmation [3] 7/3 7/9 7/22
confirmed [1] 196/1
confirms [1] 218/12
confiscated [1] 170/3
confused [1] 183/7
confuses [1] 189/12
connection [12] 24/22 27/12 36/3
43/21 54/3 63/8 63/12 74/7 76/5
78/12 112/19 180/9
consider [10] 9/21 27/25 58/15 65/9
100/15 119/15 132/22 136/12 151/10
189/18
consideration [1] 134/13
considered [1] 135/21
considering [3] 114/23 167/24 174/2
consist [1] 130/6
consistent [1] 161/22
constantly [1] 68/16
constructive [1] 207/17
consultant [1] 54/6
Consultants [1] 19/20
consulting [2] 54/13 55/24
contact [3] 83/18 126/3 133/24
contacted [1] 11/7
contain [1] 131/18
contained [3] 131/5 131/13 131/17
containing [1] 8/18
contains [2] 8/20 130/24
contempt [3] 31/6 99/13 99/17
contends [3] 17/17 64/18 64/20
contents [1] 4/3
context [2] 59/18 212/17
continue [4] 111/6 155/1 158/10
213/20
continued [8] 14/14 128/22 137/20
146/22 146/24 150/16 150/20 200/19

continues [2] 148/18 148/18
contract [1] 180/20
contracts [2] 1/22 196/21
contrary [1] 158/25
control [1] 193/25
convenience [1] 79/20
conversation [1] 138/18
convince [1] 104/22
cooperating [1] 184/15
cooperative [1] 170/15
copies [6] 63/19 127/13 128/10 128/11
128/18 160/3
copy [13] 2/23 3/14 5/4 5/8 5/9 7/2
11/5 127/10 128/3 128/11 128/14
156/3 208/20
Coral [4] 24/19 175/5 176/25 178/3
cord [1] 196/22
Cordero [6] 58/23 82/12 90/14 95/16
106/17 122/17
core [2] 161/19 205/10
corner [2] 12/2 199/18
corporate [2] 2/20 105/8
corporations [1] 137/6
correct [50] 4/12 5/22 5/25 8/5 9/5 9/14
9/15 12/10 13/24 13/25 21/11 39/3
40/13 40/20 48/1 49/20 55/12 55/25
55/25 60/7 60/20 61/13 69/12 72/18
72/19 72/22 75/7 78/19 89/6 89/13
89/16 89/21 89/22 90/1 90/5 90/24
91/7 91/19 94/6 100/22 109/2 112/1
178/2 185/17 190/5 210/2 213/24
221/11 221/24 225/13
corrected [1] 118/6
correctly [4] 44/1 78/15 176/11 206/16
correlates [1] 189/14
correlation [5] 188/24 213/22 214/2
214/6 216/18 216/23
correspond [2] 3/24 5/1
cortisone [1] 200/19
Costa [1] 36/11
costs [1] 216/17
couch [1] 219/17
coughs [1] 194/10
could [52] 6/23 7/20 7/21 21/4 29/2
29/7 31/2 34/3 79/9 88/17 90/6 103/9
103/21 103/24 104/8 106/20 106/25
113/5 115/19 117/16 118/21 119/18
119/25 139/1 139/8 156/25 157/1
160/13 166/21 170/7 171/20 176/24
177/4 181/7 183/10 184/7 184/25
185/22 186/18 187/25 189/10 194/18
195/11 196/8 196/12 197/22 203/1
203/9 203/11 217/13 220/15 223/19
couldn't [5] 57/2 113/2 113/3 140/13
141/15
counsel [17] 2/5 2/7 5/5 11/4 14/20
16/13 16/19 79/13 127/9 131/2 143/8
143/12 169/8 171/21 171/22 171/22
182/11
counselor [2] 7/20 174/3
counter [5] 17/21 18/2 18/5 139/1
140/6
counteract [2] 105/3 105/5
country [5] 21/17 21/18 80/12 80/15
81/1
county [20] 19/12 21/3 24/17 25/22
26/21 27/11 27/17 27/21 29/10 29/12
31/15 52/24 100/3 118/17 119/4
137/16 150/9 158/6 170/17 176/18
couple [12] 11/20 34/18 37/25 61/6
68/14 68/15 88/3 88/18 89/2 89/14
102/19 171/15
coupled [1] 133/11
course [15] 15/10 16/8 29/18 35/19
93/22 120/23 130/25 131/22 132/17

141/14 165/17 172/13 196/1 218/17
210/20
court [72] 1/1 1/22 2/1 2/10 5/14 7/5
7/12 8/23 8/25 11/4 11/24 14/14 31/6
32/20 34/25 35/6 39/7 39/15 42/3 45/7
45/8 59/1 66/1 66/10 66/12 66/14 75/1
84/25 88/10 90/11 93/4 103/19 111/5
114/16 116/19 117/12 120/3 126/13
127/17 127/17 128/12 128/22 130/11
132/14 132/20 134/13 136/10 143/12
154/17 154/18 154/21 155/4 155/9
155/16 157/4 160/5 160/7 160/12
164/19 164/21 165/6 167/4 167/8
167/13 167/15 168/8 170/16 170/17
170/17 173/22 174/11 225/18
courthouse [2] 170/18 171/1
courtroom [37] 9/22 11/23 12/6 15/9
62/3 62/23 67/10 92/3 99/11 99/23
100/14 110/3 110/6 113/9 123/23
123/24 124/24 125/6 125/7 126/13
126/17 126/23 128/18 129/21 131/14
134/14 163/20 170/4 170/9 170/24
171/13 173/16 174/17 208/1 223/1
224/9 224/12
covered [3] 41/21 44/24 107/8
crashed [1] 45/5
credence [1] 215/10
credentials [1] 175/7
credibility [3] 143/18 144/7 151/11
153/22 162/22
credible [5] 143/25 152/16 152/18
163/4 163/10
crime [3] 42/24 159/11 159/13
criminal [28] 33/7 33/14 33/15 33/17
33/19 34/2 34/2 34/10 39/2 39/7 39/18
40/12 42/2 42/19 42/20 43/2 59/1 59/4
65/15 66/3 67/4 67/17 68/4 72/4 75/3
77/3 88/20 88/22
critical [2] 12/21 157/7
Crooks [1] 1/12 2/9 15/1 224/16
cross [6] 174/4 198/13 208/5 208/8
208/10 221/13
cross-examination [4] 208/5 208/8
208/10 221/13
CSO [2] 14/12 165/6
Cuba [2] 87/11 87/13
curb [1] 141/2
currently [8] 71/22 87/5 100/2 100/24
101/17 114/23 115/6 178/2
custodians [1] 5/24
CV [1] 2/2

## D

D.C [2] 19/17 19/17
Dade [21] 21/3 24/17 25/22 25/24
26/20 27/11 27/21 29/10 29/12 29/13
31/15 52/24 100/2 118/17 119/4
137/16 137/23 150/9 158/6 170/17
176/18
daily [2] 154/2 155/1
Dallas [5] 140/14 140/17 140/19
164/15 172/21
Dallas/Fort [4] 140/17 140/19 164/15
172/21
damage [1] 207/3
damages [12] 18/5 18/6 38/23 90/8
91/24 91/25 104/23 144/3 144/10
144/21 158/19 159/10
danger [1] 215/12
dangerous [1] 220/3
Danish [1] 222/21
darn [1] 188/23
date [10] 137/1 157/20 182/21 187/4
193/15 194/16 209/14 209/16 221/9
225/16

# D

dated [5] 186/17 187/2 208/14 208/15 210/9
dates [2] 132/2 209/14
dating [1] 156/7
daughter [7] 27/10 100/2 100/8 100/12 101/3 118/17 119/4
daughter's [2] 118/25 119/16
daughters [1] 101/2
day [15] 9/10 66/14 102/5 102/5 116/25 141/6 149/5 150/4 176/8 176/9 180/13 192/25 219/16 220/24 223/3
day-to-day [1] 102/5
days [16] 15/24 31/3 31/3 49/23 86/19 96/14 98/16 147/25 152/19 152/19 152/23 153/3 153/15 153/20 160/11 204/11
De [1] 20/3
dead [1] 58/7
deal [4] 55/14 99/7 122/1 138/1
dealing [3] 67/9 89/12 101/24
dealings [22] 18/18 18/19 22/25 24/25 26/2 26/25 30/2 31/19 36/18 41/8 44/13 46/20 48/22 50/18 51/21 53/15 57/15 62/8 70/18 73/20 75/17 77/24
dealt [1] 168/12
decade [1] 161/17
decent [1] 142/13
deceptive [1] 197/3
decide [14] 38/4 38/22 44/7 45/20 46/11 58/9 65/5 73/10 129/24 129/24 130/2 131/11 131/24 133/11
deciding [6] 17/15 26/8 29/6 44/10 62/1 70/11
decision [11] 58/12 58/20 114/5 114/6 130/4 131/10 137/9 177/13 177/15 212/7 217/23
decision-making [3] 131/10 177/13 177/15
declared [1] 66/21
deconditioned [1] 202/6
deconditioning [4] 201/1 201/2 205/13 207/13
defend [1] 155/23
defendant [34] 6/18 10/21 15/3 19/3 33/21 33/24 34/7 67/19 79/16 85/21 85/22 88/9 91/22 91/24 96/22 100/16 103/16 104/9 105/8 105/9 110/11 110/16 111/21 117/17 120/6 121/11 123/7 124/21 143/15 145/4 163/23 169/9 171/19 171/22
defendant's [13] 5/17 116/14 117/7 121/24 122/15 122/23 123/11 164/20 172/8 172/14 182/8 224/25 225/8
defendants [7] 1/7 1/15 2/17 135/1 172/3
defense [4] 102/9 122/9 165/23 165/24
deference [1] 201/14
deferment [1] 30/25
deferral [1] 30/19
defined [1] 68/22
Definitely [1] 95/2
definition [1] 59/10
degree [12] 75/4 86/12 137/18 175/9 175/9 202/2 203/23 204/6 204/22 206/3 206/20 208/1
degrees [5] 195/8 195/8 195/12 197/5 197/23
deliberate [3] 66/21 130/2 135/13
deliberation [2] 90/14 116/12
deliberations [6] 90/21 102/25 130/14 130/19 130/22 133/3
deliver [1] 61/10
delivered [1] 6/2

deltoid [1] 198/7
demands [2] 220/8 220/6
demeanor [4] 119/17
demonstrative [2] 143/3 143/6
denied [1] 150/9
Dennis [1] 19/10
Denver [1] 175/14
deny [5] 115/16 117/4 118/11 120/8 120/23
departing [3] 17/19 164/15 172/20
Department [2] 63/21 101/19
depending [1] 207/4
Depends [1] 97/18
deposition [7] 92/7 92/10 92/13 92/20 93/5 93/14 93/25
depositions [3] 93/24 94/8 94/14
Depot [6] 24/11 24/12 34/17 84/7 89/16 89/20
deputy [8] 11/23 12/7 15/9 123/23 125/6 125/7 126/13 128/19
describe [3] 22/4 47/24 61/4
described [3] 63/13 190/11 213/13
describing [1] 214/25
deserve [2] 17/10 142/13
deserves [1] 220/4
designed [1] 204/12
desire [1] 117/5
desk [2] 199/17 199/18
despite [4] 93/3 115/21 119/17 160/21
destination [3] 17/20 164/16 172/21
destroyed [1] 155/12
detail [4] 144/6 189/4 191/17 193/12
detailed [3] 105/16 130/18 182/22
details [3] 37/20 181/24 190/2
determination [9] 89/8 89/11 90/9 114/20 116/8 202/22 217/25 218/7 218/9
determine [12] 41/1 77/15 134/17 151/19 152/10 152/14 182/24 183/25 184/21 185/22 187/6 189/3
determining [3] 28/1 53/12 184/19
determining it [1] 184/19
devastating [1] 142/18
develop [1] 198/24
developed [1] 190/21
development [3] 6/17 9/25 174/2
diabetes [3] 28/19 119/7 119/16
diabetic [4] 20/25 100/5 100/13 118/19
diagnose [2] 193/7 216/10
diagnosed [1] 200/23
diagnosis [6] 189/20 210/3 211/10 211/12 212/3 217/25
diagnostic [6] 19/20 177/15 215/7 215/13 215/17 216/5
dictate [1] 64/3
did [154] 9/13 9/24 17/8 23/22 24/2 24/7 26/13 30/19 30/21 30/24 32/10 32/23 34/25 37/24 38/7 39/19 40/24 41/18 42/9 43/24 45/7 45/13 49/21 52/16 54/8 56/12 58/2 59/18 59/18 60/21 63/7 65/17 65/18 66/21 67/23 69/8 69/18 70/6 70/9 75/8 77/8 80/19 81/3 86/24 89/20 91/1 91/2 92/13 93/7 93/8 93/13 93/20 96/3 96/7 97/5 97/13 97/16 98/5 103/14 103/23 104/7 108/22 113/5 116/23 117/12 117/13 117/23 138/10 147/3 147/19 149/19 154/10 157/5 158/11 158/14 159/17 159/23 163/11 164/11 173/8 175/14 175/16 175/17 175/20 178/6 178/21 178/23 178/24 180/5 181/18 181/22 182/20 182/22 183/2 184/5 184/6 184/21 185/22 185/23 187/5 187/6 187/8 187/17 188/9 189/24 190/1 190/3 190/6 190/11 191/8 191/17

191/17 192/4 192/17 192/18 193/10 194/17 194/23 203/04 04 Page 1 18/19 of 1
194/17 197/10 197/16 197/17 202/5 202/17 202/21 202/24 203/6 204/13 206/2 206/19 207/12 209/7 209/8 209/8 210/10 210/20 211/17 211/9 211/17 211/20 211/21 211/25 213/2 213/11 214/9 215/11 216/1 217/18 220/9 221/2 221/4
didn't [72] 10/13 13/12 25/12 29/2 29/5 29/24 30/25 31/10 35/3 37/5 40/1 43/25 44/21 47/6 49/8 51/4 52/7 52/19 54/1 54/7 61/10 66/24 71/13 74/15 76/3 78/10 84/24 85/10 92/25 100/21 103/6 103/23 108/20 113/2 113/2 113/6 113/7 113/11 118/2 119/18 128/10 140/25 141/8 144/25 145/9 145/11 145/14 145/19 146/1 146/14 148/12 150/6 151/20 153/22 155/13 156/20 157/22 158/8 159/6 165/5 166/14 173/17 181/6 184/9 186/2 210/18 211/2 211/5 211/24 212/1 216/14 220/22
die [1] 213/20
Diego [1] 20/3
differ [1] 132/5
difference [9] 34/1 34/9 40/11 43/2 59/4 68/3 188/1 188/25 197/18
different [21] 78/17 79/7 89/6 118/21 120/3 146/8 162/24 163/1 163/1 176/9 181/1 181/1 181/4 181/5 181/14 183/7 184/10 197/20 201/16 202/13 202/20
differently [1] 185/7
difficult [4] 58/11 112/21 132/3 224/5
difficulty [5] 88/24 91/14 108/20 109/5 184/14
diminished [4] 195/21 195/23 195/23 197/1
dining [1] 125/13
dinner [1] 200/18
dire [7] 12/9 12/19 13/2 14/16 15/11 88/14 224/23
direct [5] 2/11 166/18 174/25 182/13 196/4
directed [1] 131/2
directly [3] 4/3 35/20 81/20
disability [8] 38/16 144/12 147/14 147/21 148/8 156/12 190/9 190/16
disabled [5] 137/24 147/16 147/17 156/18 156/19
disagree [1] 94/10
disagrees [1] 91/20
disclose [3] 147/19 148/12 149/19
disclosed [1] 156/9
discomfort [1] 96/10
discomfortable [1] 138/23
discount [2] 216/13 216/14
discovered [3] 7/4 146/7 199/8
discovery [9] 6/19 8/11 8/17 9/21 10/16 94/14 144/5 144/14 156/20
discriminated [1] 147/17
discrimination [2] 147/12 147/13
discuss [7] 124/3 125/17 133/2 133/13 133/15 182/23 222/25
discussed [2] 88/19 89/1
discussing [3] 46/14 96/15 184/6
discussion [2] 187/12 187/13
discussions [1] 125/19
disk [12] 96/6 96/10 184/1 185/13 189/1 197/6 199/7 203/6 203/6 203/7 205/7 223/21
display [1] 165/8
dispose [1] 168/2
disposing [1] 168/5
disposition [2] 114/23 142/4

# D

**disputed [1]** 129/24
**disrespectful [1]** 16/17
**disrobe [1]** 194/20
**distance [1]** 44/1
**distinction [2]** 65/2 89/10
**distract [1]** 183/20
**distracted [1]** 132/1
**distraction [7]** 182/23 183/4 183/11 184/2 184/6 184/7 184/9
**distributed [1]** 77/16
**district [3]** 1/1 1/1 66/1
**divide [1]** 193/21
**DIVISION [4]** 1/2 20/13 31/24 63/8
**do [223]** 2/23 3/11 3/19 5/1 5/7 7/14
7/18 8/2 11/19 11/23 15/11 15/13
15/16 15/18 16/22 18/17 22/9 22/9
22/24 23/17 23/20 23/20 24/24 26/1
26/24 27/24 28/6 28/21 29/1 29/13
30/1 30/25 31/6 31/18 34/9 34/11 36/7
36/17 40/25 41/5 41/6 44/12 46/2 46/6
46/19 47/18 48/11 48/21 49/21 51/12
51/20 52/10 52/10 52/12 52/24 53/14
54/8 54/12 54/12 54/12 54/17 55/1
55/2 55/2 57/14 58/14 58/19 60/12
62/6 62/6 62/12 63/23 64/1 64/2 64/4
64/4 64/9 65/3 66/22 69/8 70/17 73/19
73/19 74/11 75/16 76/22 76/22 76/25
77/2 77/6 77/23 77/23 79/12 83/16
83/18 83/20 87/4 91/1 94/13 94/13
95/16 95/24 96/1 97/18 97/18 98/8
99/2 99/8 99/14 99/14 99/22 100/11
101/2 101/2 101/4 101/5 101/5 101/10
101/22 103/10 106/11 106/17 106/20
106/25 107/7 107/17 108/1 108/3
108/8 108/12 109/18 109/20 110/7
110/21 111/7 111/9 117/12 119/5
121/10 123/24 124/7 124/15 124/17
126/24 127/20 128/4 128/8 128/13
129/2 129/10 129/15 131/2 131/21
131/22 139/13 143/4 143/9 155/4
163/21 165/14 165/23 166/17 166/17
166/19 166/24 167/17 169/15 170/5
170/11 170/13 170/20 173/23 174/14
176/2 176/21 178/8 179/11 179/12
179/14 179/18 180/7 180/9 180/14
183/3 184/24 185/1 187/21 188/11
188/20 191/12 191/13 195/6 195/7
195/11 195/16 196/3 199/25 200/8
200/22 201/7 201/10 201/15 201/18
202/1 202/19 204/10 205/17 207/7
207/8 209/2 209/4 209/5 211/7 211/25
213/3 216/18 216/22 219/17 219/20
221/6 222/7 222/22 223/2
**doctor [25]** 13/23 14/4 19/14 20/3
141/9 141/18 142/1 146/13 161/6
162/20 167/21 170/1 170/8 171/18
182/15 196/10 200/5 201/8 202/19
204/5 207/19 208/11 210/3 216/25
218/10
**doctor's [3]** 93/1 177/1 204/15
**doctors [22]** 18/15 34/23 64/14 64/24
80/7 92/15 97/4 97/5 97/6 141/9
141/12 141/12 142/19 148/22 150/2
150/3 150/16 156/23 156/24 157/5
157/8 202/16
**document [4]** 6/19 8/20 8/21 186/5
**documentation [1]** 6/24
**documented [2]** 150/23 156/7
**documents [2]** 130/7 185/24
**does [40]** 38/16 38/16 46/6 55/24 56/3
56/7 63/25 88/23 88/23 89/9 89/9 94/2
94/8 94/10 94/12 94/16 95/3 105/18
106/3 107/12 118/7 118/19 124/11

138/20 155/3 168/25 179/3 179/5
184/23 185/13 191/11 192/15 192/15
203/2 204/10 207/20 207/22 207/23
211/16 227/1
**doesn't [12]** 80/3 94/4 94/4 117/14
142/13 166/7 183/14 185/5 191/8
193/2 198/2 207/24
**dog [2]** 33/3 33/3
**DOI [2]** 209/15 209/15
**doing [12]** 6/15 55/20 84/4 89/5 92/2
94/13 118/20 177/13 183/20 184/3
185/5 208/12
**dollars [2]** 141/15 141/16
**Dolphin [2]** 181/2 202/11
**domino [1]** 201/23
**don't [134]** 4/17 4/17 5/8 5/22 7/13
7/14 7/15 7/17 12/19 13/18 16/16 23/7
28/9 28/11 32/14 35/13 37/20 45/9
53/13 55/6 55/14 58/7 64/12 65/7
68/15 69/20 71/3 72/12 78/14 78/22
79/5 94/18 95/23 96/2 96/18 96/21
97/7 97/22 97/24 98/20 99/13 99/17
103/22 109/19 113/11 114/2 114/9
115/11 117/24 118/14 118/23 119/14
126/1 126/3 126/7 127/10 127/16
127/19 128/8 128/11 129/5 130/20
131/24 132/7 133/23 133/24 141/17
141/23 163/22 164/5 165/4 165/11
166/2 166/14 169/15 169/17 170/19
174/6 177/22 179/21 179/21 179/23
179/23 181/7 181/22 181/24 184/3
184/11 184/14 184/19 186/11 191/3
192/6 193/5 193/5 194/22 196/10
200/3 201/4 201/17 202/5 203/20
204/2 204/19 209/7 209/10 209/18
210/12 210/24 210/25 211/4 212/1
212/2 214/1 214/11 214/15 214/20
215/4 215/8 215/10 215/12 215/18
216/21 216/21 216/22 218/11 219/17
219/21 219/22 220/20 221/1 221/19
223/5 224/3
**done [14]** 81/24 82/1 89/24 189/6
191/6 191/19 191/24 192/15 192/17
204/14 206/10 212/19 213/3 216/8
**Donovan [9]** 1/12 1/13 2/6 14/21 19/1
19/2 165/18 223/3 223/6
**door [2]** 62/20 188/19
**double [1]** 216/5
**double-edged [1]** 216/5
**doubt [4]** 33/21 56/20 185/2 185/20
**doughnuts [1]** 222/21
**Douyon [1]** 19/22
**down [33]** 95/6 95/13 97/18 121/3
131/25 132/18 137/11 137/12 139/25
140/1 140/4 148/17 151/20 165/11
170/18 177/25 183/15 184/18 190/22
193/20 194/9 196/21 197/5 198/5
198/10 198/12 198/22 198/25 202/7
202/12 207/6 207/15 216/16
**Dr [8]** 19/10 19/13 19/15 168/16
174/23 175/1 175/6 225/3
**Dr. [94]** 19/9 19/11 19/11 19/16 19/17
19/18 19/20 19/21 19/21 19/22 19/22
19/22 19/23 19/24 19/25 20/1 20/1
20/3 20/3 20/4 20/4 20/5 20/5 129/8
141/11 141/11 146/13 146/20 146/23
147/1 148/1 148/18 148/21 148/22
149/3 150/17 150/17 150/18 153/8
153/8 153/12 153/16 153/17 157/9
157/11 157/12 161/12 161/21 161/23
161/24 162/6 162/7 162/15 166/16
167/8 167/14 167/14 167/23 168/1 168/3
168/5 168/6 169/4 169/16 173/2 173/3
173/20 174/22 178/17 178/21 181/20
182/1 182/20 184/5 184/21 185/12

185/17 185/23 186/16 187/3 187/6
187/22 202/7 202/19 204/7 208/6 209/19
209/2 209/5 209/19 217/2 217/3
217/21 221/9 222/13 224/5
**Dr. Andrew [2]** 150/18 153/8
**Dr. Anthony [3]** 19/17 141/11 162/15
**Dr. Armand [1]** 19/22
**Dr. Brett [6]** 19/22 150/17 161/23
181/20 208/16 209/2
**Dr. Brett's [1]** 182/1
**Dr. Bronstein [1]** 191/22
**Dr. Carlos [1]** 19/11
**Dr. Chapnek [1]** 191/20
**Dr. Christopher [1]** 19/11
**Dr. Evan [1]** 157/11
**Dr. Faris [1]** 19/22
**Dr. Fernando [1]** 20/5
**Dr. Frank [3]** 20/1 153/8 153/12
**Dr. Fred [1]** 19/16
**Dr. Gary [1]** 19/23
**Dr. Gelbard's [1]** 149/3
**Dr. George [3]** 19/18 150/17 153/16
**Dr. Hyde [2]** 187/3 187/6
**Dr. Jesse [1]** 20/4
**Dr. John [2]** 19/21 174/22
**Dr. Jonathan [3]** 19/25 161/24 185/23
**Dr. Jorge [1]** 20/3
**Dr. Kenneth [1]** 19/24 204/7
**Dr. Michael [4]** 20/3 146/13 146/20
157/9
**Dr. Munoz [1]** 153/17
**Dr. Nordt [21]** 129/8 161/12 166/19
167/8 167/14 167/23 168/1 168/5
168/6 169/4 169/16 173/2 173/3
173/20 178/17 178/21 186/16 208/6
221/9 222/13 224/5
**Dr. Nordt's [2]** 161/21 168/3
**Dr. Osborn [10]** 162/6 182/20 184/5
184/21 185/12 185/17 209/5 209/19
217/3 217/21
**Dr. Osborn's [1]** 217/2
**Dr. Peter [2]** 19/20 162/7
**Dr. Richard [1]** 19/21
**Dr. Robin [1]** 20/1
**Dr. Ronald [1]** 19/9
**Dr. Rosen [2]** 148/1 148/18
**Dr. Rudolph [1]** 141/11
**Dr. Selwyn [1]** 20/5
**Dr. Steven [3]** 20/4 148/22 157/12
**Dr. Wilensky [3]** 146/23 147/1 148/21
**draw [3]** 131/4 131/16 134/8
**driver [3]** 27/17 45/5 147/6
**driving [1]** 118/18
**dropped [2]** 126/5 142/17
**drug [1]** 67/9
**drug-dealing [1]** 67/9
**Duane [3]** 1/12 2/8 15/1
**due [5]** 37/10 119/15 169/19 171/17
205/21
**DUI [2]** 42/25 85/24
**dull [1]** 16/10
**duly [1]** 174/24
**Dundas [3]** 2/21 15/6 19/7
**duplicate [2]** 183/16 198/14
**duress [1]** 160/10
**during [32]** 12/22 15/10 16/8 16/22
29/18 97/18 129/25 130/5 130/14
130/17 130/18 130/22 130/25 131/21
132/17 133/4 133/11 133/13 134/1
134/10 134/24 135/3 143/14 144/4
144/14 155/5 158/3 172/1 172/13
182/24 184/22 189/25
**duty [3]** 23/15 38/1 187/22
**dynamic [1]** 217/16

**F**

**e-mail [2]** 223/22 223/25
**each [24]** 3/5 3/18 4/7 4/10 4/18 4/21
4/23 13/5 15/16 18/23 20/16 99/24
110/17 121/4 128/2 129/3 130/23
132/12 134/20 135/14 135/18 153/25
154/6 196/14
**earlier [11]** 30/21 30/22 30/24 52/16
62/9 107/18 143/14 177/3 212/6 224/9
224/10
**early [3]** 16/6 49/23 138/13
**earned [1]** 157/19
**earning [1]** 157/19
**earnings [1]** 18/7
**easel [1]** 143/3
**easier [1]** 126/2
**easiest [1]** 124/25
**east [1]** 29/14
**Eastern [3]** 59/8 69/4 69/5
**eat [2]** 20/24 125/12
**ECF [1]** 223/25
**economic [2]** 114/23 137/14
**economy [1]** 115/10
**Ecuador [1]** 61/6
**edge [1]** 199/17
**edged [1]** 216/5
**education [2]** 136/18 137/13
**educational [3]** 86/8 175/8 177/4
**effect [3]** 117/24 133/22 201/23
**effective [2]** 151/3 204/12
**effectively [1]** 118/9
**efficient [2]** 110/21 166/10
**eight [12]** 38/11 65/25 66/7 72/16
79/24 79/25 110/17 121/3 123/14
148/25 178/5 206/17
**eighteen [5]** 71/19 123/3 123/4 123/5
157/25
**either [24]** 16/9 20/18 20/24 25/5 35/14
36/9 41/2 43/5 47/23 48/12 53/6 69/2
69/7 73/9 75/13 79/19 96/21 102/8
117/17 135/22 147/9 149/19 156/21
162/23
**elderly [2]** 213/6 214/16
**Electric [1]** 37/15
**electrical [4]** 191/5 191/11 191/22
192/1
**electronically [1]** 224/16
**elements [1]** 96/12
**eleven [3]** 12/3 123/16 125/3
**Eleventh [3]** 170/9 170/17 171/1
**Elfenbein [14]** 1/16 2/20 5/24 7/25 15/6
19/4 88/8 143/1 143/13 163/15 168/21
169/21 171/9 174/19
**eliminate [1]** 6/4
**eliminated [1]** 59/24
**eliminates [1]** 5/22
**Elmo [2]** 165/8 165/15
**else [28]** 10/18 12/15 24/13 29/4 34/13
38/7 46/15 54/18 93/23 95/3 95/21
97/20 97/23 105/24 117/2 125/20
133/14 156/1 166/16 166/19 166/24
174/14 180/21 190/10 190/11 193/23
197/16 224/12
**embarrassed [2]** 140/3 140/4
**embarrassing [2]** 70/13 204/18
**embarrassment [1]** 44/2
**emergency [3]** 169/17 190/25 192/25
**Emory [1]** 213/9
**employed [10]** 21/14 22/1 35/15 45/23
51/16 51/18 55/16 55/23 69/2 87/5
**employee [2]** 84/25 151/24
**employees [3]** 10/25 11/1 34/18
**employer [3]** 147/13 147/17 150/8
**employment [2]** 136/18 181/13

**end [15]** 102/22 104/4 104/20 110/16
126/23 128/10 130/14 135/5 139/11
145/18 149/6 199/10 199/11 201/6
205/17
**ended [1]** 147/9
**engage [1]** 13/12
**engaged [1]** 12/24
**English [6]** 66/19 66/24 108/7 109/11
117/12 117/13
**English-speaking [1]** 66/24
**enjoy [1]** 173/5
**enough [6]** 108/24 113/16 115/15
138/4 166/14 211/17
**enter [1]** 56/16
**entering [1]** 170/3
**enters [4]** 124/24 129/21 171/13
174/17
**entire [2]** 142/16 195/17
**entities [1]** 18/20
**entitled [5]** 58/10 132/11 155/23 166/6
166/13
**entrepreneurial [1]** 204/17
**entry [2]** 49/22 187/1
**envelope [1]** 7/10
**epidural [3]** 150/23 157/14 204/7
**epidurals [1]** 204/11
**equivocal [5]** 113/23 113/24 114/3
118/22 120/4
**equivocation [1]** 119/17
**escape [1]** 137/10
**especially [3]** 16/10 94/7 95/9
**Esq [4]** 1/12 1/12 1/15 1/16
**essentially [1]** 67/15
**establish [2]** 105/7 105/14
**establishments [1]** 125/13
**Eva [3]** 51/11 80/23 123/17
**evaluate [1]** 207/10
**evaluated [1]** 207/19
**evaluating [2]** 183/5 206/20
**evaluation [12]** 152/25 153/3 178/22
178/24 179/13 184/5 184/23 193/15
201/25 209/14 210/13 215/9 218/7
218/8
**evaluations [2]** 179/2 182/2
**Evan [4]** 19/16 148/1 148/8 157/11
**even [26]** 13/20 103/1 103/21 103/25
104/17 104/24 104/25 113/14 119/13
119/24 126/6 134/17 151/7 151/22
154/21 155/4 160/7 162/15 162/19
166/15 190/20 191/4 205/15 210/25
218/3 219/19
**evening [2]** 141/8 222/18
**eventually [1]** 89/19
**ever [89]** 13/6 13/13 20/12 22/15 22/25
23/4 24/21 24/25 26/2 26/6 26/25 27/4
29/17 29/22 30/2 30/6 31/19 31/23
32/2 36/6 36/18 36/22 40/18 40/21
40/23 41/7 43/9 43/11 44/13 44/17
46/20 46/24 48/19 48/22 50/5 50/6
50/17 51/18 51/21 52/1 53/3 53/15
53/19 54/12 57/8 57/15 57/20 59/13
60/22 61/16 62/7 63/7 67/10 69/23
69/25 70/18 70/22 73/24 75/10 75/12
75/17 77/17 77/24 78/3 80/23 81/5
81/15 82/3 82/9 87/7 87/10 87/21
96/25 117/2 144/13 144/19 145/3
151/7 152/25 153/1 154/8 158/7 176/2
183/3 188/20 189/8 191/24 212/8
215/25
**every [8]** 16/1 114/6 162/8 162/9
180/18 201/13 201/14 220/24
**everybody [6]** 16/20 17/4 91/19 107/12
110/22 216/1
**everybody's [1]** 126/16
**everyday [1]** 178/4

**everyone [16]** 88/23 89/5 89/9 89/12
89/16 90/19 90/24 90/25 91/15 93/8
103/6 105/24 106/3 109/10 189/9
**everything [13]** 15/10 41/21 102/23
104/12 107/8 130/12 131/25 159/23
180/19 186/12 189/21 206/10 207/9
**everything's [2]** 44/24 201/23
**everywhere [1]** 194/13
**evidence [104]** 18/9 18/12 27/25 28/4
33/23 58/17 62/2 62/18 64/9 65/9
88/25 91/24 92/3 92/4 92/7 94/7 96/17
99/10 100/15 102/23 104/14 104/15
113/8 119/15 120/14 120/16 120/16
120/18 127/24 130/5 130/17 130/19
130/24 131/6 131/19 132/23 133/3
133/7 133/12 134/24 135/1 135/3
135/9 135/17 135/22 135/25 136/23
136/24 138/8 138/14 138/17 143/19
143/20 143/20 143/24 144/1 144/5
144/8 145/7 145/13 145/23 146/15
148/4 148/23 150/3 150/7 150/15
151/13 151/15 151/16 151/22 152/10
152/11 152/14 152/15 152/18 155/5
155/21 157/7 157/22 158/5 158/11
158/13 159/11 159/23 160/20 160/20
161/2 162/5 162/22 163/4 163/5 163/6
163/10 163/11 172/4 172/7 172/9
172/14 185/8 187/9 187/18 188/16
188/17
**evident [1]** 185/18
**evidently [1]** 6/20
**ex [1]** 93/15
**ex-husband's [1]** 93/15
**exacerbated [1]** 202/4
**exact [1]** 177/20
**exactly [13]** 8/10 44/4 63/23 64/25
110/22 162/12 162/13 162/17 183/10
184/19 190/2 199/1 200/8
**exam [14]** 86/6 176/8 176/9 179/10
188/7 191/6 197/17 198/10 205/4
205/5 221/22 221/23 221/25 222/1
**examination [35]** 2/11 161/13 161/25
167/13 174/25 182/20 182/24 187/9
187/21 187/24 189/19 189/23 189/25
194/15 194/18 195/17 197/11 197/16
199/11 200/5 202/21 208/5 208/8
208/10 211/18 218/12 218/13 218/13
218/19 221/8 221/13 221/14 221/16
221/18 221/21
**examine [4]** 174/4 187/4 196/2 200/3
**examined [6]** 162/2 189/15 197/21
198/7 202/16 214/18
**examiners [1]** 176/9
**examining [2]** 189/18 206/3
**example [3]** 13/13 131/11 181/9
**excellent [1]** 202/18
**except [4]** 124/3 158/23 205/13 207/13
**exchanged [1]** 138/18
**excuse [8]** 30/23 33/16 110/15 121/21
165/18 172/3 192/14 222/18
**excused [4]** 126/8 132/25 134/14 222/9
**execute [2]** 160/3 160/5
**exercise [23]** 117/5 190/19 190/22
191/4 191/12 192/14 192/17 192/18
198/3 198/4 200/10 201/6 201/7
201/18 203/19 203/21 214/10 214/12
214/14 219/10 219/15 219/22 219/25
**exercised [2]** 161/17 180/25
**exhibit [43]** 3/4 3/4 3/12 3/15 3/17 3/18
3/18 3/20 4/5 4/6 4/10 4/18 4/20 4/21
4/23 4/24 4/25 5/19 5/21 5/24 5/25
5/20 6/1 6/1 6/5 6/8 7/7 11/5 127/5
127/6 127/15 127/16 128/3 128/15
129/10 130/19 131/4 164/7 166/5
166/7 166/13 182/5 182/8

**F**

exhibit/witness [1]  11/5
exhibits [38]  4/1 4/2 4/3 4/7 4/11 4/16
5/1 5/1 5/14 5/22 6/3 128/16 130/7
130/16 130/17 130/24 131/1 131/5
131/7 131/10 131/12 131/12 131/17
131/18 156/5 164/17 164/18 164/20
172/3 172/5 172/7 172/8 172/10
172/12 172/14 186/8 225/5 225/8
exist [1]  203/6
existed [3]  188/20 212/7 212/8
existing [1]  145/22
exists [1]  214/7
expect [8]  15/23 16/10 130/15 135/17
152/22 173/6 173/10 223/10
expected [1]  169/2
expecting [1]  172/24
expeditious [1]  165/25
expenses [1]  159/17
experience [20]  26/7 30/7 38/3 39/5
39/6 40/21 41/11 45/19 48/15 53/6
60/25 64/7 70/11 70/16 70/23 73/17
75/13 80/17 84/15 137/13
experiences [35]  17/13 22/15 23/5
24/21 25/5 27/5 29/17 32/3 36/9 36/15
36/23 40/23 43/6 43/12 44/18 46/25
48/11 49/2 50/22 52/2 53/10 53/20
57/21 61/25 62/12 70/1 73/10 73/25
75/22 78/4 79/3 82/7 83/20 87/7 91/9
experiments [1]  165/14
expert [7]  162/8 178/17 178/19 179/19
183/3 201/21 216/19
expertise [1]  177/7
explain [22]  33/18 34/14 35/16 39/4
130/3 133/1 135/7 135/16 142/1
142/19 175/7 183/10 188/1 194/18
196/12 203/1 205/15 206/7 206/24
218/24 219/24 220/22
explained [5]  68/5 110/14 114/16 185/9
214/2
explanation [3]  107/17 169/18 196/10
explanations [1]  133/8
explore [1]  20/19
expressed [1]  115/20
extend [2]  151/5 158/1
Extension [1]  195/11
extensive [2]  56/13 190/1
extensor [1]  218/22
extensors [2]  198/1 219/5
extent [1]  194/12
extremely [3]  113/23 114/3 214/16

**F**

Fabre [4]  31/16 86/24 123/14 125/1
fabulous [1]  126/13
facilities [2]  14/9 18/16
facing [1]  194/23
fact [34]  43/14 46/8 50/1 50/12 55/22
56/14 57/1 65/3 68/17 93/3 96/15
96/19 113/17 114/7 115/16 115/21
116/18 118/8 129/24 131/5 131/17
144/11 147/3 149/3 150/22 158/16
159/6 159/21 161/16 161/17 162/17
164/10 192/1 196/9
facts [30]  27/25 38/5 41/1 44/10 45/20
50/3 50/14 53/11 56/17 56/23 57/5
57/6 58/15 58/17 58/20 58/20 62/2
62/18 65/6 65/10 99/23 103/18 104/2
104/7 104/11 114/5 114/6 114/6
135/17 172/16
factual [1]  65/5
fail [1]  31/6
failed [1]  45/5
fair [35]  25/7 27/6 30/8 31/11 32/4

41/13 56/22 56/24 57/22 62/5 62/14
68/12 99/7 109/11 112/13 112/23
113/21 114/24 115/14 115/19 115/21
116/8 116/18 118/22 118/23 119/5
119/6 119/6 119/10 119/18 120/6
165/25 189/17 211/17
fairly [21]  17/15 23/6 25/15 26/8 26/16
38/21 41/1 43/16 45/19 48/15 50/2
50/14 53/11 58/15 65/5 73/11 100/15
102/14 117/13 119/15 190/1
fairness [1]  107/20
fall [17]  17/25 18/10 42/8 72/7 72/8
140/25 143/21 152/11 153/11 154/23
154/24 158/12 196/8 202/7 202/12
202/12 207/15
fallen [4]  43/20 48/19 61/16 154/24
falling [1]  61/12 61/25
falls [2]  61/15 103/13
familiar [1]  68/17
family [30]  18/17 20/12 22/1 22/24
24/25 26/1 26/24 30/1 31/19 32/12
35/15 36/17 41/7 44/12 46/19 47/23
48/21 50/17 51/21 53/14 55/16 57/14
62/7 69/2 70/17 73/19 75/16 77/24
137/21 137/25
far [5]  12/1 84/17 116/16 119/22 205/6
Faris [1]  19/22
fashion [2]  47/13 96/17
fashioned [1]  81/12
fast [1]  70/14
fatality [1]  118/18
father [1]  69/4
fault [17]  13/14 33/25 34/7 36/14 89/9
89/11 89/12 90/22 90/23 91/23 94/5
103/6 104/16 104/18 104/24 106/2
120/1
favor [4]  56/19 84/9 84/10 84/11
favorable [1]  84/23
favoring [1]  134/5
fax [5]  7/2 7/3 7/9 7/22 12/8
FCAT [1]  149/22
FCE [1]  20/2
February [3]  42/6 148/13 213/3
federal [9]  33/19 33/20 66/5 66/6 66/11
66/13 71/7 121/7 170/16
fee [2]  179/11 179/15
feel [6]  104/17 143/9 191/25 192/24
207/16 217/17
feeling [6]  16/9 20/24 28/17 103/7
138/23 199/2
feelings [1]  104/9
fees [1]  179/18
fell [14]  6/25 13/16 24/8 34/22 44/1
70/3 72/25 95/13 103/22 103/25 140/2
153/1 153/19 190/22
fellowship [1]  175/20
females [1]  198/23
femur [1]  194/23
Fernando [1]  20/5
few [10]  3/8 15/21 16/20 87/20 109/21
140/15 147/10 163/17 187/24 222/23
field [4]  177/6 177/19 178/20 216/19
fifteen [6]  12/4 112/6 121/2 179/6
194/6 203/8
fifth [3]  83/15 138/21 148/14
figure [1]  165/15
file [13]  9/17 35/4 90/3 94/3 94/5 147/3
150/7 150/13 160/4 174/3 223/21
223/21 224/1
filed [11]  5/14 6/7 8/11 9/16 144/20
144/21 147/6 147/8 147/12 149/11
159/11
files [1]  167/20
filing [3]  94/3 160/11 224/16
fill [5]  5/11 17/8 117/13 141/18

filled [1]  118/8
films [2]  217/15 217/18
final [4]  6/8 135/8 135/11 164/8
finally [5]  20/11 120/4 120/17 160/12
172/15
financial [3]  54/5 113/15 114/22
find [36]  34/8 91/15 91/15 103/1 103/4
103/7 103/15 103/22 103/22 103/23
104/9 104/16 105/20 106/1 110/21
124/8 145/12 145/20 152/8 157/1
160/13 163/9 183/8 184/3 188/5 188/7
189/21 192/23 197/18 199/8 203/14
207/12 211/13 215/3 215/11 216/1
finding [17]  90/22 91/4 103/2 103/24
106/2 113/9 115/14 120/1 187/21
188/2 188/2 188/6 188/11 188/23
206/22 219/24 221/22
findings [9]  161/2 161/3 161/4 161/5
188/12 196/14 203/11 214/8 216/6
fine [17]  3/11 6/11 11/18 124/14
125/13 165/1 166/6 167/2 171/3 171/6
171/12 174/8 186/13 205/18 207/18
208/13 224/17
finish [4]  16/4 16/5 173/12 212/11
finished [9]  15/25 20/16 175/12 175/13
175/19 178/14 204/1 205/22 212/13
finishes [1]  134/25
finishing [2]  170/8 170/13
firm [1]  19/5
firms [1]  68/15
first [35]  2/22 15/23 18/24 21/1 33/2
37/16 76/17 89/15 110/9 111/7 112/5
112/6 115/22 121/9 121/10 127/1 135/5
138/5 138/6 144/7 145/24 160/14
169/7 169/9 171/17 171/17 171/24
174/24 180/9 186/5 194/24 209/15
210/4 210/8 210/8
fit [2]  171/20 207/5
fitness [2]  190/24 202/7
five [34]  12/2 15/24 16/3 16/4 16/5
23/19 29/10 31/3 45/16 67/8 83/21
98/24 112/3 112/4 119/21 119/22
119/25 120/3 121/4 121/22 121/23
129/4 150/5 152/4 159/25 162/24
171/2 173/6 173/11 181/14 191/2
199/14 209/3 212/19
five-minute [1]  129/4
fix [6]  45/6 120/11 188/21 193/7
204/12 207/18
fixing [1]  213/20
FL [2]  1/14 1/23
flat [5]  198/12 198/18 198/20 198/21
206/14
flew [2]  34/21 138/9
Flexeril [4]  192/11 192/21 192/23
192/23
flexible [1]  196/5
flexion [1]  183/17
flexors [1]  196/6
flight [4]  17/18 164/14 164/15 172/20
flights [2]  22/20 50/10
flimsy [1]  199/20
flipping [1]  186/25
floor [2]  17/25 188/6
FLORIDA [30]  1/1 1/18 17/20 19/15
19/24 20/1 20/7 20/10 20/13 31/24
53/1 63/8 63/11 82/25 86/10 87/6
108/5 137/11 137/23 159/2 159/8
159/15 159/21 164/16 172/22 175/5
175/13 175/13 176/19 176/19
flowed [1]  90/23
flown [25]  22/13 29/16 29/22 36/6
36/11 40/18 41/6 43/9 43/15 48/6 50/6
50/6 50/13 53/2 53/3 57/8 60/22 69/11

**F**

**flown...** [7] 69/23 73/14 78/16 78/25 80/23 82/3 84/13
**flsduscourt.gov** [1] 223/23
**fly** [2] 69/18 82/5
**flying** [12] 22/16 24/22 29/18 36/9 48/12 53/5 53/10 70/1 78/15 79/3 140/17 152/1
**focus** [1] 13/19
**focused** [3] 13/9 16/24 30/15
**folks** [1] 138/15
**follow** [26] 12/9 12/19 12/19 13/4 13/8 17/10 20/17 27/24 28/7 65/8 74/11 79/14 90/7 91/7 106/3 106/5 106/8 107/7 107/9 107/12 113/7 114/4 130/3 177/24 182/17 186/15
**follow-up** [10] 12/9 12/19 12/19 13/8 17/10 20/17 79/14 107/7 107/9 177/24
**followed** [1] 105/24
**following** [7] 123/12 126/2 133/25 145/12 149/8 151/6 164/10
**follows** [6] 14/15 111/6 128/23 132/16 134/20 174/24
**foot** [5] 40/1 40/2 152/11 158/12 188/5
**foregoing** [1] 225/13
**foreperson** [7] 39/13 39/16 40/4 65/19 72/18 77/8 85/16
**forget** [1] 70/14
**forgot** [1] 61/6
**form** [17] 4/6 5/11 5/12 5/14 6/19 6/20 7/9 92/5 92/6 94/8 112/19 114/17 114/20 130/14 188/17 201/9 223/19
**formal** [3] 150/13 172/5 172/10
**former** [1] 72/20
**formica** [1] 199/17
**Fort** [6] 11/2 17/20 140/17 140/19 164/15 172/21
**forth** [9] 7/1 66/18 110/16 138/21 139/11 142/1 142/19 186/9 199/21
**forthrightfulness** [1] 95/1
**Fortune** [1] 147/4
**forty** [3] 82/2 138/22 218/9
**forty-minute** [1] 218/9
**forward** [8] 134/23 147/10 195/12 196/16 205/12 222/8 222/24 224/8
**found** [14] 7/6 45/25 83/5 83/8 90/15 118/12 146/6 146/11 147/5 153/18 159/24 161/13 207/20 219/19
**foundation** [1] 172/6
**four** [26] 23/18 26/19 42/21 67/8 111/23 112/1 112/2 118/15 119/24 121/2 124/25 124/25 137/22 141/17 142/4 152/6 156/17 156/17 159/5 167/10 170/7 176/9 177/9 200/14 200/18 201/5
**four-month** [1] 159/5
**fourteen** [7] 12/3 111/16 111/17 114/12 115/3 121/17 121/18
**fourth** [2] 147/22 191/1
**fractures** [2] 213/6 217/17
**Frank** [6] 19/15 20/1 150/18 153/8 153/8 153/12
**frankly** [3] 129/5 211/4 220/20
**Fred** [1] 19/16
**free** [3] 120/23 143/9 222/14
**frequently** [1] 53/2
**friend** [39] 18/18 20/12 22/1 22/7 22/8 22/10 22/12 22/25 24/25 26/2 26/25 30/2 31/19 31/23 34/14 35/15 36/18 41/7 44/13 45/23 45/24 46/9 46/20 47/23 48/22 50/17 51/21 53/15 55/16 57/15 69/1 70/18 73/5 73/24 75/17 77/23 87/16 116/3 116/5
**friend's** [1] 68/7

**friends** [6] 22/6 62/7 73/20 116/2 116/3 116/6
**front** [12] 12/3 12/4 17/3 60/16 125/3 140/4 165/12 165/12 181/2 194/22 194/23 209/18
**Ft** [5] 138/10 140/21 140/23 164/16 172/22
**Fulgueira** [1] 1/16
**full** [26] 23/9 23/14 23/15 25/10 26/11 30/11 32/8 37/3 41/16 47/4 49/6 51/2 52/5 53/24 57/25 63/1 71/2 74/4 76/1 78/8 177/22 181/13 181/15 193/25 195/18 197/21
**full-time** [3] 23/14 23/15 177/22
**fully** [1] 130/20
**function** [2] 142/6 196/17
**functioned** [1] 195/15
**Furgange** [1] 19/16
**further** [6] 20/19 128/20 135/7 165/11 221/5 222/4
**future** [6] 18/6 18/6 54/13 157/19 204/23 204/23

**G**

**Gables** [4] 24/19 175/5 176/25 178/3
**Gainesville** [1] 175/13
**Gali** [1] 19/23
**gamesmanship** [1] 94/15
**Gary** [1] 19/23
**gate** [1] 18/3
**gather** [1] 8/3
**gathered** [1] 126/16
**gave** [12] 12/1 73/7 92/20 92/22 117/11 140/19 140/24 155/10 157/13 185/1 185/19 206/22
**Gelbard** [3] 20/4 148/22 157/12
**Gelbard's** [1] 149/3
**general** [1] 95/7
**generally** [11] 13/10 16/2 17/4 27/15 110/19 110/21 180/24 193/7 194/13 194/20 199/5
**generate** [1] 194/11
**gentleman** [1] 213/8
**gentlemen** [5] 67/8 129/22 136/11 142/23 222/17
**George** [3] 19/18 150/17 153/16
**get** [74] 13/19 14/2 17/5 24/7 28/14 38/1 58/14 59/17 61/19 61/20 66/24 88/15 89/7 95/7 99/6 99/14 100/21 121/3 128/15 130/21 131/25 136/14 137/4 139/2 139/2 139/3 139/3 139/5 141/21 141/22 146/3 148/11 156/2 156/3 156/24 156/25 157/4 160/3 160/5 160/6 160/12 160/13 163/7 166/17 166/18 166/21 167/14 168/19 179/7 180/3 180/23 180/25 183/18 185/14 187/1 194/1 194/7 195/22 198/14 199/24 201/21 202/13 206/11 207/15 207/16 207/17 210/22 212/14 215/17 219/22 224/5
**gets** [3] 170/12 171/9 181/3
**getting** [8] 22/22 88/17 116/25 139/5 165/5 169/1 169/25 190/2
**Gipps** [1] 20/1
**give** [65] 3/14 5/8 5/9 12/18 15/21 20/16 23/8 25/9 26/10 30/10 32/7 37/2 37/20 41/15 47/3 49/5 51/1 52/4 53/23 56/19 57/24 62/25 71/1 71/9 74/3 74/9 75/25 78/7 79/16 92/13 93/13 105/16 108/17 109/20 117/15 124/2 124/5 124/10 124/20 124/21 125/12 127/13 127/17 127/22 128/3 129/3 129/4 136/2 136/5 150/11 155/15 156/22 157/5 158/2 159/16 164/4 166/2 166/7 170/23 184/9 193/1 199/25 206/23

207/17 216/10
**given** [33] 20/13 31/25 42/6 27/3 30/5 32/1 36/21 41/10 44/16 46/23 48/25 50/21 51/25 53/18 57/19 62/11 70/21 73/23 75/20 78/2 92/5 92/6 92/10 93/24 94/7 102/15 102/21 115/19 130/23 135/10 135/18 177/21
**gives** [3] 121/4 155/17 196/16
**giving** [2] 5/18 139/10
**Glick** [1] 19/23
**go** [70] 4/11 6/24 10/14 14/11 16/4 17/9 20/21 20/21 20/22 20/22 34/25 45/7 45/10 49/16 69/17 81/3 97/13 97/18 107/7 109/23 110/3 110/16 121/11 121/14 124/1 125/10 126/12 129/7 132/21 134/18 134/22 138/15 139/1 144/6 145/21 145/21 153/21 154/17 163/17 169/18 170/4 171/3 173/4 173/8 177/5 180/2 181/7 186/4 186/15 190/13 191/8 193/2 193/12 195/16 195/17 198/3 198/4 201/5 203/8 205/25 210/22 211/14 211/23 215/18 216/25 218/5 222/14 222/18 224/1 224/12
**goal** [1] 20/20
**goes** [20] 4/9 16/13 64/4 71/10 116/24 134/6 148/21 149/25 150/1 153/8 153/16 188/15 190/23 196/21 196/22 198/18 198/21 202/10 205/12 218/21
**going** [194] 9/20 9/21 10/8 10/14 11/15 11/18 11/23 11/23 13/17 15/8 15/20 15/25 16/1 16/21 17/5 17/9 18/13 18/17 18/22 20/14 27/10 66/18 73/2 74/13 74/23 79/12 79/12 88/18 92/2 92/3 94/21 96/13 96/14 96/15 99/19 99/20 99/22 102/7 102/21 102/24 105/5 106/22 109/18 109/18 109/20 109/20 109/22 110/7 110/8 110/9 113/22 115/10 115/14 115/15 116/17 117/4 117/15 117/22 118/11 118/25 118/25 119/12 119/19 120/5 120/8 120/23 123/24 123/25 124/1 124/2 124/7 125/10 125/11 125/25 127/8 127/20 128/9 128/10 136/14 137/3 141/19 143/4 143/19 143/24 144/1 144/5 144/6 144/8 145/13 145/22 146/3 146/4 147/11 148/5 148/23 149/3 150/3 150/11 150/15 151/12 151/15 151/16 151/22 152/7 152/9 152/12 152/22 153/4 153/5 153/6 153/8 153/12 153/17 153/23 153/25 154/1 155/4 155/7 155/8 155/14 156/2 156/2 156/5 157/7 158/2 158/5 158/11 158/13 158/18 159/19 161/1 161/9 161/10 161/15 161/16 161/20 161/21 162/1 162/4 162/7 162/10 162/14 162/15 162/17 162/20 162/23 163/5 163/5 163/7 163/9 163/12 163/16 164/9 165/15 167/13 168/7 168/17 168/18 169/4 169/7 169/14 169/18 171/15 171/18 171/18 172/10 172/16 173/14 173/10 175/6 179/9 182/1 183/7 183/13 186/4 186/4 186/9 186/12 190/13 192/20 197/5 203/5 207/15 207/16 207/16 213/14 213/14 213/21 215/17 215/18 221/19 222/18 224/12
**gone** [2] 20/14 113/14
**Gonzalez** [6] 71/20 83/11 93/10 106/20 123/2 123/3
**good** [44] 2/12 2/13 2/18 8/7 15/4 28/17 32/17 40/23 48/12 48/13 53/7 54/22 74/21 84/5 84/16 84/17 84/18 88/10 88/11 117/13 136/10 138/11 138/19 160/8 168/19 171/14 174/18

## G

good... [19] 175/1 175/2 188/3 188/23
191/25 194/14 200/11 201/4 202/11
202/15 202/17 202/18 208/11 208/14
210/3 216/25 219/20
got [24] 22/17 24/6 30/22 34/23 37/22
60/4 61/7 63/19 67/10 82/17 85/2
98/17 116/23 137/13 137/14 137/15
146/10 152/4 152/6 162/24 168/19
169/25 170/1 208/21
gotten [3] 95/19 95/22 98/11
Goulds [1] 41/25
government [5] 33/20 56/10 71/7 117/1
159/9
gown [1] 194/21
grade [3] 83/15 190/15 195/21
graduate [1] 86/10
graduated [1] 136/17
grant [4] 113/22 114/10 119/12 119/19
granting [1] 121/1
great [5] 80/17 113/18 137/3 189/12
199/22
greater [5] 88/21 88/25 91/23 117/2
132/11
Greg [6] 2/18 15/4 19/4 19/13 143/14
223/9
Gregory [1] 1/15
Griffis [1] 20/6
grocery [1] 42/11
ground [2] 18/10 66/14
group [2] 83/13 126/17
groups [2] 197/12 197/15
Grove [1] 76/11
grow [1] 201/17
guarantee [2] 115/9 170/10
guess [15] 29/15 33/5 33/10 33/14
34/19 34/22 58/13 66/1 83/5 86/18
102/20 134/7 163/23 170/18 214/20
guide [1] 102/25
Guillen [8] 21/5 97/24 106/9 111/18
111/19 115/24 116/15 122/3
guilty [1] 33/21
gun [2] 33/6 33/6
guy [1] 45/25
guys [2] 146/4 156/2

## H

had [193] 5/19 8/21 9/7 9/17 11/8
11/20 12/8 12/23 17/13 18/19 21/25
22/15 22/25 23/4 24/21 24/25 25/17
26/2 26/6 26/25 27/4 27/17 29/17 30/2
30/6 30/24 31/19 32/2 34/23 36/8
36/18 36/22 37/9 39/25 40/21 40/23
41/7 41/11 42/14 43/11 43/19 44/13
44/17 45/10 46/20 46/24 48/22 49/1
50/17 50/22 51/21 52/1 53/15 53/19
57/15 57/20 59/16 60/3 61/7 61/8 61/8
61/14 61/25 62/12 63/10 66/22 67/9
69/25 70/18 70/22 72/21 73/5 73/20
73/24 75/17 75/21 76/25 78/3 80/17
80/18 81/5 84/6 84/18 84/21 85/8 87/7
87/16 89/2 89/14 89/16 89/19 89/24
95/16 96/20 96/24 97/14 103/2 103/5
103/13 108/17 108/18 115/4 115/17
115/22 137/22 138/11 138/13 138/19
138/24 140/15 140/15 142/9 142/10
144/12 144/19 144/21 145/3 145/24
146/21 147/1 147/14 147/22 150/7
150/12 151/18 153/13 154/8 154/17
154/19 154/24 155/7 155/18 155/18
157/1 157/19 157/25 158/3 158/19
160/4 160/14 162/18 165/19 177/7
177/9 177/11 181/9 187/3 187/14
189/8 189/10 190/9 190/17 190/20
190/25 191/1 191/2 191/5 191/7
192/1 192/18 192/9 193/2 193/9
193/24 193/25 195/14 195/18
196/4 196/9 197/21 198/9 198/15
199/1 199/2 202/22 206/4 206/6
206/21 213/8 213/9 213/10 213/10
213/12 213/18 214/11 215/6 215/6
215/24 216/9 221/2 221/22 221/25
hadn't [2] 113/19 154/16
Haiti [1] 101/12
half [8] 81/14 140/22 168/19 176/1
179/6 179/17 210/14 221/15
Hall [3] 19/17 141/11 162/15
hammer [1] 196/19
hamstrings [1] 196/5
hand [25] 3/7 3/15 5/19 16/5 25/20
26/18 32/15 33/22 38/10 41/23 49/14
51/9 58/21 63/15 71/18 76/8 79/23
95/23 97/23 128/17 130/16 131/21
132/19 143/5 222/8
hand-held [1] 143/5
handed [1] 21/2
handkerchief [1] 126/6
handkerchiefs [1] 126/7
handle [5] 38/16 38/16 54/15 128/16
169/6
handler [3] 22/11 116/6 116/20
handwriting [1] 180/3
hang [1] 203/20
Hanna [1] 19/22
happen [4] 17/2 43/24 61/21 125/18
happened [14] 34/16 44/7 62/21 91/16
96/8 143/21 144/13 151/6 151/8
151/12 153/20 158/7 191/7 195/20
happening [2] 108/10 170/7
happens [2] 5/13 196/20
happy [1] 209/10
hard [5] 64/11 136/18 137/7 137/20
138/4
hardship [2] 116/22 117/2
Harris [1] 20/6
has [120] 10/12 11/4 11/7 16/20 18/9
18/11 18/18 18/18 20/12 23/4 26/6
27/4 30/6 32/2 33/6 33/19 33/23 34/3
34/4 34/6 34/14 35/15 45/23 48/18
52/1 53/14 53/19 55/16 55/19 56/4
56/11 56/15 57/11 57/20 60/24 61/12
61/16 61/20 61/25 66/13 68/11 69/2
70/15 70/22 75/12 75/21 78/3 79/2
91/5 91/5 91/6 92/9 93/23 95/11 95/12
95/22 95/22 97/20 97/22 100/12
105/25 106/1 112/15 112/19 114/16
115/6 115/16 115/20 115/21 116/2
116/5 116/24 118/23 119/4 132/19
137/24 141/21 142/4 142/14 143/20
144/1 144/16 152/10 152/14 152/18
158/23 160/23 161/18 161/18 162/8
162/11 162/25 163/6 170/25 176/8
180/20 180/25 181/9 181/13 181/14
181/15 190/18 194/7 194/9 196/17
199/20 200/24 201/7 202/6 202/18
204/14 205/7 205/13 205/14 206/10
207/7 207/8 207/12 218/22 219/5
hasn't [4] 151/8 161/17 169/16 204/1
hassle [1] 71/9
hasty [1] 133/5
have [401]
haven't [11] 3/25 5/20 28/4 63/3 78/18
78/21 78/24 88/13 165/9 172/2 213/15
having [19] 3/8 16/12 20/14 58/9 89/4
96/9 109/23 116/6 116/16 116/22
165/9 173/14 174/24 201/8 201/24
201/25 202/1 202/15 211/22
he [124] 2/9 2/10 15/2 33/5 33/6 38/16
38/16 38/17 38/17 38/19 45/5 45/25

190/25 191/1 191/2 191/5 191/7
192/1 192/18 192/9 193/2 193/9
193/24 193/25 195/14 195/18
196/4 196/9 197/21 198/9 198/15
199/1 199/2 202/22 206/4 206/6
206/21 213/8 213/9 213/10 213/10
213/12 213/18 214/11 215/6 215/6
215/24 216/9 221/2 221/22 221/25

46/2 46/6 46/10 55/23 55/23 55/24
50/8 52/2 55/11 60/12 68/11
68/12 68/13 68/14 68/17 69/9 72/21
72/25 79/15 80/2 80/2 80/4 104/21
113/2 113/2 113/2 113/3 113/18
114/16 114/18 114/24 114/24 115/4
115/7 115/16 115/18 115/18 115/19
115/20 115/21 116/2 116/3 116/5
116/11 116/11 116/24 117/11 117/13
117/14 117/21 117/22 117/23 117/23
118/1 118/1 118/2 118/3 118/3 118/7
118/7 118/8 118/9 118/12 118/13
118/13 128/10 138/20 149/23 153/9
153/12 153/13 153/17 153/20 161/13
162/8 162/8 162/10 162/15 166/7
168/2 168/7 168/8 168/10 168/15
170/3 170/10 170/12 170/25 170/25
178/19 181/23 182/22 182/23 183/2
184/6 184/9 184/19 185/1 185/2
185/18 185/20 185/22 186/1 187/5
187/8 187/10 187/12 209/7 210/10
212/13 224/18
he'll [1] 5/9
he's [40] 8/9 8/10 22/11 45/24 55/23
55/25 69/6 69/7 105/7 115/6 115/14
115/19 116/10 116/17 116/25 116/25
117/25 153/6 161/15 161/16 161/20
162/17 163/9 163/12 166/6 168/7
168/12 168/14 168/18 168/22 170/13
170/14 170/16 170/21 174/9 174/10
204/15 218/22 224/5 224/17
head [11] 34/22 92/12 93/10 94/18
94/24 139/3 139/5 197/15 198/4
219/15 219/22
headaches [1] 146/19
heads [2] 91/19 180/3
healed [1] 162/19
health [13] 19/10 19/13 19/14 20/2
20/9 20/10 98/17 102/1 119/9 137/15
191/21 202/18 212/8
hear [24] 9/20 19/9 52/19 57/5 62/2
62/22 64/9 103/17 104/1 110/12
110/13 111/10 112/5 120/15 120/16
121/9 129/8 133/3 136/23 136/23
141/10 141/11 142/18 161/1
heard [10] 28/4 67/14 103/19 115/15
133/6 173/18 175/21 197/9 203/7
221/14
hearing [4] 127/24 128/20 133/18
134/11
heart [1] 179/7
heat [2] 191/10 191/25
heaviness [1] 99/8
heavy [2] 59/21 195/9
heel [2] 148/17 188/5
heels [3] 184/16 195/14 196/1
Heery [1] 56/11
held [2] 140/8 143/5
helicopters [1] 175/22
Hello [1] 51/11
help [15] 17/6 45/6 135/25 138/24
139/2 139/8 140/13 183/9 189/12
189/21 193/4 196/7 201/21 204/15
212/2
helpful [13] 143/7 181/11 181/11
188/14 189/13 189/14 204/19 205/3
212/10 212/14 217/24 218/6 218/8
helping [2] 140/6 188/15
helps [6] 16/11 16/15 183/24 189/13
198/6 223/17
Henderson [2] 149/10 149/13
her [347]
here [81] 3/23 6/12 13 15/1 16/2 28/9
28/11 28/12 28/13 28/24 30/8 32/5
34/4 34/5 41/20 43/17 44/7 57/22 63/5

**H**

here... **[62]** 65/10 70/15 74/18 76/6
77/21 78/13 79/9 88/17 94/13 102/21
102/23 108/11 109/23 116/23 117/1
117/25 118/20 119/8 134/16 136/11
137/11 137/12 137/12 137/13 142/21
145/18 156/3 157/15 168/6 168/8
168/8 168/17 168/18 169/4 170/9
170/10 170/12 172/2 173/3 174/2
174/15 186/12 187/16 191/2 192/7
194/8 198/1 198/14 198/19 198/24
205/2 208/21 209/12 209/14 210/2
210/22 215/6 222/19 222/24 224/2
224/8 224/11
hernia **[2]** 96/6 192/15
herniated **[8]** 96/6 96/10 184/1 185/13
189/1 199/7 203/6 205/7
herniation **[1]** 96/25
hers **[1]** 219/23
herself **[6]** 137/14 137/14 137/16
137/21 140/2 153/2
hesitation **[2]** 103/20 115/20
Hi **[2]** 47/11 76/10
Hialeah **[1]** 71/21
hid **[3]** 144/4 144/9 159/22
hide **[2]** 94/16 155/21
high **[6]** 28/20 71/22 88/22 101/6
136/17 138/3
higher **[2]** 220/4 220/19
highly **[2]** 7/5 10/5
him **[36]** 5/8 7/24 33/12 46/14 55/5
79/14 107/7 108/17 114/20 115/13
116/23 117/22 118/14 125/1 127/12
128/11 128/14 147/7 149/6 152/25
153/1 153/18 166/7 168/12 168/17
168/21 169/3 169/21 170/2 171/20
173/12 186/12 209/3 209/4 212/11
214/13
hip **[18]** 146/19 146/25 147/7 149/25
150/21 154/20 160/23 183/17 196/2
196/2 196/6 196/7 198/18 198/19
198/23 205/21 218/4 218/5
hips **[2]** 196/3 218/2
hired **[1]** 55/25
his **[42]** 5/9 8/12 19/2 33/3 33/6 38/20
55/1 55/2 56/2 56/7 56/9 68/13 105/12
114/18 115/4 115/4 115/11 115/13
115/20 116/12 116/12 116/22 117/1
117/1 117/11 117/13 138/1 138/20
139/23 149/4 152/24 153/3 168/11
168/22 170/3 170/25 182/24 184/22
184/23 187/12 212/11 224/16
histories **[1]** 180/15
history **[30]** 150/4 150/6 156/6 162/25
175/8 177/4 179/9 180/8 180/8 180/14
180/17 180/23 181/13 189/24 190/10
190/19 190/20 190/22 191/4 192/5
192/8 192/9 192/19 193/11 194/13
200/6 201/8 202/1 215/24 220/5
hit **[1]** 181/3
hitting **[1]** 60/15
hobby **[2]** 68/8 68/18
hold **[7]** 61/21 176/21 186/20 195/24
209/24 215/10 220/20
holding **[3]** 116/25 220/3 220/19
holdings **[2]** 115/6 115/7
home **[14]** 24/11 24/12 28/22 34/17
47/19 52/11 52/17 70/9 81/7 84/7
89/16 89/20 141/7 222/18
Homestead **[3]** 51/11 51/14 51/15
Honduras **[1]** 81/4
honestly **[2]** 191/12 207/10
honesty **[1]** 95/1
honor **[112]** 2/12 2/15 2/18 2/25 3/2 3/6

3/8 3/21 4/4 4/14 4/19 5/3 5/6 5/7 6/13
6/16 7/11 12/25 13/13 13/16 13/20
10/4 10/17 10/23 11/13 12/11 12/13
14/24 32/17 79/18 79/21 88/4 88/5
88/7 88/19 88/22 91/3 91/14 91/18
92/4 97/5 98/25 102/22 106/1 106/4
107/5 109/10 109/16 111/1 111/3
111/12 111/20 112/10 112/23 113/1
114/15 115/25 116/2 116/9 117/9
117/21 118/5 119/3 121/13 121/20
121/22 122/17 122/19 123/1 123/20
123/22 124/13 124/14 124/19 124/23
127/4 127/6 127/14 128/7 129/12
129/16 129/18 136/7 139/20 142/25
143/10 164/23 164/25 165/20 166/4
166/22 167/7 167/20 168/7 169/22
171/6 173/25 174/15 174/21 178/16
182/6 203/24 204/4 221/7 222/10
222/12 223/4 223/14 224/4 224/15
HONORABLE **[1]** 1/9
honors **[1]** 124/16
hopefully **[2]** 88/13 224/1
horse **[1]** 58/8
Hosono **[1]** 20/8
hospital **[8]** 63/22 72/9 72/11 101/21
176/25 177/1 177/1 177/1
hospitals **[1]** 176/22
hot **[1]** 222/22
hour **[14]** 3/10 6/2 20/24 109/12 140/14
168/19 179/5 179/6 179/16 179/16
179/25 179/25 210/14 221/15
hours **[5]** 23/17 23/19 116/11 140/16
140/22
housekeeping **[6]** 3/3 6/12 10/19 10/22
164/8 173/23
how **[45]** 12/18 24/7 40/7 43/24 52/12
60/9 69/21 72/15 75/5 81/24 82/1
82/23 82/25 84/4 87/19 90/17 98/6
99/17 101/13 106/9 107/24 108/5
118/8 124/8 124/10 124/17 141/19
149/1 155/6 168/10 177/16 177/17
177/18 178/12 194/4 194/5 196/8
200/13 201/12 207/7 208/11 208/13
210/13 219/24 221/14
however **[5]** 6/1 8/17 130/23 133/1
188/24
human **[2]** 58/19 105/12
humiliation **[1]** 154/4
Hundreds **[1]** 140/3
Hurricane **[1]** 155/12
hurt **[12]** 59/16 82/9 82/14 83/17 89/4
89/7 93/3 140/2 183/14 194/13 203/5
207/16
hurts **[5]** 161/6 185/12 188/4 189/2
189/3
husband **[15]** 38/15 55/18 55/20 57/2
68/8 72/21 80/1 112/18 113/12 113/15
138/1 141/3 141/3 141/4 142/6
husband's **[5]** 93/15 113/13 114/8
Hyde **[5]** 19/25 161/24 185/24 187/3
187/6

**I**

I'd **[5]** 139/14 175/6 186/16 188/21
211/19
I'll **[46]** 9/20 11/18 12/6 12/18 16/23
20/16 20/22 30/15 31/8 31/14 71/10
79/16 79/21 99/14 105/16 110/10
110/12 110/13 110/15 110/24 111/10
112/5 121/11 123/23 124/5 124/20
124/21 127/20 127/21 127/22 128/14
128/16 129/3 129/3 164/11 166/2
166/7 168/17 169/12 170/23 208/13
211/1 222/24 222/25 223/18 224/7
I'm **[133]** 3/8 7/15 9/3 9/16 9/20 9/21

10/8 10/12 10/14 11/18 11/23 11/23
12/5 13/14 13/17 14/19 14/23 17/22
18/13 18/17 20/14 23/12 23/13 23/16
28/9 28/17 30/14 31/1 31/7 35/17
35/19 37/16 45/25 46/4 47/11 50/8
54/5 55/3 58/13 62/19 63/24 64/11
65/24 66/1 66/8 66/16 68/16 74/23
79/12 79/12 81/12 83/12 88/18 94/21
95/8 95/22 99/16 100/19 102/3 104/12
105/24 106/7 106/22 109/18 109/18
109/20 109/20 110/7 110/8 110/9
112/12 113/22 115/15 117/4 117/23
118/11 119/12 119/19 120/8 120/22
121/1 123/24 123/25 124/1 124/2
124/10 125/10 136/14 139/4 139/5
144/6 145/1 147/11 147/22 155/14
158/18 163/16 164/9 167/18 167/20
170/19 171/15 172/16 173/4 176/20
176/25 177/25 178/3 179/24 181/6
181/21 181/25 182/1 186/4 186/4
186/12 187/15 189/14 189/16 190/13
194/7 209/22 210/7 210/18 210/21
211/21 212/9 212/13 213/21 215/10
221/19 222/17 223/9
I've **[22]** 12/23 23/18 59/16 60/3 63/10
87/23 115/15 135/18 168/12 169/25
169/25 176/1 177/21 180/12 187/14
187/24 189/15 190/11 208/21 210/12
219/19 220/14
ibuprofen **[1]** 192/11
IBW **[1]** 35/20
ice **[1]** 70/8
ID **[1]** 225/6
idea **[2]** 184/9 196/16
idle **[1]** 12/24
ignorance **[1]** 63/25
ignore **[2]** 125/23 133/24
iliotibial **[1]** 206/14
illegal **[1]** 33/6
Illinois **[2]** 175/18 175/18
images **[1]** 162/16
Imaging **[1]** 19/21
immediately **[1]** 149/25
impaired **[1]** 207/7
impairment **[7]** 147/2 206/21 206/22
206/23 206/25 207/1 207/12
impartial **[16]** 25/7 27/6 30/8 31/11
32/5 41/13 57/22 62/14 113/6 113/21
115/21 116/18 118/22 118/24 119/11
120/6
impartially **[12]** 17/15 26/8 26/16 38/22
41/1 43/16 45/20 48/16 50/3 53/11
65/5 73/11
implemented **[2]** 205/18 206/16
importance **[1]** 134/16
important **[14]** 7/6 12/21 93/2 94/20
95/1 137/1 165/16 180/14 180/16
181/8 190/18 191/14 214/21 220/5
impression **[6]** 132/12 184/24 205/3
205/4 218/10 220/5
impressions **[3]** 133/5 206/2 218/11
impropriety **[1]** 133/20
improved **[2]** 162/19 206/12
improvement **[6]** 185/3 206/5 206/6
206/8 206/10 206/18
inability **[2]** 117/11 205/15
inactivity **[4]** 199/13 199/15 201/2
205/21
inaudible **[2]** 56/10 87/11
Inc **[4]** 2/4 14/19 19/15 128/25
inch **[1]** 156/4
incident **[51]** 8/13 8/16 8/22 9/12 18/1
18/4 35/9 44/6 62/15 89/25 136/22
136/25 143/21 144/12 144/22 145/11
145/17 146/6 150/19 151/1 151/8

**I**

**incident... [30]** 151/10 151/14 152/19
152/24 153/1 153/3 153/7 153/11
153/18 153/19 153/20 154/7 156/14
156/18 157/20 158/15 158/24 159/14
160/16 161/11 161/24 162/1 190/4
190/7 200/25 201/7 202/3 204/9
204/24 207/21
**incidents [5]** 35/7 97/1 145/21 152/13
190/11
**inclination [1]** 124/11
**included [1]** 160/9
**includes [1]** 126/9
**including [1]** 130/7
**income [1]** 157/19
**inconsistent [1]** 183/19
**inconvenient [1]** 86/20
**incur [2]** 158/12 158/14
**independent [3]** 4/25 55/24 132/8
**INDEX [2]** 224/22 225/1
**indicate [2]** 113/20 115/6
**indicated [2]** 99/1 118/19
**indicating [3]** 154/10 180/2 198/2
**indication [3]** 115/19 185/21 218/14
**individual [3]** 4/10 20/15 105/10
**individually [4]** 3/18 18/17 18/23
131/23
**individuals [1]** 101/24
**indulging [1]** 224/4
**industry [2]** 38/15 116/17
**infer [1]** 134/3
**inferences [3]** 131/5 131/16 134/8
**infirmity [1]** 156/13
**inflammation [2]** 198/25 199/23
**inflammatory [2]** 192/10 200/16
**inflexibility [2]** 200/10 203/18
**influence [21]** 17/14 23/5 25/6 26/7
27/5 30/7 32/4 36/23 41/12 43/6 44/18
50/24 53/20 57/21 62/13 70/11 70/23
74/1 75/23 77/21 78/5
**influenced [3]** 56/25 114/7 132/9
**information [13]** 7/6 8/18 8/25 15/22
17/16 139/13 148/11 154/22 155/22
155/22 156/21 183/8 221/11
**initial [1]** 147/18
**initially [2]** 98/24 98/25
**inject [1]** 199/25
**injected [1]** 213/10
**injection [1]** 200/19
**injections [4]** 150/24 204/10 204/12
204/14
**injunctions [1]** 157/14
**injure [1]** 96/4
**injured [25]** 13/6 13/13 27/18 37/22
40/1 43/20 89/25 89/25 93/3 95/22
95/24 101/24 102/9 104/15 104/22
105/15 105/18 145/25 146/1 146/2
146/11 153/1 154/7 181/1 207/8
**injures [1]** 145/16
**injuries [48]** 22/19 29/18 29/21 42/13
59/14 59/17 60/3 60/17 60/18 63/9
63/13 63/14 64/19 64/21 68/20 82/17
82/19 85/3 90/23 95/8 96/16 97/9
97/24 143/23 144/2 144/10 144/11
144/23 145/22 146/3 147/7 152/7
152/13 154/8 154/17 154/19 155/8
155/15 155/17 156/1 156/6 157/2
181/11 187/19 188/18 190/22 201/9
202/4
**injury [76]** 19/15 24/6 24/7 27/13 27/22
28/2 28/3 35/11 37/10 38/23 38/24
42/15 44/5 60/2 68/21 68/24 72/10
72/17 72/23 77/18 81/5 84/21 85/9
90/3 91/6 91/16 91/17 95/12 95/14

95/16 95/19 95/22 96/14 96/16 96/19
97/12 97/13 97/20 100/1 100/8 100/9
103/15 103/24 104/8 105/15 106/2
118/17 120/2 140/5 142/2 142/11
142/16 144/20 146/14 147/23 149/15
149/21 149/24 150/11 151/1 153/5
153/11 153/25 154/25 163/2 163/2
166/25 181/1 181/4 190/16 201/3
201/15 201/16 202/12 202/14 209/16
**injury/accident [1]** 60/2
**inquiry [2]** 13/9 13/12
**ins [1]** 6/24
**instability [2]** 203/8 217/16
**instance [1]** 95/16 184/1 189/1
**instead [3]** 73/8 154/10 186/9
**Institute [1]** 19/15
**instruct [4]** 65/9 92/4 104/25 135/12
**instructed [5]** 46/17 88/23 90/21 91/18
106/4
**instruction [4]** 102/22 102/24 107/13
135/22
**instructions [13]** 27/25 28/7 65/8 74/11
105/17 109/2 124/3 124/5 126/2 133/8
133/25 135/8 223/19
**instructs [5]** 90/11 91/3 91/14
**insurance [11]** 38/15 38/16 39/22 40/3
80/1 144/25 145/10 145/15 147/4
147/4 207/8
**insuree [1]** 39/22
**intend [3]** 4/8 6/3 12/9
**intended [1]** 135/25
**interaction [1]** 133/21
**interesting [4]** 6/17 159/20 190/25
219/24
**interestingly [2]** 155/6 190/18
**Intermodel [1]** 55/21
**International [3]** 35/18 56/11 86/11
**internship [2]** 175/9 175/14
**interrogatories [9]** 92/6 94/8 94/15
144/15 144/18 147/19 149/19 153/24
155/13
**interrogatory [12]** 144/24 145/2 145/6
154/5 154/22 155/24 156/11 156/22
157/3 158/17 158/18 158/25
**interrupt [1]** 196/10
**interruptions [1]** 134/15
**intertwined [1]** 214/1
**interwind [1]** 213/25
**introduce [2]** 6/4 14/22
**introduced [2]** 9/11 131/19
**inverse [1]** 117/24
**invest [3]** 81/13 81/15 81/22
**invested [3]** 54/16 115/17 115/22
**investment [3]** 81/11 82/1 114/17
**investments [1]** 54/10
**invited [2]** 138/3 139/25
**involve [1]** 38/22
**involved [18]** 38/17 38/17 54/10 55/6
59/13 77/17 85/11 85/12 89/15 92/9
96/25 119/4 131/25 144/2 145/15
146/16 148/14 190/3
**involves [1]** 35/11
**involving [2]** 118/17 150/19
**irregular [1]** 7/5
**irrelevant [2]** 215/4 216/6
**irritates [1]** 197/8
**is [533]**
**is trochanteric [1]** 203/17
**isn't [4]** 7/16 113/16 141/23 207/19
**issue [9]** 6/24 10/11 79/7 102/21
120/17 128/15 131/4 165/7 169/17
**issues [14]** 4/22 6/24 16/12 38/4 38/22
55/14 65/5 129/24 135/16 135/25
145/8 171/17 171/20 171/23
**Isusquiza [6]** 74/22 94/22 94/23 95/4

123/18 125/4
**it if [1]** 216/14
**it's [81]** 4/24 6/20 7/6 8/20 17/1 21/21
28/11 28/19 33/20 33/24 34/7 56/10
63/22 64/11 64/23 64/25 64/25 68/15
74/13 78/22 79/20 86/3 88/22 94/1
97/17 98/11 102/15 103/5 113/4
124/22 124/25 126/2 126/5 142/14
150/23 152/9 159/20 160/20 164/18
167/10 169/6 170/2 180/13 180/19
180/20 180/20 181/4 181/22 182/18
184/2 184/20 188/10 188/14 189/12
189/13 194/2 195/19 197/7 199/9
200/3 200/11 200/15 200/18 201/3
201/5 201/13 201/22 201/23 202/8
202/8 202/17 204/2 205/2 206/9
208/16 209/23 213/6 214/16 216/5
216/15 219/3
**item [1]** 224/15
**items [2]** 17/9 130/7
**itinerary [2]** 8/19 8/20
**its [7]** 8/21 19/4 111/5 136/13 142/2
142/12 142/12
**itself [5]** 113/16 134/9 151/10 155/23
211/16

**J**

**Jackson [1]** 92/14
**James [1]** 19/17
**Janice [1]** 11/1
**January [2]** 159/4 182/19
**Japan [15]** 17/19 69/17 78/18 138/3
138/9 138/9 138/10 140/17 150/19
153/11 153/20 154/23 164/15 172/21
190/4
**Jathea [4]** 29/12 86/3 112/4 119/21
**Jesse [1]** 20/4
**Jessup [1]** 20/7
**job [10]** 27/22 89/4 89/7 101/23 102/7
116/24 116/25 137/14 137/14 187/22
**jobs [6]** 23/12 23/14 116/10 116/22
137/2 137/7
**John [4]** 19/21 174/22 174/23 225/3
**joined [1]** 175/24
**Joint [1]** 215/23
**Jonathan [3]** 19/25 161/24 185/23
**Jorge [3]** 20/3 49/15 123/17
**José [3]** 31/16 86/24 123/14
**Journal [1]** 215/23
**judge [30]** 1/9 2/3 5/25 8/7 8/14 9/11
9/15 10/3 10/10 10/10 10/12 14/18
43/16 50/3 50/14 62/17 62/22 66/21
99/10 99/13 107/13 107/18 108/1
127/15 134/13 160/1 164/3 170/14
172/11 174/6
**judging [1]** 53/11
**judgment [2]** 56/16 133/6
**Judith [2]** 1/22 225/18
**judy [1]** 1/24
**Julian [1]** 19/13
**JUNE [4]** 1/6 151/3 151/5 158/1
**junior [1]** 177/11
**juries [3]** 39/2 40/15 71/25 76/14
**Jurisprudence [1]** 91/21
**juror [99]** 15/15 21/1 24/16 25/21
26/16 26/19 27/6 29/9 31/4 31/14
32/16 33/1 33/2 38/11 41/13 41/23
42/1 46/13 49/14 51/10 58/18 58/22
62/14 63/16 67/13 70/15 71/19 76/9
79/24 79/25 90/14 98/1 98/24 99/2
99/19 100/18 101/16 106/5 109/7
110/15 111/13 111/15 111/18 111/24
112/1 112/2 112/3 112/4 112/5 112/13
114/12 115/2 115/13 115/24 117/3

## J

juror... [44] 117/6 117/10 118/4 118/15 118/16 119/21 119/22 119/24 120/11 121/1 121/2 121/10 121/11 121/17 121/18 121/22 121/23 122/3 122/4 122/7 122/8 122/10 122/12 122/14 122/15 122/18 122/20 122/22 122/23 123/1 123/3 123/5 123/10 123/14 123/14 123/15 123/15 123/16 123/16 123/17 123/18 123/5 126/5 132/12

juror's [1] 128/3

jurors [19] 4/22 12/16 14/10 17/3 33/18 62/20 109/19 110/2 110/22 111/9 111/23 120/22 121/3 123/12 123/24 132/10 132/13 165/7 165/16

jury [148] 1/8 2/22 2/24 4/9 4/11 9/22 10/15 11/19 11/22 12/4 13/5 13/19 14/2 14/9 14/10 14/12 14/13 14/16 15/12 20/20 23/6 23/15 23/25 24/20 25/14 28/12 28/13 33/6 34/18 28/15 29/7 31/11 36/1 37/8 37/20 39/14 39/18 40/5 41/20 42/16 43/7 44/23 47/8 48/16 49/3 49/10 51/7 55/11 58/5 58/9 60/7 60/19 64/9 65/12 65/17 71/16 74/9 75/1 76/6 77/17 77/20 78/12 83/2 83/3 85/16 86/20 86/25 88/16 90/20 95/11 97/20 108/20 109/22 110/4 110/5 110/6 110/14 110/17 114/1 118/4 118/10 119/5 124/1 124/24 125/8 126/12 126/14 126/15 126/18 126/20 126/22 126/22 126/23 129/3 129/15 129/19 129/21 129/23 130/1 131/15 143/13 143/14 145/12 155/20 162/21 163/17 163/17 163/20 163/22 164/9 165/13 166/20 167/6 169/5 171/3 171/7 171/13 173/4 173/16 173/24 174/14 174/16 174/17 175/8 176/24 177/5 182/12 182/12 182/13 182/16 183/10 184/7 186/5 186/14 188/1 194/18 196/12 203/1 206/7 206/24 207/14 214/2 220/8 220/17 222/5 222/7 222/20 223/1 223/19

jury's [1] 170/11

just [114] 3/14 4/7 4/17 5/6 5/21 7/11 7/13 10/5 12/17 13/12 13/22 14/11 16/15 17/11 17/4 18/25 20/15 22/17 27/15 27/15 28/13 33/17 37/21 38/17 39/4 43/25 45/3 45/25 54/5 55/24 57/1 58/13 58/15 59/20 62/1 62/15 62/21 66/23 68/17 70/14 71/10 76/12 78/18 85/1 86/16 90/3 94/5 97/16 97/17 98/16 99/5 99/17 104/24 107/9 109/23 110/1 110/8 110/24 111/21 120/10 120/15 120/21 120/21 120/25 120/25 121/10 125/6 126/1 126/2 126/3 126/8 127/11 132/2 134/20 143/2 147/8 154/11 155/25 166/14 167/2 167/15 168/12 169/1 170/6 171/9 172/16 173/19 174/12 182/15 184/24 186/1 186/10 186/18 187/25 190/13 191/8 191/14 192/20 198/4 200/2 201/13 203/1 204/25 207/7 210/18 210/22 211/22 215/5 219/23 220/8 221/20 223/21 223/22 223/25

justice [1] 142/22

justify [3] 215/11 216/23 222/1

## K

Katz [1] 19/22

keep [8] 28/25 53/11 133/4 133/10 152/2 164/2 186/25 223/6

keeps [1] 52/14

Kendall [5] 21/6 38/13 54/23 58/24 74/22

Kenneth [2] 19/24 204/7

kept [2] 120/15 195/4

Keypunch [1] 49/22

kid [1] 136/18 137/24

kids [3] 52/11 52/12 142/6

kind [27] 21/20 32/22 32/23 42/7 54/9 60/12 60/17 67/9 68/10 72/6 72/22 75/2 80/4 141/15 153/11 167/12 177/25 179/13 183/4 191/17 191/18 192/22 192/24 194/18 199/12 212/18 224/5

KIRK [2] 1/16 19/5

knee [24] 24/6 24/7 24/9 59/17 72/23 97/25 98/4 98/9 139/4 146/18 183/13 183/14 183/16 183/21 183/23 191/15 195/18 195/21 196/8 196/24 197/4 198/13 198/22 207/3

kneecap [1] 196/24

knew [1] 155/12

knocking [1] 89/21

know [192] 3/4 4/22 4/24 7/14 7/17 8/10 13/12 13/15 16/7 16/11 17/11 17/12 17/12 17/16 20/11 20/15 20/23 22/16 22/24 23/3 23/24 24/24 25/4 25/14 26/1 26/5 26/15 26/24 27/3 28/10 28/15 29/6 30/1 30/5 31/7 31/10 31/18 32/1 32/3 32/11 36/17 36/21 36/25 37/7 38/8 41/5 41/6 41/10 41/19 43/25 44/12 44/16 44/19 44/23 46/2 46/6 46/19 46/23 46/25 47/7 48/21 48/25 49/2 49/9 50/18 50/21 50/23 51/6 51/20 51/25 52/8 53/18 53/21 54/3 54/8 54/13 54/19 55/5 55/6 56/13 57/14 57/18 57/19 58/4 59/17 60/15 61/9 61/21 61/22 62/6 62/7 62/11 63/5 64/11 64/12 66/6 66/8 67/4 68/15 69/6 70/17 70/21 70/24 71/8 71/10 71/15 73/19 73/20 73/23 73/25 74/8 74/17 75/16 75/20 75/22 76/5 76/24 77/23 77/24 78/2 78/4 78/12 78/22 82/19 92/8 95/15 96/2 99/5 99/17 99/19 108/19 109/25 110/22 111/22 113/18 114/2 114/9 117/24 118/7 126/9 127/16 128/8 128/11 128/16 129/13 138/24 139/4 139/4 139/12 141/17 145/24 157/5 163/22 164/5 165/3 169/13 169/14 169/16 170/14 170/20 172/5 173/5 173/9 173/20 179/18 179/21 179/22 180/19 181/8 184/3 184/20 186/21 189/5 189/15 193/2 193/12 201/14 203/7 203/21 204/2 209/2 209/4 209/5 209/7 212/16 214/1 214/20 215/3 221/19 221/20 223/5 223/10

knowing [1] 221/25

knowledge [2] 92/23 106/14

known [4] 48/19 50/16 53/15 87/19

knows [1] 18/18

Kolb [2] 19/24 204/8

kyphoplasty [2] 213/4 213/4

## L

L4 [1] 162/18

L4-L5 [1] 162/18

L5 [1] 162/18

lab [1] 161/4

lack [9] 120/10 120/11 120/22 143/18 200/10 203/19 205/14 219/10 219/25

ladder [2] 34/20 97/19

ladies [4] 129/22 136/11 142/23 222/17

lady [7] 136/15 139/8 139/13 140/5 149/10 195/9 213/18

Lakes [1] 45/2

Lamus [3] 49/15 123/17 125/4

land [2] 202/13 214/13

Landau [1] 19/9

last [30] 2/18 13/15 32/25 33/1 33/1 70/4 83/20 97/8 97/11 97/13 100/19 109/12 117/10 122/24 123/7 151/18 156/23 157/6 158/17 176/2 180/25 205/1 212/9 212/19 213/1 213/2 218/21 219/1 219/2 219/3 223/7

last-minute [2] 3/8 6/15

lasted [3] 147/8 221/16 221/18

lasts [1] 28/15

late [3] 13/21 168/18 222/19

later [10] 28/17 111/11 130/21 132/5 147/10 147/25 148/13 155/16 173/12 178/8

Lateral [1] 203/7

Lauderdale [7] 11/2 17/20 138/10 140/21 140/23 164/16 172/22

laundering [1] 66/2

law [21] 1/13 19/1 19/5 68/15 90/7 91/4 91/21 106/4 106/5 106/8 107/12 109/2 113/8 129/25 130/3 133/9 134/2 134/12 135/6 135/12 135/23

lawsuit [19] 34/13 34/14 47/24 72/24 73/5 73/6 89/18 91/22 100/12 145/4 145/5 147/6 147/8 147/19 149/11 149/16 149/19 150/8 150/13

lawsuits [7] 68/10 89/15 92/9 144/9 145/10 145/17 152/6

lawyer [1] 135/18

lawyers [11] 36/24 109/20 124/4 133/7 134/3 134/11 134/20 135/10 135/14 135/20 136/2

lay [4] 183/15 183/22 197/14 198/12

laying [3] 140/4 172/5 198/10

layman's [1] 196/12

lead [2] 145/7 206/1

leaning [2] 194/24 215/16

learn [1] 145/14

learned [1] 177/15

least [8] 61/10 110/18 146/24 156/7 166/18 178/5 187/19 192/18

leave [12] 62/19 123/12 148/9 148/10 151/2 151/4 151/5 157/24 158/1 158/2 158/4 224/11

leaves [1] 110/6

led [1] 126/22

Lee [1] 122/10

left [18] 121/3 121/7 131/23 141/5 147/11 154/3 157/7 157/9 157/10 170/25 175/17 175/24 195/3 195/4 195/8 195/24 197/19 197/22

leg [16] 148/17 183/16 183/21 183/24 188/4 193/18 193/21 193/21 194/11 197/9 199/1 203/4 203/5 214/4 219/6 219/11

legal [1] 27/11

legislation [1] 55/6

legislative [1] 55/14

legitimate [2] 177/23 192/18

legs [2] 195/16 197/14

LeJeune [1] 175/5

length [1] 169/6

less [7] 39/12 119/25 173/6 204/11 204/11 204/11 204/12

let [47] 5/16 9/3 9/20 10/24 12/17 14/9 14/9 16/7 17/12 20/11 20/22 24/16 24/20 25/25 34/12 38/14 40/8 45/3 49/16 71/10 76/12 102/24 104/13 107/6 108/16 109/18 120/25 121/9 124/1 128/16 155/25 163/16 168/16 168/21 170/5 173/4 173/19 180/11 186/5 186/21 200/7 202/19 205/24 210/21 212/11 222/5 222/18

let's [14] 22/13 61/5 110/22 144/7 145/21 145/21 153/21 160/18 174/16

**L**

let's... [5] 185/13 207/2 211/23 216/25 218/5
letter [1] 7/10
letting [1] 20/20
level [2] 86/9 162/18
Levenia [1] 24/9
liability [4] 34/8 55/7 62/1 105/14
liable [3] 28/2 53/12 57/3
lie [1] 184/15
lies [1] 194/9
life [2] 38/15 205/13
lift [7] 59/21 140/9 183/16 197/4 197/4 219/19 219/21
lifters [1] 219/19
lifting [1] 37/21
light [5] 6/23 38/1 63/20 119/19 205/17
like [47] 3/23 16/14 16/22 21/21 22/11 23/18 24/1 33/18 34/3 42/9 42/21 47/14 61/8 67/13 76/15 82/18 90/2 97/24 99/12 127/17 131/20 137/9 139/14 150/6 161/5 165/11 166/8 168/18 170/14 174/3 175/6 180/1 180/23 180/24 182/17 183/17 185/11 186/14 186/16 187/25 192/10 197/7 199/7 199/16 211/14 218/22 223/10
likely [2] 33/24 34/7
Lillie [4] 26/22 112/2 118/15 118/16
limit [1] 134/15
limitations [4] 59/23 135/2 160/9 196/17
limited [1] 194/3 195/10 195/13
line [10] 138/15 138/15 138/23 139/3 139/5 156/15 181/2 198/13 202/11 203/10
lined [1] 11/25
link [2] 120/2 153/5
list [35] 2/24 3/4 3/12 3/15 3/17 4/5 4/6 5/11 5/11 5/13 5/17 5/21 6/1 6/2 6/5 6/8 11/5 11/8 11/10 11/12 18/13 18/21 18/24 19/3 20/14 97/4 127/5 127/6 127/15 128/4 128/9 128/11 128/15 156/24 164/7
listed [4] 5/2 11/6 11/9 223/24
listen [8] 18/21 33/18 56/23 58/20 114/5 179/8 179/8 180/11
listening [1] 152/3
lists [1] 4/7
litigation [7] 90/7 144/2 144/19 150/14 162/25 179/2 179/20
little [63] 13/15 15/21 16/4 16/6 16/9 17/2 17/6 17/7 17/10 20/19 20/21 22/4 23/3 25/4 26/5 27/3 30/5 31/3 32/1 36/21 41/10 44/16 45/16 46/23 48/25 50/21 51/25 53/18 57/19 62/11 63/20 70/21 73/23 75/20 78/2 95/9 107/7 121/1 127/25 136/14 139/5 153/21 156/3 160/18 169/2 169/2 172/13 173/12 177/24 180/13 184/13 189/6 191/11 192/7 193/1 195/9 196/19 197/18 198/3 199/19 201/13 201/15 203/20
live [22] 21/3 21/5 24/17 25/22 25/24 26/21 26/23 29/11 29/13 31/15 31/16 32/18 38/12 41/25 45/2 51/12 52/24 54/23 58/24 63/17 71/20 74/22
lived [3] 52/20 82/25 108/5
lives [1] 214/12
living [5] 117/25 137/5 137/8 138/20 213/20
Livingston [2] 19/20 162/7
load [1] 61/7
loading [3] 34/19 59/20 59/21
lobby [3] 14/11 109/19 109/25

local [1] 213/5
locked [1] 216/6
long [26] 2/8 19/16 40/7 59/11 59/12 60/4 60/9 69/19 69/21 72/15 75/5 78/23 79/9 81/24 82/1 82/25 87/19 107/24 108/5 156/15 175/10 177/17 194/4 194/5 210/13 221/14
long-time [1] 2/8
longer [3] 69/7 169/2 194/8
look [35] 4/23 6/23 24/20 25/25 34/3 45/3 74/24 76/12 109/21 128/9 130/25 131/3 179/25 181/12 181/22 182/12 183/13 188/25 189/15 192/18 194/22 194/22 194/24 200/3 203/3 208/23 209/10 210/22 211/19 214/22 214/23 218/8 219/20 222/24 224/7
looked [7] 11/8 139/22 181/21 208/14 208/24 214/24 215/2
looking [12] 6/7 7/15 9/4 13/16 40/2 95/23 96/17 189/14 189/16 215/10 215/12 217/2
looks [2] 162/12 162/12
LORNA [10] 1/3 2/3 2/6 2/15 14/18 14/21 14/24 18/24 128/25 137/1
lose [2] 29/24 80/19
losing [4] 23/13 23/16 84/16 116/11
loss [4] 18/6 144/20 157/19 214/5
lost [16] 18/6 22/18 23/18 29/20 36/12 86/14 157/16 157/17 158/3 158/12 158/14 159/3 159/6 159/16 160/14 160/16
lot [22] 6/4 28/10 59/21 59/21 59/24 60/3 61/15 96/3 100/21 126/2 137/9 137/24 138/15 148/11 179/9 183/19 184/12 188/11 192/25 200/2 200/3 207/8
lots [1] 148/5
Louise [1] 70/21
low [3] 84/21 148/15 196/4
Lowe's [2] 21/8 24/10
lower [9] 37/22 96/5 146/22 147/24 148/24 149/25 154/3 155/1 155/2
lubrication [1] 199/21
luggage [6] 22/17 29/20 29/24 36/13 84/16 138/14
luggages [1] 86/14
lumbar [5] 142/17 157/14 187/14 210/9 217/15
lunch [12] 13/20 13/21 14/2 16/11 20/21 124/2 124/11 125/11 126/25 127/18 127/19 127/21
lying [2] 197/2 197/3

**M**

ma'am [38] 21/24 23/2 24/14 25/3 25/8 25/11 25/16 32/21 36/20 47/25 48/17 48/20 48/24 49/4 49/7 50/8 50/15 50/20 50/25 51/3 51/8 53/22 54/11 58/6 68/6 75/15 75/19 75/24 76/2 76/7 77/22 78/1 78/6 78/9 79/10 86/22 112/16 139/18
made [18] 20/12 31/24 82/20 89/3 95/15 98/3 98/13 120/5 134/2 137/9 145/16 167/16 186/2 191/12 191/12 209/5 212/7 221/15
MAGISTRATE [1] 1/9
magnification [1] 187/17
magnifying [3] 162/3 182/25 187/10
mail [2] 223/22 223/25
mainly [1] 80/6
major [1] 205/20
make [48] 2/23 10/9 12/20 14/2 56/15 63/7 65/2 68/18 89/7 99/18 104/3 107/18 116/8 127/13 128/10 128/10 128/14 128/18 132/2 133/23 134/2

134/4 134/21 135/11 135/15 135/19 136/13 137/23 153/3 163/5 163/25 164/1 166/10 166/14 168/24 169/16 171/20 174/12 180/2 199/5 203/5 215/12 217/23 217/25 218/9 218/11 218/11 220/8
makes [6] 163/23 191/3 191/4 192/24 196/8 199/24
making [8] 105/10 114/20 130/4 130/11 131/10 177/13 177/15 222/14
males [1] 198/24
malingering [1] 162/4
man [4] 17/22 140/8 151/23 168/2
manage [1] 180/3
manager [2] 55/3 179/22
manner [1] 133/14
many [14] 18/15 49/18 49/25 52/12 57/10 73/15 78/17 82/23 83/20 90/17 98/6 125/12 136/20 178/12
March [13] 9/17 149/21 151/3 157/24 159/13 178/25 178/25 210/21 211/18 211/25 215/3 215/22 218/13
marginal [1] 177/24
Maria [2] 54/22 111/13
marked [3] 3/18 3/25 4/1 4/10 4/23 182/5
married [1] 137/22
marshal [1] 164/4
Marshall [2] 19/17 150/17
Martinez [5] 51/11 54/25 80/23 123/17 125/4
Marty [5] 1/16 2/19 15/5 19/4 143/13
Maryland [1] 175/21
massage [1] 191/25
master's [2] 137/18 137/19
material [1] 145/7
materials [1] 224/11
MATHURA [31] 1/3 2/3 2/6 2/15 14/18 14/21 14/25 18/25 128/25 137/2 137/12 138/2 138/25 139/1 139/9 139/25 140/1 140/6 140/9 140/12 141/6 142/3 142/8 189/25 210/13 210/20 211/25 214/9 214/25 220/22
Mathura-Beach [1] 128/25
matter [12] 7/12 10/23 17/13 89/12 114/19 116/13 134/16 136/12 136/12 142/21 164/9 225/14
matters [7] 3/4 6/12 20/18 74/24 169/6 171/15 173/24
maximum [5] 185/2 206/4 206/6 206/8 206/9
maximumly [1] 206/12
may [39] 6/17 18/13 18/14 20/21 20/22 22/6 83/17 93/3 99/1 107/9 113/18 117/15 127/8 130/24 131/3 131/10 131/11 131/12 131/21 134/1 134/4 134/10 134/14 134/17 135/2 135/5 135/16 136/8 136/10 143/12 158/15 159/11 164/3 167/7 175/21 181/25 185/16 191/19 215/2
maybe [9] 39/11 39/12 40/8 72/16 113/18 165/10 193/4 204/15 222/23
Mazzotta [1] 19/14
MCAT [8] 30/17 30/20 86/6 99/1 99/6 99/9 99/20 99/21
McDonald's [1] 125/14
me [97] 2/10 2/19 3/7 3/14 3/15 5/16 7/3 7/4 7/14 7/17 9/3 10/24 11/7 12/17 14/9 15/1 15/2 15/5 17/3 20/11 20/23 24/16 24/20 25/25 29/3 30/23 33/16 34/12 38/14 40/8 45/3 49/16 71/10 76/12 88/5 96/2 101/6 101/11 104/13 108/16 110/9 111/9 112/9 114/3 120/25 121/9 121/10 121/21 122/1

# M

me... **[48]** 128/3 128/16 128/17 129/11 131/2 134/10 139/2 155/25 158/23 165/18 167/12 167/15 167/17 168/16 168/21 170/5 170/6 172/3 174/10 177/22 178/14 179/22 180/19 180/20 184/9 186/2 186/5 186/21 188/4 190/8 192/15 193/15 194/23 194/23 195/3 195/16 196/8 196/16 200/7 202/19 205/24 207/9 209/18 210/22 214/11 217/21 219/24 222/5

**mean [35]** 7/14 9/20 10/8 10/12 23/15 56/9 56/23 57/4 58/11 64/3 67/7 72/11 77/16 94/4 94/4 102/4 120/19 127/5 167/16 168/15 169/1 185/5 191/8 193/25 196/10 199/14 203/2 203/7 209/7 213/25 214/1 215/5 215/20 218/5 223/5

**Meaning [1]** 95/12

**means [16]** 13/20 20/21 28/13 94/5 112/12 121/2 121/4 181/1 188/3 193/22 193/22 197/22 206/25 214/20 216/2 219/12

**measure [1]** 43/25

**measures [1]** 10/22

**mechanic [1]** 69/9

**medical [75]** 18/6 18/15 18/16 19/18 28/21 63/22 64/9 84/25 85/2 86/5 97/9 99/6 119/1 141/12 142/19 143/20 144/9 146/7 146/13 147/5 148/6 148/8 149/3 149/16 150/4 151/2 151/14 154/12 154/14 154/15 154/16 156/25 159/17 159/17 161/3 162/5 163/6 175/9 175/12 175/15 176/13 176/18 176/20 180/5 180/8 180/17 180/23 181/18 181/19 185/3 185/10 185/24 186/17 188/7 200/6 201/24 202/1 202/2 203/23 204/6 204/22 204/23 206/3 206/4 206/6 206/8 206/9 206/20 208/1 214/18 214/22 214/23 214/24 216/17 220/20

**medically [3]** 204/20 206/10 206/12

**medication [10]** 100/6 119/8 119/8 119/10 141/25 192/5 192/10 192/22 193/9 193/11

**medications [2]** 192/6 200/17

**medicine [11]** 28/23 28/25 64/12 175/19 177/6 178/2 178/13 188/19 193/2 204/18 212/6

**medicines [1]** 199/25

**member [31]** 2/9 13/5 18/18 20/12 22/1 22/24 24/25 26/1 26/25 30/2 31/19 35/15 36/18 41/7 44/13 46/19 47/23 48/22 50/17 51/21 53/14 55/16 57/15 69/2 70/17 75/17 77/24 174/9 174/10 176/13 176/20

**members [12]** 62/7 73/20 143/13 155/20 162/21 163/16 175/7 176/18 182/16 186/14 222/5 222/7

**memories [1]** 130/10

**memory [4]** 132/5 132/5 132/6 132/8

**men's [1]** 14/12

**mental [1]** 190/17

**mentally [1]** 201/19

**mention [8]** 54/7 108/20 152/24 182/23 190/3 192/7 193/10 211/24

**mentioned [14]** 18/14 80/1 81/7 82/14 87/16 112/21 116/3 153/10 177/4 178/1 192/21 197/2 202/10 221/12

**mentor [1]** 175/17

**merchandise [2]** 21/11 23/21

**Mercy [1]** 176/25

**mere [1]** 94/3

**merged [1]** 56/11

**merits [1]** 134/5

**met [4]** 15/12 130/1 147/5 209/3

**methodologies [1]** 212/2

**Methodology [1]** 211/10

**MIAMI [27]** 1/2 1/14 1/18 1/23 1/23 19/16 19/21 22/8 25/24 26/23 29/12 32/18 35/18 45/2 49/15 53/1 55/21 97/11 97/12 137/16 137/23 150/9 158/6 175/25 177/1 177/8 178/4

**Miami-Dade [6]** 25/24 29/12 137/16 137/23 150/9 158/6

**Michael [4]** 20/3 146/13 146/20 157/9

**Michelle [1]** 20/6

**microphone [19]** 10/2 16/20 16/23 21/2 25/20 26/19 32/16 38/11 41/23 51/10 58/22 63/16 71/19 76/9 79/23 108/17 125/7 139/17 143/5

**mid [2]** 154/3 198/13

**mid-back [1]** 154/3

**mid-line [1]** 198/13

**middle [3]** 16/3 125/3 190/14

**might [58]** 13/13 16/4 16/6 17/14 19/9 23/5 25/6 26/7 26/15 27/5 28/6 28/14 30/7 32/4 32/13 35/10 36/1 36/23 36/24 38/4 38/8 38/21 41/12 41/19 43/6 44/18 47/1 49/3 50/13 50/23 53/20 55/7 57/21 62/13 64/9 64/21 70/23 74/1 74/9 75/23 78/5 99/9 100/14 100/14 103/7 125/18 126/6 132/1 132/3 133/16 134/8 170/10 173/11 179/6 187/10 205/3 206/1 221/16

**Miguel [1]** 58/23 82/12 122/17

**miles [1]** 219/16

**milligrams [2]** 73/8 73/8

**Millings [5]** 24/19 101/17 106/4 106/6 107/22

**million [2]** 54/16 81/14

**mimics [1]** 199/7

**mind [13]** 44/9 62/5 99/2 100/14 104/3 133/4 133/10 151/9 152/2 152/9 169/20 204/15 211/9

**mine [4]** 3/9 165/5 166/2 166/7

**Minimum [1]** 81/13

**minute [10]** 3/8 6/15 16/11 16/15 129/4 160/18 166/21 182/16 193/14 218/9

**minutes [30]** 12/18 12/24 16/20 79/15 88/3 102/19 109/21 124/19 124/20 124/21 129/3 129/6 135/19 138/22 141/21 141/21 159/25 163/17 168/17 170/7 171/2 173/7 179/7 194/3 194/5 194/6 210/17 210/19 221/16 221/18

**miracle [1]** 213/6

**mirror [1]** 219/20

**mispronounce [1]** 94/21

**miss [1]** 106/22

**missed [1]** 20/18

**missing [2]** 165/2 211/13

**mistake [1]** 36/13

**mistrial [4]** 46/17 66/19 66/21 66/25

**misunderstanding [1]** 117/16

**mom [3]** 47/19 52/17 81/7

**moment [5]** 121/13 125/5 134/20 186/18 211/22

**momentarily [1]** 173/4

**MONDAY [1]** 1/6

**money [18]** 66/2 76/25 77/11 77/15 81/13 81/16 83/9 83/9 116/11 138/4 138/5 141/24 141/24 144/21 159/7 159/19 179/23 216/15

**month [4]** 38/1 148/3 159/5 178/5

**months [12]** 61/6 87/20 148/2 148/10 148/13 150/18 155/16 157/25 158/7 160/2 205/10 219/6

**more [21]** 10/11 13/9 33/24 34/7 44/2

45/16 91/23 110/19 119/24 127/25 156/3 157/24 160/11 170/16 174/6 175/17 189/4 189/5 198/24 199/23 220/5

**morning [23]** 2/12 2/13 2/18 8/7 15/4 16/1 32/17 54/22 74/21 88/10 88/11 119/9 127/4 169/12 169/12 171/25 178/7 213/18 213/21 222/20 223/11 223/15 224/8

**mortgage [1]** 23/13

**most [18]** 12/21 12/21 11/3 32/23 39/5 39/5 42/3 56/7 65/13 76/14 76/17 76/19 102/3 110/21 137/1 165/16 176/8 203/3

**mostly [2]** 56/5 82/18

**mother [68]** 45/4 49/18 61/5 61/11 61/25 62/16 73/7 142/5

**motion [7]** 8/11 8/15 9/18 160/4 160/12 196/2 197/21

**motions [2]** 134/2 195/6

**motor [19]** 145/14 145/24 145/25 146/1 146/8 146/10 146/11 146/16 146/23 147/2 147/15 147/23 148/12 148/14 149/8 150/5 152/4 162/24 181/9

**Motrin [1]** 192/11

**move [17]** 17/6 61/9 124/8 138/24 139/14 141/21 143/8 161/6 165/11 194/7 207/2 207/3 214/13

**moved [1]** 117/18

**moving [3]** 117/6 139/3 147/10

**Mr [5]** 19/6 106/9 115/8 116/8 222/11

**Mr. [90]** 2/8 2/24 3/1 3/17 6/14 8/8 9/6 9/16 12/10 12/12 79/3 79/17 81/9 88/6 88/8 89/15 90/13 90/14 95/16 95/24 97/24 106/14 106/17 107/6 108/5 108/16 109/17 110/25 111/2 111/8 112/25 114/14 114/15 115/1 115/2 115/24 116/15 117/20 118/12 121/12 121/19 121/21 121/25 122/2 122/6 122/16 122/25 123/19 123/21 124/12 124/17 125/1 125/4 127/2 128/8 128/18 129/9 129/15 129/17 136/5 138/18 138/20 138/23 139/7 142/24 152/23 152/23 163/7 164/12 164/22 164/24 165/18 165/18 167/6 168/6 169/24 171/5 173/1 174/19 204/2 208/8 221/13 223/3 223/5 223/6 223/9 223/9 223/13 223/18 224/16

**Mr. Charpentier [3]** 108/16 117/20 118/12

**Mr. Collins [4]** 138/18 138/20 138/25 139/7

**Mr. Cordero [3]** 90/14 95/16 106/17

**Mr. Crooks [1]** 224/16

**Mr. Donovan [3]** 165/18 223/3 223/6

**Mr. Duane [1]** 2/8

**Mr. Fabre [1]** 125/1

**Mr. Greg [1]** 223/9

**Mr. Guillen [3]** 97/24 115/24 116/15

**Mr. Lamus [1]** 125/4

**Mr. Palmer [19]** 3/1 12/12 88/8 111/2 112/25 115/1 121/21 122/6 123/21 128/8 129/17 163/7 164/24 168/6 169/24 173/1 174/19 223/9 223/13

**Mr. Parker [39]** 2/24 3/17 6/14 9/6 9/16 12/10 79/13 79/17 88/6 107/6 109/17 110/25 111/8 114/14 121/12 121/19 121/25 122/2 122/16 122/25 123/19 129/15 136/5 142/24 164/12 164/22 165/18 167/6 171/5 204/2 208/8 221/13 223/5 223/13

**Mr. Parker's [1]** 8/8

**Mr. Rodriguez [2]** 114/15 115/2

**Mr. Rudolph [2]** 152/23 152/23

## M

**Mr. Suarez [4]** 89/15 90/13 95/24 106/14
**Mr. Tony [1]** 81/9
**Mr. Toussaint [1]** 108/5
**MRI [44]** 19/10 19/11 161/10 162/9 162/16 187/14 189/1 189/2 189/9 189/11 189/13 189/15 189/18 209/5 209/7 209/8 209/20 210/9 210/10 210/12 211/2 211/8 211/10 211/15 211/15 211/17 211/24 212/3 212/10 212/14 215/7 215/15 215/16 216/1 216/3 216/13 217/24 218/9 218/11 218/12 218/14 220/2 220/6 222/2
**MRIs [17]** 146/21 161/4 188/16 188/20 188/22 189/4 189/6 200/3 210/25 212/7 212/8 212/15 215/13 216/5 216/9 216/16 216/20
**Ms [6]** 79/24 106/22 119/22 125/4 210/13 220/22
**Ms. [58]** 5/24 7/25 11/5 11/7 15/9 80/8 86/3 88/8 92/12 93/10 95/4 98/24 100/1 101/17 103/9 103/21 106/4 106/11 106/20 107/15 107/22 112/8 114/11 119/14 119/20 120/9 124/15 125/1 125/1 125/2 125/4 137/1 137/12 138/2 138/25 139/1 139/9 139/25 140/1 140/6 140/9 140/12 141/6 142/3 142/8 143/1 149/13 163/15 168/21 169/21 171/9 174/19 189/25 210/20 211/25 214/9 214/19 214/25
**Ms. Acosta [1]** 125/1
**Ms. Adt [1]** 125/1
**Ms. Ana [1]** 80/8
**Ms. Beach-Mathura [1]** 189/25
**Ms. Elfenbein [9]** 5/24 7/25 88/8 143/1 163/15 168/21 169/21 171/9 174/19
**Ms. Gonzalez [2]** 93/10 106/20
**Ms. Henderson [1]** 149/13
**Ms. Isusquiza [1]** 95/4
**Ms. Lorna [1]** 137/1
**Ms. Martinez [1]** 125/4
**Ms. Mathura [18]** 137/12 138/2 138/25 139/1 139/9 139/25 140/1 140/6 140/9 140/12 141/6 142/3 142/8 210/20 211/25 214/9 214/19 214/25
**Ms. Millings [3]** 101/17 106/4 107/22
**Ms. Nolton [1]** 107/15
**Ms. Petruska [2]** 11/5 11/7
**Ms. Rogert [1]** 125/2
**Ms. Ruiz [1]** 106/11
**Ms. Sequeira [3]** 112/8 114/11 119/14
**Ms. Sloan [1]** 92/12
**Ms. Whaley [2]** 100/1 119/20
**Ms. Williams [2]** 15/9 124/15
**Ms. Wright [5]** 86/3 98/24 103/9 103/21 120/9
**msn.com [1]** 1/24
**much [31]** 12/18 31/3 41/22 68/9 72/12 76/8 80/21 83/25 86/2 88/6 107/4 108/4 108/14 109/16 109/17 124/9 124/10 124/17 126/21 128/21 134/15 141/19 142/14 149/14 150/6 181/7 181/23 183/8 184/14 204/25 220/5
**Munoz [4]** 19/18 150/18 153/16 153/17
**murder [4]** 67/18 67/20 67/20 75/4
**muscle [15]** 184/11 192/23 193/1 193/2 193/5 194/25 196/21 196/25 197/12 197/24 197/24 198/17 198/22 199/22 206/14
**muscles [33]** 161/19 191/3 191/14 191/14 191/15 192/2 195/15 196/6 196/6 197/13 197/14 197/15 198/5 198/7 198/8 198/10 198/13 199/13

## 199/15 200/15 203/19 205/11 205/12

199/21 206/15 218/6 218/9 219/10 219/10 219/13 219/16 219/18 219/23
**muscular [1]** 82/19
**muscular-type [1]** 82/19
**music [1]** 68/14
**must [10]** 42/21 49/23 90/7 102/24 105/1 118/2 118/3 130/3 131/14 133/13
**my [132]** 2/8 6/9 6/16 6/25 7/19 10/24 10/25 10/25 11/23 12/6 13/7 13/16 14/24 15/1 15/9 17/6 22/17 23/13 23/13 23/14 23/14 24/9 24/9 25/23 27/10 27/24 28/7 28/23 32/17 34/16 34/22 36/13 37/22 38/12 41/24 43/22 44/1 45/1 47/11 52/11 54/22 55/18 55/20 58/20 58/23 59/16 61/5 61/21 62/5 62/15 63/25 64/24 65/8 69/4 69/5 70/9 71/3 74/5 74/11 74/21 76/10 81/20 82/22 85/3 88/12 88/16 92/15 92/25 93/15 96/5 99/8 99/18 103/3 103/22 116/2 118/24 119/15 120/25 123/23 124/11 125/5 125/7 125/7 126/2 126/13 128/18 133/8 133/25 135/8 136/15 136/15 139/4 139/21 140/10 140/12 143/13 151/25 154/24 154/25 155/1 155/2 155/15 161/6 165/19 165/22 167/13 167/18 167/20 169/4 170/18 174/2 175/19 177/24 178/14 179/22 187/21 188/7 189/15 192/6 194/12 199/2 199/11 205/3 205/4 207/18 210/18 210/22 211/12 212/1 217/2 223/21 224/1
**myelograms [1]** 177/14
**myself [1]** 166/9

## N

**Nabisco [2]** 21/11 23/21
**nagging [2]** 95/10 95/25
**name [29]** 11/1 17/6 18/20 21/3 21/5 24/17 25/21 25/23 26/20 26/22 29/10 31/15 32/18 37/17 38/12 41/24 45/1 47/11 47/15 54/22 58/23 74/21 76/10 94/1 100/19 143/13 149/10 172/25 203/9
**names [6]** 121/25 132/2 156/23 157/5 157/6 223/7
**Naprosyn [1]** 192/10
**narcotic [1]** 193/11
**narcotics [1]** 193/6
**Narita [10]** 17/19 69/12 78/18 138/12 140/14 143/21 154/23 158/13 164/15 172/20
**Natalie [1]** 20/6
**nature [18]** 24/4 28/18 37/19 39/23 42/12 42/23 54/14 55/8 72/10 72/24 73/5 76/23 77/6 95/12 120/5 144/22 145/5 188/17
**near [1]** 138/6
**necessarily [1]** 5/15
**necessary [7]** 113/9 130/9 134/10 185/16 204/20 211/4 212/4
**neck [39]** 60/18 145/16 145/25 146/2 146/18 146/22 146/25 147/7 147/25 148/4 148/7 148/15 148/24 149/24 150/21 154/19 156/6 160/23 163/1 190/21 197/21 198/1 198/5 198/6 205/5 207/3 218/3 218/22 219/5 219/11 219/13 219/14 219/16 219/18 219/20 219/21 219/23 221/22 222/1
**need [61]** 3/4 3/17 4/20 6/12 10/2 13/19 14/8 14/11 16/1 16/8 20/22 20/24 28/21 28/22 28/25 34/17 37/20 74/24 99/5 101/24 103/9 108/17 124/7 124/8 124/9 126/24 127/1 129/2

## 129/14 139/4 139/4 139/14 139/17

142/24 142/25 143/9 143/9 144/1 143/9 149/15 151/10 165/16 166/17 166/19 164/20 167/5 173/12 173/23 174/14 177/23 177/24 182/23 183/8 188/24 189/5 210/25 215/18 217/22 220/18 223/2 224/2
**needed [6]** 10/6 85/1 119/9 138/25 141/14 151/13
**needs [5]** 61/19 121/14 142/14 142/15 212/17
**negative [2]** 195/25 197/10
**negligence [5]** 64/19 90/8 91/5 105/16 136/12
**negligent [4]** 64/19 64/21 105/2 105/19
**neighbor [1]** 149/12
**neighbors [1]** 149/10
**nerve [11]** 141/25 183/25 185/9 193/22 197/5 197/7 203/4 204/10 204/13 204/13 207/3
**nerves [1]** 197/20
**neurological [8]** 161/14 202/23 202/25 203/11 203/13 205/8 211/5 211/7
**neurologist [1]** 157/13
**neurosurgeon [3]** 148/22 162/14 181/19
**neurosurgeons [3]** 146/8 150/24 161/22
**neurosurgical [1]** 213/19
**never [33]** 4/9 25/17 67/12 67/14 87/9 87/23 87/25 109/5 115/3 147/9 149/2 150/4 150/5 153/10 153/17 153/18 154/24 155/18 155/18 156/9 156/9 156/14 159/24 169/20 180/25 181/15 189/14 190/22 192/13 213/12 215/24 216/22 217/20
**Nevertheless [1]** 135/24
**new [14]** 35/18 59/23 63/11 82/20 136/16 137/3 137/5 137/5 137/6 137/9 137/23 138/8 138/9 179/6
**news [3]** 200/11 201/4 202/15
**newspaper [1]** 133/16
**next [18]** 2/13 3/9 19/3 65/21 67/16 96/13 122/2 125/1 125/1 125/2 141/6 146/10 148/13 150/18 158/10 167/18 191/16 200/19
**Nicaragua [2]** 48/7 80/16
**nice [1]** 194/2
**night [3]** 141/7 194/9 194/10
**nights [1]** 193/4
**nine [9]** 23/19 41/23 96/8 96/10 96/20 96/24 108/6 123/15 205/1
**Nineteen [1]** 123/18
**no [282]**
**nobody [3]** 191/12 191/12 200/1
**nod [1]** 93/10
**nodding [4]** 91/19 92/12 94/24 109/15
**Nohira [1]** 20/8
**Nolton [1]** 76/10 106/24 107/15
**nonanatomical [1]** 185/4
**none [10]** 40/22 44/8 48/5 97/5 113/1 189/8 203/10 212/21 212/22 212/24
**nonprivileged [1]** 9/1
**nonsteroidal [1]** 192/9
**noon [1]** 20/21
**Nope [1]** 32/6
**Nordt [28]** 19/21 129/8 161/12 166/19 167/8 167/14 167/23 168/1 168/5 168/6 168/16 169/4 169/16 173/2 173/3 173/20 174/22 174/23 175/1 175/6 178/17 178/21 186/16 208/6 221/9 222/13 224/5 225/3
**Nordt's [2]** 161/21 168/3
**Norland [1]** 190/14
**normal [23]** 187/22 189/7 195/25 196/4

**N**

**normal... [19]** 196/7 196/9 196/22 197/11 197/15 197/20 197/25 198/9 198/9 205/4 205/5 215/14 216/2 216/2 216/10 221/22 221/22 221/25 222/1
**normally [2]** 184/12 195/16
**north [4]** 26/23 29/14 56/5 176/16
**northwest [3]** 29/15 29/16 69/6
**not [232]**
**note [6]** 2/5 14/20 54/8 117/12 131/20 131/25
**notebook [8]** 3/23 4/9 130/23 131/3 131/6 165/23 166/7 166/13
**notebooks [13]** 4/17 4/21 128/2 131/1 131/13 131/14 131/17 131/18 163/18 163/22 163/24 166/5 166/5
**noted [1]** 129/1
**notes [11]** 109/21 131/21 131/22 131/24 132/2 132/4 132/4 132/6 132/7 132/9 132/11
**noteworthy [11]** 43/11 48/11 50/9 53/6 57/12 60/24 69/25 73/16 75/12 79/2 79/6
**nother [1]** 185/18
**nothing [26]** 53/8 53/25 55/10 67/3 67/6 67/16 68/22 91/9 113/19 115/5 119/5 128/20 158/22 160/20 160/24 161/14 162/10 189/11 201/7 203/13 205/8 216/4 218/15 219/8 220/24 224/12
**Nothing so [1]** 68/22
**notice [3]** 79/5 174/3 224/16
**noticed [2]** 165/9 165/23
**Nova [3]** 20/9 137/18 142/9
**November [2]** 148/9 155/11
**now [134]** 4/13 8/2 8/13 10/24 11/4 11/7 11/14 11/19 13/9 15/16 16/3 16/18 18/13 19/8 20/14 21/8 23/9 23/13 27/20 30/11 30/14 31/12 32/8 32/19 35/17 37/3 41/16 43/19 45/4 45/22 47/18 55/15 55/23 56/5 56/7 56/11 56/11 57/25 58/25 62/19 63/1 66/16 70/17 71/13 74/4 79/12 88/18 89/5 90/6 92/8 93/10 94/2 94/21 96/6 97/25 98/21 100/8 100/24 101/21 102/6 102/21 103/1 107/6 110/8 111/9 111/20 113/18 115/9 117/6 119/21 121/9 125/19 127/17 128/19 129/22 135/14 135/20 136/2 137/1 138/2 138/22 139/7 142/2 143/18 143/24 144/14 145/2 148/13 148/16 149/8 149/20 149/20 150/7 150/25 151/9 152/4 152/17 153/7 153/15 153/21 154/23 155/6 155/24 156/11 157/15 158/5 158/17 159/8 159/20 160/18 161/1 162/14 164/7 165/18 167/10 168/2 170/7 172/15 181/17 181/21 185/5 185/23 187/14 187/24 189/23 192/20 193/9 201/21 210/20 213/22 216/15 217/18 218/25 221/13
**NTD [2]** 55/20 56/5
**nuances [1]** 66/25
**numb [1]** 188/10
**number [93]** 2/2 7/14 8/18 9/4 14/17 21/1 24/16 25/21 26/19 29/9 31/14 32/16 38/11 41/23 49/14 51/10 58/22 63/16 71/19 76/9 79/24 79/25 82/15 97/22 98/1 98/24 100/18 101/17 106/5 106/9 110/18 111/13 111/15 111/18 111/24 112/1 112/2 112/3 112/4 112/5 114/12 115/3 115/24 117/6 117/10 117/18 118/19 118/21 119/22 119/24 121/2 121/2 121/17 121/18 121/22 121/23 122/3 122/4 122/7 122/8

122/10 122/12 122/14 122/15 122/18 122/20 122/21 122/23 123/1 123/3 123/5 123/9 123/10 123/14 123/14 123/15 123/15 123/16 123/16 123/17 123/18 125/3 128/24 145/2 155/25 156/11 157/15 159/1 177/21 205/4 205/5 225/6 225/9
**numbered [1]** 4/4
**numbers [3]** 3/24 138/19 177/23
**numbness [2]** 211/14 214/5
**nutshell [1]** 64/20
**NW [1]** 1/13

**O**

**oath [9]** 12/7 15/10 15/12 15/17 92/20 93/5 126/18 144/16 153/25
**objected [1]** 223/20
**objection [9]** 9/8 9/21 134/6 145/6 164/22 164/23 174/5 220/10 222/12
**objections [3]** 8/12 134/2 164/24
**objective [18]** 96/17 160/25 161/2 161/2 161/4 187/18 187/21 187/25 188/2 188/6 188/10 188/12 188/17 188/25 203/11 213/23 214/3 214/7
**objectively [3]** 184/22 187/7 187/8
**obligation [2]** 133/10 133/11
**obscure [2]** 146/7 146/12
**obtain [2]** 3/4
**obtained [1]** 137/19
**obvious [1]** 191/24
**obviously [7]** 10/8 18/24 62/19 99/5 125/24 125/25 176/11
**occasion [1]** 77/9
**occasions [1]** 134/13
**occult [1]** 217/16
**occupation [1]** 102/7
**occur [5]** 10/9 32/23 42/9 59/19 96/7
**occurred [5]** 72/11 136/22 136/25 164/21 170/6
**October [1]** 156/17
**off [21]** 13/15 22/22 61/14 61/16 72/25 99/2 125/7 147/11 157/7 157/9 157/10 158/4 171/9 171/11 175/10 183/18 189/7 215/2 215/20 215/24 219/7
**offended [1]** 133/24
**offer [4]** 172/11 173/17 192/19 193/13
**offered [1]** 165/17
**office [11]** 1/18 6/16 54/25 55/1 55/2 55/3 55/13 149/4 179/22 195/19 212/1
**officer [1]** 11/24 126/14 132/20
**offices [2]** 1/13 19/1
**Official [1]** 1/22
**often [16]** 80/10
**oh [17]** 21/23 24/12 39/11 45/15 48/1 48/3 48/5 48/6 63/12 67/12 69/19 95/24 126/5 166/23 209/20 209/22 210/5
**Ohta [1]** 20/8
**okay [324]**
**old [5]** 81/12 97/25 101/7 101/13 101/15
**old-fashioned [1]** 81/12
**older [3]** 95/9 96/16 195/22
**omission [1]** 18/9
**omitted [1]** 13/7
**onboard [2]** 164/14 172/20
**once [8]** 12/6 20/16 42/2 42/2 153/10 153/23 154/14 209/3
**one [142]** 5/18 5/19 5/22 7/14 10/23 10/24 10/25 10/25 12/2 17/14 21/1 22/27 22/17 23/5 23/14 25/6 26/7 27/5 30/7 30/21 30/25 30/25 32/25 33/1 34/18 34/19 34/20 34/20 36/1 36/23 37/21 41/12 43/6 55/19 57/21 61/22 62/13 64/10 67/3 70/23 72/1 72/2 74/1

75/23 76/14 76/18 77/9 77/10 83/6 83/7 85/22 88/10 89/5 91/1 91/3 92/9 92/15 96/12 96/12 98/1 99/14 101/6 101/6 101/14 101/14 101/15 102/20 103/7 106/9 106/22 111/18 112/6 112/11 114/18 114/24 115/3 115/24 116/5 116/24 121/10 121/13 122/3 122/4 125/12 126/4 127/11 133/23 134/5 137/23 138/13 138/18 141/10 141/13 141/16 146/7 146/11 146/17 147/9 147/11 147/23 148/25 149/10 156/14 158/18 165/2 165/24 165/24 165/25 166/3 166/7 166/8 166/15 169/25 170/1 182/1 182/6 182/22 186/1 186/1 193/4 194/25 198/3 199/8 199/19 202/11 204/10 204/15 205/4 206/12 208/25 209/22 210/2 213/2 213/2 213/8 214/7 214/11 215/22 221/7 224/15
**ones [7]** 4/23 6/4 12/21 17/3 146/17 176/24 208/24
**ongoing [4]** 100/12 102/1 132/1 150/14
**only [38]** 4/1 6/4 8/21 27/25 29/20 33/22 34/6 39/15 65/9 80/11 88/3 91/15 102/18 105/14 105/18 116/12 117/9 118/4 131/4 131/7 132/4 133/12 140/15 147/3 153/4 153/5 161/8 171/2 173/6 176/18 192/11 208/23 212/4 212/6 216/14 218/12 221/16 221/18
**oops [2]** 125/6 169/20
**open [7]** 14/12 19/11 131/3 133/4 133/10 188/19 224/9
**opening [13]** 124/18 124/22 127/21 127/22 134/22 135/15 135/19 136/3 136/5 136/9 143/11 224/24 224/25
**openings [4]** 14/3 124/8 124/9 129/5
**opens [1]** 194/21
**operate [8]** 177/18 178/5 185/13 188/21 189/11 212/15 213/21 216/3
**operated [1]** 185/14
**operating [1]** 14/5
**operation [2]** 66/2 66/17
**operations [1]** 213/19
**opinion [12]** 161/21 161/22 200/6 200/8 200/22 202/2 202/19 203/22 204/5 204/21 206/2 206/19
**opinions [2]** 134/4 207/25
**opportunity [10]** 20/17 79/16 135/10 135/15 137/15 154/9 181/19 187/4 187/14 222/6
**opposed [3]** 9/10 13/15 168/4
**opposing [2]** 5/5 127/9
**oral [1]** 176/9
**order [20]** 2/1 90/8 91/4 91/14 91/21 104/25 105/14 106/1 134/19 154/18 157/4 158/9 169/7 169/19 173/12 182/24 187/12 189/19 216/9 217/23
**ordered [7]** 154/21 155/4 155/9 155/16 160/7 217/15 220/7
**ordering [3]** 215/13 218/2 222/1
**organizations [1]** 176/14
**original [3]** 6/1 7/8 7/19
**originally [1]** 155/7
**orthopedic [21]** 19/10 19/13 19/14 19/25 19/25 146/13 146/21 148/20 161/12 175/16 176/7 176/7 176/15 176/16 176/19 178/3 178/13 178/18 181/8 183/3 196/13
**orthopedics [2]** 20/10 177/16
**Osborn [17]** 19/22 150/17 161/23 162/6 181/20 182/20 184/5 184/21 185/12 185/17 208/16 209/2 209/5 209/19 217/1 217/3 217/21
**Osborn's [3]** 182/2 209/1 217/2
**Osteoporosis [1]** 19/19

## Q

other [72] 4/5 4/6 10/19 13/4 13/22
14/1 16/5 16/18 17/14 18/15 20/25
22/11 25/7 33/22 34/22 35/7 36/1
36/10 36/15 36/23 36/24 41/5 41/12
43/7 44/17 46/24 56/17 57/17 57/21
57/22 61/2 62/13 64/10 70/2 70/24
74/1 74/5 75/23 89/1 101/10 101/11
101/15 105/13 110/4 116/18 124/9
124/10 125/14 126/4 130/16 131/18
131/21 132/9 134/4 134/5 144/19
146/17 152/6 152/12 152/13 152/14
161/22 172/1 188/6 191/7 194/25
198/16 203/12 216/19 220/20 222/23
224/15
others [2] 185/7 216/22
ought [2] 94/17 108/19
our [34] 5/25 6/1 6/2 8/12 8/13 8/15
8/24 8/25 20/20 94/9 94/11 94/12
94/20 95/1 103/5 120/2 126/13 126/25
127/15 127/16 145/17 151/7 152/19
154/7 156/5 156/13 156/17 158/15
161/11 162/8 170/16 171/20 204/9
204/24
out [72] 5/11 7/16 7/17 9/1 11/19 17/8
35/6 37/24 43/22 44/9 45/7 45/25 61/8
80/12 81/1 94/14 98/14 109/25 116/23
117/13 118/8 120/25 121/8 124/8
126/13 134/11 138/25 140/6 141/1
141/2 144/20 145/12 145/20 146/6
146/11 147/6 148/25 153/18 154/11
157/1 159/24 160/13 165/6 165/15
169/7 169/19 170/4 171/19 173/8
181/14 181/16 183/8 183/14 183/22
183/23 184/4 188/23 189/7 189/21
197/13 198/3 198/4 199/4 207/15
211/7 211/15 214/15 216/1 216/12
217/16 219/14 219/22
outcome [1] 184/8
outline [1] 6/20
outside [9] 9/22 10/15 11/19 109/19
109/22 188/9 193/19 198/22 198/25
overall [1] 205/1
overcome [3] 103/7 104/9 119/25
overrule [1] 8/12
Overruled [1] 220/11
overtime [1] 137/25
overuse [1] 216/16
overweight [1] 203/20
ow [1] 161/6
own [10] 21/14 33/3 43/22 70/9 81/20
119/1 132/7 162/14 162/19 189/19
owns [2] 21/14 21/16
Oyuki [3] 45/1 87/14 123/16

## P

P-E-T-R-U-S-K-A [1] 11/2
p.m [17] 110/6 111/5 111/6 124/24
126/23 128/22 129/21 163/20 167/4
167/4 171/13 173/16 173/22 173/22
174/17 223/1 224/20
packs [1] 191/25
page [20] 5/21 7/7 180/2 180/2 192/6
209/15 210/6 210/7 210/7 210/8 210/8
217/1 217/5 217/6 217/7 217/8 217/10
217/11 218/25 219/1
pages [4] 1/5 7/15 7/22 187/1
paid [8] 113/19 117/1 158/19 158/23
159/3 160/14 218/16 218/17
pain [77] 18/7 95/10 95/17 95/25 95/25
96/9 96/20 97/14 97/16 140/4 140/11
140/16 140/22 141/4 142/14 146/18
146/25 147/20 148/4 148/7 148/15

148/16 148/23 148/24 149/1 149/4
148/25 150/16 150/21 150/25 152/2
150/22 152/13 154/2 154/2 154/3
154/4 154/25 155/1 160/22 160/23
160/24 161/7 161/9 161/16 161/20
183/19 185/3 193/21 193/21 193/21
193/21 193/22 193/22 193/24 194/6
194/9 194/11 194/13 195/4 195/5
196/4 198/15 198/25 199/6 199/23
200/7 201/9 205/21 213/7 214/4
215/25 218/23 219/5 219/20 219/21
220/25
painful [2] 156/15 188/9
Palmer [24] 1/15 2/18 3/1 12/12 15/4
19/4 88/8 111/2 112/25 115/1 121/21
122/6 123/21 128/8 129/17 143/14
163/7 164/24 168/6 169/24 173/1
174/19 223/9 223/18
Palmer--we [1] 143/14
Palmetto [1] 72/9
Pan [1] 69/5
panel [13] 15/8 91/13 94/12 94/19
95/11 95/21 97/20 105/23 105/25
109/11 109/24 121/12 126/20
paper [6] 4/7 4/10 132/20 186/1 194/21
215/5
papers [1] 130/7
paragraph [2] 191/16 217/9
paralegal [1] 137/4
paralyzed [1] 207/6
paraphrase [1] 184/25
Pardon [1] 63/25
Parker [46] 1/12 1/13 2/6 2/24 3/17
6/14 9/6 9/16 12/10 14/21 19/1 19/2
79/13 79/17 88/6 107/6 109/17 110/25
111/8 114/14 121/12 121/19 121/25
122/2 122/16 122/25 123/19 124/12
124/17 127/12 128/18 129/9 129/15
136/5 142/24 164/12 164/22 165/18
167/6 171/5 204/2 208/8 221/13
222/11 223/5 223/13
Parker's [1] 8/8
parking [2] 156/18 156/19
part [25] 8/19 18/9 21/3 23/15 23/17
23/20 28/11 52/24 94/20 96/3 103/20
116/24 120/11 120/22 135/8 138/1
158/22 162/4 185/24 188/14 193/19
199/3 204/25 205/6 210/3
part-time [1] 116/24
part-timer [1] 23/15
partial [1] 191/12
participants [1] 133/23
participating [1] 2/11
particular [4] 4/23 88/24 90/6 102/7
particularly [1] 113/24
particulars [1] 68/17
parties [60] 3/5 5/15 16/13 17/16 20/16
23/1 23/24 25/1 25/13 26/3 26/14 27/1
27/20 29/6 30/3 31/10 31/20 32/3
32/11 36/19 36/24 37/6 38/8 41/8
41/19 44/14 44/19 44/22 46/20 48/23
50/18 50/23 51/5 51/22 53/16 53/21
54/2 55/5 57/16 58/3 62/8 63/4 70/19
70/24 71/14 73/21 75/18 76/4 77/25
78/4 78/11 94/10 124/4 125/22 131/2
131/11 133/20 134/20 164/10 172/16
partner [3] 21/14 56/9 113/13
parts [2] 154/6 154/8
party [5] 34/13 34/14 99/24 145/3
158/21
passenger [4] 17/18 36/12 164/13
172/19
passport [1] 139/10
past [19] 10/16 12/23 16/4 18/5 18/6
20/21 20/22 56/4 56/12 56/18 56/20

115/4 115/5 115/18 115/22 156/23
pathologists [1] 64/3
pathology [4] 63/21 63/24 64/1 64/6
patience [1] 180/13
patient [17] 134/17 161/6 179/9 179/17
180/18 180/23 189/2 189/3 189/12
189/15 189/21 190/23 206/11 210/23
216/4 218/15 220/7
patient's [3] 180/8 205/6 214/8
patients [8] 177/14 178/4 178/6 179/3
179/6 180/10 184/3 189/18
pattern [1] 185/4
pay [13] 23/13 23/16 31/4 31/8 74/12
130/8 141/24 141/24 147/5 157/24
159/16 159/19 160/15
payable [2] 158/19 158/21
paying [2] 23/14 23/15
pecuniary [1] 112/20
pelvic [1] 154/4
Pembroke [1] 19/10
penalty [1] 144/17
pending [1] 149/17
people [47] 16/14 18/13 28/10 68/18
89/2 92/8 94/16 121/5 126/6 140/3
152/2 152/6 159/10 163/1 177/17
177/22 183/6 184/3 184/10 184/14
185/6 185/14 188/11 188/21 189/7
194/4 194/20 197/18 198/20 200/2
203/3 203/20 207/8 207/10 212/15
212/15 213/5 213/6 213/11 214/15
214/16 215/15 215/18 215/20 215/23
216/3 220/24
people's [1] 201/14
per [2] 110/20 157/18
perceive [1] 185/6
perceived [1] 201/2
percent [16] 40/1 108/12 117/12
117/15 117/15 117/24 147/1 170/20
189/9 193/24 200/21 207/5 207/5
207/6 215/14 216/2
perception [1] 201/14
peremptories [5] 110/13 110/18 110/20
121/4 121/6
peremptory [1] 120/24
perfect [2] 154/8 223/19
perfectly [1] 16/16
perform [9] 149/6 178/22 178/24 179/2
182/20 184/12 194/15 197/16 213/14
performed [3] 161/13 161/25 201/25
performing [2] 179/4 179/11
perhaps [2] 36/10 170/20
period [7] 144/14 148/3 159/4 159/5
160/16 199/13 199/14
periodically [1] 207/2
perjury [1] 144/17
permanent [3] 202/8 206/21 206/24
permanently [1] 156/19
permissible [1] 16/7
permission [1] 170/24
permit [3] 133/15 156/18 156/19
permitted [5] 131/15 131/20 132/13
134/21 135/3
perpetuates [1] 199/24
person [15] 13/14 60/15 67/19 68/12
68/13 68/14 87/19 118/10 140/5
147/18 156/18 181/9 185/11 196/17
202/6
person's [1] 188/18
personal [6] 37/20 68/19 68/21 77/18
88/15 189/19
personally [2] 85/10 210/9
personnel [3] 115 139/23
persons [5] 18/15 18/19 19/8 125/10
140/7

**P**

perspective [2] 160/25 223/9
persuasion [1] 135/7
persuasively [1] 118/9
pertinent [1] 13/3
Peru [1] 21/19
Peter [2] 19/20 162/7
petition [1] 150/10
Petruska [3] 11/1 11/5 11/7
pharmacy [1] 73/5
phase [1] 135/4
PhD [1] 142/8
philosophy [1] 215/13
phone [7] 139/16 168/24 170/3 170/22
170/23 170/24 171/10
phonetic [1] 191/20
phrased [1] 168/4
physical [27] 44/5 147/14 149/15
149/16 156/13 179/10 185/20 187/21
190/24 191/5 191/8 191/19 191/21
191/25 199/6 200/1 200/14 200/19
202/7 205/18 206/13 218/12 218/13
218/13 218/18 219/12 221/21
physically [2] 149/9 201/19
physician [5] 169/10 176/4 180/7
180/15 180/22
physicians [3] 20/9 157/6 205/15
pick [5] 17/4 20/20 109/22 139/16
215/20
picking [2] 13/10 110/23
picture [2] 151/7 180/17
piece [3] 4/7 4/10 132/19
pilgrimage [2] 138/11 138/16
pin [2] 188/10 197/18
pinched [2] 193/22 203/4
Pines [1] 19/10
place [2] 213/4 221/2
placed [1] 190/9
places [4] 79/6 125/14 132/2 135/6
plain [1] 217/15
plaintiff [150] 8/11 8/17 8/19 10/20
14/3 17/17 17/23 18/1 18/5 18/8 18/11
18/24 33/9 33/22 33/25 34/6 35/11
41/3 42/13 42/14 58/8 64/17 77/16
79/13 83/6 90/9 90/15 91/5 91/15
96/21 99/7 99/18 100/9 100/13 100/16
102/8 103/1 103/13 103/22 104/14
104/17 104/22 105/1 105/9 105/10
105/13 106/1 110/10 110/15 111/8
112/6 114/1 117/17 120/1 120/18
120/20 121/9 122/25 127/1 134/22
134/25 135/2 135/5 135/7 136/6
143/19 144/1 144/4 144/9 144/15
144/16 145/3 145/4 145/9 145/13
145/19 145/24 146/20 147/3 148/14
149/9 149/11 149/18 149/20 150/12
150/16 150/25 151/13 152/22 153/8
153/9 153/16 153/22 153/24 154/9
154/10 155/6 155/21 155/24 156/8
156/11 156/16 157/1 157/3 157/22
157/23 158/6 159/3 159/11 159/22
160/19 160/22 161/13 161/23 162/10
162/11 162/23 163/9 164/13 166/17
171/8 171/22 171/24 172/19 178/22
182/2 182/21 182/25 184/22 187/4
187/7 189/19 189/24 192/4 193/17
194/15 200/5 200/23 202/1 202/21
204/8 204/22 206/4 206/20 207/20
221/10 221/21 222/2 223/12 223/15
plaintiff's [38] 8/14 11/4 11/8 11/10
28/2 43/16 117/19 119/2 121/19 122/2
122/5 122/13 122/21 123/6 129/7
134/24 143/25 144/7 144/24 145/5
151/10 154/22 156/6 156/14 158/25

161/8 162/14 163/4 164/17 168/20
168/21 174/23 191/11 195/9
202/4 224/24 225/5
Plaintiffs [2] 1/4 1/12
plan [4] 169/5 217/1 217/9 217/10
plane [2] 140/13 140/22
planes [1] 152/1
planning [1] 13/22
plate [1] 142/15
please [22] 2/5 7/23 14/20 14/22 20/11
21/2 24/16 26/21 98/2 108/17 110/7
126/19 129/20 136/10 142/20 143/12
167/7 171/14 174/18 175/3 175/7
195/17
pleases [1] 88/10
pleasure [2] 69/14 69/15
plenty [1] 125/12
podium [1] 107/10
point [12] 14/8 89/16 109/23 127/22
128/1 152/17 185/6 188/3 193/14
207/18 216/5 219/9
pointing [1] 145/18
policies [1] 38/19
pool [2] 192/16 214/9
pools [2] 214/12 214/15
poor [4] 200/10 203/18 205/5 219/25
popcorn [1] 173/17
porpoise [1] 214/12
portfolio [1] 114/17
portion [2] 135/9 205/2
portions [3] 8/23 9/1 9/12
position [3] 18/8 18/11 83/16 93/4
105/12 116/14 117/19 119/2 137/16
183/20 183/22 183/23 184/10
positions [2] 136/1 177/5
positive [4] 116/7 194/1 197/8 198/16
possession [2] 7/20 8/21
possible [5] 70/14 130/24 134/15
166/11 170/2
possibly [3] 28/5 28/8 206/1
Post [1] 1/18
potential [16] 23/1 25/1 30/3 31/20
36/19 41/8 44/14 48/23 51/22 57/16
70/19 73/21 75/18 131/1 131/6 131/18
pounds [1] 219/15
power [1] 159/23
practice [2] 2/10 176/2 177/21 179/3
189/17 211/11
practiced [2] 188/19 212/6
practicing [2] 178/2 178/12
Pre [1] 83/15
Pre-K [1] 83/15
preadmitted [1] 4/16
precedence [1] 99/22
precipitate [1] 201/3
Precisely [1] 8/6
preclude [1] 187/22
precluded [1] 116/25
predated [2] 145/17 145/19
preemptory [1] 117/5
preexisted [1] 145/11
preexisting [7] 150/11 154/17 155/8
155/15 157/1 202/4 202/16
prefer [1] 214/14
preferred [1] 28/16
prejudice [1] 41/2
prejudiced [1] 165/23
preliminary [2] 124/2 124/5
preoccupied [1] 99/9
prepare [2] 223/11 224/10
prepared [5] 5/20 6/20 110/1 130/13
131/7
preponderance [1] 33/23
prescription [2] 192/4 193/9
presence [2] 109/22 133/15

present [10] 17/21 56/3 135/21 144/1
146/2 218/20 157/2 162/22 180/6
220/9
presentation [1] 134/23
presented [9] 11/4 28/1 65/10 99/10
99/23 113/8 130/5 133/13 217/20
presently [3] 23/12 51/16 58/25
presents [2] 20/23 104/14
pressure [7] 183/25 184/18 185/8
196/4 198/23 198/24 199/19
pretrial [2] 5/2 110/14
pretty [5] 68/9 84/5 84/17 84/18 108/7
109/11 188/20 188/23 195/9
prevent [5] 91/10 96/16 114/20 116/8
133/19
previous [6] 181/11 202/6 202/15
207/4 213/10 213/19
previously [14] 21/10 32/20 43/19 45/4
59/7 60/6 68/5 71/25 73/13 75/1
108/18 129/1 187/13 187/13
priest [1] 138/3
primarily [2] 130/6 193/19
primary [1] 56/2
principal [4] 71/22 83/12 83/14 83/16
principle [3] 90/7 91/20 94/9
prior [30] 17/13 49/1 53/19 62/12
65/23 73/24 75/21 77/20 91/9 144/9
144/9 144/11 145/10 145/10 145/22
146/14 147/19 150/5 154/8 154/23
156/1 156/6 156/6 164/19 164/21
172/2 181/9 191/18 192/4 214/23
private [1] 176/1
privilege [8] 8/14 8/15 9/13 9/14 9/19
10/1 10/3 10/13
privileged [8] 8/16 8/20 8/22 8/23 8/25
9/2 9/9 9/12
privileges [1] 176/21
probably [14] 13/7 13/20 45/16 59/24
65/25 94/21 128/4 158/16 169/11
170/18 173/9 200/14 210/14 213/2
problem [34] 20/23 41/4 80/18 89/10
91/18 97/25 105/25 112/15 117/17
118/14 128/6 128/7 165/9 174/6 179/7
181/25 185/11 188/8 189/8 193/6
193/7 199/9 199/11 200/4 201/13
201/22 202/9 204/14 205/15 211/5
212/16 216/17 219/24 221/1
problems [20] 59/17 82/8 98/8 98/20
169/19 188/15 188/21 190/17 193/25
200/21 203/4 204/13 204/13 205/6
205/13 207/11 207/20 207/23 211/7
216/11
procedure [11] 15/2 85/2 110/20 121/7
129/25 132/16 134/12 172/10 213/3
213/12 215/17
procedures [3] 191/2 192/14 201/6
proceed [4] 34/24 135/1 136/8 174/19
proceeding [2] 93/5 169/10
proceedings [13] 14/14 16/8 108/21
108/23 111/5 128/22 132/1 134/19
164/19 164/21 172/2 224/20 225/14
proceeds [1] 135/5
process [4] 88/14 91/17 139/10 188/14
processing [1] 38/17
produce [2] 138/4 154/13
produced [4] 8/4 9/1 154/16 155/10
producing [1] 155/7
product [1] 8/14
production [2] 8/13 8/24
profession [1] 54/8
professional [2] 175/3 176/13
professionals [1] 97/9
professor [1] 175/25
program [4] 137/18 142/9 201/17
205/18

**P**

**projecting** [1] 54/13
**prominence** [1] 198/19
**proof** [9] 34/2 34/10 40/11 43/2 59/4
68/4 88/21 103/14 135/6
**proper** [4] 212/17 216/6 216/9 218/1
**properly** [4] 151/19 151/21 206/16
216/10
**property** [1] 33/6
**proponent** [2] 64/12 65/4
**proposals** [2] 80/2 80/4
**proposed** [1] 13/2
**propounded** [1] 144/14
**protest** [1] 160/10
**prove** [14] 34/3 34/4 34/6 89/20 89/24
91/22 105/1 105/10 105/14 105/19
156/8 162/23 188/8 211/16
**proved** [1] 195/15
**proven** [1] 118/23
**proves** [1] 105/18
**provide** [10] 5/10 84/25 144/22 148/11
154/14 154/21 155/9 180/16 191/17
191/18
**provided** [5] 5/4 17/23 59/15 207/25
221/10
**providers** [1] 144/9
**provides** [1] 159/9
**Providian** [1] 20/2
**proving** [3] 89/20 33/23 89/23
**public** [3] 137/19 150/9 158/6
**published** [4] 133/17 177/19 212/18
212/19
**publishing** [1] 177/25
**Puerto** [1] 56/12
**pull** [2] 120/25 154/11 184/16 199/18
**pulling** [1] 139/13
**pulls** [1] 197/7
**purpose** [3] 131/8 138/20 166/24
**purposes** [4] 10/6 13/23 136/3 215/14
**pursued** [2] 136/17 137/18
**push** [4] 140/8 184/18 189/2 201/20
**pushed** [3] 140/10 141/1 141/1
**pushes** [1] 149/23
**pushing** [1] 197/7
**put** [33] 10/5 10/7 14/4 44/9 64/19 70/8
71/4 99/14 128/2 129/9 137/24 140/9
148/8 148/10 152/22 163/22 163/23
167/20 168/16 169/3 177/16 177/23
184/10 184/17 191/10 191/10 191/10
194/21 207/13 212/17 214/13 219/6
223/14
**puts** [1] 198/23
**putting** [1] 223/11

**Q**

**quadriceps** [2] 196/25 219/7
**quads** [1] 196/5
**qualifications** [1] 15/15
**quality** [1] 87/2
**quarter** [1] 167/10
**quest** [1] 137/20
**question** [32] 13/8 13/11 13/22 79/10
93/25 98/2 103/9 104/13 105/8 105/23
105/25 111/1 112/9 117/22 118/2
120/9 120/10 132/17 132/19 132/20
132/22 132/24 133/1 134/6 134/9
202/19 204/1 211/21 212/12 220/12
221/2 224/18
**question-and-answer** [1] 93/25
**questioned** [1] 191/23
**questioning** [3] 15/11 163/24 190/19
**questionnaire** [1] 12/9 17/8 24/21
25/25 32/12 45/3 49/17 76/13 109/7
117/13 118/8
**questionnaires** [2] 2/24 63/20
**questions** [17] 12/2 13/1 13/5 13/6
15/14 16/21 16/23 17/8 20/15 20/18
79/14 79/14 88/12 94/2 94/14 95/8
98/25 99/3 100/2 110/25 116/19
117/11 118/13 120/21 125/25 129/23
132/14 133/2 134/12 144/16 176/10
182/3 221/5 222/4 222/6 222/8 222/9
**quibble** [1] 221/20
**quick** [3] 192/20 211/23 224/15
**quickly** [2] 173/25 184/18
**quite** [7] 52/19 109/4 109/6 118/9
197/1 197/1 206/9
**quote** [5] 149/5 149/6 162/3 189/1
215/16
**quoted** [1] 215/22

**R**

**racetrack** [1] 70/4
**radiating** [3] 148/17 150/22 160/24
**radio** [1] 133/18
**radiographic** [1] 185/8
**radiological** [2] 160/25 188/16
**radiology** [1] 162/8
**raise** [7] 117/9 183/21 183/24 195/24
196/7 197/9 197/14
**raised** [3] 9/9 112/6 165/6
**raising** [2] 95/23 97/23
**ramp** [2] 59/7 59/14
**ran** [1] 140/7
**range** [1] 197/21
**rapidly** [1] 121/14
**rarely** [2] 194/1 204/16
**rate** [1] 93/1
**rather** [8] 6/16 17/4 85/8 141/20 153/3
153/12 209/14 213/20
**rating** [5] 147/2 206/21 206/22 206/23
206/25
**ratings** [1] 207/1
**ray** [13] 161/9 162/9 209/5 209/8
210/20 211/8 211/25 212/1 215/7
217/25 218/3 220/1 220/6
**rays** [8] 161/4 177/13 188/16 211/2
212/3 217/20 218/3 218/8
**RC** [1] 225/2
**RD** [1] 225/2
**reach** [10] 42/17 65/17 67/21 164/6
169/21 170/2 189/20 202/21 206/2
206/19
**reached** [12] 39/18 42/16 60/19 72/17
75/7 140/23 141/7 203/22 204/5
204/21 206/4 206/6
**reaching** [2] 133/5 206/8
**read** [28] 6/24 18/13 23/1 25/1 27/1
31/20 36/19 44/14 46/21 48/23 50/18
51/22 53/16 57/16 62/8 130/20 164/11
172/17 184/24 187/12 205/3 205/22
209/7 209/8 210/18 211/20 211/21
217/13
**read-ins** [1] 6/24
**reading** [2] 133/16 177/13
**reads** [1] 217/13
**ready** [8] 5/19 11/22 12/17 129/18
136/5 151/20 174/19 186/21
**real** [7] 188/13 190/13 192/20 211/23
212/16 221/1 224/15
**realize** [1] 31/5
**realizes** [1] 89/5
**realizing** [1] 126/5
**really** [23] 28/9 28/17 45/14 54/15
68/16 70/13 77/1 78/22 108/8 114/2
152/15 155/18 160/19 166/17 173/6
179/21 185/22 200/3 201/1 201/4
201/18 207/13 208/23
**Realtime** [2] 1/22 225/18
**reason** [38] 14/1 17/1 20/25 23/8 25/9
30/10 30/12 37/2 41/4 43/19 49/5
51/1 52/4 53/23 57/24 62/25 71/1 74/3
75/25 78/7 117/18 126/25 134/14
146/6 156/24 158/7 165/4 180/22
185/14 203/14 203/15 203/16 206/23
216/18 220/20 222/1 224/2
**reasonable** [10] 33/21 168/3 185/12
202/2 203/23 204/6 204/21 206/3
206/19 208/1
**reasonable--is** [1] 185/12
**reasonably** [1] 145/6
**reasons** [2] 112/23 131/9
**rebut** [1] 135/5
**rebuttal** [1] 135/4
**recall** [17] 18/21 66/7 66/7 69/20 76/22
76/22 77/2 77/6 97/7 165/5 181/21
181/24 181/24 208/24 209/10 210/21
215/2
**recalling** [1] 211/22
**receive** [1] 130/15
**received** [8] 2/23 2/25 11/2 12/8 27/13
130/19 141/12 159/6
**receiving** [3] 148/18 148/20 150/23
**recent** [8] 32/24 39/5 39/5 42/3 65/13
76/14 76/17 76/19
**recently** [1] 45/25
**receptionist** [1] 139/25
**recess** [20] 12/16 14/7 14/13 16/3 16/6
110/24 110/25 111/5 121/16 125/11
126/25 127/23 128/1 128/21 132/21
166/23 167/3 173/11 217/3 223/3
**recessed** [4] 14/14 128/22 167/4
173/22
**recessing** [1] 173/11
**recognize** [6] 79/13 125/24 125/25
127/21 136/3 224/2
**recollection** [4] 132/8 132/12 182/16
186/19
**recommend** [1] 214/11
**recommendation** [1] 186/2
**recommended** [1] 185/20
**reconstructions** [1] 35/18
**reconvened** [2] 167/4 173/22
**record** [10] 2/5 10/5 10/7 14/20 130/12
146/7 146/13 175/4 186/17 225/14
**records** [39] 5/23 148/6 149/3 154/12
154/14 154/15 154/16 155/8 155/11
155/14 155/14 155/19 156/8 156/25
159/17 159/20 159/22 159/24 160/4
160/5 160/6 160/13 162/5 179/24
180/1 180/1 180/5 181/18 181/19
184/23 185/23 201/24 214/18 214/22
214/23 214/24 215/4 220/9 220/19
**recover** [3] 58/10 91/22 104/17
**recovery** [3] 158/20 181/2 181/4
**redactation** [4] 6/22 7/8 7/8 7/22
**redacted** [5] 7/2 8/22 9/2 9/7 9/8
**redaction** [3] 7/6 10/4 10/9
**redid** [1] 213/11
**redirect** [2] 221/6 221/8
**reduction** [1] 192/16
**refer** [1] 129/14
**reference** [3] 112/9 153/4 221/15
**reflex** [6] 195/22 196/19 196/22 197/23
211/13 214/5
**reflexes** [1] 195/21 195/23 196/19
196/24 197/23
**reform** [2] 64/12 65/4
**refresh** [2] 182/16 186/18
**refrigerated** [1] 28/25
**refrigerators** [1] 28/24
**refused** [1] 160/4
**regard** [2] 134/12 190/10
**regarding** [12] 20/18 38/15 44/23

**R**

regarding... [9] 116/22 117/11 148/11
150/14 165/7 188/18 191/18 202/3
204/22
regardless [1] 105/12
regards [1] 158/23
region [1] 154/4
regions [1] 217/16
regular [2] 38/2 61/20
regularly [1] 180/7
rehab [1] 70/9
rehabilitate [1] 120/4
Rehabilitation [1] 19/11
rehurt [1] 97/1
reinforced [1] 205/14
reinjured [1] 97/1
reiterate [2] 58/19 120/25
related [6] 27/21 97/16 97/17 158/15
185/15 204/8
relates [1] 4/3
relation [1] 200/24
relationship [11] 56/19 56/20 112/20
113/12 113/16 113/17 113/20 114/8
114/17 115/11 116/20
relax [1] 184/18
relaxant [1] 192/23
relaxants [1] 193/5
relaxes [1] 193/3
relayed [1] 193/17
release [3] 160/7 160/8 160/12
relevant [1] 131/9
relief [1] 141/22
religious [1] 138/11
reluctant [2] 56/16 56/18
rely [5] 57/6 130/10 132/6 132/7
182/11
remember [12] 4/8 60/12 72/12 72/13
77/1 99/3 124/21 132/3 134/16 155/6
162/21 215/14
remind [2] 126/8 222/25
render [3] 33/25 58/16 112/21
Renzo [5] 21/5 111/18 111/19 116/8
122/3
reoccur [1] 192/3
Repeat [1] 98/2
rephrase [1] 104/13
report [28] 8/13 8/16 9/12 127/3
152/25 182/19 208/14 208/15 208/22
209/5 209/8 209/9 209/9 209/19
209/20 210/17 210/18 210/20 210/22
211/20 216/25 217/2 217/3 218/10
218/18 221/2 221/10 221/17
reported [4] 1/22 140/12 140/18
140/23
reporter [7] 1/22 1/22 103/19 130/11
165/6 225/18 225/18
reports [2] 209/12 210/24 212/19
214/25
represent [2] 15/5 143/15
representative [2] 2/20 19/6
request [7] 8/12 8/18 8/24 9/4 30/19
160/2 160/3
requested [2] 127/4 158/1
requesting [2] 8/3 8/18
require [3] 8/4 134/12 204/23
required [5] 62/20 110/19 125/23
131/22 158/9
requirements [1] 113/1
requires [4] 94/10 161/6 180/13 200/1
requiring [1] 62/19
research [2] 176/17 212/19
resection [1] 191/1
Reserve [1] 133/5
residency [4] 175/9 175/16 175/19
178/14
resident [1] 175/1
residents [2] 137/9 177/10
residing [1] 137/2
residual [2] 95/25 205/13
resistance [1] 195/25
resolution [1] 216/10
resolvable [3] 199/9 201/22 202/8
resolve [1] 199/4 200/2
resolved [3] 73/2 200/18 200/20
resolves [1] 200/20
respect [8] 9/12 9/18 37/7 112/5
114/12 115/24 116/15 132/14
respond [1] 94/1
Responding [1] 8/7
response [9] 8/24 9/7 54/20 112/24
114/25 154/11 154/12 155/10 158/22
responses [3] 109/5 109/6 118/22
responsibilities [1] 99/2
responsibility [4] 12/20 28/12 74/9
101/23
responsible [1] 90/22
responsive [1] 118/12
rest [8] 11/21 105/23 110/3 134/25
166/21 193/4 205/23 206/1
restitution [1] 159/10
restrict [2] 10/8 13/18
restriction [1] 160/9
restrictions [1] 187/23
result [14] 6/25 59/14 70/6 84/23 89/25
103/4 113/15 113/20 117/10 147/15
154/7 161/11 161/25 204/24
resulting [2] 22/19 38/23
results [1] 192/12
retail [1] 101/17
retire [2] 130/1 135/13
retired [2] 69/5 190/14
retirement [1] 54/13
retreat [2] 201/16 201/19
return [7] 104/25 127/18 127/19
127/20 138/7 163/12 163/18
returned [1] 5/15
reversible [3] 200/12 200/13 201/4
review [18] 6/16 12/17 180/5 181/19
184/23 185/23 185/24 186/18 187/15
209/8 209/13 217/18 217/19 217/24
218/6 218/14 220/9 220/18
reviewed [12] 13/1 162/8 179/23
181/17 201/24 208/15 208/22 209/19
209/23 210/9 211/24 220/18
rheumatologist [1] 153/17
Rica [1] 36/12
Richard [1] 19/21
Rico [1] 56/12
Riding [1] 199/4
right [92] 4/4 4/13 8/2 11/13 16/16 23/9
23/13 24/9 30/11 30/14 31/12 32/8
35/17 37/3 41/16 56/5 56/7 63/1 64/23
67/15 74/4 80/21 81/9 81/15 83/7
89/25 91/12 96/6 98/20 100/1 100/9
100/10 101/16 107/4 113/18 115/9
124/12 124/13 125/2 126/15 128/19
145/17 146/18 148/17 156/3 159/5
167/12 168/25 173/11 178/1 178/16
181/21 182/4 182/14 186/12 192/20
193/18 193/19 195/3 195/5 195/8
195/18 195/18 195/23 197/19 197/22
203/22 208/4 208/16 208/21 209/17
209/23 210/1 210/2 210/19 211/24
211/3 214/4 214/19 215/2 216/8
216/15 216/25 217/18 218/21 218/25
219/12 220/2 221/12 221/23 223/24
223/24
rise [5] 15/8 110/5 117/16 126/19
126/21
Rivera [3] 19/11 19/24 204/8
Rivera-Kolb [1] 19/24 204/8
Road [1] 175/5
Robert [2] 2/21 15/6
Robin [1] 20/1
Rodriguez [8] 52/23 81/9 111/14
114/13 114/15 115/2 115/8 121/17
Rogert [4] 45/1 87/14 123/16 125/2
rolled [1] 17/24
Ronald [1] 19/9
room [21] 1/23 4/9 4/11 11/21 14/9
14/10 14/12 14/13 90/20 110/4 126/12
126/14 126/15 126/22 130/1 131/15
149/23 163/17 166/22 173/5 222/20
rooms [1] 192/25
root [4] 183/25 185/9 193/22 197/7
rose [1] 66/14
Rosen [6] 19/16 148/1 148/1 148/8
148/18 157/11
rotation [1] 195/10
round [2] 138/5 138/7
round-trip [2] 138/5 138/7
row [6] 125/2 125/3 165/7 165/10
165/12 165/12
rubber [4] 199/16 199/17 199/18
199/22
rubs [1] 199/3
rude [1] 126/1
Rudolph [5] 19/12 141/11 152/21
152/23 152/23
Ruiz [5] 47/11 80/8 106/11 123/16
125/3
rule [3] 120/19 211/7 217/16
ruled [3] 9/11 10/10 10/10
rules [3] 121/7 130/3 132/23
ruling [4] 8/14 10/3 10/12 134/3
rulings [1] 134/2
RUMBERGER [2] 1/16 19/5
run [1] 173/11
running [3] 28/20 74/5 222/19

**S**

S.W [1] 1/17
sac [1] 199/20
sacral [1] 155/1
said [67] 7/13 8/15 10/15 13/19 34/12
41/6 45/4 48/4 66/23 68/7 70/3 72/3
72/13 72/20 73/4 73/13 77/3 77/8
80/17 84/6 99/13 99/13 99/20 109/12
113/25 114/2 114/5 114/7 115/3 115/4
118/1 118/13 120/19 130/12 131/16
139/1 139/8 139/14 148/24 149/5
149/13 150/11 154/15 155/11 156/19
157/3 157/18 158/22 165/18 171/4
173/14 185/2 185/20 187/12 190/8
190/13 190/15 191/20 192/8 194/5
199/1 206/11 210/17 212/6 213/19
216/22 216/23
sales [2] 21/8 101/17
Salmeron [1] 20/4
salvage [2] 205/12 213/12
same [22] 16/19 58/14 64/23 64/25
70/16 77/5 79/16 90/7 105/9 105/23
134/14 137/3 144/2 144/10 146/3
152/7 159/18 160/14 162/13 162/17
202/10 220/21
sat [2] 113/25 140/1
satisfied [5] 58/9 85/2 107/8 113/25
114/1
Saturday [1] 225/16
save [2] 138/4 172/13
saw [12] 11/9 48/3 94/24 138/25 141/4
151/17 152/23 153/9 153/20 161/22
164/12 193/18
say [58] 13/7 15/10 21/13 21/25 24/1

**S**

**sees** [1] 150/2
**select** [3] 16/1 191/13
**selected** [13] 16/2 28/14 31/4 31/8 46/13 67/12 74/12 87/1 99/14 99/19 110/2 123/13 125/10
**selecting** [1] 110/23
**selection** [2] 110/4 110/20
**selections** [1] 143/15
**selections--we** [1] 143/15
**self** [1] 21/14
**self-employed** [1] 21/14
**sell** [2] 80/3 115/10
**selling** [1] 38/18
**Selwyn** [1] 20/5
**Senator** [1] 54/25
**send** [1] 156/25
**sending** [2] 94/14 160/2
**senior** [1] 177/11
**sense** [6] 10/9 62/20 62/21 88/15 142/20 163/23
**sensory** [1] 197/17
**sent** [3] 7/2 7/3 160/8
**sentence** [5] 217/9 217/13 218/21 219/1 219/2
**separate** [4] 4/18 4/20 89/13 209/22
**separately** [3] 4/10 4/19 4/23
**separation** [1] 133/22
**September** [8] 148/9 152/20 153/9 153/15 186/17 186/20 187/1 187/2
**Sequeira** [5] 54/23 111/13 112/8 114/11 119/14
**series** [2] 94/1 117/10
**serious** [9] 7/12 114/19 116/13 136/12 140/5 142/11 142/16 142/21 142/21
**serve** [19] 23/25 25/14 26/15 28/12 29/7 32/13 36/1 40/15 44/23 45/13 47/8 48/16 49/3 50/14 58/4 74/9 83/2 86/20 125/8
**served** [9] 32/20 39/1 42/1 65/12 71/25 75/1 76/13 77/3 86/24
**service** [14] 37/7 40/14 49/10 51/6 54/3 59/8 63/5 71/15 74/17 76/5 77/21 78/13 108/19 117/1
**services** [7] 59/14 159/2 159/9 159/12 159/16 159/21 179/5
**serving** [4] 23/6 41/20 43/7 119/5
**session** [2] 74/6 93/25
**set** [5] 61/24 95/13 143/2 143/3 210/3
**settle** [1] 70/7
**settled** [11] 35/2 35/6 45/7 67/4 67/7 67/10 73/2 73/3 84/9 84/10 89/19
**settlement** [4] 76/25 77/11 77/12 77/13
**seven** [9] 13/6 32/16 39/11 122/22 122/23 148/25 170/7 177/9 209/3
**Seventeen** [4] 63/16 122/10 122/12 123/2
**seventh** [1] 190/15
**several** [6] 65/12 118/21 160/11 176/23 177/20 214/22
**severe** [7] 146/17 147/20 148/7 149/4 150/23 151/1 205/5
**severely** [2] 165/22 195/13
**shakes** [1] 149/23
**shaking** [1] 94/18
**shall** [2] 15/14 171/7
**shape** [1] 202/11
**share** [1] 166/1
**sharp** [1] 197/18
**she** [442]
**she'd** [2] 190/16 205/17
**she'll** [1] 205/16
**she's** [33] 11/12 58/10 61/14 61/15 100/12 102/8 103/5 119/6 119/6 119/13 137/10 141/19 142/13 146/3 146/4 149/21 149/21 152/7 153/25

**sees** [1] 150/2
**shade** [1] 138/10
**shaking** [2] 94/17 94/17
**sheet** [1] 186/1
**shelton** [3] 1/22 1/24 225/18
**shelves** [1] 34/19
**shock** [2] 141/3 175/21
**shoot** [1] 33/3
**short** [3] 17/2 98/14 107/9
**shorten** [1] 199/14
**shortly** [2] 2/22 16/5
**shots** [1] 141/25
**should** [53] 9/9 15/24 23/23 25/13 26/14 28/3 29/5 37/6 44/22 47/7 51/5 54/2 54/19 55/1 58/3 62/4 63/4 65/23 71/14 74/16 76/4 78/11 104/17 118/10 120/7 121/5 124/10 125/12 127/24 129/5 130/8 130/15 132/4 132/5 132/6 132/7 132/9 133/4 133/14 133/16 133/17 134/3 134/6 134/7 134/8 134/16 134/17 142/7 171/3 172/12 173/3 205/18 220/7
**shoulder** [3] 42/14 85/9 149/25
**shoulders** [1] 198/6
**show** [46] 7/20 7/21 7/24 7/25 104/14 115/18 126/14 127/8 127/12 135/17 138/8 138/14 138/17 143/19 143/24 144/5 144/8 145/13 146/15 148/23 149/4 150/3 150/7 150/16 152/15 152/17 155/5 155/8 155/21 156/5 157/7 157/23 158/5 158/11 158/14 159/1 159/23 160/20 160/21 162/23 163/5 163/5 182/1 186/4 189/4 205/17
**showing** [2] 116/17 182/8
**shown** [1] 130/20
**shows** [1] 119/7
**sic** [5] 6/22 115/19 116/8 138/21 156/15
**sick** [3] 181/14 205/16 205/16
**side** [24] 3/20 3/22 3/23 3/24 4/4 17/2 34/22 102/8 110/17 110/20 121/4 126/4 126/4 129/6 134/5 135/15 183/12 184/15 185/18 194/25 195/10 198/21 204/18 206/14
**sidebar** [1] 132/21
**sides** [2] 127/21 136/1
**sideways** [2] 195/2 195/3
**sign** [4] 17/6 118/7 160/7 194/14
**Signature** [1] 225/18
**signed** [1] 160/9
**significance** [3] 196/13 203/2 206/7
**significant** [5] 13/1 116/12 187/19 206/17 216/11
**significantly** [2] 205/9 216/8
**signing** [1] 160/10
**similar** [1] 122/1
**SIMONTON** [5] 1/9 2/3 14/18 128/25 223/22
**simple** [2] 166/4 180/24
**simply** [2] 122/22 133/25
**simultaneously** [1] 136/18
**since** [13] 4/15 83/1 108/16 108/17 108/18 114/19 125/9 128/10 163/24 170/7 176/2 190/16 216/20
**single** [2] 162/8 162/9
**sir** [38] 21/4 26/18 81/10 81/25 82/10 82/11 82/13 83/10 84/3 84/12 85/4 87/14 91/12 98/12 98/23 100/23 101/16 102/11 106/16 108/14 136/8 208/13 209/1 209/18 209/21 210/15 210/20 211/23 212/18 213/16 217/3 218/20 218/21 218/24 219/6 219/19 220/13 220/24
**sister's** [1] 61/22
**sit** [21] 17/24 35/10 47/1 55/11 64/8

**sees** [1] 150/2
**select** [3] 16/1 191/13
**selected** [13] 16/2 28/14 31/4 31/8 46/13 67/12 74/12 87/1 99/14 99/19 110/2 123/13 125/10

**say...** [53] 28/3 28/8 32/19 35/14 39/1 40/8 42/1 43/19 45/22 49/18 52/16 55/15 58/11 61/6 61/11 62/19 64/11 65/23 67/6 69/1 77/12 81/11 83/2 86/24 104/19 104/21 108/2 113/2 113/3 113/5 113/6 113/7 113/11 114/9 117/23 125/25 127/24 161/6 161/10 162/20 169/12 169/20 170/13 183/13 183/18 185/12 188/9 189/17 207/2 216/14 216/21 220/3 221/14
**say that** [1] 113/3
**saying** [9] 4/8 31/4 52/20 109/1 112/12 120/15 159/12 160/9 167/22
**says** [5] 103/25 116/11 155/18 172/12 185/13
**scaffolding** [1] 72/25
**scale** [1] 148/25
**scan** [2] 187/15 187/15
**scanned** [1] 5/15
**scared** [3] 201/15 201/18 207/17
**scaring** [1] 178/14
**scenario** [1] 103/5
**schedule** [2] 129/11 171/20
**scheduled** [1] 178/8
**scheduling** [4] 169/19 171/17 171/19 171/23
**school** [21] 27/16 30/25 31/1 71/23 71/23 74/5 74/6 74/10 86/5 99/6 101/7 136/17 137/3 137/16 150/10 158/3 158/10 175/12 175/15 175/18 190/15
**Schools** [2] 150/9 158/6
**science** [1] 216/12
**screen** [1] 165/8
**seated** [10] 2/7 12/6 79/19 79/21 110/7 125/5 163/21 171/14 173/19 174/18
**seating** [1] 12/1
**seats** [4] 12/17 123/25 163/18 163/22
**second** [16] 75/4 138/6 138/7 143/2 155/25 164/12 176/9 182/7 192/6 196/21 209/24 210/7 210/7 217/9 217/13 221/7
**Second-degree** [1] 75/4
**secondly** [1] 100/13
**secretaries** [1] 64/5
**section** [3] 191/2 217/1 218/18
**sections** [1] 35/19
**secured** [2] 151/20 151/21
**security** [3] 11/24 126/14 132/20
**see** [62] 5/16 6/23 9/3 9/4 16/25 17/3 21/7 22/13 29/16 38/14 50/5 54/24 74/24 91/19 94/18 95/23 97/23 125/24 130/11 130/21 133/23 143/9 148/21 152/20 153/8 153/16 154/12 154/15 155/14 165/8 165/12 165/17 168/22 170/4 172/11 178/4 178/6 187/8 187/18 187/21 189/1 194/24 194/25 195/5 196/3 198/20 200/3 200/11 202/17 210/5 210/10 210/20 210/22 210/23 210/24 210/25 210/25 211/2 211/19 217/22 218/12 220/24
**seeing** [12] 45/25 126/4 133/17 165/10 177/14 179/3 179/17 187/16 206/17 222/8 222/24 224/8
**seek** [4] 28/21 153/25 154/2 211/15
**seeking** [6] 8/12 144/20 157/16 157/16 157/17 157/18
**seeks** [5] 18/5 144/3 144/10 145/11 158/20
**seem** [2] 134/18 168/25
**seemed** [2] 114/8 188/20
**seems** [3] 68/17 169/23 199/7
**seen** [5] 8/9 97/8 202/15 210/12 217/20

## S

**sit...** [16] 68/24 95/6 109/23 118/4
124/25 126/15 139/15 139/25 141/20
151/20 165/11 165/16 191/12 194/5
199/13 224/10
**sit-ups** [1] 191/12
**sitting** [9] 14/25 95/11 165/12 170/11
183/12 183/17 183/22 183/23 194/8
**situation** [14] 13/14 92/10 92/13 92/16
92/25 93/13 103/12 103/21 104/6
114/22 117/16 119/7 141/19 201/6
**situations** [4] 12/23 59/13 89/14 93/20
**six** [14] 12/2 28/15 31/14 123/14 147/8
148/1 148/3 148/13 155/16 160/2
178/5 200/15 206/16 209/3
**six-month** [1] 148/3
**Sixteen** [3] 58/22 122/18 122/20
**sixth** [1] 190/15
**skeptical** [1] 169/3
**skills** [1] 177/24
**skin** [1] 195/1
**slaps** [1] 188/6
**sleep** [2] 141/8 193/4
**sleepy** [1] 16/9
**slept** [1] 141/8
**slightly** [2] 195/23 197/6
**slip** [4] 42/8 72/7 72/8 202/12
**slipped** [2] 61/17 72/13
**slipping** [1] 61/23
**Sloan** [3] 63/17 92/12 122/11
**slowed** [1] 177/25
**slowly** [1] 134/18
**Smith** [1] 54/10
**snacks** [1] 173/5
**sneeze** [1] 194/11
**so that's** [1] 178/15
**Society** [3] 176/17 176/17 176/19
**software** [1] 216/9
**sold** [2] 68/13 115/12
**solely** [3] 38/5 58/16 62/22
**solemn** [1] 15/17
**solemnly** [1] 15/13
**solid** [1] 140/16
**solo** [2] 176/1 177/21
**solution** [1] 207/18
**solvable** [1] 200/4
**solve** [2] 188/15 201/21
**some** [48] 4/22 7/6 8/12 12/25 17/1
17/9 20/25 56/13 63/20 67/9 70/8
72/13 89/24 91/6 91/24 92/8 94/15
95/9 98/17 98/25 100/2 103/20 112/15
134/13 137/13 137/13 138/25 139/14
145/18 153/13 161/1 165/4 165/14
169/17 175/6 179/6 181/17 182/3
185/6 187/13 190/17 191/21 201/9
206/15 207/17 218/22 219/5 220/20
**somebody** [4] 183/12 191/7 214/4
222/21
**someone** [14] 90/22 93/3 139/2 180/21
180/24 181/2 181/13 181/15 185/13
195/22 197/2 197/3 198/2 207/14
**someone's** [2] 94/4 212/7
**something** [35] 13/15 16/12 17/11
34/17 68/15 74/10 76/25 89/20 91/16
95/14 99/1 99/13 120/14 139/2 139/15
156/1 165/19 170/11 183/7 185/5
188/7 189/10 193/23 196/3 197/6
200/11 201/15 203/5 205/24 207/4
211/13 211/14 215/11 215/15 216/3
**sometime** [1] 210/24
**sometimes** [16] 16/10 16/14 61/21
61/22 137/7 172/11 183/6 183/6 183/7
185/14 188/13 188/13 196/25 197/1
210/22 210/25

**somewhat** [1] 198/1
**somewhere** [1] 126/7
**son** [4] 69/5 69/8 101/3 101/8
**sons** [1] 101/2
**soon** [4] 11/22 125/5 125/7 126/11
**sorry** [10] 37/16 68/2 100/19 106/7
147/22 181/6 209/22 212/9 212/13
223/9
**sort** [7] 83/18 91/6 94/15 95/10 141/18
175/22 204/18
**sought** [2] 144/23 146/20
**sound** [1] 124/12
**Sounds** [1] 124/13
**source** [2] 199/6 200/7
**south** [8] 20/1 29/14 74/22 87/12 137/9
137/11 175/11 177/1
**Southeastern** [3] 20/9 137/19 142/9
**SOUTHERN** [2] 1/1 175/18
**Southwest** [2] 21/6 32/18
**Spain** [1] 87/13
**Spanish** [1] 66/18
**spare** [1] 52/10
**Spartanburg** [1] 175/11
**spasm** [1] 193/1
**spasms** [2] 82/19 194/25
**speak** [8] 9/21 10/2 16/20 18/16 20/17
109/4 139/17 163/8
**speaking** [7] 10/8 16/18 16/19 66/24
180/24 211/4 217/21
**specialist** [1] 21/8
**specific** [7] 44/3 60/1 95/7 119/13
187/23 205/24 211/21
**specifically** [6] 17/20 54/7 90/20
113/24 119/14 209/11
**specifics** [1] 96/3
**spectrum** [1] 205/1
**speculate** [1] 134/7
**speculation** [1] 125/20
**spelling** [1] 191/20
**spend** [5] 87/3 179/5 179/9 181/12
189/5
**spent** [1] 179/17
**spinal** [4] 19/25 196/22 203/8 203/8
**spine** [25] 19/21 146/22 147/24 155/1
161/12 162/12 162/18 175/17 175/20
176/3 176/17 176/17 177/7 178/3
178/4 178/10 178/10 193/23 196/17
197/5 212/24 213/5 213/9 213/9
216/10
**spirit** [1] 8/17
**spool** [1] 37/22
**spot** [1] 199/19
**spouse** [1] 21/13
**spring** [1] 179/1
**Springfield** [1] 175/18
**stack** [1] 180/1
**staff** [4] 64/6 169/23 176/21 176/25
**stairs** [1] 95/13
**stalking** [1] 39/9
**stall** [1] 155/20
**stand** [21] 16/8 16/11 16/15 16/23 17/5
21/4 33/1 79/19 92/5 107/9 118/5
138/14 141/20 146/3 151/11 152/23
164/2 166/18 194/4 194/23 197/13
**stand-by** [1] 33/1
**standard** [5] 88/22 88/24 220/4 220/19
220/21
**standardized** [1] 30/15
**standing** [3] 138/22 156/15 194/3
**standpoint** [11] 151/14 161/15 179/10
185/10 187/20 187/20 188/7 202/23
202/25 203/13 205/8
**stapled** [1] 7/10
**start** [10] 15/25 16/1 139/9 167/12
167/23 171/8 171/16 175/6 206/17

215/16
**started** [9] 123/7 123/11 123/13
147/25 169/1 175/10 187/13 191/21
**starting** [7] 32/23 125/19 136/20 138/5
145/23 157/24 175/8
**starts** [4] 5/21 116/24 148/16 148/20
**state** [22] 32/20 33/10 33/19 34/3 34/4
42/2 66/4 66/5 72/3 75/1 85/25 86/1
87/6 137/3 159/1 159/7 170/15 170/16
170/16 170/17 175/3 221/17
**stated** [4] 8/23 112/22 119/14 190/17
**statement** [8] 119/18 136/6 136/9
143/11 164/11 167/17 224/24 224/25
**statements** [9] 124/22 127/21 127/22
134/22 135/15 135/19 135/20 135/24
136/4
**states** [9] 1/1 1/9 1/22 9/7 118/2
138/16 141/5 194/10 205/7
**stating** [1] 187/13
**status** [1] 212/8
**stay** [10] 47/19 52/11 52/17 79/19
79/21 81/7 118/10 131/14 219/16
219/17
**stay-at-home** [3] 47/19 52/17 81/7
**stenographic** [1] 130/12
**stenosis** [1] 203/8
**step** [5] 13/16 91/17 109/19 142/15
200/19
**Stephanie** [1] 20/6
**stepped** [2] 13/15 165/6
**Steven** [3] 20/4 148/22 157/12
**stewardess** [1] 140/13
**sticker** [2] 3/18 3/20
**stickers** [3] 4/18 4/21 129/10
**still** [16] 8/21 62/5 95/17 95/24 96/1
96/5 96/9 98/8 104/12 121/6 149/17
150/14 151/8 188/24 203/21 204/14
**stim** [2] 191/6 192/1
**stimulates** [1] 196/25
**stimulation** [1] 191/22
**stimulator** [1] 191/11
**sting** [2] 66/2 66/17
**stipulation** [1] 5/2
**stock** [4] 115/5 115/12 115/17 115/22
**stockbroker** [2] 115/12 115/18
**stocks** [3] 54/16 81/20 114/17
**stomach** [6] 191/3 191/13 191/14
205/10 205/11 206/15
**stop** [2] 167/13 217/18
**store** [4] 42/11 47/13 47/16 119/8
**story** [4] 179/8 180/10 181/15 213/11
**straight** [6] 183/15 183/16 183/21
183/24 197/4 197/9
**straight-leg** [3] 183/21 183/24 197/9
**straighten** [1] 183/14
**straightening** [2] 183/21 183/23
**strain** [1] 37/23
**strangers** [1] 140/5
**stray** [1] 109/19
**street** [5] 1/13 1/17 170/18 189/7
215/24
**streets** [1] 215/20
**strength** [6] 161/18 184/11 196/7 196/9
198/9 214/5
**strengthen** [2] 191/13 205/11
**strengthened** [1] 219/13
**strengthening** [8] 191/6 191/18 191/24
192/1 192/9 205/10 205/10 206/15
**strengthens** [1] 198/5
**stretch** [1] 16/15
**stretches** [1] 197/6
**stretching** [3] 199/4 200/15 206/13
**stricken** [2] 120/7 121/5
**strictly** [1] 62/18
**strike** [4] 10/25 119/23 121/11 123/6

**S**

**strong [3]** 115/9 205/18 219/17
**stronger [1]** 119/13
**struck [1]** 138/17
**structural [1]** 187/20
**structure [1]** 192/2
**student [4]** 149/22 153/13 190/7 190/21
**studies [3]** 137/4 177/23 189/18
**study [9]** 130/14 130/21 189/6 213/2 215/14 215/20 215/22 216/7 216/11
**studying [4]** 30/14 86/5 99/1 99/5
**stuff [2]** 27/11 34/19
**stupid [1]** 192/24
**Suarez [6]** 32/18 84/2 89/15 90/13 95/24 106/14
**subjective [17]** 160/21 161/2 161/3 161/5 161/8 161/19 187/16 187/25 188/2 188/3 188/4 188/12 188/25 193/16 213/23 214/3 214/6
**submit [3]** 132/14 222/6 223/19
**submitted [1]** 9/23
**subpoena [1]** 11/3
**subpoenaed [1]** 11/8
**subpoenas [1]** 156/25
**subsequent [1]** 97/1
**subsequently [1]** 7/4
**substantial [3]** 112/19 114/16 114/22
**substantiate [4]** 188/8 211/12 211/15 214/8
**substantiated [1]** 203/12
**Subway [1]** 125/13
**successful [1]** 214/17
**such [9]** 13/12 66/24 112/15 141/4 141/25 144/21 211/8 215/7 216/12
**sue [2]** 33/13 70/6
**sued [9]** 33/4 45/4 64/15 68/12 68/14 68/14 72/21 89/16 92/15
**sues [1]** 68/8
**suffer [1]** 96/20
**suffered [7]** 29/18 103/15 140/14 141/7 146/18 147/23 154/19
**suffering [5]** 18/7 142/3 153/11 154/4 156/12
**suffers [1]** 149/20
**sufficient [2]** 115/18 130/13
**suggest [4]** 13/5 14/8 132/17 206/23
**suggested [2]** 205/19 206/13
**suing [11]** 27/11 33/12 39/22 64/18 64/24 68/18 77/13 77/14 83/6 100/2 118/17
**suit [1]** 119/4
**Suite [2]** 1/13 1/17
**suits [1]** 198/20
**summarize [2]** 135/16 205/3
**summations [2]** 133/7 135/11
**summer [1]** 177/8
**summing [1]** 102/20
**summons [2]** 30/22 30/24
**Sunday [1]** 181/3
**supervise [2]** 83/14 83/17
**supplemental [1]** 9/6
**support [2]** 93/16 192/2
**supporting [1]** 104/7
**suppose [4]** 4/15 125/9
**supposed [3]** 58/18 64/2 77/15
**supposedly [2]** 67/19 160/19
**sure [29]** 2/23 10/12 12/20 14/2 46/4 50/8 65/24 66/1 66/8 66/16 95/8 99/18 104/12 105/24 117/23 124/10 137/25 139/8 159/24 164/1 169/16 170/20 171/20 174/12 186/7 186/21 194/7 210/15 220/8
**surgeon [9]** 141/13 146/21 161/12

161/12 178/3 181/8 192/13 196/13 216/2
**Surgeons [2]** 176/15 176/16
**surgeries [4]** 178/8 179/4 202/6 215/18
**surgery [25]** 141/14 141/15 141/16 141/16 141/17 141/17 141/19 141/24 149/7 169/17 176/3 176/7 176/8 177/12 178/10 178/11 178/18 183/3 185/15 192/15 193/8 200/1 207/4 213/14 215/23
**surgical [3]** 185/21 187/20 204/23
**surprising [1]** 195/11
**Susie [1]** 41/24
**suspected [1]** 109/5
**sustain [1]** 134/6
**sustained [4]** 95/12 97/9 100/3 103/4
**Suzie [2]** 85/6 123/15
**sway [2]** 36/1 96/21
**swear [3]** 15/13 125/8 126/11
**swelling [1]** 199/24
**swimming [4]** 192/16 214/9 214/11 214/15
**sword [1]** 216/5
**sworn [6]** 93/6 93/17 123/25 126/20 129/23 174/24
**sympathy [5]** 102/21 102/24 103/7 104/10 119/25
**symptom [1]** 187/16
**symptoms [8]** 162/3 162/3 183/1 185/5 185/9 187/11 192/3 193/19
**system [8]** 94/9 94/11 94/12 94/17 94/20 94/25 95/1 106/15

**T**

**tab [7]** 182/17 186/5 186/10 186/15 186/24 186/25 208/19
**table [7]** 2/7 4/3 183/13 183/15 183/17 183/18 198/10
**tabs [3]** 4/1 4/6 129/14
**tails [1]** 180/3
**take [63]** 4/13 6/12 12/16 12/17 14/7 15/16 15/23 16/16 28/23 30/15 31/2 34/23 61/22 66/3 71/10 84/24 92/15 99/22 110/8 110/24 119/7 119/8 123/25 125/11 126/25 127/22 128/1 129/5 131/15 131/20 131/22 131/24 132/7 132/21 137/21 142/5 149/5 160/18 166/23 167/2 167/5 169/2 169/19 169/21 171/2 172/22 173/23 179/3 179/6 180/7 180/14 180/15 182/15 186/18 189/24 192/25 193/4 196/19 199/16 199/17 202/5 213/5 214/12
**taken [7]** 136/1 137/25 146/21 162/16 169/6 199/5 202/1
**takes [7]** 11/16 11/17 151/11 176/8 179/22 179/25 213/7
**taking [12]** 85/2 100/5 131/20 131/25 163/19 169/7 192/9 192/21 193/10 193/11 216/24 218/3
**talk [19]** 18/22 74/10 88/18 110/1 124/4 125/21 125/23 136/22 144/7 153/21 160/18 171/15 179/23 180/11 181/7 186/16 189/23 192/4 213/22
**talking [12]** 7/25 7/25 8/9 8/10 92/3 96/13 126/4 177/3 209/24 210/10 215/9 215/21
**talks [1]** 177/21
**tangible [1]** 130/7
**tap [3]** 196/20 196/21 196/24
**tape [1]** 66/22
**taught [2]** 177/4 177/16
**teach [1]** 83/13
**teacher [6]** 83/11 83/22 83/23 137/17 149/21 190/14

**teaching [3]** 158/8 158/10 177/5
**team [1]** 126/24
**tear [1]** 162/18
**technique [3]** 155/20 183/11 184/2
**techniques [4]** 182/24 183/4 184/6 184/7
**television [1]** 133/18
**tell [81]** 7/15 7/16 15/20 16/19 17/7 21/2 24/17 25/21 26/20 27/15 29/10 31/15 42/3 47/21 55/17 61/18 65/13 72/10 76/14 93/6 93/17 93/21 96/2 110/9 111/9 121/10 125/11 127/20 136/14 144/19 144/25 145/1 145/3 145/4 145/9 146/1 146/14 147/11 150/6 153/22 153/24 153/25 154/5 154/9 154/18 155/3 155/17 156/12 156/16 156/20 157/4 157/17 157/22 159/6 161/15 161/16 161/20 162/1 162/10 164/9 164/17 168/8 169/5 171/4 171/4 172/1 172/15 176/24 177/5 180/10 180/11 180/20 184/7 186/5 188/4 190/6 190/11 193/15 195/3 219/24 220/25
**telling [2]** 124/3 193/9
**tells [3]** 148/22 151/11 179/22
**template [1]** 175/23
**temporary [2]** 190/9 192/12
**ten [16]** 12/2 123/15 148/25 148/25 148/25 156/23 157/6 168/17 188/19 199/14 205/1 212/6 213/1 213/2 219/14 219/15
**tend [1]** 56/19
**tender [2]** 178/17 208/5
**tendon [2]** 196/20 196/24 198/18 198/21 199/21
**tension [1]** 199/22
**terminal [1]** 56/5
**terminated [3]** 158/6 158/8 158/16
**terms [24]** 17/14 23/6 25/7 26/8 27/6 30/8 31/11 32/4 41/12 41/19 43/7 47/8 49/9 51/6 54/13 57/22 62/13 62/21 63/5 84/16 105/10 114/3 196/12 203/7
**terribly [1]** 198/23
**test [6]** 30/15 184/11 197/3 211/9 213/2 214/3
**tested [1]** 197/12
**testified [4]** 174/24 181/17 208/15 208/25
**testify [7]** 132/15 153/9 153/12 153/17 162/15 162/17 215/6
**testifying [3]** 170/8 170/14 170/21
**testimony [32]** 19/9 67/11 67/14 92/7 92/22 92/25 102/15 108/23 130/6 130/9 130/10 132/8 132/13 132/17 132/18 133/6 133/12 136/23 136/24 141/10 141/11 142/18 143/25 152/3 152/16 152/18 161/1 162/5 163/19 168/3 168/20 218/16
**tests [3]** 161/4 211/7 213/23
**Texas [1]** 140/14
**than [37]** 4/5 17/4 33/24 34/7 36/10 41/5 44/2 45/16 57/17 70/2 74/5 88/21 89/6 91/23 110/19 116/18 117/2 119/13 119/24 119/25 124/9 132/11 135/18 141/20 144/19 146/17 169/2 173/6 181/2 181/15 185/7 189/4 194/8 198/24 213/20 220/4 220/20
**thank [99]** 2/16 3/1 3/3 3/15 3/15 6/11 10/17 15/7 15/19 21/7 24/15 25/20 26/18 29/9 32/15 32/19 38/10 41/22 44/25 47/10 49/12 49/13 51/9 52/22 54/21 54/24 58/21 63/15 71/12 71/18 74/20 74/23 76/8 79/10 79/18 80/8 80/21 82/11 83/10 83/25 85/4 85/5 86/2 86/22 86/22 87/14 88/2 88/4 88/6

thank... [50] 88/7 90/13 91/12 93/23
95/6 98/23 101/16 102/17 107/4 107/6
107/22 108/4 108/14 109/8 109/9
109/10 109/16 109/17 111/4 125/4
126/21 127/14 128/19 128/21 129/19
136/8 139/19 139/20 142/23 142/24
142/25 143/10 160/1 163/14 163/15
163/19 163/21 164/8 173/20 188/3
208/4 208/6 208/9 221/5 222/4 222/13
222/13 222/16 224/14 224/19
thanks [4] 81/9 84/5 208/21 224/4
that [1083]
that you [1] 34/13
that's [96] 3/11 5/25 6/6 6/9 6/19 9/5
9/15 9/23 13/25 14/1 14/4 16/16 32/12
39/3 40/13 46/10 47/20 49/20 53/6
54/16 56/23 58/18 62/16 64/13 66/15
79/24 80/8 83/8 87/12 89/12 89/22
90/1 90/5 93/2 94/17 99/22 111/15
111/20 118/1 120/15 121/16 128/4
136/25 142/21 147/24 149/1 152/13
152/17 153/5 159/5 161/10 161/20
162/4 166/6 170/16 171/6 174/8 177/9
178/15 180/9 181/11 181/14 183/19
184/1 185/6 187/2 188/3 188/4 188/6
188/10 188/19 192/10 192/16 193/5
196/22 197/8 198/5 198/15 201/4
204/8 204/18 207/18 209/16 209/16
209/19 214/21 215/21 216/8 217/9
219/11 219/12 220/3 220/12 221/10
224/12 224/17
the last [1] 212/9
their [42] 6/21 10/13 11/5 12/17 14/3
16/13 19/6 55/19 62/21 91/19 93/4
94/18 95/23 97/23 104/24 109/21
123/25 127/22 134/22 135/11 135/15
135/19 183/13 183/14 183/15 183/20
183/22 184/15 184/16 184/17 188/21
189/10 190/23 194/21 194/24 197/2
197/3 198/21 207/10 212/8 219/22
219/22
them [96] 3/15 4/18 5/11 11/20 11/24
12/7 17/4 19/6 53/10 55/24 56/19
60/16 63/20 69/7 81/22 97/22 102/3
102/4 105/11 120/13 123/25 123/25
124/1 124/2 124/3 124/5 124/10
124/11 125/24 125/24 127/17 129/14
130/15 131/15 133/24 136/3 145/18
150/4 150/5 156/9 162/1 164/9 164/17
165/11 165/17 169/5 171/4 171/4
171/12 172/6 176/10 176/11 177/12
177/12 177/13 177/16 180/11 180/11
180/19 180/20 181/21 181/22 183/5
183/15 183/20 183/22 184/15 184/15
184/16 186/12 189/5 189/8 189/9
189/10 193/3 194/23 195/2 195/4
195/24 206/11 207/2 209/13 211/1
211/1 212/16 215/2 216/21 216/21
216/22 216/23 216/24 220/18 220/19
220/21 220/25 222/22
themselves [1] 83/17
then [98] 4/11 9/9 12/2 12/3 12/3 12/7
12/9 12/25 15/9 17/5 18/21 20/9 20/11
23/20 34/23 40/10 45/5 60/6 61/9 64/4
66/11 67/1 68/13 79/16 89/23 94/1
98/14 104/9 109/21 110/1 110/3
110/11 110/16 110/17 110/19 120/12
121/11 124/2 124/5 125/1 125/2 126/11
126/16 127/12 128/2 129/6 129/7
132/21 133/11 134/22 135/10 135/13
147/5 148/20 149/6 150/7 151/5 154/5
154/13 154/16 155/16 156/22 161/21
162/7 163/17 168/19 169/10 171/23

172/11 175/17 183/19 185/15 186/9
186/12 187/10 191/16 193/3 194/5
194/5 194/7 194/23 195/2 195/4
195/14 196/23 197/12 200/18 201/16
201/18 207/18 211/14 212/16 214/6
214/7 215/4 220/6 221/15 224/1 224/7
therapy [15] 141/25 149/16 185/20
191/5 191/6 191/8 191/21 191/22
191/25 199/6 200/1 200/14 200/20
205/18 206/13
there [229]
there's [69] 4/22 12/14 14/12 34/1
55/10 59/3 70/15 79/5 89/8 89/11
103/14 104/11 109/22 110/19 113/19
115/5 115/14 116/17 116/20 120/1
120/14 120/14 125/13 125/14 125/14
128/15 138/15 148/5 151/12 151/15
151/22 161/9 161/14 162/10 163/10
163/11 164/1 169/17 176/18 183/19
183/25 184/12 184/19 185/8 185/17
189/11 193/22 194/25 195/3 195/5
197/18 197/19 198/21 199/19 203/12
204/17 205/8 207/1 209/14 214/6
216/4 216/18 216/22 216/23 219/12
220/18 221/13 221/15 224/11
thereafter [1] 169/11
therefore [3] 9/17 192/2 211/6
these [49] 3/24 4/17 5/1 18/15 80/6
108/21 131/1 131/6 131/10 134/15
135/24 140/5 141/12 145/9 145/10
145/14 145/15 145/17 145/21 148/22
152/12 152/13 154/17 155/13 156/5
156/8 159/20 159/22 159/24 160/5
160/13 160/21 166/4 166/5 179/2
179/7 180/1 180/15 190/10 191/10
195/6 196/14 200/21 202/6 203/10
204/11 204/16 212/2 212/2
they [126] 3/24 4/4 9/13 9/23 9/24
10/13 13/1 13/7 20/18 22/9 29/24
32/23 33/12 35/2 36/12 39/19 45/10
53/12 55/19 56/12 59/23 61/6 61/8
61/9 64/4 64/20 66/19 66/23 66/25
67/4 67/4 67/9 71/4 71/5 71/8 71/9
73/7 77/12 77/14 80/19 82/18 92/15
101/5 101/11 101/13 105/3 105/5
110/11 125/22 125/23 125/25 126/22
133/24 133/25 135/16 135/17 135/21
140/9 140/13 140/19 140/24 141/1
142/3 142/15 143/22 147/5 150/9
152/1 154/12 154/15 158/15 159/17
162/2 164/2 165/11 166/14 170/15
172/4 172/6 172/9 172/11 175/22
176/10 176/24 177/8 178/23 180/11
180/19 180/19 180/25 181/12 183/17
183/18 183/18 184/11 184/12 184/18
185/15 189/9 191/8 191/10 191/10
191/11 194/20 198/8 198/20 203/3
207/9 213/4 213/25 214/4 214/13
214/14 215/4 215/16 215/18 215/23
215/25 216/1 217/20 219/20 219/21
219/21 219/22 220/25 221/1
they'll [3] 11/25 169/13 169/13
they're [23] 5/15 12/6 13/6 16/19 91/23
99/23 125/25 126/1 126/1 144/15
151/25 159/9 183/6 184/10 184/17
188/12 188/13 188/13 194/24 204/11
204/20 214/16 220/25
they've [4] 89/2 92/10 159/3 207/1
thigh [8] 148/17 191/15 193/19 196/6
197/12 198/21 199/3 219/8
thing [18] 2/23 16/18 16/19 64/23 65/1
67/9 83/18 99/17 111/7 142/21 159/20
165/16 167/18 172/1 198/16 202/10
202/17 205/22
things [20] 15/21 92/2 94/16 96/13

100/11 113/9 132/2 143/17 153/22
157/9 157/9 157/9 163/15 169/18
199/12 203/3 203/9 203/10 205/1
222/23
think [153] 10/4 12/14 17/9 17/15 23/5
23/7 23/23 25/6 25/13 26/14 27/5
27/24 28/6 29/5 29/15 30/7 31/10 32/3
32/11 32/12 32/14 35/10 35/13 35/25
36/23 36/24 37/6 38/4 38/8 38/21
40/25 41/12 41/19 41/21 43/6 43/15
44/6 44/18 44/22 45/9 45/19 46/25
47/7 49/2 49/9 50/23 51/5 52/8 53/13
53/20 53/21 54/2 54/19 55/5 57/1
57/21 58/3 62/5 62/12 63/4 64/8 64/9
65/3 65/7 66/4 70/11 70/15 70/23
70/24 71/14 73/25 74/16 75/22 76/4
76/16 77/21 78/4 78/11 78/14 87/4
94/13 94/16 96/18 96/21 99/8 99/13
99/22 100/11 101/14 108/24 113/11
115/11 115/16 116/3 116/23 118/23
119/6 119/14 119/18 119/23 120/3
120/4 120/7 120/9 120/13 120/17
120/21 125/6 125/17 126/1 128/4
129/5 139/25 168/2 170/10 170/19
177/3 178/1 179/23 179/24 179/25
181/22 185/2 185/11 185/17 185/18
186/1 193/3 193/6 201/1 201/1 201/3
201/5 201/13 201/22 202/5 203/21
204/10 204/18 204/19 204/25 205/17
206/16 208/20 209/3 211/4 220/4
220/6 220/14 222/22 223/25 224/3
224/3
thinking [3] 66/16 99/20 99/21
thinks [2] 79/15 205/16
third [8] 147/22 158/21 189/10 217/9
217/10 217/11 219/3 220/16
thirteen [3] 51/10 123/17 162/24
thirty [4] 129/3 129/6 135/18 141/21
this [405]
this--and [1] 185/11
those [46] 3/7 5/18 34/15 40/15 43/5
59/17 60/5 61/4 73/9 77/4 89/13 93/20
95/9 95/15 99/3 99/24 112/23 116/19
120/21 121/5 123/24 144/4 144/18
154/6 154/8 154/13 155/17 155/18
165/5 172/5 172/10 172/12 184/6
197/15 197/20 197/24 204/19 213/11
214/7 215/4 215/12 217/18 217/20
217/22 217/24 220/19
though [9] 13/20 81/14 104/25 125/16
126/6 134/17 154/21 155/4 186/3
thought [14] 5/19 13/3 13/14 52/20
66/15 121/5 150/25 153/13 164/11
181/23 187/10 188/14 209/22 212/13
thousands [2] 141/15 141/16
threat [1] 160/11
three [42] 15/24 23/12 25/21 27/6
28/15 31/3 52/3 65/14 86/19 91/17
96/14 98/16 100/18 107/25 110/18
110/19 111/23 111/24 116/10 116/22
117/6 117/10 117/18 121/6 122/14
122/15 137/7 140/22 141/16 152/11
156/4 157/7 177/20 177/22 179/25
192/25 200/14 203/24 205/5 205/9
219/6 219/16
three-and-a-half [1] 140/22
three-foot [1] 152/11
three-inch [1] 156/4
three-step [1] 91/17
threes [1] 205/11
through [50] 1/5 4/4 7/7 7/16 12/2 12/2
12/3 12/4 15/2 17/9 20/14 27/10 34/18
35/19 49/16 83/15 97/4 109/23 141/7
145/21 145/22 151/3 151/5 158/1
159/4 164/18 164/18 164/20 166/18

**T**

**through... [21]** 169/18 172/4 172/7 172/8 172/10 172/14 175/6 177/5 177/12 177/12 177/13 180/2 180/4 190/13 191/1 195/17 196/15 201/2 201/20 211/23 219/10
**throughout [2]** 126/9 150/22
**throw [1]** 203/19
**throwing [1]** 34/20
**Thursday [1]** 178/11
**ticket [3]** 138/5 138/7 139/10
**tidbits [1]** 198/3
**tie [1]** 60/2
**tight [6]** 129/11 198/9 198/11 198/14 199/18 205/21
**tighten [1]** 199/15
**tightens [1]** 198/22
**till [1]** 168/18
**time [102]** 2/8 9/9 10/15 12/18 12/22 12/25 16/22 22/17 23/14 23/14 23/15 23/16 23/17 23/20 36/11 52/10 53/4 56/3 59/11 59/12 60/4 65/13 65/21 65/23 67/1 67/16 72/1 72/2 77/5 79/9 82/5 85/1 86/16 87/2 87/2 88/5 89/16 92/19 97/8 98/14 109/18 111/1 114/6 116/24 124/9 124/10 124/17 125/12 125/16 128/2 128/17 130/13 130/20 131/3 131/15 133/22 134/1 134/1 134/11 134/11 137/3 138/11 138/13 140/20 140/25 140/25 148/16 150/19 150/20 151/14 153/12 156/13 160/14 163/16 167/24 168/3 168/11 169/4 169/6 172/13 172/24 175/10 177/17 177/22 177/22 178/16 179/3 179/9 181/12 181/13 181/15 181/23 185/3 189/5 193/24 199/13 199/14 201/14 208/4 213/17 220/16 222/17
**timeframe [3]** 14/5 159/18 160/15
**timely [2]** 9/14 10/14
**timer [1]** 23/15
**times [18]** 22/14 57/10 65/12 72/1 78/17 80/11 82/6 82/15 119/25 120/3 125/17 178/5 181/11 181/14 192/25 200/14 203/25 205/11
**timing [1]** 20/16
**tingling [1]** 211/14
**tiny [1]** 205/2
**tired [1]** 139/4
**tobacco [1]** 194/12
**today [29]** 13/21 15/1 15/5 20/20 23/18 28/13 29/3 84/4 89/5 94/13 108/11 129/11 136/11 141/23 142/4 142/22 143/14 149/17 150/14 165/15 169/3 173/12 175/23 178/2 178/6 207/25 211/20 218/16 222/19
**today's [1]** 180/13
**toe [2]** 184/16 184/18
**toes [3]** 184/17 195/14 195/24
**together [1]** 177/23
**Tokyo [1]** 138/9
**told [21]** 88/19 104/12 133/20 141/14 147/9 149/2 150/4 150/5 152/25 153/1 153/18 154/1 155/7 155/14 156/9 190/3 190/8 192/21 205/7 214/11 222/5
**tomorrow [12]** 169/11 169/12 171/9 171/25 174/4 178/10 213/15 213/18 213/21 222/20 222/25 224/8
**tonight [1]** 223/11
**Tony [5]** 52/23 81/9 111/14 114/12 121/17
**too [8]** 30/22 88/15 93/16 121/25 129/11 156/15 181/7 216/21
**took [21]** 18/2 36/13 68/12 99/2 121/16

138/8 140/16 148/10 150/4 151/2 151/21 152/10 153/21 157/12 177/12 177/13 189/7 200/6 215/23 219/6
**tool [2]** 66/19 220/1
**tools [2]** 212/2 215/7
**top [1]** 34/20
**tort [2]** 64/12 65/4
**total [3]** 178/12 179/18 190/9
**totally [2]** 66/8 192/24
**touch [2]** 188/10 197/17
**touching [1]** 11/15
**Toussaint [4]** 25/23 108/5 111/25 117/6
**towards [3]** 83/9 142/18 215/16
**traction [1]** 177/17
**transcript [2]** 224/22 225/13
**transcriptions [2]** 64/3 64/4
**transcripts [2]** 130/8 130/13
**transit [1]** 137/5
**translated [1]** 66/23
**translation [1]** 66/24
**trauma [4]** 97/16 175/20 175/22 177/7
**traumatically [1]** 97/21
**travel [7]** 8/19 8/20 29/19 75/13 79/3 80/10 138/2
**traveled [8]** 61/5 75/9 75/10 87/10 87/21 87/23 87/25 140/20
**treat [4]** 105/8 105/9 177/17 193/6
**treatable [1]** 119/9
**treated [10]** 38/1 97/6 144/10 146/8 148/1 153/10 157/9 157/11 157/13 161/23
**treating [6]** 102/4 147/25 148/18 150/16 153/13 157/6
**treatment [7]** 141/12 141/25 146/20 146/22 148/19 148/21 204/23
**Tri [1]** 19/12
**Tri-County [1]** 19/12
**trial [35]** 1/8 5/16 6/8 9/10 11/3 15/16 45/11 73/2 74/12 88/14 88/17 126/10 129/25 130/1 130/5 130/17 130/25 131/7 131/21 133/4 133/11 133/13 133/18 133/23 134/1 134/10 135/4 135/9 135/21 145/7 155/5 163/18 166/5 172/13 224/11
**trial's [1]** 134/19
**triceps [2]** 197/24 198/8
**tricks [1]** 194/3
**tried [2]** 120/11 151/5
**triggered [1]** 95/14
**trip [4]** 138/5 138/7 138/8 140/14
**trochanter [1]** 199/2
**trochanteric [8]** 199/10 199/12 199/16 200/9 200/23 201/10 203/17 205/20
**Tropical [1]** 137/11
**trouble [3]** 211/22 212/15 215/17
**truck [1]** 60/15
**true [2]** 100/17 207/19
**truly [1]** 13/1
**trust [3]** 12/8 180/18 180/19
**truth [6]** 93/6 93/18 93/21 94/11 94/25 180/10
**truthful [3]** 92/23 92/25 94/10
**truthfully [1]** 15/14
**truthfulness [1]** 94/20
**Truvada [1]** 149/10
**try [14]** 20/22 56/22 56/23 88/14 88/15 124/1 129/23 131/24 134/15 138/1 183/8 184/17 205/12 207/10
**trying [18]** 12/14 58/14 77/14 99/6 99/23 104/21 105/7 107/18 108/2 149/22 155/21 169/21 179/24 181/21 201/19 204/15 210/21 216/1
**TSA [1]** 22/12

**tunnel [1]** 205/17
**turn [3]** 97/20 140/16 158/20
**turned [4]** 121/7 125/6 151/17 171/11
**turning [1]** 21/1
**turns [1]** 198/18
**TV [1]** 172/11
**twelve [4]** 49/14 123/17 219/15 219/15
**twenty [12]** 12/5 76/9 107/25 108/6 122/7 122/8 141/20 179/7 194/3 194/5 194/6 201/8
**Twenty-nine [1]** 108/6
**Twenty-three [1]** 107/25
**twice [3]** 42/2 48/6 69/13
**twist [2]** 195/4 195/5
**twisting [3]** 149/14 195/10 196/15
**two [61]** 8/21 16/11 22/6 24/2 24/16 33/1 47/14 65/14 72/1 80/11 86/19 89/13 96/13 98/7 100/11 101/17 103/3 106/5 123/9 123/10 137/7 140/7 141/12 141/16 142/8 143/17 146/23 147/25 148/10 152/11 152/19 152/19 152/23 153/3 153/7 158/7 158/12 161/22 162/22 165/3 175/16 175/17 176/1 179/25 189/6 190/11 192/25 193/4 200/17 200/17 201/5 202/15 205/4 205/9 207/15 208/23 209/12 209/14 213/18 216/9 223/7
**two-foot [1]** 158/12
**Tylenol [1]** 140/15
**type [11]** 81/12 82/19 97/21 120/9 120/10 181/1 181/4 184/2 184/5 202/12 202/14
**types [1]** 120/21
**typewritten [1]** 130/12
**typical [1]** 198/2
**typically [2]** 5/13 55/13

**U**

**U.S [2]** 86/18 117/1
**ultimate [3]** 17/19 164/16 172/21
**unable [1]** 136/21
**unanswered [1]** 134/6
**unbelievable [1]** 142/14
**unclear [2]** 63/22 195/19
**uncomfortably [1]** 141/8
**uncommon [1]** 195/22
**uncontested [3]** 164/10 172/18 172/23
**under [15]** 7/11 14/5 15/12 92/13 92/20 93/5 93/13 101/19 121/7 144/16 144/16 153/24 160/10 160/10 213/5
**underclothes [1]** 194/21
**undergraduate [1]** 175/8
**underline [1]** 48/3
**underpinnings [1]** 94/12
**understand [38]** 7/13 9/11 13/11 27/20 34/9 40/10 43/1 58/13 59/3 68/3 88/23 89/9 94/2 94/9 99/16 106/3 107/17 108/1 108/7 108/9 108/10 108/13 108/22 108/24 109/1 109/11 109/11 112/12 117/12 117/14 117/21 117/24 118/13 135/25 184/12 201/18 220/8 224/7
**understanding [7]** 89/19 100/22 108/20 120/11 120/22 123/19 138/19
**understands [2]** 94/6 94/19
**understood [4]** 92/19 93/4 118/13 120/17
**undertaking [1]** 91/10
**unduly [1]** 132/9
**unequivocal [1]** 119/17
**unexplaining [1]** 189/5
**unfortunate [1]** 92/24
**unfortunately [1]** 186/11 189/4 200/2 204/17

**U**

**Ungaro [4]** 8/14 9/11 10/10 10/10
**Ungaro's [1]** 10/12
**uniform [2]** 17/22 139/23
**Unit [1]** 175/22
**UNITED [6]** 1/1 1/9 1/22 118/2 138/16 141/5
**University [11]** 19/16 86/11 97/11 137/19 142/9 175/12 175/14 175/18 175/21 175/25 177/8
**unless [5]** 11/12 131/1 214/16 215/10 222/21
**unlikely [2]** 217/17 217/22
**unpaid [4]** 151/2 151/4 158/1 158/4
**unquote [1]** 162/4
**unredacted [1]** 8/4
**unregular [1]** 10/5
**unrelated [1]** 158/15
**unremarkable [1]** 197/17
**unsuccessful [1]** 213/10
**until [23]** 12/16 30/19 46/15 104/4 104/20 110/16 125/11 125/18 128/21 129/7 131/1 133/6 136/21 146/24 148/9 150/18 168/8 168/9 169/15 170/12 171/9 173/14 189/15
**unusual [1]** 82/7
**up [71]** 6/12 10/24 11/25 12/9 12/19 12/19 13/4 13/8 16/8 16/11 16/15 17/10 20/17 34/4 34/4 61/19 61/23 71/4 79/14 81/14 97/18 102/20 104/4 107/7 107/9 110/17 128/17 131/23 135/18 138/17 139/8 139/9 139/9 139/9 139/16 140/9 141/21 142/15 142/17 143/2 143/3 150/18 152/9 167/5 170/8 170/13 173/12 173/23 177/24 183/16 184/16 194/7 195/24 196/7 196/23 197/4 197/4 197/8 197/13 198/1 198/4 198/23 199/14 199/15 201/6 201/17 205/22 210/3 211/10 219/16 220/4
**upfront [1]** 185/19
**upgraded [1]** 207/2
**upheld [3]** 8/15 8/23 8/25
**uphold [1]** 138/1
**upon [14]** 15/15 115/10 118/24 130/2 130/10 132/6 132/7 132/22 134/2 135/7 135/13 164/19 164/21 169/5
**upper [2]** 193/20 199/3
**ups [1]** 191/12
**urination [1]** 142/18
**us [79]** 17/12 21/2 22/5 24/17 25/21 26/20 27/15 29/10 31/15 35/16 37/20 42/3 55/17 61/18 65/13 72/10 76/14 95/9 116/23 123/12 126/3 127/13 127/17 144/4 144/19 144/22 144/25 145/3 145/5 145/9 145/12 145/14 145/19 146/1 146/14 147/9 148/10 148/11 149/2 150/6 153/22 153/24 153/25 154/1 154/6 154/9 154/14 154/21 155/3 155/7 155/9 155/10 155/14 155/17 155/17 155/22 156/9 156/9 156/12 156/16 156/20 156/22 157/4 157/5 157/17 157/22 159/6 159/22 160/2 160/3 160/8 160/11 160/17 169/6 172/13 173/17 173/19 222/15
**use [40]** 11/20 14/8 14/9 16/23 37/22 40/1 61/9 62/21 120/24 129/13 130/14 131/11 143/5 165/15 166/21 168/19 172/5 172/9 182/23 183/3 184/6 189/21 193/5 193/5 194/12 197/13 200/17 204/16 211/10 211/12 211/17 212/2 214/9 214/15 216/15 216/21 216/21 216/22 216/23 219/9

**used [14]** 47/14 56/10 66/19 83/24 135/2 165/4 165/11 166/19 167/10 213/12 214/14 214/15/6 215/7 216/20
**useless [1]** 192/24
**using [4]** 14/10 110/20 138/24 187/24
**usually [4]** 23/19 170/15 179/5 211/1

**V**

**VA [3]** 63/22 101/21 107/24
**vacation [1]** 100/25
**Van [1]** 106/23
**Vandalynn [2]** 76/10 106/24
**varies [1]** 207/7
**variety [3]** 56/3 125/14 131/9
**various [5]** 18/16 137/2 137/6 141/9 169/6
**vehicle [19]** 145/14 145/24 145/25 146/2 146/9 146/10 146/12 146/16 146/23 147/2 147/15 147/23 148/12 148/14 149/8 150/5 152/5 162/24 181/9
**veracity [1]** 94/11
**verdict [24]** 33/25 39/18 42/17 58/16 60/19 62/1 65/17 66/20 67/21 72/17 75/7 83/4 85/18 85/20 85/24 90/9 105/1 112/22 114/21 116/9 129/23 130/2 135/13 163/12
**version [1]** 8/4
**versus [6]** 2/3 14/18 59/4 128/25 161/2 161/3
**very [61]** 7/6 7/12 34/1 41/22 68/22 76/8 80/21 83/25 86/2 88/6 92/24 94/20 95/1 107/4 108/4 108/14 109/16 109/17 114/19 116/13 118/12 118/22 126/21 128/21 136/12 142/10 142/16 142/20 142/21 166/4 168/4 170/15 180/14 182/22 182/22 183/18 184/2 185/12 185/18 185/18 185/19 191/3 191/23 195/2 195/10 196/5 198/9 198/11 198/14 199/9 200/4 205/2 207/10 208/14 212/10 212/14 213/11 216/11 216/11 217/22 220/3
**veteran [1]** 101/18
**Veteran's [1]** 101/20
**vicinity [1]** 125/13
**victim [8]** 20/7 45/14 159/2 159/8 159/12 159/13 159/15 159/21
**victims [1]** 159/10
**view [1]** 17/5
**viewing [1]** 119/16
**views [1]** 217/16
**violation [1]** 6/17
**violent [2]** 159/10 159/13
**violently [1]** 149/14
**visited [1]** 79/6
**vocation [1]** 136/17
**voir [7]** 12/9 12/19 13/2 14/16 15/10 88/14 224/23
**VOLUME [1]** 1/5
**voluntarily [2]** 151/2 151/4
**voluntary [2]** 151/2 157/24

**W**

**wages [11]** 18/6 157/16 157/17 158/3 158/12 158/14 159/3 159/6 159/16 160/14 160/17
**waist [1]** 207/6
**wait [5]** 104/3 104/19 129/11 168/17 171/9
**waiting [5]** 9/22 10/15 124/17 141/3 187/14
**walk [5]** 184/16 188/5 195/14 198/4 219/16
**walked [1]** 149/4
**walker [1]** 61/9

**walking [7]** 34/18 34/21 72/13 184/17 196/3 196/3 196/13
**wall [3]** 133/22 143/9 149/25
**WalMart [1]** 100/22
**Wanda [2]** 74/21 123/18
**wander [1]** 109/25
**want [108]** 2/23 4/22 7/4 7/11 10/5 10/23 13/9 13/11 13/12 13/13 13/18 13/19 14/1 14/2 14/3 16/7 17/7 17/11 17/16 18/21 20/19 23/24 25/13 26/15 28/9 28/11 29/6 31/10 32/3 32/11 33/18 36/25 37/7 38/8 41/19 44/19 44/22 46/25 47/7 49/2 49/9 50/23 51/6 52/8 53/21 54/3 55/5 58/4 58/7 63/5 70/24 71/15 73/25 74/17 75/22 76/5 78/4 78/12 79/23 95/7 96/2 98/23 99/13 99/18 104/6 107/8 111/7 111/9 111/10 111/22 111/22 118/19 121/3 121/10 124/18 125/16 125/21 128/9 128/17 131/22 142/5 145/12 145/14 145/19 154/1 163/22 166/10 166/17 167/22 169/15 169/18 170/4 170/21 171/9 172/15 173/8 174/12 181/7 182/2 182/12 182/12 184/25 189/23 195/16 203/19 220/8 222/8 224/9
**wanted [10]** 12/15 13/1 69/17 70/14 100/1 126/8 156/24 165/19 169/3 172/1
**wants [2]** 118/20 142/4
**warning [1]** 129/4
**warranted [1]** 56/17
**was [407]**
**wasn't [16]** 11/9 13/16 32/25 33/5 33/13 36/13 45/11 48/1 90/2 104/18 104/24 113/14 115/8 140/1 185/21 220/7
**waste [1]** 216/15
**wasted [2]** 219/9 219/23
**wasting [3]** 218/22 219/5 219/7
**water [5]** 72/14 140/16 214/13 214/14 214/15
**way [50]** 4/21 16/24 17/14 23/5 25/6 26/7 27/5 30/7 34/4 34/4 36/1 36/23 41/12 43/6 56/16 56/21 57/21 58/14 62/13 64/5 64/10 70/23 74/1 75/23 78/23 94/17 105/9 110/13 110/21 126/3 128/4 138/12 140/10 140/21 142/6 142/8 142/17 161/7 168/12 168/14 168/16 168/22 169/13 170/25 192/18 196/23 196/23 202/20 204/19 219/13
**ways [2]** 118/21 184/19
**we [208]** 3/20 4/13 5/11 5/18 5/19 5/25 6/3 6/12 6/19 6/22 7/8 7/9 7/9 7/21 8/13 8/22 8/24 9/1 11/13 12/15 13/19 14/2 15/6 15/8 15/11 15/11 15/20 15/23 16/2 16/4 16/5 16/5 16/24 17/5 20/21 20/21 20/23 28/3 28/24 34/17 34/17 34/21 34/24 37/22 46/25 47/7 49/2 49/9 52/8 54/19 55/13 55/14 63/19 64/4 65/18 66/18 66/24 67/10 67/14 67/23 69/6 71/7 73/25 74/16 75/8 75/22 79/9 83/5 83/8 88/16 91/2 94/13 94/13 97/4 103/6 103/23 104/7 104/8 108/19 109/23 110/8 110/16 113/18 118/4 121/2 121/3 121/16 124/5 124/7 124/8 124/17 125/11 126/3 126/11 126/25 127/3 127/8 127/13 127/15 127/16 127/18 127/19 127/23 127/23 128/1 128/13 128/15 128/18 129/2 129/6 129/6 129/15 134/21 134/24 135/3 135/14 136/11 141/17 142/21 143/14 143/15 143/25 144/14 144/18 145/2 145/24 146/6 146/7 146/11 147/5 147/11 147/18

**W**

we... [76]  149/18 152/22 153/24 154/5 154/13 154/17 155/4 155/24 156/7 156/11 156/20 156/22 156/24 156/25 157/1 157/15 158/18 159/24 160/4 160/6 160/13 162/9 164/5 165/2 165/14 165/23 166/16 166/18 166/19 166/14 166/24 166/25 167/5 167/5 167/8 168/2 168/19 168/25 169/7 169/10 170/7 171/16 171/20 173/10 173/11 173/11 173/14 173/23 174/14 174/14 174/21 174/21 175/23 180/3 183/21 183/24 188/11 188/20 191/24 195/22 196/15 200/11 203/13 204/2 208/5 213/9 213/11 214/7 215/14 219/6 222/21 222/22 223/2 223/3 223/11 223/22

we'd [1]  188/21

we'll [24]  13/20 14/7 14/13 16/24 110/2 110/14 110/16 126/16 127/20 128/20 129/7 136/22 163/19 165/14 165/15 166/23 167/2 168/24 171/3 171/8 173/21 193/14 222/20 224/1

we're [30]  14/5 15/25 16/1 16/3 16/21 16/22 58/19 64/2 64/5 89/5 89/12 92/2 92/3 94/13 96/13 96/15 109/21 120/18 127/20 129/10 129/12 129/18 148/4 150/11 162/7 165/14 167/1 167/13 169/18 172/24

we've [12]  4/15 41/21 89/1 146/10 152/4 152/5 162/23 165/8 168/19 172/2 191/2 194/7

weak [3]  191/3 198/1 219/10

weakness [1]  214/5

weapon [1]  65/16

wearing [1]  17/22

weary [1]  139/6

weather [2]  36/10 137/10

week [8]  15/25 61/10 138/5 138/7 157/18 178/9 200/14 205/11

weeks [7]  28/15 28/15 37/25 153/7 200/15 200/18 206/17

weigh [3]  99/23 102/15 113/8

weighing [1]  99/9

weighs [2]  219/14 219/15

weight [8]  24/9 88/21 88/25 91/23 132/11 195/15 195/18 219/19

weights [4]  59/22 191/13 219/19 219/21

welcome [7]  79/11 80/22 84/1 86/23 208/7 224/10 224/17

well [80]  9/6 10/7 15/25 16/13 21/16 24/1 28/8 28/10 31/2 35/17 36/12 47/20 52/14 57/1 57/4 59/16 61/5 84/24 87/11 93/2 99/16 106/12 108/7 109/4 109/6 109/11 112/11 113/22 118/3 120/15 120/19 124/21 125/15 128/3 128/14 135/20 136/1 141/8 154/4 154/5 154/16 155/9 155/18 156/16 157/22 158/25 159/4 162/6 163/23 163/24 164/18 168/21 179/5 180/24 183/12 184/9 184/24 184/25 185/13 187/12 188/21 191/10 191/20 192/15 201/13 203/3 204/25 205/24 206/9 207/1 209/12 209/13 210/18 211/4 211/20 213/12 214/22 216/2 218/5 219/1

went [19]  36/11 38/2 70/9 73/8 93/4 93/17 97/4 98/14 98/17 138/13 139/7 139/9 140/12 141/9 141/9 152/20 175/10 175/12 196/15

were [82]  8/23 8/24 9/12 12/25 13/3 24/2 31/6 33/12 34/17 34/19 34/21 39/13 40/4 43/20 47/22 48/12 52/16 52/20 58/8 59/13 59/14 60/6 60/17 61/20 64/21 65/13 66/18 67/1 67/12 67/14 79/10 82/18 85/12 85/16 90/14 90/19 90/21 90/21 92/17 92/20 93/6 93/17 95/13 98/14 98/24 98/25 113/2 114/1 116/19 118/22 125/10 146/2 155/8 155/12 158/9 177/3 183/17 185/9 193/16 195/21 195/23 195/25 195/25 196/4 196/5 196/7 197/15 197/20 198/1 198/8 204/14 204/19 215/25 217/20 218/16 223/20

weren't [1]  72/18

west [4]  25/24 29/14 38/13 49/15

Westchester [1]  31/17

Whaley [6]  26/22 100/1 112/2 118/15 118/16 119/20

what [207]  3/22 5/13 6/6 6/7 6/7 7/13 7/14 7/16 7/17 7/24 7/25 8/3 8/9 8/10 9/2 9/4 9/7 9/8 9/23 9/23 11/18 11/18 11/23 12/24 16/21 21/3 21/14 21/18 21/20 22/9 23/11 23/17 23/20 24/4 27/9 28/18 29/10 29/13 30/13 31/15 32/22 32/22 33/4 33/12 34/22 37/14 37/16 37/19 39/20 39/23 41/1 42/7 42/10 42/12 42/19 42/23 44/7 46/2 46/6 46/10 47/15 48/9 49/21 52/10 52/24 54/9 54/16 55/1 55/2 58/18 59/18 60/12 60/17 62/21 62/22 63/23 63/25 66/15 67/1 68/10 69/8 69/18 71/23 72/6 72/11 72/22 72/24 73/5 75/1 76/14 76/22 79/12 80/15 83/4 89/5 89/12 92/4 92/5 92/6 92/13 93/13 94/13 94/13 94/13 96/3 97/18 101/5 104/21 105/4 105/7 105/12 108/1 109/1 109/12 109/18 109/20 110/7 112/7 112/12 112/24 114/13 114/25 116/1 116/14 117/7 117/19 117/22 118/1 118/20 125/17 127/20 130/10 132/8 132/12 134/7 134/21 134/24 135/3 138/20 151/12 152/13 154/10 157/17 159/18 160/15 160/19 161/20 165/3 167/16 167/17 167/22 170/20 171/4 172/25 175/23 176/6 179/15 179/18 183/10 183/21 183/24 184/3 184/5 184/7 184/9 184/19 186/5 186/24 188/1 189/14 189/16 190/2 190/10 190/11 190/23 191/7 191/17 191/24 192/21 193/15 194/18 196/13 196/16 196/7 196/20 199/8 199/12 200/8 201/18 201/23 203/2 206/24 207/4 207/10 209/16 210/10 211/9 211/12 212/18 213/17 213/25 214/1 214/20 215/21 216/1 218/12 221/20

what's [27]  5/14 7/16 83/13 86/8 93/2 94/1 100/19 101/10 108/10 115/10 117/15 118/24 118/25 119/2 144/15 161/19 165/17 169/14 173/10 180/12 180/22 184/4 188/23 189/22 203/1 209/15 212/16

whatever [7]  58/16 126/6 158/14 163/2 173/5 202/13 224/11

whatsoever [4]  40/22 44/8 143/20 200/24

wheelchair [40]  7/1 17/23 17/24 18/4 28/3 48/19 61/7 61/8 61/12 61/16 61/20 62/16 139/2 139/15 139/21 139/22 140/8 140/10 140/20 140/25 141/2 141/4 141/5 150/19 151/13 151/7 151/18 151/19 151/21 151/23 152/11 152/25 153/10 153/19 158/13 158/24 190/4 200/24 201/7 204/24

wheelchairs [1]  152/2

when [110]  5/9 6/22 9/23 16/18 16/19 18/16 18/22 20/23 22/16 24/2 24/8 32/23 39/5 39/10 42/3 42/19 44/10 45/15 45/23 46/23 48/8 50/25 49/5 63/21 67/6 67/16 77/12 88/16 90/19 91/14 92/14 93/4 93/4 96/7 97/8 98/13 98/24 110/8 113/24 118/18 118/20 120/17 124/5 126/8 126/11 126/15 126/16 127/17 129/19 128/1 129/10 133/24 134/25 135/9 138/12 140/12 140/23 141/3 142/9 143/5 146/24 147/18 149/18 150/3 151/11 151/16 152/2 152/23 153/9 155/12 155/16 156/20 157/5 160/7 161/7 162/2 163/18 164/9 169/3 170/13 173/20 175/11 177/3 177/7 178/14 178/24 179/2 180/15 183/4 184/17 184/17 186/21 185/5 189/13 190/19 192/24 193/18 194/9 194/10 195/7 195/9 196/9 197/13 198/3 198/9 202/16 203/3 212/9 216/23 220/25

whenever [1]  182/11

where [47]  6/17 6/24 12/23 13/14 13/16 21/1 34/17 40/1 42/9 42/9 46/10 47/18 48/3 51/12 52/20 55/13 59/14 64/9 64/17 67/5 72/8 77/18 78/20 78/22 81/3 89/11 89/12 90/3 92/10 115/17 117/16 126/14 141/2 155/3 161/5 161/5 164/11 165/15 170/14 172/11 175/22 198/5 198/15 199/1 199/10 221/17 221/19

whether [48]  4/24 18/17 28/1 29/6 53/12 58/9 89/2 89/3 89/8 90/22 90/23 105/8 108/18 113/13 113/14 114/4 118/21 119/25 132/22 145/3 145/4 151/19 151/21 152/10 154/6 154/7 154/18 156/12 157/1 157/15 158/19 158/20 165/7 181/9 182/25 183/25 184/21 187/6 193/10 200/22 202/3 202/22 204/2 204/6 204/8 204/22 206/4 206/21

which [100]  23/5 23/24 24/2 25/14 26/7 26/15 27/5 30/7 32/3 32/4 35/11 38/22 41/11 42/3 57/21 58/4 59/10 62/12 67/17 77/15 86/17 88/13 89/14 89/18 90/15 90/23 92/23 94/9 95/12 95/14 96/20 97/1 97/21 97/25 99/1 100/12 102/7 103/12 110/18 111/9 111/24 112/6 112/19 113/9 113/19 116/20 121/4 130/23 131/9 135/2 135/12 135/15 140/20 144/3 144/10 144/23 145/10 145/17 146/2 146/16 147/13 147/20 152/6 153/25 154/6 156/7 158/20 161/19 162/25 165/8 176/8 176/17 176/24 177/17 190/7 190/23 193/2 194/10 194/14 195/8 195/10 195/12 195/14 196/7 197/22 198/2 199/20 199/24 205/14 205/21 206/14 207/9 208/19 209/25 213/12 214/8 217/6 217/17 218/25 219/25

while [16]  9/22 17/21 65/25 70/1 74/12 109/23 124/17 137/2 137/4 137/5 140/10 156/3 165/6 172/2 173/9 181/22

whited [3]  7/16 7/17 9/1

whiteout [6]  6/22 7/2 7/3 7/9 7/19 7/22

who [64]  5/23 11/2 16/3 18/13 18/14 18/25 19/1 19/4 22/7 22/8 22/10 28/11 33/4 33/9 37/11 45/23 67/9 67/19 68/12 83/17 85/20 91/13 91/20 92/8 93/23 95/9 95/11 95/15 95/21 97/20 101/24 101/24 102/9 105/9 105/25 110/2 110/22 111/22 112/11 115/17 115/22 116/5 117/2 119/4 125/10 144/9 146/8 151/23 157/9 157/11 157/13 159/10 161/22 161/23 161/24 162/14 171/18 172/25 181/2 195/9

whole [47]  6/17 6/24 12/23 13/14

**W**

**who... [4]** 200/2 202/6 219/19 223/10
**who's [4]** 22/1 102/8 181/15 213/18
**whole [10]** 24/9 79/7 94/12 100/21 127/23 137/24 138/15 153/12 169/18 185/17
**wholesale [2]** 21/16 21/21
**whom [1]** 19/8
**whose [1]** 118/16
**why [32]** 5/8 11/7 13/11 23/8 25/9 26/10 28/6 30/10 32/7 37/2 41/15 47/3 51/1 53/23 57/24 62/25 69/6 71/1 74/3 78/7 97/13 120/15 121/16 126/25 127/19 141/23 142/21 145/9 180/22 195/20 219/20 223/5
**wide [2]** 198/18 198/21
**wife [4]** 34/17 36/13 84/6 89/15
**wife's [2]** 34/22 106/15
**Wilensky [7]** 20/3 146/14 146/21 146/23 147/1 148/21 157/9
**will [151]** 2/10 2/10 2/22 3/9 4/11 5/10 5/18 6/2 6/3 6/4 8/2 12/2 12/4 12/7 12/7 12/20 13/7 14/22 15/2 15/9 15/12 15/14 15/23 16/2 16/24 17/6 41/22 46/17 47/21 51/9 58/14 58/15 58/16 63/15 71/4 74/11 92/4 102/9 102/16 104/25 105/14 108/22 109/14 110/3 110/17 114/10 116/8 118/14 119/15 121/11 121/18 121/23 122/4 122/8 122/12 122/15 122/20 122/23 123/5 123/10 123/12 125/8 126/14 126/18 126/18 126/22 127/13 127/22 128/2 129/6 129/7 129/19 129/24 129/24 130/2 130/5 130/9 130/13 130/16 130/17 130/21 130/23 131/14 131/23 132/13 132/16 132/20 132/24 132/25 133/1 134/15 134/19 134/21 134/22 135/1 135/7 135/10 135/12 135/13 135/14 135/17 138/8 138/14 138/17 140/20 141/10 141/18 142/1 142/19 146/15 150/7 152/15 152/16 155/21 157/23 159/1 159/23 160/20 160/21 163/24 164/7 164/17 167/14 169/8 169/9 169/10 170/10 171/2 171/4 171/24 172/4 172/9 173/6 173/10 173/11 173/14 178/19 182/11 185/1 198/14 199/4 199/5 199/15 204/23 211/14 219/16 219/18 224/1 224/9 224/13 224/16
**Williams [2]** 15/9 124/15
**Wilma [1]** 155/12
**windlass [1]** 197/7
**winds [1]** 61/23
**Wink [1]** 47/17
**wires [1]** 37/21
**wish [1]** 130/18
**withdraw [2]** 11/13 11/15
**withdrew [4]** 126/23 163/20 173/16 223/1
**withholding [1]** 8/25
**within [12]** 3/9 6/2 168/3 202/2 203/22 204/6 204/21 206/2 206/16 206/19 208/1 209/20
**without [13]** 41/2 132/25 157/24 172/5 172/10 190/2 192/1 193/7 213/20 216/6 216/17 219/9 220/1
**witness [46]** 5/21 6/1 11/5 11/6 11/8 11/9 11/10 11/12 13/23 14/4 16/3 16/5 45/13 47/23 48/4 92/5 92/17 128/9 132/15 132/25 132/25 134/7 163/25 164/2 167/8 169/7 169/9 169/10 169/19 171/18 171/24 172/25 173/15 174/15 174/20 179/19 180/16 182/1 182/9 186/8 186/9 186/10 208/5 222/7

222/9 225/2
**witness/exhibit [1]** 6/1
**witnesses [4]** 2/11 5/23 10/24 10/25 17/12 18/14 18/14 19/8 23/1 25/1 26/3 27/1 30/3 31/5 31/20 36/19 41/8 44/14 46/21 48/23 50/18 51/22 53/16 57/16 62/8 70/19 73/21 75/18 77/25 108/23 109/1 130/6 133/21 134/23 135/1 135/3 164/1 171/16 174/4 224/18 225/1
**Wofford [1]** 175/11
**woman [2]** 136/15 142/13
**women's [1]** 14/13
**won't [4]** 23/16 31/4 168/8 222/21
**wonder [1]** 196/8
**wondering [1]** 173/10
**word [1]** 223/19
**words [8]** 4/6 56/18 105/13 124/10 187/25 188/6 191/7 203/12
**work [41]** 8/13 23/17 23/19 23/19 33/2 35/24 37/24 38/2 38/20 47/13 47/18 47/20 47/21 54/24 54/25 55/5 55/10 55/14 55/24 56/7 56/12 56/13 63/21 83/23 97/18 97/18 98/14 98/15 98/18 101/17 101/21 112/18 136/21 137/13 138/1 138/4 140/20 148/9 148/11 151/3 151/4
**worked [24]** 21/10 37/13 49/18 50/2 56/4 56/15 57/2 59/7 60/4 69/4 69/5 92/14 100/22 107/24 112/18 116/3 136/20 137/5 137/6 137/7 137/7 140/25 181/13 181/15
**worker [2]** 22/12 136/19
**workers' [25]** 20/13 24/2 24/5 25/18 31/24 37/9 63/8 72/21 89/2 89/10 90/2 149/20 150/1 150/2 150/8 150/10 150/12 150/15 151/1 153/4 159/14 160/16 161/24 161/25 190/6
**working [14]** 23/12 24/8 24/10 35/17 35/19 35/21 36/3 37/10 46/1 59/20 116/10 137/20 177/22 187/22
**workmen [2]** 82/21 84/18
**workmen's [1]** 93/15
**workplace [1]** 71/3
**works [9]** 22/7 22/8 22/10 38/15 46/2 46/9 46/10 87/17 137/2
**worksheet [1]** 54/9
**worldwide [1]** 176/18
**worry [1]** 126/4
**worse [6]** 70/2 191/4 194/6 199/5 199/24 199/24
**worst [1]** 149/1
**worth [6]** 140/17 140/19 159/18 162/25 164/15 172/21
**would [174]** 9/17 10/9 10/9 10/11 12/24 13/3 13/5 13/11 14/8 16/22 17/16 23/24 23/24 25/13 25/14 26/15 28/16 29/1 29/6 31/5 31/10 32/3 32/11 33/18 33/25 34/8 35/25 37/7 39/7 40/15 40/25 41/4 41/15 44/6 44/19 44/22 45/19 46/10 46/13 46/25 47/7 48/15 49/2 49/9 50/2 50/23 51/6 52/8 53/11 53/21 54/3 55/5 55/11 56/15 56/18 56/19 56/22 56/23 57/4 57/6 58/4 58/4 58/8 58/12 58/19 58/20 59/10 60/10 61/24 62/4 62/22 63/5 64/8 64/10 65/4 65/8 68/23 70/11 70/24 71/15 73/10 73/25 74/17 75/22 76/5 77/21 78/4 78/12 79/7 86/19 87/2 91/10 91/13 91/18 96/15 96/21 103/17 104/1 104/3 104/16 104/16 104/19 104/19 104/23 105/3 105/8 105/9 105/19 105/20 104/6 106/8 106/17 109/5 112/21 113/6 113/20 113/25 114/1 114/4 114/5 114/7 114/19 114/24 114/24

115/19 116/11 116/20 118/9 119/10 165/7 165/8 165/22 165/25 166/8 169/1 170/18 171/4 173/10 174/3 175/3 175/7 178/17 182/15 182/17 189/17 189/18 192/18 201/8 205/9 206/17 208/23 209/10 209/16 209/7 213/19 216/3 216/14 216/15 216/20 217/22 217/24 218/8 219/1 219/8 222/6 223/10 223/14 223/20 223/22
**wouldn't [9]** 46/14 56/25 113/7 113/7 118/3 120/19 121/6 218/1 218/6
**wow [2]** 69/19 79/8
**Wright [10]** 29/12 86/3 86/3 98/24 103/9 103/21 112/4 119/21 119/22 120/9
**wrist [2]** 154/3 197/23
**write [3]** 109/6 131/24 132/18
**writes [3]** 38/19 80/2 80/4
**written [3]** 132/14 144/15 176/8
**wrong [34]** 89/20 89/24 103/15 103/23 104/8 160/19 160/24 161/14 163/2 163/11 180/12 181/23 184/4 184/22 185/6 185/14 185/22 187/7 187/8 188/23 189/11 189/22 202/22 202/24 203/13 205/8 207/13 211/13 212/16 215/4 215/15 216/4 218/15 220/25
**wrote [1]** 205/2

**X**

**X-ray [13]** 161/9 162/9 209/5 209/8 210/20 211/8 211/25 212/1 215/7 217/25 218/3 220/1 220/6
**X-rays [8]** 161/4 177/13 188/16 211/2 212/3 217/20 218/3 218/8

**Y**

**yeah [26]** 34/16 40/24 48/8 49/25 52/18 54/7 59/25 61/17 64/3 79/8 80/18 82/22 120/19 156/17 170/22 176/25 177/7 185/1 194/20 195/17 196/11 208/21 210/2 210/16 217/13 221/12
**year [14]** 30/21 70/4 82/6 97/11 97/13 115/13 151/6 158/3 158/10 177/9 190/20 207/14 211/18 218/14
**years [74]** 8/22 24/2 27/16 39/11 40/9 42/22 45/17 47/14 49/18 49/25 53/8 60/11 65/15 65/25 66/7 72/16 73/15 75/6 76/15 77/1 77/5 82/2 82/23 83/21 90/17 90/19 96/8 96/10 96/20 96/24 97/22 98/6 98/7 101/7 101/15 107/25 108/6 117/25 136/20 142/8 144/3 144/12 145/19 146/23 147/8 147/10 156/17 156/23 157/6 175/16 175/17 176/1 176/2 177/9 178/12 178/15 180/25 181/14 188/20 188/22 189/6 189/6 199/14 199/15 201/9 205/1 209/3 212/7 212/20 213/1 214/22 215/25 215/25 216/9
**years' [1]** 162/24
**Yep [1]** 197/17
**yes [222]** 2/15 2/25 3/2 3/6 3/13 5/3 6/13 8/10 8/15 9/15 10/23 11/13 12/13 13/7 13/25 14/24 21/9 21/12 21/24 22/3 23/10 25/23 27/8 27/14 27/19 27/23 29/2 30/12 30/18 32/21 33/16 34/11 35/23 36/7 39/19 40/6 42/18 43/4 43/10 45/24 46/16 50/8 52/15 54/11 55/18 57/7 58/23 59/2 59/6 59/9 59/12 60/8 60/21 60/23 61/3 61/14 62/24 63/10 63/14 63/14 65/11 65/11 65/18 65/23 66/4 66/10 67/23 68/6 69/13 69/24 70/5 71/6 73/15 74/7 74/14 75/8 75/11 76/21 77/11 79/1 80/9 80/14 80/25 81/2 81/8 81/10

## Y

**yes... [136]** 81/17 81/23 82/13 82/16
82/18 83/3 83/19 83/22 84/3 84/8
84/10 84/12 84/14 84/20 84/22 85/7
85/10 85/13 85/15 85/19 85/23 86/4
86/7 86/13 87/4 87/15 87/18 89/17
90/16 90/25 91/2 91/8 92/18 92/21
93/9 93/12 93/19 94/18 94/24 95/3
95/5 95/20 96/1 98/5 98/12 98/19 99/4
99/12 100/4 100/7 100/23 100/23
101/1 101/4 101/9 101/19 101/22
101/25 102/2 102/5 102/16 103/11
104/5 105/11 106/8 106/10 106/13
106/16 106/19 106/21 106/25 107/1
107/3 107/11 107/14 107/16 107/19
107/21 107/23 108/3 109/3 109/13
111/12 112/16 114/15 115/25 119/3
121/13 121/15 121/20 122/17 122/19
123/1 123/20 123/22 124/23 136/7
139/14 139/18 141/11 143/2 165/20
167/7 167/9 167/11 169/22 171/11
171/12 174/1 176/15 178/3 178/7
179/5 180/6 180/18 182/10 182/22
183/2 187/5 189/13 201/11 208/3
208/17 209/1 209/21 210/3 211/21
211/23 213/16 215/22 218/20 218/21
219/4 220/13 222/10 223/14

**yesterday [2]** 6/16 7/4

**yet [11]** 5/6 28/4 28/22 148/15 151/20
154/10 155/14 156/20 158/2 184/17
218/17

**York [10]** 63/11 82/20 136/16 137/3
137/5 137/5 137/6 137/23 138/9 138/9

**Yorkers [1]** 137/10

**you [1440]**

**you'd [4]** 102/12 106/11 186/14 219/7

**you'll [26]** 4/20 13/18 20/15 20/22
25/20 25/21 26/18 26/20 32/15 38/10
49/14 58/21 71/18 76/8 102/14 121/6
124/15 126/12 126/15 126/15 131/25
141/11 142/18 163/18 187/1 207/18

**you're [84]** 4/8 5/23 7/14 7/17 7/24
7/25 8/3 11/15 16/2 16/12 16/18 20/25
21/7 28/13 28/13 31/4 35/21 44/10
46/13 51/15 54/9 55/6 61/25 65/4 65/9
67/15 71/22 74/12 79/11 80/22 81/7
83/11 84/1 86/23 89/7 92/12 94/5 96/9
99/19 99/20 100/5 100/5 100/13
100/24 102/18 102/21 108/25 110/22
112/11 120/13 120/23 126/8 130/25
143/4 152/2 156/1 161/1 167/22 173/9
178/2 178/14 182/8 183/4 183/13
183/20 184/3 186/21 201/15 201/18
202/10 202/11 207/5 207/15 207/16
207/16 208/7 213/14 213/14 215/17
215/21 217/2 220/3 220/19 224/10

**you've [27]** 4/1 13/6 17/13 18/25 21/25
22/13 22/16 25/17 29/16 41/5 42/1
50/5 50/13 62/12 73/13 79/6 84/13
89/3 95/19 96/20 96/24 97/8 99/20
173/9 179/19 203/7 207/25

**young [5]** 136/15 136/15 136/16 139/8
153/13

**your [405]**

**Yours [1]** 5/21

**yourself [3]** 82/9 82/14 222/14

**yourselves [2]** 110/1 133/14

## Z

**Zaslow [1]** 19/10

**zero [2]** 206/22 207/12