```
 1                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                            MIAMI DIVISION

 3
     LORNA BEACH-MATHURA,              )    CASE NO. 08-21925-CIV
 4                                     )
                   Plaintiffs,         )
 5        vs.                          )        VOLUME 2 of 4
                                       )      Pages 1 through 230
 6   AMERICAN AIRLINES,                )
                                       )   TUESDAY, JUNE 23, 2009
 7             Defendants.             )
                                               10:28 a.m.
 8
                               JURY TRIAL
 9          BEFORE THE HONORABLE ANDREA M. SIMONTON
                 UNITED STATES MAGISTRATE JUDGE
10

11   APPEARANCES:

12   For Plaintiffs: Donovan L. Parker, Esq.
                     99 NW 183rd Street, Suite 104
13                   Miami, FL  33169
                     (305)655-0239
14
                     Duane A. Crooks, Esq.
15                   13899 Biscayne Blvd. - Suite 153
                     North Miami Beach, FL  33181
16                   (305) 341-3420

17   For Defendants: Gregory M. Palmer, Esq.
                     Marty Fulgueira Elfenbein, Esq.
18                   RUMBERGER, KIRK & CALDWELL
                     Brickell Bayview Centre, Suite 3000
19                   80 S.W. 8th Street
                     Post Office Box 01-9041
20                   Miami, Florida  33101
                     (305)358-5577
21

22   Reported By:    Judith M. Shelton, Certified Realtime Reporter
                     Official United States Court Reporter
23                   400 N. Miami Avenue, Room 8N09
                     Miami, FL  33128
24                   (305)523-5294
                     judy_shelton@msn.com
25
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
 1          COURTROOM DEPUTY:  Calling Case Number 08-21925-

 2   civil, Judge Simonton.  Lorna Beach-Mathura versus American

 3   Airlines, Inc.

 4          Counsel, would you please note your appearances for

 5   the record.

 6          MR. PARKER:  Donovan Parker for Lorna Beach-Mathura.

 7   Plaintiff.

 8          MR. CROOKS:  Good morning, Your Honor.  Duane Crooks

 9   for the plaintiff, Lorna Beach-Mathura.

10          MR. PALMER:  And Greg Palmer and Marty Elfenbein for

11   American Airlines.

12          THE COURT:  Okay.  Thank you.  Mr. Parker in the

13   future, I expect you and your client to be here on time.  If

14   six jurors, myself, my two law clerks, my courtroom deputy,

15   the court reporter, and defendant's counsel can get here on

16   time, I would expect that you and the client can.

17          And in the future, I'm not going to wait an hour for

18   her to show up.  I will simply ask you to proceed.  And if you

19   are not ready, then you will rest and we will take the case as

20   we find it.  I understand there's bad weather.  And I can

21   understand somebody being 10 or 15 minutes late because of bad

22   weather, but an hour late is simply unacceptable.  Do you

23   understand?

24          MR. PARKER:  Yes, Your Honor.  I apologize to the

25   Court for that.
```

TUESDAY, JUNE 23rd, 2009

```
 1              THE COURT:  Okay.  Are you ready to proceed?

 2              MR. PARKER:  Yes, Your Honor.

 3              THE COURT:  Okay.  Are you ready to proceed,

 4  Mr. Palmer?

 5              MR. PALMER:  Yes, Your Honor.

 6              THE COURT:  Thank you.  You can call the jury in.

 7       (Jury enters the courtroom at 10:29 a.m.)

 8              THE COURT:  Good morning, please be seated.

 9              Mr. Parker, are you ready to proceed with respect to

10  the plaintiff's case?

11              MR. PARKER:  I am ready to proceed, Your Honor.

12              THE COURT:  Thank you.  Mr. Palmer, are you ready?

13              MR. PALMER:  Yes, Your Honor.

14              THE COURT:  Okay.  Mr. Parker, you can call your

15  first witness.

16              MR. PARKER:  Yes, Your Honor.  The plaintiff calls

17  Lorna Beach-Mathura.

18                          LORNA BEACH-MATHURA

19     having been first duly sworn, testified as follows:

20              COURTROOM DEPUTY:  State your name and spell your

21  last name for the record.

22              THE WITNESS:  Good morning.  I'd like to apologize --

23              THE COURT:  Ms. Mathura, would you please state your

24  name and spell your last name for the record?

25              THE WITNESS:  My name is Mrs. Lorna Beach-Mathura.
```

```
 1   Last name is B-E-A-C-H, hyphen, M-A-T-H-U-R-A.
 2              THE COURT:  Okay.  Thank you.
 3              Mr. Parker, you can proceed.
 4              MR. PARKER:  May it please the Court.  Thanks, Your
 5   Honor.
 6                       DIRECT EXAMINATION
 7   BY MR. PARKER:  :
 8   Q.  Where do you currently live, Ms. Mathura?
 9   A.  I reside at 2630 Northwest 204th Street, Miami Gardens,
10   Florida, 33056.
11   Q.  Okay.  Are you currently married?
12   A.  Yes, I am.
13   Q.  You're from the Caribbean, are you?
14   A.  I was born there.
15   Q.  When did you come to the United States?
16   A.  I was brought to the United States in 1975.
17   Q.  Where did you come to the United States, what state?
18   A.  The state of New York.
19   Q.  What age did you come to the United States?
20   A.  I think it was about at the age of 18 or 19, I'm not...
21   Q.  Had you finished high school?
22   A.  Yes, I did.
23   Q.  That's before you came to the United States?
24   A.  Yes.
25   Q.  When you first came, here, to the United States, in New
```

TUESDAY, JUNE 23rd, 2009

```
1   York, what did you do to seek employment?
2   A.  I was led, I should say, by my mother.  She looked for
3   employment for me, in the field of secretarial duties.
4   Q.  Your mama had been in New York for some time before you
5   came?
6   A.  Yes.
7   Q.  So she helped you get a job in New York?
8   A.  Yes.
9   Q.  Okay.  Do you remember your first job?
10  A.  Yes, my first job, yes, it was at a factory.
11  Q.  Back in New York?
12  A.  Yes.
13  Q.  What did you do there?
14  A.  I was an assembler on the factory line.
15  Q.  Okay.  You -- did you sought out to go to school?
16  A.  I don't understand.
17  Q.  Did you make any attempt to go to school while you were
18  employed as an assembly line work?
19  A.  Not at that time, but I kept looking for a better
20  position, due to my secretarial training.
21  Q.  Okay.  Did you get a better position?
22  A.  Yes.  Eventually, I got a position at a corporation, I
23  should say, in Manhattan, New York, on Park Avenue.
24  Q.  All right.  How long did you stay there?
25  A.  I stayed several months.  I'm not too sure how long it
```

TUESDAY, JUNE 23rd, 2009

1  was.

2  Q.  Did you make any decision to go to school after that?

3  A.  Not at that time, but when I received another employment

4  offer, I started looking into schooling, again.

5  Q.  That would be your next -- I'm sorry.  Did you finish?

6  A.  I said after I had been at the new business for a while, I

7  received a job offer, which I took, and then I started looking

8  into higher education.

9  Q.  Okay.  So this is your third job?

10  A.  Yes.

11  Q.  Okay.  Do you remember the name of the company?

12  A.  It was for a doctor.  His name was Dr. Theodore Light.

13  Q.  So you decided to apply to a school, and what school did

14  you apply?

15  A.  I applied to Long Island University.

16  Q.  Did you enroll?

17  A.  I was enrolled and admitted.

18  Q.  What did you pursue?  What studies?

19  A.  I decided that I wanted to become a lawyer, and I felt

20  that I should have some advanced training.

21  Q.  And what training did you --

22  A.  They had a paralegal certificate program, and I completed

23  that program.

24  Q.  Did you pursue and completed that program?

25  A.  Yes, I did.

TUESDAY, JUNE 23rd, 2009

1    Q.   Okay.  And when did you graduate from that program?

2    A.   In 1980.

3    Q.   1980?

4    A.   Yes.

5    Q.   I would like to turn the attention of the jury to Exhibit

6    Number 1.  On page 8 of Exhibit 1, is that the Long Island

7    University, Brooklyn Center?

8    A.   Yes.

9    Q.   And the certificate is in paralegal studies program?

10   A.   Yes.

11   Q.   Now, did you seek employment while you were -- after you

12   finished this program?

13   A.   Yes, I did.

14   Q.   Where did you work?

15   A.   There was a civil service exam for the police department

16   in New York City, and I took the exam.

17          MR. PARKER:  Yes.  If you turn, jury, turn to

18   plaintiff's trial notebook.

19          JUROR:  Yes, I see it.

20          MR. PARKER:  The white one.

21          JUROR:  Okay.

22          MR. PARKER:  The first exhibit.  Page --

23   approximately page 8.  Page 8, you'll see the paralegal study

24   diploma.  Okay.

25   Q.   So your sign -- Ms. Mathura, you're testifying about your

TUESDAY, JUNE 23rd, 2009

1  pursuing employment at the -- the police department?

2  A.  Yes, the Transit Police Department.  They were hiring

3  police administrative aides.

4  Q.  This is in New York?

5  A.  Yes.

6  Q.  Did you pursue other educational opportunities?

7  A.  Well, while working for the doctor, I passed the exam for

8  police administrative aide and I was called in to work as a

9  full-time police administrative at the central records

10  section.  I would work from 11:00 p.m. to 7:00 a.m. in the

11  morning, and at 9:00 a.m. I would go to the doctor's office

12  and work until 5:00 p.m.  I did that for more than a year.

13  And then I decided to go to college.

14  Q.  So you pursue what -- what college?  Which college did you

15  go to next?

16  A.  I was accepted into Brooklyn College of the City

17  University of New York.

18  Q.  Did you complete that studies?

19  A.  Yes.

20  Q.  What was your degree in?

21  A.  After going part-time, full-time, days, nights, weekends,

22  holidays, I finally, after eight years, I received a diploma

23  in broadcast journalism, a bachelor of arts degree.

24  Q.  That's a bachelor of arts degree?

25  A.  Yes.

TUESDAY, JUNE 23rd, 2009

1  Q.  And if the jury would turn to page 9 of Exhibit 1.  That's
2  the bachelor of arts degree in journalism?
3  A.  Yes.  TV, radio, television and radio journalism.
4  Q.  Now, did you ever venture south of New York?
5  A.  Yes.  Eventually, after receiving a promotion in the
6  police department, I received another promotion, a supervisory
7  position as a senior police administrative aide.
8  Q.  This is in New York?
9  A.  In New York.  And then I took another civil service exam
10 to become a principal administrative associate.
11 Q.  Did you pass the exam?
12 A.  I passed the exam while on maternity leave, because I had
13 my two babies at the time.
14 Q.  Okay.  Now, there comes a time that you decide to leave
15 New York?
16 A.  Yes.
17 Q.  What motivated you to leave New York?
18 A.  Well, I had -- I had been employed by two television
19 stations in New York, Channel 11, and I did a talk show there;
20 and also by NBC at Rockefeller Plaza.  I worked in the
21 newsroom.  And when it was time to get a full-time position, I
22 was denied, so I decided it was time to leave town.
23 Q.  So you went -- where did you go?
24 A.  I was advised to try to start my news career in a smaller
25 market, so I came down to Miami.

TUESDAY, JUNE 23rd, 2009

1   Q.  Miami, Florida?

2   A.  Yes.

3   Q.  Did you attend any university when you came south to

4   Miami, Florida?

5   A.  Not initially.

6   Q.  What did you do?

7   A.  Well, I was working for a record company, a music

8   recording company called Satellite Records.  I was their

9   director of international marketing and promotions.  So I did

10  that for some time until, you know, I could no longer do it

11  because it involved a lot of traveling.

12  Q.  Was this in Miami?

13  A.  It's -- it was in Miami.  It had started in New York.  I

14  did that while I was a principal administrative associate in

15  the probation department of the city of New York.

16  Q.  So that helped you come to Miami?

17  A.  Yes.

18  Q.  Okay.  Did you attend any universities or colleges in

19  Miami?

20  A.  Yes.  Not initially.  I decided I needed full-time

21  employment.  And I did get full-time positions before I

22  started going for my masters degree in 1998.

23  Q.  Did you ever attend any journalism program in South

24  Florida since you came down here for that purpose?

25  A.  Yes, I did try and apply at different stations like

TUESDAY, JUNE 23rd, 2009

```
 1   Channel 10, Channel 7, NBC 6, but they had no openings at the
 2   time.  So I decided to seek work in public health.
 3   Q.  Did you attend any universities in Miami when you came
 4   south?
 5   A.  Yes, I did mention 1998, I did -- I was accepted at Nova
 6   International University.
 7   Q.  Nova, what?
 8   A.  Nova Southeastern, I'm sorry.  Too many universities to
 9   remember.  I'm sorry.  Nova Southeastern University, I was
10   accepted into the master of public administration program.
11   Q.  What year was that?
12   A.  It was 1998.
13   Q.  Did you complete that study?
14   A.  Yes, I did.
15   Q.  And you got your masters in public administration?
16   A.  Yes, I did.
17   Q.  Did you went to any other South Florida universities?
18   A.  Well, while going to Nova, I started thinking about a
19   teaching career.  And I was accepted into Florida
20   International University.  I just have to add this one point
21   because it's crucial.
22   Q.  Please.
23   A.  My attendance at Nova and Florida International overlapped
24   because I was going to do two universities at the same time,
25   and I just had a baby in 2000.  So that was the most I could
```

TUESDAY, JUNE 23rd, 2009

1    do, you know, with a newborn baby.

2    Q.   Yeah.   So you received a masters degree, on page 12.   And

3    Exhibit 1 is referenced.   And you -- you attended -- you say,

4    you attended Florida International University also?

5    A.   Yes.

6    Q.   You received a certificate?

7    A.   Yes.   I received a graduate certificate in student media

8    advising.

9    Q.   Okay.   And that would be on page 11 in exhibit --

10   Plaintiff's Exhibit notebook.   All right.

11          So while you were doing this, all these studies, did

12   you have any -- any employment during these times?   Could you

13   explain that?

14   A.   Yes, I did.   In 2000, while I was six months pregnant, I

15   was hired by the Miami-Dade County Public Schools.   They

16   needed someone to locate teachers to fill classrooms when the

17   other teachers went absent.   So they hired me as a substitute

18   locator.   I was six months pregnant, and I told them I

19   wouldn't able to do it for much longer.

20   Q.   How long did you work there?

21   A.   Stayed there longer than I thought I would.   I worked

22   until the end of April.   In 2000, I was -- I went on maternity

23   leave.   I had my baby.   And two weeks later they called me

24   after I had the baby, they wanted me to come back to work.

25   The third week, I went back to work.

TUESDAY, JUNE 23rd, 2009

```
 1            And, let's see, in July of 2000, I decided that I'd
 2   like to become, you know, a substitute teacher because I was
 3   having difficulty finding, you know, qualified people to, you
 4   know, to replace absent teachers.
 5   Q.  All right.  Did you work at any other entities in
 6   Miami-Dade County?
 7   A.  Yes, I have worked at different places.
 8   Q.  All right.  Could you explain to the jury?
 9   A.  Okay.  In 1996, I was hired by Economic Opportunity Family
10   Health Center in Miami.
11   Q.  How long you work there?
12   A.  I was there until 1998.
13   Q.  Okay.  These were during the years you were in
14   universities, also?
15   A.  No, but I was in training.  I was getting certified in HIV
16   Aids.  Aids 101, 102, 104, and 501 through the Florida
17   Department of Health and, also, the Miami-Dade Department of
18   Health.
19   Q.  Okay.  Around 2003 did you -- were you working for
20   Miami-Dade County school?
21   A.  Yes.  Prior to that, I was hired -- I have to explain it
22   because most of my employment overlapped --
23   Q.  Okay.  Please --
24   A.  -- while being pregnant, while, you know, giving birth.
25   Q.  Explain it, please.
```

TUESDAY, JUNE 23rd, 2009

1  A.  In 2001 -- actually, it was -- yeah, 2001, around July, I

2  was hired as an adult education teacher.  And I taught preESOL

3  at the University of Miami to speakers of other languages.  I

4  did that at night, four nights a week.  And during the daytime

5  I worked as a substitute teacher at North County Elementary

6  School.

7  Q.  Okay.  Did you work in any capacity at any Miami-Dade

8  County school other than the one you mentioned?

9  A.  Yes.  There were times when I had to teach at American

10 high school, for example, Miami Central.  And I got a

11 full-time job at Miami Lakes Educational Center.

12 Q.  Right.

13 A.  As a -- let's see.  It's a substitute teacher, but it's

14 full-time.  I forgot what the title is.

15 Q.  Okay.  Did you ever work in the -- say, in the northern

16 district in Miami-Dade County, at a particular school?

17 A.  Most of time I worked at different schools in northeast

18 Miami-Dade.  I would also like to mention that while I was

19 working full time during the day and going to teach ESOL, I

20 decided to get certified in full-time teaching at -- at, you

21 know, at any school.  I wanted to be fully certified.  I did

22 take the exams to become a certified teacher.  I took the

23 courses that I needed to take.  And during that time, I had,

24 you know, two surgeries.  So I couldn't do as much as I wanted

25 to do.

TUESDAY, JUNE 23rd, 2009

1  Q.  Okay.  Now, those surgeries -- were those surgeries

2  related to your back?

3  A.  No.

4  Q.  Okay.

5  A.  The first one was when I was giving birth to my daughter,

6  she was in the courtroom yesterday.

7  Q.  Yeah.

8  A.  In 2000, I had a C-section.

9  Q.  Okay.  Let me ask you this.  Did you -- have you ever been

10 to the great state of Pennsylvania?

11 A.  Yes, I've been through Pennsylvania.

12 Q.  Have you ever had any surgery in Pennsylvania?

13 A.  No, I've never had any surgeries in Pennsylvania.

14 Q.  Have you ever visited a doctor in Pennsylvania?

15 A.  No.

16 Q.  Have you seen any specialist doctors in Pennsylvania?

17 A.  No.

18 Q.  What is the purpose of visiting Pennsylvania?

19 A.  Well, I was invited to a party on a yacht.

20 Q.  Yes.

21 A.  You know, one weekend.  And another weekend I visited a

22 friend.  And the other times were just -- I drove through

23 Pennsylvania on my way to Oklahoma and Texas.

24 Q.  Did you ever hurt yourself --

25 A.  No.

TUESDAY, JUNE 23rd, 2009

1    Q.   -- physically, in Pennsylvania?

2    A.   No.

3    Q.   Okay.  Now, have you ever worked for a school, northern

4    Miami-Dade County?

5    A.   Yes.

6    Q.   Was there an incident there that you, you want to explain?

7    A.   There were several incidents.

8    Q.   Okay.  Was there any incident that you hurt yourself

9    there?

10   A.   I was hurt by someone else.

11   Q.   Okay.  Explain that.  And what year was it?

12   A.   Okay.  In 2003, I was hired in Northern Middle School and

13   I was placed in a sixth grade classroom.  I was the reading

14   teacher.

15   Q.   Right.

16   A.   Although I was certified in journalism and English, they

17   put me in reading for remedial students.  And I was abused at

18   that school.

19   Q.   Tell us about a particular incident that you, you know,

20   you need to talk about.

21   A.   Okay.  Let's see, in 2005 --

22   Q.   Right.

23   A.   -- we were doing the MCAT, and one of the students became

24   really disruptive.  He decided that he didn't want to sit

25   quietly and do his test.  He kept talking.  I warned him about

TUESDAY, JUNE 23rd, 2009

1   it, several times.  The other students warned him that he was

2   disrupting their exam.

3   Q.  Okay.

4   A.  And, finally, he asked for permission to leave the

5   classroom to go to the bathroom.  And I told him that the

6   principal had said that no one is to leave the bathroom -- the

7   classroom to go to the bathroom.  I had made them all go

8   before class started.

9   Q.  Right.

10  A.  And he got up, he left, walked out of the door, went to

11  the bathroom.  A few minutes later, maybe about ten minutes

12  later, he knocked on the door and one of the students opened

13  the door for him.  I warned him, again, about being quiet.  I

14  told him that he would have -- you know, I would have to

15  confiscate his test papers.  He continued to talk and he

16  decided he wanted to go out again.  So I told him he could not

17  go.  He got up, he walked out again.

18      About 20 minutes later, he came back.  And I opened

19  the door and I told him he would not be allowed back into the

20  classroom because he's disrupting the other students from

21  completing their exam.  And he decided that he was not going

22  to listen to me.  He started pushing and shoving me in the

23  doorway.  The classroom is a portable with the heavy steal

24  doors, and he kept shoving me as I was trying to close the

25  door.  I wanted to get the chance to call security --

1   Q.   Okay.

2   A.   -- but he didn't give me that chance.  And the security

3   button was all the way to the front of the classroom.  We were

4   at the back of the classroom.  And he shoved me and he body-

5   slammed me and put his leg through the door to hold it open

6   while I was struggling to close it.  And he jerked me back and

7   forth and I never laid a hand on him because I always said I

8   will not touch any -- any parent's child who is in my care.

9   And I had told them that they're not allowed to touch me, but

10  he kept pushing and shoving me, you know, violently.

11          Pretty soon I saw one of the teachers in another

12  portable.  He came to the front of his classroom and I called

13  out to him.  And that's when the student, Zachary Baumineshen

14  (phonetic), that's when he stopped, when he saw the other

15  teacher.

16  Q.   Did you hurt yourself?

17  A.   He hurt me.  I didn't hurt myself.  I was trying to

18  protect the other students.  As a teacher, that was my duty.

19  Q.   Yes.

20  A.   And I was told by the assistant principal that he could be

21  arrested because he was not supposed to touch me.  It's called

22  battery.  And she asked me if I wanted to have him arrested.

23  And I thought about it and then I decided to do it because

24  many students had slapped me, kicked me, stepped on me, cursed

25  at me in the classroom, and that was the end of the rope for

TUESDAY, JUNE 23rd, 2009

19

1   me.  So he was arrested that day.

2   Q.  All right.  All right.  Ms. Mathura, so you got treated

3   for that injury?

4   A.  Yeah.  I started feeling pain after he was taken away,

5   after the police arrested him.  I had to talk to the assistant

6   principal and I started feeling the pain in my neck, my back,

7   my head.  And I told the principal secretary that I wanted to

8   go see my doctor.

9   Q.  All right.

10  A.  And she said, I'll let you know a little bit later, you

11  have to fill out some forms.  When she gave me the form, she

12  said, you'll have to go to a workers' compensation doctor.  I

13  had wanted to go to my doctor because I had never been

14  involved in workers' compensation before and I didn't even

15  know that that applied --

16  Q.  Yeah.

17  A.  -- to my situation.

18  Q.  All right.  So you got some treatment?

19  A.  Well, I went to the nearest workers' compensation clinic

20  and the doctor diagnosed my injuries.  And I was given a

21  couple of injections.  I was --

22  Q.  What was your diagnosis?

23  A.  Lumbar sprain to my lower back.  Cervical sprain to my

24  neck.

25  Q.  Right.

TUESDAY, JUNE 23rd, 2009

1  A.  And a contusion to my right shoulder where I was jammed up

2  against the door.

3  Q.  Okay.  So you -- you got some benefits from the -- your

4  employer?

5  A.  Yes.  I was put in temporary total disability by my

6  school.  They paid me while I was out on full-time disability.

7  They paid me from March until the end of May.

8  Q.  Of what year?

9  A.  In 2005.  The incident took place on March 1st.

10 Q.  Okay.  Now, did you -- were you released from disability

11 by a medical doctor?

12 A.  No, I was not.

13 Q.  Okay.

14 A.  More than one doctor -- excuse me.  More than one doctor.

15 My own doctor, who I found out later was certified workers'

16 compensation doctor, he put me in temporary total disability.

17 Also, the doctor who I was sent to by the school, he placed me

18 on temporary total disability.

19 Q.  Okay.  And -- and that temporary condition expired?

20 A.  I wanted to know when it expired because I kept asking my

21 doctors, how long does temporary last?

22 Q.  Okay.  Let's move on --

23 A.  They never gave me an answer.

24 Q.  Okay.  Now, while you were going through this situation in

25 2005-2006, right?

1  A.  Yes.

2  Q.  Did you decide to take some kind of leave?

3  A.  Yes.  But I have to explain something before that.

4  Q.  Okay.

5  A.  I was --

6         THE COURT:  Mr. Parker, just in terms of the order of

7  the courtroom, you need to ask questions.  And you need to

8  answer the questions that he asked.  And that's the court

9  procedure.  So --

10         MR. PARKER:  Thank you, Your Honor.

11         THE COURT:  -- if you need to clarify an answer that

12  you've given before -- because you realize that it might be

13  misleading, then you can ask to clarify a prior answer.

14         But just in terms of the order of the courtroom, he

15  needs to ask the questions and you need to answer what he asks

16  you, you can't just volunteer.

17         THE WITNESS:  Okay.

18         THE COURT:  And that way I know that he's asking a

19  proper question and can make sure that the rules of evidence

20  and court procedure are followed.  If you just blurt out

21  things, then it becomes confusing.

22         THE WITNESS:  Okay.  Thank you.

23         THE COURT:  So, Mr. Parker, and if you need to lead

24  her into another area so she knows where you're going, instead

25  of -- you can do that.

TUESDAY, JUNE 23rd, 2009

1          MR. PARKER:  I was just about to do that.

2          THE COURT:  I'll allow a little bit of the leading.

3          MR. PARKER:  Yes, Your Honor.  Thank you.

4          THE COURT:  Thank you.

5  BY MR. PARKER:  :

6  Q.  Now, we're in 2005.  You have had this incident at

7  Northern, you testified.  And your -- you wanted to make a

8  full recovery?

9  A.  Yes.

10  Q.  Did you decide to go on a retreat?

11  A.  Well, it's -- I went to the pilgrimage, actually.

12  Q.  Okay.  Okay.  Where did you decide to go?

13  A.  I went to -- I decided to go to Japan, where my high

14  priest and my head Temple is located.

15  Q.  Were you invited there?

16  A.  I had to receive permission from my chief priest of my

17  Temple -- from the Temple to which I belong.

18  Q.  And what is that?

19  A.  It's M-Y-O-S-E-T-S-U-J-I Temple.  Myosetsuji.

20          THE COURT:  Okay.  Thank you.

21  BY MR. PARKER:  :

22  Q.  What month and year did you decide to go on this

23  pilgrimage?

24  A.  I decided the end of July 2006.  If that is the one that

25  you're referring to.

TUESDAY, JUNE 23rd, 2009

1   Q.  Yes, that's the pilgrimage that you went on?

2   A.  (Nodding.)

3   Q.  Okay.  Did you purchase a ticket to go to Japan on this

4   pilgrimage?

5   A.  Yes.

6   Q.  Was it a round-trip ticket?

7   A.  Yes, it was.

8   Q.  And approximately when did you purchase this ticket?

9   A.  I believe it was online, on or about the 1st or 2nd of

10  August in 2006.

11  Q.  Did you purchase this ticket from a particular airline?

12  A.  Yes.

13  Q.  What is the airline?

14  A.  American Airlines.

15  Q.  Okay.  And you are traveling from round-trip ticket from

16  what cities and so forth?

17  A.  From Ft. Lauderdale, Hollywood International Airport to

18  Narita Airport in Japan.

19  Q.  Okay.  And may I turn the attention of the jury to Number

20  2 Exhibit, plaintiff notebook.  Locate a ticket purchase,

21  American Airlines, the name of the purchaser.  And you're

22  headed to what state in Japan?

23  A.  I headed to the Shoshu Hokkeko Prefecture (phonetic),

24  where my head temple is located.

25  Q.  Did you have to go into part of the airport?

TUESDAY, JUNE 23rd, 2009

1  A.  Yes, I arrived at the new Tokyo International Airport,

2  also called Narita Airport.

3  Q.  Okay.  And you -- you remember a -- particularly, what

4  date you arrived?

5  A.  I left Ft. Lauderdale on August 23rd, 2006.  I arrived on

6  August 24th, 2006.

7  Q.  Okay.  August 24, you said?

8  A.  Yes.

9  Q.  Okay.  And you spent approximately how long in -- on your

10  pilgrimage?

11  A.  About five or six days.

12  Q.  Did you -- you had a fulfilling mission?

13  A.  Yes.

14  Q.  And you decide to return?

15  A.  Well, I had to return because I had a return ticket.

16  Q.  Okay.  On a particular date, August 30th, 2006, did you

17  decide to leave that morning?

18  A.  I had already confirmed my flight to leave Tokyo on the

19  morning of August 30th, 2006.

20  Q.  Did you arrive -- how did you leave your location to the

21  airport?

22  A.  Okay.  After my morning prayers at my temple, local temple

23  there in Tokyo, I went back to my hotel and I was picked up by

24  the Friendly Limousine Service.

25  Q.  To take you --

TUESDAY, JUNE 23rd, 2009

1   A.   To take me to the airport.

2   Q.   Which airport was this?

3   A.   Narita Airport.

4   Q.   Did you arrive on time?

5   A.   Yes.

6   Q.   Okay.  How many baggage did you have?

7   A.   I had one small carry-on suitcase, and one shopping bag in

8   which I carried other items.

9   Q.   Okay.  Now, is there a roadside check-in there?

10  A.   Well, I couldn't use a roadside check-in.  There was a

11  service for baggage delivery.  But I wasn't checking any bags,

12  so I didn't have to use that.

13  Q.   Okay.  When you arrived at the airport, did you locate

14  American Airline check-in area?

15  A.   Yes.

16  Q.   Was there a lot of people there?

17  A.   There was a lot of people.  A whole lot.

18  Q.   About how many, estimate?

19  A.   It seemed to me like there were about 200 people waiting

20  in different lines.  And in my line, in particular, it seemed

21  like there were more than 100 people.

22  Q.   Yeah.  So you joined a line?

23  A.   Yes.

24  Q.   Okay.  Were you on time now, in the line?

25  A.   Yes.

TUESDAY, JUNE 23rd, 2009

1  Q.  Did you have any conversation with anyone in the line,

2  such as passengers and different folks?

3  A.  Yes.  There was a passenger behind me.  And as it turned

4  out, we started talking about the length of the line and how

5  long it was taking to get to the check-in counter.  And that's

6  how the conversation started.

7  Q.  Okay.  Do you remember the name of that person?

8  A.  Yes.  His name is Mr. Ciaran Collins.  He gave me his

9  business card.

10  Q.  Okay.  Ciaran Collins?

11  A.  Yes.

12  Q.  How long were you talking with Mr. Collins while you were

13  standing in the line?

14  A.  It seemed like about 35 to 40 minutes.

15  Q.  Did Mr. Collins ever give you any kind of documentation,

16  like an affidavit of events that occurred that day?

17  A.  Yes.  Eventually, I did get something later --

18  Q.  What did you get?

19  A.  -- through the mail.  I got a sworn statement from

20  Mr. Collins that he mailed from Japan.

21  Q.  And this sworn statement described incidents?

22          MR. PALMER:  Objection.  That's a leading question.

23          MR. PARKER:  I will rephrase it, Your Honor.

24          THE COURT:  Okay.  Thank you.

25  BY MR. PARKER:  :

TUESDAY, JUNE 23rd, 2009

1  Q.  Was Mr. Collins' conversation with you lengthy?

2  A.  Yes, it was lengthy.

3  Q.  There is Exhibit Number 3, plaintiff notebook, that

4  describes --

5          MR. PALMER:  Objection.  It's an exhibit --

6          COURT REPORTER:  Is your microphone on?

7          THE COURT:  The objection will be sustained.  The

8  exhibit speaks for itself, and it's a leading question.  If

9  you want to publish it in some fashion, you can do so.

10          MR. PARKER:  I would like to publish this, Your

11  Honor.  Exhibit Number 3 on page 19.

12          May I approach the witness, Your Honor?

13          THE COURT:  Yes.

14  Q.  (BY MR. PARKER)  :  Did you --

15          THE COURT:  You need to speak into the microphone.

16  You can use the hand-held.  If you need to, use the hand-held

17  microphone, but unless you use the microphone -- the acoustics

18  are not that good in this courtroom...

19  BY MR. PARKER:  :

20  Q.  Could you read from the paragraph, the middle paragraph

21  all the way to the end?

22          MR. PALMER:  Objection.  The document speaks for

23  itself.

24          THE COURT:  Overruled.  He can publish to the jury.

25          THE WITNESS:  States:  While waiting in line for

TUESDAY, JUNE 23rd, 2009

1  security prior to check-in on Flight AA-176 on August 30,

2  2006, myself and Mrs. Lorna Beach-Mathura began a

3  conversation.  We talked about Japan, religion, children, et

4  cetera.  Lorna gave me a pamphlet on her Buddhist retreat, as

5  well as a card with the details.  I gave her my business card.

6         After approximately 40 minutes of standing and

7  waiting in line, Lorna mentioned that she was having trouble

8  standing.  I wondered if it would be possible to receive a

9  wheelchair.  I asked the nearest American Airlines'

10 representative, who was sitting at a ticket counter, if it was

11 possible to have a wheelchair brought to a lady who was having

12 trouble standing in line.  Lorna was ushered to the front of

13 the line and a wheelchair was placed behind her.

14         I was also ushered to the front of the line, and I

15 think American Airlines assumed we were traveling together.

16 As I was making my way to the front, I saw Lorna attempt to

17 sit down in the wheelchair that had been placed behind her,

18 and fell -- and fell on her back side.

19         I'll repeat that since there was an interruption.

20 And fell on her back side.

21         MR. PALMER:  Objection, Your Honor.

22         THE COURT:  Okay.  Overruled.

23         THE WITNESS:  Many customers waiting in line were

24 witness to the -- to this.  I'm sorry, I don't have my glasses

25 on, so they are not the best.  I'm seeing a little bit blurry,

1  excuse me.

2  BY MR. PARKER:  :

3  Q.  Do your best.

4  A.  Oh, sorry.

5       "Many customers waiting in line were witness to this.

6  She was quickly helped into the wheelchair with the American

7  Airlines' employee before I could even lend a hand to help

8  her.  I then accompanied Mrs. Lorna Beach-Mathura through to

9  immigration and the gate with the American Airlines'

10  representative pushing the wheelchair.

11       Mrs. Lorna Beach-Mathura appeared to be in some pain.

12  I went up to the business class lounge as I had to make a call

13  into work.  Although I did look out for Lorna before boarding

14  the flight, I did not manage to speak to her at that time or

15  at the time of deplaning as I was in a rush for my connecting

16  flight.

17       If you require any further information, please do not

18  hesitate to contact me.  I am available to speak at any time

19  during Japanese daylight hours in either Japanese or English

20  and will also be traveling to Boston, again, from September

21  22nd to September 29th, and would be able to make myself

22  available at that time.

23       Sincerely, Ciaran Collins."  And his telephone

24  information and was sworn; should I read that?

25       It says, "Sworn before me...."

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  Okay, that's fine.

2          THE WITNESS:  Okay.

3          MR. PARKER:  May I approach?

4          THE COURT:  Yes.

5    BY MR. PARKER:  :

6    Q.  And you met this Mr. Collins that morning, August 30th?

7    A.  Yes.  Yes, that was the time I met him.

8    Q.  Yes.  Now, tell the jury what happened after you were

9    invited by the American Airline agents to the front of the

10   counter?

11   A.  I believe she -- she gestured towards me, as I was in

12   line.  And then Mr. Collins came back to the line and told me

13   that the agent --

14          MR. PALMER:  Objection.  This would be hearsay.

15          THE COURT:  Sustained, if it's offered for the truth

16   of the matter asserted.

17          MR. PARKER:  It is.

18          THE WITNESS:  Okay.  I was told.

19          MR. PALMER:  Objection.  Same objection.

20          THE WITNESS:  I was ushered to the front of the line,

21   to the counter.  And when I got there, the check-in agent

22   asked me if I would like to have a wheelchair.

23          THE COURT:  Excuse me.

24          MR. PALMER:  I'm trying to object.  This is hearsay.

25          THE COURT:  Overruled.

TUESDAY, JUNE 23rd, 2009

1          THE WITNESS:  She asked me if I would like a

2  wheelchair.  I said, "No," initially.  Then she asked me for

3  my ticket and my passport.  I didn't have a ticket because I

4  had done it electronically over the computer.  It was an

5  electronic ticket.

6  BY MR. PARKER:  :

7  Q.  Yes.

8  A.  I gave her my itinerary and she startled checking me into

9  the flight.  She asked me, again, if I would like a wheelchair

10 and I said, yes, I would like a wheelchair.  Because at that

11 time I was getting really tired.

12 Q.  Right.

13 A.  She picked up the phone and she called someone, and she

14 spoke in Japanese.  And about two minutes later, someone came

15 with a wheelchair.  He was --

16 Q.  Yes, someone came with a wheelchair, you testified?

17 A.  Yes.

18          MR. PALMER:  Objection.  Leading.

19          THE COURT:  Okay.

20          THE WITNESS:  Someone came with a wheelchair.  I saw

21 him as he entered the area in front of the check-in counter.

22 He was wearing the uniform which is a blue shirt, a blue --

23 I'm sorry, blue pants and a white shirt.  So I recognized him

24 as an American Airlines' employee.

25 Q.  Did he have an insignia on his clothing?

TUESDAY, JUNE 23rd, 2009

1    A.   I didn't really notice if he had, but he was wearing the

2    same uniform as the woman behind the desk.  The same colors.

3    Q.   Was the woman behind the desk an American Airline agent?

4    A.   Yes.  She was a check-in agent.

5    Q.   Okay.  Now, continue.

6    A.   When the employee came with the wheelchair, he placed it

7    behind me.  And then the lady at the desk, the representative,

8    the check-in agent at the desk, invited me to sit down.  She

9    saw that I was still standing, so she said, "Please, sit

10   down."

11          As I attempted to sit, I looked sideways to see the

12   chair was, you know, directly behind me.  It was, so I decided

13   to sit down.

14   Q.   And what happened?

15   A.   As I attempted to sit, I felt the front of the wheelchair

16   against the back of my legs, my calve area.  So I knew it was

17   there.  So I, you know, started sitting down.

18   Q.   You sat down?

19   A.   I sat.  But the chair wasn't there because it rolled

20   backwards.

21   Q.   And what happened?

22   A.   I ended up with my butt on the floor.

23   Q.   You fell on the floor?

24   A.   Yes.

25   Q.   On your bottom?

1  A.  Directly on my bottom onto the floor.

2  Q.  Was it a hard surface?

3  A.  It was hard, very hard.  This was an airline terminal, so

4  it was really hard.

5  Q.  It's like a concrete surface?

6  A.  It's that, and I think there was a thin industrial carpet

7  on it, on the floor.

8  Q.  Okay.  Now, while on the floor, were you hurting?

9  A.  As I landed on the floor -- as I was going down to the

10  floor, I couldn't believe that I was actually falling.  This

11  is something that doesn't happen to me, at least it never

12  happened to me like that before.  And I felt my legs go, like,

13  up in the air.  Luckily I was wearing pants.

14  Q.  Were you embarrassed?

15  A.  I was very embarrassed.

16  Q.  Was it humiliating?

17  A.  It was.  Because there was all these people in line behind

18  me, you know, and they were looking.  And I heard people

19  snickering, so some of them started to laugh because I guess

20  it looked funny, you know, a woman falling onto her butt on

21  the floor.

22  Q.  At this point what did the American Airline agents do?

23  A.  Well, the lady behind the desk, who was really nice, she

24  spoke pretty good English and she said, "Let me help you."

25  And she ran from behind the desk over the place where you put

TUESDAY, JUNE 23rd, 2009

1   the luggage, and she put out her hands to help me get up,

2   because she saw I couldn't get up on my own.

3   Q.   Was she alone?

4   A.   No, she came first and then the man who had brought the

5   wheelchair, he came from the lines where he was monitoring the

6   lines, and he -- both of them helped pick me up and put me

7   onto the wheelchair.

8   Q.   Were you in pain?

9   A.   Yes, I was.  I was.

10  Q.   Did they strap you in the wheelchair then?

11  A.   Did they do what?

12  Q.   Did they put you in the wheelchair?

13  A.   Yes, they placed me on the same wheelchair.

14  Q.   Who pushed you from there, in the wheelchair?

15  A.   The same man who had brought the wheelchair and who had

16  come to help me get off the floor.  I believe the lady told

17  him that he should take me all the way to the gate, because I

18  saw her telling him and, you know, gesturing to him to take me

19  away.

20  Q.   Did you -- did the agent receptionist that was checking

21  you in, gave you back your boarding pass?

22  A.   Yes.  After she put me in the wheelchair with my bag, she

23  gave me my passport with the boarding pass.  Actually, two

24  boarding passes for my initial flight to Dallas-Fort Worth,

25  and from Dallas-Fort Worth to Ft. Lauderdale.  So I had two

TUESDAY, JUNE 23rd, 2009

1   boarding passes.

2   Q.  And you got on the -- you got on the flight?

3   A.  Yes.

4   Q.  At Narita?

5   A.  Yes.  The agent pushed me.  And Mr. Collins was walking

6   along with me to make sure I was okay.  And he pushed me all

7   the way through immigration and to the gate.

8   Q.  And you boarded American Airlines' flight?

9   A.  Yes, I was pushed down to the door of the plane down the

10  jet way straight to the door of the plane.  And I was able to

11  get on the flight.  Yes.

12  Q.  Did you ask -- did you report any -- that incident that

13  took place to the -- anyone on the plane when you got there?

14  A.  Yes.  As soon as I was ushered to my seat, one of the

15  flight attendants took my small carry-on and put it in the

16  overhead compartment.  And I told her what happened to me and

17  she said, "Well, when you get to Dallas, you need to report it

18  there to someone at the gate."

19  Q.  Now, you said Mr. Collins checked in, also, on that

20  flight?

21  A.  Yes, he was a passenger on the same flight.

22  Q.  Okay.  I would like to turn the jury attention to Exhibit

23  4.  It's ticket -- American Airlines' ticket, and Ciaran

24  Collins is the buyer and passenger?

25  A.  I need to stand up.

TUESDAY, JUNE 23rd, 2009

1   Q.   You need to stand up?

2   A.   Yeah.

3   Q.   Okay.  All right.  Now, describe the flight from Narita,

4   Japan, to Dallas.  Describe your experience on that flight --

5   by the way, how long, approximately how long was that flight?

6   A.   It was about 12 hours.

7   Q.   About 12 hours?

8   A.   Yeah, 12 hours long.

9   Q.   And describe your condition as you settle in -- or try to

10   settle in on the flight?

11   A.   Well, I was in my seat until take-off.  And then after we

12   got to a certain altitude, the flight attendant passed by and

13   I asked her if there were any vacant seats available so that I

14   could lay down rather than sit.

15           And I told her -- this was a different flight

16   attendant, I told her that I had fallen on my, you know,

17   buttocks and it hurt.  And she found me three available seats

18   that were together, towards the back of the plane.

19   Q.   Were you in pain during this time?

20   A.   Yes, I was.

21   Q.   Did you take any medication?

22   A.   I had some Tylenol with me that I usually, you know, I

23   have never seen Tylenol in Japan, but -- that's why I took my

24   own, you know.  And I was able to use the Tylenol to help

25   alleviate some of my pain.

TUESDAY, JUNE 23rd, 2009

1  Q.  How many Tylenol did you take, do you remember?

2  A.  I must have taken about 12.  I know that's above the

3  recommended dosage, but, you know, I needed it.

4  Q.  You needed it for the pain?

5  A.  Yes.

6  Q.  When you were on the plane and landed in Dallas, Texas/Ft.

7  Worth?

8  A.  Yes.

9  Q.  Did you make a connecting flight?

10  A.  Eventually, yes, I made a connecting flight.

11  Q.  How did you disembark from the airplane to make your

12  connecting flight?

13  A.  Okay.  I was the last person to disembark because they

14  knew about my fall, and they wanted to make sure that there

15  was a wheelchair waiting.

16  Q.  Who are "they"?

17  A.  The flight attendants that I had told.  I had passed a

18  note to some of the other flight attendants, so they all knew

19  that I had had that accident.

20  Q.  Okay.  And did they give you a wheelchair?

21  A.  A wheelchair was waiting, you know, at the entrance of the

22  jetway.  It was right outside the open door of the plane.

23  Q.  Did you speak to anyone after you disembarked in the

24  wheelchair?

25  A.  Yes, there was a wheelchair attendant.  And I -- it wasn't

TUESDAY, JUNE 23rd, 2009

1  an American Airlines' employee because I noticed she wasn't

2  wearing the same uniform.

3        I told her what had happened to me and she said that

4  you need to report it.

5        MR. PALMER:  Objection.  Hearsay.

6        THE WITNESS:  I told her what had happened.

7        THE COURT:  Excuse me.  When there's an objection,

8  you need to stop so that I can hear the objection and then I

9  can hear you attorney's response, and then I make a ruling.

10  So if he says object, then you need to stop.  That's just one

11  of those rules of procedures of the courtroom.

12        THE WITNESS:  All right.  Thank you.

13        THE COURT:  Now, the objection is?

14        MR. PALMER:  It would be hearsay.  She's talking to a

15  non-American wheelchair attendant who said something.

16        THE COURT:  Okay.  Mr. Parker, your response?

17        MR. PARKER:  It's not novel for a person --

18        THE COURT:  Okay.  I don't want argument.  Are you

19  saying -- I just want your legal theory upon which you're

20  offering a statement by a nonparty witness.

21        MR. PARKER:  She had first-hand knowledge with this

22  person, Your Honor, and --

23        THE COURT:  Well, that doesn't -- one who hears

24  something said, always has first-hand knowledge of what is

25  being said.  That doesn't --

TUESDAY, JUNE 23rd, 2009

1          MR. PARKER:  I had not laid a foundation to ask her

2   name yet.

3          THE COURT:  Well, it doesn't matter who the person

4   is.

5          MR. PARKER:  I will -- I will --

6          THE COURT:  I mean --

7          MR. PARKER:  -- retract that.

8          THE COURT:  -- I don't know what she's going to say.

9   I mean, there are exceptions to the hearsay, to the

10  prohibition of using hearsay.  But I don't know if you have

11  any that apply in this case.

12         MR. PARKER:  There's -- there's --

13         THE COURT:  And also what the relevancy of it is.

14         MR. PARKER:  She's speaking of her medical condition,

15  so it's --

16         THE COURT:  But what difference does it make if she's

17  speaking to a --

18         MR. PARKER:  She's speaking about her medical

19  condition --

20         THE COURT:  The agent who -- the testimony that we're

21  objecting to is what did this non -- let me have a sidebar,

22  okay?

23         MR. PARKER:  Yes.

24         THE COURT:  Thank you.

25    (Sidebar discussion on the record as follows:)

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  If she is -- is trying to elicit -- first

2     of all, if she's trying to elicit testimony about what this

3     non-American Airlines' employee said to her, it doesn't matter

4     what anybody says to anybody, it's hearsay, unless there's an

5     exception.  So what is the exception?

6          Doesn't matter what her name is, doesn't matter who

7     they are, you're not -- the only -- if it's not an admission

8     of a party, fine.  Obviously, what an American Airlines'

9     employee says to her is relative.  But if she says, well, I

10    told my neighbor that I was feeling really, really bad and the

11    neighbor told me I ought to go to the doctor --

12          MR. PARKER:  It was a close call in terms of excited.

13          THE COURT:  -- on the part of the whole chair.

14          MR. PARKER:  Well, excited on her disposition of how

15    she heard the statement.  Or it could be a situation where it

16    could be --

17          THE COURT:  What is the testimony you are intending

18    to get out?

19          MR. PARKER:  This come as a surprise, Your Honor.

20    The testimony is to lead to the truth, how she got from the

21    American Airline to -- in Dallas, to a connecting flight.

22          THE COURT:  Well, she can say how she got there.  The

23    attendant pushed her; she took me in a wheelchair.

24          MR. PARKER:  And I was going to leave it at that.

25          THE COURT:  And that's fine.  I don't have a problem

TUESDAY, JUNE 23rd, 2009

 1  with that.  But she can't get into all those extraneous

 2  discussions.

 3          She needs to listen to your question and she needs to

 4  answer it.

 5          MR. PARKER:  Well, if Your Honor could instruct her

 6  now, that would be good, in the interest of time.

 7          THE COURT:  I'll be happy to.  But if you want to

 8  instruct her -- or I'll say, listen carefully to the question

 9  and answer only that.  If you want me to say that and I'll

10  say, I know it's difficult for a layperson, you know, but you

11  need to just listen carefully to the question and answer that

12  question without getting into side details about what other

13  people might have told you.

14          MR. PARKER:  Absolutely.  That would be appreciated.

15          THE COURT:  Okay.  Anything on behalf of the

16  defendant?

17          MR. PALMER:  You covered it all.

18          THE COURT:  Okay.

19      (End of sidebar discussion.)

20          THE COURT:  Thank you.  We're going to -- we are

21  going to resume.  But, Ms. Beach-Mathura, I know it's

22  difficult for civilian witnesses to understand rules of

23  evidence, it's difficult sometimes for judges and attorneys

24  and jurors to understand rules of evidence.  But what you need

25  to do is to listen very carefully to what your attorney is

TUESDAY, JUNE 23rd, 2009

```
 1  asking you and only answer that question.
 2          And what other people may or may not have said along
 3  the way isn't what he's asking, okay?
 4          So, Mr. Parker, why don't you -- and that's why I
 5  told Mr. Parker that he can lead a little bit, because I know
 6  it's difficult to understand, sometimes, the rules of
 7  evidence.
 8          So, Mr. Parker, you can proceed.
 9          THE WITNESS:  Thank you.
10          MR. PARKER:  I thank you, Your Honor.
11  Q.  So here you are in Dallas/Fort Worth?
12  A.  Yes.
13  Q.  And you were given a wheelchair?
14  A.  Yes.
15  Q.  To take you to the connecting flight?
16  A.  Yes.
17  Q.  And did you report the incident to anyone during this
18  time?
19  A.  Yes.
20  Q.  Who did you report the incident to?
21  A.  At the entrance to the jetway, at the gate, I spoke to --
22  I think there were two airplane employees behind a podium.
23  Q.  What airplane employees?
24  A.  American Airlines' employees.  I told them what happened
25  and they said that I should report it, report it to the gate
```

TUESDAY, JUNE 23rd, 2009

43

```
1   attendants at the connecting flight to Ft. Lauderdale.

2   Q.  Report what?

3   A.  The accident with the wheelchair.

4   Q.  Where?

5   A.  At Narita Airport.

6   Q.  That's the one on August 30, 2000?

7   A.  Yes.  Yes.

8   Q.  Now, you got on this flight from -- American Airline

9   flight to Ft. Lauderdale?

10  A.  Yes.

11  Q.  Okay.  How long was that flight?

12  A.  About three hours.

13  Q.  Did you sustain -- did you have more pain?  Did pain

14  continue?  Did you have to take more medication?

15  A.  Yes, I did have to take more medication, and the pain

16  still persisted.

17  Q.  Okay.  So you landed in, where?

18  A.  The plane landed at Ft. Lauderdale, Hollywood

19  International Airport.

20  Q.  Was there a wheelchair waiting for you there?

21  A.  There was another wheelchair --

22  Q.  Did you --

23  A.  -- there at the jetway, the entrance to the plane.

24  Between the -- you know how...

25  Q.  There's -- there was a wheelchair waiting for you at
```

TUESDAY, JUNE 23rd, 2009

1   Ft. Lauderdale?

2   A.  Yes, I hadn't ordered it, but it was there.

3   Q.  Okay.  Did you report the incident to anyone at

4   Ft. Lauderdale International Airport?

5   A.  Yes, I did, on the advice of the flight attendants and the

6   gate agents.

7   Q.  Which flight attendants?

8   A.  The ones on the -- both flights, because I did tell the

9   fly attendants on the first flight from Narita to Dallas-Fort

10  Worth.

11  Q.  Right.

12  A.  And I also reported it to the gate agents at the

13  Dallas-Fort Worth entrance to the flight of -- between Dallas

14  and Ft. Lauderdale.  I spoke to several gate agents, American

15  Airlines' employees.  And I also spoke --

16  Q.  Okay.  So you spoke to quite a bit of people that work for

17  American Airlines?

18  A.  Yes, I told anyone who would listen.

19  Q.  Did you ever meet one Jenny Petruska?

20  A.  There was a woman named Janis Petruska.

21  Q.  Where did you meet this person?

22  A.  At the check-in counter for American Airlines at

23  Ft. Lauderdale Airport.

24  Q.  Did you make a report to her?

25  A.  Yes.

TUESDAY, JUNE 23rd, 2009

1   Q.   She works for American Airlines?

2   A.   Yes, she does.

3   Q.   Do you know her job function?

4   A.   She was the manager on duty at the time.

5   Q.   How did you get to speak to this agent from American

6   Airline?

7   A.   My brother, who works for American Airlines, had told me,

8   along with two other agents, that I should ask for the manager

9   on duty at Ft. Lauderdale Airport.

10   Q.   When did you inquire to your brother?

11   A.   In Dallas -- sorry.

12   Q.   When did you inquire about this to your brother about

13   contacting someone?

14   A.   When I arrived at Dallas/Fort Worth and I was told to

15   report it to the gate agents on the connecting flight.  When I

16   got to the connecting flight, there were two gate agents

17   standing there.  And I told them what happened to me at

18   Narita, that I fell on the floor because the wheelchair rolled

19   backwards.

20         And they tried to get in touch with their supervisor.

21   They told me I would have to report it to the supervisor.  The

22   supervisor never answered the phone.  They said his name was

23   Francisco, but he never answered the phone.

24         At that point, I took out my cell phone and I called

25   my brother, who also works for American Airlines at

TUESDAY, JUNE 23rd, 2009

1  Dallas-Fort Worth.  And I told him what happened.  He was

2  pretty surprised.  He didn't even know that I had gone to

3  Japan, because I've gone there many times before.

4  Q.  Okay.

5  A.  So, anyway, he spoke to the gate agent about, you know,

6  the report and --

7          MR. PALMER:  Objection.  I don't know how she would

8  know he spoke --

9          THE WITNESS:  He told me.

10          THE COURT:  Well, again, we have that same issue.

11 Mr. Parker, can you ask --

12          MR. PARKER:  Yes.

13          THE COURT:  -- a series of questions and not call for

14 a narrative?

15          MR. PARKER:  Yes.  Sorry.

16          THE COURT:  All right.

17 BY MR. PARKER:  :

18 Q.  So, you met Ms. Petruska in Ft. Lauderdale?

19 A.  Yes.

20 Q.  Did she fill out a form of the incident?

21 A.  Yes.

22 Q.  Okay.  I would like to turn the jury's attention to

23 Exhibit 9, and that's page 112.  The name Janice Petruska

24 appears on that page, and then some claim information.

25 American Airlines, Inc.  All right.

1          So did you -- strike.

2          You're in Ft. Lauderdale now.  What date is that?

3   A.  Wednesday, August 30th, 2006.

4   Q.  Okay.  Did someone pick you up at the airport?

5   A.  Yes, I was picked up by my husband.

6   Q.  Did American Airline agents push you outside to your

7   husband's car?

8   A.  I was pushed by a wheelchair attendant out to the

9   sidewalk, yes.

10  Q.  Okay.  Were your husband excited to see you and surprised?

11  A.  He was happy to see me, yes.

12  Q.  Okay.  Did he inquire about your being in a wheelchair?

13  A.  Yes.  He asked me about why I was --

14          MR. PALMER:  Objection.  That would be hearsay.

15          THE COURT:  Okay.  Mr. Parker?  Well, the question,

16  did he -- well, was there a conversation, she could answer.

17  But the contents of that conversation...

18          MR. PARKER:  Okay.

19  Q.  Was -- you had a conversation with your --

20  A.  Yes.

21  Q.  Okay.  Were you still in pain?

22  A.  Yes, I was.

23  Q.  Were you taking medication at that time?

24  A.  I had taken more Tylenol before I left the plane.

25  Q.  Okay.  Now, did you go to the doctor after that day or on

1  that day, which is August 30, 2006?

2  A.  No, I didn't go on that date.  I had to make an

3  appointment first.

4  Q.  With a doctor?

5  A.  Yes.

6  Q.  Regarding your pain in your back?

7  A.  Yes, I wanted to see a doctor because of the pain in my

8  buttocks area.

9  Q.  Did someone suggest that you should go to the doctor?

10 A.  Yes.  Ms. Petruska, the American Airlines' manager on

11 duty, she told me that I should go see the doctor.

12 Q.  And you followed her advice?

13 A.  Yes, I did.

14 Q.  That's the agent that works for American Airline?

15 A.  Yes.

16 Q.  You remember, approximately, when you went to see the

17 doctor?

18 A.  Yes, I do.

19 Q.  What date was that?

20 A.  Well, I couldn't get an immediate appointment, so I was

21 told that I can come on a Friday, which is the day after the

22 next day.  I think it was September 1st, 2006.

23 Q.  So that was the quickest appointment?

24 A.  Yes.

25 Q.  Did you -- did you go to the doctor complaining of the

1  pain --

2  A.  Yes.

3  Q.  -- in your back?

4  A.  In my lower back and my buttocks area.  Those areas.

5  Q.  Which other areas did you -- were you painful in?  Areas

6  of your body?

7  A.  Yes.  Well, I had soreness, you know, along my spine

8  because, you know, I could feel the tension and the spasms in

9  my, you know, spinal area.  So I had pain.  But the most pain

10  was in the buttock area.

11  Q.  So there's pain coming from the top down to the bottom?

12  A.  Yes.

13          MR. PALMER:  Leading.

14          MR. PARKER:  She's fine.

15  Q.  What's the name of the doctor that you went to on that

16  first day of September?

17  A.  His name is Dr. Christopher Rudolph.

18  Q.  Christopher Rudolph?

19  A.  Yes.

20  Q.  How long did you treat with Mr. Rudolph?

21  A.  Several months.

22  Q.  Okay.  Do you know how many visits?

23  A.  I was seeing him, maybe, three times a week, sometimes

24  four times per week.  And during the week, sometimes

25  Saturdays.  And I don't remember the exact number of times,

1  but I must have seen him more than 20 or 25 times.

2  Q.  Okay.  So did he prescribe any medication?

3  A.  No, he did not.  He is not licensed to prescribe

4  medication.

5  Q.  Okay.  What kind of doctor is he?

6  A.  He's a chiropractic physician.

7  Q.  Did he diagnose you with any diagnosis?

8  A.  Yes, he did.

9  Q.  Do you remember which diagnosis?

10  A.  I can't remember exactly what he put in his report, but it

11  had to do with my spinal injuries.  Radiating pain,

12  radiculitis, they call it, you know, from my leg and lower

13  back area.

14  Q.  In your back?

15  A.  Yes, lower back, and my leg and buttocks area.

16  Q.  Okay.  Did you see any other doctor during this couple of

17  weeks after?

18  A.  Yes.  I was told by Mr. George Warner of the American

19  Airline Risk Management Division that I should go see, you

20  know, the doctor.  And although -- I told him I was going to

21  see Dr. Rudolph, but he told me that I should make sure I get

22  enough medical care because he wanted to make sure I was okay.

23  He had called me the day after I arrived back in Miami.

24  Q.  American Airline agent?

25  A.  Yes.  He said he was a risk management manager or

TUESDAY, JUNE 23rd, 2009

1  something like that.

2  Q.  Okay.  From American Airlines?

3  A.  American Airlines, Dallas Headquarters.

4  Q.  You made contact with them after?

5  A.  No, no.  He called me on the phone.

6          MR. PALMER:  Objection.  Your Honor, this is not

7  relevant to what happened.

8          THE COURT:  Okay.  Overruled.

9  BY MR. PARKER:  :

10 Q.  Did any American Airline agent ever send you any letter

11 after the incident, after you arrived?

12 A.  No, I didn't get a letter from him, but my lawyer did.

13 Q.  Okay.

14         If the jury would turn to Exhibit 13, page 155.

15         THE COURT:  Before we get into this area, can I see

16 counsel at sidebar for a minute?

17  (Sidebar discussion on the record as follows:)

18         THE COURT:  Here's my thought.  We are getting close

19 to the lunch hour.  I'm wondering if -- I don't know how

20 complicated this would be, if we should do, like, a lunch

21 order.  You know, obviously the jurors would have to pay for

22 it, but that way we could let the jurors eat lunch in and, you

23 know, you all could arrange, as well, to have lunch orders in.

24         We can't pay for lunch, obviously.  But I don't know

25 what the weather is like outside, I'm having my courtroom

TUESDAY, JUNE 23rd, 2009

1   deputy check.  And if that's what we are going to do, I would

2   take a recess because it could take awhile, you know, would

3   take 30 or 40 minutes for delivery on a day like today.

4          So I just thought it might make sense, instead of

5   taking a recess and talking to you in the courtroom about

6   this, I would ask.

7          COURTROOM DEPUTY:  It's still raining, Judge.

8          THE COURT:  How hard?

9          COURTROOM DEPUTY:  Not hard.

10         THE COURT:  Not hard?

11         COURTROOM DEPUTY:  No.

12         THE COURT:  Okay.  Then, my inclination is to take a

13   recess while it's not raining hard, since you seem to be

14   getting into another area.  I usually recess about a quarter

15   to 12 and recess until 1:15, and then we'll come back at 1:15

16   and resume your client's testimony.  Does that make sense?

17         MR. PALMER:  Yes, Your Honor.

18         THE COURT:  Since it's not raining terribly hard.

19   That way they will be able to get out and get back in,

20   hopefully.  And they can also eat in the cafeteria and maybe

21   beat a rush downstairs at the cafeteria.  But I will say if

22   you all eat at the cafeteria, probably makes sense to order

23   yours to go and move it up here, maybe, or in the attorney

24   conference room, or any of the tables, so that you're not

25   eating in the same place as the jurors.  You can use my lobby

```
 1  as a lunch room, if you so desire.  If you don't desire, you
 2  can go out.
 3        MR. PARKER:  I think we're going to go around the
 4  corner to the Caribbean.
 5        THE COURT:  That's fine, whatever you want to do.
 6  I'm just offering.
 7        MR. PARKER:  And I appreciate it.
 8        THE COURT:  So we'll do that.
 9     (End of sidebar discussion.)
10        THE COURT:  After talking to Counsel and noting it's
11  a quarter to 12, I'm going to take a lunch break now until
12  1:15.  We've checked the weather, it doesn't seem to be
13  raining terribly hard right now, but I will say we do have
14  a -- I don't know what you would call it, on the second floor,
15  we have an eating establishment on the second floor.  Well,
16  yeah, it's a small cafeteria, I suppose you could say.
17        So if you want to eat there, you can eat there; if
18  you want to go out, you can go out.  If you want to go out and
19  come back quickly while the weather is still okay, you can eat
20  in the jury room even though you're not deliberating.
21        Unfortunately, the Court can't pay for your lunch,
22  but you can come back and you can eat in the jury room if you
23  want to make a, you know, quick trip back and forth, you can
24  eat downstairs on the second floor.  But it did seem, to me,
25  make sense to break for lunch right now, and it's quarter to
```

TUESDAY, JUNE 23rd, 2009

```
1    12.   I'll see you back here at 1:15, which will give you time

2    to await any sudden downpours, if you might encounter them.

3          Thank you.

4      (Jury withdrew from the courtroom at 11:44 a.m., and

5    proceedings as follows:)

6          THE COURT:  Okay.  Thank you.  You can be seated.  Is

7    there anything that we need to do?

8          Let me ask you, Mr. Parker, how much more time do you

9    think you have on direct of the plaintiff?

10         MR. PARKER:  No more than 15 more minutes.

11         THE COURT:  Okay.  And who is your next witness?

12         MR. PARKER:  Dr. Anthony Hall.

13         THE COURT:  And when will he be here?

14         MR. PARKER:  He's here.

15         THE COURT:  Okay.  Fine.  And do we need to take him

16   out of order?  I mean, I'll offer you the same accommodations

17   that I offered the defense.

18         Well, let me ask you this, how long do you expect

19   your cross-examination of the plaintiff to take?

20         MR. PALMER:  I think I have at least an hour.  It

21   will be fairly extensive.

22         THE COURT:  Okay.  So you can tell Dr. Hall that he

23   doesn't need to be here until 2:30, if you want to release

24   him --

25         MR. PARKER:  Okay.
```

1      THE COURT:  -- just in terms of scheduling.  Okay.

2  Anything further?  Ms. Elfenbein?

3      MS. ELFENBEIN:  Yes, Judge.  You had asked at

4  pretrial conference that by today that we have an agreed-to

5  verdict form.

6      THE COURT:  Right.

7      MS. ELFENBEIN:  We drafted a verdict form and

8  Mr. Parker is in agreement with it.  And I don't know if the

9  Court would like us to email it to you, on the same email to

10 which we send the jury instructions or do we file it on

11 CM/ECF?

12     THE COURT:  You can just email it to the same address

13 you sent the jury instructions.  There's no need to file it.

14 That would make sense.

15     MS. ELFENBEIN:  Okay.

16     THE COURT:  Okay.  Thank you.  Do you have a copy --

17 a hard copy of it to show me?

18     MS. ELFENBEIN:  Yes, I do.

19     THE COURT:  Why don't you just hand it up and that

20 way I can take a look at it all, so...

21     Okay.  Is there anything else before we take our

22 lunch break?

23     MR. PARKER:  Nothing else from this side.

24     MR. PALMER:  Nothing from the defendant, Your Honor.

25     THE COURT:  Fine.  Thank you.  So we'll be in recess

TUESDAY, JUNE 23rd, 2009

1  until 11:15.

2      (Court recessed at 11:47 a.m., and proceedings continued

3  as follows, outside the presence of the jury, at 1:28 p.m.:)

4          THE COURT:  Mr. Parker, are you ready to resume your

5  direct examination of Ms. Beach-Mathura?

6          MR. PARKER:  Yes, Your Honor.

7          THE COURT:  And, Mr. Palmer, are you ready?

8          MR. PALMER:  Ready, Your Honor.

9          THE COURT:  Anything we need to do before we bring

10 the jury in?

11         MR. PARKER:  Nothing.

12         THE COURT:  Okay.  Then I'll ask the plaintiff if

13 you'll go ahead and take the witness stand --

14         MR. PALMER:  I have one item, Your Honor.

15         THE COURT:  Yes.

16         MS. ELFENBEIN:  Judge, during the break, in reviewing

17 the plaintiff's exhibit binder, it came to our attention that

18 there are, I think, four pages of exhibits that were never

19 produced in discovery by the plaintiff, and two of these

20 exhibits actually have dates of last week, of documents that

21 were just created last week.

22         And we would object to these documents that we just

23 saw today for the first time on the second day of trial, to

24 those being admitted or published to the jury in any fashion.

25         THE COURT:  Okay.  What are they?

1          MS. ELFENBEIN:  First one, turning to Tab 5.  And it

2   is the, I believe, the third page, or fourth page of that tab.

3   It's the June 18, 2009, document from Dr. Anthony Hall.  And

4   this is a document that was created last week, last Thursday.

5   A medical record.

6          THE COURT:  I'm sorry, what is the --

7          MS. ELFENBEIN:  Go to Tab 5, Your Honor.

8          THE COURT:  What's the page number at the bottom?

9          MS. ELFENBEIN:  Oh, I didn't realize they were

10  numbered.  I'm sorry, 25.

11         THE COURT:  Where it begins with page 4?

12         MS. ELFENBEIN:  No, it's dated at the top.  It says

13  "Anthony James Hall," and it's dated -- the date is June 18,

14  2009.  And at the bottom I have a Number 25 at the bottom of

15  page within Tab 5.

16         THE COURT:  Mine has a page 27 at the bottom.

17         MS. ELFENBEIN:  Is it a record dated June 18, 2009,

18  what you're looking at, Your Honor?

19         THE COURT:  June 18, 2009.  Do you have the same

20  exhibit notebook that I have?  Let me ask -- Mr. Parker?

21         MR. PARKER:  I have page 27, June 18, 2009, letter.

22         MS. ELFENBEIN:  Mine is numbered page 25.

23         THE COURT:  How were these exhibit -- first of all,

24  the exhibit notebooks are supposed to be the exhibits that

25  were marked and identified at the pretrial conference and that

TUESDAY, JUNE 23rd, 2009

1    were listed.  And I believe that I confirmed that those were

2    the exhibits that were being put -- that were being admitted,

3    the ones that were identified on your exhibit list at the

4    pretrial conference.  The pretrial conference was in April.

5              MR. PARKER:  Right.

6              THE COURT:  So did you add exhibits or pages to

7    exhibits?

8              MR. PARKER:  This letter may have been inadvertently

9    put in when we were copying in the office, Your Honor.  Page

10   27.

11             THE COURT:  Okay.  And why are their page numbers

12   different than my page numbers and your page numbers?

13             MR. PARKER:  I'm not sure which page number is

14   different.  This page number is 27.

15             MS. ELFENBEIN:  In our book it's 25.  That's all I

16   can reflect --

17             THE COURT:  Okay.  When did you receive your book?

18             MS. ELFENBEIN:  Yesterday morning.

19             MR. PARKER:  Everybody the same day.

20             THE COURT:  Maybe the CSO can hand me one of the

21   juror's books, and I can take a look at it.  I have 27 and 25.

22   How on earth can this be?  I have -- I have -- following my

23   own rule, I have two different jurors' books.  One juror book

24   has a page 25, that's the addendum; another juror book has a

25   page 27, that's the addendum which, of course, shouldn't be in

1  here at all, because the only things in here should be what

2  was -- what was included in your exhibit list that was part of

3  the pretrial stipulation.

4         Let me -- did you -- did you raise this during the

5  break with Mr. Parker?  Or it this the first time that he's

6  hearing about this?

7         MS. ELFENBEIN:  No, Judge, I apologize.  This is the

8  first time he's hearing about this.  We reviewed this over

9  lunch and realized there were a few extra pages.  The

10  discrepancy between pages 25 --

11        THE COURT REPORTER:  Excuse me.

12        THE COURT:  You're, like, going 8,000 miles an hour.

13  So you didn't talk to Mr. Parker.  You didn't show it to him.

14  You didn't see if this was something that could be resolved.

15  Okay.  What are the -- what are the pages?  I mean, I don't

16  know how we're going to do this, given the fact -- and I don't

17  know what the discrepancy is in the page numbers, why we have

18  different page numbers in different jury books.

19        Did you number them and then copy them, or did you --

20        MR. PARKER:  We copied them and then numbered them,

21  Your Honor.

22        THE COURT:  Okay.  Well, that doesn't make a whole

23  lot of sense to me because now we're --

24        MR. PARKER:  Because we had it in 14 stacks, and we

25  went through and numbered them.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  But you didn't number them the same.

2          MR. PARKER:  I don't believe we numbered all of them

3    the same because of this error, Your Honor.

4          THE COURT:  Well, because, like, page 22, which is

5    the very beginning of Exhibit 5 is different on these two

6    juror books.  There's a page 22 in one juror book that's a

7    August 30, 2006 final examination and evaluation, and a page

8    22 in another juror book that's a neurological consultation.

9    It's dated March 7 of 2008.

10         Now, I don't know if -- so the medical records are,

11   apparently, not in the same order if, indeed, they are even

12   the same.  Yeah, there's a final examination and evaluation,

13   that document is page 42 in the other juror book.

14         So the records aren't in the same order in each of

15   the juror books.

16         MR. PARKER:  That appears to be right, Your Honor.

17   They are all from the same doctor.

18         THE COURT:  Well, I mean, they may all be from the

19   same boxes, but the purpose of giving juries and the Court and

20   opposing Counsel juror books, is so that we can all be on the

21   same page, as opposed to being on different pages, and easily

22   find things.

23         So what were the other -- so you agree that you need

24   to remove, or not refer to, because, again, remember, I said

25   that the jurors are not to look at any part of these books

```
 1    until directed to do so by Counsel.  So let me put these juror
 2    books back.
 3              MS. ELFENBEIN:  Your Honor, the next reference would
 4    be within Tab 6.  And, at least, in my book, it is pages --
 5              THE COURT:  Let me make a record.  So Exhibit 5 you
 6    agree that we need to remove the June 18, 2009, addendum?
 7              MR. PARKER:  Correct.
 8              THE COURT:  Which is a one-page addendum.  Or not
 9    refer to it.
10              Okay.  What else?
11              MS. ELFENBEIN:  Turning to Tab 6, and it is my pages
12    67 and 68, it is a CV of Christopher Rudolph.  And this was,
13    likewise, never produced in discovery.  This is the first time
14    we've seen it.
15              THE COURT:  Okay.  And the fax at the top, it has a
16    date that I can't quite read because of the staple.  Was this
17    something that was just recently received that was not turned
18    over in discovery?
19              MR. PARKER:  Yes, Your Honor.
20              THE COURT:  Okay.  So, then -- so the CV of
21    Dr. Christopher Rudolph will not be admitted, which I have as
22    page 67 to 68.
23              MS. ELFENBEIN:  And there's one more document, Your
24    Honor.  Turning to Tab 12, it is page 154 in my binder.
25              THE COURT:  And at the top it says June 19, 2009, fax
```

TUESDAY, JUNE 23rd, 2009

1    305-655-0593?

2         MS. ELFENBEIN:  Correct.  This is the first time that

3    we've ever seen this compilation of medical bills or this

4    document.

5         THE COURT:  So that's Exhibit 12 which is -- okay,

6    Mr. Parker?

7         MR. PARKER:  Exhibit 12, page 154, that's right.

8         THE COURT:  Okay.  So page 154 can't be referred to

9    since it was not provided or listed, not provided in discovery

10   and not listed as an exhibit.

11        Is there anything else?

12        MS. ELFENBEIN:  That's it, Your Honor.

13        THE COURT:  Okay.  Is there anything else before we

14   bring the jury back in?

15        MR. PALMER:  We're ready, Your Honor.

16        THE COURT:  I would like the plaintiff to retake the

17   witness stand so she's there and ready to go.

18        And I don't know what it was she brought with her to

19   the witness stand.  There were, like, these huge bags of

20   something.

21        MR. PARKER:  What was it?

22        THE COURT:  But I don't think that they need to be at

23   the witness stand unless there's some reason.

24        MR. PARKER:  I think those are some medications she

25   has in her -- her bag.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  There's some huge plastic bag full of

2  something or other, but I don't think it needs to go to the

3  witness stand.  I'm not sure what it is.

4          MR. PARKER:  I believe it contains pill bottles.

5          THE COURT:  Let me put it this way.  It's not an

6  exhibit, right, because it wasn't listed on the exhibit list?

7          MR. PARKER:  Yes, Your Honor.

8          THE COURT:  Okay.  So I was going to say, so what's

9  the purpose of having it there?  And she's not going to be

10  taking those pills while she's testifying.

11          MR. PARKER:  No, ma'am.

12          THE COURT:  So what's the purpose of having it there?

13          MR. PARKER:  She had it in her hand and she walked

14  with it around there.

15          THE COURT:  Okay.  So why don't you just take it back

16  to counsel table.

17          MR. PARKER:  May I approach?

18          I'm ready, Your Honor.

19          THE COURT:  Okay.  You can bring the jury in.  Thank

20  you.

21      (Jury enters the courtroom at 1:40 p.m.)

22          THE COURT:  Good afternoon.  Please be seated.

23          Mr. Parker, are you ready to resume the direct

24  examination of Ms. Beach-Mathura?

25          MR. PARKER:  I am ready, Your Honor.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  Thank you.  Mr. Palmer, are you ready, as

2     well?

3          MR. PALMER:  Ready, Your Honor.

4          THE COURT:  Okay.  Thank you.

5          MR. PARKER:  May it please the Court.

6                    DIRECT EXAMINATION CONTINUED

7     Q.  Do you, Ms. Mathura, you're still under oath, have a

8     swimming pool?

9     A.  Yes, I do.

10    Q.  Do you use it to --

11    A.  Yes, sir.

12    Q.  Do you use the swimming pool to exercise sometime?

13    A.  Yes, sir.

14    Q.  How long have you been using a swimming pool to exercise?

15    A.  Since 2005.

16    Q.  Okay.  You were seen by one Dr. Nordt; do you remember

17    him?

18    A.  Yes.

19    Q.  He did an independent medical exam with you?

20    A.  Yes.

21    Q.  How long was the exam, approximately?

22    A.  About 40 to 45 minutes.

23    Q.  Okay.  Did you -- did he use any MRI imaging or x-ray?

24    A.  I didn't see any there.

25    Q.  Did he examine your back?

TUESDAY, JUNE 23rd, 2009

1  A.  Yes, he looked at my back.

2  Q.  Did he touch your back?

3  A.  He touched, yeah, one part of my back.

4  Q.  This was around March 30, 2009?

5  A.  Yes.  On or about March 30.

6  Q.  Now, you have -- it cost you a whole lot of money in

7  medication?

8          MR. PALMER:  Objection.  That's a leading statement.

9  BY MR. PARKER:  :

10  Q.  Has it cost you a lot of money in medication?

11          THE COURT:  Why don't you just say, how much money

12  has -- and refer to what "it" you're referring to.

13          MR. PARKER:  Absolutely, Your Honor.

14          THE COURT:  Okay.

15  BY MR. PARKER:  :

16  Q.  You got treated by several doctors; is that right?

17  A.  Yes, sir.

18          THE COURT:  Can we have a timeframe?

19  BY MR. PARKER:  :

20  Q.  After --

21  A.  After August 30, 2000 --

22  Q.  I'm going to ask you.  After August 30, 2006?

23  A.  Yes.

24  Q.  About how many doctors?

25  A.  Several.  I would say about four or five doctors.

TUESDAY, JUNE 23rd, 2009

1    Q.   Any of these doctors ever recommend surgery --

2    A.   Yes.

3    Q.   -- on your back?

4    A.   Yes.

5    Q.   Do you remember one?

6    A.   Yes.

7    Q.   Which one of the doctors?

8    A.   Dr. Anthony Hall.  Dr. Dennis Zaslow, who is now deceased.

9    Q.   Okay.

10   A.   Dr. Andrew Frank.

11   Q.   Did Dr. Andrew Hall ever prescribe medication to you?

12   A.   Do you mean Anthony Hall?

13   Q.   Yes.  Anthony Hall.

14   A.   Yes, he did -- actually, I don't think he did prescribe

15   any medication.  He did an examination, but he didn't

16   prescribe anything.

17   Q.   Okay.  Thank you.  Did any other doctor that treated you

18   on August 30th, 2006, and after, prescribe any medication?

19   A.   Yes.

20   Q.   Which one?

21   A.   Dr. Zaslow, Dennis Zaslow did.  His physician's assistant

22   also prescribed medication.  Dr. Andrew Frank prescribed

23   medication.  And I can't, really, think of anybody else at

24   this time.

25   Q.   Was those medications to treat your back?

1   A.   To treat my pain in the back.

2   Q.   Your back pain?

3   A.   Especially the back pain.

4   Q.   Have you ever had any therapies from physical therapists?

5   A.   Yes, I have.

6   Q.   Okay.  Have you ever had any shots with injection in your

7   back?

8   A.   Yes, I've had injections.

9   Q.   Since August 30th, 2006?

10  A.   Yes.

11  Q.   Do you remember which doctor?

12  A.   Doctor Zaslow.  I think he assigned that to his physician

13  assistant, Ms. Vasecky (phonetic), I believe her name was.

14       Dr. Andrew Frank had given me injections in the past.

15  Q.   Okay.

16  A.   Dr. Riviera -- or Rivera-Kolb, he gave me injections.

17  Q.   Okay.  And that's for your back?

18  A.   Yes.

19  Q.   And that was on or after August 30, 2006?

20  A.   Yes.

21  Q.   Okay.  Now, let me ask you how has the incident of falling

22  from the wheelchair on August 30, 2006, affected your family?

23  A.   Well, after that fall I had more pain.  I had more

24  stiffness in my body, my spine, especially.  My husband had to

25  take over most of the household duties like washing, cooking,

1   cleaning, baking, sewing, ironing, he did most of those

2   things.  And he -- he's vacuumed, he has mopped.

3   Q.  Okay.  Since August --

4   A.  He's done everything, including taking care of my youngest

5   child.  He learned, even, to braid her hair.

6   Q.  Okay.  All right.  Let me ask you this.  How many kids do

7   you have?

8   A.  I have four.

9   Q.  Has this affected your children, the injury of August 30,

10  2006?

11          MR. PALMER:  Objection, your Honor.  That's not an

12  element of damages in this case.

13          THE COURT:  Okay.  Sustained.  He asked how it has

14  affected her.

15          MR. PARKER:  Right.

16  Q.  How has it affected you?

17  A.  Well, it has affected my sleep, for one.

18  Q.  Let me rephrase the question.

19  A.  Oh.

20  Q.  How has the injury of August 30, 2006, affected you?

21  A.  Like I was about to say, it has affected me, in

22  particular, for sleeping purposes.  I wasn't able to sleep

23  completely through the night.  I would get up with -- after

24  having nightmares, sometimes, because I would see myself

25  falling from the wheelchair over and over.  And those are the

1    types of flashbacks that I would get.

2          As far as working, I wasn't able to go back to work,

3    which I had anticipated going back to work.

4    Q.  Can you work right now?

5    A.  No.  I am on disability.

6    Q.  Okay.  Is it the result of the August 30, 2006, your

7    disability?

8    A.  It is --

9          MR. PALMER:  Objection.  She -- that's asking for a

10   medical opinion.  I would object on that basis.  It's an

11   opinion.

12         THE COURT:  Overruled.

13         THE WITNESS:  Can you repeat the question, please?

14         MR. PARKER:  Yes, I will.

15   Q.  The disability of August -- the injury, rather, of August

16   30, 2006, you testified that it is -- it has affected your

17   ability to work; is that right?

18   A.  Yes, it has.

19   Q.  Is your husband the only breadwinner in this family now?

20   A.  He's now the only breadwinner.

21         MR. PARKER:  Thank you, very much, Ms. Mathura.

22   That's it.

23         Thank you, Your Honor.

24         THE COURT:  Okay.  Cross-examination.

25         MR. PALMER:  If it pleases the Court.

TUESDAY, JUNE 23rd, 2009

```
1                      CROSS-EXAMINATION
2  BY MR. PALMER:   :
3  Q.  Good afternoon, Ms. Beach-Mathura.
4  A.  Good afternoon, Mr. Palmer.
5  Q.  Let me start by asking you just a few general questions
6  to, kind of, find out a little bit more about you.
7           As indicated in direct examination, you became a
8  certified paralegal in 1980, correct?
9  A.  Yes.
10 Q.  Okay.  And as of today's date, and we're here in June of
11 2009, you have become quite good at filing legal pleadings,
12 correct?
13 A.  I don't think I'm quite good.  I don't have the skills of
14 a lawyer.
15 Q.  Okay.  Well, you certainly practice a lot, don't you,
16 ma'am?
17 A.  No, I do not.
18 Q.  Well, let me ask you this question, then.  You're
19 currently involved in this lawsuit, correct?
20 A.  Yes, I am.
21 Q.  Now, you've also filed an EEOC complaint, correct?
22 A.  I did file a claim.
23 Q.  Right.  You drafted another complaint based on
24 discrimination against another entity, correct?
25 A.  I had assistance.
```

TUESDAY, JUNE 23rd, 2009

71

1   Q.   Well, go to Tab 32 in the big binders.

2   A.   I don't have that.

3   Q.   I will bring you a copy.

4          Can I approach the witness, Your Honor?  She doesn't

5   have a binder.

6          THE COURT:  Why don't you give her a binder.  Leave a

7   binder on the witness stand and that way whatever witnesses

8   need to look at them, they'll have them.

9          MR. PALMER:   Okay.

10  Q.  We will get back to the substances.  I'm just trying to

11  find out right now, trying to explore with you some of your

12  legal drafting.

13         So the first one I want to look at is this complaint

14  and it's entitled Lorna Beach-Allen v. Economic Opportunity

15  Family Health Center, Inc., correct?

16  A.   That's what is on the paper.

17  Q.   And if you flip back to three, four, five pages into it,

18  that's signed by you, correct?

19  A.   It appears to be my signature.

20  Q.   Well, this is your complaint, right?

21  A.   The complaint was filed.

22  Q.   Okay.

23  A.   All right.

24  Q.   Okay.  The following page, then, is what's called a charge

25  of discrimination, which you also put together, correct?

TUESDAY, JUNE 23rd, 2009

72

1  A.  No, I did not.  I had help with regard to these two

2  documents.

3  Q.  Okay.  But you have signed these, correct, as being the

4  author?

5  A.  Yes, because I am the person that was involved in it.

6  Q.  Okay.  Now, if you go to Tab Number 33, that is a case

7  called Lorna Beach-Allen v. Truvada Henderson, correct?

8  A.  Truvada Henderson.

9  Q.  Truvada.  That's a complaint also filed by you, correct?

10 A.  Yes, it was filed by me.

11 Q.  Right.  And it pertains to an incident which occurred in

12 2004, correct?

13 A.  Yes.

14 Q.  And if you go to the last page of that one, it's got your

15 signature, as well, correct?

16 A.  Yeah, but that's not my handwriting.

17 Q.  Okay.  Is this your complaint?

18 A.  It's not my handwriting.  I'm referring to the one that

19 you --

20 Q.  I'm looking at a complaint which is Tab Number 33,

21 attached to -- in the exhibit binder.  Did you file a

22 complaint against Truvada Henderson?

23 A.  Yes, I did.  But this is not my handwriting on this cover

24 sheet.

25 Q.  The cover sheet.  I'm looking at the second page where it

TUESDAY, JUNE 23rd, 2009

73

1    says complaint --

2    A.   Yes.

3    Q.   -- you see that document?

4    A.   Yes.

5    Q.   That's your complaint, correct?

6    A.   Yes, with the assistance of my counsel at the time.

7    Q.   Well, if you go to the end of that document it's got your

8    signature, correct?

9    A.   Yes, because I filed the paperwork, even though I

10   consulted with my attorney.

11   Q.   Okay.  Now, in addition to the two complaints we have here

12   today, we know that there is a lawsuit against a company

13   called Locktowns, correct?

14   A.   There is no lawsuit --

15   Q.   You didn't file --

16   A.   -- at this time.

17   Q.   But you have filed a lawsuit against an entity called

18   Locktowns, correct?

19   A.   Yes, it was a breach of contract suit.

20   Q.   Okay.  You have filed an entity against a driver in 1996

21   as a result of a car accident, correct?

22   A.   I did not file any paperwork.  There was a lawyer involved

23   who filed the paperwork.

24   Q.   You are claiming and you're telling the ladies and

25   gentlemen of the jury that as a result of the 1996 car

74

1   accident, you didn't file a lawsuit?

2   A.   There was a lawyer involved who filed the lawsuit, I

3   didn't file one.   The lawyer did.

4   Q.   Okay.   Okay.   Your lawyer filed one on your behalf?

5   A.   Yes.

6            MR. PARKER:   Objection, Your Honor.   This is not in

7   reference of the lawsuit Counsel is talking about in the

8   exhibit.   I'm not sure --

9            THE COURT:   He's not referring to an exhibit.   He's

10  referring to a different lawsuit which, I assume, he's going

11  to tie in.

12           MR. PALMER:   Well, she just admitted that the lawyer

13  filed on her behalf, correct?   Okay.   So we can move on.

14  Q.   So if you look at Tab, I think it's 13, that is the docket

15  sheet for a case called Lorna Beach-Allen v. Gustavo Figueroa,

16  correct?

17  A.   Could you give me the tab number, again, please?

18  Q.   13.

19  A.   The 13 that I have here doesn't say that.   It says, "leave

20  of absence," here, under 13.

21  Q.   Tab 13 is a case called Lorna Beach-Allen v. Gustavo

22  Figueroa?

23  A.   If you would like to take a look, this is what I see here

24  at 13.

25           THE COURT:   Do you want to check her book?   My Tab 13

TUESDAY, JUNE 23rd, 2009

1   has a lawsuit, but...

2   A.   This is what I'm looking at, 13.  It's 14, it says.  Okay.

3   Q.   What you have in front of you on Tab 13 is the lawsuit

4   called Lorna Beach-Allen v. Gustavo Figueroa, correct?

5   A.   Yes, I see that now.

6   Q.   Now, as we have just established, you have drafted various

7   complaints in the EEO charges and been parties to other

8   litigation, correct?

9   A.   Yes, but I did not file this.

10  Q.   Okay.  Your attorney filed it on your behalf.  I think

11  we -- we're trying to get your semantics here, and that's what

12  you're telling us, correct?

13  A.   That's true.

14  Q.   In fact, you were party to that litigation.  You litigated

15  it for three years and, eventually, got a settlement out of

16  it, so you knew it was going on, it was your lawsuit, correct?

17  A.   I didn't litigate it.  The attorney who was handling the

18  case did that.

19  Q.   Okay.  Well, you knew from being a paralegal and being

20  involved in other litigation and being involved in an EEOC

21  complaint that one of the things that is required in this

22  system is truthfulness and honesty, correct, ma'am?

23  A.   You made the assumption that I practice as a paralegal.

24  You said that.  I never practiced as a paralegal.

25          MR. PALMER:   Judge, if she would answer my question.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  Why don't you rephrase your question.

2          MR. PALMER:  Sure.

3    Q.  You knew that one of the essential elements of the

4    litigation system, which is what we are doing now, is

5    truthfulness and honesty, correct?

6    A.  I don't remember that course being taught when I went to

7    Long Island University.

8    Q.  Okay.  You don't remember the course about truthfulness.

9    Isn't that just something that we all do as individuals in

10   this country, just tell the truth?

11   A.  I'm not understanding what you're trying to get at,

12   Mr. Palmer.

13   Q.  Well, you knew because you've been a party to other

14   litigation, you knew that because you had been to paralegal

15   school and been involved in other complaints, that an

16   essential element of what we do here is be honest about

17   things, correct?

18   A.  Mr. Palmer, I was never taught that, there was no

19   classes regard that --

20          THE COURT:  Why don't you answer the question yes or

21   no.  And then you can explain.  So you could say, for example,

22   no, I was unaware that truthfulness and honesty are an

23   essential part because I was never trained; or you can say,

24   yes, I am aware that truthfulness...  But you need to answer

25   yes or no, whichever it is, and then you can explain your

1  answer.

2          THE WITNESS:  Because he's assuming things.  Okay.

3  We were never, in the class that I --

4          THE COURT:  Answer yes or no.

5          THE WITNESS:  It was no.  But as a human being, I

6  know that truthfulness and honesty is a creed that I should

7  aspire to, and that every person should aspire to.

8  BY MR. PALMER:  :

9  Q.  Ma'am, you knew that as of the date that you filed this

10  lawsuit, that you had been involved in other litigation and

11  other claims, correct?

12  A.  I don't understand -- you said "I knew."  Could you please

13  rephrase.

14  Q.  You had knowledge of, you knew in your own mind, that you

15  had been involved in other claims in other lawsuits?

16  A.  I have been involved in other claims and other lawsuits.

17  Q.  Right.  And you knew that when you filed this lawsuit and

18  we asked you about them, you had a responsibility to tell us

19  that you had been involved in other claims and lawsuits,

20  correct?

21  A.  No.

22  Q.  Okay.

23  A.  Whatever was sent from your office was sent to my

24  attorney, his office, and I never had any direct communication

25  with you regarding that.

TUESDAY, JUNE 23rd, 2009

1  Q.  Okay.  Well, let's go through and let's look at, first,

2  Tab Number 35.  And those are what you'll see -- turn to Tab

3  35, ma'am.

4          Notice of service of plaintiff's answers to

5  defendant's interrogatories.  And those are dated November 3,

6  2008.

7  A.  Okay.

8  Q.  You're there?

9  A.  Yes.

10  Q.  Let's go to Number 9, that's a pretty good one there.

11  Question is:  Other than the present litigation, if you have

12  ever filed a claim for loss arising out of any injury seeking

13  money damages or compensation, indicate the nature of any such

14  incident, the injury sustained, the date, place, and party

15  against whom the claim was made, the basis of the claim, and

16  it's outcome.  Do you see that question, ma'am?

17  A.  What's the tab number, again?

18  Q.  I'm sorry.  That is Tab Number 35, and that would be

19  Question Number 9.

20  A.  Yes, I see the question.

21  Q.  And your answer was "not applicable," correct?

22  A.  I believe it said so.

23  Q.  Okay.  And you know, as we sit here today, we've just

24  discussed four or five different lawsuits that you've filed,

25  that's not a truthful answer, correct?

TUESDAY, JUNE 23rd, 2009

1    A.   I believe it's a truthful answer because I did not feel

2    that it was applicable to me falling in the airport at Narita,

3    Japan.

4    Q.   Okay.

5    A.   I didn't think that that applied to the lawsuit that we're

6    here for today.

7    Q.   You didn't think that a defendant in a lawsuit alleging a

8    back injury might want to know about other litigation you had

9    filed that pertained to back injuries?

10   A.   No.

11   Q.   Okay.  Now, I want you to go up to Number 6, and that's

12   another interesting one.  We'll talk about these in a little

13   bit more detail.

14        Were you suffering from physical infirmity,

15   disability, or sickness at the time of the incident described

16   in the complaint?  If so, what was the nature of infirmity,

17   disability, or sickness?

18   A.   Yes.

19   Q.   And your answer, then, was "Standing to line in the

20   check-in line, painful."

21   A.   "Standing to long -- missing an "O" -- in the check-in

22   line, painful."  That was my disability on that date.

23   Q.   Okay.  And you're telling the ladies and gentlemen of the

24   jury that on August 30th, 2006, as you did in direct

25   examination, you had recovered from your prior injuries,

TUESDAY, JUNE 23rd, 2009

1  that's what you're telling us, correct?

2  A.  No, I never said that.

3  Q.  Okay.  But you're telling us here that the only disability

4  you have is that you stood too long in line and that was

5  painful?

6  A.  Because that's what caused me to suffer on that date, the

7  standing in the line.  I felt -- I felt really great.  I had

8  gotten up early that morning.  I went to my Temple, I prayed,

9  and I went to the airport.  I was feeling really great.

10  Q.  Okay.  You knew that on -- when you answered Interrogatory

11  Number 6, that you had been seeing Dr. Munoz?  Dr. Frank?

12  A.  Yes.

13  Q.  Just two weeks earlier, correct?

14  A.  I had seen them before, yes.

15  Q.  And you're seeing them for back injuries, correct?

16  A.  I saw them for different pains, like my neck, my back,

17  yes.

18  Q.  All right.  And you -- didn't you think that we might like

19  to know that or -- ma'am, when you answered these

20  interrogatories?

21  A.  No, I didn't think so because that particular day, I was

22  feeling fine.  That was the first time in a long time that I

23  felt so good.  I had prayers at my head Temple with my high

24  priest.  I had other priests that I know who prayed with me.

25  That day I felt really good for the first time in a very long

TUESDAY, JUNE 23rd, 2009

1   time.

2   Q.  All right.  Well, go to Number 15, that's on the following

3   page, ma'am.  And that one says:  "List the names and business

4   addresses of all other physicians, medical facilities, or

5   other health care providers for whom or at which you have been

6   examined or treated in the past ten years.  State as to each,

7   the dates of examination or treatment, and the condition or

8   injury for which you were examined or treated."

9        Do you see that question?  Did I read that correctly?

10  A.  Yes, you read it correctly.

11  Q.  And your answer there to Number 15, when you got this set

12  of interrogatories was, "not applicable," correct?

13  A.  Yes, I thought it was not applicable because we were

14  dealing with August 30, 2006.  That is the reason this lawsuit

15  was filed, because of my injury on August 30, 2006.

16       And I felt that ten years of me trying to remember

17  addresses and examination dates, that was too much.

18  Q.  How about telling me --

19  A.  Overly burdensome, like you put in your answers to every

20  question my attorney asked you.

21  Q.  How about telling me about the two doctors you saw for the

22  exact same pain in the two-week period of time prior to the

23  time you had your accident?  Don't you think that we might

24  want to know about that, ma'am?

25  A.  I don't -- I really don't know what you wanted to know.

```
 1  You never indicated that you wanted to know what happened on

 2  August 30, 2006.  So I couldn't see why that would be

 3  relevant.  I was dealing with that pain when I fell on my

 4  butt.  I had never fallen on my behind before.  My sacral

 5  spine was damaged on that date.

 6  Q.  Okay.  Well, let's go on.  And we'll talk about your

 7  second opportunity to try to correct some of these answers

 8  that you gave us, and that would be Tab Number 36.

 9  A.  Okay.

10  Q.  Now, as you know, these, by their very date, are January

11  6, 2009.  And, again, you know you have a duty to be truthful

12  and honest in your answers, correct?

13  A.  No, I did not know that.  You never spoke to me about my

14  answers.  And I believe that those answers were resubmitted

15  to -- to your office --

16  Q.  Okay.

17  A.  -- when it was deemed that the answers were not enough to

18  satisfy your curiosity.  They were -- you had received

19  information, more information.

20  Q.  Okay.  Let's go -- before I go on to 36, Tab 36, let's go

21  back to the last page of Tab 35.  And we've already talked

22  about the answers.  And I think you gave me an answer at one

23  point in time saying you didn't know you had an obligation to

24  be truthful in litigation.  But I just want you to look at the

25  last page of Tab 35 --
```

TUESDAY, JUNE 23rd, 2009

1  A.  Excuse me, sir, I need to correct that.  I never said I

2  didn't know that I had an obligation to be truthful in

3  litigation.  I believe we are talking about this particular

4  lawsuit based on the accident that took place on August 30,

5  2006, am I correct?

6  Q.  Your name is signed on the last page of Tab Number 35,

7  correct?

8  A.  Yes, my name is there.

9  Q.  And your name is there and it's a notarized signature,

10  correct?

11  A.  Yes, it is.

12  Q.  And it says, "Before me appeared Lorna Beach-Mathura.  And

13  by me first duly sworn deposes and says that the foregoing

14  answers to interrogatories are true and correct," right?

15  A.  Yes.

16  Q.  So, basically, what you're telling the ladies and

17  gentlemen of the jury is that in plain English, when you're

18  asked about other claims and other lawsuits and doctors who

19  had seen you, your explanation for not giving the true and

20  correct answer, is that you just didn't understand the

21  question?

22  A.  Actually, I never said -- I never gave the -- any untrue

23  answers.  I repeated "unknown at this time," if I didn't know.

24  I answered "not applicable," if I didn't think it applied.

25          I sort of took, like, what you did when you were

TUESDAY, JUNE 23rd, 2009

1    filing your interrogatories and --

2           MR. PALMER:  Your Honor --

3           THE COURT:  Ms. Beach-Mathura, you just need to

4    answer his questions about what he's asking you.  If your

5    attorney feels it's appropriate, he can come back on redirect

6    and ask you further questions.

7           But, as I said before, you can't just volunteer

8    things on a stream-of-consciousness basis.

9           THE WITNESS:  Okay.

10          THE COURT:  Okay.  You just need to answer the

11   questions.  Take your time.  Don't get nervous.  Just answer

12   the questions that are asked.

13          THE WITNESS:  Yeah, may I say one thing, quickly?

14          THE COURT:  No, you can't just say things.  That's

15   the point.  You just need to answer the questions, but you'll

16   have as much time as you need to answer the questions.

17   BY MR. PALMER:  :

18   Q.  All right.  Tab Number 36 are your supplemental answers.

19   These are better answers now, correct?  And let's go through

20   this, again.

21          Your answer to Number 9, again, asking about other

22   claims arising out of any injuries, your answer there is "Not

23   applicable to American Airlines."

24   A.  Yes.

25   Q.  Correct?

TUESDAY, JUNE 23rd, 2009

1    A.   Yes.

2    Q.   All right.  Going to Interrogatory Number 15, again.  "The

3    names and addresses of physicians, medical facilities, or

4    other health providers in the last ten years."  Again, you put

5    "Not applicable"?

6    A.   Yes, I did.

7    Q.   Okay.  And then on Answer Number 21, we finally get an

8    answer to the question, do you have other lawsuits?  And your

9    answer would be on page 4 there.

10         And you've listed, let's see, a 2008 incident, the

11   Truvada Henderson incident which you're involved in, correct?

12   A.   Yes, she attacked me.

13   Q.   You mentioned the workers' compensation claim we're going

14   to talk about, correct?

15   A.   Yes, a student attacked me.

16   Q.   We talk about the discrimination case, correct?

17   A.   Yes.

18   Q.   And we talk about the Locktown Mental Health Center breach

19   of contract case, correct?

20   A.   Yes.  Yes, sir.

21   Q.   The one case which is glaringly missing from your list is

22   the 1996 incident involving Mr. Figueroa, which we spent time

23   this afternoon discussing, correct?

24   A.   Yes.  I didn't remember that one.  I was in a lot of

25   medication at the time and it was ten years prior.

TUESDAY, JUNE 23rd, 2009

1    Q.   I want to stop right here for a second, ma'am.   And I want

2    to ask you a question because you just said something which I

3    thought was rather interesting.   You said you didn't remember

4    the 1996 case, correct?

5    A.   Not at that time, I did not remember it.

6    Q.   All right.   If you could turn back to Tab Number 32.   And

7    that's your complaint that you filed, basically, claiming that

8    Economic Opportunity Family Health Center had discriminated

9    against you, correct?

10   A.   Yes.

11   Q.   Okay.   And the reason that you're claiming that they

12   discriminated against you, is that you claimed you had a

13   disability, correct?

14   A.   Yes, at the time, I did.

15   Q.   And the disability you claimed that you had in the lawsuit

16   that you filed against them was a back injury that you

17   sustained in an automobile accident, correct?

18   A.   Yes, someone hit the car in which I was driving.

19   Q.   And the automobile accident in which you claimed you got a

20   disability resulted in a lawsuit against a gentleman by the

21   name of Mr. Figueroa?

22   A.   Yes, he was guilty.

23   Q.   Okay.   So when you listed the cases down on Answer Number

24   21 to the supplemental answers of interrogatories, the most

25   important case was the one which resulted in your alleged

TUESDAY, JUNE 23rd, 2009

1  herniated disc, which gave rise to the disability claim and
2  the next 12 years of treatment by various doctors, correct?
3  A.  I don't believe everything you have said is correct.  And
4  if I may explain.  At the bottom of that page it's signed
5  9th day of August 2000.  That was six years prior.
6  Q.  Okay.  Going on.  Shortly after you gave these answers to
7  discovery, I had an opportunity to take your deposition --
8  well, before I go there.  There are a couple of other -- I
9  know that I should ask these.
10       Number 24 on that supplemental.  Again, we're asking
11  about injuries to the same body parts you contend were injured
12  in your answers to interrogatories, correct?  And your answer
13  at that time is, "See medical records," in the responses to
14  defendant's request for production?
15  A.  Yes, because the medical records would have the
16  information.  I can't remember everything.
17  Q.  Yeah.  The medical records would have the information,
18  ma'am, wouldn't they?  If, in fact, they contained relevant
19  records from doctors who you have been hiding from us for a
20  half a year?
21       MR. PARKER:  Objection to the --
22       THE COURT:  Sustained.  It's argumentative.
23  BY MR. PALMER:  :
24  Q.  The medical records would have contained the information
25  had they contained the names of the doctors that we had been

TUESDAY, JUNE 23rd, 2009

1  asking about for six months, but not yet gotten, correct?

2  A.  I really can't answer to that.  The first I learned that

3  you were trying to get medical information was in February of

4  this year.  I didn't know that you had already contacted

5  several doctors without a signed authorization form in

6  violation of Florida health privacy records.  I didn't know

7  that.

8  Q.  You didn't know that when we sent you interrogatories

9  asking for names of doctors in the last ten years, that we

10  were asking for doctors who you had seen in the last ten

11  years; is that what you're telling us, ma'am?

12  A.  What I'm telling you is that I was unaware that you wanted

13  medical records.  The first I heard of it was when my attorney

14  called me while I was driving in the car with my husband and

15  he asked for x-rays.  That was the first time I heard that you

16  were looking for medical records.  And that was in February of

17  this year.

18  Q.  Okay.  But you didn't have any medical records, anyway,

19  because as we've already indicated and talked about, they blew

20  away during Hurricane Katrina, correct?

21  A.  Many of my records blew away --

22         MR. PARKER:  Objection to that, Your Honor.  That is

23  not in the record about the --

24         THE COURT:  Okay.  You need to limit yourself to

25  asking questions, not referring to what may have been said in

TUESDAY, JUNE 23rd, 2009

1   opening statement, which is not evidence.

2           MR. PALMER:  I'll get it.

3           MR. PARKER:  Thank you, Your Honor.

4           MR. PALMER:  She is going to help me find that, but

5   we'll go on.

6   Q.  Now, following the supplemental answers to

7   interrogatories, I was given the opportunity to take your

8   deposition, correct?

9   A.  Yes.  And you did a really good job, thank you.

10  Q.  And that deposition was taken January 28, 2009, about

11  three weeks after the period of time in which you had just

12  said there were no other claims, or not applicable to the

13  other claims question; and you have also told me about only

14  four different suits.  I want to --

15          I have an affidavit signed by the -- your client.

16          (Handing to Mr. Parker.)

17          MR. PALMER:  It's an item that's on my exhibit list,

18  Your Honor, but it's not part of my binder because I didn't

19  anticipate this would be an issue.  It's an affidavit sign by

20  the plaintiff.

21          THE COURT:  Well, the binder doesn't contain all of

22  the exhibits.  What is the exhibit number that you're

23  referring to?

24          MR. PALMER:  It's "CCCC."  Four "Cs".

25          MS. ELFENBEIN:  It's on the original exhibit list,

TUESDAY, JUNE 23rd, 2009

1   the more comprehensive one, Your Honor.

2           THE COURT:  Okay.  So you're showing what's been

3   marked as Exhibit CCCC, although it hasn't been admitted into

4   evidence.

5           MR. PALMER:  Correct.

6           THE COURT:  Okay.  And for what purpose are you

7   showing it to her?

8           MR. PALMER:  To refresh her recollection.

9           THE COURT:  Okay.  That's fine.

10  BY MR. PALMER:

11  Q.  Let me show you this affidavit which is Exhibit CCCC and

12  see if this refreshes your recollection.

13          First, let me ask you if this is your affidavit.

14  A.  It does look like my signature.

15  Q.  And --

16  A.  But I didn't number this exhibit.  It looks like my

17  signature.

18  Q.  Are you telling the jury that this is not your affidavit?

19  A.  I said, it looks like my signature, but I never typed

20  that.

21  Q.  Okay.  Do you sign things that are typed without reading

22  them?

23  A.  I don't recall reading it; but I said, "It looks like my

24  signature."  I've been presented with gallons of information

25  by your office.  I can't remember everything that I signed or

TUESDAY, JUNE 23rd, 2009

1  submitted.

2         MR. PARKER:  Objection, Your Honor.

3         THE WITNESS:  Especially in the --

4         MR. PARKER:  I believe that --

5         THE COURT:  What's the legal basis for the objection?

6         MR. PARKER:  The legal basis is a foundation needs to

7  be set, at the very least, in order for my client to make a

8  determination on content and signature.

9         THE COURT:  Overruled.  He's entitled to ask her if

10 she recognizes a document and whether it's her affidavit or

11 not.  And then she can say what, whatever it is, you know, the

12 answer is.

13        MR. PARKER:  Thank you.

14        MR. PALMER:  This affidavit, and I will bring it back

15 over, you can check what I'm saying here, in fact, or we can

16 use...

17        THE COURT:  Well, you can't publish something that

18 hasn't been admitted as an exhibit, if what your assistant is

19 trying to do is lower the screen.

20        MR. PALMER:  Let me -- let me do this.

21 Q.  Exhibit CCCC, can you tell the jury whether, in fact, this

22 is your signature and whether this is your affidavit?

23 A.  As I stated before, it looks like my signature.

24 Q.  Okay.

25        MR. PALMER:  Your Honor, I would like to have this

TUESDAY, JUNE 23rd, 2009

1  document introduced.

2         MR. PARKER:  Objection.

3         THE WITNESS:  I don't have a copy of it.

4         THE COURT:  And what is the legal basis for your

5  objection?  And, recall, all exhibits that were listed on the

6  exhibit list were admitted, whether they're -- well, were

7  ruled admissible whether or not they're included in the

8  notebooks or not.

9         MR. PARKER:  Absolutely, Your Honor.

10        THE COURT:  Okay.  So what is the legal basis for

11  your objection?

12        MR. PARKER:  The legal basis, there's no

13  circumstantial guarantee of trustworthiness --

14        THE COURT:  Wait a minute.  Let me ask you.  Was this

15  exhibit one of the exhibits that was included within the

16  exhibit list that were ruled -- they were -- to which all

17  objections -- to which there were no objections?

18        MR. PARKER:  Absolutely, Your Honor.

19        THE COURT:  Okay.  Now, if you want to come to the

20  sidebar and explain to me why that pretrial ruling doesn't

21  apply to this objection, I'll let you do it.

22        MR. PARKER:  We would like to do that, Your Honor.

23        THE COURT:  Okay.  Fine.

24     (Sidebar discussion on the record as follows:)

25        THE COURT:  Okay.  What is -- let me look at this.

TUESDAY, JUNE 23rd, 2009

1    Okay.  Why -- okay.  And this was Exhibit CCCC on the exhibit

2    list.  And at the pretrial conference, as I recall, you

3    said -- you acknowledged that no objections had been made to

4    this Exhibit CCCC?

5            MR. PARKER:  Yes, Your Honor.

6            THE COURT:  Okay.  And Judge Ungaro overruled all of

7    their objections and you had made no objections.  So all

8    objections were deemed waived.

9            MR. PARKER:  Yes, Your Honor.

10           THE COURT:  Okay.  Now, why is it that this does not

11   come in, and also, we said at the pretrial conference that

12   whatever exhibits or portions of the exhibits you think you're

13   going to use, you can put in the notebook.  And, obviously,

14   you don't have to use all of them and it doesn't have to

15   include everything because the records were voluminous.

16           MR. PARKER:  Absolutely, Your Honor.  My point is,

17   Counsel's trying to get this published to the jury.

18           THE COURT:  An admission of your client.

19           MR. PARKER:  Absolutely.  However, the contents in

20   the affidavit was not -- there was not a proper foundation

21   laid as to whether this is the signature of Ms. Lorna

22   Beach-Mathura, or whether or not it's -- it has circumstantial

23   guarantee of trustworthiness in the sense that the foundation

24   needs to be laid, at least she needs to respond to it and say,

25   yes, this is my signature.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  Well, she said this appears to be my

2    signature.

3          But apart from that, this is an exhibit in the

4    exhibit book listed to be admitted into evidence at the trial,

5    as to which there was no objection.  And, therefore, there was

6    a ruling, exhibits come in without any further foundation.

7          MR. PARKER:  It's just --

8          THE COURT:  Let me ask you this, are you challenging

9    the authenticity of this?

10         MR. PARKER:  No, Your Honor.

11         THE COURT:  Okay.  Then it comes in.  It's an

12   admission.

13         MR. PARKER:  Okay.

14         THE COURT:  And it was turned over.

15         MR. PARKER:  Absolutely.

16         THE COURT:  And just because they didn't put it in

17   the notebooks, because the notebooks were supposed to be

18   something the jurors could handle.

19         So your objection -- which I don't understand, quite

20   frankly, as to lack of foundation, is overruled.

21         MR. PARKER:  Okay.  This was just a little mixup,

22   whether or not it was in the -- if it was an exhibit or was in

23   the notebook.  And that's one of the points I wanted to

24   clarify.

25         THE COURT:  Okay.  It isn't in the notebook, but it

TUESDAY, JUNE 23rd, 2009

1   is on the exhibit list.  And it's clearly on the exhibit list.

2            MR. PARKER:  Thank you, Your Honor.

3            THE COURT:  And you have the same privilege.  If

4   there was anything you listed that you didn't include in your

5   notebook, it doesn't preclude you from offering it during the

6   course of trial, if it becomes necessary to do so.  Okay.

7            MR. PARKER:  Okay.  Thank you.

8       (End of sidebar discussion.)

9            MR. PALMER:  All right.  If it pleases the Court.

10  Q.  When we left off, I was asking about an affidavit that you

11  had.

12           THE COURT:  Are you moving it into evidence?

13           MR. PALMER:  I have moved it into evidence.  I now

14  move this into evidence, if I haven't already.

15           THE COURT:  Okay.  Exhibit CCCC marked for

16  identification will be admitted as Defendant's Exhibit 41.

17      (Defendant's Exhibit 41 is admitted into evidence.)

18  BY MR. PALMER:  :

19  Q.  The affidavit starts off -- put it up on the screen.

20           THE COURT:  Okay.  What are you -- are you asking a

21  question?  Are you publishing the exhibit?  What is it you're

22  doing?  Just so I know.

23           MR. PALMER:  I would like to publish it.

24           THE COURT:  Okay.

25           MR. PALMER:  The affidavit -- and I can bring the

TUESDAY, JUNE 23rd, 2009

1  screen down and try to put it up.

2       THE COURT:  Okay.  I hope you have a focus feature on

3  that ELMO.  Either that or I need to go to my eye doctor,

4  quickly.

5  BY MR. PALMER:  :

6  Q.  Ma'am, if you could take a look at our screen.  You will

7  see your affidavit regarding medical, financial, and other

8  documents, right?

9  A.  Yeah, but I can't read it because it's too far away.  I

10 don't have any distance glasses.  May I have a hard copy,

11 please?

12 Q.  This is the only copy I have, unless we have another copy

13 over there.

14      MS. ELFENBEIN:  Let me check.

15 BY MR. PALMER:  :

16 Q.  It is an affidavit and it says --

17      THE COURT:  Why don't you just publish -- you can

18 publish it by reading.  You can leave it on the screen.  Why

19 don't you publish the exhibit by reading whatever portion you

20 want, instead of having the witness read it since she doesn't

21 have her distance glasses.  And then you can ask her

22 questions.

23      And if you both need to share it, you can stand next

24 to her and use the hand-held microphone while she looks at it.

25 Or we can just move on after you publish it.

TUESDAY, JUNE 23rd, 2009

1    Q.   (BY MR. PALMER)  :  Okay.  "I, Lorna Beach-Mathura, being

2    sworn, says I'm the plaintiff in the above case, and this

3    affidavit presented in a good faith effort to comply with the

4    following documents offered for production by the defendant,

5    American Airlines' attorneys of record."

6            And it refers to, number one, defendant's request for

7    production; number two, defendant's second request for

8    production; number three, defendant's first set of

9    interrogatories; number four, an order on the motion to compel

10   better answers to interrogatories; and, five, an order on

11   motion to compel better answers to requests for production.

12           Then you go on to say that "I, Lorna Beach-Mathura --

13           THE COURT:  Not editorialize, just publish.

14           MR. PALMER:  Okay.  Sorry.

15           THE COURT:  You may want to move that table back.

16           MR. PALMER:  I'm dyslexic today, or something, here.

17           THE COURT:  So that you get more of it on the screen

18   if you move it back.  Okay.

19   BY MR. PALMER:  :

20   Q.   "I, Lorna Beach-Mathura, hereby states that with regard to

21   the extensive list of medical, financial, and other records

22   that have been requested by the defendant, many of them were

23   lost, damaged, and destroyed during the devastating hurricane

24   season in the summer and fall of 2005.  Hurricane Rita and

25   Hurricane Wilma caused a great deal of damage to my property

TUESDAY, JUNE 23rd, 2009

1  in the effected areas of Miami-Dade County and the rest of the

2  South Florida.

3        The plaintiff asks the Court to take judicial notice

4  of the fact that the most severe hurricane, by far, was

5  Hurricane Wilma, and that it wreaked major havoc with high

6  winds and heavy rain in Miami-Dade County and South Florida.

7        The Court should also take notice that at the height

8  of the hurricane, roofs were ripped off, houses were damaged,

9  lots of flooding occurred, and people lost many items of

10  personal property.

11        During Hurricane Wilma's 'reign of terror,' the

12  plaintiff and her minor children watched helplessly while

13  their garden storage shed was torn apart and then transported

14  by strong winds out of their backyard and across the street to

15  areas unknown.

16        Following the airborne pieces of the shed, boxes of

17  files, folders, reports, and medical and financial records

18  including old tax returns, canceled checks, paystubs, made a

19  hasty departure into areas unknown.  Also, other personal

20  items which included school materials, textbooks, and all

21  types of loose-leaf papers were strewn around in the air and

22  straight over the plaintiff's five-foot fence.  Toys,

23  clothing, gardening tools, paint cans and numerous other items

24  stored in the shed were lifted through the air and blown down

25  the street never to be seen again."

TUESDAY, JUNE 23rd, 2009

1  A.  Yes.  I -- I remember seeing that, because it happened.

2  It was devastating.

3  Q.  Hurricane Wilma, as you indicated in your affidavit, was

4  in the year 2005, correct?

5  A.  I believe so.

6  Q.  Right.  So you knew when you answered in discovery, saying

7  that I could provide -- or I could find the names of your

8  health care providers who had seen you for the similar medical

9  condition, that referring me to records, you knew four years

10  later those records didn't exist because they had been

11  involved in a hurricane, correct?

12  A.  I said many of the records were blown away because the

13  shed was torn apart and blown -- blown away, also.

14  Q.  Going back to where I left off, and that was, I -- I had

15  the opportunity to take your deposition.

16         Now, your deposition started.  We had a little

17  discussion about what you did.  And you indicated you had been

18  a teacher, correct?

19  A.  Yes.

20  Q.  You indicated that your last employment was with

21  Miami-Dade Public Schools as a teacher in 2006, correct?

22  A.  Yes.

23  Q.  The last time you had worked prior to the date of your

24  deposition on January 28, 2009, was March 1st, 2005, correct?

25  A.  No.  No, it was not.

TUESDAY, JUNE 23rd, 2009

1    Q.   Okay.   Following -- the date of the assault at your school

2    was March 1, 2005, correct?

3    A.   Yes.

4    Q.   Now, following that event, you went on workers'

5    compensation disability, correct?

6    A.   No, not immediately.

7    Q.   Okay.   All right.   So at some point in time you went on

8    workers' compensation disability within one or two months

9    following that event, correct?

10   A.   Yes, but it was supplied by the school district.   I didn't

11   have to apply for it.   They gave it to me.

12   Q.   Okay.   You got 55 weeks of workers' compensation

13   disability for that incident, correct?

14   A.   I'm not sure of the amount of weeks.

15   Q.   Well, let me show you a document, Plaintiff's Exhibit,

16   what?

17          This is a document which is part of the Florida

18   Workers' Compensation file which is my tabbed Exhibit Number

19   6.   Again, not knowing that this issue was going to --

20          THE COURT:   Let's not editorialize.   Just show her

21   what it is you think will refresh her recollection.

22          MR. PALMER:   Let me see if I can --

23          (Handing.)

24   A.   Thank you.

25   Q.   What you're looking at is a claim cost report, correct?

1    A.   That's what it says on the top.

2    Q.   And it shows that you missed -- were paid for 55 weeks?

3    A.   I don't see that section yet.   Oh, yeah, I see 55 weeks.

4    Q.   And it's got a number to the right of that.   What is that

5    number of salary reimbursement?

6    A.   It says $33,572.60, I believe.

7    Q.   Okay.

8    A.   I've never seen this document before.   I would like to let

9    you know that right now.

10   Q.   Now, following --

11          THE COURT:   Are you admitting that document?   Or are

12   you seeking to admit it into evidence or no?

13          MR. PALMER:   I'm going to have the whole stack of

14   workers' compensation records admitted into evidence.

15          THE COURT:   Okay.   In your case?

16          MR. PALMER:   In my case.

17   Q.   The workers' compensation benefits that you had ran out at

18   some time, correct?

19   A.   I wouldn't say it ran out.   It was stopped.

20   Q.   Well, you came to a settlement with your comp carrier in

21   your school in March of 2006, correct?

22   A.   No, I did not.

23   Q.   Well, there was a settlement agreement entered, but you

24   later contested it.   But at some point in time that's what

25   occurred, correct?

TUESDAY, JUNE 23rd, 2009

1   A.   I believe they did that.

2   Q.   Okay.  So in May of 2006 they stopped paying your workers'

3   compensation benefits, correct?

4   A.   Yes.

5   Q.   Following your termination from the workers' compensation

6   benefits, two months prior to the event we're here about

7   today, isn't it true that you made a claim for additional

8   benefits through the Victim's Benefits Bureau?

9   A.   I was told by the state attorney's office that I can file

10  for benefits based on the fact that I was a victim of a crime

11  that occurred on school property.  They gave me the

12  application.

13  Q.   That is a yes or no.  So the answer to my question is,

14  yes, you did make application for more benefits from the

15  Florida Bureau of Victim's Compensation, correct?

16  A.   No, it was wasn't more benefits.  It was initial benefits.

17  Q.   Okay.  And that was done in July of 2006, correct?

18  A.   I'm not sure of the exact date, but it was done.

19  Q.   Okay.  Tab 3 is the binder pertaining to the victim

20  compensation's department.  You were, in fact, receiving

21  benefits from the Florida Bureau of Victim's Compensation on

22  August 30th, 2006, correct?

23  A.   Yes.  It had just started.

24  Q.   And the reason that you were receiving those benefits is

25  that you claimed that you had been injured in an assault and

TUESDAY, JUNE 23rd, 2009

1  were unable to work, correct?

2  A.  I did not claim that.  It was a fact I was injured by a

3  student in my classroom.

4  Q.  Okay.

5  A.  He was arrested for it.

6  Q.  Okay.  So the point, ma'am, that on August 30th, 2006, you

7  were not working as a teacher, correct?

8  A.  That's right.  It was summer break and I was not working

9  as a teacher.

10  Q.  In fact, ma'am, that you had been fired as a teacher

11  sometime in June of '06, correct?

12  A.  I received a notice of termination in August, but I was

13  not fired in June --

14  Q.  All right.  If you go back --

15  A.  -- as far as I know.

16  Q.  If you go to exhibit or Tab Number 7, ma'am, last page of

17  Tab Number 7, there is a letter there from the Miami-Dade

18  County Public Schools to Ms. Lorna Beach-Mathura, October 4,

19  '06, and that letter references the fact that you were

20  terminated effective June 30th, 2006, by the certification

21  department, correct?

22  A.  That's what it says.

23  Q.  Okay.  So as of August 30th, 2006, which is the date of

24  the incident that we're here about today, you had been

25  terminated by the Miami-Dade County Public Schools, correct?

TUESDAY, JUNE 23rd, 2009

104

1   A.   Yes, they did it retroactively.

2   Q.   Okay.  And also you were receiving benefits from the

3   Florida Bureau of Victim's Compensation for an event which is

4   not related to the wheelchair event, correct?

5   A.   That's right.

6   Q.   Now, there are other instances or times in which you also

7   have missed work as a result of other incidents, correct?

8   A.   I would like to clarify something really quickly regarding

9   my termination.  The termination was because my teaching

10  certificate had expired on June 30th.  And I still have a

11  valid teaching certificate from Miami-Dade County Public

12  Schools; it's valid until 2010.  And I also have an adult

13  education certificate that is also valid until 2010.  So one

14  of my certificates was -- became invalid because the time

15  expired for me to renew my certification.

16          MR. PALMER:  Judge, I would move to strike that as

17  being nonresponsive to any question.

18          THE WITNESS:  It's an explanation.

19          MR. PARKER:  I would object to --

20          THE COURT:  Okay.  I'll overrule the objection.  It's

21  an explanation of, essentially, what the letter states that

22  you directed her attention to.

23          MR. PARKER:  Thank you, Your Honor.

24  BY MR. PALMER:  :

25  Q.   Now, there were other times in your career in which you've

TUESDAY, JUNE 23rd, 2009

1    also missed time from work as a result of injuries you have

2    sustained, correct?

3    A.   Yes.

4    Q.   In fact, following the 1996 incident, you missed at least

5    seven months of work, correct?

6    A.   Which dates are you talking about?

7    Q.   Well, I'm talking about, you filed a complaint for

8    discrimination claiming that your employer at the time

9    discriminated against you because they made you work certain

10   jobs during a period of disability, correct?

11   A.   Oh, you're speaking about the Economic Opportunity Family

12   Health Center?

13   Q.   Right.   So following the 1996 accident you missed work,

14   correct, about seven months?

15   A.   I was not working with that agency at that time.

16   Q.   Okay.

17   A.   I was not employed by them at that time.

18   Q.   You weren't employed with the Economic Opportunity Family

19   Health Center from 1996 to 1999?

20   A.   Yes.   From the day before New Year's Eve, I was employed.

21   I began work.   So I was not employed for most of that year.

22   Q.   Okay.

23   A.   Except for the two last days of the year.

24   Q.   Okay.   Isn't it true that you missed from April of '98

25   until January of 1999 as a result of the 1996 car accident?

TUESDAY, JUNE 23rd, 2009

1  A.  Well, no, it was the result of the pressure that they put

2  on me, having me do different menial jobs.  I was a

3  supervisor, a program coordinator, and they wanted me to mop

4  floors and clean toilets, among other things, and that caused

5  my -- my injury to flare up.

6  Q.  Okay.  All right.  So the discrimination complaint, again,

7  was based on the fact that you had sustained an injury to your

8  back?

9  A.  I had a prior injury, yes.

10  Q.  Right.  And that occurred in the automobile accident,

11  correct?

12  A.  Yes.

13  Q.  And you claim that that was a disability, correct?

14  A.  Yes, because I was told by my doctor that it is a

15  disability.

16  Q.  Okay.  Essentially, what happened to that case is one of

17  the federal judges over here at the courthouse granted summary

18  judgment against you, correct?

19  A.  Yes, because he was lied to by the other lawyers.

20  Q.  Okay.  And the attorneys for the defense lied to him?

21  A.  Yes.  Because they stated that I was never terminated from

22  the health center.  That's what they stated.  And that was not

23  true.

24  Q.  Okay.  The next time that you missed work was in --

25  following an incident which occurred in 2001, correct?

TUESDAY, JUNE 23rd, 2009

107

1   A.   I'm not sure which incident you're talking about.

2   Q.   Well, it was an automobile accident I think, wasn't it?

3   A.   Yes, that was a hit-and-run accident.

4   Q.   That was a hit-and-run accident?

5   A.   Yes, it was.

6   Q.   Okay.  And after that incident, you saw Dr. Rosen,

7   correct, chiropractor?

8   A.   I believe so.

9   Q.   And you eventually made a claim, correct?

10  A.   I reported it to my insurance company because it was a

11  hit-and-run accident and it needed to be reported.

12  Q.   And you made a claim for benefits, correct?

13  A.   Yes.  The claim was that I was missing time from work.  I

14  had to have surgery two weeks later for a colon resection, my

15  bowels blew up according to the doctor who saw me.

16  Q.   Going back to 1996.  I'm sorry, I'm skipping around, but

17  you claimed that you sustained a herniated disc in your back

18  as a result of that accident, correct?

19  A.   Which one?

20  Q.   1996?

21  A.   That's what the MRI showed and that's what a doctor

22  diagnosed.

23  Q.   Okay.  Following that incident there was a 2001 claim,

24  correct?

25  A.   With regards to?

TUESDAY, JUNE 23rd, 2009

1  Q.  Well, you just explained the automobile accident, the

2  hit-and-run, correct?

3  A.  Right.  Because I was injured and I had to have emergency

4  surgery.

5  Q.  And you saw Dr. Rosen as a result of that, correct?

6  A.  Yes.  He was informed and he treated me for some time.

7  Q.  And Dr. Rosen gave you a note saying you didn't have to go

8  to work for two months, correct?

9  A.  Yes, because I had had my abdomen cut open, my abdominal

10 walls, and I was very sick.  I had been in the hospital for

11 nine days.  I had to learn to walk again, and had just started

12 employment with Miami Lakes Educational Center.  I did miss

13 time from work because I was disabled.

14 Q.  Okay.  And then following that incident, you also missed

15 time from work in March of '02 through September of '02, about

16 six months, correct?

17 A.  March of '02, with regard to what?

18 Q.  Well, this was another automobile accident?

19 A.  I was working during the day at Miami Lakes Educational

20 Center as a full-time temporary instructor, pool instructor.

21 At nighttime I had the job at -- which I explained earlier, I

22 had a part-time job teaching adults English at the University

23 of Miami.

24        He informed me that I had to give up one of my jobs.

25 I gave up the night job.

TUESDAY, JUNE 23rd, 2009

```
 1              THE COURT:  Who is the "he" who informed you?

 2              THE WITNESS:  Oh, Dr. Rosen.

 3              THE COURT:  Okay.

 4   BY MR. PALMER:  :

 5   Q.  Dr. Rosen is a chiropractic, correct?

 6   A.  Yes, he is.

 7   Q.  So following the 1996 incident, you claimed -- or you were

 8   told you had a herniated disc in your back, correct?

 9   A.  Yes.

10   Q.  Following the 2001 incident you sought care and treatment

11   from doctors for a back injury, correct?

12   A.  The -- with the accident, my husband's car was hit, and I

13   felt pain.  So I told the doctor and he gave me chiropractic

14   treatments.  I also saw surgeons because of my emergency

15   surgery.

16   Q.  You saw a back doctor following the 2001 incident,

17   correct?

18   A.  And front doctors?

19   Q.  So, yes, you did see back doctors as a result of the 2001,

20   correct?

21   A.  Yes.

22   Q.  And then after the 2001 incident, for which you missed six

23   months of work, you also saw back doctors, correct?

24   A.  2001, you're stating, again?

25   Q.  2002, you saw back doctors, correct?
```

TUESDAY, JUNE 23rd, 2009

1  A.  I believe that I did.  Which ones are you talking about?

2  Q.  Okay.  So it is a fair --

3  A.  Excuse me, could you please clarify the --

4       THE COURT:  Let's move along.  Just ask a question

5  clearly referring to -- it's not clear to me whether you are

6  referring to a separate accident in 2002 or there was a 2001

7  accident?  Or what year you're talking about.

8  BY MR. PALMER:  :

9  Q.  There were accidents in both 2001 and 2002, correct?

10  A.  Yes.  My husband was driving and we were hit at two

11  different times.  And I did go to see the doctor because I

12  wanted to get better.

13  Q.  Okay.  And for all of those accidents, the 1996 accident,

14  the 2001 accident, and the 2002 accident, you sustained

15  injuries to your neck or low back and saw doctors for that,

16  correct?

17  A.  Yes.  And I had a baby, and I went to university, and I --

18       THE COURT:  Ms. Beach-Mathura, you need to just

19  answer the question.

20       THE WITNESS:  I know, but I'm -- my pain is getting

21  me cranky, I'm sorry.  And I can't take the medication right

22  now.  I'm sorry.

23       Sorry.  I wasn't able to take my medication because I

24  had to drive here today.

25       THE COURT:  That's fine.  Okay.  Okay.  Just answer

TUESDAY, JUNE 23rd, 2009

1  the answer the question and then we'll just move along.

2  You're repeating other testimony you've already given.  And if

3  we keep repeating things, we'll never finish.

4           MR. PALMER:  I'm getting there.

5           THE WITNESS:  All right.  Thank you, Judge.

6  BY MR. PALMER:  :

7  Q.  The next incident I want to talk about is the 2004

8  incident; remember that one?  That's the one with Truvada?

9  A.  Oh, yes.

10 Q.  And in that one you also claimed a back injury, correct?

11 You saw Dr. Bronstein?

12 A.  I saw Dr. Bronstein after it happened.

13 Q.  And he's a chiropractor?

14 A.  Yes, he is.

15 Q.  And you, again, hurt your back in that incident, correct?

16 A.  Yes, because she grabbed my arm.  It was mainly my

17 shoulder and arm.

18 Q.  And then, finally, the 2005 incident that we've been

19 discussing, the workers' compensation injury, the assault at

20 school is another back injury, correct?

21 A.  Yes, it was.  And I did seek medical treatment.

22 Q.  Okay.  Now, we've gone through your interrogatory answers

23 about other claims.  And you said "not applicable" means that

24 you didn't think they were applicable for some reason to this

25 lawsuit.

TUESDAY, JUNE 23rd, 2009

1          But do you remember when I took your deposition and

2    asked you the same questions pertaining to other incidents

3    involving neck or back injuries?

4    A.  I don't recall everything you asked me.  It was back in

5    February, I believe.

6    Q.  Well, and I'm trying -- again, this is in January of the

7    year, after I've gotten your first set of interrogatory

8    answers and your second set of interrogatory answers --

9          THE COURT:  Okay.  Let's not editorialize.  Just ask

10   the question.  You'll have time in closing argument to

11   editorialize.

12         MR. PALMER:  Okay.

13   Q.  So I'm asking you questions -- I'm sorry, Your Honor.

14         But I'm asking you questions about claims that you

15   filed, injuries you've sustained.  And I found on page 42,

16   line 11 --

17         THE COURT:  Does she have that in front of her?

18   Well, you can just ask her if she recalls you asking the

19   following question, and you giving the following answer, and

20   read it.  And she will tell you whether she recalls it or not.

21   Okay.

22         MR. PALMER:  May I hand her a copy of her deposition?

23         THE COURT:  Okay.  You can hand her a copy of her

24   deposition.

25   BY MR. PALMER:  :

TUESDAY, JUNE 23rd, 2009

1  Q.  On page 42, line 11 of your deposition taken January 28,

2  2009, the question is asked:  "So we have the 2004 accident

3  incident and the 2005 incident.  Are there any other incidents

4  in which you sustained any injury to your neck or lower back?"

5  A.  Can you tell me exactly which one of these boxes --

6  because I have page 41 on the bottom.

7  Q.  42, line 17, so...  There you go.  Okay.  I asked you page

8  42, line 17:

9        "How long have you been having neck or back pain?"

10 And your answer was:  "I've had it on and off, not really the

11 neck so much.  Because I didn't, like, have an injury -- a

12 serious injury until the year 2004."  Then you say, "Then in

13 2005 my lower back was injured," correct?

14 A.  Yes.

15 Q.  And that was your answer under oath in January of this

16 year, correct?

17 A.  Yes.  Well, I don't know for sure because I didn't

18 transcribe it.  But, you know, I'll take your word for it.

19 Q.  Okay.  I guess there's always a possibility the court

20 reporter took it down wrong, right?

21        THE WITNESS:  I really don't know, I wasn't there.

22        MR. PARKER:  Objection.  Your Honor.

23        THE COURT:  Overruled.

24 BY MR. PALMER:  :

25 Q.  So we have your answers to interrogatories.  We have the

TUESDAY, JUNE 23rd, 2009

1  deposition testimony.  The next thing I want to ask you about

2  is -- some of the doctors that you've seen prior to the event

3  in question.

4           Now, do you remember when I asked you in your

5  deposition, if you had ever seen a neurosurgeon prior to the

6  incident that we're here about today?

7  A.  Is this the question on the 44?

8  Q.  No, no.  Do you remember when I took your deposition and I

9  asked you a series of questions about the types of doctors you

10  had seen, correct?

11  A.  I --

12          THE COURT:  He's not asking you to read anything,

13  ma'am.  He's asking you whether you remember.

14          THE WITNESS:  Yes, I'm not sure if I remember at the

15  time what I told him.  That's a possibility I told him that I

16  did.

17          MR. PALMER:  Okay.  All right.

18  Q.  On page --

19  A.  I did not have benefit of having a transcription to read

20  so I don't know --

21  Q.  Well, I'm just asking you questions, just based on your

22  knowledge, of what I did back in January.  Your memory hasn't

23  changed since January, correct?

24  A.  Oh, yes, it has.

25          MR. PARKER:  Objection, Your Honor.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  Overruled.

2  BY MR. PALMER:  :

3  Q.  You indicated on page 45 --

4          THE COURT:  I think it might be a good time to take a

5  recess.  We've been here for about an hour and a half.  I

6  always like to take a recess about an hour and a half after

7  the lunch break, so we'll take a brief recess.

8      (Jury withdrew from the courtroom at 2:56 p.m.)

9          THE COURT:  Okay.  Be seated.

10         Is there anything we need to discuss before we bring

11  the jury back in?  I mean, I think, outside the presence of

12  jury, I'll just say, if you want to refer her to her

13  deposition, you can.  I'd suggest you direct her to the

14  appropriate line and page.

15         Did she sign her deposition?  Did she read it?  Did

16  she waive reading?  You know, I don't know what the story is

17  on that.

18         MR. PARKER:  We don't have a copy of it, Your Honor.

19         THE COURT:  You don't have a copy of your own

20  client's deposition, Mr. Parker?

21         MR. PARKER:  I don't have one here today.

22         THE COURT:  But you did have one?

23         MR. PARKER:  I believe I have one.

24         THE COURT:  I believe it was probably filed in this

25  case, as I recall.

TUESDAY, JUNE 23rd, 2009

1          MR. PARKER:  Yes.  And I printed it out.

2          THE COURT:  Okay.  You know, Ms. Beach-Mathura, you

3    need to just listen to the question and answer the questions.

4          THE WITNESS:  I try.

5          THE COURT:  I don't want to keep having to tell you

6    that in front of the jury.  But he asked you a question and

7    then you go four places ahead to try to explain an answer you

8    haven't yet given, and it just gets very confusing.

9          THE WITNESS:  I'm not used to this.

10          THE COURT:  So you just need to answer the question

11    that he asks.

12          If he's asking if you remember being asked something

13    in a deposition, you need to think back in your mind and

14    answer that question.  If you don't, say no.  If you're not

15    sure, say I'm not sure.  And, then, Mr. Palmer will need to

16    say, I would like to direct your attention to whatever page it

17    is and ask you if you recall me asking you these questions and

18    you giving the answers.

19          And then if Mr. Palmer wants, obviously, he can

20    introduce your deposition as an admission of a party opponent

21    or he can read from it, as an admission of a party opponent,

22    not necessarily introduce it.  But he can -- he can read from

23    it.  That's, you know...

24          And -- and I also -- Mr. Palmer, don't editorialize.

25    Don't explain why it is you're asking questions of the

TUESDAY, JUNE 23rd, 2009

1  witness.  I mean, it's not your function in court to be making

2  a closing argument during your questioning because it just

3  gets -- it's confusing and it's not a proper question.

4       You're just giving a little speech and then asking a

5  question, and then you're giving a little speech.  And it

6  might be effective in one sense, but I don't think it's a

7  proper question, and Mr. Parker rightfully objects.  So,

8  hopefully, we can move along.  We'll take a brief recess.

9       Is there anything we need to do before we take our

10  recess?

11       MR. CROOKS:  Your Honor, with respect to subsequent

12  to the recess, will Mr. Palmer continue on cross-examination

13  or will we, possibly, hear from the Dr. Anthony which Your

14  Honor requested to be here at 2:30?

15       THE COURT:  Well, I said he didn't have to be here

16  before 2:30.  I asked where he was and you said he was here.

17  And I said, "Well, he doesn't need to be here; we certainly

18  won't get to him before 2:30."

19       Quite frankly, your client's examination is taking

20  much longer because she's not being responsive, which isn't

21  really the defendant's fault.  If she would give us a straight

22  answer and move on, this would be finished.

23       MR. CROOKS:  Correct.

24       THE COURT:  How much more do you have on your cross?

25       MR. PALMER:  On my outline or --

TUESDAY, JUNE 23rd, 2009

```
 1              THE COURT:  I just want to know how much time.  I
 2    don't really care about your outline, quite frankly.  You can
 3    have a two-sentence outline which takes four hours.
 4              MR. PALMER:  My outline was real short, but it's
 5    taking a lot longer because of the way --
 6              THE COURT:  Well, whatever.  How long do you think
 7    you have left?
 8              MR. PALMER:  I have, at least, another 35 minutes, at
 9    least.
10              THE COURT:  What is Dr. Hall's schedule?  Do we need
11    to interrupt this to take Dr. Hall out of turn?
12              MR. PARKER:  I think that would be a good idea, Your
13    Honor.  I need to, at least, talk to the doctor.
14              THE COURT:  Okay.  What is your position with taking
15    Dr. Hall out of turn?  I mean, if it weren't your client's
16    fault, Mr. Parker, because she won't give a straight answer --
17              MR. PARKER:  Understood, Your Honor.
18              THE COURT:  -- you know, it would be one thing.  But
19    maybe she can wrap it up.  I mean, this whole argument, we
20    spent 15 minutes on whether she claimed Hurricane Wilma
21    destroyed her medical documents.  If she had simply answered
22    the question, yes, Hurricane Wilma destroyed by medical
23    documents, we wouldn't have had to spend 20 minutes on that
24    issue.  She fights, you know.  And, then, you know, she has an
25    affidavit where that's what she said.  That whole issue would
```

TUESDAY, JUNE 23rd, 2009

1  have disappeared if she would just answer the question.  I

2  mean, that's -- you know, and that's -- so...

3      MR. PALMER:  My preference would be to blaze on with

4  Ms. Beach-Mathura.  I don't want to stop a witness, but you

5  know, I understand the doctor's schedule, too.  And that's why

6  I guess you're the Judge.

7      THE COURT:  Okay.  Well, why don't you see what

8  Dr. Hall has planned, and...

9      MR. PARKER:  Will do, Your Honor.

10     THE COURT:  Because I just don't have any

11 confidence -- I don't know how much more he's going with

12 Ms. Beach-Mathura, but it's -- he hasn't yet even gotten to

13 the accident.  I mean, he's going, you know, through the

14 medical history.

15     So maybe we can hear from Dr. Hall, and then your

16 client can recompose herself and take the witness stand -- and

17 retake the witness stand.  Unless you have a better breaking

18 point where you want to go for another 15 or 20 minutes and

19 then take a break.  I don't know if you have a better place of

20 taking a break?  I will give you that.

21     MR. PALMER:  This is as good as any.  I was about

22 ready to move into the medical records or the medical aspect

23 of the case which relate to the claims aspect, and then I was

24 going to go into liability and then I'm done.  So it's going

25 to be 35 or 40 minutes left, so I would rather stop now.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  And then go on and resume it.  Okay,

2     we'll do that.  So you can put on Dr. Hall and we'll resume

3     her cross after we hear from Dr. Hall.

4          MR. PARKER:  Thank you, Your Honor.

5          MR. PALMER:  Thank you.

6          MR. CROOKS:  Thank you, Judge.

7          THE COURT:  Okay.  We'll be in recess.

8       (Court recessed at 3:03 p.m., and proceedings continued,

9     absent the jury, as follows at 3:18 p.m.:)

10          THE COURT:  Is Dr. Hall ready?

11          MR. PARKER:  Yes, Your Honor.  Front and center, Your

12     Honor.

13          THE COURT:  Okay.  And with respect to the exhibits,

14     you will not be -- I mean, I don't know how exactly you're

15     going -- if you intend to use the exhibits with Dr. Hall?  But

16     given the numbering problems that we have, I don't know how

17     you're going to -- one thing we need to do, if you're going to

18     use your exhibit book, is you need to remove that page 27 or

19     25 from the book that was improperly included in those jury

20     notebooks.  If you intend to direct his attention to it or

21     have the jury look at any of those exhibits.

22          MR. CROOKS:  Your Honor, we actually anticipate

23     directing Dr. Hall towards those exhibits, so I suggest we

24     probably should remove the addendum as cited by opposing

25     Counsel.

TUESDAY, JUNE 23rd, 2009

1          THE COURT:  All right.  Then you definitely need to

2     remove the addendum.  And I'll, also, you know -- so why don't

3     you, your team, get over here and do that.  You can go in --

4     you can go around that way to the jury -- the jury book.  And

5     I don't know if Ms. Elfenbein or Mr. Palmer, you want to help

6     them remove the offending documents so we don't spend too much

7     time doing it.  Just -- just tear it out.

8          And then you're going to have to deal with the fact

9     that your books are numbered differently.  It's either page 25

10    or 27, depending on which order they have their reports in.

11         Mr. Palmer, do you have a witness outside?

12         MR. PALMER:  Dr. Livingston is here?  We were trying

13    to call him and tell him not to show up.  He was supposed to

14    be here at 4:00.

15         COURTROOM DEPUTY:  He didn't want to get lost.

16         He didn't want to be late.

17         THE COURT:  Okay.  So the exhibit notebooks are

18    appropriate at this point?

19         MS. ELFENBEIN:  Yes, Your Honor.

20         THE COURT:  Okay.  I just want to make sure there's

21    nothing, you know, inadvertent --

22         Okay.  Do you want -- we'll -- let's bring the jury

23    in, then.  Is there anything you need to do before we bring

24    the jury in?

25         MR. PALMER:  Judge, one issue.  And that is, there is

TUESDAY, JUNE 23rd, 2009

1  this order on our motion in limine which precludes the

2  plaintiffs from having their physicians testify as experts,

3  providing expert opinion, or giving testimony regarding

4  causation or hypothetical questions.

5          THE COURT:  Except as needed for treatment decision.

6          MR. PALMER:  Correct.

7          THE COURT:  Correct.  I am familiar with that and I

8  will -- is Dr. Hall in the courtroom?

9          MR. PALMER:  Yes.

10         THE COURT:  Okay.  So -- and let me just -- I'll read

11 Judge Ungaro's order which, I believe, I have here so that

12 there's no confusion.

13         And, basically, plaintiff's treating physicians are

14 precluded from providing any expert witness testimony at trial

15 and, therefore, they will not be permitted to testify

16 regarding causation unless the determination of causation was

17 required for treatment, and their opinions are helpful to a

18 clear understanding of their testimony.  And they're not

19 permitted to answer hypothetical questions.

20         So what he can testify is as to his diagnosis and

21 treatment of the plaintiff.

22         Okay.  Any question about that?

23         MR. PARKER:  No questions.

24         THE COURT:  Okay.

25         MR. PARKER:  Mr. Crooks will be making the

TUESDAY, JUNE 23rd, 2009

1  examination.

2       THE COURT:  Okay.  That's fine.  So we'll bring the

3  jury in, and then we'll let you call Dr. Hall.

4     (Jury enters the courtroom at 3:24 p.m.)

5       THE COURT:  Ladies and gentlemen, we have another

6  witness we need to take out of order.  So we're going to

7  interrupt the cross-examination of plaintiff, and I'll permit

8  the plaintiff to call that witness out of order.

9       MR. CROOKS:  Your Honor, at this time plaintiff would

10 like to call Dr. Anthony Hall.

11                  ANTHONY JAMES HALL

12    having been first duly sworn, testified as follows:

13       COURTROOM DEPUTY:  Please be seated.  State your name

14 and spell your last name for the record.

15       THE WITNESS:  Anthony James Hall, H-A-L-L.

16       THE COURT:  Dr. Hall, you're going to need to speak

17 into the microphone, so you'll need to lean forward or move

18 the microphone so that you can do so.

19       MR. CROOKS:  May it please the Court?

20       THE COURT:  Yes.

21                  DIRECT EXAMINATION

22 BY MR. CROOKS:  :

23 Q.  Good afternoon, Dr. Hall.  My name is Duane Crooks.

24 Please state your full name, please.

25 A.  Anthony James Hall.

TUESDAY, JUNE 23rd, 2009

1   Q.   Your business address, please?

2   A.   1201 South Andrews Avenue, Suite 200, Ft. Lauderdale,

3   Florida, 33316.

4   Q.   Okay.  Can you tell us about your educational background?

5   A.   I completed medical school at McGill University in

6   Montreal, Quebec.  I then did a year of general surgery

7   internship at Brookdale Hospital in Brooklyn, New York.

8   Q.   When did you graduate from medical school?

9   A.   In 1988.

10   Q.   Where did you do your residency, subsequent to that?

11   A.   My first year was in Brooklyn, New York, in general

12   surgery.  Then I did two years of neurological surgery at

13   University of Connecticut and Hartford Hospital.  Then four

14   years of neurosurgery at University of Miami and Jackson

15   Health System, and finished in 1995.

16   Q.   Where were you employed after your residency?

17   A.   My first -- well, only job, really, was at North Shore

18   Medical Center in Miami to reopen the neurosurgery department

19   which had been closed for about seven years.  And that was

20   where I first went, 1995.

21   Q.   And how long have you been in private practice?

22   A.   Since 1995.

23   Q.   And what type of medical doctor are you?

24   A.   Neurological surgeon, or a neurosurgeon.

25   Q.   Can you explain for the jury what that entails?

TUESDAY, JUNE 23rd, 2009

1  A.  A neurosurgeon treats and diagnoses conditions of the

2  brain and the nervous system, including the peripheral nerves

3  which are the nerves that go out to your arms and legs, except

4  for the eyes.  And we also treat the supporting structures and

5  the blood vessels for that, such as the spine, the blood

6  vessels, and pain associated with those nerves and the nervous

7  system.

8  Q.  In your practice, do you perform surgeries?

9  A.  Yes.  Well, neurosurgeons, we operate on all those items I

10  mentioned before, as opposed to a neurologist who does not

11  operate.

12  Q.  Do you have any hospital privileges?

13  A.  Yes, I do.

14  Q.  Where would those be?

15  A.  North Shore Medical Center, as I mentioned before; Jackson

16  North Medical Center; Broward General Medical Center; and

17  Perry Point Medical Center; Aventura Hospital; University

18  Hospital; St. Mary's Medical Center; and some surgery centers,

19  Palm Beach Lakes Surgery Center; Miami Lakes Surgery Center;

20  and North Miami Beach Surgery Center.

21  Q.  Are you board certified?

22  A.  Yes, I'm board certified.

23  Q.  Could you tell the jury exactly what board certification

24  means with respect to your profession?

25  A.  In neurosurgery, board certification is split into, well,

TUESDAY, JUNE 23rd, 2009

1  now, three components.  The first component is the board

2  eligibility part, which is a written exam that you have to

3  pass before you can complete your residency training.

4       Then when you get into practice, after a minimum of

5  two years in practice, you can submit a year of data and a

6  year of follow-up, or 3 months to 12 months of follow-up

7  depending on the type of condition you treated.  And then you

8  sit -- or you apply to sit your oral examination.  You pass

9  the oral examination and then you are board certified.

10      In 1999, neurosurgery, in following in step with

11 mostly all the other specialties in the country, went to time

12 limited board certification of ten years.  And then -- so you

13 have ten years in which to complete what's called a

14 "maintenance of certification," which is three parts that you

15 have to maintain certain privileges and community practice.

16 You have to do two exams, one is an online exam, one is

17 another written exam at an examination center, and you have to

18 submit cases, once again.

19 Q.  Have you published any cases?  Published or authored any

20 works?

21 A.  Yeah, well, published cases and also studies and reports.

22 Q.  Okay.  Let's take a look at this particular case with

23 respect to March 7, 2008.  Date of accident, August 30, 2006.

24 If you could refer to what is marked as plaintiff's trial

25 notebook Tab Number 5, as well as members of the jury.  Ladies

TUESDAY, JUNE 23rd, 2009

127

1   and gentlemen of the jury, you can also refer to Tab Number 5.

2         THE COURT:  You can just move that black notebook out

3   of way, if you want, over to the side, so that you're not

4   overwhelmed in paper.

5         THE WITNESS:  Thank you.

6   BY MR. CROOKS:  :

7   Q.  Do you see a letter dated March 7, 2008?

8   A.  Let me flip to that, the first one is the second one.

9   Q.  Heading would be "Neurosurgical Consultation"?

10  A.  Yes.

11  Q.  This letter is dated from March 7, 2008, with respect to

12  Dr. Zaslow, correct?

13  A.  Yes.

14  Q.  Who is Dr. Zaslow?

15  A.  Dr. Zaslow, well, he's passed away now.  But he was an

16  orthopedic spine surgeon, orthopedic surgeon who was in

17  Aventura.

18  Q.  Okay.  And before testifying today, you've had a chance to

19  review Ms. Mathura's medical records with respect to these,

20  correct?

21  A.  Yes.

22  Q.  And on March 7, 2008, what would be Ms. Mathura's history

23  with relation to the document marked as neurological --

24  "Neurosurgical Consultation"?

25  A.  She stated that she was 52 years old and right-handed;

TUESDAY, JUNE 23rd, 2009

```
 1   that she was not working at the time.  She stated that she
 2   had -- her problem began in 2005 when she was working as a
 3   school teacher.  She was attacked by a student and sustained
 4   cervical and lumbar injures.  She did chiropractic therapy for
 5   some time.  She also received epidural injections, massage
 6   therapy, and physical therapy.  She found that nothing really
 7   helped and she was unable to continue working.
 8            Then on August 30, 2006, she was waiting at an
 9   airport in the check-in line.  She was waiting in line for a
10   long time and because of difficulty with standing, she
11   requested a wheelchair so she could sit.  As she was sitting
12   down, the wheelchair rolled backwards and she fell on her
13   back.  It appears that the brakes were not locked.
14   Q.  Did she seek follow-up treatment with Dr. Rudolph?
15   A.  Yes.  Stated that the following day she started treatment
16   with Dr. Rudolph, a chiropractor, and she had only experienced
17   short-term temporary benefit from the treatment.
18            Then she was -- she had been seen, also, by
19   Dr. Zaslow, received a pain injection and medications, and she
20   had been using a walking cane since early 2006.
21   Q.  What were her chief complaints?
22   A.  She was complaining of pain in the center of her back and
23   in her, excuse me, thoracic region, which is mid-back region.
24   She had pain in both buttocks.  She had pain in the right leg
25   posteriorly, which means towards the back, and over the right
```

TUESDAY, JUNE 23rd, 2009

1  buttock and the right hip.  She has occasional weakness of the

2  right knee, with some giving away, and she stated that her

3  gait limit was about one to two blocks.

4  Q.  Did she provide you with past medical history?

5  A.  Yes.  She stated that her past medical history was

6  significant for hypertension and suffering from depression.

7  Her treating psychiatrist was Dr. Duyon, D-U-Y-O-N, and she

8  had been hospitalized two weeks prior.

9  Q.  Did she mention any other past medical history?

10  A.  Yes.  She had a history of prior cesarean section, colon

11  resection, and abdominal hernia repair.  She also had breast

12  reduction and abdominoplasty, which is abdominal reduction.

13  Q.  And you provided and made a physical examination of

14  Ms. Beach-Mathura; is that correct?

15  A.  Yes.

16  Q.  And what were your findings with respect to that physical

17  examination?

18  A.  She was 5'3" tall, slightly obese, mental status appeared

19  normal.  She seemed somewhat anxious during the examination.

20  Cranial nerve examination was intact.  Gait was slow and she

21  used a cane.  She preferred to stand for the examination.  She

22  had slight weakness of the right leg when walking.  She could

23  partially stand on her toes and heels, but could not walk on

24  her toes and heels.  Standing lumbar flexion, which is bending

25  forward when standing up, is 30 degrees with discomfort, and

TUESDAY, JUNE 23rd, 2009

1   some -- and giving away flexion of the knee, meaning that the

2   knees were also bending.

3   Q.  Dr. Hall, could you elaborate on that in terms of

4   explaining exactly what that would be?

5   A.  Well, you would ask the patient to stand up straight.  I

6   usually would ask them to stick their hands out forward and

7   then say, can you touch your toes?  And they would then try to

8   bend forward.  And a good bend, a normal bend is about 90

9   degrees, or for some people more than that, 100 or 105

10  degrees, or so.

11  Q.  A good bend is 9 degrees?

12  A.  90.

13  Q.  What was her bend?

14  A.  Her bend was 30 degrees and she had some give away flexion

15  in the knees.

16  Q.  Okay.

17  A.  Her --

18  Q.  Additionally, what other further examination did you

19  conclude?

20  A.  Standing extension was less than 5 degrees, which means to

21  lean backwards or bend backwards.  Side bending was 10 degrees

22  to both sides.  So all of them are reduced.

23  Q.  What would be a normal position with respect to this, in

24  terms of numerically speaking?

25  A.  For a female her age, normal extension would be about 25

TUESDAY, JUNE 23rd, 2009

1    to 40 degrees.  Normal side bending would be anywhere from 15

2    to 50 degrees.

3    Q.  And what was her side bend again?

4    A.  10 degrees.

5    Q.  10 degrees.

6    A.  Her transfers were intact without assistance, which means

7    she could move from sitting to standing, standing to sitting,

8    move to the examination table, move off the examination table.

9    That's what we call "transfers."

10          Straight leg raise is positive on the right at 60

11   degrees with right lumbar and buttock pain.

12   Q.  Could you explain that a little bit further, Dr. Hall?

13   A.  To explain that test, what we do with the patient is you

14   can either do it with a patient lying down on their back or

15   you can do it with a patient sitting up, facing straight

16   forward.

17          And the purpose of the test is to -- well, the action

18   of the test is to lift up the straight leg, either from the

19   person lying straight on their back or the person sitting

20   down.  And then at a point where they say either the pain

21   changes or they feel pain, or you note them resisting or

22   locking up or you can't go any further, or you note tightness,

23   you then ask, well, where do you feel that?  And they would

24   tell you it might be in the back, in the buttock, in the leg,

25   in the knee, it might be in the opposite side of the back,

1    different areas.  And if they do feel something that is

2    positive, the normal straight leg raise would be negative,

3    meaning that you could raise a person's leg to, you know,

4    about 90 degrees.

5    Q.  What would a normal -- sorry, Dr. Hall.  What would a

6    normal straight leg be?

7    A.  Normal would be, you'd raise it to, like, 90 degrees and

8    they wouldn't complain of anything.

9    Q.  And what was Ms. Beach-Mathura's?

10   A.  Well, on the right, it was 60 degrees.  Should be degrees,

11   not percentage there.  With right lumbar, which means right

12   lower back, and buttock pain.

13   Q.  So normal would be 90 degrees, you said?

14   A.  90 degrees with no pain.

15   Q.  And hers was 60?

16   A.  60 degrees with pain, yeah.

17   Q.  Okay.  Thank you.

18   A.  On her left side, she was 90 degrees.

19          Sensory examination, which is testing sensation,

20   showed a drop-off to light touch.  Meaning that it was not

21   correctly recording light touch.  When you did "light touch,"

22   she wasn't correctly recording.

23   Q.  What exactly -- I'm sorry, once again.  What exactly is

24   "light touch"?

25   A.  Light touch is just when you, like, take a finger or wisp

TUESDAY, JUNE 23rd, 2009

133

1   or a cotton swab and you just gently touch a person.  Not hard

2   because that would be deep pressure.  And not with a sharp

3   object because that would be pain -- or pinprick.

4           And it was drop-off to light touch in the right

5   hemibody, which means that it was, like, the right side of her

6   body and nondermatomal means that it did not match a specific

7   nerve distribution.

8   Q.  Okay.  The right side of her body, you said?

9   A.  Yeah, right half-body.  Yeah, the right side of the body.

10  Q.  Did you, at any chance, have the opportunity to make an

11  impression with respect to this letter dated March 7, 2008?

12  A.  It's on the next page.  Impression was myofascial

13  syndrome, lumbar pain.

14  Q.  Could you elaborate on what that impression would be, to

15  some degree?

16  A.  Myofascial syndrome is a tough term to explain.  But

17  really, it -- it entails a person having problems with

18  muscles, nerves, their communication, and affecting movement

19  of joints.  It's a syndrome that can involve any part of those

20  or all of them together.  And, usually, it's where you have

21  all of them involved and you're not -- you might not be

22  particularly certain of which one is primary cause of the pain

23  or the problem, and which one is following, whether it's a

24  nerve first or it was the muscle first.

25          And lumbar pain is just localized into the area, to

TUESDAY, JUNE 23rd, 2009

134

```
 1   the local back.

 2   Q.   What were your recommendations?

 3   A.   Well, she did not bring the MRI films with her that day, I

 4   only had the report; one report and another indirect report.

 5   So I wanted her to bring the films and come back.

 6   Q.   You mentioned the importance of an MRI film.  Is that

 7   critical tool utilized in your profession, Doctor?

 8   A.   Well, it's the most common imaging modality that we use

 9   nowadays is MRI, for the spine.

10   Q.   Do you know what an independent medical examination is?

11   A.   Yes.

12   Q.   An IME.  Do you believe an IME can be conducted without an

13   MRI?

14              MR. PALMER:  Objection.  Relevance.

15              THE COURT:  Sustained.  Based upon the pretrial

16   ruling, he's not here as an expert witness.

17              MR. CROOKS:  I'll withdraw that question, Your Honor.

18              THE COURT:  Okay.

19              MR. CROOKS:  Thank you.

20   Q.   So you needed her MRIs to make a proper evaluation based

21   on your letter dated March 7, 2008?

22              MR. PALMER:  Objection.  Leading.

23              MR. CROOKS:  I'll rephrase.

24              THE COURT:  Okay.

25   BY MR. CROOKS:  :
```

TUESDAY, JUNE 23rd, 2009

1  Q.  With respect to your recommendations, from the letter

2  dated March 7, 2008, what tools did you need to properly

3  evaluate Ms. Mathura?

4  A.  Well, I needed proper imaging or directed imaging.  And

5  since she had told me that she had done MRI scans and, also, I

6  had seen some report and reference to MRI scans, I wanted to

7  see those MRI scans.  I don't go by reports.

8  Q.  Ms. Mathura, with respect to treatment with you, Dr. Hall,

9  sought follow-up, correct?

10  A.  Yes.

11  Q.  First, let's talk about -- if the jury could turn to the

12  next document, which is tabbed in plaintiff's binder Number 5,

13  following the neurological consultation, we have a document

14  here referred to as a statement.

15         Do you see that in your binder, Dr. Hall?  Should be

16  from Apple Medical Center.

17  A.  Yes.

18  Q.  What does that document depict or indicate?

19  A.  This is a billing statement for the evaluation of March 7,

20  2008, and the follow-up office visit of April 4, 2008.

21  Q.  What's the total amount on that billing statement?

22  A.  $1,350.

23  Q.  And that's a reasonable fee with respect to this matter;

24  is that correct?

25  A.  I feel, yes.

TUESDAY, JUNE 23rd, 2009

1  Q.  Okay.  Thank you.  With respect to the follow-up, did you

2  prescribe any medications to Ms. Mathura?

3  A.  On the first visit?

4  Q.  Yes.

5  A.  No.

6  Q.  Did you prescribe any medications to her on the subsequent

7  visit?

8  A.  No.

9  Q.  Okay.  Let's fast-forward to what we have in plaintiff's

10  trial notebook dated April 4, 2008.

11        Ladies and gentlemen of the jury, if you could also

12  advance to letter dated April 4, 2008, titled "Final

13  Examination and Evaluation."

14        Do you recognize this, Dr. Hall?

15  A.  Yes.

16  Q.  Now, you mentioned earlier that you didn't have her MRI,

17  so you could not perform an adequate evaluation of her,

18  correct?

19  A.  Yes.

20  Q.  All right.  Here, you start by dealing with the fact that

21  the patient has returned with the MRI films?

22  A.  Yes.

23  Q.  Okay.  And what was your analysis with respect to that?

24  A.  Well, first, she had an MRI dated November 10, 2005, which

25  I stated that it shows an S1-S2 disc for localization

TUESDAY, JUNE 23rd, 2009

1    purposes.  That becomes important, because it determines how

2    you call the disc on various reports.  And I stated that that

3    disc is normal.

4           So the next one above that one would be L5-S1.  And I

5    stated that she has desiccation, which means loss of fluid

6    content, with a small posterior herniation and annular tear

7    towards the right side.  So an annular tear is --

8    Q.  What is an annular tear?

9    A.  The disc has a more fibrous outer wrapping container, and

10   a more fluid gelatinous central core.  And the outer portion

11   we call the annulus fibrosis.  And so when it rips or has a

12   tear in it, we call that an annular tear, and you can see that

13   on better-quality MRI scans.

14          And then it was -- I stated that it was towards the

15   right side.  And then she brought another MRI from December 7,

16   2006, and I stated the quality is fairly good.  Then I wrote

17   that there is a very slight healing of the annular tear which

18   may reflect imaging copy quality.  There is no change in the

19   size, shape, or location of the herniation at L5-S1 compared

20   to the November 10, 2005, of course.

21   Q.  So that December 7, 2006, MRI had some problems with

22   respect to imaging?

23   A.  Image quality.

24          MR. PALMER:  Objection.  Leading.

25          THE COURT:  Sustained.

TUESDAY, JUNE 23rd, 2009

1          MR. CROOKS:  I will rephrase, Your Honor.

2  Q.  What problematic events did you have with respect to the

3  MRI which was dated December 7, 2006, Dr. Hall?

4  A.  The quality was not what I would consider optimal.  So I

5  have this little scoring scale to myself, and I called it

6  "fairly good," which means it's not good and it's not poor.

7  Q.  And that would affect, what, with respect to this?

8  A.  Well, it can affect how you read small items such as

9  annular tears because they depend on, one, the proper imaging

10 at the time that you're in the machine, which is what we call

11 "the magnet."

12         And then it also affects how you see it on the film

13 quality -- on the film copy, whether it's on the disc or on a

14 copy.  And I believe hers were cut film plastic copies.  It

15 can affect how you actually see the tear and whether you can

16 tell if the tear is new, if it's healed, if it's healing, or

17 if it's retorn.

18 Q.  Now, prior to moving on to the next page, I want to draw

19 something to your attention.  At the top of this document

20 where it says "patient," could you read out the name that is

21 indicated there?

22 A.  Lorna Beach-Mathurin.

23 Q.  "Mathurin," correct?

24 A.  Yes.

25 Q.  That was an error to something; is that correct?

1          MR. PALMER:  Objection to the form.  Leading.

2          THE COURT:  Sustained.

3          MR. CROOKS:  I'll rephrase, Your Honor.

4   Q.  What problems did you have respect to some errors and

5   omissions, specifically with the patient's name?

6   A.  Well, I have another patient with this name, Lorna

7   Beach-Mathurin.  And this patient is Lorna Beach-Mathura.  And

8   the transcriptionist mixed up the name and mixed up other

9   things in the report.

10  Q.  Now, aside from the name "Mathurin" on this first page,

11  everything else is accurate, you would say?

12         MR. PALMER:  Objection.  Leading.

13         MR. CROOKS:  I'll rephrase, once again, Your Honor.

14  I apologize.

15  Q.  What would you say with respect to this first page, as

16  having inaccurate or clerical mistakes versus accurate

17  documentation?  If you could explain that to the jury.

18  A.  Just on this page?

19  Q.  Just on this page, Dr. Hall.  This page alone.

20  A.  The only thing wrong on this page that I can see is the

21  name "Mathurin."

22  Q.  Thank you.  Let's move along to the second page.

23         Ladies and gentlemen of the jury, if you could also

24  advance to the second page of this document.

25         There's an MRI which was reviewed on June 29, 2005.

1  Could you discuss that, as well as your findings, Dr. Hall?

2  A.   The MRI of the cervical spine dated June 29, 2005, was

3  reviewed.   The quality for that one was fair, which is worse

4  quality than fairly good.   There was straightening of the

5  cervical spine, mostly above C5.   There is a very slight

6  reversal of C5-6, meaning that the normal curvature that

7  should there at C5-6 is actually reversed into the opposite

8  direction.   There is moderate spondylosis throughout.

9  Spondylosis is the term we use for arthritic or degenerative

10  change in the spine.

11       At C6-7 there is a broad-based herniation

12  posteriorly.   So a herniation coming to the back of the disc

13  of the individual body, more towards the left, side with an

14  annular tear, that we mentioned before.

15       And C7-T1 there's a small central/left-sided

16  herniation.   So central/left-sided means that it's partly

17  central, partly to the left, with a small annular tear as

18  well.

19  Q.   Did most of her injuries -- were they consistent with the

20  left side, Dr. Hall?

21  A.   You mean the injuries that she was complaining to me

22  about?

23  Q.   Yes.

24  A.   She had left arm symptoms and right buttock symptom and

25  right leg symptom.

TUESDAY, JUNE 23rd, 2009

1    Q.   Okay.   So she also had some other symptoms.   What were

2    your impressions with respect to Ms. Mathura?

3    A.   Impression was cervical radiculopathy, C6-7 and C7-T1 disc

4    herniation, lumbar radiculopathy and myofascial pain, and

5    L5-S1 disc herniation.

6    Q.   Dr. Hall, if you could slow down a little bit, also,

7    because I didn't get those.   Could you read them one more time

8    for me, please, a little bit slower?

9    A.   Cervical radiculopathy.

10   Q.   Okay.

11   A.   C6-7 and C7-T1 disc herniations.

12   Q.   Okay.

13   A.   Lumbar radiculopathy and myofascial pain.   And L5-S1 disc

14   herniation.

15   Q.   Would you say, based on your treatment to Ms. Mathura, in

16   your opinion with a reasonable degree of medical certainty,

17   would you find these consistent with possibly some type of

18   impression --

19        THE COURT:   Remember the pretrial ruling regarding

20   hypotheticals that was entered by Judge Ungaro?

21        MR. CROOKS:   Yes, Your Honor.

22        THE COURT:   You can ask him about his opinion about

23   her condition and treatment.

24   BY MR. CROOKS:  :

25   Q.   What were your recommendations with respect to

TUESDAY, JUNE 23rd, 2009

1    Ms. Mathura?

2    A.   Oh.   In the recommendations, her treatment options include

3    epidural injections for both regions, meaning both cervical

4    and lumbar regions.   Or minimally invasive surgery such as

5    percutaneous disc decompression in both the cervical and

6    lumbar regions.

7            However, in the cervical region, because of her

8    malalignment, I would recommend epidural injections followed

9    by anterior cervical discectomy infusion.

10   Q.   Okay.  Hold on a minute, Dr. Hall.  Let's just back up

11   here a little bit.

12           You mentioned your treatment options were epidural

13   injections for both regions or minimally invasive surgery,

14   right?

15   A.   Yes.

16   Q.   Can you quantify that, to some degree?

17   A.   You mean, like how many injections, or something?

18   Q.   Costs?

19   A.   Oh, cost?  Epidural injections usually cost between $3,000

20   to $6,000 per injection.   And percutaneous disc decompression,

21   whether in the cervical or lumbar region, usually costs

22   anywhere from $10,000 to $15,000 per level.   Some --

23   Q.   And how many levels did Ms. Mathura suffer, with respect

24   to your impression?

25   A.   Well, there were two levels in the cervical spine that I

TUESDAY, JUNE 23rd, 2009

1  was going to discuss, and there's one level in the lumbar

2  spine that I was going to discuss.

3  Q.  Let's discuss.  Go ahead.

4  A.  Well, one is that the cost for these type of surgeries

5  depends on what kind of facility you're doing it in, that

6  depends on the patient's medical condition.  Some people can

7  do it in an out-patient basis, in an out-patient surgery

8  center.  Some people cannot medically clear such a procedure

9  and have to do it in a hospital.  And some people have to stay

10  overnight.  And that affects the cost, somewhat.

11      The second thing I wanted to discuss was that for the

12  cervical spine, she has malalignment.

13  Q.  Okay.  And what does that mean?

14  A.  She does not have a proper curve of the neck, of the

15  vertebral bodies and the disc in the neck, as I mentioned in

16  the MRI.  So, therefore, a lot of times you would not want

17  necessarily to do percutaneous disc decompression in such a

18  neck.  You would want to do something else, such as fusion

19  surgery, or try injections and then fusion surgery.

20  Q.  So you try injections, which would be --

21      So the possibility would be injections and surgery;

22  is that what you --

23      MR. PALMER:  Objection.  It's a hypothetical.

24      THE COURT:  Overruled.  He's asking about his

25  treatment recommendations for Ms. Beach-Mathura, as I

TUESDAY, JUNE 23rd, 2009

144

1  understand it.

2        MR. CROOKS:  Thank you, Your Honor.  Could you answer

3  that?

4        THE WITNESS:  Yeah.  Well, that's what I put here and

5  on the next page, was that:  "However, in the cervical region,

6  because of her malalignment, I would recommend epidural

7  injections followed by anterior cervical discectomy and fusion

8  at C6-7 and C7-T1."

9        Then the next paragraph was -- I discussed lumbar.

10 Q.  Let's move on to the next page where you discuss lumbar.

11 If you could give your analysis with respect to the lumbar

12 spine, Dr. Hall?

13 A.  Well, in the lumbar spine, there were many more invasive

14 options available, such as percutaneous disc decompression,

15 intradiscal electrotherapy.

16 Q.  Slow it down, just one second.

17       Percutaneous disc decompression, what is that?

18 Describe that to myself and to members of the jury, if you

19 could.

20 A.  That is where you try to get into the disc with as small

21 an opening as possible.  There are several systems available

22 that allow you to access the disc through holes that vary from

23 1.5 millimeters to 3.5 millimeters, and there's even some

24 other systems that go up to 5 to 6 millimeter openings.

25       And you try to get into the disc.  And when you're in

TUESDAY, JUNE 23rd, 2009

1  there, there are different systems available which will either

2  stick a laser in the disc and burn part of the disc with a

3  laser; graspers in the disc and pull out portions of the disc

4  with graspers; electrical wires that go in that have either

5  radio frequency or modulated types of electrical currents

6  which heat the disc material, or heat and vacuum, or heat and

7  liquefy at the same time.

8          And --

9  Q.  What type of costs are we talking about with respect to

10  that type of procedure, Dr. Hall?

11  A.  Well, a lot of the cost depends on which company you're

12  using, which type of system.  And the low-end cost is about

13  $20,000.  The high-end cost can be like $30-, 35,000,

14  depending on which type of system, what company you're using,

15  and whether the patient is doing it in the surgery center or

16  in a hospital.

17  Q.  Okay.  Now, moving on to the next type of recommendation

18  that you had, subsequent to disc decompression?

19  A.  Well, intradiscal electrotherapy, I kind of describe,

20  that's with about a 2.5 millimeter opening.  And there are

21  about four companies now that have different types of wires.

22  Some wires go straight, some make C-shaped curves, some make

23  S-shaped curves in the disc.  You can position some in the

24  center of the disc, in the center back, on the side.  And then

25  they all hook up to some type of generator that's going to

1  give either pulsed energy or direct energy to try to shrink

2  the annular tear, seal the tear, or shrink the whole disc, or

3  decrease volume or air in the disc.

4  Q.  And with respect to your recommendations, what type of

5  cost would that be?

6  A.  Oh, same price I gave before.

7  Q.  Same price, $20 to $30,000?

8  A.  Yeah, they're about the same.

9  Q.  With respect to your recommendations for the lumbar spine,

10  what other procedure would you recommend, Doctor?

11  A.  Well, I also discussed -- well, I also wrote "laser

12  percutaneous discectomy," and then I put "et cetera,"

13  because -- well, the laser I kind of described it for you,

14  make a small opening.  The laser ones usually require about a

15  6 to 7 millimeter opening, sometimes a little bigger, because

16  you have to get the laser in and protect the laser while it's

17  going in.  So it needs some kind of tube or pathway to go

18  through so it needs a bigger hole.  And then with the laser,

19  you can cut, you can burn, you can shrink.  You can combine

20  the laser with other instruments, as well, and do different

21  procedures.

22  Q.  What type of costs -- I'm sorry.  What type of costs would

23  be associated with that type of procedure, doctor?

24  A.  Still same price range.

25  Q.  $20 to $30,000?

TUESDAY, JUNE 23rd, 2009

1  A.   Yeah.

2  Q.   Let's take a step back.   Ladies and gentlemen, of the jury

3  if you could flip back one page with regard to this report.

4        In this report, there is a section marked "Past

5  Medical History."   Can you discuss this with myself and the

6  jury with regards to your findings as to the past medical

7  history?

8  A.   Well, it states in here, past medical history revealed

9  that the patient had three prior back operations in

10 Pennsylvania in 1976, 1981, and 1984, included fusion.   The

11 patient has had aggravation of her cervical and lumbar

12 situation since this injury.   The patient has had

13 cholecystectomy, tonsillectomy, breast lumpectomy.   She has

14 hypertension and hypercholesterolemia.

15 Q.   Now, Dr. Hall, you made some references to the fact that

16 there was an error on page 1 with respect to the patient's

17 name, Lorna Beach-Mathurin versus Lorna Beach-Mathura, who is

18 seated over here to the left, correct?

19 A.   Yes.

20        MR. PALMER:   Objection.   Leading.

21        THE COURT:   Overruled.

22        MR. CROOKS:   Thank you, Your Honor.

23 Q.   With respect to this page what, if any, errors or

24 omissions do you have?

25 A.   Well, the past medical history that I just read is the

TUESDAY, JUNE 23rd, 2009

1  past medical history of Lorna Beach-Mathurin.

2  Q.  I'm sorry.

3        THE COURT:  You need to speak into the microphone,

4  Counsel.

5  BY MR. CROOKS:  :

6  Q.  I'm sorry, I didn't hear you.  Could you repeat that a

7  little bit?  Sorry.

8  A.  The past medical --

9        MR. PALMER:  Objection.  Your Honor.  That's an

10  improper ground for repeating the answer.

11        MR. CROOKS:  Judge, I was pacing to the side.

12        THE COURT:  You shouldn't pace.

13        MR. CROOKS:  I'm sorry.

14        THE COURT:  Okay.  Let me ask you, Doctor, does this

15  past medical history relate to the plaintiff in this case?

16        THE WITNESS:  No.

17        THE COURT:  Do you want to explain that?

18        THE WITNESS:  Yes, the transcriptionist mixed up the

19  two Lorna Beaches that I have and put Ms. Mathurin's past

20  medical history in here.  Ms. Mathura's past medical history I

21  had already stated before, I was asked that before and it was

22  on a different section.

23  BY MR. CROOKS:  :

24  Q.  So the four accidents on page two of this document are

25  erroneously placed in here?

TUESDAY, JUNE 23rd, 2009

1  A.  Yes.

2  Q.  Okay.  With respect to the document, as a whole, aside

3  from the errors which you've already discussed, one being the

4  past medical history which outlines four accidents from

5  Pennsylvania as well as the patient's name which states Lorna

6  Beach-Mathurin which should read Lorna Beach-Mathura, are

7  there any other errors or omissions you'd like to correct at

8  this time --

9  A.  Well, on page 3 --

10 Q.  -- or discuss?

11 A.  It says "laser percuraneous."  It should be

12 "percutaneous."

13 Q.  Okay.  Let's talk about, aside from that, this entire

14 report is accurate and fair?

15 A.  Yes, yes.

16 Q.  Let's talk about AMA guidelines.  What are AMA guidelines,

17 Dr. Hall?

18 A.  Well, there are many of them, but the one I think you're

19 referring to is AMA Guidelines for Impairment Rating.

20 Q.  For impairment rating, correct?

21 A.  Well, the AMA is, of course, the American Medical

22 Association which has a published book now in the fifth

23 edition which discusses the specialty treatment of impairment

24 rating and disability.  And this guideline is a committee

25 effort of hundreds of doctors worldwide who have come together

1    to examine the human body and human function, and separate out

2    by percentage what impairment of any one section or any one

3    body part or any one organ system or body system means to the

4    rest of your body function.

5    Q.   And this is utilized in your profession quite frequently?

6    A.   Yes.

7    Q.   As well as the medical profession throughout, correct?

8    A.   Yes.

9    Q.   What was your impairment rating of Lorna Beach-Mathura?

10            MR. PALMER:   Objection.   That's an expert opinion.

11            MR. CROOKS:   Your Honor, it goes to his --

12            THE COURT:   Well, the report's in evidence because

13   you didn't object to it on a timely basis.   So he can read

14   from his -- he can publish the exhibit.

15            MR. CROOKS:   Which I would do at this time.

16            THE COURT:   Or you can have the doctor publish it.

17            MR. CROOKS:   Which I will have the -- Dr. Hall

18   publish this exhibit.   Thank you, Judge.

19            THE COURT:   Okay.   One or the other, not both.

20   BY MR. CROOKS:   :

21   Q.   Dr. Hall, could you read your analysis, and ladies and

22   gentlemen of the jury, you can follow along with respect to

23   the discussion there.

24            Could you read what is it says under the discussion

25   portion of your final evaluation?

TUESDAY, JUNE 23rd, 2009

1  A.  Her anticipated permanent partial impairment is 12

2  percent.

3  Q.  Her being Lorna Beach-Mathura, correct?

4  A.  Yes.

5  Q.  Okay.  Continue.

6  A.  It is 12 percent of the body as a whole, according to the

7  AMA Guidelines for Impairment Rating.

8  Q.  Okay.  12 percent.  And you came to this analysis of 12

9  percent with respect to utilizing various imagings, which

10  would be what type of imaging?  What methodology would you

11  have utilized to ascertain this 12 percent impairment rating?

12  A.  Oh, it's not just the imaging.  You use the imaging, which

13  showed her three herniations, and you use the physical exam.

14  Q.  If you could just briefly summarize that?

15  A.  Okay.  Well, she has three herniations, C6-7, C7-T1, and

16  L5-S1.  And those put her in a category in that book, in the

17  AMA guide, and you have to determine if the person is

18  asymptomatic, without any problems, mildly symptomatic,

19  moderately or severely symptomatic from such, and use a

20  clinical judgment next, to take the range that is provided and

21  pick a number within that range.  Because the AMA gives you a

22  range, actually.

23  Q.  What would be a low range?

24  A.  The low range for this would be zero.  You can get,

25  sometimes, a rating of zero.

TUESDAY, JUNE 23rd, 2009

152

1  Q.  You took into account her age, is that correct, in this

2  analysis?

3  A.  No.  Age doesn't really come in.

4  Q.  Doesn't factor into it.  Did you take into account --

5        THE COURT:  Don't ask leading questions.  You can ask

6  him what he took into account, but don't lead him.

7        MR. CROOKS:  Sorry, Your Honor.

8  Q.  What physical conditions did you take into account with

9  respect to your determination of this 12 percent permanent

10 partial impairment rating according to the AMA guidelines?

11 A.  Her motor exam, her sensory exam, her range of motion in

12 the spine, her gait, and then her general exam.

13 Q.  Okay.  One last question, Dr. Hall.  This report was

14 dictated, also, not read, correct?

15 A.  Yeah, it was dictated.

16 Q.  Okay.

17       MR. CROOKS:  Thank you.  I have no further questions,

18 Your Honor.

19       THE COURT:  Okay.  Cross-examination?

20       MR. CROOKS:  Thank you, very much, Dr. Hall.

21       THE WITNESS:  Thank you.

22                          CROSS-EXAMINATION

23 BY MR. PALMER:  :

24 Q.  Good afternoon, Dr. Hall.

25 A.  Good afternoon.

TUESDAY, JUNE 23rd, 2009

153

1  Q.  First, I want to start right with the April 4, 2008,

2  report, which is under Tab 5 of the plaintiff's binder, in

3  that section that talks about past medical history.  I want to

4  make sure we're all clear on this.

5       That whole paragraph:  "Past medical history

6  reveals," down through the word "hypercholesteremia," that

7  whole paragraph should be just omitted; is that incorrect?

8  A.  Exactly.

9  Q.  Okay.  So we can just cross it out, no relevance to this

10 case at all, correct?

11 A.  No relevance.

12 Q.  Okay.  The first time you saw Ms. Beach-Mathura was in

13 March of 2008, correct?

14 A.  Yes.

15 Q.  And one of the things you indicated she did was did a

16 physical examination, correct?

17 A.  Yes.

18 Q.  And also took a past medical history?

19 A.  Yes.

20 Q.  She indicated to you she was taking Vicodin?

21 A.  Yes.

22 Q.  Vicodin is a narcotic, correct?

23 A.  Yes.

24 Q.  What is Vicodin used for?

25 A.  Well, it's supposed to be used for pain control, but you

TUESDAY, JUNE 23rd, 2009

1  can use it for inflammation; but it's supposed to be for pain

2  control.

3  Q.  Okay.  Are you aware how long the plaintiff -- let me

4  strike that and start over.

5          You have no clue, do you, Doctor, how long

6  Ms. Beach-Mathura has been taking narcotic medications for

7  back pain, do you?

8          MR. CROOKS:  Objection, Your Honor.

9          THE COURT:  On what legal basis are you objecting?

10         MR. CROOKS:  Mr. Palmer has failed to lay a proper

11 foundation with respect to this matter.  Additionally, he

12 asked for a medical opinion which would be possibly --

13         THE COURT:  Overruled.  He asked if he had any

14 knowledge about Ms. Beach-Mathura.  And he's entitled to ask

15 him that in a leading fashion or otherwise.

16 BY MR. PALMER:  :

17 Q.  You are unaware, correct?

18 A.  No, I'm not aware, no.

19 Q.  And another thing that you're unaware of, because when you

20 look at your March 7th report, she indicates to you that she

21 had a problem in '05 and, actually, she says her problem began

22 in '05, correct?  First page of your '07 -- March 7 '08

23 report?

24 A.  Yeah, she states that -- I don't know if it's "the"

25 problem or "her" problem.

TUESDAY, JUNE 23rd, 2009

155

1  Q.  If she states that "he" problem, I'm assuming that's a

2  typo.

3  A.  Yeah.

4  Q.  Stating that "the problem began in 2005."  And by that

5  you're referring to her neck and back pain, correct?

6  A.  Well, actually I'm referring to, like, her problems for

7  which she comes to me for, or any problems that she wants to

8  complain about.

9  Q.  Okay.  Well, the problem that she came to you for were

10 pains in her neck and back, correct?

11 A.  Well, I take it that they always come to me for

12 neurosurgery consultation.  But when she gave complaints in

13 her back, thoracic region, both buttocks, right leg, and that

14 she also had arm pain, but it's not even listed in the first

15 complaint section.

16 Q.  Okay.  In any event, the complaints that she gave you she

17 told you started in 2005?

18 A.  Her problem, yeah.

19 Q.  And she gave you no history regarding anything that

20 occurred prior to 2005, correct?

21 A.  Yeah, correct, 2005.

22 Q.  Okay.  Now, during your physical examination you performed

23 on March of 2007, you noted that she walked slow, her gait was

24 slow and she used a cane, correct?

25 A.  Yes.  It was March 2008, by the way.

TUESDAY, JUNE 23rd, 2009

156

1    Q.  Oh, I'm sorry.  Her gait was slow and she used a cane,

2    correct?

3    A.  Yes.

4    Q.  Now a gait is something that a patient, herself, controls,

5    correct?  I mean, she could walk as fast as she wants,

6    correct?

7    A.  Well, gait is how you walk.

8    Q.  Okay.  So that could be under the control of the person

9    walking, correct?

10   A.  Depends.  It depends on what the situation or conditions

11   you have.  Some people can't control their gait.

12   Q.  I understand that.  But in Ms. Mathurin's case --

13   Mathura's case, the gait that you witnessed was something that

14   she could control on her own.  She didn't have a drop-foot for

15   instance, correct?

16   A.  You can't answer that 100 percent, because there are known

17   conditions that people can't control in their gait.  So I

18   didn't examine her for every single one of those conditions,

19   so I can't say that.

20   Q.  Okay.  You indicated next that her lumbar flexion is 30

21   degrees with discomfort, and standing extension is less than 5

22   percent, and side bending is 10, correct?

23   A.  Yes.

24   Q.  And, again, those are tests that you are performing when

25   you are asking for a response from the patient, herself,

TUESDAY, JUNE 23rd, 2009

1  correct?

2  A.  No, not exactly.  You -- I don't really ask them for

3  response.  I just tell them to do it, and then I watch.

4  Q.  Okay.  So when they reach 30 degrees, they tell you that

5  it hurts, correct?

6  A.  No.  Different people do different things.

7  Q.  Well, you say -- I'm sorry.  Standing lumbar flexion is 30

8  degrees with discomfort, correct?

9  A.  Yeah.  That's what's written there.

10  Q.  So she's standing and she's flexing in the lumbar area,

11  correct?

12  A.  Right.  But she also did bending of the knees, too.

13  Q.  Okay.  Well, so she's leaning forward and she has pain in

14  her back, correct?

15  A.  I didn't ask her where she had the pain.

16  Q.  Okay.  So she just told you she had pain?

17  A.  I don't even know if she said she had pain, I just wrote

18  down "with discomfort."  That's my term.

19  Q.  Well, that's something, again, that if she's experiencing

20  discomfort, she is controlling that, as well, correct?

21        MR. CROOKS:  I'll object, Your Honor.  Counsel is

22  testifying with respect to the questions in which he's asking

23  Dr. Hall.

24        THE COURT:  Overruled.

25        THE WITNESS:  Could you repeat the last question?

TUESDAY, JUNE 23rd, 2009

1        MR. PALMER:  Sure.

2        THE COURT:  How do you determine whether somebody has

3   discomfort when they bend?

4   A.  I actually look for several things, Your Honor.  I look at

5   their face, I look for secondary signs.  I listen for what

6   they say, and sometimes I ask them.  So I don't do it with

7   just a simple means of, like, they are going to tell me

8   because some people can't tell you.  And it's not just a

9   simple means of telling if they have pain when they stop.

10  Some people stop and I don't think they had pain.

11  BY MR. PALMER:  :

12  Q.  Okay.  In any event, discomfort is something that you are

13  attempting to determine from the patient you're examining,

14  correct?

15  A.  No.  Discomfort is something I'm trying to write in or

16  analyze in.

17  Q.  Okay.  Now, the next item that you say are, "transfers are

18  intact without assistance," what do you mean by that?

19  A.  That means that I didn't help her to do any of the

20  transfers or she didn't use any aids for any of the transfers.

21  Q.  Okay.  Next item --

22        THE COURT:  What are "transfers"?

23        THE WITNESS:  Oh, transfer is moving from sitting to

24  standing, sitting to the examination table, standing to the

25  examination table; and then the reverses of all of those.

TUESDAY, JUNE 23rd, 2009

1          MR. PALMER:   Okay.

2  Q.  The next item you have is straight leg raising, positive

3  on the right at 60 percent?

4  A.  Degrees.

5  Q.  60 degrees, with right lumbar and buttock pain.  Again, is

6  that when she's laying on her back?

7  A.  I didn't state it here, but I think if I remember

8  correctly, it was a seated straight leg raise.

9  Q.  So, actually, as she's raising her legs in a seated

10  position --

11  A.  No, that's incorrect.  The doctor does the raise.

12  Q.  Okay.  When she -- when you raise her leg to a certain

13  position, she tells you that she is having right lumbar and

14  buttock pain again?  Or there's some communication of that

15  pain?

16  A.  Yes.  She has to communicate the location and I, sort of,

17  determine the degrees or if I think it's positive or not, then

18  I ask, "Where do you feel it?"

19  Q.  Okay.  Now, the next item is an item that you discussed in

20  direct and it's about the sensory examination you performed,

21  correct?

22  A.  Yes.

23  Q.  Nondermatomal is what you wrote, correct?

24  A.  Yes.

25  Q.  Now, each particular disc space in the back has a nerve

TUESDAY, JUNE 23rd, 2009

1  route, correct?

2  A.  For the most part.

3  Q.  Okay.  Well, and each nerve root has nerves which emanate

4  out and go to specific body areas, correct?

5  A.  Right, for the most part.

6  Q.  So, for instance, if you have a C5-6 disc herniation,

7  there is a nerve root which runs from that disc space and

8  controls certain nerves in your upper extremities, correct?

9  A.  For the most part.  There are actually two nerve roots

10  that interface with each disc.  There's what's called the

11  direct exited one and there's the traversing one, so...

12  Q.  But what a dermatomal pattern is, is a particular pattern

13  of nerve involvement associated with one particular nerve

14  root, correct?

15  A.  For the most part.

16  Q.  Okay.

17  A.  It's actually more like a pattern associated with a nerve

18  root, but there's an edge.  So you have to look at the map.

19  Q.  Okay.  So when you say a pattern is nondermatomal when

20  you're testing her nerves, it doesn't match a specific nerve

21  distribution, correct?

22  A.  Right.  That's what it's saying.

23  Q.  And if it doesn't match a specific nerve distribution when

24  you're doing your test, that could be things like symptom

25  overlay, it could just be a patient telling you that she has

TUESDAY, JUNE 23rd, 2009

1  loss of sensory in an area in which she really doesn't,

2  correct?

3  A.  Could be many things, actually.  And it's not a nerve,

4  it's a nerve root.

5  Q.  The nerve root.

6  A.  Yeah.

7  Q.  Okay.  The next item you have is deep tendon reflexes are

8  absent throughout.  And the one after that is the one I want

9  to ask you about is, tone is normal and bulk is normal.

10        Now, there's something called "atrophy," correct?

11 A.  Yes.

12 Q.  And atrophy occurs when a muscle is not used, correct?

13 A.  Or not used correctly, or enough.

14 Q.  All right.  So in a situation where an individual has, for

15 instance, a broken arm, has a cast put on their arm, you

16 expect to see atrophy in that arm?

17        MR. CROOKS:  I'll object, Your Honor.  Calls for a

18 hypothetical.

19        THE COURT:  Sustained.

20 BY MR. PALMER:  :

21 Q.  Okay.  In a situation where a person has a nerve injury

22 and has an inability to, for instance, if they're a --

23        THE COURT:  Why don't you ask him what he meant by

24 what he is -- his examination report of her, rather than

25 hypotheticals.  Because you're going to get an objection every

162

1   time you put it in hypothetical terms.

2   BY MR. PALMER:  :

3   Q.  Okay.  Did you find any atrophy with Ms. Mathurin?

4       MR. CROOKS:  I'm sorry.  You said Ms. Mathurin?

5       MR. PALMER:  Mathura.

6   A.  No.

7   Q.  And you noted that her tone was normal, correct?

8   A.  Yes.

9   Q.  What do you mean when you say "her tone is normal"?

10  A.  That's a muscular exam by touch.  And you want to see if a

11  person is -- hypotonic means that they're kind of flaccid,

12  they don't have enough -- the proper feel to the muscle.

13  Hypertonic can refer to, like, spasticity, rigidity, and other

14  things like that, irritability of muscles.

15  Q.  Okay.  But she didn't have that, correct?

16  A.  No.

17  Q.  Now, going to your April 4, 2008, report, this report you

18  were brought three different MRIs, correct?

19  A.  Four.

20  Q.  Four.  First up, I want to deal with the MRI of the coccyx

21  dated December 7, 2006.  Can you tell the ladies and gentlemen

22  where the coccyx is?

23  A.  Well, you could call that your tailbone, like, right

24  between your buttocks.

25  Q.  Okay.  And your findings of that MRI of the tailbone were

TUESDAY, JUNE 23rd, 2009

1  normal, correct?

2  A.  Yes.

3  Q.  The next one, and that's post-August 30, 2006, correct?

4  A.  Yes.

5  Q.  The next MRI on page two of that report is dated June 29,

6  2005, correct?

7  A.  Yes.

8  Q.  And that, again, is before the incident in question,

9  correct?

10  A.  Yes.

11  Q.  And that one notes a herniation C6-7 and at C7-T1,

12  correct?

13  A.  Yes.

14  Q.  The prior page, you've got an MRI dated November 10, 2005;

15  again, before August 30, 2006, correct?

16  A.  Yes.

17  Q.  And that shows the S1-S2 disc -- let me strike that.

18       You looked at S1-S2 to, kind of, orient yourself on

19  the spine?

20  A.  Correct.

21  Q.  And then you found a herniation at L5-S1?

22  A.  Yes.

23  Q.  Where is L5-S1 on the human anatomy?

24  A.  Like, lower end of the lumbar spine.  Like, lower end of

25  the back, close to, you know, down by your buttocks.

TUESDAY, JUNE 23rd, 2009

```
1   Q.   And what is desiccation?

2   A.   Loss of fluid content.  Loss of hydration.

3   Q.   And loss of hydration in this particular situation, is

4   also called hypertrophy?

5   A.   No, hypertrophy is increase in size.

6   Q.   Okay.  What is the -- the cause of the loss of hydration

7   at L5-S1 in Ms. Beach's case on August -- or November 10,

8   2005, was as a result of just natural aging, correct?

9            MR. CROOKS:  Your Honor, I'd object.  That's a

10  compound question.

11           THE COURT:  It's confusing.

12           MR. CROOKS:  And vague and confusing, as well.

13  BY MR. PALMER:  :

14  Q.   Desiccation at L5-S1, loss of fluid at that disc space,

15  did you come to any conclusions as to the cause of that?

16  A.   No.

17  Q.   Okay.  Any idea as to how long it had been there?

18  A.   No, not really.

19  Q.   Okay.  The last MRI you looked at was an MRI which was

20  after August 30, 2006, correct?

21  A.   Yeah.

22  Q.   And you noted on direct examination that there was a

23  slight healing of the annular tear which may reflect imaging

24  copy quality, correct?

25  A.   Yes.
```

TUESDAY, JUNE 23rd, 2009

1  Q.  Okay.  Now, the word "may" in that particular paragraph,

2  that's not within a reasonable degree of medical certainty, is

3  it?

4          MR. CROOKS:  Objection, Your Honor.  Calls for an

5  expert analysis and is in direct violation of the order.

6          THE COURT:  Overruled.  I'll ask him what -- he can

7  explain what he wrote.

8          THE WITNESS:  Explain it?

9          THE COURT:  What did you mean when you said "may

10  reflect"?

11          THE WITNESS:  Because I couldn't really tell from the

12  film if it really was healing or if it was just that the

13  brightness on the plastic was just reduced because the copy

14  quality was not that good.

15          MR. PALMER:  Okay.  Just a second.  I have no further

16  questions for the witness.

17          THE COURT:  Okay.  Do you have redirect?

18          MR. CROOKS:  Just one moment, Your Honor.  I

19  apologize.

20      (Pause.)

21          MR. CROOKS:  Just have one or two questions on

22  redirect, Your Honor.

23                      REDIRECT EXAMINATION

24  BY MR. CROOKS:  :

25  Q.  Dr. Hall, with respect to your final examination dated

TUESDAY, JUNE 23rd, 2009

1  April 4, 2008, Ms. Mathura was there with respect to the

2  incident that took place in Narita, Japan?

3          MR. PALMER:  Objection.  Leading.

4          THE COURT:  Sustained.

5          MR. CROOKS:  I'll rephrase.

6  Q.  With respect to your final examination dated April 4,

7  2008, what were Ms. Mathura's chief complaints and why?

8          MR. PALMER:  Objection.  That was covered in direct,

9  and now it's asking for an area which goes into the motion in

10  limine in the order.

11          THE COURT:  Well, you can ask him -- I mean, I think

12  this has been covered and it's repetitive to the extent it's

13  admissible.  But you can ask him what -- you want to ask what

14  the chief complaints were, but you can't ask him why.  I mean,

15  that's in her mind.  So you can ask...

16          MR. CROOKS:  One second, Judge.

17          THE COURT:  If you want to go over, again, what her

18  chief complaints were.

19          MR. CROOKS:  Just one second, Your Honor.

20  Q.  Dr. Hall, could you fast-forward to Tab Number 5, the

21  second page of what is dated March 7, 2008, neurosurgical

22  consultation.  The -- Ms. Mathura's history at the top of page

23  2, could you elaborate on that, please?

24  A.  On August 30, 2006, she was waiting at an airport in the

25  check-in line?

```
 1   Q.   Correct.
 2            MR. PALMER:  Objection.  That's outside the scope of
 3   cross and --
 4            THE COURT:  Outside the scope of cross.  I don't know
 5   where you're going with this.
 6            MR. CROOKS:  Okay.
 7            THE COURT:  And I don't know what "will you elaborate
 8   on" means.  I mean...
 9            MR. CROOKS:  I'll withdraw that, Your Honor.
10            THE COURT:  I mean, the document speaks for itself.
11   It is what it is.
12   BY MR. CROOKS:  :
13   Q.   Dr. Hall, with respect to your evaluation on
14   cross-examination, Mr. Palmer made mention of the fact that
15   there was an issue with respect to a document dated April 4,
16   2008, which makes reference to the fact that it says, "Which
17   may reflect imaging quality"; have you fast-forwarded to that
18   page?
19   A.   Yes.
20   Q.   What do you mean by that?
21            MR. PALMER:  Objection.  Asked and answered.
22            THE COURT:  Sustained.  I asked him that question and
23   he answered it because you objected to a broader question.
24            I mean...
25            MR. CROOKS:  Just wanted to elaborate a little bit
```

TUESDAY, JUNE 23rd, 2009

1  further.

2          Thank you, very much.  No further questions, Judge.

3          THE COURT:  It's called "you can't have your cake and

4  eat it, too."

5          MR. CROOKS:  Yes.  I have no further questions.

6          THE COURT:  Okay.  Correct.  Since I sustained,

7  basically, your objections to the answer to the questions on

8  redirect.

9          You are free to leave, Dr. Hall.  I appreciate you

10  coming here.

11          THE WITNESS:  Thanks.

12          THE COURT:  Are we ready to resume the

13  cross-examination of the plaintiff or do we need a sidebar

14  or --

15          MR. PALMER:  I think a short sidebar, Your Honor.

16          MR. PARKER:  I think we should have a short sidebar.

17          MR. CROOKS:  A short sidebar.

18          THE COURT:  Okay.  I love it when there's agreement.

19      (Sidebar discussion on the record as follows:)

20          MR. PALMER:  Judge, I have about a 25-minutes witness

21  coming in.  I --

22          THE COURT:  How long on cross?  I mean, who is the

23  witness?

24          MR. PALMER:  Peter Livingston, he's a radiologist.

25  And he's down here now and he's been sitting in the lobby.  I

TUESDAY, JUNE 23rd, 2009

169

1    would like to get him on and off the stand.  That leaves us

2    with the plaintiff, and as far as live testimony, we're pretty

3    much -- we're done.

4         MR. CROOKS:  Your Honor, if at all possible, my

5    understanding and concern with respect to --

6         THE COURT:  We're not finishing your client today.  I

7    can tell you that right now, because I'm not going much past

8    5:00.  So be can either do another half hour of her testimony

9    or we can get him off and on and it better be fast.

10        MR. CROOKS:  Your Honor, his testimony is not going

11   to last half an hour.  And our cross is not going last 10

12   minutes.  So it will push past --

13        THE COURT:  Of the doctor?

14        MR. CROOKS:  Exactly.  I mean, if at all possible we

15   ask that this doctor come back tomorrow.

16        THE COURT:  Why?

17        MR. CROOKS:  Well, so we can possibly resume with

18   Ms. Mathura for 30 minutes.  Because his testimony will last

19   about an hour, too.

20        THE COURT:  Whose testimony?

21        MR. PARKER:  The doctor.

22        THE COURT:  You said 20 minutes.

23        MR. PARKER:  No way.  It's going to be 20 minutes,

24   Judge.

25        THE COURT:  I'll hold him to it.  And how much do you

TUESDAY, JUNE 23rd, 2009

1    need for cross?

2         MR. CROOKS:  We're probably going to need --

3         MR. PARKER:  15 minutes.

4         MR. CROOKS:  Probably need 30 minutes, Judge.

5         MR. PARKER:  Conservatively.  We want to make this --

6    Judge, we are returning to this situation and the client is --

7         THE COURT:  Well, what's the situation with your

8    doctor?  Can he come back?

9         MR. PALMER:  No, he can't.  That's the problem.

10   Dr. Livingston is going to testify with regarding to the MRI

11   before the incident which Dr. Hall did, and the MRI after the

12   incident.

13        THE COURT:  I'll hear Dr. Livingston just like I took

14   Dr. Hall out of order at your request, and I took Dr --

15   whoever it was who testified the first day, Dr. Nordt.  It

16   seems like it was a lot longer than yesterday.

17        MR. CROOKS:  Your Honor, is there a time period in

18   which we anticipate wrapping up today, due to the weather

19   conditions?

20        THE COURT:  No.  I'm not limiting it based on weather

21   conditions.  As far as I'm concerned, the weather is what the

22   weather is.  And we will go -- I will limit you to 20 minutes

23   and I will let you ask your cross-examine -- you can take the

24   time you need for your cross-examination, but I don't expect

25   you to be, you know, repetitive.

                    TUESDAY, JUNE 23rd, 2009

171

1          MR. CROOKS:  Thank you, very much, Your Honor.

2          THE COURT:  We've already interrupted her and there's

3   no way we're going to finish her within the same time that

4   Dr. Livingston's testimony.  So I suggest you get to the

5   point.

6          MR. PALMER:  I will.

7          THE COURT:  And then you can have whatever time you

8   need for cross.

9          MR. PALMER:  One of these witnesses, I ask to have

10  his name and what he looked at and sit down.

11     (End of sidebar discussion.)

12          THE COURT:  We're going to take another witness out

13  of order to accommodate his schedule.  So I'm going to let the

14  defendant call his next witness.

15          MS. ELFENBEIN:  Judge, we brought a light box for the

16  radiologist.  Is it possible for me to set it up and plug it

17  in?

18          THE COURT:  I suppose so.  I thought maybe you were

19  building a spaceship over there.

20          MS. ELFENBEIN:  No.

21          THE COURT:  Okay.  But you need to be fast.  Not you.

22  I don't want any injuries in the courtroom, please.

23          Why don't you call the witness so we have the

24  witness's name.  And then we'll ask the witness to take the

25  witness stand.  And then we'll put the witness under oath.

TUESDAY, JUNE 23rd, 2009

1          MR. PALMER:  I would like to call Dr. Peter

2    Livingston.

3          THE COURT:  And speak into the microphone, always.

4          MR. PALMER:  Peter Livingston, M.D.  At some point in

5    time, Your Honor, I'd like to move him -- there's an outlet

6    there at that light box.

7          THE COURT:  That's fine.  That's fine.  You can move

8    him over there to the corner of the box.  That's why we have

9    the jury seated in the last two rows.  Why don't we first have

10   him placed under oath.

11                    PETER ALLEN LIVINGSTON

12      having been first duly sworn, testified as follows.

13         THE COURT:  Would you please state your name and

14   spell your last name.

15         THE WITNESS:  Peter Allen Livingston.

16                    DIRECT EXAMINATION

17   BY MR. PALMER:  :

18   Q.  Dr. Livingston, what is your area of medical

19   specialization?

20   A.  I'm a diagnostic radiologist who specializes in

21   neuroradiology and MR scanning.

22   Q.  And can you give the ladies and gentlemen a brief rundown

23   of your background and training?

24   A.  After I graduated from college, I received my medical

25   degree from Yale University School of Medicine.  I did a

TUESDAY, JUNE 23rd, 2009

1  medical internship at the hospital of the University of

2  Pennsylvania.  I did my training as a radiologist at the

3  Columbia Presbyterian Medical Center as a fellow of the

4  National Institutes of Health.

5       At the conclusion of my fellowship I became an

6  attending and assisting clinical professor at the academic

7  staff of the Columbia Presbyterian Medical Center and I had

8  three responsibilities:  I was in charge of head and neck

9  imaging, which at that time was diseases of the ears, nose,

10  and throat; I was in charge of the emergency room trauma

11  center that did 50,000 examinations a year; and I was in

12  attending at the neurologic institute which was a separate

13  free-standing hospital that did nothing but diseases of the

14  brain, the spine, and the spinal cord and nerves.

15       In 1970s, when this was happening, CT scanning was

16  a new technology.  And I was recruited by the Memorial Health

17  Care System in Hollywood to come down to Florida and to be the

18  chief of neuroradiology and to start the CT scanning service

19  at Memorial Hospital.  We had the 17th body scanner in the

20  United States.  And we published the first series of herniated

21  discs diagnosed on CT scanning in the United States.

22       In 1985 I started the MR scanning service at the

23  Memorial Health Care System with our first scanner.  We now

24  have 11 MR scanners.  And in 1990 the Florida Radiology

25  Society asked me to be its chairman of the committee on CT

1   scanning and MR scanning.

2        I am the senior and a senior radiologist at the

3   Memorial Health Care System.  I'm the oldest neuroradiologist;

4   there are now five.  And I have hospital privileges at the

5   Memorial Health Care, the Memorial Regional Hospital, the Joe

6   DiMaggio Children's Hospital, Memorial West, Memorial

7   Pembroke, Memorial Miramar, and Memorial Hospital South.  And

8   my practice reads from 15 MRI scanners everyday.

9   Q.  And the MR scans that you're reading, how many of those

10  are as a result of a traumatic incident?

11  A.  Well, actually, in terms of percentage, very small.  Most

12  of the back and brain disease that we see has nothing to do

13  with trauma.  Trauma is a small part of the cause of low back

14  disease or neck disease.

15       The majority of people come in with herniated discs

16  and abnormal disc or brain problems, have never had a trauma

17  history.  At the same time, we have a trauma center which 24

18  hour a day sees major traumas that bypass all the emergency

19  rooms to come to our trauma center.

20       So in our hospital we have two CT scanners in the

21  emergency room just for emergency room patients.  There are

22  over 75 beds in the emergency room.  One CT scan dedicated to

23  trauma, one CT scan dedicated to everything else, and the

24  hospital has its own scanners.  So we see all of the trauma,

25  but it's a small percentage when you consider that we have,

TUESDAY, JUNE 23rd, 2009

1  you know, 1400 beds, 2,000 physicians and 10,500 employees.

2  That's a lot of sick people in South Broward.  So trauma is

3  significant, but not as much as everyday problems of living

4  with your body.

5  Q.  The -- at some point in time I sent you films on Lorna

6  Beach-Mathura?

7  A.  That's correct.

8  Q.  Did you have an opportunity to look at films pertaining to

9  Ms. Mathura?

10  A.  I did.

11  Q.  And can you tell us which films you looked at?

12  A.  Well, concerning the cervical spine, I saw MR scans of

13  9/11/02, 6/17/03, and 6/29/05.

14        But of the lumbar spine I saw MR scans of 3/28/02,

15  6/17/03, x-rays from 3/1/05, and MR scan of the lumbar spine

16  and the sacrum on 12/6 -- excuse me, 12/7/06.

17  Q.  Now, the cervical films that you read, the MR films and

18  the cervical spine all predated our incident of August 30,

19  2006?

20  A.  That is correct.

21  Q.  And can you tell the ladies and gentlemen of the jury

22  whether the findings -- or whether your observations in those

23  films -- and we're going to talk about the lumbar film a

24  little bit more thoroughly.  But when the cervical findings

25  were, essentially, the same or had changed?

TUESDAY, JUNE 23rd, 2009

1          MR. CROOKS:  Objection.  Leading, Your Honor.

2          THE COURT:  Sustained.

3          MR. PALMER:  Okay.

4  Q.  Can you tell us what your findings were on the cervical

5  MRIs?

6  A.  The cervical MRs are -- basically, showed degenerative

7  desiccation of the disc throughout the cervical spine; and

8  there was a bulging disc at C5-C6, and a bulging disc at

9  C6-C7, with a questionable tiny herniation on the right at

10  C6-C7.

11          Neither of these affected the cord or the existing

12  nerve roots which are the two most important things in the

13  spine.  And that was in June of '03.

14          And the subsequent examination in June of '05 showed

15  no confirmed herniation at C6-C7, and a bulging disc at C5-C6;

16  both of these, however, were done before the events of

17  8-30-06.

18  Q.  You mentioned that the earliest one, the MR done in '02,

19  did not impinge upon any vital neurologic entities?

20  A.  It was actually '03, the one that I reviewed; it did not.

21  Whenever you look at an MR of the spine, you're asked to find

22  out is there an abnormality?  If there is, how big is it and

23  what is it.  Because it could be disc disease, it could be a

24  tumor, it could be infection.

25          But, most importantly, is it putting at risk the

177

1  spinal cord, because if you hurt the spinal cord, you may be

2  paralyzed; or an exiting nerve root which comes out of the

3  spinal cord on either side, like my arms, because if you

4  injure a nerve root, you may lose the function of that nerve

5  root in the form of weakness, or abnormal sensation, or loss

6  of reflexes.

7  Q.  Okay.  The cervical spine MRI of June 29, 2005.  If you go

8  to your review of the MRI of the cervical spine of June 29,

9  2005, did you make comment upon the C5-6 area?

10  A.  Yes.

11  Q.  And what did you note there?

12  A.  There was a bulging disc only.  That means that the disc

13  was slightly projecting beyond the bone.  The disc has two

14  parts, a central nucleus and very tough annulus.  And when you

15  have a bulging disc, that means the annulus is still intact

16  and the disc extends slightly beyond the bone, sort of like my

17  stomach extends beyond my belt.  It's nonfocal because the

18  annulus is intact.  It's like pushing down on a doughnut and a

19  doughnut spreads out in all directions.

20        When you have a herniation, which was not present at

21  C5-C6, there's a hole in the annulus, so the nucleus can come

22  out like jelly out of a doughnut.  And that herniation or a

23  herniation can affect the cord or the exiting nerve roots.

24  There was no herniation at 5-6, the nerve roots and the cord

25  were perfectly fine.  This is very mild abnormality.

TUESDAY, JUNE 23rd, 2009

178

1    Q.  Now, if you go to the next level C6-C7, is that the next

2    level up or the next level down?

3    A.  The next level down.

4    Q.  And what were your findings at that level?

5    A.  There was a very small herniation, which means there's a

6    hole in the annulus, but it was small.  It only stuck back a

7    little bit and did not come anywhere near the cord or the

8    exiting nerve roots.

9    Q.  And if it did not approach the cord or the exiting --

10   exiting.  I'll strike that, I'm sorry.

11       If it didn't approach the cord or the exiting nerve

12   roots, what is the significance of that?

13       MR. CROOKS:  Objection, Your Honor.  Leading.

14       THE COURT:  Overruled.

15       THE WITNESS:  First of all, it means it's abnormal.

16   It means that the spinal cord and the nerves are not at risk,

17   so that you don't have to treat or worry about the patient

18   aggressively, because the most important structures are fine.

19       You cannot -- it doesn't mean that that disc is

20   necessarily symptomatic, it just means it's there, but it's an

21   anatomic abnormality and that's the way you call it.

22       So this patient had an abnormal cervical spine at two

23   levels, which are two of the three most common levels to have

24   disc disease in the cervical spine.

25   Q.  As to whether those questionable levels were causing any

TUESDAY, JUNE 23rd, 2009

1   symptoms, can you state an opinion?

2   A.   From the imaging, you cannot tell whether or not it's

3   symptomatic.

4   Q.   If you go to -- let's take a look at the MR films.   What

5   are the dates of the MRIs of the lumbar spine that you looked

6   at?

7   A.   The ones that I reviewed are 3/28/02, 6/17/03, and

8   12/7/06.

9   Q.   Okay.   Now, you're aware that one of the reasons I sent

10   these films to you is that there's an incident here that took

11   place August 30, 2006?

12   A.   I was aware of that.   It did not affect my reading.   But

13   I'm aware that two of these MRs were done before the event in

14   question, and one of the MRs was done after the event in

15   question.

16   Q.   Now, did you take the MRI films of the lumbar spine and

17   put them up on your view box to compare the ones which were

18   taken before the date of the incident to the one afterwards?

19   A.   What I did was I looked at all of the images in this

20   patient in the same chronological order they were taken.   I

21   didn't know anything about this case when I got the films.   I

22   got the films, they were put in order by my staff.   And I read

23   them as if I never knew anything about the patient.   It was

24   only after I -- that's why I read the cervical spines.   It was

25   only after I read everything that I learned what the date of

1  loss was and I started comparing them.  But I read it,

2  essentially, cold, without any information.

3  Q.  After reading or looking at the MRI studies of the lumbar

4  spine, did you come to opinions pertaining to what they

5  showed?

6  A.  Absolutely.

7  Q.  And at this point would it be beneficial for you to take

8  the light box and show the jury the scans in order to go over

9  your testimony?

10  A.  I could do that.

11        THE COURT:  And I'll let counsel for the plaintiff,

12  if you want to come around here, standing in front of the jury

13  box, but -- so that you can get a view of it, also, you can do

14  that.

15        THE WITNESS:  May I go in the jury box so I can get

16  to the box?

17        THE COURT:  Yes, as long you just stay in that area

18  and don't invade their space.  I'm not sure how that jury box

19  opens up there.  Okay.  And you need to use the hand-held

20  microphone.

21  BY MR. PALMER:  :

22  Q.  Which films are you first going to deal with, Doctor?

23  A.  This is 3/28/02.

24  Q.  Can you tell us what your findings on that MRI on the

25  lumbar spine is?

TUESDAY, JUNE 23rd, 2009

1  A.  The MR is abnormal at one level called L5-S1.  There are

2  five lumbar vertebrae, numbered 1 through 5, and then you get

3  to the sacrum which is your, between your pelvis.  And at the

4  lowest disc space of L5-S1, there is an abnormality.  The disc

5  is desiccated, it's dried out, and there is a bulging disc; it

6  has an abnormal shape.  There is no herniation.  There's no

7  stenosis.  There's no nerve root compression.

8          In the back of the spine, there are joints.  Without

9  the disc and the joints, you couldn't bend.  The joint on the

10 right has arthritis.  That's in 2002.

11 Q.  Is that something that you can see on the MRI study?

12 A.  Yes.  Now, the vertebral bodies -- we're looking at these

13 lumbar spine from side to side.  This is the abdomen of

14 Ms. Beach -- I'm sorry, is it Beach-Mathura?  I don't want to

15 destroy her name.  I hope that's correct.

16          THE COURT:  That's all right.

17          THE WITNESS:  Okay.  And what an MR does, is it

18 slices the body without actually touching the body, from side

19 to side.  So we're looking at a series of pictures from the

20 left side to the right side in the middle of her body where

21 her spine is.

22          So the vertebral bodies are dark gray and they're

23 like a series of blocks on top of each other.  And between the

24 blocks is a disc or an ellipse which is a protein disc.  The

25 disc is not bone, it's pure protein.  There are no living

TUESDAY, JUNE 23rd, 2009

1  cells.  No blood vessels.  It's a literal protein cushion

2  that's relatively soft in the center called a nucleus and

3  tough as can be around the sides and all around to hold the

4  nucleus in place because, after all, the disc is holding up

5  the body just like the bone.

6         Now, there's a disc found here that is lower than the

7  normal L5-S1 disc.  Sometimes, when the body forms, the L5

8  vertebral body is attached to the sacrum, and sometimes the

9  first sacral segment is detached from the sacrum and sits

10 free.  That's called "lumbarization" of S1.  And based on the

11 other anatomy from the axials, this is actually S1-S2.  It's

12 not the L5-S1 disc.  That leads to a little confusion in

13 reports later on.  But this is L5.  This is S1.  This is L5.

14 And you can see that the normal discs above are relatively

15 bright.

16        This examination is designed to turn water white.  So

17 if you look behind the disc and bone, you see a big white

18 column.  That big white column is a fluid-filled sac.  And in

19 that fluid-fill sac is a gray column; that's the spinal cord.

20 And down from the spinal cord comes spinal nerves.

21        And what we're interested in is looking at the disks.

22 The disc at L5-S1 is black, while all the other disks are

23 white.  This is 2002.  Why is that?  The disc is protein.

24 There are light proteins and there are heavy proteins.  It's a

25 soup of different proteins.  It's like a Mulligan stew.  Some

TUESDAY, JUNE 23rd, 2009

1   light proteins, some dense proteins.

2          When the body is under stress, it removes the light

3   proteins and leaves the heavy denser proteins behind, because

4   they have more tensile strength when they're packed together.

5          The light proteins hold water, the dense hold

6   proteins don't.  So when the light proteins go away, the disc

7   becomes darker from the rest of the disks because it has less

8   water, because we're looking at water.

9          Then what we do is we look down the back of the bone

10  and disks, basically, to see if anything sticks out.  Like a

11  speed bump in a parking lot, you're looking for a bump.  And

12  there's a very subtle bump at L5-S1.  Sometimes you can have a

13  dry disc, but a normal shaped disc.  This disc has a little

14  bit of a bump.  So when you're done doing that, you say, well,

15  is the bump the same from left to right?  As if I were slicing

16  my stomach from left to right.  If it's the same on all the

17  images, it's a bulge.  If it sticks out more on one image than

18  another, it's a herniation.

19         We also have -- too many things in my hand, that's

20  why I'm a radiologist and not a surgeon.

21         It's hard to see because these pictures are so small,

22  but this is L5-S1.  The disc shape is almost completely flat.

23  There's no bump sticking out.  So on this picture, L5-S1 is

24  abnormal, it's dried out, it's desiccated.  It has a very mild

25  bulging disc, no herniation.  And what you can't see is this,

TUESDAY, JUNE 23rd, 2009

184

1  back here there's a joint, and this joint is bigger and

2  hypertrophied than this, so there is right-side hypertrophy

3  which is nearthrosis.  2002, mildly abnormal spine,

4  particularly for the patient's age.

5  Q.  Now, if you put up the most recent MRI, which was taken

6  after the date of the incident, can you tell the ladies and

7  gentlemen of the jury what your findings are?

8  A.  Much easier to see.

9       Here is L5, -4, -3, -2, -1, -12, -11.  There are 12

10  thoracic vertebrae.  They're called thoracic vertebrae.

11      This is a directional microphone?  Okay.

12      The lowest disc space, again, is S1-S2.  So here is

13  L5-S1, again.  And you can see the cord very nicely, these

14  pictures are much bigger.  You can see the nerve roots that

15  hang down from the cord to go out at every level.  And you can

16  see that the cord and the nerve roots are out in the back.

17  They don't come forward until each level.

18      You have already picked out, I suspect, the black

19  disc which is L5-S1, that hasn't changed.  The disc height

20  hasn't changed.  And the shape of the disc is hardly abnormal;

21  it's a minimal bulge.

22      Now, you also have on this picture, if this is S1,

23  you have one, two, three, four of the five sacral segments.

24  So we can see the sacrum in this film, as well.

25  Q.  Is there any damage to the sacrum on that film?

TUESDAY, JUNE 23rd, 2009

1    A.   Can I answer that later?  This is L5-S1, it hasn't

2    changed, mild bulge.  But in these big pictures, you can see

3    that this facet articulation is a little bigger, a little

4    degenerate change.  And all these little dots, those are the

5    nerve roots.  So we can see every nerve root that leaves the

6    body.  And all the nerve roots are fine, there's nothing near

7    them.

8         This picture of the disc at 5-1 is desiccation, its

9    shape and the facet disease is exactly the same as it was in

10   2002.  Hasn't changed at all.  So there's, actually, if you --

11   more than I can show you -- in a very tiny, something called

12   an annular tear, but that was present in 2003.  But I can't

13   show you in 2003 films because it requires a computer.  It's

14   on a disc.

15        In addition to the lumbar spine, to answer your

16   question, the scan center actually did a series of pictures of

17   the sacrum.  This is the S1 segment.  This is the sacrum.  And

18   if you ever wanted to know what your coccyx looks like, it's

19   down here at the very tip of your tailbone.  The sacrum and

20   coccyx are absolutely normal, period.

21        So the only abnormality in the lumbar spine in this

22   individual is a bulging disc and a desiccated disc at 5-1 that

23   hasn't changed from 2002.  That's the radiology.

24   Q.   I have to ask this question, Doctor.  Do you have an

25   opinion within a reasonable degree of medical probability as

1  to whether there's any objective evidence on MRI, CT scan, or

2  radiograph which indicates that Ms. Beach-Mathura has

3  sustained an injury as a result of the August 30, 2006,

4  incident?

5       MR. CROOKS:  I would object, Your Honor.

6       THE COURT:  Okay.  And what is the basis of your

7  objection?  The legal basis.  I don't want argument, just the

8  legal basis of your objection.

9       MR. CROOKS:  Well --

10      THE COURT:  Cite the rule of evidence, that might be

11  helpful.

12      MR. CROOKS:  Just one second, Judge.

13      THE COURT:  What is the legal basis?

14      MR. CROOKS:  Expert testimony, not properly qualified

15  as an expert with respect to this matter, Judge.  I cite

16  the --

17      THE COURT:  Okay.  You haven't asked him to be

18  declared as an expert.

19      MR. CROOKS:  Counsel has not laid the proper

20  foundation to declare the witness as an expert with respect to

21  this matter, therefore --

22      THE COURT:  What's missing from the foundation?

23  Well, let me first ask you, you haven't asked him to be

24  declared an expert in his field.

25      MR. PALMER:  I can do that.  I would like to have

TUESDAY, JUNE 23rd, 2009

1   Dr. Livingston tendered as an expert in this court as an

2   expert in the field of radiology and, specifically,

3   neuroradiology.

4           THE COURT:  Mr. Crooks?

5           MR. CROOKS:  I'll object, also, to that, Your Honor.

6           THE COURT:  Okay.  And what is the basis for your --

7   do you want to voir dire him on his expertise in the area of

8   neuroradiology?

9           MR. CROOKS:  To some degree, yes, Your Honor.

10          THE COURT:  Fine.  I will let you voir dire him on

11  his expert credentials.

12                      VOIR DIRE EXAMINATION

13  BY MR. CROOKS:  :

14  Q.  Good afternoon, Dr. Livingston.

15  A.  Good afternoon.

16  Q.  Where did you attend school?

17  A.  Medical school?

18  Q.  Correct.

19  A.  Yale.

20  Q.  How long have you been in practice?

21  A.  I've been doing radiology since 1968.  I was in academic

22  radiology from 1972 to 1975.  And I've been director of

23  neuroradiology and MR scanning -- or, codirector of

24  neuroradiology and MR scanning at the Memorial Health Care

25  System since 1975.

TUESDAY, JUNE 23rd, 2009

1  Q.   Your facility, what's the name of your facility?

2  A.   It's the Memorial Health Care System that includes

3  Memorial Regional Hospital, Joe DiMaggio Children's

4  Hospital, Memorial Hospital South, Memorial Pembroke, Memorial

5  Miramar, and Memorial West.

6        All of these sites are interconnected electronically,

7  so all of the neuroradiology of brain and spine go to the

8  neuroradiologist, wherever they're sitting, all the pediatric

9  images go to the pediatric radiologist, all of the breast

10 imaging going to the mammographers.  We're subspecialized so

11 no matter where your scan is taken, if I'm the reader, I see

12 it no matter what institution you were scanned in.

13 Q.   Is that collectively known as Consultants in Diagnostics

14 Imaging?

15 A.   No, Consultants in Diagnostic Imaging is separate from

16 Memorial Health Care System.  It has nothing to do with

17 patient care.

18       In 1985 when I started MR scanning, in 1986 an

19 attorney asked me to give an opinion on the MRs, I decided to

20 make myself available to the legal community.  And over 23

21 years, it became busy enough that I could no longer do it out

22 of Memorial Hospital because I didn't have a space or a time.

23       So I review medical/legal cases and consultants at

24 Diagnostic Imaging and I don't do any patient care there and I

25 don't do any consultant work at Memorial Hospital.

TUESDAY, JUNE 23rd, 2009

1    Q.   What type of imaging do you utilize, mostly?

2    A.   At Memorial?  There's no imaging consultants in Diagnostic

3    Imaging.  It's purely review cases.  In MR scanning -- in

4    Memorial the imaging we use for neuroradiology is x-ray, CT,

5    MR, myelograms, cerebral angiograms.

6             In the other areas of radiology --

7    Q.   Hold on, could you repeat that slowly, please?  X-ray?

8    A.   X-ray.

9    Q.   CT.

10   A.   CT, MR, magnetic resonance, myelograms, cerebral

11   angiograms.

12   Q.   Okay.

13   A.   That's in neuroradiology.

14            Then in all the other areas of radiology it includes

15   ultrasound, nuclear medicine, and all the modalities of a

16   modern radiology practice which includes --

17   Q.   What would those modalities be?

18            THE COURT:  You need to let him finish his answer.

19            MR. CROOKS:  I'm sorry, Your Honor.

20   A.   This includes x-ray, CT, MR, ultrasound, nuclear medicine.

21   That covers 99 percent of what we -- the technologies we use.

22   Q.   You would consider that the most advanced technology?

23   A.   We practice the most advanced technology at Memorial

24   Hospital.

25   Q.   That's at Memorial Hospital?

TUESDAY, JUNE 23rd, 2009

1  A.  Well, the same technology is used in the rest of the

2  country.

3  Q.  Do you utilize digital motion x-ray --

4  A.  We do --

5  Q.  -- yes or no?

6  A.  All of our radiology is digital including our mammography.

7  Fluoroscopic imaging and motion imaging I -- I do.  I don't

8  know precisely what you're referring to as digital motion

9  imaging.

10 Q.  Do you utilize DMX, also known as digital motion x-ray,

11 within your practice, yes or no?

12 A.  Since I'm not sure what you're referring to, I'd have to

13 say no.

14 Q.  Digital motion x-ray which would be a type of very

15 advanced x-ray situation that is very current today?

16 A.  All -- as I said, I don't know what you're referring to in

17 digital motion or DMX, if it's video --

18 Q.  You've heard of the term --

19        THE COURT:  Let him finish his answer, Counsel.  He's

20 in the middle of trying to explain it.

21        MR. CROOKS:  I apologize, Your Honor.

22 A.  I'm not familiar with the term, so I can't respond to your

23 question.

24 Q.  Fluoro-based x-ray coupled with digital and optic

25 technology would be digital motion x-ray or DMX.  Are you

TUESDAY, JUNE 23rd, 2009

1  familiar with that terminology?

2  A.  If you're referring to digitized images of fluoroscopic

3  motion of the spine, that I'm familiar with.

4  Q.  Do you utilize that?

5  A.  No, we do not.

6  Q.  And these photographs, here, that you've presented today,

7  do not utilize that technology, either?

8  A.  They're not x-ray, they're MR.

9  Q.  Did you utilize any analysis with respect to DMX prior to

10  doing the MRs?

11  A.  No, they're totally unrelated.

12  Q.  The DMX, or digital motion x-ray, calls for a realtime

13  motion of the spine, is that correct, in terms of looking at

14  the spine as it flexes and bends; is that correct?

15  A.  Yes.

16  Q.  Okay.

17  A.  I have reviewed by that type of exam, but we do not

18  utilize it at the Memorial Health Care System.  We -- and it's

19  a radiologic exam that does look at -- it's a video of an

20  x-ray examination while the patient moves their neck or their

21  lumbar spine.  We don't use that at the Memorial Health Care

22  System.  And it's an x-ray technology, and all it is, is it's

23  a video of an x-ray motion.

24          MR. CROOKS:  Your Honor, based on the voir dire of

25  this witness with respect to the fact that they do not utilize

TUESDAY, JUNE 23rd, 2009

1 | the most current form of fluoroscopic x-ray imaging and have

2 | not utilized that with respect to the analysis put forth

3 | here --

4 |       THE COURT:  Mr. Crooks, there's been no evidence in

5 | this case, at all, about DMX.

6 |       MR. CROOKS:  I understand that, Your Honor.

7 |       THE COURT:  And the images that he examined weren't

8 | DMX, correct?

9 |       MR. CROOKS:  Correct.

10 |       THE COURT:  And you're not contending that?

11 |       MR. CROOKS:  I am not contending that the DMX --

12 |       THE COURT:  Okay.  I will overrule your objection to

13 | him being considered an expert in the area of neuroradiology.

14 | And I will find that he is an expert in that field.

15 |       MR. CROOKS:  Thank you.

16 |       MR. PALMER:  Thank you, Your Honor.  Before we got

17 | into the voir dire of the witness, I had asked a hypothetical

18 | question to --

19 |       THE COURT:  Why don't you repeat whatever question it

20 | is you want him to answer.

21 | BY MR. PALMER:  :

22 | Q.  Doctor, based upon your background, training, and

23 | expertise in the field of radiology, as well as your review of

24 | the MRI films in this case of Ms. Beach-Mathura, do you have

25 | an opinion within a reasonable degree of medical probability

TUESDAY, JUNE 23rd, 2009

1  whether there is any objective evidence of injury as it

2  relates to an August 30th, 2006, incident occurring in Tokyo?

3  A.  I do have an opinion.  There is absolutely no evidence of

4  an injury related to the events of that day because the MR

5  scans haven't changed one iota.

6          MR. CROOKS:  Thank you, I will tender the witness.

7          THE COURT:  Okay.  Cross-examination?

8                        CROSS-EXAMINATION

9  BY MR. CROOKS:  :

10 Q.  I just have a few questions.  Dr. Livingston, you are here

11 today to testify based on the images which you have set forth;

12 is that correct?

13 A.  That's correct.

14 Q.  With respect to these images, you were obtained and

15 retained by American Airlines to put forth the images that we

16 see here today, correct?  That's yes or no.

17 A.  I was retained to review the images and I did; and I was

18 retained by the attorneys for the airlines, that's correct.

19 Q.  And you were retained and paid a fee to testify, here,

20 today with respect to the analysis of these images which are

21 put forth here today, correct?

22 A.  Yes.

23         MR. CROOKS:  I have no further questions.  Thank you,

24 very much, Doctor.

25         THE COURT:  Okay.  Thank you.  At this time, I'm

TUESDAY, JUNE 23rd, 2009

```
 1   going to let the jury go.  We'll recess.  It's 5 -- I'm sorry,

 2   you know, I neglected to ask the jury if you had any

 3   questions.  And I also neglected to ask if you had redirect.

 4            MR. PALMER:  I have no redirect.

 5            THE COURT:  Okay.  I apologize.  That was just an

 6   assumption on my part.  So I'm going to let the members of the

 7   jury go.  I don't know what the weather conditions are

 8   outside, but I've been hearing thunder.  So, hopefully, it

 9   won't be too bad.  Any reason why we shouldn't let the jury go

10   at this time?

11            MR. PALMER:  No.

12            THE COURT:  Okay.  I'll also let the doctor go.

13            THE WITNESS:  Thank you, Your Honor.

14      (Jury withdrew from the courtroom at 5:14 p.m.)

15            THE COURT:  Is there anything that we need to take up

16   before recessing?  I'd like to know what is -- can you give me

17   an idea of what the rest of the plaintiff's case is going to

18   be tomorrow?  We'll resume with the cross- examination of the

19   plaintiff.

20            MR. CROOKS:  Yes, Your Honor.

21            THE COURT:  And then after that?

22            MR. CROOKS:  We will have one medical treating

23   individual testify.

24            THE COURT:  And who will that be?

25            MR. CROOKS:  Dr. Rudolph, Your Honor.
```

TUESDAY, JUNE 23rd, 2009

1      THE COURT:  Okay.

2      MR. CROOKS:  Additionally, Your Honor, I will be in a

3  sounding in the morning time, Mr. Parker will be here, if Your

4  Honor will allow me to go to state court early in the morning

5  to deal with that matter.  Mr. Parker will be here.

6      Additionally, Your Honor, I also have a mid-day

7  hearing in state court, as well.  And I will ask Your Honor's

8  permission to slip out very quietly to address that matter, as

9  well.  And Mr. Parker, once again, will be here to deal with

10 the issue at hand.

11     THE COURT:  Well, as long as Mr. Parker is here to

12 conduct the trial, he's lead counsel, he's been counsel in the

13 case, I'll permit you to attend to the other state court

14 matters that you need to attend to.

15     But what I don't want to have happen is if you start

16 a witness, you're with that witness.

17     MR. CROOKS:  Absolutely, Your Honor.

18     THE COURT:  What time in the afternoon is your

19 proceeding?

20     MR. PARKER:  I'll be here tomorrow morning, your

21 Honor.

22     THE COURT:  Since you did the direct of the

23 plaintiff, you would be doing any redirect as well.

24     MR. PARKER:  Yes, Your Honor.  Okay.

25     MR. CROOKS:  I have an 11:30 in front of the

TUESDAY, JUNE 23rd, 2009

1   Honorable Judge Hernandez; and a 9:30 in front of the

2   Honorable Judge del Pino.

3        THE COURT:  Okay.  Well, as I said, I'm not going to

4   delay the trial for you to attend state court proceedings, but

5   I have no problem with you leaving.  And I appreciate you

6   letting me know that so you can come here when you're

7   available.

8        MR. CROOKS:  Thank you, judge.

9        THE COURT:  After Dr. Rudolph, just for planning

10  purposes?

11       MR. PARKER:  I don't know what the other side has

12  tomorrow --

13       THE COURT:  Well, I'm going to ask them.  But I want

14  to ask you, first, because, at least in theory, the

15  plaintiff's case goes first.  I know it hasn't exactly worked

16  out that way.  But, in theory, you go first --

17       MR. PARKER:  Absolutely.

18       THE COURT:  -- with all of your witnesses and then we

19  have the defense case.  But I do try to accommodate, you know,

20  witnesses who have other obligations such as physicians,

21  lawyers, or other people who just need to be places whether

22  it's doctor's appointments, or whatever.

23       So those are your -- those are your only -- those are

24  going to be your remaining witnesses?

25       MR. PARKER:  Yes, Your Honor.

TUESDAY, JUNE 23rd, 2009

1    THE COURT:  Okay.  And now let me ask from the

2  defense, what do you have planned for tomorrow?

3    MR. PALMER:  Your Honor, I have parts of two

4  depositions.  We have designated -- certain parts of a couple

5  different depositions.  I think we're going to edit those.

6  And I think they'll be even smaller than what we've

7  designated.

8    I foresee us being done with our evidence shortly

9  after the plaintiff is done.  I would anticipate being able to

10  give closings tomorrow.  I may be being optimistic.

11    THE COURT:  Okay.  Well, then, we definitely need to

12  review the jury instructions which I -- which we have prepared

13  and I'll be able to hand out in the morning since they haven't

14  been contested.  I don't know if there are any issues or any

15  changes to those, to those jury instructions.  But if there

16  are, I'll ask both sides to let me know, in light of the

17  evidence that has come in, so -- insofar.  But we'll

18  definitely have the jury instructions ready to go for you to

19  take a look at because you need them for your closings, for

20  sure.

21    The only issue -- the only other issue that comes up

22  from time to time is, and I always throw this out as an

23  option, but I will tell you at the outset that unless

24  everybody agrees, I'm not going to do it.  There are times

25  when we have the jury instructions before closings.  And then

TUESDAY, JUNE 23rd, 2009

1    I give the jury instructions, the attorneys give their

2    closings, and then the jury goes out and deliberates.  Most of

3    the time the attorneys prefer that I give the jury

4    instructions after the closings.

5            So just something to think about.  You don't need to

6    tell me right now.  It's something to think about if you're

7    interested in it, I'll consider that.  And then I also need to

8    know how much time you want for your closing arguments.

9            And you can think about that, unless you have an idea

10   at the present time.  Mr. Parker?

11           MR. PARKER:  We will think about that, Your Honor.

12           THE COURT:  Okay.  But I'm generally pretty liberal

13   on the length of time I allow for closing arguments.

14           So is there anything further that I need to do today,

15   Mr. Parker?

16           MR. PARKER:  Not at this time, Your Honor.  I'll

17   endeavor to make sure that my client is here in the morning at

18   9:30.

19           THE COURT:  Okay.  Thank you.  Is there anything on

20   your end, Mr. Palmer?

21           MR. PALMER:  No, Your Honor.

22           THE COURT:  Okay.  Fine.  And even if she isn't, you

23   should be.  Because at that point we'd be able to go over jury

24   instructions and finalize matters.  Okay.  Then we'll be in

25   recess until 9:30 tomorrow morning.  And, hopefully, you won't

TUESDAY, JUNE 23rd, 2009

1  hit bad weather on the way home this evening.

2          And, Mr. Crooks, I look forward to seeing you

3  whenever you can be here, you can slip out whenever you need

4  to slip out.

5          MR. CROOKS:  Thank you, very much, Judge.

6          THE COURT:  Thank you.

7          MR. CROOKS:  I greatly appreciate it.

8          THE COURT:  No problem.  We'll be in recess.

9      (Proceedings were adjourned at 5:21 p.m.)

10                        * * *

11      I certify that the foregoing is a correct transcript

12  from the record of proceedings in the above matter.

13

14  Date:  Saturday, August 21, 2010

15

16          s/ JUDITH M. SHELTON, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter

17

18

19                        * * *

20

21                   INDEX TO WITNESSES

| 22 | | D | C | RD | RC | V |
|---|---|---|---|---|---|---|
| 23 | Lorna Beach-Mathura | 3 | 69 | | | |
| 24 | Anthony James Hall | 123 | 152 | 165 | | |
| 25 | Peter Livingston | 172 | 193 | | | 187 |

TUESDAY, JUNE 23rd, 2009

200

```
 1
 2                     INDEX TO EXHIBITS
 3   PLAINTIFF'S
 4                           I.D.        ADMITTED
 5      1  ..................      7
 6
 7   DEFENDANT'S
 8      41  ..................       90            95
 9
10
11                    INDEX TO TRANSCRIPT
12   Jury Sworn                                   15
13   Jury Impaneled                              126
14
15                        *  *  *
16
17
18
19
20
21
22
23
24
25
```

TUESDAY, JUNE 23rd, 2009

**$**
**$1,350 [1]** 135/22
**$10,000 [1]** 142/22
**$15,000 [1]** 142/22
**$20 [2]** 146/7 146/25
**$20,000 [1]** 145/13
**$3,000 [1]** 142/19
**$30 [1]** 145/13
**$30,000 [2]** 146/7 146/25
**$33,572.60 [1]** 101/6
**$6,000 [1]** 142/20

**'**
**'02 [4]** 108/15 108/15 108/17 176/18
**'03 [2]** 176/13 176/20
**'05 [3]** 154/21 154/22 176/14
**'06 [2]** 103/11 103/19
**'07 [1]** 154/22
**'08 [1]** 154/22
**'98 [1]** 105/24
**'reign [1]** 98/11

**-**
**-1 [1]** 184/9
**-11 [1]** 184/9
**-12 [1]** 184/9
**-2 [1]** 184/9
**-3 [1]** 184/9
**-4 [1]** 184/9

**0**
**01-9041 [1]** 1/19
**02 [4]** 175/13 175/14 179/7 180/23
**0239 [1]** 1/13
**03 [3]** 175/13 175/15 179/7
**05 [2]** 175/13 175/15
**0593 [1]** 62/1
**06 [3]** 175/16 176/17 179/8
**08-21925 [1]** 2/1
**08-21925-CIV [1]** 1/3

**1**
**1.5 [1]** 144/23
**10 [11]** 2/21 11/1 130/21 131/4 131/5 136/24 137/20 156/22 163/14 164/7 169/11
**10,500 [1]** 175/1
**100 [3]** 25/21 130/9 156/16
**101 [1]** 13/16
**102 [1]** 13/16
**104 [2]** 1/12 13/16
**105 [1]** 130/9
**10:28 [1]** 1/7
**10:29 [1]** 3/7
**11 [6]** 9/12 12/9 112/16 113/1 173/24 184/9
**112 [1]** 46/23
**11:00 [1]** 8/10
**11:15 [1]** 56/1
**11:30 [1]** 195/25
**11:44 [1]** 54/4
**11:47 [1]** 56/2
**12 [21]** 12/2 36/6 36/7 36/8 37/2 52/15 53/11 54/1 61/24 62/5 62/7 87/2 126/6 151/1 151/6 151/8 151/8 151/11 152/9 184/9 184/9
**12/6 [1]** 175/16
**12/7/06 [2]** 175/16 179/8
**1201 [1]** 124/2
**123 [1]** 199/24
**126 [1]** 200/13
**13 [10]** 51/14 74/14 74/18 74/19 74/20 74/21 74/24 74/25 75/2 75/3
**13899 [1]** 1/15

**14 [2]** 59/24 75/2
**1400 [1]** 175/1
**15 [11]** 2/21 54/10 81/2 81/11 85/2 118/20 119/18 131/1 170/3 174/8 200/12
**152 [1]** 199/24
**153 [1]** 1/15
**154 [3]** 61/24 62/7 62/8
**155 [1]** 51/14
**165 [1]** 199/24
**17 [2]** 113/7 113/8
**172 [1]** 199/25
**176 [1]** 28/1
**17th [1]** 173/19
**18 [7]** 4/20 57/3 57/13 57/17 57/19 57/21 61/6
**183rd [1]** 1/12
**187 [1]** 199/25
**19 [3]** 4/20 27/11 61/25
**193 [1]** 199/25
**1968 [1]** 187/21
**1970s [1]** 173/15
**1972 [1]** 187/22
**1975 [3]** 4/16 187/22 187/25
**1976 [1]** 147/10
**1980 [3]** 7/2 7/3 70/8
**1981 [1]** 147/10
**1984 [1]** 147/10
**1985 [2]** 173/22 188/18
**1986 [1]** 188/18
**1988 [1]** 124/9
**1990 [1]** 173/24
**1995 [3]** 124/15 124/20 124/22
**1996 [13]** 13/9 73/20 73/25 85/22 86/4 105/4 105/13 105/19 105/25 107/16 107/20 109/7 110/13
**1998 [4]** 10/22 11/5 11/12 13/12
**1999 [3]** 105/19 105/25 126/10
**1:15 [4]** 52/15 52/15 53/12 54/1
**1:28 [1]** 56/2
**1:40 [1]** 63/21
**1st [4]** 20/9 23/9 48/22 99/24

**2**
**2,000 [1]** 175/1
**2.5 [1]** 145/20
**20 [7]** 17/18 50/1 118/23 119/18 169/22 169/23 170/22
**200 [2]** 25/19 124/2
**2000 [8]** 11/25 12/14 12/22 13/1 15/8 43/6 65/21 87/5
**2001 [12]** 14/1 14/1 106/25 107/23 109/10 109/16 109/19 109/22 109/24 110/6 110/9 110/14
**2002 [9]** 109/25 110/6 110/9 110/14 181/10 182/23 184/3 185/10 185/23
**2003 [4]** 13/19 16/12 185/12 185/13
**2004 [4]** 72/12 111/7 113/2 113/12
**2005 [25]** 16/21 20/9 22/6 64/15 97/24 99/4 99/24 100/2 111/18 113/3 113/13 128/2 136/24 137/20 139/25 140/2 155/4 155/17 155/20 155/21 163/6 163/14 164/8 177/7 177/9
**2005-2006 [1]** 20/25
**2006 [49]** 20/25 22/24 23/10 24/5 24/6 24/16 24/19 28/2 47/3 48/1 48/22 60/7 65/22 66/18 67/9 67/19 67/22 68/10 68/20 69/6 69/16 79/24 81/14 81/15 82/2 83/5 99/21 101/21 102/2 102/17 102/22 103/6 103/20 103/23 126/23 128/8 128/20 137/16 137/21 138/3 162/21 163/3 163/15 164/20 166/24 175/19 179/11 186/3 193/2
**2007 [1]** 155/23
**2008 [22]** 60/9 78/6 85/10 126/23 127/7

**127/11 127/22 133/11 134/21 135/2 152/21 159/9 159/16 159/20 159/22 153/13 155/25 162/17 166/1 166/7 166/21 167/16**
**2009 [14]** 1/6 57/3 57/14 57/17 57/19 57/21 61/6 61/25 65/4 70/11 82/11 89/10 99/24 113/2
**2010 [3]** 104/12 104/13 199/14
**204th [1]** 4/9
**21 [3]** 85/7 86/24 199/14
**21925 [1]** 2/1
**22 [3]** 60/4 60/6 60/8
**22nd [1]** 29/21
**23 [2]** 1/6 188/20
**230 [1]** 1/5
**23rd [2]** 24/5
**24 [3]** 24/7 87/10 174/17
**24th [1]** 24/6
**25 [11]** 50/1 57/10 57/14 57/22 58/15 58/21 58/24 59/10 120/19 121/9 130/25
**25-minutes [1]** 168/20
**2630 [1]** 4/9
**27 [8]** 57/16 57/21 58/10 58/14 58/21 58/25 120/18 121/10
**28 [3]** 89/10 99/24 113/1
**29 [5]** 139/25 140/2 163/5 177/7 177/8
**29th [1]** 29/21
**2:30 [4]** 54/23 117/14 117/16 117/18
**2:56 [1]** 115/8
**2nd [1]** 23/9

**3**
**3.5 [1]** 144/23
**3/1/05 [1]** 175/15
**3/28/02 [3]** 175/14 179/7 180/23
**30 [35]** 28/1 43/6 48/1 52/3 60/7 65/4 65/5 65/21 65/22 67/19 67/22 68/9 68/20 69/6 69/16 81/14 81/15 82/2 83/4 126/23 128/8 129/25 130/14 156/20 157/4 157/7 163/3 163/15 164/20 166/24 169/18 170/4 175/18 179/11 186/3
**3000 [1]** 1/18
**305 [4]** 1/13 1/16 1/20 1/24
**305-655-0593 [1]** 62/1
**30th [13]** 24/16 24/19 30/6 47/3 66/18 67/9 79/24 102/22 103/6 103/20 103/23 104/10 193/2
**32 [2]** 71/1 86/6
**33 [2]** 72/6 72/20
**33056 [1]** 4/10
**33101 [1]** 1/20
**33128 [1]** 1/23
**33169 [1]** 1/13
**33381 [1]** 1/15
**33316 [1]** 124/3
**341-3420 [1]** 1/16
**3420 [1]** 1/16
**35 [9]** 26/14 78/2 78/3 78/18 82/21 82/25 83/6 118/8 119/25
**35,000 [1]** 145/13
**358-5577 [1]** 1/20
**36 [4]** 82/8 82/20 82/20 84/18
**3:03 [1]** 120/8
**3:18 [1]** 120/9
**3:24 [1]** 123/4

**4**
**40 [6]** 26/14 28/6 52/3 64/22 119/25 131/1
**400 [1]** 1/23
**41 [4]** 95/16 95/17 113/6 200/8
**42 [5]** 60/13 112/15 113/1 113/7 113/8
**44 [1]** 114/7

**4**
**45 [2]** 64/22 115/3
**4:00 [1]** 121/14

**5**
**5'3 [1]** 129/18
**5-1 [2]** 185/8 185/22
**5-6 [1]** 177/24
**50 [1]** 131/2
**50,000 [1]** 173/11
**501 [1]** 13/16
**52 [1]** 127/25
**523-5294 [1]** 1/24
**5294 [1]** 1/24
**55 [3]** 100/12 101/2 101/3
**5577 [1]** 1/20
**5:00 [2]** 8/12 169/8
**5:14 [1]** 194/14
**5:21 [1]** 199/9

**6**
**6/17/03 [3]** 175/13 175/15 179/7
**6/29/05 [1]** 175/13
**60 [6]** 131/10 132/10 132/15 132/16 159/3 159/5
**655-0239 [1]** 1/13
**67 [2]** 61/12 61/22
**68 [2]** 61/12 61/22
**69 [1]** 199/23

**7**
**75 [1]** 174/22
**7:00 [1]** 8/10
**7th [1]** 154/20

**8**
**8,000 [1]** 59/12
**8-30-06 [1]** 176/17
**80 [1]** 1/19
**8N09 [1]** 1/23
**8th [1]** 1/19

**9**
**9/11/02 [1]** 175/13
**90 [8]** 130/8 130/12 132/4 132/7 132/13 132/14 132/18 200/8
**9041 [1]** 1/19
**95 [1]** 200/8
**99 [2]** 1/12 189/21
**9:00 [1]** 8/11
**9:30 [3]** 196/1 198/18 198/25
**9th [1]** 87/5

**A**
**a.m [6]** 1/7 3/7 8/10 8/11 54/4 56/2
**AA [1]** 28/1
**AA-176 [1]** 28/1
**abdomen [2]** 108/9 181/13
**abdominal [3]** 108/9 129/11 129/12
**abdominoplasty [1]** 129/12
**ability [1]** 69/17
**able [11]** 12/19 29/21 35/10 36/24 52/19 68/22 69/2 110/23 197/9 197/13 198/23
**abnormal [9]** 174/16 177/5 178/15 178/22 181/1 181/6 183/24 184/3 184/20
**abnormality [5]** 176/22 177/25 178/21 181/4 185/21
**about [126]** 4/20 7/25 11/18 16/19 16/20 16/25 17/11 17/13 17/18 18/23 22/1 23/9 24/11 25/18 25/19 26/4 26/14 28/3 31/14 36/6 36/7 37/2 37/14 39/18 40/2 41/12 43/12 45/12 45/12

46/5 47/12 47/13 52/5 52/14 59/6 59/8 61/22 65/5 66/24 65/25 69/3 71/10 74/7 76/4 76/16 77/18 79/8 79/12 81/18 81/21 81/21 81/24 82/6 82/13 82/22 83/3 83/18 84/4 84/21 85/14 85/16 85/18 87/11 88/1 88/19 88/23 89/10 89/13 95/10 99/17 102/6 103/24 105/6 105/17 105/11 105/14 107/1 108/15 110/1 110/7 111/7 111/23 112/14 114/1 114/6 114/9 115/5 115/6 118/2 119/21 122/22 124/4 124/19 129/3 130/8 130/25 132/4 135/11 140/22 141/22 141/22 143/24 145/9 145/12 145/20 145/21 146/8 146/14 149/13 149/16 153/3 154/14 155/8 159/20 161/9 168/20 169/19 175/23 178/17 179/21 179/23 192/5 198/5 198/6 198/9 198/11
**above [6]** 37/2 97/2 137/4 140/5 182/14 199/12
**absence [1]** 74/20
**absent [4]** 12/17 13/4 120/9 161/8
**absolutely [12]** 41/14 65/13 92/9 92/18 93/16 93/19 94/15 180/6 185/20 193/3 195/17 196/17
**abused [1]** 16/17
**academic [2]** 173/6 187/21
**accepted [4]** 8/16 11/5 11/10 11/19
**access [1]** 144/22
**accident [27]** 37/19 43/3 73/21 74/1 81/23 83/4 86/17 86/19 105/13 105/25 106/10 107/2 107/3 107/4 107/11 107/18 108/1 108/18 109/12 110/6 110/7 110/13 110/14 110/14 113/2 119/13 126/23
**accidents [4]** 110/9 110/13 148/24 149/4
**accommodate [2]** 171/13 196/19
**accommodations [1]** 54/16
**accompanied [1]** 29/8
**according [3]** 107/15 151/6 152/10
**account [4]** 152/1 152/4 152/6 152/8
**accurate [3]** 139/11 139/16 149/14
**acknowledged [1]** 93/3
**acoustics [1]** 27/17
**across [1]** 98/14
**action [1]** 131/14
**actually [24]** 14/1 22/11 33/10 34/23 56/20 66/14 83/22 120/22 138/15 140/7 151/22 154/21 155/6 158/4 159/9 160/9 160/17 161/3 174/11 176/20 181/18 182/11 185/10 185/16
**add [2]** 11/20 58/6
**addendum [6]** 58/24 58/25 61/6 61/8 120/24 121/2
**addition [2]** 73/11 185/15
**additional [1]** 102/7
**Additionally [4]** 130/18 154/11 195/2 195/6
**address [3]** 55/12 124/1 195/8
**addresses [3]** 81/4 81/17 85/3
**adequate [1]** 136/17
**adjourned [1]** 199/9
**administration [2]** 11/10 11/15
**administrative [6]** 8/3 8/8 8/9 9/7 9/10 10/14
**admissible [2]** 92/7 166/13
**admission [5]** 40/7 93/18 94/12 116/20 116/21
**admit [1]** 101/12
**admitted [13]** 6/17 56/24 58/2 61/21 74/12 90/3 91/18 92/6 94/4 95/16 95/17 101/11 200/4
**admitting [1]** 101/11
**adult [2]** 14/2 104/12

**adults [1]** 108/22
**advance [2]** 130/12 189/21
**advanced [4]** 6/20 189/22 189/23 190/15
**advice [1]** 44/5 48/12
**advised [1]** 9/24
**advising [1]** 12/8
**affect [5]** 138/7 138/8 138/15 177/23 179/12
**affected [9]** 67/22 68/9 68/14 68/16 68/17 68/20 68/21 69/16 176/11
**affecting [1]** 133/18
**affects [2]** 138/12 143/10
**affidavit [18]** 26/16 89/15 89/19 90/11 90/13 90/18 91/10 91/14 91/22 93/20 95/10 95/19 95/25 96/7 96/16 97/3 99/3 118/25
**after [55]** 6/2 6/6 7/11 8/21 8/22 9/5 12/24 19/4 19/5 24/22 28/6 30/8 34/22 36/11 37/23 47/25 48/21 50/17 50/23 51/4 51/11 51/11 53/10 65/20 65/21 65/22 66/18 67/19 67/23 68/23 87/6 89/11 96/25 107/6 109/22 111/12 112/7 115/6 120/3 124/16 126/4 161/8 164/20 170/11 172/24 179/14 179/24 179/25 180/3 182/4 184/6 194/21 196/9 197/9 198/4
**afternoon [10]** 63/22 70/3 70/4 85/23 123/23 152/24 152/25 187/14 187/15 195/18
**afterwards [1]** 179/18
**again [37]** 6/4 17/13 17/16 17/17 29/20 31/9 46/10 60/24 74/17 78/17 82/11 84/20 84/21 85/2 85/4 87/10 98/25 100/19 106/6 108/11 109/24 111/15 112/6 126/18 131/3 132/23 139/13 156/24 157/19 159/5 159/14 163/8 163/15 166/17 184/12 184/13 195/9
**against [14]** 20/2 32/16 70/24 72/22 73/12 73/17 73/20 78/15 86/9 86/12 86/16 86/20 105/9 106/18
**age [6]** 4/19 4/20 130/25 152/1 152/3 184/4
**agency [1]** 105/15
**agent [13]** 30/13 30/21 32/3 32/4 32/8 34/20 35/5 39/20 45/5 46/5 48/14 50/24 51/10
**agents [9]** 30/9 33/22 44/6 44/12 44/14 45/8 45/15 45/16 47/6
**aggravation [1]** 147/11
**aggressively [1]** 178/18
**aging [1]** 164/8
**agree [2]** 60/23 61/6
**agreed [1]** 55/4
**agreed-to [1]** 55/4
**agreement [3]** 55/8 101/23 168/18
**agrees [1]** 197/24
**ahead [3]** 56/13 116/7 143/3
**aide [2]** 8/8 9/7
**aides [1]** 8/3
**aids [3]** 13/16 13/16 158/20
**air [4]** 33/13 98/21 98/24 146/3
**airborne [1]** 98/16
**airline [15]** 23/11 23/13 25/14 30/9 32/3 33/3 33/22 40/21 43/8 45/6 47/6 48/14 50/19 50/24 51/10
**airlines [17]** 1/6 2/3 2/11 23/14 23/21 28/15 44/17 44/22 45/1 45/7 45/25 46/25 51/2 51/3 84/23 193/15 193/18
**Airlines' [13]** 28/9 29/7 29/9 31/24 35/8 35/23 38/1 40/3 40/8 42/24 44/15 48/10 97/5
**airplane [3]** 37/11 42/22 42/23
**airport [20]** 23/17 23/18 23/25 24/1 24/2 24/21 25/1 25/2 25/3 25/13 43/5

**A**

**airport...** [9] 43/19 44/4 44/23 45/9 47/4 79/2 80/9 128/9 166/24
**all** [95] 5/24 12/10 12/11 13/5 13/8 17/7 18/3 19/2 19/2 19/9 19/18 27/21 33/17 34/17 35/6 36/3 37/18 38/12 40/2 41/1 41/17 46/16 46/25 51/23 52/22 55/20 57/23 58/15 59/1 60/2 60/17 60/18 60/20 60/8 71/23 76/9 80/18 81/2 81/4 84/18 85/2 86/6 89/21 92/5 92/16 93/6 93/7 93/14 95/9 98/20 100/7 103/14 106/6 110/13 111/5 114/17 121/1 125/9 126/11 130/22 133/20 133/21 136/20 145/25 153/4 153/10 158/25 161/14 169/4 169/14 174/18 174/24 175/18 177/19 178/15 179/19 181/16 182/3 182/4 182/22 183/16 185/4 185/6 185/10 188/6 188/7 188/8 188/9 189/14 189/15 190/6 190/16 191/22 192/5 196/18
**alleged** [1] 86/25
**alleging** [1] 79/7
**Allen** [7] 71/14 72/7 74/15 74/21 75/4 172/11 172/15
**alleviate** [1] 36/25
**allow** [4] 22/2 144/22 195/4 198/13
**allowed** [2] 17/19 18/9
**almost** [1] 183/22
**alone** [2] 34/3 139/19
**along** [9] 35/6 42/2 45/8 49/7 110/4 111/1 117/8 139/22 150/22
**already** [10] 24/18 82/21 88/4 88/19 95/14 111/2 148/21 149/3 171/2 184/18
**also** [64] 9/20 12/4 13/14 13/17 14/18 20/17 24/2 28/14 29/20 35/19 39/13 44/12 44/15 45/25 52/20 66/22 70/21 71/25 72/9 89/13 93/11 98/7 98/19 99/13 104/2 104/6 104/12 104/13 105/1 108/14 109/14 109/23 111/10 116/24 121/2 125/4 126/21 127/1 128/5 128/18 129/11 130/2 135/5 136/11 138/12 139/23 141/1 141/6 146/11 146/11 152/14 153/18 155/14 157/12 164/4 180/13 183/19 184/22 187/5 190/10 194/3 194/12 195/6 198/7
**although** [4] 16/16 29/13 50/20 90/3
**altitude** [1] 36/12
**always** [7] 18/7 38/24 113/19 115/6 155/11 172/3 197/22
**am** [12] 3/11 4/12 29/18 63/25 69/5 70/20 72/5 76/24 83/5 122/7 174/2 192/11
**AMA** [8] 149/16 149/16 149/19 149/21 151/7 151/17 151/21 152/10
**AMERICAN** [44] 1/6 2/2 2/11 14/9 23/14 23/21 25/14 28/9 28/15 29/6 29/9 30/9 31/24 32/3 33/22 35/8 35/23 38/1 38/15 40/3 40/8 40/21 42/24 43/8 44/14 44/17 44/22 45/1 45/5 45/7 45/25 46/25 47/6 48/10 48/14 50/18 50/24 51/2 51/3 51/10 84/23 97/5 149/21 193/15
**among** [1] 80/14
**amount** [2] 100/14 135/21
**analysis** [9] 136/23 144/11 150/21 151/8 152/2 165/5 191/9 192/2 193/20
**analyze** [1] 158/16
**anatomic** [1] 178/21
**anatomy** [2] 163/23 182/11
**ANDREA** [1] 1/9
**Andrew** [4] 66/10 66/11 66/22 67/14
**Andrews** [1] 124/2

**angiograms** [2] 189/5 189/11
**annular** [1] 137/6
**another** [11] 137/8 137/11 137/15 137/17 138/9 140/14 140/17 146/2 164/23 185/12
**annulus** [6] 137/11 177/14 177/15 177/18 177/21 178/6
**another** [27] 6/3 9/6 9/9 15/21 18/11 21/24 43/21 52/14 58/24 60/8 70/23 70/24 79/12 96/12 108/18 111/20 118/8 119/18 123/5 126/17 134/4 137/15 139/6 154/19 169/8 171/12 183/18
**answer** [60] 20/23 21/8 21/11 21/13 21/15 41/4 41/9 41/11 42/1 47/16 75/25 76/20 76/24 77/1 77/4 78/21 78/25 79/1 79/19 81/11 82/22 83/20 84/4 84/10 84/11 84/15 84/16 84/21 84/22 85/7 85/8 85/9 86/23 87/12 88/2 91/12 102/13 110/19 110/25 111/1 112/19 113/10 113/15 116/3 116/7 116/10 116/14 117/22 118/16 119/1 122/19 144/2 148/10 156/16 168/7 185/1 185/15 189/18 190/19 192/20
**answered** [9] 45/22 45/23 80/10 80/19 83/24 99/6 118/21 167/21 167/23
**answers** [23] 78/4 81/19 82/7 82/12 82/14 82/14 82/17 82/22 83/14 83/23 84/18 84/19 86/24 87/6 87/12 89/6 97/10 97/11 111/22 112/8 112/8 113/25 116/18
**anterior** [2] 142/9 144/7
**Anthony** [12] 54/12 57/3 57/13 66/8 66/12 66/13 117/13 123/10 123/11 123/15 123/25 199/24
**anticipate** [4] 89/19 120/22 170/18 197/9
**anticipated** [2] 69/3 151/1
**anxious** [1] 129/19
**any** [102] 5/17 6/2 10/3 10/18 10/23 11/3 11/17 12/12 12/12 13/5 14/7 14/7 14/21 15/12 15/13 15/16 16/8 18/8 18/8 25/11 26/1 26/15 29/17 29/18 35/12 36/13 36/21 39/11 50/2 50/7 50/16 51/10 51/10 52/24 54/2 56/24 60/25 64/23 64/24 66/1 66/15 66/17 66/18 67/4 67/6 73/22 77/24 78/12 78/13 83/22 84/22 88/18 94/6 96/10 104/17 113/3 113/4 119/10 119/21 120/21 122/14 122/22 125/12 126/19 126/19 129/19 131/22 133/10 133/19 136/2 136/6 147/23 149/7 150/2 150/2 150/3 151/18 154/13 155/16 155/7 155/16 158/12 158/19 158/20 160/22 162/3 164/15 164/17 171/22 176/19 178/25 180/2 184/25 186/1 188/24 188/25 191/9 193/1 194/2 194/9 195/23 197/14 197/14
**anybody** [3] 40/4 40/4 66/23
**anyone** [6] 26/1 35/13 37/23 42/17 44/3 44/18
**anything** [21] 41/15 54/7 55/2 55/21 56/9 62/11 62/13 66/16 95/4 114/12 115/10 117/9 121/23 132/8 155/19 179/21 179/23 183/10 194/15 198/14 198/19
**anyway** [2] 46/5 88/18
**anywhere** [3] 131/1 142/22 178/7
**apart** [3] 94/3 98/13 99/13
**apologize** [7] 2/24 3/22 59/7 139/14 165/19 190/21 194/5
**apparently** [1] 60/11
**appearances** [2] 1/11 2/4
**appeared** [3] 29/11 83/12 129/18
**appears** [5] 64/12 66/16 71/19 94/1 128/13

**Apple** [1] 135/16
**applicable** [10] 78/2 78/2 78/12 83/24 84/23 85/5 89/12 111/23 111/24
**application** [2] 102/12 102/14
**applied** [4] 6/15 19/15 79/5 83/24
**apply** [7] 6/13 6/14 10/25 39/11 92/21 100/11 126/8
**appointment** [3] 48/3 48/20 48/23
**appointments** [1] 196/22
**appreciate** [4] 53/7 168/9 196/5 199/7
**appreciated** [1] 41/14
**approach** [6] 27/12 30/3 63/17 71/4 178/9 178/11
**appropriate** [3] 84/5 115/14 121/18
**approximately** [7] 7/23 23/8 24/9 28/6 36/5 48/16 64/21
**April** [11] 12/22 58/4 105/24 135/20 136/10 136/12 153/1 162/17 166/1 166/6 167/15
**are** [135] 2/19 3/1 3/3 3/9 3/12 4/11 4/13 21/20 23/15 27/18 28/25 37/16 38/18 39/9 40/7 40/17 41/20 42/11 51/18 52/1 56/4 56/7 56/18 56/25 57/24 58/11 59/15 59/15 60/10 60/11 60/17 60/25 62/24 63/23 64/1 68/25 73/24 76/4 76/22 78/2 78/5 82/10 83/3 83/14 84/12 84/18 84/19 87/8 90/6 90/18 90/21 94/8 95/12 95/20 95/20 95/21 101/11 101/11 104/6 105/6 110/1 110/5 113/3 121/9 121/17 122/13 122/17 124/23 125/3 125/21 126/9 130/22 144/21 145/1 145/9 145/20 148/24 149/6 149/16 149/18 154/3 154/9 154/17 156/16 156/24 156/24 156/25 158/7 158/12 158/17 158/17 158/22 162/10 167/1 168/9 168/12 170/6 170/4 174/10 174/21 176/6 176/12 178/16 178/18 178/23 179/5 179/7 180/22 181/1 181/8 181/22 181/25 182/14 182/22 182/24 182/24 183/21 184/7 184/9 184/14 184/16 185/4 185/6 185/20 188/6 190/25 193/10 193/20 194/7 196/23 196/23 197/14 197/16 197/24
**area** [21] 21/24 25/14 31/21 32/16 48/8 49/4 49/9 49/10 50/13 50/15 51/15 52/14 133/25 157/10 161/1 166/9 172/18 177/9 180/17 187/7 192/13
**areas** [10] 49/4 49/5 49/5 98/1 98/15 98/19 132/1 160/4 189/6 189/14
**aren't** [1] 60/14
**argument** [5] 38/18 112/10 117/2 118/19 186/7
**argumentative** [1] 87/22
**arguments** [2] 198/8 198/13
**arising** [2] 78/12 84/22
**arm** [7] 111/16 111/17 140/24 155/14 161/15 161/15 161/16
**arms** [2] 125/3 177/3
**around** [11] 13/19 14/1 53/3 63/14 65/4 98/21 107/16 121/4 180/12 182/3 182/3
**arrange** [1] 51/23
**arrested** [5] 18/21 18/22 19/1 19/5 103/5
**arrive** [2] 24/20 25/4
**arrived** [7] 24/1 24/4 24/5 25/13 45/14 50/23 51/11
**arthritic** [1] 140/9
**arthritis** [1] 181/10
**articulation** [1] 185/3
**arts** [3] 8/23 8/24 9/2
**ascertain** [1] 151/11
**aside** [3] 139/10 149/2 149/13
**ask** [64] 2/18 15/9 21/7 21/13 21/15

## A

ask... [59] 35/12 39/1 45/8 46/11 52/6 54/8 54/18 56/12 57/20 65/22 67/21 68/6 70/18 84/6 86/2 87/9 90/13 91/9 92/14 94/8 96/21 110/4 112/9 112/18 114/1 116/17 130/5 130/6 131/23 141/22 148/14 152/5 152/5 154/14 157/2 157/15 158/6 159/18 161/9 161/23 165/6 166/11 166/13 166/13 166/14 166/15 169/15 170/23 171/9 171/24 185/24 186/23 194/2 194/3 195/7 196/13 196/14 197/1 197/16
asked [37] 17/4 18/22 21/8 28/9 30/22 31/1 31/2 31/9 36/13 47/13 55/3 68/13 77/18 81/20 83/18 84/12 88/15 112/2 112/4 113/2 113/7 114/4 114/9 116/6 116/12 117/16 148/21 154/12 154/13 167/21 167/22 173/25 176/21 186/17 186/23 188/19 192/17
asking [29] 20/20 21/18 42/1 42/3 69/9 70/5 84/4 84/21 87/10 88/1 88/9 88/10 88/25 95/10 95/20 112/13 112/14 112/18 114/12 114/13 114/21 116/12 116/17 116/25 117/4 143/24 156/25 157/22 166/9
asks [3] 21/15 98/3 116/11
aspect [2] 119/22 119/23
aspire [2] 77/7 77/7
assault [3] 100/1 102/25 111/19
assembler [1] 5/14
assembly [1] 5/18
asserted [1] 30/16
assigned [1] 67/12
assistance [4] 70/25 73/6 131/6 158/18
assistant [5] 18/20 19/5 66/21 67/13 91/18
assisting [1] 173/6
associate [2] 9/10 10/14
associated [4] 125/6 146/23 160/13 160/17
Association [1] 149/22
assume [1] 74/10
assumed [1] 28/15
assuming [2] 77/2 155/1
assumption [2] 75/23 194/6
asymptomatic [1] 151/18
atrophy [4] 161/10 161/12 161/16 162/3
attached [2] 72/21 182/8
attacked [3] 85/12 85/15 128/3
attempt [2] 5/17 28/16
attempted [2] 32/11 32/15
attempting [1] 158/13
attend [8] 10/3 10/18 10/23 11/3 187/16 195/13 195/14 196/4
attendance [1] 11/23
attendant [6] 36/12 36/16 37/25 38/15 40/23 47/8
attendants [7] 35/15 37/17 37/18 43/1 44/5 44/7 44/9
attended [2] 12/3 12/4
attending [2] 173/6 173/12
attention [9] 7/5 23/19 35/22 46/22 56/17 104/22 116/16 120/20 138/19
attorney [10] 41/25 52/23 73/10 75/10 75/17 77/24 81/20 84/5 88/13 188/19
attorney's [2] 38/9 102/9
attorneys [6] 41/23 97/5 106/20 193/18 198/1 198/3
August [46] 23/10 24/5 24/6 24/7 24/16 24/19 28/1 30/6 43/6 47/3 48/1 60/7 65/21 65/22 66/18 67/9 67/19 67/22 68/3 68/9 68/20 69/6 69/15 69/15 79/24 81/14 81/15 82/2 83/4 87/5
102/22 103/6 103/12 103/23 126/23 126/3 163/13 165/16 166/1 168/20 166/24 175/18 179/11 186/3 193/2 199/14
authenticity [1] 94/9
author [1] 72/4
authored [1] 126/19
authorization [1] 88/5
automobile [6] 86/17 86/19 106/10 107/2 108/1 108/18
available [9] 29/18 29/22 36/13 36/17 144/14 144/21 145/1 188/20 196/7
Aventura [2] 125/17 127/17
Avenue [3] 1/23 5/23 124/2
await [1] 54/2
aware [6] 76/24 154/3 154/18 179/9 179/12 179/13
away [12] 19/4 34/19 88/20 88/21 96/9 99/12 99/13 127/15 129/2 130/1 130/14 183/6
awhile [1] 52/2
axials [1] 182/11

## B

B-E-A-C-H [1] 4/1
babies [1] 9/13
baby [5] 11/25 12/1 12/23 12/24 110/17
bachelor [3] 8/23 8/24 9/2
back [116] 5/11 12/24 12/25 15/2 17/18 17/19 18/4 18/6 19/6 19/23 24/23 28/18 28/20 30/12 32/16 34/21 36/18 48/6 49/3 49/4 50/13 50/14 50/15 50/23 52/15 52/19 53/19 53/22 53/23 54/1 61/2 62/14 63/15 64/25 65/1 65/2 65/3 66/3 66/25 67/1 67/2 67/3 67/7 67/7 67/9 69/3 71/10 71/17 79/8 79/9 80/15 80/16 82/21 84/5 86/6 86/16 91/14 97/15 97/18 99/14 103/14 106/8 107/16 107/17 109/8 109/11 109/16 109/19 109/23 109/25 110/15 111/10 111/15 111/20 112/3 112/4 113/4 113/9 113/13 114/22 115/11 116/13 128/13 128/22 128/23 128/25 131/14 131/19 131/24 131/25 132/12 134/1 134/5 140/12 142/10 145/24 147/2 147/3 147/9 154/7 155/5 155/10 155/13 157/14 159/6 159/25 163/25 169/15 170/8 174/12 174/13 178/6 181/8 183/9 184/1 184/16
background [3] 124/4 172/23 192/22
backwards [5] 32/20 45/19 128/12 130/21 130/21
backyard [1] 98/14
bad [5] 2/20 2/21 40/10 194/9 199/1
bag [4] 25/7 34/22 62/25 63/1
baggage [2] 25/6 25/11
bags [2] 25/11 62/19
baking [1] 68/1
based [15] 70/23 83/4 102/10 106/7 114/21 134/15 134/20 140/11 141/15 170/20 182/10 190/24 191/24 192/22 193/11
basically [6] 83/16 86/7 122/13 168/7 176/6 183/10
basis [16] 69/10 78/15 84/8 91/5 91/6 92/4 92/10 92/12 143/7 150/13 154/9 186/6 186/7 186/8 186/13 187/6
bathroom [4] 17/5 17/6 17/7 17/11
battery [1] 18/22
Baumineshen [1] 18/13
Bayview [1] 1/18
be [157] 2/13 3/8 6/5 12/9 14/21 17/19 18/20 21/12 27/7 28/8 29/11 29/20 29/21 30/14 38/14 40/15 40/16 41/6
41/7 41/14 47/14 51/20 52/13 52/19 52/24 52/25 53/11 53/22 53/11 54/21 56/17 56/21 57/24 58/22 58/25 59/1 59/14 60/16 60/18 60/20 61/4 61/21 62/8 62/22 63/9 63/22 71/19 76/16 78/18 82/2 82/8 82/11 82/24 83/2 85/9 89/19 91/7 93/24 94/1 94/4 94/17 95/16 98/25 107/11 115/4 115/9 117/1 117/6 117/14 117/15 117/17 117/22 118/12 118/18 119/3 119/25 120/7 120/14 121/14 121/16 122/15 122/25 123/13 125/14 127/9 127/22 130/4 130/23 130/25 131/1 131/24 131/25 132/2 132/6 132/7 132/10 132/13 133/2 133/3 133/14 133/21 134/12 135/15 137/4 143/20 143/21 145/13 146/5 146/23 149/11 151/10 151/23 151/24 153/7 153/25 154/1 154/12 156/8 160/24 160/25 163/1 169/8 169/9 169/23 170/25 171/21 173/17 173/25 176/23 176/24 177/1 180/7 182/3 186/10 186/17 186/23 189/17 190/14 190/25 194/9 194/18 194/24 195/2 195/3 195/5 195/9 195/20 195/23 196/21 196/24 197/6 197/10 197/13 198/23 198/23 198/24 199/3 199/8
BEACH [55] 1/3 1/15 2/2 2/6 2/9 3/17 3/18 3/25 28/2 29/8 29/11 41/21 56/5 63/24 70/3 71/14 72/7 74/15 74/21 75/4 83/12 84/3 93/22 97/1 97/12 97/20 103/18 110/18 116/2 119/4 119/12 125/19 125/20 129/14 132/9 138/22 139/7 139/7 143/25 147/17 147/17 148/1 149/6 149/6 150/9 151/3 152/3 154/6 154/14 175/6 181/14 181/14 186/2 192/24 199/23
Beach's [1] 164/7
Beach-Allen [5] 71/14 72/7 74/15 74/21 75/4
BEACH-MATHURA [27] 1/3 2/2 2/6 2/9 3/17 3/18 3/25 28/2 29/8 29/11 41/21 56/5 83/12 93/22 97/1 97/12 97/20 103/18 119/4 139/7 147/17 149/6 150/9 151/3 175/6 181/14 199/23
Beach-Mathurin [5] 138/22 139/7 147/17 148/1 149/6
Beaches [1] 148/19
beat [1] 52/21
became [5] 16/23 70/7 104/14 173/5 188/21
because [122] 2/21 9/12 10/11 11/21 11/24 13/2 13/22 17/20 18/7 18/21 18/23 19/13 20/20 21/12 24/15 31/3 31/10 32/19 33/17 33/19 34/2 34/7 37/13 38/1 42/5 44/8 45/18 46/3 48/7 49/8 50/22 52/2 59/1 59/23 59/24 60/3 60/4 60/24 61/16 63/6 68/24 72/5 73/9 76/13 76/14 76/23 77/2 79/1 80/6 80/21 81/13 81/15 86/2 87/15 88/19 89/18 93/15 94/16 94/17 96/9 99/1 99/10 99/12 104/9 104/14 105/9 106/14 106/19 106/21 107/10 108/3 108/9 108/13 109/14 110/11 110/23 111/16 113/6 113/11 113/17 117/2 117/20 118/5 118/16 119/10 128/10 133/2 133/3 137/1 138/9 141/7 142/7 144/6 146/13 146/15 150/12 151/21 154/19 156/16 158/8 161/25 165/11 165/13 167/23 169/7 169/18 176/23 177/1 177/3 177/17 178/18 182/4 183/3 183/7 183/8 183/21 185/13 188/22 193/4 196/14 197/19 198/23
become [5] 6/19 9/10 13/2 14/22 70/11
becomes [4] 21/21 95/6 137/1 183/7

**B**

**beds** [2] 174/22 175/1
**been** [56] 3/19 5/4 6/6 9/18 15/9 15/11 19/13 28/17 58/8 64/14 75/7 76/13 76/14 76/15 77/10 77/15 77/16 77/19 80/11 81/5 87/19 87/25 88/25 90/2 90/3 90/24 91/18 93/3 97/22 99/10 99/17 102/25 103/10 103/24 108/10 111/18 113/9 115/5 123/12 124/19 124/21 128/18 128/20 129/8 154/6 164/17 166/12 168/25 172/12 187/20 187/21 187/22 192/4 194/8 195/12 197/14
**before** [49] 1/9 4/23 5/4 10/21 17/8 19/14 21/3 21/12 29/7 29/13 29/25 33/12 46/3 47/24 51/15 55/21 56/9 62/13 80/14 82/4 82/20 83/12 84/7 87/8 91/23 101/8 105/20 115/10 117/9 117/16 117/18 121/23 125/10 125/15 126/3 127/18 140/14 146/6 148/21 148/21 163/8 163/15 170/11 176/16 179/13 179/18 192/16 194/16 197/25
**began** [5] 28/2 105/21 128/2 154/21 155/4
**beginning** [1] 60/5
**begins** [1] 57/11
**behalf** [4] 41/15 74/4 74/13 75/10
**behind** [14] 26/3 28/13 28/17 32/2 32/3 32/7 32/12 33/17 33/23 33/25 42/22 82/4 182/17 183/3
**being** [25] 2/21 13/24 17/13 38/25 47/12 56/24 58/2 58/2 60/21 72/3 75/19 75/19 75/20 76/6 77/5 97/1 104/17 116/12 117/20 149/3 151/3 192/13 197/8 197/9 197/10
**believe** [26] 23/9 30/11 33/10 34/16 57/2 58/1 60/2 63/4 67/13 78/22 79/1 82/14 83/3 87/3 91/4 99/5 101/6 102/1 107/8 110/1 112/5 115/23 115/24 122/11 134/12 138/14
**belong** [1] 22/17
**belt** [1] 177/17
**bend** [10] 130/8 130/8 130/8 130/11 130/13 130/14 130/21 131/3 158/3 181/9
**bending** [6] 129/24 130/2 130/21 131/1 156/22 157/12
**bends** [1] 191/14
**beneficial** [1] 180/7
**benefit** [2] 114/19 128/17
**benefits** [14] 20/3 101/17 102/3 102/6 102/8 102/8 102/10 102/14 102/16 102/16 102/21 102/24 104/2 107/12
**best** [2] 28/25 29/3
**better** [10] 5/19 5/21 84/19 97/10 97/11 110/12 119/17 119/19 137/13 169/9
**better-quality** [1] 137/13
**between** [7] 43/24 44/13 59/10 142/19 162/24 181/3 181/23
**beyond** [3] 177/13 177/16 177/17
**big** [5] 71/1 176/22 182/17 182/18 185/2
**bigger** [5] 146/15 146/18 184/1 184/14 185/3
**billing** [2] 135/19 135/21
**bills** [1] 62/3
**binder** [12] 56/17 61/24 71/5 71/6 71/7 72/21 89/18 89/21 102/19 135/12 135/15 153/2
**binders** [1] 71/1
**birth** [2] 13/24 15/5
**Biscayne** [1] 1/15
**bit** [16] 19/10 22/2 28/25 42/5 44/16 70/6 79/13 131/12 141/6 141/8 142/11

148/7 167/25 175/24 178/7 183/14
**black** [3] 171/21 182/20 184/18
**blaze** [1] 119/20
**blew** [3] 88/19 88/21 107/15
**blocks** [3] 129/3 181/23 181/24
**blood** [3] 125/5 125/5 182/1
**blown** [4] 98/24 99/12 99/13 99/13
**blue** [3] 31/22 31/22 31/23
**blurry** [1] 28/25
**blurt** [1] 21/20
**Blvd** [1] 1/15
**board** [7] 125/21 125/22 125/23 125/25 126/1 126/9 126/12
**boarded** [1] 35/8
**boarding** [5] 29/13 34/21 34/23 34/24 35/1
**bodies** [3] 143/15 181/12 181/22
**body** [25] 18/4 49/6 67/24 87/11 133/6 133/8 133/9 133/9 140/13 150/1 150/3 150/3 150/4 151/6 160/4 173/19 175/4 181/18 181/18 181/20 182/5 182/7 182/8 183/2 185/6
**bone** [6] 177/13 177/16 181/25 182/5 182/17 183/9
**book** [15] 58/15 58/17 58/23 58/24 60/6 60/8 60/13 61/4 74/25 94/4 120/18 120/19 121/4 149/22 151/16
**books** [9] 58/21 58/23 59/18 60/6 60/15 60/20 60/25 61/2 121/9
**born** [1] 4/14
**Boston** [1] 29/20
**both** [14] 34/6 44/8 96/23 110/9 128/24 130/22 142/3 142/3 142/5 142/13 150/19 155/13 176/16 197/16
**bottles** [1] 63/4
**bottom** [9] 32/25 33/1 49/11 57/8 57/14 57/14 57/16 87/4 113/6
**bowels** [1] 107/15
**box** [10] 1/19 171/15 172/6 172/8 179/17 180/8 180/13 180/15 180/16 180/18
**boxes** [3] 60/19 98/16 113/5
**braid** [1] 68/5
**brain** [5] 125/2 173/14 174/12 174/16 188/7
**brakes** [1] 128/13
**breach** [2] 73/19 85/18
**breadwinner** [2] 69/19 69/20
**break** [9] 53/11 53/25 55/22 56/16 59/5 103/8 115/7 119/19 119/20
**breaking** [1] 119/17
**breast** [3] 129/11 147/13 188/9
**Brickell** [1] 1/18
**brief** [3] 115/7 117/8 172/22
**briefly** [1] 151/14
**bright** [1] 162/15
**brightness** [1] 165/13
**bring** [12] 56/9 62/14 63/19 71/3 91/14 95/25 115/10 121/22 121/23 123/2 134/3 134/5
**broad** [1] 140/11
**broad-based** [1] 140/11
**broadcast** [1] 8/23
**broader** [1] 167/23
**broken** [1] 161/15
**Bronstein** [2] 111/11 111/12
**Brookdale** [1] 124/7
**Brooklyn** [4] 7/7 8/16 124/7 124/11
**brother** [4] 45/7 45/10 45/12 45/25
**brought** [8] 4/16 28/11 34/4 34/15 62/18 137/11 162/16 117/18 118/2
**Broward** [2] 125/16 175/2
**Buddhist** [1] 28/4
**building** [1] 171/19
**bulge** [3] 183/17 184/21 185/2

**bulging** [6] 176/8 176/8 176/15 177/12 178/2
**bulk** [1] 161/9
**bump** [6] 183/11 183/11 183/12 183/12 183/15 183/23
**burdensome** [1] 81/19
**Bureau** [4] 102/8 102/15 102/21 104/3
**burn** [2] 145/2 146/19
**business** [6] 6/6 26/9 28/5 29/12 81/3 124/1
**busy** [1] 188/21
**butt** [3] 32/22 33/20 82/4
**buttock** [8] 49/10 129/1 131/11 131/24 132/12 140/24 159/5 159/14
**buttocks** [8] 36/17 48/8 49/4 50/15 128/24 155/13 162/24 163/25
**button** [1] 18/3
**buyer** [1] 35/24
**bypass** [1] 174/18

**C**

**C-section** [1] 15/8
**C-shaped** [1] 145/22
**C5** [8] 140/5 140/6 140/7 160/6 176/8 176/15 177/9 177/21
**C5-6** [4] 140/6 140/7 160/6 177/9
**C5-C6** [3] 176/8 176/15 177/21
**C6** [13] 140/11 141/3 141/11 144/8 151/15 163/11 176/8 176/9 176/10 176/15 176/15 177/21 178/1
**C6-7** [6] 140/11 141/3 141/11 144/8 151/15 163/11
**C6-C7** [4] 176/9 176/10 176/15 178/1
**C7** [10] 140/15 141/3 141/11 144/8 151/15 163/11 176/9 176/10 176/15 178/1
**C7-T1** [6] 140/15 141/3 141/11 144/8 151/15 163/11
**cafeteria** [4] 52/20 52/21 52/22 53/16
**cake** [1] 168/3
**CALDWELL** [1] 1/18
**call** [22] 3/6 3/14 17/25 29/12 40/12 46/13 50/12 53/14 121/13 123/3 123/8 123/10 131/9 137/2 137/11 137/12 138/10 162/23 171/14 171/23 172/1 178/21
**called** [29] 8/8 10/8 12/23 18/12 18/21 24/2 31/13 45/24 50/23 51/5 71/24 72/7 73/13 73/17 74/15 74/21 75/4 88/14 126/13 138/5 160/10 161/10 164/4 168/3 181/1 182/2 182/10 184/10 185/11
**Calling** [1] 2/1
**calls** [4] 3/16 161/17 165/4 191/12
**calve** [1] 32/16
**came** [20] 4/23 4/25 5/5 9/25 10/3 10/24 11/3 17/18 18/12 30/12 31/14 31/16 31/20 32/6 34/4 34/5 56/17 101/20 151/8 155/9
**can** [157] 2/15 2/16 2/20 3/6 3/14 4/3 21/13 21/19 21/25 27/9 27/16 27/24 38/8 38/9 40/22 42/5 42/8 46/11 48/21 51/15 52/20 52/25 53/2 53/17 53/18 53/19 53/22 53/22 53/23 54/6 54/22 55/12 55/20 58/16 58/20 58/21 58/22 60/20 63/19 65/18 69/4 69/13 71/4 74/13 76/21 76/23 76/25 84/5 91/11 91/15 91/15 91/21 93/13 95/25 96/17 96/18 96/21 96/23 96/25 100/22 102/9 112/18 112/23 113/5 115/13 116/19 116/21 116/22 116/22 117/8 118/2 118/19 119/15 119/16 120/2 121/3 121/4 122/20 122/25 126/3 126/5 127/1 127/2 130/7 131/14 131/15 133/19 134/12 137/12 138/8

**C**

**can...** [65] 138/15 138/15 139/20 141/22 142/16 143/6 145/13 145/23 146/19 146/19 146/19 146/19 147/5 150/13 150/14 150/16 150/22 151/24 152/5 153/9 154/1 162/13 162/21 165/6 166/11 166/15 166/15 169/7 169/8 169/9 169/17 170/8 170/23 171/7 172/7 172/22 175/11 175/21 176/4 177/21 177/23 179/1 180/13 180/13 180/15 180/24 181/11 182/3 182/14 183/12 184/6 184/13 184/14 184/15 184/24 185/1 185/2 185/5 185/11 186/25 194/16 196/6 198/9 199/3 199/3
**canceled** [1] 98/18
**cane** [4] 128/20 129/21 155/24 156/1
**cannot** [3] 143/8 178/19 179/2
**cans** [1] 98/23
**capacity** [1] 14/7
**car** [7] 47/7 73/21 73/25 86/18 88/14 105/25 109/12
**card** [3] 26/9 28/5 28/5
**care** [18] 18/8 50/22 68/4 81/5 99/8 109/10 118/2 173/17 173/23 174/3 174/5 187/24 188/2 188/16 188/17 188/24 191/18 191/21
**career** [3] 9/24 11/19 104/25
**carefully** [3] 41/8 41/11 41/25
**Caribbean** [2] 4/13 53/4
**carpet** [1] 33/6
**carried** [1] 25/8
**carrier** [1] 101/20
**carry** [2] 25/7 35/15
**carry-on** [2] 25/7 35/15
**case** [34] 1/3 2/1 2/19 3/10 39/11 68/12 72/6 74/15 74/21 75/18 85/16 85/19 85/21 86/4 86/25 97/2 101/15 101/16 106/16 115/25 119/23 126/22 148/15 153/10 156/12 156/13 164/7 179/21 192/5 192/24 194/17 195/13 196/15 196/19
**cases** [6] 86/23 126/18 126/19 126/21 188/23 189/3
**cast** [1] 161/15
**category** [1] 151/16
**causation** [3] 122/4 122/16 122/16
**cause** [4] 133/22 164/6 164/15 174/13
**caused** [3] 80/6 97/25 106/4
**causing** [1] 178/25
**CCCC** [7] 89/24 90/3 90/11 91/21 93/1 93/4 95/15
**cell** [1] 45/24
**cells** [1] 182/1
**center** [35] 7/7 13/10 14/11 71/15 85/18 86/8 105/12 105/19 106/22 108/12 108/20 120/11 124/18 125/15 125/16 125/16 125/17 125/18 125/19 125/19 125/20 126/17 128/22 135/16 143/8 145/15 145/24 145/24 173/3 173/7 173/11 174/17 174/19 182/2 185/16
**centers** [1] 125/18
**central** [7] 8/9 14/10 137/10 140/15 140/16 140/17 177/14
**central/left-sided** [2] 140/15 140/16
**Centre** [1] 1/18
**cerebral** [2] 189/5 189/10

**certain** [7] 36/12 105/9 126/15 133/22 159/22 160/4 197/19
**certainly** [2] 60/15 117/17
**certainty** [2] 141/16 165/2
**certificate** [7] 6/22 72/9 12/6 12/7 104/10 104/11 104/13
**certificates** [1] 104/14
**certification** [6] 103/20 104/15 125/23 125/25 126/12 126/14
**certified** [12] 1/22 13/15 14/20 14/21 14/22 16/16 20/15 70/8 125/21 125/22 126/9 199/16
**certify** [1] 199/11
**cervical** [28] 19/23 128/4 140/2 140/5 141/3 141/9 142/3 142/5 142/7 142/9 142/21 142/25 143/12 144/5 144/7 147/11 175/12 175/17 175/18 175/24 176/4 176/6 176/7 177/7 177/8 178/22 178/24 179/24
**cesarean** [1] 129/10
**cetera** [2] 28/4 146/12
**chair** [3] 32/12 32/19 40/13
**chairman** [1] 173/25
**challenging** [1] 94/8
**chance** [4] 17/25 18/2 127/18 133/10
**change** [3] 137/18 140/10 185/4
**changed** [8] 114/23 175/25 184/19 184/20 185/2 185/10 185/23 193/5
**changes** [2] 131/21 197/15
**Channel** [3] 9/19 11/1 11/1
**charge** [3] 71/24 173/8 173/10
**charges** [1] 75/7
**check** [18] 25/9 25/10 25/14 26/5 28/1 30/21 31/21 32/4 32/8 44/22 52/1 74/25 79/20 79/21 91/15 96/14 128/9 166/25
**check-in** [14] 25/9 25/10 25/14 26/5 28/1 30/21 31/21 32/4 32/8 44/22 79/20 79/21 128/9 166/25
**checked** [2] 35/19 53/12
**checking** [3] 25/11 31/8 34/20
**checks** [1] 98/18
**chief** [6] 22/16 128/21 166/7 166/14 166/18 173/18
**child** [2] 18/8 68/5
**children** [3] 28/3 68/9 98/12
**Children's** [2] 174/6 188/3
**chiropractic** [4] 50/6 109/5 109/13 128/4
**chiropractor** [3] 107/7 111/13 128/16
**cholecystectomy** [1] 147/13
**Christopher** [4] 49/17 49/18 61/12 61/21
**chronological** [1] 179/20
**Ciaran** [4] 26/8 26/10 29/23 35/23
**circumstantial** [2] 92/13 93/22
**cite** [2] 186/10 186/15
**cited** [1] 120/24
**cities** [1] 23/16
**city** [3] 7/16 8/16 10/15
**CIV** [1] 1/3
**civil** [3] 2/2 7/15 9/9
**civilian** [1] 41/22
**claim** [15] 46/24 70/22 78/12 78/15 78/15 85/13 87/1 100/25 102/7 103/2 106/13 107/9 107/12 107/13 107/23
**claimed** [8] 86/12 86/15 86/19 102/25 107/17 109/7 111/10 118/20
**claiming** [4] 73/24 86/7 86/11 105/8
**claims** [11] 77/11 77/15 77/16 77/19 83/18 84/22 89/12 89/13 111/23 112/14 119/23
**clarify** [5] 21/11 21/13 94/24 104/8 110/3
**class** [3] 17/8 29/12 77/3

**classes** [1] 76/19
**classroom** [10] 7/9/10 7/9/10 classroom [10] 16/13 17/5 17/7 17/20 17/23 18/3 18/4 18/12 18/25 103/3
**classrooms** [1] 12/16
**clean** [1] 106/4
**cleaning** [1] 68/1
**clear** [4] 110/5 122/18 143/8 153/4
**clearly** [2] 95/1 110/5
**clerical** [1] 139/16
**clerks** [1] 2/14
**client** [2] 2/13 2/16 89/15 91/7 93/18 119/16 169/6 170/6 198/17
**client's** [4] 52/16 115/20 117/19 118/15
**clinic** [1] 19/19
**clinical** [2] 151/20 173/6
**close** [5] 17/24 18/6 40/12 51/18 163/25
**closed** [1] 124/19
**closing** [4] 112/10 117/2 198/8 198/13
**closings** [5] 197/10 197/19 197/25 198/2 198/4
**clothing** [2] 31/25 98/23
**clue** [1] 154/5
**CM** [1] 55/11
**CM/ECF** [1] 55/11
**coccyx** [4] 162/20 162/22 185/18 185/20
**codirector** [1] 187/23
**cold** [1] 180/2
**collectively** [1] 188/13
**college** [5] 8/13 8/14 8/14 8/16 172/24
**colleges** [1] 10/18
**Collins** [11] 26/8 26/10 26/12 26/15 26/20 29/23 30/6 30/12 35/5 35/19 35/24
**Collins'** [1] 27/1
**colon** [2] 107/14 129/10
**colors** [1] 32/2
**Columbia** [2] 173/3 173/7
**column** [3] 182/18 182/18 182/19
**combine** [1] 146/19
**come** [32] 4/15 4/17 4/19 10/16 12/24 34/16 40/19 48/21 52/15 53/19 53/22 84/5 92/19 93/11 94/6 134/5 149/25 152/3 155/11 164/15 169/15 170/8 173/17 174/15 174/19 177/21 178/7 180/4 180/12 184/17 196/6 197/17
**comes** [6] 9/14 94/11 155/7 177/2 182/20 197/21
**coming** [4] 49/11 140/12 168/10 168/21
**comment** [1] 177/9
**committee** [2] 149/24 173/25
**common** [2] 134/8 178/23
**communicate** [1] 159/16
**communication** [3] 77/24 133/18 159/14
**community** [2] 126/15 188/20
**comp** [1] 101/20
**companies** [1] 145/21
**company** [7] 6/11 10/7 10/8 73/12 107/10 145/11 145/14
**compare** [1] 179/17
**compared** [1] 137/19
**comparing** [1] 180/1
**compartment** [1] 35/16
**compel** [2] 97/9 97/11
**compensation** [18] 19/12 19/14 19/19 20/16 78/13 85/13 100/5 100/8 100/12 100/18 101/14 101/17 102/3 102/5 102/15 102/21 104/3 111/19
**compensation's** [1] 102/20
**compilation** [1] 62/3
**complain** [2] 132/8 155/8

**C**

**complaining [3]** 48/25 128/22 140/21
**complaint [17]** 70/21 70/23 71/13 71/20 71/21 72/9 72/17 72/20 72/22 73/1 73/5 75/21 79/16 86/7 105/7 106/6 155/15
**complaints [9]** 73/11 75/7 76/15 128/21 155/12 155/16 166/7 166/14 166/18
**complete [4]** 8/18 11/13 126/3 126/13
**completed [3]** 6/22 6/24 124/5
**completely [2]** 68/23 183/22
**completing [1]** 17/21
**complicated [1]** 51/20
**comply [1]** 97/3
**component [1]** 126/1
**components [1]** 126/1
**compound [1]** 164/10
**comprehensive [1]** 90/1
**compression [1]** 181/7
**computer [2]** 31/4 185/13
**concern [1]** 169/5
**concerned [1]** 170/21
**concerning [1]** 175/12
**conclude [1]** 130/19
**conclusion [1]** 173/5
**conclusions [1]** 164/15
**concrete [1]** 33/5
**condition [9]** 20/19 36/9 39/14 39/19 81/7 99/9 126/7 141/23 143/6
**conditions [8]** 125/1 152/8 156/10 156/17 156/18 170/19 170/21 194/7
**conduct [1]** 195/12
**conducted [1]** 134/12
**conference [7]** 52/24 55/4 57/25 58/4 58/4 93/2 93/11
**confidence [1]** 119/11
**confirmed [3]** 24/18 58/1 176/15
**confiscate [1]** 17/15
**confusing [5]** 21/21 116/8 117/3 164/11 164/12
**confusion [2]** 122/12 182/12
**Connecticut [1]** 124/13
**connecting [9]** 29/15 37/9 37/10 37/12 40/21 42/15 43/1 45/15 45/16
**consciousness [1]** 84/8
**Conservatively [1]** 170/5
**consider [4]** 138/4 174/25 189/22 198/7
**considered [1]** 192/13
**consistent [2]** 140/19 141/17
**consultant [1]** 188/25
**consultants [4]** 188/13 188/15 188/23 189/2
**consultation [6]** 60/8 127/9 127/24 135/13 155/12 166/22
**consulted [1]** 73/10
**contact [2]** 29/18 51/4
**contacted [1]** 88/4
**contacting [1]** 45/13
**contain [1]** 89/21
**contained [3]** 87/18 87/24 87/25
**container [1]** 137/9
**contains [1]** 63/4
**contend [1]** 87/11
**contending [2]** 192/10 192/11
**content [3]** 91/8 137/6 164/2
**contents [2]** 47/17 93/19
**contested [2]** 101/24 197/14
**continue [5]** 32/5 43/14 117/12 128/7 151/5
**continued [4]** 17/15 56/2 64/6 120/8
**contract [2]** 73/19 85/19
**control [6]** 153/25 154/2 156/8 156/11

156/14 156/17
**controlling [1]** 157/20
**controls [2]** 156/4 160/8
**contusion [1]** 20/1
**conversation [7]** 26/1 26/6 27/1 28/3 47/16 47/17 47/19
**cooking [1]** 67/25
**coordinator [1]** 106/3
**copied [1]** 59/20
**copies [1]** 138/14
**copy [17]** 55/16 55/17 59/19 71/3 92/3 96/10 96/12 96/12 112/22 112/23 115/18 115/19 137/18 138/13 138/14 164/24 165/13
**copying [1]** 58/9
**cord [16]** 173/14 176/11 177/1 177/1 177/3 177/23 177/24 178/7 178/9 178/11 178/16 182/19 182/20 184/13 184/15 184/16
**core [1]** 137/10
**corner [2]** 53/4 172/8
**corporation [1]** 5/22
**correct [201]**
**correctly [6]** 81/9 81/10 132/21 132/22 159/8 161/13
**cost [11]** 65/6 65/10 100/25 142/19 142/19 143/4 143/10 145/11 145/12 145/13 146/5
**costs [5]** 142/18 142/21 145/9 146/22 146/22
**cotton [1]** 133/1
**could [71]** 10/10 11/25 12/12 13/8 17/16 18/20 27/20 29/7 36/14 40/15 40/16 41/5 47/16 49/8 51/22 51/23 52/2 53/16 59/14 74/17 76/21 77/12 86/6 94/18 96/6 99/7 99/7 110/3 125/23 126/24 128/11 129/22 129/23 130/3 131/7 131/12 132/3 133/14 135/11 136/11 136/17 138/20 139/17 139/23 140/1 141/6 141/7 144/2 144/11 144/19 147/3 148/6 150/21 150/24 151/14 156/5 156/8 156/14 157/25 160/24 160/25 161/3 162/23 166/20 166/23 176/23 176/23 176/24 180/10 188/21 189/7
**couldn't [8]** 14/24 25/10 33/10 34/2 48/20 82/2 165/11 181/9
**counsel [17]** 2/4 2/15 51/16 53/10 60/20 61/1 63/16 73/6 74/7 120/25 148/4 157/21 180/11 186/19 190/19 195/12 195/12
**Counsel's [1]** 93/17
**counter [6]** 26/5 28/10 30/10 30/21 31/21 44/22
**country [3]** 76/10 126/11 190/2
**County [12]** 12/15 13/6 13/20 14/5 14/8 14/16 16/4 98/1 98/6 103/18 103/25 104/11
**couple [4]** 19/21 50/16 87/8 197/4
**coupled [1]** 190/24
**course [6]** 58/25 76/6 76/8 95/6 137/20 149/21
**courses [1]** 14/23
**court [26]** 1/1 1/22 2/15 2/25 4/4 21/8 21/20 53/21 55/9 56/2 60/19 64/5 69/25 95/9 98/3 98/7 113/19 117/1 120/8 123/19 187/1 195/4 195/7 195/13 196/4 199/16
**courthouse [1]** 106/17
**courtroom [16]** 2/14 3/7 15/6 21/7 21/14 27/18 38/11 51/25 52/5 54/4 63/21 115/8 122/8 123/4 171/22 194/14
**cover [2]** 72/23 72/25
**covered [3]** 41/17 166/8 166/12

**covers [1]** 189/21
**Crandall [1]** 199/20
**cranky [1]** 110/21
**created [2]** 56/21 57/4
**credentials [1]** 187/11
**creed [1]** 77/6
**crime [1]** 102/10
**critical [1]** 134/7
**Crooks [7]** 1/14 2/8 122/25 123/23 187/4 192/4 199/2
**cross [23]** 54/19 69/24 70/1 117/12 117/24 120/3 123/7 152/19 152/22 153/9 167/3 167/4 167/14 168/13 168/22 169/11 170/1 170/23 170/24 171/8 193/7 193/8 194/18
**cross-examination [12]** 54/19 69/24 70/1 117/12 123/7 152/19 152/22 167/14 168/13 170/24 193/7 193/8
**cross-examine [1]** 170/23
**crucial [1]** 11/21
**Cs [1]** 89/24
**CSO [1]** 58/20
**CT [12]** 173/15 173/18 173/21 173/25 174/20 174/22 174/23 186/1 189/4 189/9 189/10 189/20
**curiosity [1]** 82/18
**current [2]** 190/15 192/1
**currently [3]** 4/8 4/11 70/19
**currents [1]** 145/5
**cursed [1]** 18/24
**curvature [1]** 140/6
**curve [1]** 143/14
**curves [2]** 145/22 145/23
**cushion [1]** 182/1
**customers [2]** 28/23 29/5
**cut [3]** 108/9 138/14 146/19
**CV [2]** 61/12 61/20

**D**

**D-U-Y-O-N [1]** 129/7
**Dade [14]** 12/15 13/6 13/17 13/20 14/7 14/16 14/18 16/4 98/1 98/6 99/21 103/17 103/25 104/11
**Dallas [14]** 34/24 34/25 35/17 36/4 37/6 40/21 42/11 44/9 44/13 44/13 45/11 45/14 46/1 51/3
**Dallas-Fort [5]** 34/24 34/25 44/9 44/13 46/1
**Dallas/Fort [2]** 42/11 45/14
**damage [2]** 97/25 184/25
**damaged [3]** 82/5 97/23 98/8
**damages [2]** 68/12 78/13
**dark [1]** 181/22
**darker [1]** 183/7
**data [1]** 126/5
**date [22]** 24/4 24/16 47/2 48/2 48/19 57/13 61/16 70/10 77/9 78/14 79/22 80/6 82/5 82/10 99/23 100/1 102/18 103/23 126/23 179/18 179/25 184/6 199/14
**dated [22]** 57/12 57/13 57/17 60/9 78/5 127/7 127/11 133/11 134/21 135/2 136/10 136/12 136/24 138/3 140/2 162/21 163/5 163/14 165/25 166/6 166/21 167/15
**dates [5]** 56/20 81/7 81/17 105/6 179/5
**daughter [1]** 15/5
**day [23]** 14/19 19/1 26/16 47/25 48/1 48/21 48/22 49/16 50/23 52/3 56/23 58/19 80/21 80/25 87/5 105/20 108/19 128/15 134/3 170/15 174/18 193/4 195/6
**daylight [1]** 29/19
**days [4]** 8/21 24/11 105/23 108/11
**daytime [1]** 14/4

**D**

**deal [6]** 97/25 121/8 162/20 180/22 195/5 195/9
**dealing [3]** 81/14 82/3 136/20
**deceased [1]** 66/8
**December [4]** 137/15 137/21 138/3 162/21
**decide [7]** 9/14 21/2 22/10 22/12 22/22 24/14 24/17
**decided [16]** 6/13 6/19 8/13 9/22 10/20 11/2 13/1 14/20 16/24 17/16 17/21 18/23 22/13 22/24 32/12 188/19
**decision [2]** 6/2 122/5
**declare [1]** 186/20
**declared [2]** 186/18 186/24
**decompression [6]** 142/5 142/20 143/17 144/14 144/17 145/18
**decrease [1]** 146/3
**dedicated [2]** 174/22 174/23
**deemed [2]** 82/17 93/8
**deep [2]** 133/2 161/7
**defendant [6]** 41/16 55/24 79/7 97/4 97/22 171/14
**defendant's [10]** 2/15 78/5 87/14 95/16 95/17 97/6 97/7 97/8 117/21 200/7
**Defendants [2]** 1/7 1/17
**defense [4]** 54/17 106/20 196/19 197/2
**definitely [3]** 121/1 197/11 197/18
**degenerate [1]** 185/4
**degenerative [2]** 140/9 176/6
**degree [14]** 8/20 8/23 8/24 9/2 10/22 12/2 133/15 141/16 142/16 165/2 172/25 185/25 187/9 192/25
**degrees [26]** 129/25 130/9 130/10 130/11 130/14 130/20 130/21 131/1 131/2 131/4 131/5 131/11 132/4 132/7 132/10 132/10 132/13 132/14 132/16 132/18 156/21 157/4 157/8 159/4 159/5 159/17
**del [1]** 196/2
**del Pino [1]** 196/2
**delay [1]** 196/4
**deliberates [1]** 198/2
**deliberating [1]** 53/20
**delivery [2]** 25/11 52/3
**denied [1]** 9/22
**Dennis [2]** 66/8 66/21
**dense [2]** 183/1 183/5
**denser [1]** 183/3
**department [10]** 7/15 8/1 8/2 9/6 10/15 13/17 13/17 102/20 103/21 124/18
**departure [1]** 98/19
**depend [1]** 138/9
**depending [3]** 121/10 126/7 145/14
**depends [5]** 143/5 143/6 145/11 156/10 156/10
**depict [1]** 135/18
**deplaning [1]** 29/15
**deposes [1]** 83/13
**deposition [18]** 87/7 89/8 89/10 99/15 99/16 99/24 112/1 112/22 112/24 113/1 114/1 114/5 114/8 115/13 115/15 115/20 116/13 116/20
**depositions [2]** 197/4 197/5
**depression [1]** 129/6
**deputy [2]** 2/14 52/1
**dermatomal [1]** 160/12
**describe [3]** 36/3 36/4 36/9 144/18 145/19
**described [3]** 26/21 79/15 146/13
**describes [1]** 27/4
**desiccated [3]** 181/5 183/24 185/22
**desiccation [5]** 137/5 164/1 164/14 176/7 185/8

**designated [2]** 197/4 197/7
**designed [1]** 192/6
**desire [2]** 53/1
**desk [6]** 32/2 32/3 32/7 32/8 33/23 33/25
**destroy [1]** 181/15
**destroyed [3]** 97/23 118/21 118/22
**detached [1]** 182/9
**detail [1]** 79/13
**details [2]** 28/5 41/12
**determination [3]** 91/8 122/16 152/9
**determine [4]** 151/17 158/2 158/13 159/17
**determines [1]** 137/1
**devastating [2]** 97/23 99/2
**diagnose [1]** 50/7
**diagnosed [3]** 19/20 107/22 173/21
**diagnoses [1]** 125/1
**diagnosis [4]** 19/22 50/7 50/9 122/20
**diagnostic [4]** 172/20 188/15 188/24 189/2
**Diagnostics [1]** 188/13
**dictated [2]** 152/14 152/15
**did [237]**
**didn't [63]** 16/24 18/2 18/17 19/14 25/12 31/3 32/1 46/2 48/2 51/12 57/9 59/13 59/13 59/14 60/1 64/24 66/15 73/15 74/1 74/3 75/17 79/5 79/7 80/18 80/21 82/23 83/2 83/20 83/23 83/24 85/24 86/3 88/4 88/6 88/8 88/18 90/16 90/16 94/16 95/4 99/10 100/10 108/7 111/24 113/11 113/17 117/15 121/15 121/16 136/16 141/7 148/6 150/13 156/14 156/18 157/15 158/19 158/20 159/7 162/15 178/11 179/21 188/22
**difference [1]** 39/16
**different [29]** 10/25 13/7 14/17 25/20 26/2 36/15 58/12 58/14 58/23 59/18 59/18 60/5 60/21 74/10 78/24 80/16 89/14 106/2 110/11 132/1 145/1 145/21 146/20 148/22 157/6 157/6 162/18 182/25 197/5
**differently [1]** 121/9
**difficult [4]** 41/10 41/22 41/23 42/6
**difficulty [2]** 13/3 128/10
**digital [9]** 190/3 190/6 190/8 190/10 190/14 190/17 190/24 190/25 191/12
**digitized [1]** 191/2
**DiMaggio [2]** 174/6 188/3
**diploma [2]** 7/24 8/22
**dire [5]** 187/7 187/10 187/12 191/24 192/17
**direct [20]** 4/6 54/9 56/5 63/23 64/6 70/7 77/24 79/24 115/13 116/16 120/20 123/21 146/1 159/20 160/11 164/22 165/5 166/8 172/16 195/22
**directed [3]** 61/1 104/22 135/4
**directing [1]** 120/23
**direction [1]** 140/8
**directional [1]** 184/11
**directions [1]** 177/19
**directly [2]** 32/12 33/1
**director [2]** 10/9 187/22
**disability [23]** 20/5 20/6 20/10 20/16 20/18 69/5 69/7 69/15 79/15 79/17 79/22 80/3 86/13 86/15 86/20 87/1 100/5 100/8 100/13 105/10 106/13 106/15 149/24
**disabled [1]** 108/13
**disappeared [1]** 119/1
**disc [79]** 87/1 107/17 109/8 136/25 137/2 137/3 137/9 138/13 140/12 141/3 141/5 141/11 141/13 142/5 142/20 143/15 143/17 144/14 144/17 144/20 144/22 144/25 145/2 145/2

145/3 145/3 145/6 145/18 145/23 158/21 160/6 163/3 163/25 166/9 160/7 160/10 163/17 164/14 174/16 176/7 176/8 176/8 176/15 176/23 177/12 177/12 177/13 177/15 177/16 178/19 178/24 181/4 181/4 181/5 181/9 181/24 181/24 181/25 182/4 182/6 182/7 182/12 182/17 182/22 182/23 183/6 183/13 183/13 183/13 183/22 183/25 184/12 184/19 184/19 184/20 185/8 185/14 185/22 185/22
**discectomy [3]** 142/9 144/7 146/12
**discomfort [8]** 129/25 156/21 157/8 157/18 157/20 158/3 158/12 158/15
**discovery [6]** 56/19 61/13 61/18 62/9 87/7 99/6
**discrepancy [2]** 59/10 59/17
**discriminated [3]** 86/8 86/12 105/9
**discrimination [5]** 70/24 71/25 85/16 105/8 106/6
**discs [3]** 173/21 174/15 182/14
**discuss [9]** 115/10 140/1 143/1 143/2 143/3 143/11 144/10 147/5 149/10
**discussed [5]** 78/24 144/9 146/11 149/3 159/19
**discusses [1]** 149/23
**discussing [2]** 85/23 111/19
**discussion [11]** 39/25 41/19 51/17 53/9 92/24 95/8 99/17 150/23 150/24 168/19 171/11
**discussions [1]** 41/2
**disease [6]** 174/12 174/14 174/14 176/23 178/24 185/9
**diseases [2]** 173/9 173/13
**disembark [2]** 37/11 37/13
**disembarked [1]** 37/23
**disks [4]** 182/21 182/22 183/7 183/10
**disposition [1]** 40/14
**disrupting [2]** 17/2 17/20
**disruptive [1]** 16/24
**distance [2]** 96/10 96/21
**distribution [3]** 133/7 160/21 160/23
**district [4]** 1/1 1/1 14/16 100/10
**DIVISION [2]** 1/2 50/19
**DMX [8]** 190/10 190/17 190/25 191/9 191/12 192/5 192/8 192/11
**do [149]** 2/22 4/8 5/1 5/9 5/13 6/11 10/6 10/10 11/24 12/1 12/19 14/24 14/25 16/25 18/23 21/25 22/1 26/7 27/9 29/3 29/17 33/22 34/11 37/1 41/25 45/3 48/18 49/22 50/9 50/11 51/20 52/1 53/5 53/8 53/13 54/7 54/8 54/15 54/18 55/16 55/16 55/18 56/9 57/19 59/16 61/1 64/7 64/9 64/10 64/12 64/16 66/5 66/12 67/11 68/6 70/17 74/25 76/9 76/16 78/16 81/9 85/8 90/21 91/19 91/20 92/21 92/22 95/6 106/2 112/1 114/4 114/8 117/9 117/24 118/6 118/10 119/9 120/2 120/17 121/3 121/11 121/22 121/23 123/18 124/10 125/8 125/12 125/13 126/16 127/7 131/13 131/14 131/15 131/23 132/1 134/10 134/12 135/15 136/14 143/7 143/9 143/17 143/18 146/20 147/24 148/17 150/15 154/5 154/7 157/3 157/6 158/2 158/6 158/18 158/19 159/18 162/9 165/17 167/20 168/13 169/8 169/25 174/12 180/10 180/13 183/9 185/24 186/25 187/7 188/16 188/21 188/24 188/25 189/1 190/3 190/4 190/7 190/10 191/4 191/5 191/7 191/17 191/25 192/24 193/3 196/19 197/2 197/24 198/14
**docket [1]** 74/14
**doctor [54]** 6/12 8/7 15/14 19/8 19/12

**D**

doctor... [49] 19/13 19/20 20/11 20/14 20/14 20/15 20/16 20/17 40/11 47/25 48/4 48/7 48/9 48/11 48/17 48/25 49/15 50/5 50/16 50/20 60/17 66/17 67/11 67/12 96/3 106/14 107/15 107/21 109/13 109/16 110/11 118/13 124/23 134/7 146/10 146/23 148/14 150/16 154/5 159/11 169/13 169/15 169/21 170/8 180/22 185/24 192/22 193/24 194/12

doctor's [3] 8/11 119/5 196/22

doctors [24] 15/16 20/21 65/16 65/24 65/25 66/1 66/7 81/21 83/18 87/2 87/19 87/25 88/5 88/9 88/10 109/11 109/18 109/19 109/23 109/25 110/15 114/2 114/9 149/25

document [24] 27/22 57/3 57/4 60/13 61/23 62/4 73/3 73/7 91/10 92/1 100/15 100/17 101/8 101/11 127/23 135/12 135/13 135/18 138/19 139/24 148/24 149/2 167/10 167/15

documentation [2] 26/15 139/17

documents [8] 56/20 56/22 72/2 96/8 97/4 118/21 118/23 121/6

does [15] 20/21 39/16 45/2 52/16 90/14 93/10 112/17 125/10 135/18 143/13 143/14 148/14 159/11 181/17 191/19

doesn't [24] 33/11 38/23 38/25 39/3 40/3 40/6 40/6 53/12 54/23 59/22 71/4 74/19 89/21 92/20 93/14 95/5 96/20 117/17 152/3 152/4 160/20 160/23 161/1 178/19

doing [12] 12/11 16/23 76/4 95/22 121/7 143/5 145/15 160/24 183/14 187/21 191/10 195/23

don't [105] 5/16 28/24 38/18 39/8 39/10 40/25 42/4 46/7 49/25 51/19 51/24 53/1 53/14 55/8 55/19 59/15 59/16 60/2 60/10 62/18 62/22 63/2 63/15 65/11 66/14 70/13 70/13 70/15 71/2 71/6 76/1 76/6 76/8 76/20 77/12 81/23 81/25 81/25 84/11 87/3 90/23 92/3 93/14 94/19 96/10 96/17 96/19 101/3 112/4 113/17 113/21 114/20 115/16 115/18 115/19 115/21 116/5 116/14 116/24 116/25 117/6 118/2 119/4 119/7 119/10 119/11 119/19 120/14 120/16 121/2 121/5 121/6 135/7 152/5 152/6 154/24 157/2 157/17 158/6 158/10 161/23 162/12 167/4 167/7 170/24 171/22 171/23 172/9 178/17 180/18 181/14 183/6 184/17 186/7 188/24 188/25 190/7 190/16 191/21 192/19 194/7 195/15 196/11 197/14 198/5

done [14] 31/4 68/4 102/17 102/18 119/24 135/5 169/3 176/16 176/18 179/13 179/14 183/14 197/8 197/9

Donovan [2] 1/12 2/6

door [10] 17/10 17/12 17/13 17/19 17/25 18/5 20/2 35/9 35/10 37/22

doors [1] 17/24

doorway [1] 17/23

dosage [1] 37/3

dots [1] 185/4

doughnut [3] 177/18 177/19 177/22

down [35] 9/25 10/24 28/17 32/8 32/10 32/13 32/17 32/18 33/9 35/9 35/9 36/14 49/11 86/23 96/1 98/24 113/20 128/12 131/14 131/20 141/6 144/16 153/6 157/18 163/25 168/25 171/10 173/17 177/18 178/2 178/3 182/20

183/9 184/15 185/19

downpours [1] 17/12

downstairs [2] 52/21 53/24

Dr [5] 117/13 118/10 170/14 172/18 187/14

Dr. [84] 6/12 49/17 50/21 54/12 54/22 57/3 61/21 64/16 66/8 66/8 66/10 66/11 66/21 66/22 67/14 67/16 80/11 80/11 107/6 108/5 108/7 109/2 109/5 111/11 111/12 118/11 118/15 119/8 119/15 120/2 120/3 120/10 120/15 120/23 121/12 122/8 123/3 123/10 123/16 123/23 127/12 127/14 127/15 128/14 128/16 128/19 129/7 130/3 131/12 132/5 135/8 135/15 136/14 138/3 139/19 140/1 140/20 141/6 142/10 144/12 145/10 147/15 149/17 150/17 150/21 152/13 152/20 152/24 157/23 165/25 166/20 167/13 168/9 170/10 170/13 170/14 170/15 171/4 172/1 187/1 193/10 194/25 196/9

Dr. Andrew [4] 66/10 66/11 66/22 67/14

Dr. Anthony [4] 54/12 57/3 66/8 123/10

Dr. Bronstein [2] 111/11 111/12

Dr. Christopher [2] 49/17 61/21

Dr. Dennis [1] 66/8

Dr. Duyon [1] 129/7

Dr. Frank [1] 80/11

Dr. Hall [42] 54/22 118/11 118/15 119/8 119/15 120/2 120/3 120/10 120/15 120/23 122/8 123/3 123/16 123/23 130/3 131/12 132/5 135/8 135/15 136/14 138/3 139/19 140/1 140/20 141/6 142/10 144/12 145/10 147/15 149/17 150/17 150/21 152/13 152/20 152/24 157/23 165/25 166/20 167/13 168/9 170/11 170/14

Dr. Livingston [5] 121/12 170/10 170/13 187/1 193/10

Dr. Livingston's [1] 171/4

Dr. Munoz [1] 80/11

Dr. Nordt [2] 64/16 170/15

Dr. Peter [1] 172/1

Dr. Riviera [1] 67/16

Dr. Rosen [5] 107/6 108/5 108/7 109/2 109/5

Dr. Rudolph [5] 50/21 128/14 128/16 194/25 196/9

Dr. Theodore [1] 6/12

Dr. Zaslow [5] 66/21 127/12 127/14 127/15 128/19

drafted [3] 55/7 70/23 75/6

drafting [1] 71/12

draw [1] 138/18

dried [2] 181/5 183/24

drive [1] 110/24

driver [1] 73/20

driving [3] 86/18 88/14 110/10

drop [3] 132/20 133/4 156/14

drop-foot [1] 156/14

drop-off [2] 132/20 133/4

drove [1] 15/22

dry [1] 183/13

Duane [3] 1/14 2/8 123/23

due [2] 5/20 170/18

duly [4] 3/19 83/13 123/12 172/12

during [21] 12/12 13/13 14/4 14/19 14/23 29/19 36/19 42/17 49/24 50/16 56/16 59/4 88/20 95/5 97/23 98/11 105/10 108/19 117/2 129/19 155/22

duties [2] 5/3 67/25

duty [5] 18/18 45/4 45/9 48/11 82/11

Duyon [1] 129/7

dyslexic [1] 97/16

**E**

each [7] 60/14 81/6 159/25 160/3 160/10 181/23 184/17

earlier [3] 80/13 108/21 136/16

earliest [1] 176/18

early [3] 80/8 128/20 195/4

ears [1] 173/9

earth [1] 52/22

easier [1] 184/8

easily [1] 60/21

eat [9] 51/22 52/20 52/22 53/17 53/19 53/22 53/24 168/4

eating [2] 52/25 53/15

ECF [1] 55/11

Economic [5] 13/9 71/14 86/8 105/11 105/18

edge [1] 160/18

edit [1] 197/5

edition [1] 149/23

editorialize [5] 97/13 100/20 112/9 112/11 116/24

education [3] 6/8 14/2 104/13

educational [3] 8/6 14/11 108/12 108/19 124/4

EEO [1] 75/7

EEOC [2] 70/21 75/20

effected [1] 98/1

effective [2] 103/20 117/6

effort [2] 97/3 149/25

eight [1] 8/22

either [12] 29/19 96/3 121/9 131/14 131/18 131/20 145/1 145/4 146/1 169/8 177/3 191/7

elaborate [5] 130/3 133/14 166/23 167/7 167/25

electrical [2] 145/4 145/5

electronic [1] 31/5

electronically [2] 31/4 188/6

electrotherapy [2] 144/15 145/19

element [2] 68/12 76/16

Elementary [1] 14/5

elements [1] 76/3

Elfenbein [4] 1/17 2/10 55/2 121/5

elicit [2] 40/1 40/2

eligibility [1] 126/2

ellipse [1] 181/24

ELMO [1] 96/3

else [10] 16/10 55/21 55/23 61/10 62/11 62/13 66/23 139/11 143/18 174/23

email [3] 55/9 55/9 55/12

emanate [1] 160/3

embarrassed [2] 33/14 33/15

emergency [7] 108/3 109/14 173/10 174/18 174/21 174/21 174/22

employed [7] 5/18 9/18 105/17 105/18 105/20 105/21 124/16

employee [6] 29/7 31/24 32/6 38/1 40/3 40/9

employees [5] 42/22 42/23 42/24 44/15 175/1

employer [2] 20/4 105/8

employment [10] 5/1 5/3 6/3 7/11 8/1 10/21 12/12 13/22 99/20 108/12

encounter [1] 54/2

end [15] 12/22 18/25 20/7 22/24 27/21 41/19 53/9 73/7 95/8 145/12 145/13 163/24 163/24 171/11 198/20

endeavor [1] 198/17

ended [1] 32/22

energy [2] 146/1 146/1

English [5] 16/16 29/19 33/24 83/17 108/22

**E**

**enough [5]** 50/22 82/17 161/13 162/12 188/21
**enroll [1]** 6/16
**enrolled [1]** 6/17
**entails [2]** 124/25 133/17
**entered [3]** 31/21 101/23 141/20
**enters [3]** 3/7 63/21 123/4
**entire [1]** 149/13
**entitled [1]** 71/14 91/9 154/14
**entity [3]** 70/24 73/17 73/20
**entrance [4]** 37/21 42/21 43/23 44/13
**epidural [6]** 128/5 142/3 142/8 142/12 142/19 144/6
**erroneously [1]** 148/25
**error [3]** 60/3 138/25 147/16
**errors [4]** 139/4 147/23 149/3 149/7
**ESOL [1]** 14/19
**especially [3]** 67/3 67/24 91/3
**Esq [4]** 1/12 1/14 1/17 1/17
**essential [3]** 76/3 76/16 76/23
**essentially [4]** 104/21 106/16 175/25 180/2
**established [1]** 75/6
**establishment [1]** 53/15
**estimate [1]** 25/18
**evaluate [1]** 135/3
**evaluation [8]** 60/7 60/12 134/20 135/19 136/13 136/17 150/25 167/13
**Eve [1]** 105/20
**even [13]** 19/14 29/7 46/2 53/20 60/11 68/5 73/9 119/12 144/23 155/14 157/17 197/6 198/22
**evening [1]** 199/1
**event [10]** 100/4 100/9 102/6 104/3 104/4 114/2 155/16 158/12 179/13 179/14
**events [4]** 26/16 138/2 176/16 193/4
**eventually [6]** 5/22 9/5 26/17 37/10 75/15 107/9
**ever [19]** 9/4 10/23 14/15 15/9 15/12 15/14 15/24 16/3 25/5 44/19 51/10 62/3 66/1 66/11 67/4 67/6 78/12 114/5 185/18
**every [6]** 77/7 81/19 156/18 161/25 184/15 185/5
**everybody [2]** 58/19 197/24
**everyday [2]** 174/8 175/3
**everything [9]** 68/4 87/3 87/16 90/25 93/15 112/4 139/11 174/23 179/25
**evidence [21]** 21/19 41/23 41/24 42/7 89/1 90/4 94/4 95/12 95/13 95/14 95/17 101/12 101/14 150/12 186/1 186/10 192/4 193/1 193/3 197/8 197/17
**exact [3]** 49/25 81/22 102/18
**exactly [12]** 50/10 113/5 120/14 125/23 130/4 132/23 132/23 153/8 157/2 169/14 185/9 196/15
**exam [20]** 7/15 7/16 8/7 9/9 9/11 9/12 17/2 17/21 64/19 64/21 126/2 126/16 126/17 151/13 152/11 152/11 152/12 162/10 191/17 191/19
**examination [56]** 4/6 54/19 56/5 60/7 60/12 63/24 64/6 66/15 69/24 70/1 70/7 79/25 81/7 81/17 117/12 117/19 123/1 123/7 123/21 126/8 126/9 126/17 129/13 129/17 129/19 129/20 129/21 130/18 131/8 131/8 132/19 134/10 136/13 152/19 152/22 153/16 155/22 158/24 158/25 159/20 161/24 164/22 165/23 165/25 166/6 167/14

168/13 170/24 172/16 176/14 182/16 186/22 187/20 190/7 191/14
**examinations [1]** 173/11
**examine [4]** 64/25 150/1 156/18 170/23
**examined [3]** 81/6 81/8 192/7
**examining [1]** 158/13
**example [2]** 14/10 76/21
**exams [2]** 14/22 126/16
**except [3]** 105/23 122/5 125/3
**exception [2]** 40/5 40/5
**exceptions [1]** 39/9
**excited [3]** 40/12 40/14 47/10
**excuse [9]** 20/14 29/1 30/23 38/7 59/11 83/1 110/3 128/23 175/16
**exercise [2]** 64/12 64/14
**exhibit [62]** 7/5 7/6 7/22 9/1 12/3 12/9 12/10 23/20 27/3 27/5 27/8 27/11 35/22 46/23 51/14 56/17 57/20 57/23 57/24 58/3 59/2 60/5 61/5 62/5 62/7 62/10 63/6 63/6 72/21 74/8 74/9 89/17 89/22 89/25 90/3 90/11 90/16 91/18 91/21 92/6 92/15 92/16 93/1 93/1 93/4 94/3 94/4 94/22 95/1 95/1 95/15 95/16 95/17 95/21 96/19 100/15 100/18 103/16 120/18 121/17 150/14 150/18
**exhibits [17]** 56/18 56/20 57/24 58/2 58/6 58/7 89/22 92/5 92/15 93/12 93/12 94/6 120/13 120/15 120/21 120/23 200/2
**exist [1]** 99/10
**existing [1]** 176/11
**exited [1]** 160/11
**exiting [6]** 177/2 177/23 178/8 178/9 178/10 178/11
**expect [5]** 2/13 2/16 54/18 161/16 170/24
**experience [1]** 36/4
**experienced [1]** 128/16
**experiencing [1]** 157/19
**expert [15]** 122/3 122/14 134/16 150/10 165/5 186/14 186/15 186/18 186/20 186/24 187/1 187/2 187/11 192/13 192/14
**expertise [2]** 187/7 192/23
**experts [1]** 122/2
**expired [4]** 20/19 20/20 104/10 104/15
**explain [22]** 12/13 13/8 13/21 13/25 16/6 16/11 21/3 76/21 76/25 87/4 92/20 116/7 116/25 124/25 131/12 131/13 133/16 139/17 148/17 165/7 165/8 190/20
**explained [2]** 108/1 108/21
**explaining [1]** 130/4
**explanation [3]** 83/19 104/18 104/21
**explore [1]** 71/11
**extends [2]** 177/16 177/17
**extension [3]** 130/20 130/25 156/21
**extensive [2]** 54/21 97/21
**extent [1]** 166/12
**extra [1]** 59/9
**extraneous [1]** 41/1
**extremities [1]** 160/8
**eye [1]** 96/3
**eyes [1]** 125/4

**F**

**face [1]** 158/5
**facet [2]** 185/3 185/9
**facilities [2]** 143/9 188/1
**facility [3]** 143/5 188/1 188/1
**facing [1]** 131/15
**fact [19]** 59/16 75/14 87/18 91/15 91/21 98/4 102/10 102/20 103/2 103/10 103/19 105/4 106/7 121/8 136/20 147/15 167/14 167/16 191/25

**factor [1]** 152/4
**failed [1]** 154/10
**fair [3]** 110/2 140/3 149/14
**fairly [4]** 54/21 137/16 138/6 140/4
**faith [1]** 97/3
**fall [3]** 37/14 67/23 97/24
**fallen [2]** 36/16 82/4
**falling [5]** 33/10 33/20 67/21 68/25 79/2
**familiar [4]** 122/7 190/22 191/1 191/3
**family [7]** 13/9 67/22 69/19 71/15 86/8 105/11 105/18
**far [6]** 69/2 96/9 98/4 103/15 169/2 170/21
**fashion [3]** 27/9 56/24 154/15
**fast [6]** 136/9 156/5 166/20 167/17 169/9 171/21
**fast-forward [2]** 136/9 166/20
**fast-forwarded [1]** 167/17
**fault [2]** 117/21 118/16
**fax [2]** 61/15 61/25
**feature [1]** 96/2
**February [3]** 88/3 88/16 112/5
**federal [1]** 106/17
**fee [2]** 135/23 193/19
**feel [8]** 49/8 79/1 131/21 131/23 132/1 135/25 159/18 162/12
**feeling [5]** 19/4 19/6 40/10 80/9 80/22
**feels [1]** 84/5
**fell [7]** 28/18 28/18 28/20 32/23 45/18 82/3 128/12
**fellow [1]** 173/3
**fellowship [1]** 173/5
**felt [9]** 6/19 32/15 33/12 80/7 80/7 80/23 80/25 81/16 109/13
**female [1]** 130/25
**fence [1]** 98/22
**few [4]** 17/11 59/9 70/5 193/10
**fibrosis [1]** 137/11
**fibrous [1]** 137/9
**field [5]** 5/3 186/24 187/2 192/14 192/23
**fifth [1]** 149/22
**fights [1]** 118/24
**Figueroa [5]** 74/15 74/22 75/4 85/22 86/21
**file [11]** 55/10 55/13 70/22 72/21 73/15 73/22 74/1 74/3 75/9 100/18 102/9
**filed [23]** 70/21 71/21 72/9 72/10 73/9 73/17 73/20 73/23 74/2 74/4 74/13 75/10 77/9 77/17 78/12 78/24 79/9 81/15 86/7 86/16 105/7 112/15 115/24 115/25
**files [1]** 98/17
**filing [2]** 70/11 84/1
**fill [4]** 12/16 19/11 46/20 182/19
**filled [1]** 182/18
**film [8]** 134/6 138/12 138/13 138/14 165/12 175/23 184/24 184/25
**films [17]** 134/3 134/5 136/21 175/5 175/8 175/11 175/17 175/17 175/23 179/4 179/10 179/16 179/21 179/22 180/22 185/13 192/24
**final [6]** 60/7 60/12 136/12 150/25 165/25 166/6
**finalize [1]** 198/24
**finally [4]** 8/22 17/4 85/7 111/18
**financial [3]** 96/7 97/21 98/17
**find [10]** 2/20 60/22 70/6 71/11 89/4 99/7 141/17 162/3 176/21 192/14
**finding [1]** 13/3
**findings [10]** 129/16 140/1 147/6 162/25 175/24 176/4 178/4 180/24 184/7
**fine [19]** 30/1 40/8 40/25 49/14 53/5

**F**

fine... **[14]** 54/15 55/25 80/22 90/9
92/23 110/25 123/2 172/7 172/7
177/25 178/18 185/6 187/10 198/22
**finger [1]** 132/25
**finish [5]** 6/5 111/3 171/3 189/18
190/19
**finished [4]** 4/21 7/12 117/22 124/15
**finishing [1]** 169/6
**fired [2]** 103/10 103/13
**first [62]** 3/15 3/19 4/25 5/9 5/10 7/22
15/5 34/4 38/21 38/24 40/1 44/9 48/3
49/16 56/23 57/1 57/23 59/5 59/8
61/13 62/2 71/13 78/1 80/22 80/25
83/13 88/2 88/13 88/15 90/13 97/8
112/7 123/12 124/11 124/17 124/20
126/1 127/8 133/24 133/24 135/11
136/3 136/24 139/10 139/15 153/1
153/12 154/22 155/14 162/20 170/15
172/9 172/12 173/20 173/23 178/15
180/22 182/9 186/23 196/14 196/15
196/16
**first-hand [2]** 38/21 38/24
**five [9]** 24/11 65/25 71/17 78/24 97/10
98/22 174/4 181/2 184/23
**five-foot [1]** 98/22
**FL [3]** 1/13 1/15 1/23
**flaccid [1]** 162/11
**flare [1]** 106/5
**flashbacks [1]** 69/1
**flat [1]** 183/22
**flexes [1]** 191/14
**flexing [1]** 157/10
**flexion [5]** 129/24 130/1 130/14 156/20
157/7
**flight [35]** 24/18 28/1 29/14 29/16 31/9
34/24 35/2 35/8 35/11 35/15 35/20
35/21 36/3 36/4 36/5 36/10 36/12
36/15 37/9 37/10 37/12 37/17 37/18
40/21 42/15 43/1 43/8 43/9 43/11 44/5
44/7 44/9 44/13 45/15 45/16
**flights [1]** 44/8
**flip [3]** 71/17 127/8 147/3
**flooding [1]** 64/1
**floor [13]** 32/22 32/23 33/1 33/7 33/8
33/9 33/10 33/21 34/16 45/18 53/14
53/15 53/24
**floors [1]** 106/4
**FLORIDA [21]** 1/1 1/20 4/10 10/1 10/4
10/24 11/17 11/19 11/23 12/4 13/16
88/6 98/2 98/6 100/17 102/15 102/21
104/3 124/3 173/17 173/24
**fluid [6]** 137/5 137/10 164/2 164/14
182/18 182/19
**fluid-fill [1]** 182/19
**fluid-filled [1]** 182/18
**Fluoro [1]** 190/24
**Fluoro-based [1]** 190/24
**fluoroscopic [3]** 190/7 191/2 192/1
**fly [1]** 44/9
**focus [1]** 96/2
**folders [1]** 98/17
**folks [1]** 26/2
**follow [7]** 126/6 126/6 128/14 135/9
135/20 136/1 150/22
**follow-up [6]** 126/6 126/6 128/14 135/9
135/20 136/1
**followed [4]** 21/20 48/12 142/8 144/7
**following [25]** 58/22 71/24 81/2 89/6
97/4 98/16 100/1 100/4 100/9 101/10
102/5 105/4 105/13 106/25 107/23
108/14 109/7 109/10 109/16 112/19
112/19 126/10 128/15 133/23 135/13
**follows [10]** 3/19 39/25 51/17 54/5 56/3

92/24 120/9 123/12 168/19 172/12
179/21 181/7
**food [2]** 98/25 156/10
**foregoing [2]** 83/13 199/11
**foresee [1]** 197/8
**forgot [1]** 14/14
**form [8]** 19/11 46/20 55/5 55/7 88/5
139/1 177/5 192/1
**forms [2]** 19/11 182/7
**Fort [7]** 34/24 34/25 42/11 44/9 44/13
45/14 46/1
**forth [7]** 18/7 23/16 53/23 192/2
193/11 193/15 193/21
**forward [10]** 123/17 129/25 130/6
130/8 131/16 136/9 157/13 166/20
184/17 199/2
**forwarded [1]** 167/17
**found [6]** 20/15 36/17 112/15 128/6
163/21 182/6
**foundation [9]** 39/1 91/6 93/20 93/23
94/6 94/20 154/11 186/20 186/22
**four [20]** 14/4 49/24 56/18 65/25 68/8
71/17 78/24 89/14 89/24 97/9 99/9
116/7 118/3 124/13 145/21 148/24
149/4 162/19 162/20 184/23
**fourth [1]** 57/2
**Francisco [1]** 45/23
**Frank [4]** 66/10 66/22 67/14 80/11
**frankly [3]** 94/20 117/19 118/2
**free [3]** 168/9 173/13 182/10
**free-standing [1]** 173/13
**frequency [1]** 145/5
**frequently [1]** 150/5
**Friday [1]** 48/21
**friend [1]** 15/22
**Friendly [1]** 24/24
**front [17]** 18/3 18/12 28/12 28/14
28/16 30/9 30/20 31/21 32/15 75/3
109/18 112/17 116/6 120/11 180/12
195/25 196/1
**Ft [15]** 23/17 24/5 34/25 37/6 43/1 43/9
43/18 44/1 44/4 44/14 44/23 45/9
46/18 47/2 124/2
**fulfilling [1]** 24/12
**Fulgueira [1]** 1/17
**full [14]** 8/9 8/21 9/21 10/20 10/21
14/11 14/14 14/19 14/20 20/6 22/8
63/1 108/20 123/24
**full-time [10]** 8/9 8/21 9/21 10/20 10/21
14/11 14/14 14/20 20/6 108/20
**fully [1]** 14/21
**function [5]** 45/3 117/1 150/1 150/4
177/4
**funny [1]** 33/20
**further [14]** 29/17 55/2 84/6 94/6
130/18 131/12 131/22 152/17 165/15
168/1 168/2 168/5 193/23 198/14
**fusion [4]** 143/18 143/19 144/7 147/10
**future [2]** 2/13 2/17

**G**

**gait [10]** 129/3 129/20 152/12 155/23
156/1 156/4 156/7 156/11 156/13
156/17
**gallons [1]** 90/24
**garden [1]** 98/13
**gardening [1]** 98/23
**Gardens [1]** 4/9
**gate [12]** 29/9 34/17 35/7 35/18 42/21
42/25 44/6 44/12 44/14 45/15 45/16
46/5
**gave [13]** 19/11 20/23 26/8 28/4 28/5
31/8 34/21 34/23 67/16 82/8 82/22
83/22 87/1 87/6 100/11 102/11 108/7
108/25 109/13 146/6 155/12 155/19
155/19

**gelatinous [1]** 137/10
**general [25]** 20/10 124/1 124/21 125/16
152/12
**generally [1]** 198/12
**generator [1]** 145/25
**gentleman [1]** 86/20
**gentlemen [13]** 73/25 79/23 83/17
123/5 127/1 136/11 139/23 147/2
150/22 162/21 172/22 175/21 184/7
**gently [1]** 133/1
**George [1]** 50/18
**gestured [1]** 30/11
**gesturing [1]** 34/18
**get [53]** 2/15 5/7 5/21 9/21 10/21 14/20
17/25 26/5 26/17 26/18 34/1 34/2
34/16 35/11 35/17 40/18 41/1 45/5
45/20 48/20 50/21 51/12 51/15 52/19
52/19 68/23 69/1 71/10 75/11 76/11
84/11 85/7 88/3 89/2 93/17 97/17
110/12 117/18 121/3 121/15 126/4
141/7 144/20 144/25 146/16 151/24
161/25 169/1 169/9 171/4 180/13
180/15 181/2
**gets [2]** 116/8 117/3
**getting [3]** 13/15 31/11 41/12 51/18
52/14 110/20 111/4
**give [20]** 18/2 26/15 37/20 54/1 71/6
74/17 108/24 117/21 118/16 119/20
130/14 144/11 146/1 172/22 188/19
194/16 197/10 198/1 198/1 198/3
**given [9]** 19/20 21/12 42/13 59/16
67/14 89/7 111/2 116/8 120/16
**gives [1]** 151/21
**giving [11]** 13/24 15/5 60/19 83/19
112/19 116/18 117/4 117/5 122/3
129/2 130/1
**glaringly [1]** 85/21
**glasses [3]** 28/24 96/10 96/21
**go [96]** 5/15 5/17 6/2 8/11 8/13 8/15
9/23 17/5 17/7 17/7 17/16 17/17 19/8
19/12 19/13 22/10 22/12 22/13 22/22
23/3 23/25 33/12 40/11 47/25 48/2
48/9 48/11 48/25 50/19 52/23 53/2
53/3 53/18 53/18 53/18 56/13 57/7
62/17 63/2 69/2 71/1 72/6 72/14 73/7
78/1 78/10 79/11 81/2 82/6 82/20
82/20 82/20 84/19 87/8 89/5 96/3
97/12 103/14 103/16 108/7 110/11
113/7 116/7 119/18 119/24 120/1
121/3 121/4 125/3 131/22 135/7 143/3
144/24 145/4 145/22 146/17 160/4
166/17 170/22 177/7 178/1 179/4
180/8 180/15 183/6 184/15 188/7
188/9 194/1 194/7 194/9 194/12 195/4
196/16 197/18 198/23
**goes [4]** 150/11 166/9 196/15 198/2
**going [73]** 2/17 8/21 10/22 11/18 11/24
14/19 17/21 20/24 21/24 33/9 39/8
40/24 41/20 41/21 50/20 52/1 53/3
53/11 59/12 59/16 63/8 63/9 65/22
69/3 74/10 75/16 85/2 85/13 87/6 89/4
93/13 99/14 100/19 101/13 107/16
119/11 119/13 119/24 119/24 120/15
120/17 120/17 121/8 123/6 123/16
143/1 143/2 145/25 146/17 158/7
161/25 162/17 167/5 169/7 169/10
169/11 169/23 170/2 170/10 171/3
171/12 171/13 175/23 180/22 188/10
194/1 194/6 194/7 196/3 196/13
196/24 197/5 197/24
**gone [3]** 46/2 46/3 111/22
**good [31]** 2/8 3/8 3/22 27/18 33/24
41/6 63/22 70/3 70/4 70/11 70/13
78/10 80/23 80/25 89/9 97/3 115/4
118/12 119/21 123/23 130/8 130/11

**G**

**good... [9]** 137/16 138/6 138/6 140/4 152/24 152/25 165/14 187/14 187/15
**got [30]** 5/22 11/15 14/10 17/10 17/17 19/2 19/18 20/3 26/19 30/21 35/2 35/2 35/13 36/12 40/20 40/22 43/8 45/16 65/16 72/14 73/7 75/15 81/11 86/19 100/12 101/4 163/14 179/21 179/22 192/16
**gotten [4]** 80/8 88/1 112/7 119/12
**grabbed [1]** 111/16
**grade [1]** 16/13
**graduate [3]** 7/1 12/7 124/8
**graduated [1]** 172/24
**granted [1]** 106/17
**graspers [2]** 145/3 145/4
**gray [2]** 181/22 182/19
**great [4]** 15/10 80/7 80/9 97/25
**greatly [1]** 199/7
**Greg [1]** 2/10
**Gregory [1]** 1/17
**ground [1]** 148/10
**guarantee [2]** 92/13 93/23
**guess [3]** 33/19 113/19 119/6
**guide [1]** 151/17
**guideline [1]** 149/24
**guidelines [5]** 149/16 149/16 149/19 151/7 152/10
**guilty [1]** 86/22
**Gustavo [3]** 74/15 74/21 75/4

**H**

**H-A-L-L [1]** 123/15
**had [177]** 4/21 5/4 6/6 6/22 9/12 9/18 9/18 10/13 11/1 11/25 12/23 12/24 14/9 14/23 15/8 15/12 15/13 17/6 17/7 18/9 18/24 19/5 19/13 19/13 22/6 22/16 24/12 24/15 24/15 24/18 25/7 28/17 29/12 31/4 32/1 34/4 34/15 34/15 34/25 36/16 36/22 37/17 37/17 37/19 37/19 38/3 38/6 38/21 39/1 45/7 46/2 47/19 47/24 48/2 49/7 49/9 50/11 50/23 55/3 59/24 63/13 67/4 67/6 67/8 67/14 67/23 67/23 67/24 69/3 70/25 72/1 76/14 77/10 77/14 77/15 77/18 77/19 77/24 79/8 79/25 80/7 80/11 80/14 80/23 80/24 81/23 82/4 82/18 82/23 83/2 83/19 86/8 86/12 86/15 87/7 87/25 87/25 88/4 88/10 89/11 93/3 93/7 95/11 99/8 99/10 99/14 99/16 99/17 99/23 101/17 102/23 102/25 103/10 103/24 104/10 106/7 106/9 107/14 108/3 108/9 108/9 108/10 108/11 108/11 108/21 108/22 108/24 109/8 110/17 110/24 113/10 114/5 114/10 118/21 118/23 124/19 127/18 128/12 128/16 128/18 128/20 128/24 128/24 129/8 129/10 129/11 129/22 130/14 134/4 135/5 135/5 135/6 136/24 137/21 140/24 141/1 145/18 147/9 147/11 147/12 148/21 154/13 154/21 155/14 157/15 157/16 157/17 158/10 164/17 173/7 173/19 174/16 175/25 178/22 192/17 194/2 194/3
**hadn't [1]** 44/2
**hair [1]** 68/5
**half [6]** 87/20 115/5 115/6 133/9 169/8 169/11
**half-body [1]** 133/9
**Hall [54]** 54/12 54/22 57/3 57/13 66/8 66/11 66/12 66/13 118/11 118/15 119/8 119/15 120/2 120/3 120/10 120/15 120/23 122/8 123/3 123/10

123/11 123/15 123/16 123/23 123/25 123/3 134/2 134/25 135/8 135/11 136/14 138/2 139/19 140/1 140/20 141/6 142/10 144/12 145/10 147/15 149/17 150/17 150/21 152/13 152/20 152/24 157/23 165/25 166/20 167/13 168/9 170/11 170/14 199/24
**Hall's [1]** 118/10
**hand [16]** 18/7 27/16 27/16 29/7 38/21 38/24 55/19 58/20 63/13 96/24 112/22 112/23 180/19 183/19 195/10 197/13
**hand-held [4]** 27/16 27/16 96/24 180/19
**handed [1]** 127/25
**Handing [2]** 89/16 100/23
**handle [1]** 94/18
**handling [1]** 75/17
**hands [2]** 34/1 130/6
**handwriting [3]** 72/16 72/18 72/23
**hang [1]** 184/15
**happen [2]** 33/11 195/15
**happened [15]** 30/8 32/14 32/21 33/12 35/16 38/3 38/6 42/24 45/17 46/1 51/7 82/1 99/1 106/16 111/12
**happening [1]** 173/15
**happy [2]** 41/7 47/11
**hard [14]** 33/2 33/3 33/3 33/4 52/8 52/9 52/10 52/13 52/18 53/13 55/17 96/10 133/1 183/21
**hardly [1]** 184/20
**Hartford [1]** 124/13
**has [60]** 38/24 57/16 58/24 58/24 61/15 62/25 65/10 65/12 67/21 68/2 68/9 68/13 68/16 68/17 68/20 68/21 69/16 69/18 75/1 93/22 114/24 118/24 119/8 129/1 136/21 137/5 137/9 137/11 143/12 147/11 147/12 147/13 149/22 151/15 154/6 154/10 157/13 158/2 159/16 159/25 160/3 160/25 161/14 161/15 161/21 161/22 166/12 174/12 174/24 177/13 181/6 181/10 183/7 183/13 183/24 186/2 186/19 188/16 196/11 197/17
**hasn't [10]** 90/3 91/18 114/22 119/12 184/19 184/20 185/1 185/10 185/23 196/15
**hasty [1]** 98/19
**have [250]**
**haven't [6]** 95/14 116/8 186/17 186/23 193/5 197/13
**having [19]** 3/19 13/3 28/7 28/11 51/25 63/9 63/12 68/24 96/20 106/2 113/9 114/19 116/5 122/2 123/12 133/17 139/16 159/13 172/12
**havoc [1]** 98/5
**he [144]** 16/24 16/24 16/25 17/1 17/4 17/10 17/10 17/12 17/14 17/15 17/15 17/16 17/16 17/17 17/17 17/18 17/19 17/21 17/21 17/22 17/24 18/2 18/4 18/4 18/6 18/10 18/12 18/14 18/14 18/17 18/20 18/21 19/1 19/4 20/16 20/17 21/8 21/14 21/15 26/8 26/20 27/24 31/15 31/21 31/22 31/25 32/1 32/1 32/6 34/5 34/5 34/6 34/17 35/6 35/21 38/10 42/5 45/23 46/1 46/2 46/5 46/8 46/9 47/11 47/12 47/13 47/16 50/2 50/3 50/3 50/5 50/7 50/8 50/10 50/21 50/22 50/23 50/25 50/25 51/5 54/13 54/22 64/14 64/23 64/25 65/1 65/2 65/3 66/14 66/14 66/15 66/15 67/12 67/16 68/1 68/2 68/2 68/5 68/13 84/5 86/22 88/15 103/5 106/19 108/6 108/6 108/24 109/1 109/6 109/13 111/14 116/6 116/11 116/19 116/21 116/22 116/22 117/15 117/16 117/16

117/17 119/12 121/13 121/15 121/16 118/22 127/03 150/1 151/23 151/6 154/11 154/13 154/13 155/1 161/23 161/24 165/6 165/7 167/23 170/8 170/9 171/10 192/7 192/14
**he's [33]** 17/20 21/18 42/3 50/6 54/14 59/5 59/8 68/2 68/4 69/20 74/9 74/9 74/10 77/2 84/4 91/9 111/13 114/12 114/13 116/12 119/11 119/13 127/15 134/16 143/24 154/14 157/22 168/24 168/25 168/25 190/19 195/12 195/12
**head [5]** 19/7 22/14 23/24 80/23 173/8
**headed [2]** 23/22 23/23
**Heading [1]** 127/9
**Headquarters [1]** 51/3
**healed [1]** 94/18
**healing [4]** 137/17 138/16 164/23 165/12
**health [25]** 11/2 13/10 13/17 13/18 71/15 81/5 85/4 85/18 86/8 88/6 99/8 105/12 105/19 106/22 124/15 173/4 173/16 173/23 174/3 174/5 187/24 188/2 188/16 191/18 191/21
**hear [7]** 38/8 38/9 117/13 119/15 120/3 148/6 170/13
**heard [5]** 33/18 40/15 88/13 88/15 190/18
**hearing [4]** 59/6 59/8 194/8 195/7
**hears [1]** 38/23
**hearsay [8]** 30/14 30/24 38/5 38/14 39/9 39/10 40/4 47/14
**heat [3]** 145/6 145/6 145/6
**heavy [4]** 17/23 98/6 182/24 183/3
**heels [2]** 129/23 129/24
**height [2]** 98/7 184/19
**held [4]** 27/16 27/16 96/24 180/19
**help [9]** 29/7 33/24 34/1 34/16 36/24 72/1 89/4 121/5 158/19
**helped [5]** 5/7 10/16 29/6 34/6 128/7
**helpful [2]** 122/17 186/11
**helplessly [1]** 98/12
**hemibody [1]** 133/5
**Henderson [4]** 72/7 72/8 72/22 85/11
**her [137]** 2/18 21/24 28/4 28/5 28/13 28/17 28/18 28/20 29/8 29/14 31/8 33/20 34/1 34/18 35/16 36/13 36/15 36/16 38/3 38/6 39/1 39/14 39/18 40/3 40/6 40/9 40/14 40/23 41/5 41/8 44/24 45/3 48/12 62/18 62/25 62/25 63/13 67/13 68/5 68/14 71/6 74/13 74/25 90/7 90/8 91/9 91/10 96/21 96/21 96/24 98/12 100/20 100/21 104/22 112/17 112/18 112/22 112/22 112/22 112/23 115/12 115/12 115/13 115/15 118/21 120/3 128/2 128/12 128/21 128/22 128/23 129/2 129/5 129/7 129/23 129/24 130/13 130/14 130/17 130/25 131/3 131/6 132/18 133/5 133/8 134/3 134/5 134/20 136/6 136/16 136/17 140/19 141/23 142/2 142/7 144/6 147/11 151/1 151/3 151/13 151/16 152/1 152/11 152/11 152/12 152/12 152/14 154/25 155/23 156/1 156/14 156/18 156/20 157/14 157/15 158/19 159/6 159/9 159/12 160/20 161/24 162/7 162/9 166/15 166/17 169/8 171/2 171/3 181/15 181/20 181/21
**here [73]** 2/13 2/15 4/25 10/24 42/11 52/23 54/1 54/13 54/14 54/23 59/1 59/7 70/10 73/11 74/19 74/20 74/23 75/11 76/16 78/23 79/6 80/3 86/1 91/15 97/16 102/6 103/24 106/17 110/24 114/6 115/5 115/21 117/14

## H

here... [40] 117/15 117/16 117/17
121/3 121/12 121/14 122/11 134/16
135/14 136/20 142/11 144/4 147/8
147/18 148/20 148/25 159/7 168/10
168/25 179/10 180/12 182/6 184/1
184/9 184/12 185/19 191/6 192/3
193/10 193/16 193/19 193/21 195/3
195/5 195/9 195/11 195/20 196/6
198/17 199/3
Here's [1] 51/18
hereby [1] 97/20
Hernandez [1] 196/1
hernia [1] 129/11
herniated [5] 87/1 107/17 109/8 173/20
174/15
herniation [21] 137/6 137/19 140/11
140/12 140/16 141/4 141/5 141/14
160/6 163/11 163/21 176/9 176/15
177/20 177/22 177/23 177/24 178/5
181/6 183/18 183/25
herniations [3] 141/11 151/13 151/15
hers [2] 132/15 138/14
herself [3] 119/16 156/4 156/25
hesitate [1] 29/18
hiding [1] 87/19
high [6] 4/21 14/10 22/13 80/23 98/5
145/13
high-end [1] 145/13
higher [1] 6/8
him [57] 16/25 17/1 17/5 17/13 17/13
17/14 17/16 17/19 18/7 18/13 18/22
19/5 30/7 31/21 31/23 34/17 34/18
34/18 46/1 49/23 50/1 50/20 51/12
54/15 54/24 59/13 64/17 106/20
114/15 114/15 117/18 121/13 121/13
141/22 152/6 152/6 154/15 161/23
165/6 166/11 166/13 166/14 167/22
169/1 169/9 169/25 172/5 172/8
172/10 186/17 186/23 187/7 187/10
189/18 190/19 192/13 192/20
him what [1] 165/6
hip [1] 129/1
hired [6] 12/15 12/17 13/9 13/21 14/2
16/12
hiring [1] 8/2
his [33] 6/12 16/25 17/15 18/5 18/12
26/8 26/8 29/23 31/25 45/22 49/17
50/10 66/21 67/12 77/24 84/4 120/20
122/20 141/22 143/24 150/11 150/14
161/24 169/10 169/18 171/10 171/13
171/14 186/24 187/7 187/11 189/18
190/19
history [21] 119/14 127/22 129/4 129/5
129/9 129/10 147/5 147/7 147/8
147/25 148/1 148/15 148/20 148/20
149/4 153/3 153/18 155/19
166/22 174/17
hit [8] 86/18 107/3 107/4 107/11 108/2
109/12 110/10 199/1
hit-and-run [4] 107/3 107/4 107/11
108/2
HIV [1] 13/15
Hokkeko [1] 23/23
hold [7] 18/5 142/10 169/25 182/3
183/5 183/5 189/7
holding [1] 182/4
hole [3] 146/18 177/21 178/6
holes [1] 144/22
holidays [1] 8/22
Hollywood [3] 23/17 43/18 173/17
home [1] 199/1
honest [2] 76/16 82/12
honesty [4] 75/22 76/5 76/22 77/6

Honor [126] 2/8 2/24 3/2 3/5 3/11 3/13
3/16 3/5 4/7 4/23 6/6 7/2 7/9 7/11
28/21 38/23 40/19 41/5 42/10 51/6
52/17 55/24 56/6 56/8 56/14 57/7
57/18 58/9 59/21 60/3 60/16 61/3
61/19 61/24 62/12 62/15 63/7 63/18
63/25 64/3 65/13 68/11 69/23 71/4
74/6 84/2 88/22 89/3 89/18 90/1 91/2
91/25 92/9 92/18 92/22 93/5 93/9
93/16 94/10 95/2 104/23 112/13
113/22 114/25 115/18 117/11 117/14
118/13 118/17 119/9 120/4 120/11
120/12 120/22 121/19 123/9 134/17
138/1 139/3 139/13 141/21 144/2
147/22 148/9 150/11 152/7 152/18
154/8 157/21 158/4 161/17 164/9
165/4 165/18 165/22 166/19 167/9
168/15 169/4 169/10 170/17 171/1
172/5 176/1 178/13 186/5 187/5 187/9
189/19 190/21 191/24 192/6 192/16
194/13 194/20 194/25 195/2 195/4
195/6 195/17 195/21 195/24 196/25
197/3 198/11 198/16 198/21
Honor's [1] 195/7
HONORABLE [1] 1/9 196/1 196/2
hook [1] 145/25
hope [2] 96/2 181/15
hopefully [4] 52/20 117/8 194/8 198/25
hospital [24] 108/10 124/7 124/13
125/12 125/17 125/18 143/9 145/16
173/1 173/13 173/19 174/4 174/5
174/6 174/7 174/20 174/24 188/3
188/4 188/4 188/22 188/25 189/24
189/25
hospitalized [1] 129/8
hotel [1] 24/23
hour [11] 2/17 2/22 51/19 54/20 59/12
115/5 115/6 169/8 169/11 169/19
174/18
hours [6] 29/19 36/6 36/7 36/8 43/12
118/3
household [1] 67/25
houses [1] 98/8
how [69] 5/24 5/25 12/20 13/11 20/21
24/9 24/20 25/6 25/18 26/4 26/6 26/12
36/5 36/5 37/1 37/11 40/14 40/20
40/22 43/11 43/24 45/5 46/7 49/20
49/22 51/19 52/8 54/8 54/18 57/23
58/22 59/16 64/14 64/21 65/11 65/24
67/21 68/6 68/13 68/16 68/20 81/8
81/21 113/9 117/24 118/1 118/6
119/11 120/14 120/16 124/21 137/1
138/8 138/12 138/15 142/17 142/23
154/3 154/5 156/7 158/2 164/17
168/22 169/25 174/9 176/22 180/18
187/20 198/8
however [4] 93/19 142/7 144/5 176/16
huge [2] 62/19 63/1
human [4] 77/5 150/1 150/1 163/23
humiliating [1] 33/16
hundreds [1] 149/25
hurricane [12] 88/20 97/23 97/24 97/25
98/4 98/5 98/8 98/11 99/3 99/11
118/20 118/22
hurt [9] 15/24 16/8 16/10 18/16 18/17
18/17 36/17 111/15 177/1
hurting [1] 33/8
hurts [1] 157/5
husband [6] 47/5 47/10 67/24 69/19
88/14 110/10
husband's [2] 47/7 109/12
hydration [3] 164/2 164/3 164/6
hypercholesteremia [1] 153/6
hypercholesterolemia [1] 147/14
hypertension [2] 129/6 147/14

Hypertonic [1] 162/13
hypertrophic [1] 148/12
hypertrophy [3] 164/4 164/5 184/2
hyphen [1] 4/1
hypothetical [6] 122/4 122/19 143/23
161/18 162/1 192/17
hypotheticals [2] 141/20 161/25
hypotonic [1] 162/11

## I

I'd [7] 3/22 13/1 115/13 164/9 172/5
190/12 194/16
I'll [38] 19/10 22/2 28/19 41/7 41/8 41/9
54/1 54/16 56/12 89/2 92/21 104/20
113/18 115/12 121/2 122/10 123/7
134/17 134/23 139/3 139/13 157/21
161/17 165/6 166/5 167/9 169/25
170/13 178/10 180/11 187/5 194/12
195/13 195/20 197/13 197/16 198/7
198/16
I'm [89] 2/17 4/20 5/25 6/5 11/8 11/9
28/24 28/25 30/24 31/23 51/19 51/25
53/6 53/11 57/6 57/10 58/13 63/3
63/18 65/22 70/13 71/10 72/18 72/20
72/25 74/8 75/24 76/11 78/18 88/12
91/15 97/2 97/16 100/14 101/13
102/18 105/7 107/1 107/16 107/16
110/20 110/21 110/22 111/4 112/6
112/13 112/13 112/14 114/14 114/21
116/9 116/15 119/24 125/22 132/23
146/22 148/2 148/6 148/13 154/18
155/1 155/6 156/1 157/7 158/15 162/4
169/7 170/20 170/21 171/13 172/20
174/3 178/10 179/13 180/18 181/14
183/20 188/11 189/19 190/12 190/22
191/3 193/25 194/1 194/6 196/3
196/13 197/24 198/12
I've [11] 15/11 15/13 46/3 67/8 90/24
101/8 112/7 113/10 187/21 187/22
194/8
I.D [1] 200/4
idea [4] 118/12 164/17 194/17 198/9
identification [1] 95/16
identified [2] 57/25 58/3
image [2] 137/23 183/17
images [10] 179/19 183/17 188/9 191/2
192/7 193/11 193/14 193/15 193/17
193/20
imaging [26] 64/23 134/8 135/4 135/4
137/18 137/22 138/9 151/10 151/12
151/12 164/23 167/17 173/9 179/2
188/10 188/14 188/15 188/24 189/1
189/2 189/3 189/4 190/7 190/7 190/9
192/1
imagings [1] 151/9
IME [2] 134/12 134/12
immediate [1] 48/20
immediately [1] 100/6
immigration [2] 29/9 35/7
impairment [9] 149/19 149/20 149/23
150/2 150/9 151/1 151/7 151/11
152/10
Impaneled [1] 200/13
impinge [1] 176/19
importance [1] 134/6
important [4] 86/25 137/1 176/12
178/18
importantly [1] 176/25
impression [6] 133/11 133/12 133/18
141/3 141/18 142/24
impressions [1] 141/2
improper [1] 148/10
improperly [1] 120/19
inability [1] 161/22
inaccurate [1] 139/16

**I**

**inadvertent** [1]  121/21
**inadvertently** [1]  58/8
**Inc** [3]  2/3 46/25 71/15
**incident** [48]  16/6 16/8 16/19 20/9 22/6 35/12 42/17 42/20 44/3 46/20 51/11 67/21 72/11 78/14 79/15 85/10 85/11 85/22 100/13 103/24 105/4 106/25 107/1 107/6 107/23 108/14 109/7 109/10 109/16 109/22 111/7 111/8 111/15 111/18 113/3 113/3 114/6 163/8 166/2 170/11 170/12 174/10 175/18 179/10 179/18 184/6 186/4 193/2
**incidents** [5]  16/7 26/21 104/7 112/2 113/3
**inclination** [1]  52/12
**include** [3]  93/15 95/4 142/2
**included** [6]  59/2 92/7 92/15 98/20 120/19 147/10
**includes** [4]  188/2 189/14 189/16 189/20
**including** [4]  68/4 98/18 125/2 190/6
**incorrect** [2]  153/7 159/11
**increase** [1]  164/5
**indeed** [1]  60/11
**independent** [2]  64/19 134/10
**INDEX** [3]  199/21 200/2 200/11
**indicate** [2]  78/13 135/18
**indicated** [11]  70/7 82/1 88/19 99/3 99/17 99/20 115/3 138/21 153/15 153/20 156/20
**indicates** [2]  154/20 186/2
**indirect** [1]  134/4
**individual** [4]  140/13 161/14 185/22 194/23
**individuals** [1]  76/9
**industrial** [1]  33/6
**infection** [1]  176/24
**infirmity** [2]  79/14 79/16
**inflammation** [1]  154/1
**information** [11]  29/17 29/24 46/24 82/19 82/19 87/16 87/17 87/24 88/3 90/24 180/2
**informed** [3]  108/6 108/24 109/1
**infusion** [1]  142/9
**initial** [2]  34/24 102/16
**initially** [3]  10/5 10/20 31/2
**injection** [3]  67/6 128/19 142/20
**injections** [14]  19/21 67/8 67/14 67/16 128/5 142/3 142/8 142/13 142/17 142/19 143/19 143/20 143/21 144/7
**injure** [1]  177/4
**injured** [5]  87/11 102/25 103/2 108/3 113/13
**injures** [1]  128/4
**injuries** [14]  19/20 50/11 79/9 79/25 80/15 84/22 87/11 105/1 110/15 112/3 112/15 140/19 140/21 171/22
**injury** [25]  19/3 68/9 68/20 69/15 78/12 78/14 79/8 81/8 81/15 86/16 106/5 106/7 106/9 109/11 111/10 111/19 111/20 113/4 113/11 113/12 147/12 161/21 186/3 193/1 193/4
**inquire** [3]  45/10 45/12 47/12
**insignia** [1]  31/25
**insofar** [1]  197/17
**instance** [4]  156/15 160/6 161/15 161/22
**instances** [1]  104/6
**instead** [3]  21/24 52/4 96/20
**institute** [1]  173/12
**Institutes** [1]  173/4
**institution** [1]  188/12

**instruct** [2]  41/5 41/8
**instruction** [9]  56/10 57/13 57/20 197/15 197/18 197/25 198/1 198/4 198/24
**instructor** [2]  108/20 108/20
**instruments** [1]  146/20
**insurance** [1]  107/10
**intact** [5]  129/20 131/6 158/18 177/15 177/18
**intend** [2]  120/15 120/20
**intending** [1]  40/17
**interconnected** [1]  188/6
**interest** [1]  41/6
**interested** [2]  182/21 198/7
**interesting** [2]  79/12 86/3
**interface** [1]  160/10
**international** [9]  10/9 11/6 11/20 11/23 12/4 23/17 24/1 43/19 44/4
**internship** [2]  124/7 173/1
**interrogatories** [12]  78/5 80/20 81/12 83/14 84/1 86/24 87/12 88/8 89/7 97/9 97/10 113/25
**interrogatory** [5]  80/10 85/2 111/22 112/7 112/8
**interrogatory answers** [1]  112/8
**interrupt** [2]  118/11 123/7
**interrupted** [1]  171/2
**interruption** [1]  28/19
**intradiscal** [2]  144/15 145/19
**introduce** [2]  116/20 116/22
**introduced** [1]  92/1
**invade** [1]  180/18
**invalid** [1]  104/14
**invasive** [3]  142/4 142/13 144/13
**invited** [4]  15/19 22/15 30/9 32/8
**involve** [1]  131/19
**involved** [16]  10/11 19/14 70/19 72/5 73/22 74/2 75/20 75/20 76/15 77/10 77/15 77/16 77/19 85/11 99/11 133/21
**involvement** [1]  160/13
**involving** [2]  85/22 112/3
**iota** [1]  193/5
**ironing** [1]  68/1
**irritability** [1]  162/14
**is** [437]
**is the** [1]  164/6
**Island** [3]  6/15 7/6 76/7
**isn't** [7]  42/3 76/9 94/25 102/7 105/24 117/20 198/22
**issue** [10]  46/10 89/19 100/19 118/24 118/25 121/25 167/15 195/10 197/21 197/21
**issues** [1]  197/14
**it** [422]
**it's** [134]  10/13 11/21 14/13 14/13 18/21 22/11 22/19 27/5 27/8 30/15 33/5 33/6 35/23 38/17 39/15 40/4 40/7 41/10 41/21 41/23 42/6 52/7 52/13 52/18 53/10 53/16 53/25 57/3 57/12 57/13 58/15 60/9 63/5 69/10 71/14 72/14 72/18 73/7 74/14 75/2 78/16 79/1 83/9 84/5 87/4 87/22 89/17 89/18 89/19 89/24 89/25 91/10 93/22 94/7 94/11 95/1 96/9 101/4 104/12 104/18 104/20 110/5 117/1 117/3 117/3 117/6 118/4 119/12 119/24 121/9 133/12 133/19 133/20 133/23 134/8 138/6 138/6 138/13 138/16 138/16 138/17 140/16 143/23 146/16 151/12 153/25 154/1 154/24 155/14 158/8 159/17 159/20 160/17 160/22 161/3 161/4 164/11 166/9 166/12 166/12 168/3 169/23 174/25 177/17 177/18 178/15 178/20 178/20 179/2 181/5 181/25 182/1 182/11 182/24 182/25 183/16

183/17 183/18 183/21 183/24 183/24 198/2 185/03 185/ Page 186/2 189/f 190/17 191/18 191/19 191/22 191/22 194/1 196/22 198/6
**item** [8]  56/14 89/17 158/17 158/21 159/2 159/19 159/19 161/17
**items** [6]  25/8 98/9 98/20 98/23 125/9 138/8
**itinerary** [1]  31/8
**its** [3]  173/25 174/24 185/8
**itself** [3]  27/8 27/23 167/10

**J**

**Jackson** [2]  124/14 125/15
**James** [5]  57/13 123/11 123/15 123/25 199/24
**jammed** [1]  20/1
**Janice** [1]  46/23
**Janis** [1]  44/20
**January** [9]  82/10 89/10 99/24 105/25 112/6 113/1 113/15 114/22 114/23
**Japan** [11]  22/13 23/3 23/18 23/22 26/20 28/3 36/4 36/23 46/3 79/3 166/2
**Japanese** [3]  29/19 29/19 31/14
**jelly** [1]  177/22
**Jenny** [1]  44/19
**jerked** [1]  18/6
**jet** [1]  35/10
**jetway** [3]  37/22 42/21 43/23
**job** [12]  5/7 5/9 5/10 6/7 6/9 14/11 45/3 89/9 108/21 108/22 108/25 124/17
**jobs** [3]  105/10 106/2 108/24
**Joe** [2]  174/5 188/3
**joined** [1]  25/22
**joint** [3]  181/9 184/1 184/1
**joints** [3]  133/19 181/8 184/4
**journalism** [5]  8/23 9/2 9/3 10/23 16/16
**judge** [30]  1/9 2/2 52/7 55/3 56/16 59/7 75/25 93/6 104/16 111/5 119/6 120/6 121/25 122/11 141/20 148/11 150/18 166/16 168/2 168/20 169/24 170/4 170/6 171/15 186/12 186/15 196/1 196/2 196/8 199/5
**judges** [2]  41/23 106/17
**judgment** [2]  106/18 151/20
**judicial** [1]  98/3
**Judith** [2]  1/22 199/16
**judy** [1]  1/24
**July** [4]  13/1 14/1 22/24 102/17
**JUNE** [20]  1/6 57/3 57/13 57/17 57/19 57/21 61/6 61/25 70/10 103/11 103/13 103/20 104/10 139/25 140/2 163/5 176/13 176/14 177/7 177/8
**juries** [1]  60/19
**juror** [9]  58/23 58/24 60/6 60/6 60/8 60/13 60/15 60/20 61/1
**juror's** [1]  58/21
**jurors** [7]  2/14 41/24 51/21 51/22 52/25 60/25 94/18
**jurors'** [1]  58/23
**jury** [77]  1/8 3/6 3/7 7/5 7/17 9/1 13/8 23/19 27/24 30/8 35/22 51/14 53/20 53/22 54/4 55/10 55/13 56/3 56/10 56/24 59/18 62/14 63/19 63/21 73/25 79/24 83/17 90/18 91/21 93/17 115/8 115/11 115/12 116/6 120/9 120/19 120/21 121/4 121/4 121/22 121/24 123/3 123/4 124/25 125/23 126/25 127/1 135/11 136/11 139/17 139/23 144/18 147/2 147/6 150/22 172/9 175/21 180/8 180/12 180/15 180/18 184/7 194/1 194/2 194/7 194/9 194/14 197/12 197/15 197/18 197/25 198/1 198/2 198/3 198/23 200/12 200/13
**jury's** [1]  46/22

## J

**just [110]** 11/20 11/25 15/22 21/6 21/14 21/16 21/20 22/1 38/10 38/19 41/11 52/4 53/6 55/1 55/12 55/19 56/21 56/22 61/17 63/15 65/11 70/5 71/10 74/12 75/6 76/9 76/10 78/23 80/13 82/24 83/20 84/3 84/7 84/10 84/11 84/14 84/15 86/2 89/11 94/7 94/16 94/21 95/22 96/17 96/25 97/13 100/20 102/23 108/1 108/11 110/4 110/18 110/25 111/1 112/9 112/18 114/21 114/21 115/12 116/3 116/8 116/10 117/2 117/4 118/1 119/1 119/10 121/7 121/7 121/20 122/10 127/2 132/25 133/1 133/25 139/18 139/19 142/10 144/16 147/25 151/12 151/14 153/7 153/9 157/3 157/16 157/17 158/7 158/8 160/25 164/8 165/12 165/13 165/15 165/18 165/21 166/19 167/25 170/13 174/21 178/20 180/17 182/5 186/7 186/12 193/10 194/5 196/9 196/21 198/5

## K

**Katrina [1]** 88/20
**keep [2]** 111/3 116/5
**kept [5]** 5/19 16/25 17/24 18/10 20/20
**kicked [1]** 18/24
**kids [1]** 68/6
**kind [10]** 21/2 26/15 50/5 70/6 143/5 145/19 146/13 146/17 162/11 163/18
**KIRK [1]** 1/18
**knee [3]** 129/2 130/1 131/25
**knees [3]** 130/2 130/15 157/12
**knew [16]** 32/16 37/14 37/18 75/16 75/19 76/3 76/13 76/14 77/9 77/12 77/14 77/17 80/10 99/6 99/9 179/23
**knocked [1]** 17/12
**know [127]** 10/10 12/1 13/2 13/3 13/4 13/24 14/21 14/24 15/21 16/19 17/14 18/10 19/10 19/15 20/20 21/18 32/12 32/17 33/18 33/20 34/18 36/16 36/22 36/24 37/2 37/3 37/21 39/8 39/10 41/10 41/10 41/21 42/5 43/24 45/3 46/2 46/5 46/7 46/8 49/7 49/8 49/9 49/22 50/12 50/20 51/19 51/21 51/23 51/24 52/2 53/14 53/23 55/8 59/16 59/17 60/10 62/18 73/12 77/6 78/23 79/8 80/19 80/24 81/24 81/25 81/25 82/1 82/10 82/13 82/23 83/2 83/23 87/9 88/4 88/6 88/8 91/11 95/22 101/9 103/15 110/20 113/17 113/18 113/21 114/20 115/16 115/16 116/2 116/23 118/1 118/18 118/24 118/24 119/2 119/5 119/11 119/13 119/19 120/14 120/16 121/2 121/5 121/21 132/3 134/10 134/19 147/17 163/25 167/4 167/7 170/25 175/1 179/21 185/18 190/8 190/16 194/2 194/7 194/16 196/6 196/11 196/15 196/19 197/14 197/16 198/8
**knowing [1]** 100/19
**knowledge [5]** 38/21 38/24 77/14 114/22 154/14
**known [3]** 156/16 188/13 190/10
**knows [1]** 21/24
**Kolb [1]** 67/16

## L

**L5 [24]** 137/4 137/19 141/5 141/13 151/16 163/21 163/23 164/7 164/14 181/1 181/4 182/7 182/7 182/12 182/13 182/13 182/22 183/12 183/22 183/23 184/9 184/13 184/19 185/1

## L5-S1 [20]
137/4 137/19 141/5 141/13 151/16 163/21 163/23 164/7 164/14 181/1 181/4 182/7 182/12 182/22 183/12 183/22 183/23 184/13 184/19 185/1
**lack [1]** 94/20
**ladies [13]** 73/24 79/23 83/16 123/5 126/25 136/11 139/23 147/2 150/21 162/21 172/22 175/21 184/6
**lady [4]** 28/11 32/7 33/23 34/16
**laid [5]** 18/7 39/1 93/21 93/24 186/19
**Lakes [5]** 14/11 108/12 108/19 125/19 125/19
**landed [4]** 33/9 37/6 43/17 43/18
**languages [1]** 14/3
**laser [10]** 145/2 145/3 146/11 146/13 146/14 146/16 146/16 146/18 146/20 149/11
**last [29]** 3/21 3/24 4/1 20/21 37/13 56/20 56/21 57/4 57/4 72/14 82/21 82/25 83/6 85/4 88/9 88/10 99/20 99/23 103/16 105/23 123/14 152/13 157/25 164/19 169/11 169/11 169/18 172/9 172/14
**late [3]** 2/21 2/22 121/16
**later [13]** 12/23 17/11 17/12 17/18 19/10 20/15 26/17 31/14 99/10 101/24 107/14 182/13 185/1
**Lauderdale [14]** 23/17 24/5 34/25 43/1 43/9 43/18 44/1 44/4 44/14 44/23 45/9 46/18 47/2 124/2
**laugh [1]** 33/19
**law [1]** 2/14
**lawsuit [20]** 70/19 73/12 73/14 73/17 74/1 74/2 74/7 74/10 75/1 75/3 75/16 77/10 77/17 79/5 79/7 81/14 83/4 86/15 86/20 111/25
**lawsuits [6]** 77/15 77/16 77/19 78/24 83/18 85/8
**lawyer [8]** 6/19 51/12 70/14 73/22 74/2 74/3 74/4 74/12
**lawyers [2]** 106/19 196/21
**lay [2]** 36/14 154/10
**laying [1]** 159/6
**layperson [1]** 41/10
**lead [5]** 21/23 40/20 42/5 152/6 195/12
**leading [16]** 22/2 26/22 27/8 31/18 49/13 65/8 134/22 137/24 139/1 139/12 147/20 152/5 154/15 166/3 176/1 178/13
**leads [1]** 182/12
**leaf [1]** 98/21
**lean [2]** 123/17 130/21
**leaning [1]** 157/13
**learn [1]** 108/11
**learned [3]** 68/5 88/2 179/25
**least [10]** 33/11 54/20 61/4 91/7 93/24 105/4 118/8 118/9 118/13 196/14
**leave [16]** 9/12 9/14 9/17 9/22 12/23 17/4 17/6 21/2 24/7 24/18 24/20 40/24 71/6 74/19 96/18 168/9
**leaves [3]** 169/1 183/3 185/5
**leaving [1]** 196/5
**led [1]** 5/2
**left [18]** 17/10 24/5 47/24 95/10 99/14 118/7 119/25 132/18 140/13 140/15 140/16 140/17 140/20 140/24 147/18 181/20 183/15 183/16
**leg [16]** 18/5 50/12 50/15 128/24 129/22 131/10 131/18 131/24 132/2 132/3 132/6 140/25 155/13 159/2 159/8 159/12
**legal [14]** 38/19 70/11 71/12 91/5 91/6 92/4 92/10 92/12 154/9 186/7 186/8 186/13 188/20 188/23
**legs [4]** 32/16 33/12 125/3 159/9
**length [2]** 26/4 198/13
**lengthy [1]** 27/1 27/2
**less [3]** 130/20 156/21 183/7
**let [48]** 15/9 19/10 33/24 39/21 51/22 54/8 54/18 57/20 59/4 61/1 61/5 63/5 67/21 68/6 68/18 70/5 70/18 90/11 90/13 91/20 91/20 92/14 92/21 92/25 94/8 96/14 100/15 100/22 101/8 122/10 123/3 127/8 148/14 154/3 163/17 170/23 171/13 180/11 186/23 187/10 189/18 190/19 194/1 194/6 194/9 194/12 197/1 197/16
**let's [27]** 13/1 14/13 16/21 20/22 78/1 78/1 78/10 82/6 82/20 82/20 84/19 85/10 100/20 110/4 112/9 121/22 126/22 135/11 136/9 139/22 142/10 143/3 144/10 147/2 149/13 149/16 179/4
**letter [13]** 51/10 51/12 57/21 58/8 103/17 103/19 104/21 127/7 127/11 133/11 134/21 135/1 136/12
**letting [1]** 196/6
**level [10]** 142/22 143/1 178/1 178/2 178/2 178/3 178/4 181/1 184/15 184/17
**levels [12]** 142/23 142/25 178/23 178/23 178/25
**liability [1]** 119/24
**liberal [1]** 198/12
**licensed [1]** 50/3
**lied [2]** 106/19 106/20
**lift [1]** 131/18
**lifted [1]** 98/24
**light [16]** 6/12 132/20 132/21 132/21 132/24 132/25 133/4 171/15 172/6 180/8 182/24 183/1 183/2 183/5 183/6 197/16
**like [80]** 3/22 7/5 10/25 13/2 14/18 25/19 25/21 26/14 26/16 27/10 30/22 31/1 31/9 31/10 33/5 33/12 33/12 35/22 46/22 51/1 51/20 51/25 52/3 55/9 59/12 60/4 62/16 62/19 67/25 68/21 74/23 80/16 80/18 81/19 83/25 90/14 90/16 90/19 90/23 91/23 91/25 92/22 95/23 101/8 104/8 113/11 115/6 116/16 123/10 132/7 132/25 133/5 142/17 143/15 149/7 155/6 158/7 160/17 160/24 162/13 162/14 162/23 163/24 163/24 169/1 170/13 170/16 172/1 172/5 177/3 177/16 177/18 177/22 181/23 182/5 182/25 183/10 185/18 186/25 194/16
**likewise [1]** 61/13
**limine [2]** 122/1 166/10
**limit [3]** 88/24 129/3 170/22
**limited [1]** 126/12
**limiting [1]** 170/20
**Limousine [1]** 24/24
**line [32]** 5/14 5/18 25/20 25/22 25/24 26/1 26/4 26/13 27/25 28/7 28/12 28/13 28/14 28/23 29/5 30/12 30/12 30/20 33/17 79/19 79/20 79/22 80/4 80/7 112/16 113/1 113/7 113/8 115/14 128/9 128/9 166/25
**lines [3]** 25/20 34/5 34/6
**liquefy [1]** 145/7
**list [13]** 58/3 59/2 63/6 81/3 85/21 89/17 89/25 92/6 92/16 93/2 95/1 95/1 97/21
**listed [10]** 58/1 62/9 62/10 63/6 85/10 86/23 92/5 94/4 95/4 155/14
**listen [8]** 17/22 41/3 41/8 41/11 41/25 44/18 116/3 158/5

**L**

literal [1] 182/1
litigate [1] 75/17
litigated [1] 75/14
litigation [10] 75/8 75/14 75/20 76/4
76/14 77/10 78/11 79/8 82/24 83/3
little [25] 19/10 22/2 28/25 42/5 70/6
79/12 94/21 99/16 117/4 117/5 131/12
138/5 141/6 141/8 142/11 146/15
148/7 167/25 175/24 178/7 182/12
183/13 185/3 185/3 185/4
live [2] 4/8 169/2
living [2] 175/3 181/25
Livingston [13] 121/12 168/24 170/10
170/13 172/2 172/4 172/11 172/15
172/18 187/1 187/14 193/10 199/25
Livingston's [1] 171/4
lobby [2] 52/25 168/25
local [2] 24/22 134/1
localization [1] 136/25
localized [1] 133/25
locate [3] 12/16 23/20 25/13
located [2] 22/14 23/24
location [3] 24/20 137/19 159/16
locator [1] 12/18
locked [1] 128/13
locking [1] 131/22
Locktown [1] 85/18
Locktowns [2] 73/13 73/18
long [34] 5/24 5/25 6/15 7/6 12/20
13/11 20/21 24/9 26/5 26/12 36/5 36/5
36/8 43/11 49/20 54/18 64/14 64/21
76/7 79/21 80/4 80/22 80/25 113/9
118/6 124/21 128/10 154/3 154/5
164/17 168/22 180/17 187/20 195/11
longer [7] 10/10 12/19 12/21 117/20
118/5 170/16 188/21
look [28] 29/13 55/20 58/21 60/25 71/8
71/13 74/14 74/23 78/1 82/24 90/14
92/25 96/6 120/21 126/22 154/20
158/4 158/4 158/5 160/18 175/8
176/21 179/4 182/17 183/9 191/19
197/19 199/2
looked [10] 5/2 32/11 33/20 65/1
163/18 164/19 171/10 175/11 179/5
179/19
looking [17] 5/19 6/4 6/7 33/18 57/18
72/20 72/25 75/2 88/16 100/25 180/3
181/12 181/19 182/21 183/8 183/11
191/13
looks [6] 90/16 90/19 90/23 91/23
96/24 185/18
loose [1] 98/21
loose-leaf [1] 98/21
LORNA [39] 1/3 2/2 2/6 2/9 3/17 3/18
3/25 28/2 28/4 28/7 28/12 28/16 29/8
29/11 29/13 71/14 72/7 74/15 74/21
75/4 83/12 93/21 97/1 97/12 97/20
103/18 138/22 139/6 139/7 147/17
147/17 148/1 148/19 149/5 149/6
150/9 151/3 175/5 199/23
lose [1] 177/4
loss [10] 78/12 137/5 161/1 164/2
164/2 164/3 164/6 164/14 177/5 180/1
lost [3] 97/23 98/9 121/15
lot [15] 10/11 25/16 25/17 25/17 59/23
65/6 65/10 70/15 85/24 118/5 143/16
145/11 170/16 175/2 183/11
lots [1] 98/9
lounge [1] 29/12
love [1] 168/18
low [5] 110/15 145/12 151/23 151/24
174/13
low-end [1] 145/12

lower [11] 19/23 49/4 50/12 50/15
91/19 111/14 143/3 162/12 163/1
163/24 182/6
lowest [2] 181/4 184/12
Luckily [1] 33/13
luggage [1] 34/1
lumbar [37] 19/23 128/4 129/24 131/11
132/11 133/13 133/25 141/4 141/13
142/4 142/6 142/21 143/1 144/9
144/10 144/11 144/13 146/9 147/11
156/20 157/7 157/10 159/5 159/13
163/24 175/14 175/15 175/23 179/5
179/16 180/3 180/25 181/2 181/13
185/15 185/21 191/21
lumbarization [1] 182/10
lumpectomy [1] 147/13
lunch [12] 51/19 51/20 51/22 51/23
51/24 53/1 53/11 53/21 53/25 55/22
59/9 115/7
lying [2] 131/14 131/19

**M**

M-A-T-H-U-R-A [1] 4/1
M-Y-O-S-E-T-S-U-J-I [1] 22/19
M.D [1] 172/4
ma'am [17] 63/11 70/16 75/22 77/9
78/3 78/16 80/19 81/3 81/24 86/1
87/18 88/11 96/6 103/6 103/10 103/16
114/13
machine [1] 138/10
made [15] 17/7 37/10 51/4 75/23 78/15
93/3 93/7 98/18 102/7 105/9 107/9
107/12 129/13 147/15 167/14
MAGISTRATE [1] 1/9
magnet [1] 138/11
magnetic [1] 189/10
mail [1] 26/19
mailed [1] 26/20
mainly [1] 111/16
maintain [1] 126/15
maintenance [1] 126/14
major [2] 98/5 174/18
majority [1] 174/15
make [36] 5/17 6/2 21/19 22/7 29/12
29/21 35/6 37/9 37/11 37/14 38/9
39/16 44/24 48/2 50/21 50/22 52/4
52/16 53/23 53/25 55/14 59/22 61/5
91/7 102/14 121/20 133/10 134/20
145/22 145/22 146/14 153/4 170/5
177/9 188/20 198/17
makes [2] 52/22 167/16
making [3] 28/16 117/1 122/25
malalignment [3] 142/8 143/12 144/6
mama [1] 5/4
mammographers [1] 188/10
mammography [1] 190/6
man [2] 34/4 34/15
manage [1] 29/14
management [2] 50/19 50/25
manager [4] 45/4 45/8 48/10 50/25
Manhattan [1] 5/23
many [22] 11/8 18/24 25/6 25/18 28/23
29/5 37/1 46/3 49/22 65/24 68/6 88/21
97/22 98/9 99/12 142/17 142/23
144/13 149/18 161/3 174/9 183/19
map [1] 160/18
March [24] 20/7 20/9 60/9 65/4 65/5
99/24 100/2 101/21 108/15 108/17
126/23 127/7 127/11 132/23 133/11
134/21 135/2 135/19 153/13 154/20
154/22 155/23 155/25 166/21
marked [6] 57/25 90/3 95/15 126/24
127/23 147/4
market [1] 9/25
marketing [1] 10/9

married [1] 4/11
Marty [2] 2/10
Mary's [1] 125/18
massage [1] 128/5
master [1] 11/10
masters [3] 10/22 11/15 12/2
match [3] 133/6 160/20 160/23
material [1] 145/6
materials [1] 98/20
maternity [2] 9/12 12/22
MATHURA [57] 1/3 2/2 2/6 2/9 3/17
3/18 3/23 3/25 4/8 7/25 19/2 28/2 29/8
29/11 41/21 56/5 63/24 64/7 69/21
70/3 83/12 84/3 93/22 97/1 97/12
97/20 103/18 110/18 116/2 119/4
119/12 129/14 135/3 135/8 136/2
139/7 141/2 141/15 142/1 142/23
143/25 147/17 149/6 150/9 151/3
153/12 154/6 154/14 162/5 166/1
169/18 175/6 175/9 181/14 186/2
192/24 199/23
Mathura's [7] 127/19 127/22 132/9
148/20 156/13 166/7 166/22
Mathurin [10] 138/22 138/23 139/7
139/10 139/21 147/17 148/1 149/6
162/3 162/4
Mathurin's [2] 148/19 156/12
matter [14] 30/16 39/3 40/3 40/6 40/6
135/23 154/11 186/15 186/21 188/11
188/12 195/5 195/8 199/12
matters [2] 195/14 198/24
may [28] 4/4 20/7 23/19 27/12 30/3
42/2 42/2 58/8 60/18 63/17 64/5 84/13
87/4 88/25 96/10 97/15 102/2 112/22
123/19 137/18 164/23 165/1 165/9
167/17 177/1 177/4 180/15 197/10
maybe [8] 17/11 49/23 52/20 52/23
58/20 118/19 119/15 171/18
MCAT [1] 16/23
McGill [1] 124/5
me [173] 5/3 12/17 12/23 12/24 15/9
16/17 17/22 17/22 17/24 18/2 18/4
18/5 18/6 18/9 18/10 18/17 18/21
18/22 18/24 18/24 18/24 18/25 19/1
19/11 20/6 20/7 20/14 20/16 20/17
20/23 25/1 25/19 26/3 26/8 28/4 29/1
29/18 29/25 30/11 30/12 30/22 30/23
31/1 31/2 31/8 31/9 32/7 32/8 32/12
33/11 33/12 33/18 33/24 34/1 34/6
34/6 34/13 34/16 34/17 34/18 34/22
34/23 35/5 35/6 35/6 35/16 36/17
36/22 38/3 38/7 39/21 40/11 40/23
41/9 45/7 45/17 45/21 46/9 47/11
47/13 48/11 50/21 50/23 51/5 53/24
54/8 54/18 55/17 57/20 58/20 59/4
59/11 59/23 61/1 61/5 63/5 67/14
67/16 67/21 68/6 68/18 68/21 70/5
70/18 72/10 74/17 79/2 80/6 80/24
81/16 81/18 81/21 82/13 82/22 83/1
83/12 83/13 85/12 85/15 88/14 89/4
89/13 90/11 90/13 91/20 91/20 92/14
92/22 92/25 94/8 96/14 99/9 100/11
100/15 100/22 102/11 104/15 106/2
106/2 106/3 107/15 108/6 108/24
109/13 110/3 110/5 110/21 112/4
113/5 116/17 122/10 127/8 128/23
135/5 140/21 141/8 148/14 154/3
155/7 155/11 158/7 163/17 171/16
173/25 175/16 186/23 188/19 194/16
195/4 196/6 197/1 197/16 198/6
mean [29] 39/6 39/9 54/16 59/15 60/18
66/12 115/11 117/1 118/15 118/19
119/2 119/13 120/14 140/21 142/17
143/13 156/5 158/18 162/9 165/9
166/11 166/14 167/8 167/10 167/20

**M**

mean... [4] 167/24 168/22 169/14
178/19
meaning [5] 130/1 132/3 132/20 140/6
142/3
means [23] 111/23 125/24 128/25
130/20 131/6 132/11 133/5 133/6
137/5 138/6 140/16 150/3 158/7 158/9
158/19 162/11 167/8 177/12 177/15
178/5 178/15 178/16 178/20
meant [1] 161/23
media [1] 12/7
medical [73] 20/11 39/14 39/18 50/22
57/5 60/10 62/3 64/19 69/10 81/4 85/3
87/13 87/15 87/17 87/24 88/3 88/13
88/16 88/18 96/7 97/21 98/17 99/8
111/21 118/21 118/22 119/14 119/22
119/22 124/5 124/8 124/18 124/24
125/15 125/16 125/16 125/17 125/18
127/19 129/4 129/5 129/9 134/10
135/16 141/16 143/6 147/5 147/6
147/8 147/25 148/1 148/8 148/15
148/20 148/20 149/4 149/21 150/7
153/3 153/5 153/18 154/12 165/2
172/18 172/24 173/1 173/3 173/7
185/25 187/17 188/23 192/25 194/22
medical/legal [1] 188/23
medically [1] 143/8
medication [16] 36/21 43/14 43/15
47/23 50/2 50/4 65/7 65/10 66/11
66/15 66/18 66/22 66/23 85/25 110/21
110/23
medications [6] 62/24 66/25 128/19
136/2 136/6 154/6
medicine [3] 172/25 189/15 189/20
meet [2] 44/19 44/21
members [3] 126/25 144/18 194/6
Memorial [26] 173/16 173/19 173/23
174/3 174/5 174/5 174/6 174/6 174/7
174/7 187/24 188/2 188/3 188/4 188/4
188/4 188/5 188/16 188/22 188/25
189/2 189/4 189/23 189/25 191/18
191/21
memory [1] 114/22
menial [1] 106/2
mental [2] 85/18 129/18
mention [4] 11/5 14/18 129/9 167/14
mentioned [11] 14/8 28/7 85/13 125/10
125/15 134/6 136/16 140/14 142/12
143/15 176/18
met [3] 30/6 30/7 46/18
methodology [1] 151/10
MIAMI [41] 1/2 1/13 1/15 1/20 1/23
1/23 4/9 9/25 10/1 10/4 10/12 10/13
10/16 10/19 11/3 12/15 13/6 13/10
13/17 13/20 14/3 14/7 14/10 14/11
14/16 14/18 16/4 50/23 98/1 98/6
99/21 103/17 103/25 104/11 108/12
108/19 108/23 124/14 124/18 125/19
125/20
Miami-Dade [14] 12/15 13/6 13/17
13/20 14/7 14/16 14/18 16/4 98/1 98/6
99/21 103/17 103/25 104/11
microphone [11] 27/6 27/15 27/17
27/17 96/24 123/17 123/18 148/3
172/3 180/20 184/11
mid [2] 128/23 195/6
mid-back [1] 128/23
mid-day [1] 195/6
middle [4] 16/12 27/20 181/20 190/20
might [13] 21/12 41/13 52/4 54/2 79/8
80/18 81/23 115/4 117/6 131/24
131/25 133/21 186/10
mild [3] 177/25 183/24 185/2

mildly [2] 151/18 184/3
miles [1] 59/8
millimeter [3] 144/24 145/20 146/15
146/20
millimeters [2] 144/23 144/23
mind [3] 77/14 116/13 166/15
Mine [2] 57/16 57/22
minimal [1] 184/21
minimally [2] 142/4 142/13
minimum [1] 126/4
minor [1] 98/12
minute [1] 51/16 92/14 142/10
minutes [23] 2/21 17/11 17/11 17/18
26/14 28/6 31/14 52/3 54/10 64/22
54/18 117/20 118/23 119/18 119/25
168/20 169/12 169/18 169/22 169/23
170/3 170/4 170/22
Miramar [2] 174/7 188/5
misleading [1] 21/13
miss [1] 108/12
missed [9] 101/2 104/7 105/1 105/4
105/13 105/24 108/24 108/14 109/22
missing [4] 79/21 85/21 107/13 186/21
mission [1] 24/12
mistakes [1] 139/16
mixed [3] 139/8 139/8 148/18
mixup [1] 94/21
modalities [2] 189/15 189/17
modality [1] 134/8
moderate [1] 140/8
moderately [1] 151/19
modern [1] 189/16
modulated [1] 145/5
moment [1] 165/18
money [4] 65/6 65/10 65/11 78/13
monitoring [1] 34/5
month [1] 22/22
months [14] 5/25 12/14 12/18 49/21
88/1 100/8 102/6 105/5 105/14 108/8
108/16 109/23 126/6 126/6
Montreal [1] 124/6
mop [1] 106/3
mopped [1] 68/2
more [35] 8/12 20/14 20/14 25/21
43/13 43/14 43/15 47/24 50/1 54/8
54/10 54/10 61/23 67/23 67/23 70/6
79/13 82/19 90/1 97/17 102/14 102/16
117/24 119/11 130/9 137/9 137/10
140/13 141/7 144/13 160/17 175/24
183/4 183/17 185/11
morning [16] 2/8 3/8 3/22 8/11 24/17
24/19 24/22 30/6 58/18 80/8 195/3
195/4 195/20 197/13 198/17 198/25
most [25] 11/25 13/22 14/17 49/9
67/25 68/1 86/24 98/4 105/21 134/8
140/19 160/2 160/5 160/9 160/15
174/11 176/12 176/25 178/18 178/23
184/5 189/22 189/23 192/1 198/2
mostly [3] 126/11 140/5 189/1
mother [1] 5/2
motion [16] 97/9 97/11 122/1 152/11
166/9 190/3 190/7 190/8 190/10
190/14 190/17 190/25 191/3 191/12
191/13 191/23
motivated [1] 9/17
motor [1] 152/11
move [22] 20/22 52/23 74/13 95/14
96/25 97/15 97/18 104/16 110/4 111/1
117/8 117/22 119/22 123/17 127/2
131/7 131/8 131/8 139/22 144/10
172/5 172/7
moved [1] 95/13
movement [1] 133/18
moves [1] 191/20
moving [4] 95/12 138/18 145/17
158/23

Mr. [25] 2/12 172/21 173/22 173/24
175/17 176/18 176/21 177/8 178/19
175/17 176/18 176/21 179/4 181/1
181/17 187/23 187/24 188/18 189/3
189/5 189/10 189/20 191/8 193/4
195/3
Mr. [61] 3/4 3/9 3/12 3/14 4/3 21/6
21/23 26/8 26/12 26/15 26/20 27/1
30/6 30/12 35/5 35/19 38/16 42/4 42/5
42/8 46/11 47/15 49/20 50/18 54/8
55/8 56/4 56/7 57/20 59/5 59/13 62/6
63/23 64/1 70/4 76/12 76/18 85/22
86/21 89/16 115/20 116/15 116/19
116/24 117/7 117/12 118/16 121/5
121/11 122/25 154/10 167/14 187/4
192/4 195/5 195/9 195/11 198/10
198/15 198/20 199/2
Mr. Ciaran [1] 26/8
Mr. Collins [7] 26/12 26/15 26/20 30/6
30/12 35/5 35/19
Mr. Collins' [1] 27/1
Mr. Crooks [4] 122/25 187/4 192/4
199/2
Mr. Figueroa [2] 85/22 86/21
Mr. George [1] 50/18
Mr. Palmer [16] 3/4 3/12 56/7 64/1 70/4
76/12 76/18 116/15 116/19 116/24
117/12 121/5 121/11 154/10 167/14
198/20
Mr. Parker [28] 3/9 3/14 4/3 21/6 21/23
38/16 42/4 42/5 42/8 46/11 47/15 54/8
55/8 56/4 57/20 59/5 59/13 62/6 63/23
89/16 115/20 117/7 118/16 195/5
195/9 195/11 198/10 198/15
Mr. Rudolph [1] 49/20
MRI [37] 64/23 107/21 134/3 134/6
134/9 134/13 135/5 135/6 135/7
136/16 136/24 137/13 137/15
137/21 138/3 139/25 140/2 143/16
162/20 162/25 163/5 163/14 164/19
164/19 170/10 170/11 174/8 177/7
177/8 179/16 180/3 180/24 181/11
184/5 186/1 192/24
MRIs [4] 134/20 162/18 176/5 179/5
MRs [5] 176/6 179/13 179/14 188/19
191/10
Mrs. [4] 3/25 28/2 29/8 29/11
Mrs. Lorna [4] 3/25 28/2 29/8 29/11
Ms [7] 3/23 41/21 56/5 119/4 162/4
164/7 181/14
Ms. [44] 4/8 7/25 19/2 46/18 48/10 55/2
63/24 64/7 67/13 69/21 70/3 84/3
93/21 103/18 110/18 116/2 119/12
121/5 127/19 127/22 129/14 132/9
135/3 135/8 136/2 141/2 141/15 142/1
142/23 143/25 148/19 148/20 153/12
154/6 154/14 156/12 162/3 166/1
166/7 166/22 169/18 175/9 186/2
192/24
Ms. Beach-Mathura [13] 63/24 70/3
84/3 110/18 116/2 119/12 129/14
143/25 153/12 154/6 154/14 186/2
192/24
Ms. Beach-Mathura's [1] 132/9
Ms. Elfenbein [2] 55/2 121/5
Ms. Lorna [2] 93/21 103/18
Ms. Mathura [15] 4/8 7/25 19/2 64/7
69/21 135/3 135/8 136/2 141/2 141/15
142/1 142/23 166/1 169/18 175/9
Ms. Mathura's [5] 127/19 127/22
148/20 166/7 166/22
Ms. Mathurin [1] 162/3
Ms. Mathurin's [2] 148/19 156/12
Ms. Petruska [2] 46/18 48/10
Ms. Vasecky [1] 67/13

# M

**msn.com [1]** 1/24
**much [25]** 12/19 14/24 54/8 65/11 69/21 81/17 84/16 113/11 117/20 117/24 118/1 119/11 121/6 152/20 168/2 169/3 169/7 169/25 171/1 175/3 184/8 184/14 193/24 198/8 199/5
**Mulligan [1]** 182/25
**Munoz [1]** 80/11
**muscle [3]** 133/24 161/12 162/12
**muscles [2]** 133/18 162/14
**muscular [1]** 162/10
**music [1]** 10/7
**must [2]** 37/2 50/1
**my [176]** 2/14 2/14 3/25 5/2 5/10 5/20 9/13 9/24 10/22 11/23 12/23 13/22 15/5 15/23 18/8 18/18 19/6 19/6 19/7 19/8 19/13 19/17 19/20 19/23 19/23 20/1 20/5 20/15 20/20 22/13 22/14 22/16 22/16 23/24 24/18 24/22 24/22 24/23 25/20 28/5 28/16 28/24 29/15 31/3 31/3 31/8 32/16 32/16 32/22 33/1 33/12 34/2 34/22 34/23 34/24 35/14 35/15 36/11 36/16 36/23 36/25 37/14 40/10 45/7 45/24 45/25 47/5 48/7 49/4 49/4 49/7 49/9 50/1 50/12 50/15 51/12 51/18 51/25 52/12 52/25 58/12 58/22 61/4 61/11 61/24 65/1 65/3 67/1 67/24 67/24 67/24 68/4 68/17 71/19 72/16 72/18 72/23 73/6 73/10 74/25 75/25 77/23 79/22 80/8 80/16 80/16 80/23 80/23 81/15 81/20 82/3 82/4 82/4 82/13 83/8 88/13 88/14 88/21 89/17 89/18 90/14 90/16 90/19 90/23 91/7 91/23 93/16 93/25 94/1 96/3 97/25 100/18 101/16 102/13 103/3 104/9 104/9 104/14 104/15 106/5 106/5 106/14 107/10 107/14 108/9 108/9 108/24 109/12 109/14 110/10 110/20 110/23 111/16 111/16 113/13 117/25 118/4 119/3 123/23 124/11 124/17 157/18 169/4 172/24 173/2 173/5 174/8 177/3 177/16 177/17 179/12 179/22 183/16 183/19 194/6 198/17
**myelograms [2]** 189/5 189/10
**myofascial [4]** 133/12 133/16 141/4 141/13
**Myosetsuji [1]** 22/19
**myself [9]** 2/14 18/17 28/2 29/21 68/24 138/5 144/18 147/5 188/20

# N

**name [40]** 3/20 3/21 3/24 3/24 3/25 4/1 6/11 6/12 23/21 26/7 26/8 39/2 40/6 45/22 46/23 49/15 49/17 67/13 83/6 83/8 83/9 86/21 123/13 123/14 123/23 123/24 138/20 139/5 139/6 139/8 139/10 139/21 147/17 149/5 171/10 171/24 172/13 172/14 181/15 188/1
**named [1]** 44/20
**names [5]** 81/3 85/3 87/25 88/9 99/7
**narcotic [2]** 153/22 154/6
**Narita [10]** 23/18 24/2 25/3 35/4 36/3 43/5 44/9 45/18 79/2 166/2
**narrative [1]** 46/14
**National [1]** 173/4
**natural [1]** 164/8
**nature [2]** 78/13 79/16
**NBC [2]** 9/20 11/1
**near [2]** 178/7 185/6
**nearest [2]** 19/19 28/9
**nearthrosis [1]** 184/3
**necessarily [3]** 116/22 143/17 178/20

**necessary [1]** 95/6
**neck [16]** 91/2 91/6 112/3 112/5 112/3 113/4 113/9 113/11 143/14 143/15 143/18 155/5 155/10 173/8 174/14 191/20
**need [71]** 16/20 21/7 21/7 21/11 21/15 21/23 27/15 27/16 35/17 35/25 36/1 38/4 38/8 38/10 41/11 41/24 54/7 54/15 54/23 55/13 56/9 60/23 61/6 62/22 71/8 76/24 83/1 84/3 84/10 84/15 84/16 88/24 96/3 96/23 110/18 115/10 116/3 116/10 116/13 116/15 117/9 117/17 118/10 118/13 120/17 120/18 121/1 121/23 123/6 123/16 123/17 135/2 148/3 168/13 170/1 170/2 170/4 170/24 171/8 171/21 180/19 189/18 194/15 195/14 196/21 197/11 197/19 198/7 198/14 199/3
**needed [9]** 10/20 12/16 14/23 37/3 37/4 107/11 122/5 134/20 135/4
**needs [9]** 21/15 41/3 41/3 63/2 91/6 92/24 93/24 146/17 146/18
**negative [1]** 132/2
**neglected [2]** 194/2 194/3
**neighbor [2]** 40/10 40/11
**Neither [1]** 176/11
**nerve [30]** 129/20 133/7 133/24 159/25 160/3 160/7 160/9 160/13 160/13 160/17 160/20 160/23 161/3 161/4 161/5 161/21 176/12 177/2 177/4 177/4 177/23 177/24 178/8 178/11 181/7 184/14 184/16 185/5 185/5 185/6
**nerves [10]** 125/2 125/3 125/6 133/18 160/3 160/8 160/20 173/14 178/16 182/20
**nervous [3]** 84/11 125/2 125/6
**neurologic [2]** 173/12 176/19
**neurological [5]** 60/8 124/12 124/24 127/23 135/13
**neurologist [1]** 125/10
**neuroradiologist [2]** 174/3 188/8
**neuroradiology [10]** 172/21 173/18 187/3 187/8 187/23 187/24 188/7 189/4 189/13 192/13
**neurosurgeon [3]** 114/5 124/24 125/1
**neurosurgeons [1]** 125/9
**neurosurgery [5]** 124/14 124/18 125/25 126/10 155/12
**neurosurgical [3]** 127/9 127/24 166/21
**never [29]** 15/13 18/7 19/13 20/23 33/11 36/23 45/22 45/23 56/18 61/13 75/24 76/18 76/23 77/3 77/24 80/2 82/1 82/4 82/13 83/1 83/22 83/22 90/19 98/25 101/8 106/21 111/3 174/16 179/23
**new [24]** 4/18 4/25 5/4 5/7 5/11 5/23 6/6 7/16 8/4 8/17 9/4 9/8 9/9 9/15 9/17 9/19 10/13 10/15 24/1 105/20 124/7 124/11 138/16 173/16
**newborn [1]** 12/1
**news [1]** 9/4
**newsroom [1]** 9/21
**next [32]** 6/5 8/15 48/22 54/11 61/3 87/2 96/23 106/24 111/7 114/1 133/12 135/12 137/4 138/18 144/5 144/9 144/10 145/17 151/20 156/20 158/17 158/21 159/2 159/19 161/7 163/3 163/5 171/14 178/1 178/1 178/2 178/3
**nice [1]** 33/23
**nicely [1]** 184/13
**night [6]** 14/4 68/23 108/25
**nightmares [1]** 68/24
**nights [2]** 8/21 14/4

**nighttime [1]** 108/21
**nine [1]** 27/10
**no [119]** 1/3 10/10 11/1 13/15 15/3 15/13 15/15 15/17 15/25 16/2 17/6 20/12 31/2 34/4 48/2 50/3 51/5 51/5 51/12 52/11 54/10 55/13 57/12 59/7 63/11 69/5 70/17 72/1 73/14 76/18 76/21 76/22 76/25 77/4 77/5 77/21 79/10 80/2 80/21 82/13 84/14 89/12 92/12 92/17 93/3 93/7 94/5 94/10 99/25 99/25 100/6 101/12 101/22 102/13 102/16 106/1 114/8 114/8 116/14 122/12 122/23 132/14 136/5 136/8 137/18 148/16 152/3 152/17 153/9 153/11 154/5 154/18 154/18 155/19 157/2 157/6 158/15 159/11 162/6 162/16 164/6 164/16 164/18 165/15 168/2 168/5 169/23 170/9 170/20 171/3 171/20 176/15 177/24 181/6 181/6 181/7 181/25 182/1 183/23 183/25 188/11 188/12 188/15 188/21 189/2 190/5 190/11 190/13 191/5 191/11 192/4 193/3 193/16 193/23 194/4 194/11 196/5 198/21 199/8
**Nodding [1]** 23/2
**non [3]** 38/15 39/21 40/3
**non-American [2]** 38/15 40/3
**nondermatomal [3]** 133/6 159/23 160/19
**nonfocal [1]** 177/17
**nonparty [1]** 38/20
**nonresponsive [1]** 104/17
**Nordt [2]** 64/16 170/15
**normal [21]** 129/19 130/8 130/23 130/25 131/1 132/2 132/5 132/6 132/7 132/13 137/3 140/6 161/9 161/9 162/7 162/9 163/1 182/7 182/14 183/13 185/20
**North [6]** 1/15 14/5 124/17 125/15 125/16 125/20
**northeast [1]** 14/17
**northern [4]** 14/15 16/3 16/12 22/7
**Northwest [1]** 4/9
**nose [1]** 173/9
**not [192]** 2/17 2/19 4/20 5/19 5/25 6/3 10/5 10/20 17/16 17/19 17/21 18/8 18/9 18/21 20/12 27/18 28/25 29/14 29/17 38/17 39/1 40/7 40/7 42/2 46/13 50/3 50/3 51/6 52/9 52/10 52/13 52/18 52/24 53/20 58/13 60/11 60/24 60/25 61/8 61/17 61/21 62/9 62/9 62/10 63/3 63/5 63/9 68/11 70/17 72/1 72/16 72/18 72/23 73/22 74/6 74/8 74/9 75/9 76/11 78/21 78/25 79/1 81/12 81/13 82/13 82/17 83/19 83/24 84/22 85/5 86/5 86/5 88/1 88/23 88/25 89/1 89/12 89/18 90/18 91/11 92/7 92/8 93/10 93/20 93/20 93/22 94/22 97/13 99/25 100/6 100/14 100/19 100/20 100/22 102/18 103/2 103/7 103/8 103/13 104/4 105/15 105/17 105/21 106/22 107/1 110/5 111/23 112/9 112/20 113/10 114/12 114/14 114/19 116/9 116/14 116/15 116/22 117/1 117/3 125/10 127/3 128/1 128/13 129/23 132/11 132/20 133/1 133/2 133/6 133/21 133/21 134/3 134/16 136/17 138/4 138/6 138/6 143/14 143/16 150/19 151/12 152/14 154/18 155/14 157/2 158/8 159/17 161/3 161/12 161/13 164/18 164/24 165/14 165/14 169/6 169/7 169/10 169/11 170/20 171/21 175/3 176/19 176/20 177/20 178/7

**N**

not... [23]  178/9 178/16 179/2 179/12
180/18 181/25 182/12 183/20 186/14
186/19 190/12 190/22 191/5 191/7
191/8 191/17 191/25 192/2 192/10
192/11 196/3 197/24 198/16
notarized [1]  83/9
note [6]  2/4 37/18 108/7 131/21 131/22
177/11
notebook [12]  7/18 12/10 23/20 27/3
57/20 93/13 94/23 94/25 95/5 126/25
127/2 136/10
notebooks [6]  57/24 92/8 94/17 94/17
120/20 121/17
noted [3]  155/23 162/7 164/22
notes [1]  163/11
nothing [9]  55/23 55/24 56/11 121/21
128/6 173/13 174/12 185/6 188/16
notice [5]  32/1 78/4 98/3 98/7 103/12
noticed [1]  38/1
noting [1]  53/10
Nova [6]  11/5 11/7 11/8 11/9 11/18
11/23
novel [1]  38/17
November [5]  78/5 136/24 137/20
163/14 164/7
now [87]  7/11 9/4 9/14 15/1 16/3 20/10
20/24 22/6 25/9 25/24 30/8 32/5 33/8
35/19 36/3 38/13 41/6 43/8 47/2 47/25
53/11 53/13 53/25 59/23 60/10 65/6
66/8 67/21 69/4 69/19 69/20 70/21
71/11 72/6 73/11 75/5 75/6 76/4 79/11
82/10 84/19 89/6 92/19 93/10 95/13
99/16 100/4 101/9 101/10 104/6
104/25 110/22 111/22 114/4 119/25
126/1 127/15 136/16 138/18 139/10
145/17 145/21 147/15 149/22 155/22
156/4 158/17 159/19 159/25 161/10
162/17 165/1 166/9 168/25 169/7
173/23 174/4 175/17 178/1 179/9
179/16 181/12 182/6 184/5 184/22
197/1 198/6
nowadays [1]  134/9
nuclear [2]  189/15 189/20
nucleus [4]  177/14 177/21 182/2 182/4
number [49]  2/1 7/6 23/19 27/3 27/11
49/25 57/8 57/14 58/13 58/14 59/19
60/1 72/6 72/20 74/17 78/2 78/10
78/17 78/18 78/19 79/11 80/11 81/2
81/11 82/8 83/6 84/18 84/21 85/2 85/7
86/6 86/23 87/10 89/22 90/16 97/6
97/7 97/8 97/9 100/18 101/4 101/5
103/16 103/17 126/25 127/1 135/12
151/21 166/20
numbered [7]  57/10 57/22 59/20 59/25
60/2 121/9 181/2
numbering [1]  120/16
numbers [5]  58/11 58/12 58/12 59/17
59/18
numerically [1]  130/24
numerous [1]  98/23
NW [1]  1/12

**O**

oath [4]  64/7 113/15 171/25 172/10
obese [1]  129/18
object [12]  30/24 38/10 56/22 69/10
104/19 133/3 150/13 157/21 161/17
164/9 186/5 187/5
objected [1]  167/23
objecting [2]  39/21 154/9
objection [54]  26/22 27/5 27/7 27/22
28/21 30/14 30/19 30/19 31/18 38/5
38/7 38/8 38/13 46/7 47/14 51/6 65/8

68/11 69/9 74/6 87/21 88/22 91/2 91/5
92/13 92/18 92/21 92/21 99/1 103/18
104/20 113/22 114/25 134/14 134/22
137/24 137/1 139/12 143/23 147/20
148/9 150/10 154/8 161/25 165/4
166/3 166/8 167/2 167/21 176/1
178/13 186/7 186/8 192/12
objections [7]  92/17 92/17 93/3 93/7
93/7 93/8 168/7
objective [2]  186/1 193/1
objects [1]  117/7
obligation [2]  82/23 83/2
obligations [1]  196/20
observations [1]  175/22
obtained [1]  193/14
obviously [5]  40/8 51/21 51/24 93/13
116/19
occasional [1]  129/1
occurred [4]  26/16 72/11 98/9 101/25
102/11 106/10 106/25 155/20
occurring [1]  193/2
occurs [1]  161/12
October [1]  103/18
off [12]  34/16 36/11 95/10 95/19 98/8
99/14 113/10 131/8 132/20 133/4
169/1 169/9
offending [1]  121/6
offer [3]  6/4 6/7 54/16
offered [3]  30/15 54/17 97/4
offering [3]  38/20 53/6 95/5
office [9]  1/19 8/11 58/9 77/23 77/24
82/15 90/25 102/9 135/20
Official [1]  1/22
Oh [14]  29/4 57/9 68/19 101/3 105/11
109/2 111/9 114/24 142/2 142/19
146/6 151/12 156/1 158/23
okay [342]
Oklahoma [1]  15/23
old [2]  98/18 127/25
oldest [1]  174/3
omissions [3]  139/5 147/24 149/7
omitted [1]  153/7
once [4]  126/18 132/23 139/13 195/9
one [118]  7/20 11/20 14/8 15/5 15/21
16/23 17/6 17/12 18/11 20/14 20/14
22/24 25/7 25/7 35/14 38/10 38/23
43/6 44/19 56/14 57/1 58/20 58/23
60/6 61/8 61/23 64/16 65/3 66/5 66/7
66/20 68/17 71/13 72/14 72/18 74/3
74/4 75/21 76/3 78/10 79/12 81/3
82/22 84/13 85/21 85/24 86/25 90/1
92/15 94/23 97/6 100/8 104/13 106/16
107/19 108/24 111/8 111/8 111/10
113/5 115/21 115/22 115/23 117/6
118/18 120/17 121/25 126/16 126/16
127/8 127/8 129/3 132/23 133/23
134/4 137/4 137/4 138/9 140/3 141/7
143/1 143/4 144/16 147/3 149/3
149/18 150/2 150/2 150/3 150/19
152/13 153/15 156/18 160/11 160/11
160/13 161/8 161/8 163/3 163/11
165/18 165/21 166/16 166/19 171/9
174/22 174/23 176/18 176/20 179/9
179/14 179/18 181/1 183/17 184/23
186/12 193/5 194/22
one-page [1]  61/8
ones [6]  44/8 58/3 110/1 146/14 179/7
179/17
online [2]  23/9 126/16
only [21]  40/7 41/9 42/1 59/1 69/19
69/20 80/3 89/13 96/12 124/17 128/16
134/4 139/20 177/12 178/6 179/24
179/25 185/21 196/23 197/21 197/21
open [3]  18/5 37/22 108/9
opened [2]  17/12 17/18

opening [5]  89/1 144/21 145/20 146/14
146/22
openings [2]  11/1 144/24
opens [1]  180/19
operate [2]  125/9 125/11
operations [1]  147/9
opinion [12]  69/10 69/11 122/3 141/16
141/22 150/10 154/12 179/1 185/25
188/19 192/25 193/3
opinions [2]  122/17 180/4
opponent [2]  116/20 116/21
opportunities [1]  8/6
opportunity [11]  13/9 71/14 82/7 86/8
87/7 89/7 99/15 105/11 105/18 133/10
175/8
opposed [2]  60/21 125/10
opposing [2]  60/20 120/24
opposite [2]  131/25 140/7
optic [1]  190/24
optimal [1]  138/4
optimistic [1]  197/10
option [1]  197/23
options [3]  142/2 142/12 144/14
oral [2]  126/8 126/9
order [22]  21/6 21/14 51/21 52/22
54/16 60/11 60/14 91/7 97/9 97/10
121/10 122/1 122/11 123/6 123/8
165/5 166/10 170/14 171/13 179/20
179/22 180/8
ordered [1]  44/2
orders [1]  51/23
organ [1]  150/3
orient [1]  163/18
original [1]  89/25
orthopedic [2]  127/16 127/16
other [80]  8/6 11/17 12/17 13/5 14/3
14/8 15/22 17/1 17/20 18/14 18/18
25/8 37/18 41/12 42/2 45/8 49/5 50/16
60/13 60/23 63/2 66/17 75/7 75/20
76/13 76/15 77/10 77/11 77/15 77/15
77/16 77/16 77/19 78/11 79/8 80/24
81/4 81/5 83/18 83/18 84/21 85/4 85/8
87/8 89/12 89/13 96/7 97/21 98/19
98/23 104/6 104/7 104/25 106/4
106/19 111/2 111/23 112/2 113/3
126/11 129/9 130/18 139/8 141/1
144/24 146/10 146/20 149/7 150/19
162/13 181/23 182/11 182/22 189/6
189/14 195/13 196/11 196/20 196/21
197/21
otherwise [1]  154/15
ought [1]  40/11
our [14]  55/21 56/17 58/15 96/6 117/9
122/1 169/11 173/23 174/19 174/20
175/18 190/6 190/6 197/8
out [69]  5/15 17/10 17/16 17/17 18/13
19/11 20/6 20/15 21/20 26/4 29/13
34/1 40/18 45/24 46/20 47/8 52/19
53/2 53/18 53/18 53/18 54/16 70/6
71/11 75/15 78/12 84/22 98/14 101/17
101/19 116/1 118/11 118/15 121/7
123/6 123/8 125/3 127/2 130/6 138/20
143/7 143/7 145/3 150/1 153/9 160/4
170/14 171/12 176/22 177/2 177/19
177/22 177/22 181/5 183/10 183/17
183/23 183/24 184/15 184/16 184/18
188/21 195/8 196/16 197/13 197/22
198/2 199/3 199/4
out-patient [2]  143/7 143/7
outcome [1]  78/16
outer [2]  137/9 137/10
outlet [1]  172/5
outline [4]  117/25 118/2 118/3 118/4
outlines [1]  149/4
outset [1]  197/23

# Q

**outside [9]** 37/22 47/6 51/25 56/3
115/11 121/11 167/2 167/4 194/8
**overhead [1]** 35/16
**overlapped [2]** 11/23 13/22
**overlay [1]** 160/25
**Overly [1]** 81/19
**overnight [1]** 143/10
**overrule [2]** 104/20 192/12
**overruled [16]** 27/24 28/22 30/25 51/8
69/12 91/9 93/6 94/20 113/23 115/1
143/24 147/21 154/13 157/24 165/6
178/14
**overwhelmed [1]** 127/4
**own [8]** 20/15 34/2 36/24 58/23 77/14
115/19 156/14 174/24

# P

**p.m [10]** 8/10 8/12 56/3 63/21 115/8
120/8 120/9 123/4 194/14 199/9
**pace [1]** 148/12
**pacing [1]** 148/11
**packed [1]** 183/4
**page [82]** 7/6 7/22 7/23 7/23 9/1 12/2
12/9 27/11 46/23 46/24 51/14 57/2
57/2 57/8 57/11 57/15 57/16 57/21
57/22 58/9 58/11 58/12 58/12 58/13
58/14 58/24 58/25 59/17 59/18 60/4
60/6 60/7 60/13 60/21 61/8 61/22
61/24 62/7 62/8 71/24 72/14 72/25
81/3 82/21 82/25 83/6 85/9 87/4
103/16 112/15 113/1 113/6 113/7
114/18 115/3 115/14 116/16 120/18
121/9 133/12 138/18 139/10 139/15
139/18 139/19 139/19 139/20 139/22
139/24 144/5 144/10 147/3 147/16
147/23 148/24 149/9 154/22 163/5
163/14 166/21 166/22 167/18
**pages [10]** 1/5 56/18 58/6 59/9 59/10
59/15 60/21 61/4 61/11 71/17
**paid [4]** 20/6 20/7 101/2 193/19
**pain [58]** 19/4 19/6 29/11 34/8 36/19
36/25 37/4 43/13 43/13 43/15 47/21
48/6 48/7 49/1 49/9 49/9 49/11 50/11
67/1 67/2 67/3 67/23 81/22 82/3
109/13 110/20 113/9 125/6 128/19
128/22 128/24 128/24 131/11 131/20
131/21 132/12 132/14 132/16 133/3
133/13 133/22 133/25 141/4 141/13
153/25 154/1 154/7 155/5 155/14
157/13 157/15 157/16 157/17 158/9
158/10 159/5 159/14 159/15 160/14
**painful [4]** 49/5 79/20 79/22 80/5
**pains [2]** 80/16 155/10
**paint [1]** 98/23
**Palm [1]** 125/19
**Palmer [18]** 1/17 2/10 3/4 3/12 56/7
64/1 70/4 76/12 76/18 116/15 116/19
116/24 117/12 121/5 121/11 154/10
167/14 198/20
**pamphlet [1]** 28/4
**pants [2]** 31/23 33/13
**paper [2]** 71/16 127/4
**papers [2]** 17/15 98/21
**paperwork [3]** 73/9 73/22 73/23
**paragraph [6]** 27/20 27/20 144/9 153/5
153/7 165/1
**paralegal [8]** 6/22 7/9 7/23 70/8 75/19
75/23 75/24 76/14
**paralyzed [1]** 177/2
**parent's [1]** 18/8
**Park [1]** 5/23
**Parker [32]** 1/12 2/6 2/12 3/9 3/14 4/3
21/6 21/23 38/16 42/4 42/5 42/8 46/11

47/15 54/8 55/8 56/4 57/20 59/5 59/11
62/3 63/3 79/16 115/20 118/1 161/6
195/3 195/5 195/9 195/11 198/10
198/15
**parking [1]** 183/11
**part [20]** 8/21 23/25 40/13 59/2 60/25
65/3 76/23 89/18 100/17 108/22 126/2
133/19 145/2 150/3 160/2 160/5 160/9
160/15 174/13 194/6
**part-time [2]** 8/21 108/22
**partial [2]** 151/1 152/10
**partially [1]** 129/23
**particular [14]** 14/16 16/19 23/11 24/16
25/20 68/22 80/21 83/3 126/22 159/25
160/12 160/13 164/3 165/1
**particularly [2]** 24/3 133/22 184/4
**parties [1]** 75/7
**partly [2]** 140/16 140/17
**parts [5]** 87/11 126/14 177/14 197/3
197/4
**party [7]** 15/19 40/8 75/14 76/13 78/14
116/20 116/21
**pass [5]** 9/11 34/21 34/23 126/3 126/8
**passed [5]** 8/7 9/12 36/12 37/17 127/15
**passenger [3]** 26/3 35/21 35/24
**passengers [1]** 26/2
**passes [2]** 34/24 35/1
**passport [2]** 31/3 34/23
**past [20]** 67/14 81/6 129/4 129/5 129/9
147/4 147/6 147/8 147/25 148/1 148/8
148/15 148/19 148/20 149/4 153/3
153/5 153/18 169/7 169/12
**pathway [1]** 146/17
**patient [25]** 130/5 131/13 131/14
131/15 136/21 138/20 139/6 139/7
143/7 143/7 145/15 147/9 147/11
147/12 156/4 156/25 158/13 160/25
178/17 178/22 179/20 179/23 188/17
188/24 191/20
**patient's [5]** 139/5 143/6 147/16 149/5
184/4
**patients [1]** 174/21
**pattern [4]** 160/12 160/12 160/17
160/19
**Pause [1]** 165/20
**pay [3]** 51/21 51/24 53/21
**paying [1]** 102/2
**paystubs [1]** 98/18
**pediatric [2]** 188/8 188/9
**pelvis [1]** 181/3
**Pembroke [2]** 174/7 188/4
**Pennsylvania [12]** 15/10 15/11 15/12
15/13 15/14 15/16 15/18 15/23 16/1
147/10 149/5 173/2
**people [23]** 13/3 25/16 25/17 25/19
25/21 33/17 33/18 41/13 42/2 44/16
98/9 130/9 143/6 143/8 143/9 156/11
156/17 157/6 158/8 158/10 174/15
175/2 196/21
**per [3]** 49/24 142/20 142/22
**percent [10]** 151/2 151/6 151/8 151/9
151/11 152/9 156/16 156/22 159/3
189/21
**percentage [4]** 132/11 150/2 174/11
174/25
**percuraneous [1]** 149/11
**percutaneous [7]** 142/5 142/20 143/17
144/14 144/17 146/12 149/12
**perfectly [1]** 177/25
**perform [2]** 125/8 136/17
**performed [2]** 155/22 159/20
**performing [1]** 156/24
**period [5]** 81/22 89/11 105/10 170/17
185/20
**peripheral [1]** 125/2

**permanent [2]** 151/1 152/9
**permission [2]** 101/7 122/6
**permit [2]** 123/7 195/13
**permitted [2]** 122/15 122/19
**Perry [1]** 125/17
**persisted [1]** 43/16
**person [16]** 26/7 37/13 38/17 38/22
39/3 44/21 72/5 77/7 131/19 131/19
133/1 133/17 151/17 156/8 161/21
162/11
**person's [1]** 132/3
**personal [2]** 98/10 98/19
**pertained [1]** 79/9
**pertaining [4]** 102/19 112/2 175/8
180/4
**pertains [1]** 72/11
**Peter [6]** 168/24 172/1 172/4 172/11
172/15 199/25
**Petruska [5]** 44/19 44/20 46/18 46/23
48/10
**phone [5]** 31/13 45/22 45/23 45/24
51/5
**phonetic [3]** 18/14 23/23 67/13
**photographs [1]** 191/6
**physical [9]** 67/4 79/14 128/6 129/13
129/16 151/13 152/8 153/16 155/22
**physically [1]** 174/1
**physician [2]** 50/6 67/12
**physician's [1]** 66/21
**physicians [6]** 81/4 85/3 122/2 122/13
175/1 196/20
**pick [3]** 34/6 47/4 151/21
**picked [4]** 24/23 31/13 47/5 184/18
**picture [3]** 183/23 184/22 185/8
**pictures [5]** 181/19 183/21 184/14
185/2 185/16
**pieces [1]** 98/16
**pilgrimage [5]** 22/11 22/23 23/1 23/4
24/10
**pill [1]** 63/4
**pills [1]** 63/10
**Pino [1]** 196/2
**pinprick [1]** 133/3
**place [2]** 20/9 33/25 35/13 52/25
78/14 83/4 119/19 166/2 179/11 182/4
**placed [8]** 16/13 20/17 28/13 28/17
32/6 34/13 148/25 172/10
**places [3]** 13/7 116/7 196/21
**plain [1]** 83/17
**plaintiff [26]** 2/7 2/9 3/16 23/20 27/3
54/9 54/19 56/12 56/19 62/16 89/20
97/2 98/3 98/12 122/21 123/7 123/8
123/9 148/15 154/3 168/13 169/2
180/11 194/19 195/23 197/9
**plaintiff's [15]** 3/10 7/18 12/10 56/17
78/4 98/22 100/15 122/13 126/24
135/12 136/9 153/2 194/17 196/15
200/3
**plaintiffs [3]** 1/4 1/12 122/2
**plane [9]** 35/9 35/10 35/13 36/18 37/6
37/22 43/18 43/23 47/24
**planned [2]** 119/8 197/2
**planning [1]** 196/9
**plastic [3]** 63/1 138/14 165/13
**Plaza [1]** 9/20
**pleadings [1]** 70/11
**please [26]** 2/4 3/8 3/23 4/4 11/22
13/23 13/25 29/17 32/9 63/22 64/5
69/13 74/17 77/12 96/11 110/3 123/13
123/19 123/24 123/24 124/1 141/8
166/23 171/22 172/13 189/7
**pleases [2]** 69/25 95/9
**plug [1]** 171/16
**podium [1]** 42/22
**point [18]** 11/20 33/22 45/24 82/23

# P

point... [14] 84/15 93/16 100/7 101/24 103/6 119/18 121/18 125/17 131/20 171/5 172/4 175/5 180/7 198/23
points [1] 94/23
police [9] 7/15 8/1 8/2 8/3 8/8 8/9 9/6 9/7 19/5
pool [4] 64/8 64/12 64/14 108/20
poor [1] 138/6
portable [2] 17/23 18/12
portion [3] 96/19 137/10 150/25
portions [2] 93/12 145/3
position [10] 5/20 5/21 5/22 9/7 9/21 118/14 130/23 145/23 159/10 159/13
positions [1] 10/21
positive [4] 131/10 132/2 159/2 159/17
possibility [3] 113/19 114/15 143/21
possible [6] 28/8 28/11 144/21 169/4 169/14 171/16
possibly [4] 117/13 141/17 154/12 169/17
post [2] 1/19 163/3
post-August [1] 163/3
posterior [1] 137/6
posteriorly [2] 128/25 140/12
practice [12] 70/15 75/23 124/21 125/8 126/4 126/5 126/15 174/8 187/20 189/16 189/23 190/11
practiced [1] 75/24
prayed [2] 80/8 80/24
prayers [2] 24/22 80/23
precisely [1] 190/8
preclude [1] 95/5
precluded [1] 122/14
precludes [1] 122/1
predated [1] 175/18
preESOL [1] 14/2
Prefecture [1] 23/23
prefer [1] 198/3
preference [1] 119/3
preferred [1] 129/21
pregnant [3] 12/14 12/18 13/24
prepared [1] 197/12
Presbyterian [2] 173/3 173/7
prescribe [8] 50/2 50/3 66/11 66/14 66/16 66/18 136/2 136/6
prescribed [2] 66/22 66/22
presence [2] 56/3 115/11
present [4] 78/11 177/20 185/12 198/10
presented [3] 90/24 97/3 191/6
pressure [2] 106/1 133/2
pretrial [10] 55/4 57/25 58/4 58/4 59/3 92/20 93/2 93/11 134/15 141/19
pretty [6] 18/11 33/24 46/2 78/10 169/2 198/12
price [3] 146/6 146/7 146/24
priest [3] 22/14 22/16 80/24
priests [1] 80/24
primary [1] 133/22
principal [6] 9/10 10/14 17/6 18/20 19/6 19/7
printed [1] 116/1
prior [19] 13/21 21/13 28/1 79/25 81/22 85/25 87/5 99/23 102/6 106/9 114/2 114/5 129/8 129/10 138/18 147/9 155/20 163/14 191/9
privacy [1] 88/6
private [1] 124/21
privilege [1] 95/3
privileges [3] 125/12 126/15 174/4
probability [2] 185/25 192/25
probably [5] 52/22 115/24 120/24 170/2 170/4

probation [1] 10/15
problem [4] 10/25 128/7 133/23 154/21 154/21 154/24 154/25 155/1 155/4 155/9 155/18 170/9 196/5 199/8
problematic [1] 138/2
problems [9] 120/16 133/17 137/21 139/4 151/18 155/6 155/7 174/16 175/3
procedure [6] 21/9 21/20 143/8 145/10 146/10 146/23
procedures [2] 38/11 146/21
proceed [7] 2/18 3/1 3/3 3/9 3/11 4/3 42/8
proceeding [1] 195/19
proceedings [6] 54/5 56/2 120/8 196/4 199/9 199/12
produced [2] 56/19 61/13
production [5] 87/14 97/4 97/7 97/8 97/11
profession [4] 125/24 134/7 150/5 150/7
professor [1] 173/6
program [9] 6/22 6/23 6/24 7/1 7/9 7/12 10/23 11/10 106/3
prohibition [1] 39/10
projecting [1] 177/13
promotion [2] 9/5 9/6
promotions [1] 10/9
proper [11] 21/19 93/20 117/3 117/7 134/20 135/4 138/9 143/14 154/10 162/12 186/19
properly [2] 135/2 186/14
property [3] 97/25 98/10 102/11
protect [2] 18/18 146/16
protein [4] 181/24 181/25 182/1 182/23
proteins [10] 182/24 182/24 182/25 183/1 183/1 183/3 183/3 183/5 183/6 183/6
provide [2] 99/7 129/4
provided [4] 62/9 62/9 129/13 151/20
providers [3] 81/5 85/4 99/8
providing [2] 122/3 122/14
psychiatrist [1] 129/7
public [8] 11/2 11/10 11/15 12/15 99/21 103/18 103/25 104/11
publish [13] 27/9 27/10 27/24 91/17 95/23 96/17 96/18 96/19 96/25 97/13 150/14 150/16 150/18
published [7] 56/24 93/17 126/19 126/19 126/21 149/22 173/20
publishing [1] 95/21
pull [1] 145/3
pulsed [1] 146/1
purchase [4] 23/3 23/8 23/11 23/20
purchaser [1] 23/21
pure [1] 181/25
purely [1] 189/3
purpose [9] 10/24 15/18 60/19 63/9 63/12 90/6 131/17
purposes [2] 68/22 137/1 196/10
pursue [4] 6/18 6/24 8/6 8/14
pursuing [1] 8/1
push [2] 47/6 169/12
pushed [6] 34/14 35/5 35/6 35/9 40/23 47/8
pushing [4] 17/22 18/10 29/10 177/18
put [37] 16/17 18/5 20/5 20/16 33/25 34/1 34/6 34/12 34/22 35/15 50/10 58/2 58/9 61/1 63/5 71/25 81/19 85/4 93/13 94/16 95/19 96/1 106/1 120/2 144/4 146/12 148/19 151/16 161/15 162/1 171/25 179/17 179/22 184/5 192/2 193/15 193/21
putting [1] 176/25

# Q

qualified [2] 13/3 186/14
quality [11] 137/13 137/16 137/18 137/23 138/4 138/13 140/3 140/4 164/24 165/14 167/17
quantify [1] 142/16
quarter [3] 52/14 53/11 53/25
Quebec [1] 124/6
question [60] 21/19 26/22 27/8 41/3 41/8 41/11 41/12 42/1 47/15 68/18 69/13 70/18 75/25 76/1 76/20 78/11 78/16 78/19 78/20 81/9 81/20 83/21 85/8 86/2 89/13 95/21 102/13 104/17 110/4 110/19 111/1 112/10 112/19 113/2 114/3 114/7 116/3 116/6 116/10 116/14 117/3 117/5 117/7 118/22 119/1 122/22 134/17 152/13 157/25 163/8 164/10 167/22 167/23 179/14 179/15 185/16 185/24 190/23 192/18 192/19
questionable [2] 176/9 178/25
questioning [1] 117/2
questions [35] 21/7 21/8 21/15 46/13 70/5 84/4 84/6 84/11 84/12 84/15 84/16 88/25 96/22 112/2 112/13 112/14 114/9 114/21 116/3 116/17 116/25 122/4 122/19 122/23 152/5 152/17 157/22 165/16 165/21 168/2 168/5 168/7 193/10 193/23 194/3
quick [1] 53/23
quickest [1] 48/23
quickly [5] 29/6 53/19 84/13 96/4 104/8
quiet [1] 17/13
quietly [2] 16/25 195/8
quite [8] 44/16 61/16 70/11 70/13 94/19 117/19 118/2 150/5

# R

Radiating [1] 50/11
radiculitis [1] 50/12
radiculopathy [4] 141/3 141/4 141/9 141/13
radio [3] 9/3 9/3 145/5
radiograph [1] 186/2
radiologic [1] 191/19
radiologist [7] 168/24 171/16 172/20 173/2 174/2 183/20 188/9
radiology [10] 173/24 185/23 187/2 187/21 187/22 189/6 189/14 189/16 190/6 192/23
rain [1] 98/6
raining [4] 52/7 52/13 52/18 53/13
raise [8] 59/4 131/10 132/2 132/3 132/7 159/8 159/11 159/12
raising [2] 159/2 159/9
ran [3] 33/25 101/17 101/19
range [7] 146/24 151/20 151/21 151/22 151/23 151/24 152/11
rather [5] 36/14 69/15 86/3 119/25 161/24
rating [8] 149/19 149/20 149/24 150/9 151/7 151/11 151/25 152/10
ray [17] 64/23 189/4 189/7 189/8 189/20 190/3 190/10 190/14 190/15 190/24 190/25 191/8 191/12 191/20 191/22 191/23 192/1
rays [2] 88/15 175/15
RC [1] 199/22
RD [1] 199/22
reach [1] 157/4
read [28] 27/20 29/24 61/16 81/9 81/10 96/9 96/20 112/20 114/12 114/19 115/15 116/21 116/22 122/10 138/8 138/20 141/7 147/25 149/6 150/13

# R

**read...** **[8]** 150/21 150/24 152/14
175/17 179/22 179/24 179/25 180/1
**reader** **[1]** 188/11
**reading** **[10]** 16/13 16/17 90/21 90/23
96/18 96/19 115/16 174/9 179/12
180/3
**reads** **[1]** 174/8
**ready** **[20]** 2/19 3/1 3/3 3/9 3/11 3/12
56/4 56/7 56/8 62/15 62/17 63/18
63/23 63/25 64/1 64/3 119/22 120/10
168/12 197/18
**real** **[1]** 118/4
**realize** **[2]** 21/12 57/9
**realized** **[1]** 59/9
**really** **[28]** 16/24 31/11 32/1 33/4 33/23
40/10 40/10 66/23 80/7 80/9 80/25
81/25 88/2 89/9 104/8 113/10 113/21
117/21 118/2 124/17 128/6 133/17
152/3 157/2 161/1 164/18 165/11
165/12
**realtime** **[3]** 1/22 191/12 199/16
**reason** **[6]** 62/23 81/14 86/11 102/24
111/24 194/9
**reasonable** **[5]** 135/23 141/16 165/2
185/25 192/25
**reasons** **[1]** 179/9
**recall** **[6]** 90/23 92/5 93/2 112/4 115/25
116/17
**recalls** **[2]** 112/18 112/20
**receive** **[3]** 22/16 28/8 58/17
**received** **[13]** 6/3 6/7 8/22 9/6 12/2 12/6
12/7 61/17 82/18 103/12 128/5 128/19
172/24
**receiving** **[4]** 9/5 102/20 102/24 104/2
**recent** **[1]** 184/5
**recently** **[1]** 61/17
**receptionist** **[1]** 34/20
**recess** **[16]** 52/2 52/5 52/13 52/14
52/15 55/25 115/5 115/6 115/7 117/8
117/10 117/12 120/7 194/1 198/25
199/8
**recessed** **[2]** 56/2 120/8
**recessing** **[1]** 194/16
**recognize** **[1]** 136/14
**recognized** **[1]** 31/23
**recognizes** **[1]** 91/10
**recollection** **[3]** 90/8 90/12 100/21
**recommend** **[6]** 66/1 142/8 144/6
146/10
**recommendation** **[1]** 145/17
**recommendations** **[7]** 134/2 135/1
141/25 142/2 143/25 146/4 146/9
**recommended** **[1]** 37/3
**recompose** **[1]** 119/16
**record** **[15]** 2/5 3/21 3/24 10/7 39/25
51/17 57/5 57/17 61/5 88/23 92/24
97/5 123/14 168/19 199/12
**recording** **[3]** 10/8 132/21 132/22
**records** **[23]** 8/9 10/8 60/10 60/14
87/13 87/15 87/17 87/19 87/24 88/6
88/13 88/16 88/18 88/21 93/15 97/21
98/17 99/9 99/10 99/12 101/14 119/22
127/19
**recovered** **[1]** 79/25
**recovery** **[1]** 22/8
**recruited** **[1]** 173/16
**redirect** **[8]** 84/5 165/17 165/22 165/23
168/8 194/3 194/4 195/23
**reduced** **[2]** 130/22 165/13
**reduction** **[2]** 129/12 129/12
**refer** **[7]** 60/24 61/9 65/12 115/12
126/24 127/1 162/13
**reference** **[4]** 61/3 74/7 135/6 167/16

**referenced** **[1]** 12/3
**references** **[3]** 103/18 147/15
**referred** **[2]** 62/8 135/14
**referring** **[17]** 22/25 65/12 72/18 74/9
74/10 88/25 89/23 99/9 110/5 110/6
149/19 155/5 155/6 190/8 190/12
190/16 191/2
**refers** **[1]** 97/6
**reflect** **[5]** 58/16 137/18 164/23 165/10
167/17
**reflexes** **[2]** 161/7 177/6
**refresh** **[2]** 90/8 100/21
**refreshes** **[1]** 90/12
**regard** **[5]** 72/1 76/19 97/20 108/17
147/3
**regarding** **[9]** 48/6 77/25 96/7 104/8
122/3 122/16 141/19 155/19 170/10
**regards** **[2]** 107/25 147/6
**region** **[6]** 128/23 128/23 142/7 142/21
144/5 155/13
**Regional** **[2]** 174/5 188/3
**regions** **[4]** 142/3 142/4 142/6 142/13
**reimbursement** **[1]** 101/5
**relate** **[2]** 119/23 148/15
**related** **[3]** 15/2 104/4 193/4
**relates** **[1]** 193/2
**relation** **[1]** 127/23
**relative** **[1]** 40/9
**relatively** **[2]** 182/2 182/14
**release** **[1]** 54/23
**released** **[1]** 20/10
**relevance** **[3]** 134/14 153/9 153/11
**relevancy** **[1]** 39/13
**relevant** **[3]** 51/7 82/3 87/18
**religion** **[1]** 28/3
**remaining** **[1]** 196/24
**remedial** **[1]** 16/17
**remember** **[32]** 5/9 6/11 11/9 24/3 26/7
37/1 48/16 49/25 50/9 50/10 60/24
64/16 66/5 67/11 76/6 76/8 81/16
85/24 86/3 86/5 87/16 90/25 99/1
111/8 112/1 114/4 114/8 114/13
114/14 116/12 141/19 159/7
**remove** **[6]** 60/24 61/6 120/18 120/24
121/2 121/6
**removes** **[1]** 183/2
**renew** **[1]** 104/15
**reopen** **[1]** 124/18
**repair** **[1]** 129/17
**repeat** **[6]** 28/19 69/13 148/6 157/25
189/7 192/19
**repeated** **[1]** 83/23
**repeating** **[3]** 111/2 111/3 148/10
**repetitive** **[2]** 166/12 170/25
**rephrase** **[9]** 26/23 68/18 76/1 77/13
134/23 138/1 139/3 139/13 166/5
**replace** **[1]** 13/4
**report** **[31]** 35/12 35/17 38/4 42/17
42/20 42/25 42/25 43/2 44/3 44/24
45/15 45/21 46/6 50/10 100/25 134/4
134/4 134/4 135/6 139/9 147/3 147/4
149/14 152/13 153/2 154/20 154/23
161/24 162/17 162/17 163/5
**report's** **[1]** 150/12
**reported** **[4]** 1/22 44/12 107/10 107/11
**reporter** **[6]** 1/22 1/22 2/15 113/20
199/16 199/16
**reports** **[6]** 98/17 121/10 126/21 135/7
137/2 182/13
**representative** **[3]** 28/10 29/10 32/7
**request** **[4]** 87/14 97/6 97/7 170/14
**requested** **[3]** 97/22 117/14 128/11
**requests** **[1]** 97/11
**require** **[2]** 29/17 146/14
**required** **[2]** 75/21 122/17

**requires** **[1]** 185/13
**resection** **[2]** 130/14 130/14
**reside** **[1]** 4/9
**residency** **[3]** 124/10 124/16 126/3
**resisting** **[1]** 131/21
**resolved** **[1]** 59/14
**resonance** **[1]** 189/10
**respect** **[48]** 3/9 117/11 120/13 125/24
126/23 127/11 127/19 129/16 130/23
133/11 135/1 135/8 135/23 136/1
136/23 137/22 138/2 138/7 139/4
139/15 141/2 141/25 142/23 144/11
145/9 146/4 146/9 147/16 147/23
149/2 150/22 151/9 152/9 154/11
157/22 165/25 166/1 166/6 167/13
167/15 169/5 186/15 186/20 191/9
191/25 192/2 193/14 193/20
**respond** **[2]** 93/24 190/22
**response** **[4]** 38/9 38/16 156/25 157/3
**responses** **[1]** 87/13
**responsibilities** **[1]** 173/8
**responsibility** **[1]** 77/18
**responsive** **[1]** 117/20
**rest** **[6]** 2/19 98/1 150/4 183/7 190/1
194/17
**resubmitted** **[1]** 82/14
**result** **[13]** 69/6 73/21 73/25 104/7
105/1 105/25 106/1 107/18 108/5
109/19 164/8 174/10 186/3
**resulted** **[2]** 86/20 86/25
**resume** **[9]** 41/21 52/16 56/4 63/23
120/1 120/2 168/12 169/17 194/18
**retained** **[4]** 193/15 193/17 193/18
193/19
**retake** **[2]** 62/16 119/17
**retorn** **[1]** 138/17
**retract** **[1]** 39/7
**retreat** **[2]** 22/10 28/4
**retroactively** **[1]** 104/1
**return** **[3]** 24/14 24/15 24/15
**returned** **[1]** 136/21
**returning** **[1]** 170/6
**returns** **[1]** 98/18
**revealed** **[1]** 147/8
**reveals** **[1]** 153/6
**reversal** **[1]** 140/6
**reversed** **[1]** 140/7
**reverses** **[1]** 158/25
**review** **[7]** 127/19 177/8 188/23 189/3
192/23 193/7 197/12
**reviewed** **[6]** 59/8 139/25 140/3 176/20
179/7 191/17
**reviewed by** **[1]** 191/17
**reviewing** **[1]** 56/16
**right** **[106]** 5/24 12/10 13/5 13/8 14/12
16/15 16/22 17/9 19/2 19/2 19/9 19/18
19/25 20/1 20/25 31/12 36/3 37/22
38/12 44/11 46/16 46/25 53/13 53/25
55/6 58/5 60/16 62/7 63/6 65/16 68/6
68/15 69/4 69/17 70/23 71/11 71/20
71/23 72/11 77/17 80/18 81/2 83/14
84/18 85/2 86/1 86/6 95/9 96/8 99/6
100/7 101/4 101/9 103/8 103/14 104/5
105/13 106/6 106/10 108/3 110/21
111/5 113/20 114/17 121/1 127/25
128/24 128/25 129/1 129/2 129/22
131/10 131/11 132/10 132/11 132/11
133/4 133/5 133/8 133/9 133/9 136/20
137/7 137/15 140/24 140/25 142/14
153/1 155/13 157/12 159/3 159/5
159/13 160/5 160/22 161/14 162/23
169/7 176/9 181/10 181/16 181/20
183/15 183/16 184/2 198/6
**right-handed** **[1]** 127/25
**right-side** **[1]** 184/2

**R**

rightfully [1] 117/7
rigidity [1] 162/13
ripped [1] 98/8
rips [1] 137/11
rise [1] 87/1
risk [4] 50/19 50/25 176/25 178/16
Rita [1] 97/24
Rivera [1] 67/16
Rivera-Kolb [1] 67/16
Riviera [1] 67/16
roadside [2] 25/9 25/10
Rockefeller [1] 9/20
rolled [3] 32/19 45/18 128/12
roofs [1] 98/8
room [9] 1/23 52/24 53/1 53/20 53/22
173/10 174/21 174/21 174/22
rooms [1] 174/19
root [11] 160/3 160/7 160/14 160/18
161/4 161/5 177/2 177/4 177/5 181/7
185/5
roots [10] 160/9 176/12 177/23 177/24
178/8 178/12 184/14 184/16 185/5
185/6
rope [1] 18/25
Rosen [5] 107/6 108/5 108/7 109/2
109/5
round [2] 23/6 23/15
round-trip [2] 23/6 23/15
route [1] 160/1
rows [1] 172/9
Rudolph [10] 49/17 49/18 49/20 50/21
61/12 61/21 128/14 128/16 194/25
196/9
rule [2] 58/23 186/10
ruled [2] 92/7 92/16
rules [5] 21/19 38/11 41/22 41/24 42/6
ruling [5] 38/9 92/20 94/6 134/16
141/19
RUMBERGER [1] 1/18
run [4] 107/3 107/4 107/11 108/2
rundown [1] 172/22
runs [1] 160/7
rush [2] 29/15 52/21

**S**

S-shaped [1] 145/23
S.W [1] 1/19
S1 [29] 136/25 137/4 137/19 141/5
141/13 151/16 163/17 163/18 163/21
163/23 164/7 164/14 181/1 181/4
182/7 182/10 182/11 182/12 182/13
182/22 183/12 183/22 183/23 184/12
184/13 184/19 184/22 185/1 185/17
S1-S2 [5] 136/25 163/17 163/18 182/11
184/12
S2 [5] 136/25 163/17 163/18 182/11
184/12
sac [2] 182/18 182/19
sacral [3] 82/4 182/9 184/23
sacrum [9] 175/16 181/3 182/8 182/9
184/24 184/25 185/17 185/17 185/19
said [53] 6/6 17/6 18/7 19/10 19/12
24/7 31/2 31/10 32/9 33/24 35/17
35/19 38/3 38/15 38/24 38/25 40/3
42/2 42/25 45/22 50/25 60/24 75/24
77/12 78/22 80/2 83/1 83/22 84/7 86/2
86/3 87/3 88/25 89/12 90/19 90/23
93/3 93/11 94/1 99/12 111/23 117/15
117/16 117/17 118/25 132/13 133/8
157/17 162/4 165/9 169/22 190/16
196/3
salary [1] 101/5
same [40] 11/24 30/19 32/2 32/2 34/13
34/15 35/21 38/2 46/10 52/25 54/16
56/3 57/12 58/18 60/1 60/3 60/10
60/11 60/12 60/14 60/17 60/19 60/21
81/22 87/11 95/3 112/2 145/7 146/6
146/7 146/8 146/24 171/3 174/17
175/25 179/20 183/15 183/16 185/9
190/1
sat [2] 32/18 32/19
Satellite [1] 10/8
satisfy [1] 82/18
Saturday [1] 199/14
Saturdays [1] 49/25
saw [23] 18/11 18/14 28/16 31/20 32/9
34/2 34/18 56/23 80/16 81/21 107/6
107/15 108/5 109/14 109/16 109/23
109/25 110/15 111/11 111/12 153/12
175/12 175/14
say [43] 5/2 5/23 12/3 14/15 39/8 40/22
41/8 41/9 41/10 52/21 53/13 53/16
63/8 65/11 65/25 68/21 74/19 76/21
76/23 84/13 84/14 91/11 93/24 97/12
101/19 113/12 115/12 116/14 116/15
116/15 116/17 131/20 139/11 139/15
141/15 156/19 157/7 158/6 158/17
160/19 162/9 183/14 190/13
saying [6] 38/19 82/23 91/15 99/6
108/7 160/22
says [23] 29/25 38/10 40/4 40/9 40/9
57/12 61/25 73/1 74/19 75/2 81/3
83/12 83/13 96/16 97/2 101/1 101/6
103/22 138/20 149/11 150/24 154/21
167/16
scale [1] 138/5
scan [6] 174/22 174/23 175/15 185/16
186/1 188/11
scanned [1] 188/12
scanner [2] 173/19 173/23
scanners [4] 173/24 174/8 174/20
174/24
scanning [11] 172/21 173/15 173/18
173/21 173/22 174/1 174/1 187/23
187/24 188/18 189/3
scans [5] 135/5 135/6 135/7 137/13
174/9 175/12 175/14 180/8 193/5
schedule [3] 118/10 119/5 171/13
scheduling [1] 55/1
school [30] 4/21 5/15 5/17 6/2 6/13
6/13 13/20 14/6 14/8 14/10 14/16
14/21 16/3 16/12 16/18 20/6 20/17
76/15 98/20 100/1 100/10 101/21
102/11 111/20 124/5 124/8 128/3
172/25 187/16 187/17
schooling [1] 6/4
schools [6] 12/15 14/17 99/21 103/18
103/25 104/12
scope [2] 167/2 167/4
scoring [1] 138/5
screen [6] 91/19 95/19 96/1 96/6 96/18
97/17
seal [1] 146/2
season [1] 97/24
seat [2] 35/14 36/11
seated [9] 3/8 54/6 63/22 115/9 123/13
147/18 159/8 159/9 172/9
seats [2] 36/13 36/17
second [19] 53/14 53/15 53/24 56/23
72/25 82/7 86/1 97/7 112/8 127/8
139/22 139/24 143/11 144/16 165/15
166/16 166/19 166/21 186/12
secondary [1] 158/5
secretarial [1] 5/3 5/20
secretary [1] 19/7
section [9] 8/10 15/8 101/3 129/10
147/4 148/22 150/2 153/3 155/15
security [3] 17/25 18/2 28/1
see [64] 7/19 7/23 13/1 14/13 16/21
16/21 16/24 19/14 42/24 44/10 47/16
48/16 50/16 50/19 50/21 51/15 54/1
59/14 64/24 68/24 73/3 74/23 75/5
78/2 78/16 78/20 81/9 82/2 85/10
87/13 90/12 96/7 100/22 101/3 101/3
109/19 110/11 119/7 127/7 135/7
135/15 137/12 138/12 138/15 139/20
161/16 162/10 174/12 174/24 181/11
182/14 182/17 183/16 184/23 184/25
184/8 184/13 184/14 184/16 184/24
185/2 185/5 188/11 193/16
seeing [6] 28/25 49/23 80/11 80/15
99/1 199/2
seek [5] 5/1 7/11 11/2 111/21 128/14
seeking [2] 78/12 101/12
seem [3] 52/13 53/12 53/24
seemed [4] 25/19 25/20 26/14 129/19
seems [1] 170/16
seen [17] 15/16 36/23 50/1 61/14 62/3
64/16 80/14 83/19 88/10 98/25 99/8
101/8 114/2 114/5 114/10 128/18
135/6
sees [1] 174/18
segment [2] 182/9 185/17
segments [1] 184/23
semantics [1] 75/11
send [2] 51/10 55/10
senior [3] 9/7 174/2 174/2
sensation [2] 132/19 177/5
sense [8] 52/4 52/16 52/22 53/25 55/14
59/23 93/23 117/6
sensory [4] 132/19 152/11 159/20
161/1
sent [7] 20/17 55/13 77/23 77/23 88/8
175/5 179/9
sentence [1] 118/3
separate [4] 110/6 150/1 173/12
188/15
September [5] 29/20 29/21 48/22 49/16
108/15
series [6] 46/13 114/9 173/20 181/19
181/23 185/16
serious [1] 113/12
service [7] 7/15 9/9 24/24 25/11 78/4
173/18 173/22
set [7] 81/11 91/7 97/8 112/7 112/8
171/16 193/11
settle [2] 36/9 36/10
settlement [3] 75/15 101/20 101/23
seven [3] 105/5 105/14 124/19
several [10] 5/25 16/7 17/1 44/14 49/21
65/16 65/25 88/5 144/21 158/4
severe [1] 98/4
severely [1] 151/19
sewing [1] 68/1
shape [5] 137/19 181/6 183/22 184/20
185/9
shaped [3] 145/22 145/23 183/13
share [1] 96/23
sharp [1] 133/2
she [184] 5/2 5/7 15/6 18/22 19/10
19/11 19/11 21/24 28/7 29/6 30/11
30/11 31/1 31/2 31/8 31/9 31/13 31/13
31/13 32/4 32/8 32/9 33/23 33/24
33/25 34/1 34/2 34/4 34/4 34/22 34/22
35/17 36/17 38/1 38/3 38/21 40/1 40/9
40/15 40/20 40/22 40/22 40/23 41/1
41/3 41/3 45/1 45/2 45/4 46/7 46/20
47/16 48/11 62/18 62/24 63/13 63/13
69/9 71/4 74/12 75/25 85/12 89/4
91/10 91/11 93/24 94/1 96/20 96/24
111/16 112/17 112/18 112/20 112/20
115/15 115/15 115/16 117/21 118/16
118/19 118/20 118/21 118/24 118/24

**S**

**she...** [100] 118/25 119/1 127/25
127/25 128/1 128/1 128/1 128/2 128/3
128/4 128/5 128/6 128/7 128/8 128/9
128/10 128/11 128/11 128/12 128/14
128/15 128/16 128/18 128/18 128/19
128/22 128/24 128/24 129/1 129/2
129/4 129/5 129/7 129/9 129/10
129/11 129/18 129/19 129/20 129/21
129/21 129/22 130/14 131/7 132/18
132/22 134/3 135/5 135/5 136/24
137/5 137/15 140/21 140/24 141/1
143/12 143/14 147/13 151/15 153/15
153/20 153/20 154/24 154/20 154/21
154/24 155/1 155/7 155/7 155/9
155/12 155/15 155/16 155/16 155/19
155/23 155/24 156/1 156/5 156/5
156/14 156/14 157/12 157/13 157/15
157/16 157/16 157/17 157/17 157/20
158/20 159/12 159/13 159/13 159/16
160/25 161/1 162/15 166/24 198/22
**she's** [17] 38/14 39/8 39/14 39/16
39/18 40/2 49/14 62/17 63/9 63/10
117/20 157/10 157/10 157/13 157/19
159/6 159/9
**shed** [4] 98/13 98/16 98/24 99/13
**sheet** [3] 72/24 72/25 74/15
**shelton** [3] 1/22 1/24 199/16
**shirt** [2] 31/22 31/23
**shopping** [1] 25/7
**Shore** [2] 124/17 125/15
**short** [5] 118/4 128/17 168/15 168/16
168/17
**short-term** [1] 128/17
**shortly** [2] 87/6 197/8
**Shoshu** [1] 23/23
**shots** [1] 67/6
**should** [26] 5/2 5/23 6/20 29/24 34/17
42/25 45/8 48/9 48/11 50/19 50/21
51/20 59/1 77/6 77/7 87/9 98/7 120/24
132/10 135/15 140/7 149/6 149/11
153/7 168/16 198/23
**shoulder** [2] 20/1 111/17
**shouldn't** [3] 58/25 148/12 194/9
**shoved** [1] 18/4
**shoving** [3] 17/22 17/24 18/10
**show** [11] 2/18 9/19 55/17 59/13 90/11
100/15 100/20 121/13 180/8 185/11
185/13
**showed** [6] 107/21 132/20 151/13
176/6 176/14 180/5
**showing** [2] 90/2 90/7
**shows** [3] 101/2 136/25 163/17
**shrink** [3] 146/1 146/2 146/19
**sick** [2] 108/10 175/2
**sickness** [2] 79/15 79/17
**side** [29] 28/18 28/20 41/12 55/23
127/3 130/21 131/1 131/3 131/25
132/18 133/5 133/8 133/9 137/7
137/15 140/13 140/20 145/24 148/11
156/22 177/3 181/13 181/13 181/18
181/19 181/20 181/20 184/2 196/11
**sidebar** [15] 39/21 39/25 41/19 51/16
51/17 53/9 92/20 92/24 95/8 168/13
168/15 168/16 168/17 168/19 171/11
**sided** [2] 140/15 140/16
**sides** [3] 130/22 182/3 197/16
**sidewalk** [1] 47/9
**sideways** [1] 32/11
**sign** [4] 7/25 89/19 90/21 115/15
**signature** [15] 71/19 72/15 73/8 83/9
90/14 90/17 90/19 90/24 91/8 91/22
91/23 93/21 93/25 94/2 199/16
**signed** [7] 71/18 72/3 83/6 87/4 88/5

89/15 90/25
**significance** [1] 170/8
**significant** [2] 129/6 175/3
**signs** [1] 158/5
**similar** [1] 99/8
**SIMONTON** [2] 1/9 2/2
**simple** [2] 158/7 158/9
**simply** [3] 2/18 2/22 118/21
**since** [20] 10/24 28/19 52/13 52/18
62/9 64/15 67/9 68/3 96/20 114/23
124/22 128/20 135/5 147/12 168/6
187/21 187/25 190/12 195/22 197/13
**Sincerely** [1] 29/23
**single** [1] 156/18
**sir** [5] 64/11 64/13 65/17 83/1 85/20
**sit** [13] 16/24 28/17 32/8 32/9 32/11
32/13 32/15 36/14 78/23 126/8 126/8
128/11 171/10
**sites** [1] 188/6
**sits** [1] 182/9
**sitting** [11] 28/10 32/17 128/11 131/7
131/7 131/15 131/19 158/23 158/24
168/25 188/8
**situation** [11] 19/17 20/24 40/15
147/12 156/10 161/14 161/21 164/3
170/6 170/7 190/15
**six** [8] 2/14 12/14 12/18 24/11 87/5
88/1 108/16 109/22
**sixth** [1] 16/13
**size** [2] 137/19 164/5
**skills** [1] 70/13
**skipping** [1] 107/16
**slammed** [1] 18/5
**slapped** [1] 18/24
**sleep** [2] 68/17 68/22
**sleeping** [1] 68/22
**slices** [1] 181/18
**slicing** [1] 183/15
**slight** [4] 129/22 137/17 140/5 164/23
**slightly** [3] 129/18 177/13 177/16
**slip** [3] 195/8 199/3 199/4
**slow** [6] 129/20 141/6 144/16 155/23
155/24 156/1
**slower** [1] 141/8
**slowly** [1] 189/7
**small** [15] 25/7 35/15 53/16 137/6
138/8 140/15 140/17 144/20 146/14
174/11 174/13 174/25 178/5 178/6
183/21
**smaller** [2] 9/24 197/6
**snickering** [1] 33/19
**so I** [1] 114/20
**Society** [1] 173/25
**soft** [1] 182/2
**some** [59] 5/4 6/20 10/10 19/11 19/18
20/3 21/2 27/9 29/11 33/19 36/22
36/25 37/18 46/24 62/23 62/24 63/1
71/11 82/7 100/7 101/18 101/24 108/6
111/24 114/2 125/18 128/5 129/2
130/1 130/9 130/14 133/15 135/6
137/21 139/4 141/1 141/17 142/16
142/22 143/6 143/8 143/9 144/23
145/22 145/22 145/22 145/23 145/25
146/17 147/15 156/11 158/8 158/10
159/14 172/4 175/5 182/25 183/1
187/9
**somebody** [2] 2/21 158/2
**someone** [11] 12/16 16/10 31/13 31/14
31/16 31/20 35/18 45/13 47/4 48/9
86/18
**something** [32] 21/3 26/17 33/11 38/15
38/24 51/1 59/14 61/17 62/20 63/2
76/9 86/2 91/17 94/18 97/16 104/8
116/12 132/1 138/19 138/25 142/17
143/18 156/4 156/13 157/19 158/12

158/15 161/10 181/11 185/11 198/5
**sometime** [2] 64/12 103/11
**sometimes** [11] 41/23 42/6 49/23 49/24
68/24 146/15 151/25 158/6 182/7
182/8 183/12
**somewhat** [2] 129/19 143/10
**soon** [2] 18/11 35/14
**soreness** [1] 49/7
**sorry** [32] 6/5 11/8 11/9 28/24 29/4
31/23 45/11 46/15 57/6 57/10 78/18
97/14 107/16 110/21 110/22 110/23
112/13 132/5 132/23 146/22 148/2
148/6 148/7 148/13 152/7 156/1 157/7
162/4 178/10 181/14 189/19 194/1
**sort** [3] 83/25 159/16 177/16
**sought** [3] 5/15 109/10 135/9
**sounding** [1] 195/3
**soup** [1] 182/25
**south** [11] 9/4 10/3 10/23 11/4 11/7
98/2 98/6 124/2 174/7 175/2 188/4
**Southeastern** [2] 11/8 11/9
**SOUTHERN** [1] 1/1
**space** [7] 159/25 160/7 164/14 180/18
181/4 184/12 188/22
**spaceship** [1] 171/19
**spasms** [1] 49/8
**spasticity** [1] 162/13
**speak** [8] 27/15 29/14 29/18 37/23 45/5
123/16 148/3 172/3
**speakers** [1] 14/3
**speaking** [5] 39/14 39/17 39/18 105/11
130/24
**speaks** [3] 27/8 27/22 167/10
**specialist** [1] 15/16
**specialization** [1] 172/19
**specializes** [1] 172/20
**specialties** [1] 126/11
**specialty** [1] 149/23
**specific** [4] 133/6 160/4 160/20 160/23
**specifically** [2] 139/5 187/2
**speech** [2] 117/4 117/5
**speed** [1] 183/11
**spell** [4] 3/20 3/24 123/14 172/14
**spend** [2] 118/23 121/6
**spent** [3] 24/9 85/22 118/20
**spinal** [10] 49/9 50/11 173/14 177/1
177/1 177/3 178/16 182/19 182/20
182/20
**spine** [45] 49/7 67/24 82/5 125/5
127/16 134/9 140/2 140/5 140/10
142/25 143/2 143/12 144/12 144/13
146/9 152/12 163/19 163/24 173/14
175/12 175/14 175/15 175/18 176/7
176/13 176/21 177/7 177/8 178/22
178/24 179/5 179/16 180/4 180/25
181/8 181/13 181/21 184/3 185/15
185/21 188/7 191/3 191/13 191/14
191/21
**spines** [1] 179/24
**split** [1] 125/25
**spoke** [9] 31/14 33/24 42/21 44/14
44/15 44/16 46/5 46/8 82/13
**spondylosis** [2] 140/8 140/9
**sprain** [2] 19/23 19/23
**spreads** [1] 177/19
**St** [1] 125/18
**stack** [1] 101/13
**stacks** [1] 59/24
**staff** [2] 173/7 179/22
**stand** [16] 35/25 36/1 56/13 62/17
62/19 62/23 63/3 71/7 96/23 119/16
119/17 129/21 129/23 130/5 169/1
171/25
**standing** [22] 26/13 28/6 28/8 28/12

**S**

**standing... [18]** 32/9 45/17 79/19 79/21 80/7 128/10 129/24 129/25 130/20 131/7 131/7 156/21 157/7 157/10 158/24 158/24 173/13 180/12
**staple [1]** 61/16
**start [7]** 9/24 70/5 136/20 153/1 154/4 173/18 195/15
**started [21]** 6/4 6/7 10/13 10/22 11/18 17/8 17/22 19/4 19/6 26/4 26/6 32/17 33/19 99/16 102/23 108/11 128/15 155/17 173/22 180/1 188/18
**startled [1]** 31/8
**starts [1]** 95/19
**state [17]** 3/20 3/23 4/17 4/18 15/10 23/22 81/6 102/9 123/13 123/24 159/7 172/13 179/1 195/4 195/7 195/13 196/4
**stated [14]** 91/23 106/21 106/22 127/25 128/1 128/15 129/2 129/5 136/25 137/2 137/5 137/14 137/16 148/21
**statement [9]** 26/19 26/21 38/20 40/15 65/8 89/1 135/14 135/19 135/21
**states [18]** 1/1 1/9 1/22 4/15 4/16 4/17 4/19 4/23 4/25 27/25 97/20 104/21 147/8 149/5 154/24 155/1 173/20 173/21
**stating [2]** 109/24 155/4
**stations [1]** 9/19 10/25
**status [1]** 129/18
**stay [3]** 5/24 143/9 180/17
**stayed [2]** 5/25 12/21
**steal [1]** 17/23
**stenosis [1]** 181/7
**step [2]** 126/10 147/2
**stepped [1]** 18/24
**stew [1]** 182/25
**stick [2]** 130/6 145/2
**sticking [1]** 183/23
**sticks [2]** 183/10 183/17
**stiffness [1]** 67/24
**still [9]** 32/9 43/16 47/21 52/7 53/19 64/7 104/10 146/24 177/15
**stipulation [1]** 59/3
**stomach [2]** 177/17 183/16
**stood [1]** 80/4
**stop [7]** 38/8 38/10 86/1 119/4 119/25 158/9 158/10
**stopped [3]** 18/14 101/19 102/2
**storage [1]** 98/13
**stored [1]** 98/24
**story [1]** 115/16
**straight [14]** 35/10 98/22 117/21 118/16 130/5 131/10 131/15 131/18 131/19 132/2 132/6 145/22 159/2 159/8
**straightening [1]** 140/4
**strap [1]** 34/10
**stream [1]** 84/8
**stream-of-consciousness [1]** 84/8
**street [5]** 1/12 1/19 4/9 98/14 98/25
**strength [1]** 183/4
**stress [1]** 183/2
**strewn [1]** 98/21
**strike [5]** 47/1 104/16 154/4 163/17 178/10
**strong [1]** 98/14
**structures [2]** 125/4 178/18
**struggling [1]** 18/6
**stuck [1]** 178/6
**student [5]** 12/7 18/13 85/15 103/3 128/3
**students [1]** 16/17 16/23 17/1 17/12

17/20 18/18 18/24
**studies [6]** 178/25 179/18 180/2 180/3
**study [3]** 7/23 1/13 181/11
**submit [2]** 126/5 126/18
**submitted [1]** 91/1
**subsequent [5]** 117/11 124/10 136/6 145/18 176/14
**subspecialized [1]** 188/10
**substances [1]** 71/10
**substitute [4]** 12/17 13/2 14/5 14/13
**subtle [1]** 183/12
**such [11]** 26/2 78/13 125/5 138/8 142/4 143/8 143/17 143/18 144/14 151/19 196/20
**sudden [1]** 54/2
**suffer [2]** 80/6 142/23
**suffering [2]** 79/14 129/6
**suggest [4]** 48/9 115/13 120/23 171/4
**suit [1]** 73/19
**suitcase [1]** 25/7
**Suite [4]** 1/12 1/15 1/18 124/2
**suits [1]** 89/14
**summarize [1]** 151/14
**summary [1]** 106/17
**summer [2]** 97/24 103/8
**supervisor [4]** 45/20 45/21 45/22 106/3
**supervisory [1]** 9/6
**supplemental [4]** 84/18 86/24 87/10 89/6
**supplied [1]** 100/10
**supporting [2]** 125/4
**suppose [2]** 53/16 171/18
**supposed [6]** 18/21 57/24 94/17 121/13 153/25 154/1
**sure [24]** 5/25 21/19 35/6 37/14 50/21 50/22 58/13 63/3 74/8 76/2 100/14 102/18 107/1 113/17 114/14 116/15 116/15 121/20 153/4 158/1 180/18 190/12 197/20 198/17
**surface [2]** 33/2 33/5
**surgeon [4]** 124/24 127/16 127/16 183/20
**surgeons [1]** 109/14
**surgeries [6]** 14/24 15/1 15/1 15/13 125/8 143/4
**surgery [19]** 15/12 66/1 107/14 108/4 109/15 124/6 124/12 124/12 125/18 125/19 125/19 125/20 142/4 142/13 143/7 143/19 143/19 143/21 145/15
**surprise [1]** 40/19
**surprised [2]** 46/2 47/10
**suspect [1]** 184/18
**sustain [1]** 43/13
**sustained [22]** 27/7 30/15 68/13 78/14 86/17 87/22 105/2 106/7 107/17 110/14 112/15 113/4 128/3 134/15 137/25 139/2 161/19 166/4 167/22 168/6 176/2 186/3
**swab [1]** 37/3
**swimming [3]** 64/8 64/12 64/14
**sworn [10]** 3/19 26/19 26/21 29/24 29/25 83/13 97/2 123/12 172/12 200/12
**symptom [3]** 140/24 140/25 160/24
**symptomatic [4]** 151/18 151/19 178/20 179/3
**symptoms [3]** 140/24 141/1 179/1
**syndrome [3]** 133/13 133/16 133/19
**system [17]** 75/22 76/4 124/15 125/2 125/7 145/12 145/14 150/3 150/3 173/17 173/23 174/3 187/25 188/2 188/16 191/18 191/22
**systems [1]** 144/21 144/24 145/1

**T**

**T1 [6]** 140/15 141/3 141/11 144/8 151/15 163/11
**tab [33]** 57/1 57/2 57/7 57/15 61/4 61/11 61/24 71/1 72/6 72/20 74/14 74/17 74/21 74/25 75/3 78/2 78/2 78/17 78/18 82/8 82/20 82/21 82/25 83/6 84/18 86/6 102/19 103/16 103/17 126/25 127/1 153/2 166/20
**tabbed [2]** 100/18 135/12
**table [6]** 63/16 97/15 131/8 131/8 158/24 158/25
**tables [1]** 52/24
**tailbone [3]** 162/23 162/25 185/19
**take [62]** 2/19 14/22 14/23 21/2 24/25 25/1 34/17 34/18 36/11 36/21 37/1 42/15 43/14 43/15 52/2 52/2 52/3 52/12 53/11 54/15 54/19 55/20 55/21 56/13 58/21 63/15 67/25 74/23 84/11 87/7 89/7 96/6 98/3 98/7 99/15 110/21 110/23 113/18 115/4 115/6 115/7 117/8 117/9 118/11 119/16 119/19 123/6 126/22 132/25 147/2 151/20 152/4 152/8 155/11 170/23 171/12 171/24 179/4 179/16 180/7 194/15 197/19
**take-off [1]** 36/11
**taken [9]** 19/4 37/2 47/24 89/10 113/1 179/18 179/20 184/5 188/11
**takes [1]** 118/3
**taking [11]** 26/5 47/23 52/5 63/10 68/4 117/19 118/5 118/14 119/20 153/20 154/6
**talk [16]** 9/19 16/20 17/15 19/5 59/13 79/12 82/6 85/14 85/16 85/18 111/7 118/13 135/11 149/13 149/16 175/23
**talked [3]** 28/3 82/21 88/19
**talking [14]** 16/25 26/4 26/12 38/14 52/5 53/10 74/7 83/3 105/6 105/7 107/1 110/1 110/7 145/9
**talks [1]** 153/3
**tall [1]** 129/18
**taught [3]** 14/2 76/6 76/18
**tax [1]** 98/18
**teach [2]** 14/9 14/19
**teacher [12]** 13/2 14/2 14/5 14/13 14/22 16/14 18/15 18/18 99/18 99/21 103/7 103/9 103/10 128/3
**teachers [2]** 12/16 12/17 13/4 18/11
**teaching [5]** 11/19 14/20 104/9 104/11 108/22
**team [1]** 121/3
**tear [15]** 121/7 137/6 137/7 137/8 137/12 137/12 137/17 138/15 138/16 140/14 140/17 146/2 146/2 164/23 185/12
**tears [1]** 138/9
**technologies [1]** 189/21
**technology [7]** 173/16 189/22 189/23 190/1 190/25 191/7 191/22
**telephone [1]** 189/23
**television [2]** 9/3 9/18
**tell [30]** 16/19 30/8 44/8 54/22 76/10 77/18 91/21 112/20 113/5 116/5 121/13 124/4 125/23 131/24 138/16 157/3 157/4 158/7 158/8 162/21 165/11 169/7 175/11 175/21 176/4 179/2 180/24 184/6 197/23 198/6
**telling [14]** 34/18 73/24 75/12 79/23 80/1 80/3 81/18 81/21 83/16 88/11 88/12 90/18 158/9 160/25
**tells [1]** 159/13
**temple [9]** 22/14 22/17 22/17 22/19 23/24 24/22 24/22 80/8 80/23

temporary [7] 20/5 20/16 20/18 20/19 20/21 108/20 128/17
ten [9] 17/11 81/6 81/16 85/4 85/25 88/9 88/10 126/12 126/13
tender [1] 193/6
tendered [1] 187/1
tendon [1] 161/7
tensile [1] 183/4
tension [1] 49/8
term [6] 128/17 133/16 140/9 157/18 190/18 190/22
terminal [1] 33/3
terminated [3] 103/20 103/25 106/21
termination [4] 102/5 103/12 104/9 104/9
terminology [1] 191/1
terms [9] 21/6 21/14 40/12 55/1 130/3 130/24 162/1 174/11 191/13
terribly [2] 52/18 53/13
terror,' [1] 98/11
test [6] 16/25 17/15 131/13 131/17 131/18 160/24
testified [7] 3/19 22/7 31/16 69/16 123/12 170/15 172/12
testify [7] 122/2 122/15 122/20 170/10 193/11 193/19 194/23
testifying [4] 7/25 63/10 127/18 157/22
testimony [18] 39/20 40/2 40/17 40/20 52/16 111/2 114/1 122/3 122/14 122/18 169/2 169/8 169/10 169/18 169/20 171/4 180/9 186/14
testing [2] 132/19 160/20
tests [1] 156/24
Texas [2] 15/23 37/6
Texas/Ft [1] 37/6
textbooks [1] 98/20
than [22] 8/12 12/21 14/8 20/14 20/14 25/21 36/14 50/1 54/10 58/12 78/11 130/9 130/20 140/4 156/21 161/24 170/16 182/6 183/17 184/2 185/11 197/6
thank [59] 2/12 3/6 3/12 4/2 21/10 21/22 22/3 22/4 22/20 26/24 38/12 39/24 41/20 42/9 42/10 54/3 54/6 55/16 55/25 63/19 64/1 64/4 66/17 69/21 69/23 89/3 89/9 91/13 95/2 95/7 100/24 104/23 111/5 120/4 120/5 120/6 127/5 132/17 134/19 136/1 139/22 144/2 147/22 150/18 152/17 152/20 152/21 168/2 171/1 192/15 192/16 193/6 193/23 193/25 194/13 196/8 198/19 199/5 199/6
Thanks [2] 4/4 168/11
that [748]
that's [108] 4/23 8/24 9/1 18/13 18/14 21/8 23/1 26/5 26/22 30/1 36/23 37/2 38/10 40/25 42/4 43/6 46/23 48/14 52/1 53/5 58/15 58/24 58/25 60/6 60/8 62/5 62/7 62/12 65/8 67/17 68/11 69/9 69/22 71/16 71/18 72/9 72/16 73/5 75/11 75/13 78/10 78/25 79/11 80/1 80/6 81/2 84/14 86/7 89/17 90/9 94/23 101/1 101/24 103/8 103/22 104/5 106/22 107/21 107/21 110/25 111/8 114/15 116/23 118/25 119/2 119/2 119/5 123/2 131/9 135/23 144/4 145/20 145/25 148/9 150/10 155/1 157/9 157/18 157/19 159/11 160/22 162/10 163/3 164/9 165/2 166/15 167/2 170/9 172/7 172/7 172/8 175/2 175/7 178/21 179/24 181/10 181/15 181/16 182/2 182/10 182/19 183/19 185/23 189/13 189/25 193/13 193/16

193/18
their [25] 7/16 26/3 37/12 40/4 50/1 82/10 93/7 98/13 98/14 121/10 122/2 122/17 122/18 130/6 131/14 131/19 133/18 156/11 156/17 158/5 161/15 180/18 191/20 191/20 198/1
them [44] 12/18 17/7 18/9 33/19 34/6 42/24 45/17 51/4 54/2 59/19 59/19 59/20 59/20 59/25 60/1 60/2 71/8 71/8 77/18 80/14 80/15 80/16 86/16 90/22 93/14 97/22 105/17 121/6 130/6 130/22 131/21 133/20 133/21 141/7 149/18 157/2 157/3 158/6 179/17 179/23 180/1 185/7 196/13 197/19
then [96] 2/19 6/7 8/13 9/9 18/23 21/13 21/21 29/8 30/12 31/2 32/7 34/4 34/10 36/11 38/8 38/9 38/10 46/24 52/12 52/15 56/12 59/19 59/20 61/20 70/18 71/24 76/21 76/25 79/19 85/7 91/11 94/11 96/21 97/12 98/13 108/14 109/22 111/1 111/18 113/12 113/12 116/7 116/15 116/19 117/4 117/5 118/24 119/15 119/19 119/23 119/24 120/1 121/1 121/8 121/23 123/3 124/6 124/12 124/13 126/4 126/7 126/6 126/12 128/8 128/18 130/7 130/7 131/20 131/23 137/14 137/15 137/16 138/12 143/19 144/9 145/24 146/12 146/18 152/12 157/3 158/25 159/17 163/21 171/7 171/24 171/25 181/2 183/9 189/14 194/21 196/18 197/11 197/25 198/2 198/7 198/24
Theodore [1] 6/12
theory [3] 38/19 196/14 196/16
therapies [1] 67/4
therapists [1] 67/4
therapy [3] 128/4 128/6 128/6
there [168] 4/14 5/13 5/24 7/15 9/14 9/19 12/20 12/21 13/11 13/12 14/9 16/6 16/6 16/7 16/8 16/9 22/15 24/23 25/9 25/9 25/10 25/16 25/16 25/17 25/19 25/21 26/3 27/3 28/19 30/21 32/17 32/19 33/6 33/17 34/14 35/13 35/18 36/13 37/14 37/25 39/9 40/22 42/22 43/20 43/20 43/21 43/23 43/25 44/2 44/20 45/16 45/17 46/3 47/16 53/17 53/17 54/7 55/21 56/18 59/9 62/11 62/13 62/17 62/19 63/9 63/12 63/14 64/24 73/12 73/14 73/22 74/2 76/18 78/8 78/10 81/11 83/8 83/9 84/22 85/9 87/8 87/8 89/12 92/17 93/20 94/5 94/5 95/4 96/13 101/23 103/17 103/17 104/6 104/25 107/23 110/6 110/9 111/4 113/3 113/7 113/21 115/10 117/9 121/23 121/25 132/11 137/17 137/18 138/21 140/4 140/5 140/7 140/8 140/11 142/25 144/13 144/21 145/1 145/1 145/20 147/4 147/16 149/7 149/18 150/23 156/16 157/9 160/7 160/9 164/17 164/22 166/1 167/15 170/17 171/19 172/6 172/8 174/4 174/21 176/8 176/22 176/22 177/11 177/12 177/24 178/5 178/20 180/19 181/1 181/4 181/5 181/6 181/8 181/25 182/24 182/24 184/2 184/9 184/25 188/24 193/1 193/3 194/15 197/14 197/15 197/24 198/14 198/19
there's [43] 2/20 38/7 39/12 39/12 40/4 43/25 49/11 55/13 60/6 60/12 61/23 62/23 63/1 92/12 113/19 121/20 122/12 139/25 140/15 143/1 144/23 159/14 160/10 160/11 160/18 161/10 168/18 171/2 172/5 177/21 178/5 179/10 181/6 181/7 182/6 183/12

183/23 184/1 185/6 185/10 186/1 198/22
therefore [4] 94/5 122/15 143/16 186/21
these [40] 12/11 12/12 13/13 33/17 56/19 56/22 57/23 60/5 60/25 61/1 62/19 66/1 72/1 72/3 79/12 80/19 82/7 82/10 84/19 87/6 87/9 113/5 116/17 127/19 141/17 143/4 171/9 176/11 176/16 179/10 179/13 181/12 183/21 184/13 185/2 185/4 188/6 191/6 193/14 193/20
they [84] 6/22 8/2 11/1 12/15 12/17 12/24 16/16 16/16 20/6 20/7 20/23 28/25 33/18 34/10 34/11 34/12 34/13 37/13 37/14 37/16 37/18 37/20 40/7 42/25 45/20 45/21 45/22 50/12 52/19 52/20 56/25 57/9 60/11 60/17 60/18 62/22 82/18 86/11 87/18 87/18 87/25 88/19 92/16 94/16 99/10 100/11 102/1 102/2 102/11 104/1 105/9 106/1 106/3 106/21 106/22 111/24 121/10 122/15 130/7 131/20 131/21 131/23 132/1 132/8 138/9 140/19 145/25 155/11 157/4 157/4 158/3 158/6 158/7 158/9 158/9 158/10 162/12 179/20 179/22 180/4 183/4 184/17 191/25 197/13
they'll [2] 71/8 197/6
they're [14] 18/9 92/6 92/7 122/18 146/8 161/22 162/11 181/22 183/4 184/10 188/8 191/8 191/8 191/11
thin [1] 33/6
thing [7] 84/13 114/1 118/18 120/17 139/20 143/11 154/19
things [21] 21/21 59/1 60/22 68/2 75/21 76/17 77/2 84/8 84/14 90/21 106/4 111/3 139/9 153/15 157/6 158/4 160/24 161/3 162/14 176/12 183/19
think [48] 4/20 28/15 33/6 42/22 48/22 53/3 54/9 54/20 56/18 62/22 62/24 63/2 66/14 66/23 67/12 70/13 74/14 75/10 79/5 79/7 80/18 80/21 81/23 82/22 83/24 93/12 100/21 107/2 111/24 115/4 115/11 116/13 117/6 118/6 118/12 149/18 158/10 159/7 159/17 166/11 168/15 168/16 197/5 197/6 198/5 198/6 198/9 198/11
thinking [1] 11/18
third [3] 6/9 12/25 57/2
this [232]
thoracic [4] 128/23 155/13 184/10 184/10
thoroughly [1] 175/24
those [42] 15/1 15/1 38/11 41/1 49/4 56/24 58/1 62/24 63/10 66/25 68/1 68/25 78/2 78/5 82/14 99/10 102/24 110/13 120/19 120/21 120/23 125/6 125/9 125/14 133/19 135/7 141/7 151/16 156/18 156/24 158/25 174/9 175/22 178/25 185/4 189/17 196/23 196/23 197/5 197/15 197/15
though [2] 53/20 73/9
thought [7] 12/21 18/23 51/18 52/4 81/13 86/3 171/18
three [16] 36/17 43/12 49/23 71/17 75/15 89/11 97/8 126/1 126/14 147/9 151/13 151/15 162/18 173/8 178/23 184/23
throat [1] 173/10
through [22] 1/5 13/16 15/11 15/22 18/5 20/24 26/19 29/8 35/7 59/25 68/23 78/1 84/19 98/24 102/8 108/15 111/22 119/13 144/22 146/18 153/6 181/2
throughout [4] 140/8 150/7 161/8

# T

**throughout... [1]** 176/7
**throw [1]** 197/22
**thunder [1]** 194/8
**Thursday [1]** 57/4
**ticket [13]** 23/3 23/6 23/8 23/11 23/15 23/20 24/15 28/10 31/3 31/3 31/5 35/23 35/23
**tie [1]** 74/11
**tightness [1]** 131/22
**time [119]** 2/13 2/16 5/4 5/19 6/3 8/9 8/21 8/21 9/13 9/14 9/21 9/21 9/22 10/10 10/20 10/21 11/2 11/24 14/11 14/14 14/17 14/19 14/20 14/23 20/6 25/4 25/24 29/14 29/15 29/18 29/22 30/7 31/11 36/19 41/6 42/18 45/4 47/23 54/1 54/8 56/23 59/5 59/8 61/13 62/2 66/24 73/6 73/16 79/15 80/22 80/22 80/25 81/1 81/22 81/23 82/23 83/23 84/11 84/16 85/22 85/25 86/5 86/14 87/13 88/15 89/11 99/23 100/7 101/18 101/24 104/14 105/1 105/8 105/15 105/17 106/24 107/13 108/6 108/13 108/15 108/20 108/22 112/10 114/15 115/4 118/1 121/7 123/9 126/11 128/1 128/5 128/10 138/10 141/7 145/7 149/8 150/15 153/12 162/1 170/17 170/24 171/3 171/7 172/5 173/9 174/17 175/5 188/22 193/25 194/10 195/3 195/18 197/22 197/22 198/3 198/8 198/10 198/13 198/16
**timeframe [1]** 65/18
**timely [1]** 150/13
**times [14]** 12/12 14/9 15/22 17/1 46/3 49/23 49/24 49/25 50/1 104/6 104/25 110/11 143/16 197/24
**tiny [2]** 176/9 185/11
**tip [1]** 185/19
**tired [1]** 31/11
**title [1]** 14/14
**titled [1]** 136/12
**today [22]** 52/3 55/4 56/23 73/12 78/23 79/6 97/16 102/7 103/24 110/24 114/6 115/21 127/18 169/6 170/18 190/15 191/6 193/11 193/16 193/20 193/21 198/14
**today's [1]** 70/10
**toes [3]** 129/23 129/24 130/7
**together [6]** 28/15 36/18 71/25 133/20 149/25 183/4
**toilets [1]** 106/4
**Tokyo [4]** 24/1 24/18 24/23 193/2
**told [44]** 12/18 17/5 17/14 17/16 17/19 18/9 18/20 19/7 30/12 30/18 34/16 35/16 36/15 36/16 37/17 38/3 38/6 40/10 40/11 41/13 42/5 42/24 44/18 45/7 45/14 45/17 45/21 46/1 46/9 48/11 48/21 50/18 50/20 50/21 89/13 102/9 106/14 109/8 109/13 114/15 114/15 135/5 155/17 157/16
**tomorrow [7]** 169/15 194/18 195/20 196/12 197/2 197/10 198/25
**tone [3]** 161/9 162/7 162/9
**tonsillectomy [1]** 147/13
**too [12]** 5/25 11/8 80/4 81/17 96/9 119/5 121/6 157/12 168/4 169/19 183/19 194/5
**took [22]** 6/7 7/16 9/9 14/22 20/9 35/13 35/15 36/23 40/23 45/24 83/4 83/25 112/1 113/20 114/8 152/1 152/6 153/18 166/2 170/13 170/14 179/10
**tool [1]** 134/7
**tools [2]** 98/2 135/2

**top [8]** 49/11 57/12 61/15 61/25 101/1 136/19 152/22 180/23
**torn [2]** 98/13 99/13
**total [2]** 20/5 20/16 20/18 135/21
**totally [1]** 191/11
**touch [14]** 18/8 18/9 18/21 45/20 65/2 130/7 132/20 132/21 132/21 132/24 132/25 133/1 133/4 162/10
**touched [1]** 65/3
**touching [1]** 181/18
**tough [3]** 133/16 177/14 182/3
**towards [7]** 30/11 36/18 120/23 128/25 137/7 137/14 140/13
**town [1]** 9/22
**Toys [1]** 98/22
**trained [1]** 76/23
**training [8]** 5/20 6/20 6/21 13/15 126/3 172/23 173/2 192/22
**transcribe [1]** 113/18
**transcript [2]** 199/11 200/11
**transcription [1]** 114/19
**transcriptionist [2]** 139/8 148/18
**transfer [1]** 158/23
**transfers [6]** 131/6 131/9 158/17 158/20 158/20 158/22
**Transit [1]** 8/2
**transported [1]** 98/13
**trauma [9]** 173/10 174/13 174/13 174/16 174/17 174/19 174/23 174/24 175/2
**traumas [1]** 174/18
**traumatic [1]** 174/10
**traveling [4]** 10/11 23/15 28/15 29/20
**traversing [1]** 160/11
**treat [5]** 49/20 66/25 67/1 125/4 178/17
**treated [7]** 19/2 65/16 66/17 81/6 81/8 108/6 126/7
**treating [3]** 124/9 127/9 194/22
**treatment [18]** 19/18 81/7 87/2 109/10 111/21 122/5 122/17 122/21 128/14 128/15 128/17 135/8 141/15 141/23 142/2 142/12 143/25 149/23
**treatments [1]** 109/14
**treats [1]** 125/1
**trial [10]** 1/8 7/18 56/23 94/4 95/6 122/14 126/24 136/10 195/12 196/4
**tried [1]** 45/20
**trip [3]** 23/6 23/15 53/23
**trouble [2]** 28/7 28/12
**true [6]** 75/13 83/14 83/19 102/7 105/24 106/23
**trustworthiness [2]** 92/13 93/23
**truth [3]** 30/15 40/20 76/10
**truthful [5]** 78/25 79/1 82/11 82/24 83/2
**truthfulness [6]** 75/22 76/5 76/8 76/22 76/24 77/6
**Truvada [6]** 72/7 72/8 72/9 72/22 85/11 111/8
**try [14]** 9/24 10/25 36/9 82/7 96/1 116/4 116/7 130/7 143/19 143/20 144/20 144/25 146/1 196/19
**trying [17]** 17/24 18/17 30/24 40/1 40/2 71/10 71/11 75/11 76/11 81/16 88/3 91/19 93/17 112/6 121/12 158/15 190/20
**tube [1]** 146/17
**TUESDAY [1]** 1/6
**tumor [1]** 176/24
**turn [14]** 7/5 7/17 7/17 9/1 23/19 35/22 46/22 51/14 78/2 86/6 118/11 118/15 135/11 182/16
**turned [3]** 26/3 61/17 94/14
**turning [3]** 57/1 61/11 61/24
**TV [1]** 9/3

**two [48]** 2/14 9/13 9/18 11/24 12/23 12/24 22/12 24/13 34/25 42/22 45/8 45/16 56/19 58/23 60/5 72/1 73/11 80/13 81/21 81/22 97/7 100/8 102/6 105/23 107/14 108/8 110/10 118/3 124/12 126/5 126/16 129/3 129/8 142/25 148/19 148/24 160/9 163/5 165/21 172/9 174/20 176/12 177/13 178/22 178/23 179/13 184/23 197/3
**two-sentence [1]** 118/3
**two-week [1]** 81/22
**Tylenol [5]** 36/22 36/23 36/24 37/1 47/24
**type [18]** 124/23 126/7 141/17 143/4 145/9 145/10 145/12 145/14 145/17 145/25 146/4 146/22 146/22 146/23 151/10 189/1 190/14 191/17
**typed [2]** 90/19 90/21
**types [5]** 69/1 98/21 114/9 145/5 145/21
**typo [1]** 155/2

# U

**ultrasound [2]** 189/15 189/20
**unable [2]** 103/1 128/7
**unacceptable [1]** 2/22
**unaware [4]** 76/22 88/12 154/17 154/19
**under [9]** 64/7 74/20 113/15 150/24 153/2 156/8 171/25 172/10 183/2
**understand [14]** 2/20 2/21 2/23 5/16 41/22 41/24 42/6 77/12 83/20 94/19 119/5 144/1 156/12 192/6
**understanding [3]** 76/11 122/18 169/5
**Understood [1]** 118/17
**Unfortunately [1]** 53/21
**Ungaro [2]** 93/6 141/20
**Ungaro's [1]** 122/11
**uniform [3]** 31/22 32/2 38/2
**UNITED [11]** 1/1 1/9 1/22 4/15 4/16 4/17 4/19 4/23 4/25 173/20 173/21
**universities [6]** 10/18 11/3 11/8 11/17 11/24 13/14
**university [18]** 6/15 7/7 8/17 10/3 11/6 11/9 11/20 12/4 14/3 76/7 108/22 110/17 124/5 124/13 124/14 125/17 172/25 173/1
**unknown [3]** 83/23 98/15 98/19
**unless [8]** 27/17 40/4 62/23 96/12 119/17 122/16 197/23 198/9
**unrelated [1]** 191/11
**until [17]** 8/12 10/10 12/22 13/12 20/7 36/11 52/15 53/11 54/23 56/1 61/1 104/12 104/13 105/25 113/12 184/17 198/25
**untrue [1]** 83/22
**up [56]** 2/18 17/10 17/17 20/1 24/23 29/12 31/13 32/22 33/13 34/1 34/2 34/6 35/25 36/1 47/4 47/5 52/23 55/19 68/23 79/11 80/8 95/19 96/1 106/5 107/15 108/24 108/25 118/19 121/13 126/6 126/6 128/14 129/25 130/5 131/15 131/18 131/22 135/9 135/20 136/1 139/8 139/8 142/10 144/24 145/25 148/18 162/20 170/18 171/16 178/2 179/17 180/19 182/4 184/5 194/15 197/21
**upon [5]** 38/19 134/15 176/19 177/9 192/22
**upper [1]** 160/8
**us [16]** 16/19 55/9 75/12 77/18 80/1 80/3 82/8 87/19 88/11 117/21 124/4 169/1 175/11 176/4 180/24 197/8
**use [27]** 25/10 25/12 27/16 27/16 27/17 36/24 52/25 64/10 64/12 64/23

**U**

use... **[17]** 91/16 93/13 93/14 96/24
120/15 120/18 134/8 140/9 151/12
151/13 151/19 154/1 158/20 180/19
189/4 189/21 191/21
used **[9]** 116/9 129/21 153/24 153/25
155/24 156/1 161/12 161/13 190/1
ushered **[4]** 28/12 28/14 30/20 35/14
using **[5]** 39/10 64/14 128/20 145/12
145/14
usually **[7]** 36/22 52/14 130/6 133/20
142/19 142/21 146/14
utilize **[8]** 189/1 190/3 190/10 191/4
191/7 191/9 191/18 191/25
utilized **[4]** 134/7 150/5 151/11 192/2
utilizing **[1]** 151/9

**V**

vacant **[1]** 36/13
vacuum **[1]** 145/6
vacuumed **[1]** 68/2
vague **[1]** 164/12
valid **[3]** 104/11 104/12 104/13
various **[4]** 75/6 87/2 137/2 151/9
vary **[1]** 144/22
Vasecky **[1]** 67/13
venture **[1]** 9/4
verdict **[2]** 55/5 55/7
versus **[3]** 2/2 139/16 147/17
vertebrae **[3]** 181/2 184/10 184/10
vertebral **[4]** 143/15 181/12 181/22
182/8
very **[29]** 33/3 33/15 41/25 60/5 69/21
80/25 82/10 91/7 108/10 116/8 137/17
140/5 152/20 168/2 171/1 174/11
177/14 177/25 178/5 183/12 183/24
184/13 185/11 185/19 190/14 190/15
193/24 195/8 199/5
vessels **[3]** 125/5 126/6 182/1
Vicodin **[3]** 153/20 153/22 153/24
victim **[2]** 102/10 102/19
Victim's **[4]** 102/8 102/15 102/21 104/3
video **[3]** 190/17 191/19 191/23
view **[2]** 179/17 180/13
violation **[2]** 88/6 165/5
violently **[1]** 18/10
visit **[3]** 135/20 136/3 136/7
visited **[2]** 15/14 15/21
visiting **[1]** 15/18
visits **[1]** 49/22
vital **[1]** 176/19
voir **[5]** 187/7 187/10 187/12 191/24
192/17
volume **[2]** 1/5 146/3
voluminous **[1]** 93/15
volunteer **[2]** 21/16 84/7

**W**

wait **[2]** 2/17 92/14
waiting **[12]** 25/19 27/25 28/7 28/23
29/5 37/15 37/21 43/20 43/25 128/8
128/9 166/24
waive **[1]** 115/16
waived **[1]** 93/8
walk **[4]** 108/11 129/23 156/5 156/7
walked **[4]** 17/10 17/17 63/13 155/23
walking **[4]** 35/5 128/20 129/22 156/9
walls **[1]** 108/10
want **[59]** 16/6 16/24 27/9 38/18 38/19
41/7 41/9 53/5 53/17 53/18 53/18
53/23 54/23 71/13 74/25 79/8 79/11
81/24 82/24 86/1 86/1 89/14 92/19
96/20 97/15 111/7 114/1 115/12 116/5
118/1 119/4 119/18 121/5 121/15

121/16 121/20 121/22 127/3 138/18
143/6 151/18 151/21 153/3
161/8 162/10 162/20 166/13 166/17
170/5 171/22 180/12 181/14 186/7
187/7 192/20 195/15 196/13 198/8
wanted **[25]** 6/19 12/24 14/21 14/24
17/16 17/25 18/22 19/7 19/13 20/20
22/7 37/14 48/7 50/22 81/25 82/1
88/12 94/23 106/3 110/12 134/5 135/6
143/11 167/25 185/18
wants **[3]** 116/19 155/7 156/5
warned **[2]** 16/25 17/1 17/13
Warner **[1]** 50/18
was **[452]**
washing **[1]** 67/25
wasn't **[12]** 25/11 32/19 37/25 38/1
63/6 68/22 69/2 102/16 107/2 110/23
113/21 132/22
watch **[1]** 157/3
watched **[1]** 98/12
water **[4]** 182/16 183/5 183/8 183/8
way **[24]** 15/23 18/3 21/18 27/21 28/16
34/17 35/7 35/10 36/5 42/3 51/22
52/19 55/20 63/5 71/7 118/5 121/4
127/3 155/25 169/23 171/3 178/21
196/16 199/1
we **[158]** 2/19 2/20 16/23 18/3 26/4
28/3 28/15 36/11 41/20 46/10 51/15
51/18 51/20 51/22 51/24 52/1 53/13
53/15 54/7 54/15 55/4 55/7 55/10
55/10 55/21 56/9 56/9 56/22 56/22
58/9 59/8 59/17 59/20 59/24 59/24
60/2 60/20 61/6 62/13 65/18 71/10
73/11 73/12 74/13 75/6 75/11 76/4
76/9 76/16 77/3 77/18 78/23 80/18
81/13 81/23 83/3 85/7 85/16 85/18
85/22 87/25 88/8 88/9 91/15 92/22
93/11 95/10 96/12 96/25 99/16 110/10
111/3 113/2 113/25 113/25 115/10
115/10 115/18 117/8 117/9 117/9
117/13 117/17 118/10 118/19 118/23
119/15 120/3 120/16 120/17 120/22
120/23 121/6 121/12 121/23 123/5
123/6 125/4 125/9 131/9 131/13 134/8
135/13 136/9 137/11 137/12 138/10
140/9 140/14 145/9 153/9 168/12
168/13 168/16 169/9 169/14 169/17
170/5 170/6 170/18 170/22 171/15
171/23 172/8 172/9 173/19 173/20
173/23 174/12 174/17 174/20 174/24
174/25 183/9 183/9 183/19 184/24
185/5 189/4 189/21 189/21 189/23
190/4 191/5 191/17 191/18 191/21
192/16 193/15 194/9 194/15 194/22
196/18 197/4 197/11 197/12 197/25
198/11
we'd **[1]** 198/23
we'll **[23]** 52/15 53/8 55/25 79/12 82/6
89/5 111/1 111/3 115/7 117/8 120/2
120/2 120/7 121/22 123/2 123/3
171/24 171/25 194/1 194/18 197/17
198/24 199/8
we're **[30]** 22/6 39/20 41/20 53/3 59/16
59/23 62/15 70/10 75/11 79/5 85/13
87/10 102/6 103/24 114/6 123/6 153/4
169/2 169/3 169/6 170/2 171/3 171/12
175/23 181/12 181/19 182/21 183/8
188/10 197/5
we've **[11]** 53/12 61/14 62/3 78/23
82/21 88/19 111/18 111/22 115/5
171/2 197/6
weakness **[3]** 129/1 129/22 177/5
wearing **[2]** 31/22 32/1 33/13 38/2
weather **[11]** 2/20 2/22 51/25 53/12
53/19 170/18 170/20 170/21 170/22

194/7 199/1
Wednesday **[1]** 87/3
week **[9]** 12/25 14/4 49/23 49/24 49/24
56/20 56/21 57/4 81/22
weekend **[2]** 15/21 15/21
weekends **[1]** 8/21
weeks **[10]** 12/23 50/17 80/13 89/11
100/12 100/14 101/2 101/3 107/14
129/8
well **[133]** 8/7 9/18 10/7 11/18 15/19
19/19 22/11 24/15 25/10 28/5 33/23
35/17 36/11 38/23 39/3 40/9 40/14
40/22 41/5 46/10 47/15 47/16 48/20
49/7 51/23 53/15 54/18 59/22 60/4
60/18 64/2 67/23 68/17 70/15 70/18
71/1 71/20 72/15 73/7 74/12 75/19
76/13 78/1 81/2 82/6 87/8 89/21 91/7
92/6 94/1 100/15 101/20 101/23 105/7
106/1 107/2 108/1 108/18 112/6
112/18 113/17 114/21 117/15 117/17
118/6 119/7 124/17 125/9 125/25
126/21 126/25 127/15 130/5 131/17
131/23 132/10 134/3 134/8 135/4
136/24 138/8 139/6 140/1 140/18
142/25 143/4 144/4 144/13 145/11
145/19 146/11 146/11 146/13 146/20
147/8 147/25 149/5 149/9 149/18
149/21 150/7 150/12 151/15 153/25
156/6 155/9 155/11 156/7 157/7
157/13 157/19 157/20 160/3 162/23
164/12 166/11 169/17 170/7 174/11
175/12 183/14 184/24 186/9 186/23
190/1 192/23 195/7 195/9 195/11
195/23 196/3 196/13 197/11
went **[23]** 9/23 11/17 12/17 12/22 12/25
17/10 19/19 22/11 22/13 23/1 24/23
29/12 48/16 49/15 59/25 76/6 80/8
80/9 100/4 100/7 110/17 124/20
126/11
were **[133]** 5/17 7/11 8/2 12/11 13/13
13/13 13/19 14/9 15/1 15/22 16/7
16/23 18/3 20/10 20/24 22/15 25/19
25/21 25/24 26/12 26/12 28/15 28/23
29/5 30/8 33/8 33/14 33/18 34/8 36/13
36/18 36/19 37/6 42/13 42/22 45/16
47/10 47/21 47/23 49/5 56/18 56/21
57/9 57/23 57/25 58/1 58/1 58/2 58/2
58/3 58/9 59/9 60/23 62/19 64/16
75/14 77/3 79/14 81/8 81/13 82/14
82/17 82/18 83/25 87/11 88/3 88/10
88/16 89/12 92/5 92/6 92/6 92/16
92/16 92/17 93/8 93/15 94/17 97/22
98/8 98/8 98/21 98/24 99/12 101/2
102/20 102/24 103/1 103/7 103/19
104/2 104/25 109/7 110/9 110/10
111/24 121/12 124/16 128/13 128/21
129/16 130/2 131/6 134/2 138/14
140/19 141/1 141/25 142/12 142/25
144/13 155/9 162/18 162/25 166/7
166/14 166/18 171/18 175/25 176/4
176/16 177/25 178/4 178/25 179/13
179/17 179/20 179/22 183/15 188/12
193/14 193/19 199/9
weren't **[3]** 105/18 118/15 192/7
West **[2]** 174/6 188/5
what **[250]**
what's **[15]** 49/15 57/8 63/8 63/12
71/24 78/17 90/2 91/5 126/13 135/21
157/9 160/10 170/7 186/22 188/1
whatever **[11]** 53/5 71/7 77/23 91/11
93/12 96/19 116/16 118/6 171/7
192/19 196/22
wheelchair **[43]** 28/9 28/11 28/13 28/17
29/6 29/10 30/22 31/2 31/9 31/10
31/15 31/16 31/20 32/6 32/15 34/5

# W

**wheelchair... [27]** 34/7 34/10 34/12 34/13 34/14 34/15 34/22 37/15 37/20 37/21 37/24 37/25 38/15 40/23 42/13 43/3 43/20 43/21 43/25 45/18 47/8 47/12 67/22 68/25 104/4 128/11 128/12

**when [87]** 4/15 4/25 6/3 7/1 9/21 10/3 11/3 12/16 14/9 15/5 18/13 18/14 18/14 19/11 20/20 23/8 25/13 30/21 32/6 35/13 35/17 37/6 38/7 45/10 45/12 45/14 45/15 48/16 54/13 58/9 58/17 76/6 77/17 80/10 80/19 81/11 82/3 82/17 83/17 83/25 86/23 88/8 88/13 95/10 99/6 112/1 114/4 114/8 124/8 126/4 128/2 129/22 129/25 132/21 132/25 137/11 144/25 154/19 155/12 156/24 157/4 158/3 158/9 159/6 159/12 159/12 160/19 160/19 160/23 161/12 162/9 165/9 168/18 173/15 174/25 175/24 177/14 177/20 179/21 182/7 183/2 183/4 183/6 183/14 188/18 196/6 197/25

**whenever [3]** 176/21 199/3 199/3

**where [41]** 4/8 4/17 7/14 9/23 20/1 21/24 22/12 22/13 23/24 33/25 34/5 40/15 43/4 43/17 44/21 57/11 72/25 99/14 117/16 118/25 119/18 124/10 124/16 124/20 125/14 131/20 131/23 133/20 138/20 144/10 144/20 157/15 159/18 161/14 161/21 162/22 163/23 167/5 181/20 187/16 188/11

**wherever [1]** 188/8

**whether [25]** 91/10 91/21 91/22 92/6 92/7 93/21 93/22 94/22 110/5 112/20 114/13 118/20 133/23 138/13 138/15 142/21 145/15 158/2 175/22 175/22 178/25 179/2 186/1 193/1 196/21

**whether they're [1]** 92/6

**which [147]** 6/7 8/14 22/17 25/2 25/8 31/22 38/19 44/7 48/1 48/21 49/5 50/9 54/1 55/10 58/13 58/25 60/4 61/8 61/21 62/5 66/7 66/20 67/11 69/3 71/25 72/11 72/20 74/10 76/4 81/5 81/8 85/11 85/21 85/22 86/2 86/18 86/19 86/25 87/1 89/1 89/11 90/11 92/16 92/17 94/5 94/19 98/20 100/17 100/18 103/23 104/3 104/6 104/25 105/6 106/25 107/1 107/19 108/21 109/22 110/1 113/4 113/5 117/13 117/20 118/3 119/23 121/10 122/1 122/11 124/19 125/3 126/2 126/13 126/14 128/23 128/25 129/12 129/24 130/20 131/6 132/11 132/19 133/5 133/22 133/23 135/12 136/24 137/5 137/17 138/3 138/6 138/10 139/25 140/3 143/20 145/1 145/6 145/11 145/12 145/14 149/3 149/4 149/5 149/6 149/22 149/23 150/15 150/17 151/9 151/12 153/2 154/12 155/7 157/22 160/3 160/7 161/1 164/19 164/23 166/9 167/16 167/16 170/11 170/18 173/9 173/12 174/17 175/11 176/12 177/2 177/20 178/5 178/23 179/17 180/22 181/3 181/24 184/3 184/5 184/19 186/2 189/16 190/14 193/11 193/20 197/12 197/12

**whichever [1]** 76/25

**while [27]** 5/17 6/6 7/11 8/7 9/12 10/14 11/18 12/11 12/14 13/24 13/24 14/18 18/6 20/6 20/24 26/12 27/25 33/8 52/13 53/19 63/10 88/14 96/24 98/12 146/16 182/22 191/20

**white [6]** 7/20 31/23 182/16 182/17 182/18 182/23

**who [44]** 3/10 6/20 17/3 21/20 28/1 33/23 34/4 34/14 34/15 34/15 37/16 38/15 38/23 39/3 39/20 40/6 42/20 44/18 45/7 45/25 54/11 66/8 73/23 74/2 75/17 80/24 83/18 87/19 88/10 99/8 107/15 109/1 109/1 125/10 127/14 127/16 147/17 149/25 168/22 170/15 172/20 194/24 196/20 196/21

**whoever [1]** 170/15

**whole [12]** 25/17 40/13 59/22 65/6 101/13 118/19 118/25 146/2 149/2 151/6 153/5 153/7

**whom [2]** 78/15 81/5

**Whose [1]** 169/20

**why [34]** 36/23 42/4 42/4 47/13 55/19 58/11 59/17 63/15 65/11 71/6 76/1 76/20 82/2 92/20 93/1 93/10 96/17 96/18 116/25 119/5 119/7 121/2 161/23 166/7 166/14 169/16 171/23 172/8 172/9 179/24 182/23 183/20 192/19 194/9

**will [57]** 2/18 2/19 2/19 18/8 26/23 27/7 29/20 39/5 39/5 52/19 52/21 53/13 54/1 54/13 54/21 61/21 69/14 71/3 71/10 91/14 95/16 96/6 100/21 112/20 116/15 117/12 117/13 119/9 119/20 120/14 122/8 122/15 122/25 138/1 145/1 150/17 167/7 169/12 169/18 170/22 170/22 170/23 171/6 187/10 192/12 192/14 193/6 194/22 194/24 195/2 195/3 195/4 195/5 195/7 195/9 197/23 198/11

**Wilma [1]** 97/25 98/5 99/3 118/20 118/22

**Wilma's [1]** 98/11

**winds [2]** 98/6 98/14

**wires [3]** 145/4 145/21 145/22

**wisp [1]** 132/25

**withdraw [2]** 134/17 167/9

**withdrew [3]** 54/4 115/8 194/14

**within [10]** 57/15 61/4 92/15 100/8 151/21 165/2 171/3 185/25 190/11 192/25

**without [11]** 41/12 88/5 90/21 94/6 131/6 134/12 151/18 158/18 180/2 181/8 181/18

**witness [38]** 3/15 27/12 28/24 29/5 38/20 54/11 56/13 62/17 62/19 62/23 63/3 71/4 71/7 96/20 117/1 119/4 119/16 119/17 121/11 122/14 123/6 123/8 134/16 165/16 168/20 168/23 171/12 171/14 171/23 171/24 171/25 171/25 186/20 191/25 192/17 193/6 195/16 195/16

**witness's [1]** 171/24

**witnessed [1]** 156/13

**witnesses [7]** 41/22 71/7 171/9 196/18 196/20 196/24 199/21

**woman [4]** 32/2 32/3 33/20 44/20

**won't [4]** 117/18 118/16 194/9 198/25

**wondered [1]** 28/8

**wondering [1]** 51/19

**word [3]** 113/18 153/6 165/1

**work [33]** 5/18 7/14 8/8 8/10 8/12 11/2 12/20 12/24 12/25 13/5 13/11 14/7 14/15 29/13 44/16 69/2 69/3 69/4 69/17 103/1 104/7 105/1 105/5 105/9 105/13 105/21 106/24 107/13 108/8 108/13 108/15 109/23 188/25

**worked [8]** 9/20 12/21 13/7 14/5 14/17 16/3 99/23 196/15

**workers' [14]** 19/12 19/14 19/19 20/15 85/13 100/4 100/8 100/12 100/18 101/14 101/17 102/2 102/5 111/19

**working [12]** 8/7 10/7 13/19 14/19 69/2 100/19 103/25 105/3 105/5 105/15 128/2 128/7

**works [5]** 45/1 45/7 45/25 48/14 126/20

**worldwide [1]** 149/25

**worry [1]** 178/17

**worse [1]** 140/3

**Worth [8]** 34/24 34/25 37/7 42/11 44/10 44/13 45/14 46/1

**would [128]** 2/4 2/16 3/23 6/5 7/5 8/10 8/11 9/1 12/9 12/21 14/18 17/14 17/14 17/19 27/10 28/8 29/21 30/14 30/22 31/1 31/9 31/10 35/22 38/14 41/6 41/14 44/18 45/21 46/7 46/22 47/14 51/14 51/20 51/21 52/1 52/2 52/6 53/14 55/9 55/14 56/22 61/3 62/16 65/25 68/23 68/24 69/1 69/10 74/23 75/25 78/18 82/2 82/8 85/9 87/15 87/17 87/24 89/19 91/25 92/22 95/23 101/8 104/8 104/16 104/19 116/16 117/21 117/22 118/12 118/18 118/25 119/1 119/3 119/25 123/9 125/14 127/9 127/22 130/4 130/5 130/6 130/7 130/23 130/25 131/1 131/23 132/2 132/5 132/5 132/7 132/13 133/2 133/3 133/14 137/4 138/4 138/7 139/11 139/15 141/15 141/17 142/8 143/16 143/18 143/20 143/21 144/6 146/5 146/10 146/22 150/15 151/10 151/10 151/23 151/24 154/12 169/1 172/1 172/13 180/7 186/5 186/25 189/17 189/22 190/14 190/25 195/23 197/9

**wouldn't [5]** 12/19 87/18 101/19 118/23 132/8

**wrap [1]** 118/19

**wrapping [2]** 137/9 170/18

**wreaked [1]** 98/5

**write [1]** 158/15

**written [3]** 126/2 126/17 157/9

**wrong [2]** 113/20 139/20

**wrote [5]** 137/16 146/11 157/17 159/23 165/7

# X

**x-ray [17]** 64/23 189/4 189/7 189/8 189/20 190/3 190/10 190/14 190/15 190/24 190/25 191/8 191/12 191/20 191/22 191/23 192/1

**x-rays [2]** 88/15 175/15

# Y

**yacht [1]** 15/19

**Yale [2]** 172/25 187/19

**yeah [31]** 12/2 14/1 15/7 19/4 19/16 25/22 36/2 36/8 53/16 60/12 65/3 72/16 84/13 87/17 96/9 101/3 126/21 132/16 133/9 133/9 144/4 146/8 147/1 152/15 154/24 155/3 155/18 155/21 157/9 161/6 164/21

**year [20]** 8/12 11/11 16/11 20/8 22/22 87/20 88/4 88/17 99/4 105/21 105/23 110/7 112/7 113/12 113/16 124/6 124/11 126/5 126/6 173/11

**Year's [1]** 105/20

**years [20]** 8/22 13/13 75/15 81/6 81/16 85/4 85/25 87/2 87/5 88/9 88/11 99/9 124/12 124/14 124/19 126/5 126/12 126/13 127/25 188/21

**yes [314]**

**yesterday [3]** 15/6 58/18 170/16

**yet [5]** 39/2 88/1 101/3 116/8 119/12

**York [19]** 4/18 5/1 5/4 5/7 5/11 5/23 7/16 8/4 8/7 9/4 9/8 9/9 9/15 9/17 9/19 10/13 10/15 124/7 124/11

## Y

**you [1181]**
**you just [1]** 180/17
**you'd [2]** 132/7 149/7
**you'll [7]** 7/23 19/12 56/13 78/2 84/15
112/10 123/17
**you're [76]** 4/13 7/25 21/24 22/25
23/21 38/19 40/7 47/2 52/24 53/20
57/18 59/12 64/7 65/12 70/18 73/24
75/12 76/11 78/8 79/23 80/1 80/3
80/15 83/16 83/17 85/11 86/11 88/11
89/22 90/2 93/12 95/21 100/25 105/11
107/1 109/24 110/7 111/2 116/14
116/25 117/4 117/5 119/6 120/14
120/17 120/17 121/8 123/16 127/3
133/21 138/10 143/5 144/25 145/11
145/14 149/18 154/19 155/5 158/13
160/20 160/24 161/25 167/5 174/9
176/21 179/9 183/11 183/14 190/8
190/12 190/16 191/2 192/10 195/16
196/6 198/6
**you've [14]** 21/12 70/21 76/13 78/24
85/10 104/25 111/2 112/15 114/2
127/18 149/3 163/14 190/18 191/6
**youngest [1]** 68/4
**your [391]**
**yours [1]** 52/23
**yourself [5]** 15/24 16/8 18/16 88/24
163/18

## Z

**Zachary [1]** 18/13
**Zaslow [8]** 66/8 66/21 66/21 67/12
127/12 127/14 127/15 128/19
**zero [2]** 151/24 151/25