```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3

    LORNA BEACH-MATHURA,           )    CASE NO. 08-21925-CIV
 4                                 )
                 Plaintiffs,       )
 5          vs.                    )       VOLUME 3 of 4
                                   )    Pages 1 through 263
 6  AMERICAN AIRLINES,             )
                                   )  WEDNESDAY, JUNE 24, 2009
 7               Defendants.       )
                                          9:49 a.m.
 8
                        JURY TRIAL
 9        BEFORE THE HONORABLE ANDREA M. SIMONTON
             UNITED STATES MAGISTRATE JUDGE
10

11  APPEARANCES:

12  For Plaintiffs: Donovan L. Parker, Esq.
                    99 NW 183rd Street, Suite 104
13                  Miami, FL  33169
                    (305)655-0239
14
                    Duane A. Crooks, Esq.
15                  13899 Biscayne Blvd. - Suite 153
                    North Miami Beach, FL  33181
16                  (305) 341-3420

17  For Defendants: Gregory M. Palmer, Esq.
                    Marty Fulgueira Elfenbein, Esq.
18                  RUMBERGER, KIRK & CALDWELL
                    Brickell Bayview Centre, Suite 3000
19                  80 S.W. 8th Street
                    Post Office Box 01-9041
20                  Miami, Florida  33101
                    (305)358-5577
21

22  Reported By:    Judith M. Shelton, Certified Realtime Reporter
                    Official United States Court Reporter
23                  400 N. Miami Avenue, Room 8N09
                    Miami, FL  33128
24                  (305)523-5294
                    judy_shelton@msn.com
25
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1          THE COURT:  I did want to call a couple of things to

2  your attention so you can be thinking about them, and we'll

3  talk about it later with respect to the jury instructions.

4          First, the burden of proof instruction that was given

5  I do not believe was correct because there's an affirmative

6  defense in this case about which the defendant has the burden

7  of proof.  So I think we need to use the 6.2 burden of proof

8  instruction, since the defendant has the burden of proving

9  comparative negligence, rather than the 6.1 instruction which

10 is what you submitted.  You can think about that.

11         The other question that I have relates to mortality

12 tables.  I don't know, but I didn't see any mortality tables

13 introduced into evidence, so I'm not sure if they're going to

14 be or not.  If there are no mortality tables introduced, then

15 I don't see how we can have an instruction about them.

16         And the last instruction that I had a question about

17 is the reduction of present value and calculation of

18 below-market discount rate.  I don't know if there's going to

19 be any expert testimony regarding below-market -- below-market

20 discount rate, or whether there's going to be a stipulation

21 regarding what that rate is.  But if there's no expert

22 testimony regarding what the below-market discount rate is, I

23 believe that part of the instruction should be omitted, and it

24 should just -- the instruction should just be the first two

25 sentences of the damages instruction.

WEDNESDAY, JUNE 24th, 2009

```
 1              And I'll also note that all your section numbers on
 2   the damages instructions were off.  For example, reduction to
 3   present value inflation is Instruction Number 5.1 in the 2005
 4   patterns, not 4.2.  And that was throughout.
 5              But you can just, I don't know, maybe there will be
 6   testimony about the below-market discount rate.  But if you
 7   look at the advisory committee notes, they recommend that if
 8   there is no evidence on that, that there be no instruction.
 9   So you can think about that.
10              With respect to the verdict form, I noted that you
11   deviated substantially, in some respects, from the pattern
12   verdict form.  And so I just made a copy for you of the
13   pattern verdict form.  There are two primary differences.  One
14   is that in the verdict form you submitted, you have the jury
15   stating a percentage of negligence, whether or not they find
16   that there was negligence on the part of the plaintiff.  And
17   the -- and, in addition, the verdict form in the pattern
18   breaks out the four categories of damages which, I think, is a
19   good idea, particularly in this case.
20              And that way, there could be a determination whether
21   the evidence supports any damages that may be awarded.  So you
22   can think about those issues.  I don't want to discuss them
23   right now because I really do want to get on with the
24   plaintiff's cross-examination.
25              Is there anything that I need to do before we bring
```

WEDNESDAY, JUNE 24th, 2009

```
 1   the jury in?  First from the plaintiff's perspective,

 2   Mr. Parker?

 3           MR. PARKER:  Nothing else, Your Honor.

 4           THE COURT:  Okay.  From the defendant's perspective,

 5   Mr. Palmer?

 6           MR. PALMER:  No, Your Honor.  We're ready to go.

 7           THE COURT:  Okay.  We'll bring the jury in.

 8       (Jury enters the courtroom at 9:53 a.m.)

 9           THE COURT:  Good morning.  Please be seated.

10           Mr. Parker, are you ready to proceed?

11           MR. PARKER:  I am ready to proceed, Your Honor.

12           THE COURT:  And, Mr. Palmer, is the defense ready to

13   proceed this morning?

14           MR. PALMER:  Yes, Your Honor.

15           THE COURT:  Okay.  Then we will resume with the

16   cross-examination of the plaintiff, Lorna Beach-Mathura.

17           Ms. Beach-Mathura, if you will retake the witness

18   stand, please.

19           I'll remind you that you are still under oath.

20           MR. PALMER:  May it please the Court.

21           THE COURT:  As soon as she is seated, you can

22   proceed.

23                   CROSS-EXAMINATION CONTINUED

24   BY MR. PALMER:  :

25   Q.  Good morning.
```

WEDNESDAY, JUNE 24th, 2009

1  A.  Good morning.

2  Q.  I want to pick up where we left off.  I had asked the

3  question if your memory was better in -- the time I took your

4  deposition in January of 2009 than it is now; do you remember

5  that question I asked you from yesterday?

6  A.  Not specifically, but...

7  Q.  Okay.

8  A.  I can answer it now.

9  Q.  Your answer yesterday was that your memory is -- it's not

10  better now, correct?

11  A.  I don't recall what the answer was.

12  Q.  All right.  Well, when I took your deposition back in

13  January of 2009, I asked a series of questions about

14  litigation you had been involved in, correct?

15  A.  I am not sure.  It was January, so I'm really not too sure

16  what you asked.  But you can ask them again.

17  Q.  And one of the items that we discussed back in January of

18  2009 was litigation that had been filed by you, which was --

19  regarding areas of injury that we had been discussing in this

20  case, correct?

21  A.  I'm not sure.

22  Q.  Well, we've talked briefly yesterday about the 2004

23  incident in which you were assaulted.  You remember that

24  incident, correct?

25  A.  Yes.

WEDNESDAY, JUNE 24th, 2009

```
 1   Q.  And that was -- Truvada Henderson was the defendant in

 2   that case, correct?

 3   A.  Yes.

 4   Q.  Now, remember when I asked you about that incident when I

 5   took your deposition?  Do you remember having that discussion

 6   back in January of 2009?

 7   A.  Actually, I don't remember.

 8   Q.  Okay.  Have you had a chance -- you haven't reviewed your

 9   deposition testimony prior to then?

10   A.  I have never seen the deposition transcript.

11   Q.  Do you still have the mini up there?

12   A.  You mean this?

13   Q.  Yes.

14   A.  Okay.

15   Q.  If you could go to page 41, line 12.  Do you see the

16   question and answer there, ma'am?

17        MR. PARKER:  Objection, Your Honor.  I do not have a

18   copy of what he's referring to.

19        THE COURT:  Did you not bring your client's

20   deposition with you today, Mr. Parker?

21        MR. PARKER:  I believe I have a copy that was -- that

22   got off the net.  And I have not the complete set.  But if

23   counselor could show me where he's asking from, I could

24   recollect my memory from my readings.

25        THE COURT:  Okay.  You don't have a copy of your
```

WEDNESDAY, JUNE 24th, 2009

```
 1   client's deposition with you here today?
 2             MR. PARKER:  Not with me today, Your Honor.
 3             THE COURT:  Okay.  Maybe we can -- maybe we can get
 4   one for you since, as you say, it was filed.  I think I have
 5   one back in chambers.  I don't know if you have an extra copy
 6   of it, Mr. Palmer?
 7             MR. PALMER:  I think I have the original, Your Honor.
 8             THE COURT:  Okay.  Perhaps you can provide it to
 9   defense counsel so he can follow along.
10             MR. PARKER:  Thank you, Your Honor.
11        (Pause.)
12             MR. PALMER:  May I proceed?
13             THE COURT:  Yes.  It might be easier, actually, to
14   give the witness the full one and let him read off the mini
15   transcript, since the letters are bigger on the full one.
16   Unless there's some reason not to.
17             MR. PALMER:  (Handing.)
18             THE WITNESS:  Thank you.
19             MR. PARKER:  Thanks.
20   BY MR. PALMER:  :
21   Q.  Now, as we discussed yesterday, as a result of the 2004
22   incident involving Ms. Truvada Henderson, you filed a claim
23   against her in circuit court, correct?  You sued her?
24   A.  I'm -- what date are you referring to?
25   Q.  As a result of the 2004 incident involving Ms. Truvada
```

WEDNESDAY, JUNE 24th, 2009

1   Henderson, you filed a claim in circuit court; in fact, you

2   have sued Ms. Henderson, correct?

3   A.  I filed a claim.  I think it was last year, in January,

4   before the statute of limitations expired, based on the advice

5   of my attorney.

6   Q.  Okay.  So if you had told me, when I took your deposition,

7   whether you had filed a claim as a result of that incident, if

8   you told me, no, that would be an incorrect, dishonest answer,

9   correct?  Because you had filed a claim?

10  A.  Well, I'm not sure what dates you're talking about.  You

11  know, what is the date of the deposition?  I'm not sure.

12  Q.  As we've been discussing in the courtroom, your deposition

13  was taken January 28, 2009.  And as the jury has seen

14  yesterday --

15          THE COURT:  Mr. Palmer, don't make speeches, just ask

16  questions.

17          MR. PALMER:  Yes.

18  Q.  The filing of the complaint against Ms. Henderson was

19  January 11, 2008.  So when I asked you on January 28, 2009,

20  was there any sort of claim filed as a result of that

21  incident, meaning the incident with Ms. Henderson, the honest

22  answer, the correct answer would have been no.

23          MR. CROOKS:  Your Honor, I would object to this.

24          THE COURT:  Excuse me?

25          MR. CROOKS:  I object to this.

WEDNESDAY, JUNE 24th, 2009

```
 1            THE COURT:  Excuse me, Counsel.  Mr. Parker did the
 2    direct and he needs to do the objections.
 3            MR. PARKER:  I thank you, Your Honor.  We may
 4    continue, if Your Honor please.
 5            THE COURT:  Yes.
 6    BY MR. PALMER:  :
 7    Q.  The honest answer, the correct answer would have been,
 8    yes, correct?
 9    A.  Well, it depends.  I'm not really sure, based on what is
10    written here, I'm not really sure exactly what you were trying
11    to ask me.
12    Q.  Okay.  Page 41, line 12 of your deposition, referring to
13    the case that you had filed against Ms. Henderson, the
14    incident involving Ms. Henderson in which you claim you were
15    assaulted.  I asked you:  "Was there any sort of claim filed
16    as a result of that incident?"  And your answer on page 41,
17    line 14, was "No."  Do you see that?
18    A.  Oh, yes, I see that.
19    Q.  And as we sit here today, you know that that answer was
20    incorrect?
21    A.  Well, it says, here, that -- in "sort of claim," you just
22    referred to it as a lawsuit.  I consider claims to be, like,
23    workers' compensation or EEOC.  They're claims, but not in
24    this context.
25    Q.  Okay.  So when I'm asking you questions in your deposition
```

WEDNESDAY, JUNE 24th, 2009

1  about whether you have filed claims or complaints or lawsuits

2  against people, you are --

3          MR. PARKER:  Objection, Your Honor.  These are

4  multiple questions about claim, lawsuit.  Counsel need to lay

5  a foundation and be direct whether it is a claim or a lawsuit.

6          THE COURT:  Okay.  I'll sustain it on the basis of a

7  compound question.  Why don't you -- you're lumping a lot of

8  things together, just in the preface to your question.

9          So -- but in the future, Counsel, you need to wait

10 until he finishes his question before you lodge an objection.

11 And I'll ask the witness, if there is an objection, don't

12 answer until I have resolved the objection.

13         So why don't you rephrase your question.

14         MR. PARKER:  Thank you.

15 BY MR. PALMER:  :

16 Q.  In Exhibit Number 33, which is your complaint against

17 Ms. Henderson -- are you on Exhibit Number 33?

18 A.  Yes.

19 Q.  Again, that's a complaint signed by you, correct?

20 A.  Yes, it is.

21 Q.  Okay.  And what that is, it's a complaint against

22 Ms. Henderson in which you're claiming that you were injured

23 as a result of her conduct, correct?

24 A.  As a result of her attacking me.

25 Q.  Right.  But what this is, it's a claim that you're injured

WEDNESDAY, JUNE 24th, 2009

1  as a result of her attacking you, correct?

2  A.  I looked at this as a complaint, because that's how it's

3  styled here, as a complaint.

4  Q.  I understand what it's styled, ma'am.  But aren't you

5  claiming that Ms. Truvada Henderson attacked you and hurt you?

6  A.  I am alleging that she attacked me, unprovoked.

7  Q.  So when I asked you the question whether you had filed a

8  claim as a result of that incident, you have a complaint filed

9  in circuit court for the state of Florida in which you're

10  claiming that you were hurt as a result of the attack,

11  correct?

12  A.  I filed a complaint.

13  Q.  Now, as a result of not only the Henderson incident, but

14  other incidents, you have seen medical doctors over the last

15  12, 13 years, correct?

16  A.  Yes.

17  Q.  And as we went through the interrogatory answers

18  yesterday, we discussed some of the doctors you had seen.  And

19  I asked you, specifically, about doctors you had seen in the

20  ten years or, alternatively, for the same body parts which are

21  involved in this case, correct?

22  A.  Some of them were the same body parts, yes.

23  Q.  In fact, you filed answers to interrogatories on November

24  3rd which are Tab 35, correct?

25  A.  Yes, I believe -- which?  The one that's signed by Donovan

WEDNESDAY, JUNE 24th, 2009

1   Parker?

2   Q.   The cover page is, but your signature is on the very last

3   page of Exhibit Number 35, correct?   We talked about that,

4   your interrogatories are true and correct?

5   A.   Yes, it appears to be my signature.

6   Q.   Okay.   Own Exhibit 36, those are your supplemental

7   answers, correct?

8   A.   Actually, some of them are the way that I had written

9   them, handwritten them.   And some of them, not exactly the way

10  I responded.   I think the words were changed or some of them

11  were edited.

12  Q.   Okay.   On the last page of Exhibit Number 36, it has your

13  signature, correct?

14  A.   There is -- yes.

15  Q.   And, again --

16  A.   That is a signature.

17  Q.   And, again, that's a sworn signature, and the notary is

18  saying that you have verified that the foregoing answers are

19  true and correct?

20  A.   As far as my recollection, yes.

21  Q.   Okay.   Then the third document I want to refer you to is

22  Exhibit Number 37 and those are your second supplemental

23  answers to defendant's interrogatories; do you see that

24  document, ma'am?   Do you see Exhibit Number 37?   If you take a

25  look at the last page, again, your signature's on that?

WEDNESDAY, JUNE 24th, 2009

1  A.   Yes, it appears to be my signature.

2  Q.   And, again, you're verifying that the answers contained

3  therein are true and correct?

4  A.   That's what it says on the affidavit.

5  Q.   Now, going to Interrogatory Number 15, on your second

6  supplemental answers, and, again, this is under certificate of

7  service of March of 2009?

8  A.   Did you say 15?

9  Q.   Number 15.  Now, the question is:  List the names and

10  business addresses of all physicians, medical facilities,

11  other health care providers by whom or which you have been

12  examined or treated in the past ten years, and state as to

13  each the dates of examination or treatment and the condition

14  or injury for which you were examined or treated, right?

15  A.   What I see at the top of the page for Interrogatory 15, it

16  says, "I am unable to recall every detail."

17         THE COURT:  You need to speak into the microphone.

18         THE WITNESS:  Oh, I'm trying to hold this 10-pound

19  thing.

20         THE COURT:  It might be easier if you move your

21  chair, or the deposition, away.

22         THE WITNESS:  This is too low and that is too high.

23         THE COURT:  Well, then, you can stand if you need to

24  do so.  Okay.  It might be easier if you direct her to a

25  particular page that you're reading from, Mr. Palmer.

WEDNESDAY, JUNE 24th, 2009

1    BY MR. PALMER:  :

2    Q.  The response to Interrogatory Number 15 is what you're

3    reading.  "I am unable to recall every detail from ten years

4    ago.  However, these are the names that I do remember."  And

5    you've listed several doctors there, correct?

6    A.  Yes.  I believe there are several doctors listed in the

7    space that is given.

8    Q.  Not listed there are Dr. Wilensky, correct?  You didn't

9    list him in that list?

10   A.  I don't even remember Dr. Wilensky.

11   Q.  Okay.  Well, we'll talk about him in a minute.

12   A.  I don't remember him.

13   Q.  Dr. Gelbard.  You didn't list Dr. Gelbard, either, did

14   you, ma'am?

15   A.  No, I don't remember him.  I have -- I have been through a

16   lot, especially in the last two years, three years.  I've been

17   suffering from severe depression and posttraumatic stress

18   disorder.  I've taken a lot of medications.  I can't remember

19   everything.

20   Q.  And, finally, you did not list Dr. Rosen, correct, ma'am?

21   A.  I don't see his name here.

22   Q.  Okay.

23   A.  But, excuse me, I need to clarify.  I did not type this.

24   I had given handwritten notes to my attorney, so I cannot

25   vouch that everything that is here is what I wrote or did not

WEDNESDAY, JUNE 24th, 2009

```
 1  write.
 2  Q.  Ma'am, by signing the last page of Exhibit Number 37 in
 3  which you're verifying that the interrogatory answers are true
 4  and correct, you are vouching for the content, aren't you,
 5  ma'am?
 6  A.  Yes, because I trusted my attorney.
 7  Q.  Okay.  So, in any event, let's talk about the 1996
 8  incident, which we discussed briefly yesterday.  At some point
 9  in time, you began to see a doctor by the name of
10  Dr. Wilensky, correct?
11  A.  Now that you -- yeah, I believe so.
12  Q.  You now remember Dr. Wilensky, right?
13  A.  Because I saw his name on a list, like a witness list.
14  Q.  And you know that Dr. Wilensky treated you for injuries
15  that you allegedly sustained in the 1996 incident, correct?
16  A.  Yes, when I looked, I was able to see that.
17  Q.  Okay.  And you're also aware that Dr. Wilensky continued
18  to treat you up to, at least, July of 2002, which is, which
19  you had your second automobile accident claim, correct?
20  A.  I did not have a continuing treatment with Dr. Wilensky.
21  I believe I saw him for, maybe, two visits and then I didn't
22  see him, again, until that year.
23  Q.  Okay.
24        THE COURT:  When you say "that year," what year are
25  you referring to?
```

WEDNESDAY, JUNE 24th, 2009

1             THE WITNESS:   Oh, the one that he had mentioned,

2     2002.

3     BY MR. PALMER:   :

4     Q.   Just so that we're clear here.   You saw Dr. Wilensky as a

5     result of the injuries you allegedly sustained in the 1996

6     automobile accident, correct?

7     A.   Yes, I was referred to him.

8     Q.   Okay.   And you also saw Dr. Wilensky as a result of the

9     injuries you allegedly sustained in the February 28, 2002,

10    incident, correct?

11    A.   Yes, I believe so.

12    Q.   Okay.   So you saw Dr. Wilensky following two automobile

13    accidents, correct?

14    A.   Yes.   I saw him for one visit after 2002, I believe, it's

15    one, maybe two.

16    Q.   And the reason --

17    A.   They were about seven years apart or six years apart, I

18    believe.

19    Q.   And the reason you treated with Dr. Wilensky was that you

20    had complaints of neck pain, low back pain, and hip pain since

21    your accidents, correct?

22    A.   That may be correct.

23    Q.   Okay.   Tab Number 25.   I want to refer you to

24    Dr. Wilensky's record of July 17, 2002; are you there?

25    A.   Yes.

WEDNESDAY, JUNE 24th, 2009

1   Q.   Okay.   Dr. Wilensky notes that you had chief complaints of

2   neck pain, low back pain, and right hip pain since a motor

3   vehicle accident on February 28, 2002, correct?

4   A.   That is what is written.

5   Q.   Now, under past history, he notes that you were in a motor

6   vehicle accident in '96 at which time you injured your neck

7   and back, correct?

8   A.   According to this report, yes.

9   Q.   You saw Dr. Wilensky in the North Miami Beach office and

10  he was going to try to get those old records, correct?

11  A.   I'd like to say something.   This is the first time I'm

12  seeing this report.   So if it's true, as -- you know, I don't

13  know how you obtained it, but I've never seen it before.   So I

14  never got this report, but --

15  Q.   You didn't expect us to obtain the records of

16  Dr. Wilensky, did you, ma'am?

17  A.   Excuse me?

18             MR. PARKER:   Objection to characterization, Your

19  Honor.   Editorialization.

20             THE COURT:   Overruled.

21             THE WITNESS:   Excuse me?

22  BY MR. PALMER:   :

23  Q.   Yeah.   You didn't expect to us find Dr. Wilensky, did you?

24  A.   I wasn't hiding Dr. Wilensky in my pocket, sir.

25  Q.   Well, you didn't list him in your interrogatory answers on

WEDNESDAY, JUNE 24th, 2009

1   three separate occasions.  You didn't tell us about him in

2   answers to deposition questions.  So isn't it true that the

3   identity of Dr. Wilensky and the care that he rendered for

4   both the 1996 incidents, the 2001 incident, and the 2002

5   incident were all attempted to be hidden from the defendants

6   in this case?

7   A.  No.  There was no attempt to hide anything in this case.

8   Q.  Okay.  Now, I asked you a question in deposition about

9   neurosurgeons.  Do you remember neurosurgeons?

10  A.  Yes, I believe that was the last question you asked.

11  Q.  Okay.  And I asked you the question in deposition --

12          THE COURT:  Can you give a page, Counsel?

13          MR. PALMER:  Sure.  Page 41, line -- let me find my

14  cite here.  It's actually, page 44, line 18.

15  Q.  Now, when I took your deposition, you had seen a doctor by

16  the name of Dr. Gelbard, correct?

17  A.  Yes, I was referred to him.

18  Q.  Okay.  And Dr. Gelbard was a neurosurgeon, correct?

19  A.  I didn't know what his specialty was.

20  Q.  Okay.  Well, in any event, Dr. Gelbard was another one of

21  those doctors, who despite three separate opportunities in the

22  form of interrogatory answers, you had failed to tell us

23  about, correct?

24  A.  I can't say that I failed to tell you about him.  I didn't

25  remember him.  I have been to many doctors, as you stated

WEDNESDAY, JUNE 24th, 2009

1  before, and many of my children's doctors.  I cannot remember

2  everybody and everything.

3  Q.  Well, you had seen Dr. Gelbard prior to the 2005 incident,

4  correct?

5  A.  I am not -- which 2005 incident are you talking about?

6  Q.  You've had multiple 2005 incidents?  I thought you just

7  had one?

8  A.  Excuse me.

9        THE COURT:  Why don't you clarify your question.

10  BY MR. PALMER:  :

11  Q.  Prior to the 2005 incident at which time you were

12  assaulted by a child at the school in which you were working,

13  had you ever seen a neurosurgeon?

14  A.  I am not sure if I ever saw a neurosurgeon.  I know I saw

15  doctors.

16  Q.  Okay.

17  A.  Most of the time the doctors never stated their

18  specialties.

19  Q.  Well, page 44, line 18.  I asked you the question in

20  deposition, I said, again, "Prior to 2005, when you made the

21  workers' compensation claim for the injuries you sustained in

22  the classroom, had you ever seen an orthopedic surgeon or a

23  neurosurgeon?"

24        And your answer on page 44, line 22 was, "I saw --

25  no, I have never seen a neurosurgeon prior to 2006."  And then

WEDNESDAY, JUNE 24th, 2009

1  you clarified and you said, "No, the 2005 incident, I saw a

2  neurosurgeon."

3          And my question page 44, line 25:  "Prior to that

4  event?"

5          And your answer:  "No, in 2005."

6          Question:  "That was the first time that you saw a

7  neurosurgeon?"

8          And your answer on page 45, line 4 was, "Yes, it was

9  2005.  It was 2006, but it was related to 2005."

10          Next question, and you said yes.

11          Remember that series of questions and answers in

12  which you told me that you had first seen a neurosurgeon as a

13  result of the 2005 incident?

14  A.  I remember when I was attacked by the student in my

15  classroom, and I was referred to a Dr. Osborn.  They told me

16  he was a neurosurgeon because I had requested to see a

17  neurosurgeon or neurologist based on my condition at the time,

18  so I remember that.

19  Q.  Okay.

20  A.  I do not remember everybody's specialty.

21  Q.  If, in fact, you had seen a neurosurgeon prior to 2005 or

22  2006, the question and answer we just went over in your

23  deposition would be incorrect, right, ma'am?

24  A.  I do not know if it's correct or incorrect.  I don't know.

25  Q.  Well, it's simple.  If you saw a neurosurgeon prior to

WEDNESDAY, JUNE 24th, 2009

1  2005, that means your answer that we just read to the jury is

2  incorrect?

3          MR. PARKER:  Objection, Your Honor.  That's a

4  hypothetical right there.  There was no --

5          THE COURT:  Overruled.  It's not a hypothetical.

6          MR. PARKER:  Okay.

7  BY MR. PALMER:  :

8  Q.  Right, ma'am?

9  A.  Wrong, sir.

10  Q.  Okay.  All right.  Go to Tab Number 29.  Find 29?  It's in

11  that big book.  Are you on Tab 29?

12  A.  Yes.

13  Q.  That says "Steven D. Gelbard, M.D.," correct?

14  A.  Yes.

15  Q.  And directly under his name it says "neurological

16  surgery," correct?

17  A.  Yes, that's what it says.

18  Q.  So Dr. Gelbard is a neurosurgeon, correct?

19  A.  I don't know.  I have never asked him.

20  Q.  It says "neurological surgery."  You're unaware of --

21  having a paralegal degree, a masters degree, a master's and

22  half a doctor's degree -- what a neurosurgeon is?  Is that

23  what you're telling us today?

24  A.  I'm telling you that I don't know what his specialty is.

25  You're showing me a document that I have never seen before.

WEDNESDAY, JUNE 24th, 2009

1  This is a letterhead.  I didn't produce this.  I was not given

2  this.  This is the first time I'm seeing this.

3       So you're asking me things that I know nothing about

4  because -- based on this.

5  Q.  Now, you're aware of a procedure called an "epidural,"

6  correct?

7  A.  Yes.

8  Q.  Okay.  Now, Dr. Gelbard gave you epidural procedures,

9  correct?

10  A.  From my research, Dr. Gelbard, he gave an injection, which

11  did not work.  There was no pain relief, at all.

12  Q.  Okay.

13  A.  So if that's an epidural, then, I'm mistaken.  I don't

14  know.  But he gave me an injection.

15  Q.  And the first time in this courtroom, today, you have a

16  recollection of Dr. Gelbard giving you injections into your

17  back, correct?

18  A.  Because I saw the name on the witness list and I did some

19  research.

20  Q.  So you knew, despite what you just told us, that

21  Dr. Gelbard was, in fact, a neurosurgeon, you knew that he had

22  given you epidural injections --

23  A.  I did not say that, sir.

24  Q.  You knew that he had given you injections?

25  A.  I said he gave me an injection.  You told me it was an

1  epidural.

2  Q.  Well, go to the next page of Dr. Gelbard's records, if you

3  would.  Page 2 of the Gelbard records which are Exhibit Number

4  29 in the book.

5  A.  Could you repeat the section, please?

6  Q.  Sure.  Second page of Dr. Gelbard's records.  Are you

7  there?

8         Now, Dr. Gelbard, in that record:  Patient is seen in

9  follow-up examination and complaints remain without change,

10 correct?  Am I reading that correctly?

11 A.  What section is it?

12 Q.  I'm reading right off the top.  First section, first

13 paragraph.

14        And then the next sentence is:  Patient comes in

15 today for a lumbar epidural block, which was performed.  Do

16 you see that language there, ma'am?  I'm reading that

17 correctly, right?

18 A.  I'm not sure which line it is.

19 Q.  Well, it's the first paragraph.

20        So --

21 A.  What --

22 Q.  So you had had --

23        THE COURT:  Let her -- let her find it.

24        MR. PALMER:  Sorry.

25        THE WITNESS:  Is there a number to the line?

WEDNESDAY, JUNE 24th, 2009

1           THE COURT:  You're on Tab 29, the second page.

2           THE WITNESS:  Yes, it says May 2002?

3           THE COURT:  It says 5/2/2003.  This is Exhibit 29.

4           THE WITNESS:  Could you please come and point it out

5    for me?

6           MR. PALMER:  Sure, I'll help you.  May I, Your Honor,

7    help the witness?

8           THE COURT:  Yes.

9       (Assisting)

10          THE WITNESS:  Oh, you went backwards.  Thank you.

11   BY MR. PALMER:  :

12   Q.  You're welcome.  The second page of Dr. Gelbard's notes

13   which are at Tab 29.  First paragraph says: "Patient comes in

14   today for lumbar epidural block which was performed," correct?

15   A.  That is what it says on the page.

16   Q.  Okay.  So, Dr. Gelbard, a neurosurgeon, performed an

17   epidural block in May of 2003 on you, correct?

18   A.  I cannot say that.  I'm just reporting on what is on the

19   page.

20   Q.  Okay.  Are you denying, today, in front of the ladies and

21   gentlemen of the jury that you had an epidural block in 2003

22   as noted in Dr. Gelbard's records?

23   A.  I remember getting injections.  I think I saw him -- I got

24   a couple of injections in my back, but I don't know if it was

25   an epidural or if it was a cortisone shot.  I'm not sure

WEDNESDAY, JUNE 24th, 2009

1  exactly what he put into my back.

2  Q.  Okay.  But this certainly refreshes your recollection as

3  to whether you had an epidural, correct?

4  A.  I have -- not saying I had an epidural.  I don't know.  If

5  that's what it's classified as, then I will accept it.  But I

6  know he gave me injections which did not work.  The medicine

7  never worked.  I think it was watered down, as a matter of

8  fact.

9  Q.  Didn't you deny, in your deposition, ever having an

10  epidural or back pain at any time?

11  A.  I don't believe I denied.  But I know I had epidural

12  regarding my -- my childbirth delivery by C-section.  I

13  remember that.

14  Q.  Isn't it true, ma'am, that when you were asked in your

15  deposition whether you had an epidural for back injury, you

16  denied that?

17  A.  I don't know if I denied or not.  I do not remember

18  everything you said, Mr. Palmer.

19  Q.  Well, if you did, in fact, deny that you had an epidural

20  for back injuries prior to the event that we're discussing

21  today, that would be an incorrect answer also, correct?

22  A.  In your opinion, sir.

23  Q.  All right.  Go to page 51 of line -- of your deposition.

24  A.  My deposition?  Mr. Palmer, I would like to ask if it's

25  possible to hear or see the original transcript tapes or

WEDNESDAY, JUNE 24th, 2009

1   recordings or however it was done, because I've never been

2   able to see any of this before.  And I don't know if it's true

3   or not.

4   Q.  Page 51, line 17.  Do you see the question asked?

5   A.  Which one is it?

6   Q.  Are you on page 51?

7   A.  Yes.

8   Q.  Okay.  It says:  "You've never had an epidural?"

9        And your answer was:  "Regarding?"

10       And my question is:  "Your back or neck."

11       And then you say:  "For when I was having my baby."

12       And I said:  "No, for back injures?"

13       And your answer on page 51, line 22 was, "No."

14  A.  Yes, because I thought it was the baby thing you were

15  talking about.  I remember that distinctly because she was cut

16  out of me in a C-section.

17  Q.  I asked you, specifically, whether you had epidurals prior

18  to the date of the August 30, 2006, wheelchair incident, for

19  your back --

20       MR. PARKER:  Objection, Your Honor.  Multiple

21  questions being asked.

22       THE COURT:  It's argumentative, Mr. Palmer.

23       MR. PARKER:  And also --

24       THE COURT:  Let's move along.

25       MR. PALMER:  Okay.

WEDNESDAY, JUNE 24th, 2009

1  Q.  Dr. Gelbard saw you, also, in November of 2002, correct?

2  That's the next page.

3  A.  I am not aware of the next date.

4  Q.  Well, you can turn and see in Exhibit 29, Dr. Gelbard saw

5  you in November of 2002, correct?

6  A.  I am not sure of the date.  It was 2002, according to this

7  report.  And I've never had a copy of this report.  This is

8  the very first time that I'm seeing this.

9  Q.  At the bottom of November 8, 2002, page 2, it notes, and

10  I'm going to read the last sentence.

11        It says, "In the interim, as she is in a lot of pain

12  today, a lumbar epidural block was performed."  Do you see

13  that language on page 2?

14  A.  Yes, I did have a block.

15  Q.  So you had an epidural block in your lumbar spine --

16  A.  According to --

17  Q.  -- in May of '03.  You had one in November of '02,

18  correct?  According to the notes.

19  A.  According to what is written here.  I don't know if it's

20  correct or not, but I see it written.  I cannot vouch for

21  whether or not it's correct.

22  Q.  Do you remember going to see -- you don't remember going

23  to see Dr. Gelbard, apparently, correct?

24  A.  Yes, after I searched my memory, I did.

25        MR. PARKER:  Objection.  Asked and answered about

WEDNESDAY, JUNE 24th, 2009

1   three times.

2            THE COURT:  Okay.  Overruled.

3   BY MR. PALMER:  :

4   Q.  Okay.  Going -- the last document in Tab Number 26 is

5   called a "Patient Information Form."  Can you find that?

6            THE COURT:  Returning to Exhibit 26?

7            MR. PALMER:  29, I'm sorry.

8   Q.  Exhibit 29, the last document.  It is a five-page document

9   called "Patient Information Form."  Are you there?

10  A.  Yes.

11  Q.  Okay.  And that patient information form has Lorna

12  Beach-Allen, left-hand corner at the top, correct?

13  A.  Yes, it does.

14  Q.  And that was your name back in 2002, correct?

15  A.  Well, one of my names.

16  Q.  But -- go to the last page, on page 5.  I want to make

17  sure that this is your signature.

18  A.  I didn't deny it was my name.  I said it was one of my

19  names.

20           THE COURT:  You just need to answer the question,

21  ma'am.  Is that your signature on the last page?

22           THE WITNESS:  It appears to be my signature.

23  BY MR. PALMER:  :

24  Q.  Okay.  So this patient information form filled out in your

25  own hand is dated November 8, 2002, correct?

1   A.   I never said it was filled out in my own hand.   I

2   responded to the Judge's question about whether or not it was

3   my signature.   I said it appears to be my signature.

4   Q.   Okay.   Isn't it a fact, ma'am, that you filled the patient

5   information form out in your own handwriting?

6   A.   I am not sure about that.

7   Q.   Okay.

8   A.   It looks similar to my handwriting.

9   Q.   Well, go to the last page, again, page 5, ma'am, would

10  you?

11  A.   Okay.

12       (Responds to request.)

13  Q.   Didn't you write on page 5, the bottom, before you signed

14  it, "I have filled this form out accurately to the best of my

15  ability and believe it to be true"?

16  A.   Did I do, what?

17  Q.   Do you see that language?

18  A.   Yes, I read it, but what was the question?

19  Q.   Do you see that there?

20  A.   Yes, I see what is written there.

21  Q.   And do you see your signature under that?

22  A.   I see a signature, yeah, what appears to be mine.

23  Q.   So what you're saying in that answer is that you did, in

24  fact, fill this information out, and you believed it to be

25  true, correct?

WEDNESDAY, JUNE 24th, 2009

1  A.  That's what it says in this, yes.

2  Q.  Okay.  Now, if you just -- we'll just stay on page 5.  The

3  last question asked before the name of your insurance company,

4  is there any information that you think is useful for the

5  doctor to evaluate you?  Do you see that question?

6  A.  Yes, I do.

7  Q.  Now, this form is dated November 8, 2002, correct?

8  A.  Yes.

9  Q.  And your answer is, "not at this time."  And you go on to

10  say, "I do have a herniated disc at L6-L5 following a 1996 car

11  accident.  My pain has steadily increased during the past six

12  years," correct?

13  A.  Actually, I see L4-L5, not L6-L5.

14  Q.  All right.  Well, let me read it, again, then, since I

15  apparently --

16          THE COURT:  Why don't you read it, again, Mr. Palmer.

17          MR. PALMER:  Okay.

18  Q.  You indicated to Dr. Gelbard that you had a herniated disc

19  in your back that had gotten progressively worse for a period

20  of time of six years, correct?

21  A.  Apparently.

22  Q.  Going to page -- I'm not going to read this whole thing

23  with you, but page 3.

24  A.  Which document?

25  Q.  The same patient information form that we're talking

```
 1  about, starting at the top.  You indicated you had back pain
 2  which was constant, correct?
 3  A.  "Constant" is circled on the top of the page.
 4  Q.  And if yes, does the pain go into your legs?  You put
 5  "yes" and that it went into both legs, correct?
 6  A.  There's a checkmark at "yes" and there's another checkmark
 7  at -- well...
 8  Q.  Going on, it says:  Do you have any numbness or tingling
 9  in your back or legs.  You put "yes," correct?
10  A.  There is a checkmark at "yes."
11  Q.  And then it says:  "If so, where?"  You put "left and
12  right side of lower back, hips, both legs, right heel,"
13  correct?
14  A.  That -- those are the words that are written there, yes.
15  Q.  And then under "neck pain," same questions and answers.
16  That you had neck pain, correct?
17  A.  There is a checkmark, yes.
18  Q.  And "If so, where?"  It says, "Right and left areas tingle
19  and are sore," correct?
20  A.  I don't see "right or left."
21  Q.  Okay.  It says, "If so, where?"
22  A.  Oh.  It would be helpful if you would read the line so --
23  at least, tell me.
24  Q.  Okay.
25  A.  So I don't waste the Court's time.  Thank you.  It
```

WEDNESDAY, JUNE 24th, 2009

1   indicates "right and left arms tingle, sore."

2   Q.   Okay.   And then it goes -- the next question and answer

3   is:   What is your -- or "Where is your worst pain?"   Correct?

4   A.   That's what it says.

5   Q.   And you've indicated "lower back, right hip, and

6   buttocks," correct?

7   A.   It says "lower back, right hips, buttocks," correct.

8   Q.   Okay.   And then if you go down the list to about two

9   inches up to the top, it says, "Do you have any other symptoms

10  not listed here?   And, if so, what are they and how often do

11  they occur?"   Correct?

12  A.   It says:   "Yes.   Weakness in my right knee," and whatever

13  else you've read.

14  Q.   Well, after you have weakness in your right knee, you've

15  written, "sometimes it buckles under me"; correct?

16  A.   Where is that written, sir?   I don't see that written

17  here.

18  Q.   You just read -- under the line you just read, it says,

19  "yes, weakness in my right knee."   And then there's a hyphen.

20  And then your language is, "Sometimes it buckles under me."

21  A.   Okay, I do see it now.   I was reading the last line.   It

22  does say, "Sometimes it buckles under me."   That's stated

23  there.

24  Q.   And that is a true synopsis of the medical condition that

25  you were complaining of in 2002 when you saw Dr. Gelbard, a

WEDNESDAY, JUNE 24th, 2009

1  neurosurgeon, that you had neck and back pain, hip pain, and

2  your knees buckled, correct?

3  A.  If this is what you got from him and he stated it as true,

4  then I will trust your judgment that it is true.

5  Q.  Now, I asked you yesterday whether you had been taking

6  narcotic medication.  In fact, you have been taking narcotic

7  medication back to the time that you first saw Dr. Wilensky,

8  correct?

9  A.  I am not sure.  I don't understand the question.

10  Q.  Well, I mean, if the records indicate, ma'am, that you've

11  been taking narcotic medication back to the days when you

12  first started seeing Dr. Wilensky, the orthopedic surgeon,

13  would you quibble with that?

14  A.  I would like to know where it is written in this report.

15  Q.  Okay.  Binder 26 -- Tab 26, I'm sorry.  Go to -- if you

16  flip through the notes one, two, three -- the fourth page of

17  Tab Number 26 and you go to the last sentence in the last

18  paragraph.  It says:  "I have renewed the Darvocet N-100 for

19  pain"; do you see that?

20        THE COURT:  I don't see it, Counsel.  What document

21  are you looking at?

22        MR. PALMER:  I'm sorry.  It is Tab Number 26.

23        THE COURT:  Right.

24        MR. PALMER:  It is the one, two, three, four, five --

25  sixth page in, I'm sorry.  It is a note of September 20, 1996,

WEDNESDAY, JUNE 24th, 2009

1  sixth page in.

2         The note starts:  "The patient's MRI..."  Are you

3  there, ma'am?

4  A.  Yes, I've seen the sentence.

5  Q.  You see where Dr. Wilensky had renewed your Darvocet, 45

6  tablets as of 9/20/1996, correct?

7  A.  That is written there, yes.

8  Q.  Okay.  So you had been taking, in some form, narcotic

9  medication --

10         MR. PARKER:  Objection, Your Honor.

11         THE COURT:  Let him finish his question before you

12  announce your objection because we don't know what he's going

13  to say.

14         Mr. Palmer?

15  BY MR. PALMER:  :

16  Q.  You had been taking narcotic medication in some form for

17  pain relief since, at least, September 20th of 1996, correct?

18  A.  What do you consider to be narcotic medication?

19  Q.  Well, Darvocet.  Are you aware Darvocet is a narcotic?

20  A.  No, I'm not aware of that.

21  Q.  All right.  How about -- are you aware that Hydrocodone is

22  a narcotic, correct?

23  A.  No, I'm not aware of that.

24  Q.  You also take Hydrocodone for pain relief?

25  A.  I was prescribed it, yes.

Q.  Now, as recently as June of 2006, you received epidural

injections, correct?

A.  Where?

Q.  In your neck or back, for pain relief?

A.  Who gave it to me?

THE COURT:  Actually, ma'am, you're the one who's

supposed to be answering the questions.  If you don't know or

you don't recall, you can say I don't know, I don't recall, or

you can answer yes or no.  But you can't question the

questioner.  He has to question you.  If you say you don't

recall, then he has the ability and the right, if he wants to,

to refresh your recollection.  But you can't ask him

questions, okay?  That's just not the order of things.

THE WITNESS:  I understand.  It's just that he wasn't

being specific and I --

THE COURT:  Well, if you don't know or you don't

recall, you can say that; or you can explain your answer.  You

can say yes or no, and then you can explain your answer, also.

THE WITNESS:  I don't know, because I'm not sure what

you are talking about.

THE COURT:  So the question is:  As recently as June

of 2006, had you received an epidural injection in your neck

or back?

A.  I do not recall at this time.

THE COURT:  Okay.  Fine.

WEDNESDAY, JUNE 24th, 2009

```
1          THE WITNESS:  He can refresh my memory, as you said.
2   BY MR. PALMER:  :
3   Q.  Well, in the year 2006 you saw two doctors I want to ask
4   you about; one is Dr. Frank, correct?
5   A.  Yes.
6   Q.  And he is a pain management specialist, correct?
7   A.  That's part of his specialty, I believe.
8   Q.  All right.  And you saw Dr. Munoz, as well, correct?
9   A.  Yes, I did.
10  Q.  Now, these are both doctors you're seeing prior to August
11  30, 2006, correct?
12  A.  Yes.
13  Q.  All right.  And Dr. Frank, one of the things that he was
14  doing for you was giving you a drug called Vicodin; are you
15  aware of that?
16  A.  He did prescribe that drug.
17  Q.  And you're aware that Vicodin is a narcotic?
18  A.  No, he never told me that.  He just prescribed the drug.
19  Q.  Now, one of the things that Dr. Frank was doing was giving
20  you epidural injections; you don't -- you're not aware of
21  that, correct?
22  A.  No, I -- I --
23  Q.  Tab 2?
24  A.  May I explain that?
25          THE COURT:  Yes, you can explain your answer.
```

WEDNESDAY, JUNE 24th, 2009

1          THE WITNESS:  Okay.  Dr. Frank, from what I recall,

2   gave me injections in my right hip and buttock area.  So I

3   don't know if that's an epidural, but it was in this region of

4   my body.  And, I believe, he gave me injections in my shoulder

5   area.

6   BY MR. PALMER:  :

7   Q.  Dr. Frank -- the first page of Dr. Frank's notes, which

8   are at Tab 2, are dated May 3rd, 2006.  And the history that

9   he notes is that May 3, 2006, which is three and a half months

10  prior to the event that you sued American Airlines, was that

11  you were complaining of severe cervical left shoulder and

12  right hip pain, correct?

13  A.  I haven't found the page that you are talking about.

14  Q.  Tab 2.

15      (Pause.)

16  Q.  Did you find it?

17  A.  I have found it.

18  Q.  Okay.  The second page of the note of May 3rd, 2006, he

19  notes that he has performed a suprascapular nerve block using

20  40 milligrams of Depo-Medrol, and 4 cc of marcaine .25

21  percent, as well as I proceeded to do a right SI joint

22  injection with the same cortisone derivative marcaine mixture.

23  And I proceeded with a low coddle epidural block.

24          Do you see that language?

25  A.  Yes, I see that.

1   Q.   Now, does that refresh your recollection as to whether as

2   late as May of 2006 you were receiving epidural blocks from

3   treating doctors?

4   A.   Like I said before, I received injections, and you said

5   epidural injections.  This says epidural block.  I don't know

6   if there's a difference, or if that's the same thing.  Please

7   explain.

8           THE COURT:  Ma'am, you can't ask him to explain.  You

9   can only answer the questions.  Thank you.

10          THE WITNESS:  I'm trying to give him what he wants.

11  BY MR. PALMER:  :

12  Q.   Now, you continued to see Dr. Frank as evidenced by the

13  notes contained in Tab 2 through the year 2006, correct?

14  A.   Yes.

15  Q.   Okay.  And Dr. Frank was treating you for pain and

16  rehabilitation, correct?

17  A.   Yes.

18  Q.   There is a note of Dr. Frank's, it's dated August 15,

19  2006; can you find that?  You've got to go back three, four --

20  it's the 18th page back in the stack.  It'd be easier to find

21  it in a date order.  8/15/06.  Did you find it?

22  A.   Yes, I see it.

23  Q.   Now, that's two weeks before the incident in Tokyo

24  involving the wheelchair, correct?

25  A.   Yes.  And I'm glad you mentioned the wheelchair at last.

1   Thank you.

2           THE COURT:  Ma'am, just answer the questions.

3   BY MR. PALMER:  :

4   Q.  This note, again, if you go to the bottom is signed by

5   you, correct?

6   A.  Yes, that appears to be my signature.

7   Q.  And then it's got the date of 8/15/2006, correct?

8   A.  Yes, it does.

9   Q.  And if you go to the areas of pain, you have neck pain,

10  upper back pain, mid-back pain, low back pain; and then the

11  quality, you've got aching, burning, weakness, stiffness,

12  pain, and that it's constant, correct?

13  A.  Yes, those were circled.

14  Q.  So under "assessment," it says continuation of same,

15  correct?

16  A.  Yes.

17  Q.  Okay.  Now, you had been seeing Dr. Frank since he gave

18  you the first epidural block in May of '06, correct?

19  A.  I first saw him in May of '06.  I don't recall the

20  epidural block that you're talking about.

21  Q.  Okay.  But you've been seeing him for three months now,

22  correct?

23  A.  I saw him from May 2006.

24  Q.  Isn't it true that when the alleged incident occurred in

25  Japan and you went back to Dr. Frank following the accident,

WEDNESDAY, JUNE 24th, 2009

1   you never told him that anything had occurred on August 30,

2   2006?

3   A.   That is untrue.   And I would like to clarify something on

4   this page.   You indicated that this was Dr. Frank's notes and

5   it's not.   It was his massage therapist who filled in the

6   information and put in everything else.   She circled

7   everything.   Her name is Ms. Nanyo (phonetic).   That was

8   signed by her, not Dr. Frank.

9   Q.   Isn't it true, ma'am, that when you went back to

10  Dr. Frank's office after August 30, 2006, and saw him for the

11  first time after this incident, you never told him about this

12  alleged incident which had occurred in Tokyo?

13  A.   That is not true.   He was told on the first visit.

14  Q.   Okay.   Well, let's go to the next document, the next

15  forward document in the tab, it is dated September 13th, 2006.

16  Are you there?

17  A.   Yes.

18  Q.   Okay.   Now, I want to direct your attention to two

19  different sections of that tab.   First at the bottom it's got

20  patient signature, correct?

21  A.   Yes.

22  Q.   And then under "assessment" -- do you see the word

23  "assessment" there?

24  A.   Yes.

25  Q.   It says, "continuation of same"; do you see that?

```
1   A.  Yes.  Yes.

2   Q.  You also see -- what's the word there, "exacerbation," you

3   see that?

4   A.  Yes, I see.

5   Q.  That's not checked, is it?

6   A.  No, it's not checked.

7   Q.  And so what you're saying in this note is that the same

8   types of problems are continuing; you didn't tell Dr. Frank

9   about this incident on this note, correct?

10  A.  Dr. Frank knew about the incident.  He did not fill out

11  this paper.  It was the massage therapist who filled it out.

12  She circled everything.  She wrote my name.  She wrote the

13  date.  She circled every item there and she wrote the

14  comments.  His massage therapist.

15          I suggest you consult with Dr. Frank about this.

16  Q.  If Dr. Frank testifies to the ladies and gentlemen of the

17  jury that he had no knowledge about an incident which occurred

18  on August 30th, 2006, what you're telling us is that he is

19  mistaken, correct?

20  A.  No, I would -- I would say that, maybe, he forgot about

21  it.

22  Q.  Okay.  There is another doctor you were seeing at or about

23  the same time as Dr. Frank, and that is Dr. Munoz, correct?

24  A.  Yes, I was seeing Dr. Munoz.

25  Q.  And he's at Tab 12.
```

WEDNESDAY, JUNE 24th, 2009

1   A.   Yes.

2   Q.   Now, Dr. Munoz is another doctor you saw both before and

3   after the incident which is the subject matter of this

4   lawsuit, correct?

5   A.   Yes.   For -- I believe, I saw him for, maybe, two or three

6   visits after the incident.

7   Q.   Okay.   There is a note dated August 16, 2006.   Can you

8   find that there?   At the top it says "report date."   That's

9   kind of confusing because that's the date they were printed,

10  so the date of examination is the next line.

11  A.   How many pages?

12  Q.   Well, it's about -- about an eighth of an inch.   I mean,

13  so -- but they're in date order.   And I can come over and help

14  you find it.

15  A.   Yes, please do.   I would appreciate it.

16       (Pause.)

17  BY MR. PALMER:   :

18  Q.   Okay.   The note of Dr. Munoz of August 16, 2006 --

19            THE COURT:   What tab are we?

20            MR. PALMER:   I'm sorry, Tab Number 12.

21            THE COURT:   Yes.

22            MR. PALMER:   And they are in date order.

23            THE COURT:   Okay.

24            JUROR:   What date?

25            MR. PALMER:   It's August 16th, 2006.

WEDNESDAY, JUNE 24th, 2009

1    THE COURT:  Okay, I have it.  Thank you.

2  BY MR. PALMER:  :

3  Q.  This note starts off, has your name on it, correct?

4  A.  Yes.

5  Q.  And the chief complaint is:  "Patient is here today for a

6  follow-up.  States she has left shoulder pain and low back

7  pain."  Do you see that?

8  A.  Yes.

9  Q.  Okay.  Down at "Plan," you'll see Number 5.  "Two

10  paracervical nerve blocks are performed with 20 milligrams

11  Depo-Medrol at each site between C4-C7.  And two paravertebral

12  nerve blocks are performed between L4-S1 with 20 milligrams

13  Depo-Medrol at each site.  An injection is given in the

14  subcacromial space at the left shoulder with 40 milligrams

15  Depo-Medrol."

16       Do you see that?

17  A.  Yeah.

18  Q.  Now, this is two weeks prior to the event that we've been

19  discussing for two days, correct?

20  A.  According to the date.

21  Q.  And this is a Dr. Munoz, who is giving you injections into

22  your lower, upper back and shoulder, correct?

23  A.  I would like to clarify that.

24  Q.  Correct?

25  A.  Dr. Munoz rarely gave injections, his staff did.  Most of

WEDNESDAY, JUNE 24th, 2009

1  them.  That's a clarification.

2  Q.  This is two weeks before the event in question, you're

3  getting injections in your back from a health care

4  professional at Dr. Munoz's office, correct?

5  A.  That is correct.

6  Q.  So going back -- and I hate to keep going back, I'm trying

7  to get done with this.  But in your answers to interrogatories

8  where we asked you on three different occasions about the

9  prior health care professionals, about prior injuries, about

10  prior bodily complaints, and whether you had ever injured your

11  neck or back before, didn't you think it was incumbent upon

12  you to be honest and tell us that you had lower back

13  injections just two weeks prior to the event that we're here

14  about today?

15  A.  Did you ask me that, specifically, Mr. Palmer?  Because...

16       THE COURT:  You can answer the question, you can't

17  ask him questions.  Just answer the question to the best that

18  you can.  Okay.

19       THE WITNESS:  Sorry.  Um, according to these there

20  are injections, and I was seeing Dr. Munoz, I never denied

21  that.  I don't know what else you'd like me to say.

22  BY MR. PALMER:  :

23  Q.  Ma'am, your interrogatories never mentioned Dr. Munoz at

24  all.  That's a glaring omission; isn't it, ma'am?

25  A.  I don't know what it says.  Like I said, I put down names

1  and somebody else typed them in and presented it to your

2  office.  It wasn't in my handwriting, so...

3  Q.  Just to end this conversation.  If Dr. Munoz is not listed

4  in your answers to interrogatories as a treating doctor, then

5  that is a huge omission, correct?

6  A.  It would be, because I saw Dr. Munoz for some time.

7  Q.  All right.

8  A.  I have never denied that.

9  Q.  Now, isn't it true, ma'am, that did despite the fact that

10  you're seeing Dr. Munoz and getting injections into your back

11  from Dr. Munoz just two weeks before this incident, you never

12  told him about this alleged incident occurring in Tokyo on

13  August 30, 2006?

14  A.  Because Dr. Munoz was not in the office.

15  Q.  Well, you went and --

16  A.  But I told the staff member who was treating me at that

17  time.

18  Q.  Okay.  You went -- the next tab -- the next page, 4 -- the

19  next two pages forward in Tab Number 20 -- I'm sorry, Tab

20  Number 12.  Get myself confused.  Is that right?  Wait.  I've

21  lost my page.  I'm sorry.

22       The next subsequent note is dated September 15, 2006.

23  It says, "Chief complaint:  Patient states she has shoulder

24  pain, complains of sciatica pain that radiates down the leg."

25  Do you see that?

WEDNESDAY, JUNE 24th, 2009

1  A.  Yes, I see that.

2  Q.  If Dr. Munoz were to testify in front of the ladies and

3  gentlemen of the jury that he had no knowledge that you had

4  been allegedly involved in an incident on August 30, 2006, is

5  he also mistaken?

6  A.  Dr. Munoz, as I said, was not in the office.  I never told

7  Dr. Munoz because he was not there.  I told it to the treating

8  staff that he had there, the medical staff.

9  Q.  So going to "subjective" on -- well, let me ask you this

10  question.

11          If Dr. Munoz didn't know about it, it is a problem

12  that he's having with communication in his staff?

13  A.  Probably, yes.

14  Q.  Okay.  Going to "subjective," it says:  "Patient is here

15  for follow-up visit," correct?

16  A.  Yes.

17  Q.  That you had "multiple complaints today," correct?

18  A.  Yes, it does say that.

19  Q.  Okay.  'Trouble sitting, trouble standing," listing

20  medications?

21  A.  Yes, it does say that.

22  Q.  She also states that she saw, I think that's supposed to

23  be "saw," a pain specialist in April, received epidural blocks

24  at Jackson.  Then it says, "She has brought in paperwork with

25  her today as requesting a permanent disability."  Do you see

WEDNESDAY, JUNE 24th, 2009

1  that?

2  A.  Yes, I see that.

3  Q.  So what you wanted Dr. Munoz to do as of September 15,

4  2006, is to declare you permanently disabled for purposes of

5  social security, correct?

6  A.  No, that's not correct.  But if you notice, there were

7  multiple complaints.

8  Q.  Now, the other doctor I asked you about when we started

9  this exercise was a Dr. Rosen.  Do you remember Dr. Rosen?

10  A.  Yes, he's a good doctor.

11  Q.  He is a good doctor who you also left off your

12  interrogatory answers and didn't tell us about, correct?

13  A.  That was a long time ago.

14  Q.  Is that a yes or a no?

15      You also left him off your interrogatory answers and

16  didn't tell us about Dr. Rosen, correct?

17  A.  I don't recall whether I left it off or not.

18  Q.  Okay.  One second here.  I hate to go back, but I want to

19  ask you just one more -- one last question about Dr. Wilensky.

20      As of September 20, 1996 -- and, again, this is Tab

21  16, and I'm going back to the sixth page into it, the one that

22  had the reference to Darvocet.  I can help you find it, ma'am,

23  if you'd like.

24  A.  I think I can.  26.  I have the first page of 26.

25  Q.  Go to the sixth page, please.  See that?  Are you there?

WEDNESDAY, JUNE 24th, 2009

1  A.  Yeah, I have the page.

2  Q.  Now, at the end of that particular note -- this is, again,

3  going back to September of 1996 -- Dr. Wilensky writes that

4  you had plateaued off from your motor vehicle accident which

5  took place on April 4, 2096 (sic), correct?

6  A.  I think I may have lost the page.  You know what?  Maybe

7  you can help me find it.

8  Q.  Sure.

9  A.  Too much work.

10  Q.  Okay.  You see the last page there, "The patient has

11  plateaued off from her motor vehicle accident on April 4,

12  '96"?

13  A.  Yes.

14  Q.  Next sentence says, "Due to her disc in her back and her

15  chronic cervical and lumbar myofascitis and radiculitis,

16  decreased strength in her neck, back, and right hip area, she

17  will be left with a 7 to 10 percent permanent residual

18  disability to the body as a whole."  Do you see that?

19  A.  Yes.

20  Q.  Okay.  So as of September of 1996, an orthopedic surgeon

21  had given you a permanent residual disability to your body, as

22  a whole, as a result of neck and back pain in the range of 7

23  to 10 percent, correct?

24  A.  According to this.  But according to Dr. Nordt, there's

25  nothing wrong with me; I need exercise.  I'm confused now.

WEDNESDAY, JUNE 24th, 2009

1  Q.  Now, knowing -- going back to -- again, I'm just going to

2  talk about the first set of interrogatories we asked you, and

3  it's Tab Number 35, Interrogatory Number 6.  I'll read it

4  quickly.  I'll read your answer.

5       "Were you suffering from physical infirmity,

6  disability, or sickness at the time of the incident described

7  in the complaint?  If so, what was the nature of the

8  infirmity, disability, or sickness?"

9       Now, I could help you get there, it's Interrogatory

10  Number 6, Tab Number 35; do you see that?

11  A.  Please help.

12  Q.  Were you suffering from physical infirmity, disability at

13  the time of the incident described in the complaint?

14       And your answer was:  "Standing to line (sic) in the

15  check-in line, painful."  Now, having just gone through

16  Dr. Wilensky's records in which he indicated that you had a 7

17  to 10 percent disability to the body, as a whole, as of

18  September 1996, you would agree that that response in

19  Interrogatory Answer Number 6 was inaccurate, correct?

20       MR. PARKER:  Objection.

21       THE COURT:  On what basis?

22       MR. PARKER:  Calling for a medical conclusion and an

23  opinion that the witness is not trained to give.

24       THE COURT:  Overruled.  You will answer the question,

25  please.

WEDNESDAY, JUNE 24th, 2009

1          THE WITNESS:  Yes, that answer is correct.  And the

2    reason why I said that, in particular, was because I never saw

3    Dr. Wilensky's reports that you just showed me.

4    BY MR. PALMER:  :

5    Q.  All right.  Well --

6    A.  Doctors usually didn't give any reports to the patients.

7    Q.  I want to talk to you about Dr. Rosen, again, and that's

8    going back to Tab 5.  And I apologize for jumping around.  If

9    you could go to Tab 5.  Do you want help?

10   A.  Yes.  Thank you.

11   Q.  Tab 5 is Dr. Rosen's report.  Now, Dr. Rosen is a

12   chiropractor you saw over a number of years for lower and

13   upper back pain, correct?

14   A.  I believe I saw him a total of two and a half years, but

15   separated.

16   Q.  Right.  You saw him over a total --

17   A.  Maybe a six-year period.

18   Q.  You saw him over a six-year period, but yet --

19   A.  Not in a -- not a whole six-year period, not a whole

20   block.

21   Q.  But, yet, when I asked you about doctors you had seen

22   prior to the event in question, he's one of those doctors,

23   despite the fact that you've seen him for six years, you left

24   off?

25   A.  Excuse me.  I did not see him for six years.  You're

1  making conjecture.  I explained that I saw him, there was a

2  period of six years and I saw him maybe a total of two and a

3  half years, if not less.

4  Q.  Okay.  In any event, six years, two and a half years, you

5  left him off, you hid him from us when we asked you these

6  questions and interrogatories, correct?

7          MR. PARKER:  Objection, Your Honor.

8          THE COURT:  What -- well, just give your legal basis

9  for the objection.

10         MR. PARKER:  This is a bunch of dates, bunch of

11 questions.

12         THE COURT:  Overruled.  She can answer the question

13 and she can explain her answer.

14         THE WITNESS:  As I stated, I saw Dr. Rosen at

15 different times within a six-year period, I believe, from 1996

16 and, I guess, ending in 2002.  I never saw him every single

17 year during that time, so I didn't have a six-year

18 relationship with him.

19 BY MR. PALMER:  :

20 Q.  All right.  Going back to the interrogatory we just

21 discussed, whether you had a disability ever -- or at the time

22 of incident, especially when you fill out the Interrogatory

23 Answers, I want you to go to page 2 under Tab 5.  This is the

24 next following page in Tab 5; do you see that?  It's called,

25 "Application for Disabled Person Parking Permit," do you see

WEDNESDAY, JUNE 24th, 2009

1  that?

2  A.  Yes, it does say "application."

3  Q.  And it's got your name on it, correct?

4  A.  Yes.

5  Q.  And you're seeking a permanent permit, correct?

6  A.  Yes.

7  Q.  And it goes on to say:  "This is to certify that Lorna

8  Beach-Allen is legally blind or is a disabled person with a

9  permanent disability that limits or impairs his or her ability

10  to walk 200 feet without stopping to rest.  The specific

11  disabilities are checked below."  And I read that correctly,

12  right?

13  A.  I'm not sure.  You said that I was legally blind.

14  Q.  Legally blind or disabled.  And then it goes on.  Next,

15  you have an "X" by "severe limitation in a person's ability to

16  walk due to arthritis, neurological or orthopedic condition";

17  do you see that?

18  A.  Yes.

19  Q.  Okay.  So what this application is, is for a disability

20  permit because you have neurological orthopedic conditions,

21  correct?

22  A.  According to this Section F, that's what it states.

23  Q.  Okay.  And, again, going back to what is going on at this

24  point this time in your life in October of '02, you have,

25  also, at this point in time, sued an employer as a result of

WEDNESDAY, JUNE 24th, 2009

1  discrimination based on the fact that you have a disability

2  pertaining to your back injury, correct?

3          MR. PARKER:  Objection.  Asked and answered

4  previously.

5          THE COURT:  Overruled.

6          THE WITNESS:  It's confusing because on the one hand

7  you're talking about this disability certificate, and then you

8  gave -- I'm not sure what you're trying to asking me.

9  BY MR. PALMER:  :

10 Q.  Well, ma'am.

11 A.  With your back turned towards me, I'm missing your words,

12 please.

13         THE COURT:  Could you face the witness and speak into

14 the microphone.  You tend to wander away from the microphone.

15 BY MR. PALMER:  :

16 Q.  You have claimed a disability in a lawsuit in which you've

17 sued an employer.  In the document that we've been discussing,

18 you're claiming a disability so you can get a parking permit,

19 correct?

20 A.  Do I have to explain this?

21 Q.  Yes or no, and then you can explain.

22 A.  My disability in 1998, I believe, was related to that

23 motor vehicle accident.  I was a program coordinator at a

24 health center, I was a manager of a program.  I was asked and

25 ordered to mop floors, to sweep, to pick up garbage, to scrub

WEDNESDAY, JUNE 24th, 2009

1  the toilets, wipe down the kitchen counters, clean out the

2  refrigerator.  My staff was willing to do that, but they

3  wanted me to do it in order to demean me.  And I did it and my

4  back condition flared up.

5        They were sued because they terminated my employment

6  while I was on disability leave, authorized.  When I was ready

7  to come back to work, Dr. Rosen, who was the treating

8  physician, he signed my release to work.  And then I was

9  denied the opportunity to return to work.

10       Then they lied to the unemployment division, stating

11 that they never terminated my employment, even though the

12 human resources manager told me on the phone, we do not have a

13 position for you anymore.

14       They filed a -- what do you call it?  A challenge to

15 my unemployment insurance.  But I was granted unemployment

16 insurance when they heard Mrs. -- her name was

17 Ms. Calvinbroaden (phonetic), when they heard her on tape

18 telling me that there was no position for me.

19       That's why they were sued, because I was a bona fide

20 disability.  They had approved my leave of absence, and then

21 they -- they didn't want to put me back to work.

22 Q.  As of 1996, Dr. Wilensky noted you had a permanent

23 disability, correct?

24 A.  As of what date?

25 Q.  September 20, 1996.

WEDNESDAY, JUNE 24th, 2009

1    A.   If you're referring to the last report of Dr. Wilensky,

2    that's what is written.

3    Q.   Okay.  You filed a lawsuit based on the fact that you had

4    a disability, and -- correct?

5    A.   The disability, at the time, was the fact that I was made

6    to work and I had taken time off -- my doctor give me time off

7    because they flared up my back condition with the herniated

8    disc.  That was the disability at that time.

9    Q.   So when you were asked in interrogatory answers (sic)

10   whether you had any disability, the answer to that question

11   should have been, yes, my doctor gave me a disability, I have

12   a back disability, correct?

13   A.   No, that wasn't true.  You asked me if I had -- what the

14   question was not whether or not you have a permanent

15   disability.  The question was, did you have a disability?

16        I interpreted it at that time and I felt that, no,

17   because that day -- I mentioned it in my testimony yesterday.

18   That was the best day I had felt in a long time.  I had a lot

19   of prayers, a lot of people praying for me.  I had gone to my

20   head temple.  I had an audience with my high priest, my

21   favorite priest and his family; they prayed for me.

22        They also prayed for my daughter who had been

23   brutally beaten by her boyfriend and pushed out of a moving

24   car.  That was one of the reasons why I went to Japan, for my

25   pilgrimage.  I needed to get prayers.

WEDNESDAY, JUNE 24th, 2009

 1          I needed to get prayers also for my son who had been

 2   hospitalized and then was deemed to be emotionally disabled.

 3   I had two children who had been in the hospital within a month

 4   of each other.  Actually, it was like three weeks.  That was

 5   the reason I went to Japan to my head temple.  I needed

 6   prayers.

 7          And I needed prayers for myself, also, because I had

 8   all of these things going on at the same time.

 9          MR. PALMER:  Judge, I will move to strike that as

10   being nonresponsive.  That's not even in response to a

11   question.

12          MR. PARKER:  Your Honor, may I --

13          THE COURT:  Okay.  I'm going to strike the answer.

14   It is nonresponsive and it's, you know, the witness is only

15   permitted to answer the questions that are asked.  And that

16   information was not related to the question.  So it was

17   nonresponsive and it will be stricken.  And you're not to

18   consider testimony of that -- that last testimony.

19          MR. PALMER:  Okay.  May I proceed, Your Honor?

20          THE COURT:  Yes.

21   BY MR. PALMER:  :

22   Q.  Tab Number 8 is -- refers to a doctor by the name of

23   Dr. Bronstein, who is a chiropractor who you saw, correct?

24          THE COURT:  I'm going to take a brief recess.  We've

25   been at it for well over an hour, close to two hours.  So I'm

WEDNESDAY, JUNE 24th, 2009

1   going to take a brief 15-minute recess and then we'll resume

2   cross-examination.  Thank you.

3       (Jury withdrew from the courtroom at 11:15 a.m.)

4            THE COURT:  Be seated.

5            Ms. Beach-Mathura, I'm going to tell you, answer the

6   questions.  Don't go off on a stream of consciousness,

7   dissertations that are not responsive to the questions, and

8   that may be prejudicial, and, I believe, are solely calculated

9   to win the sympathy of the jury.

10           Counsel, talk to your client.  If she cannot compose

11  herself on the witness stand and restrict herself to answering

12  the questions, then I'm going to have a very -- I'm going to

13  take a much more active role in controlling her for you.  Do

14  you understand?

15           MR. PARKER:  Absolutely.

16           THE COURT:  I view that as a show designed to elicit

17  the sympathy of the jury.  I waited until the jury had left to

18  say this because I don't want there to be any prejudice, undue

19  prejudice to your client by the fact that I'm admonishing her.

20           But that whole last stream of events was totally

21  uncalled for, and designed to elicit sympathy, in my judgment.

22  I think that it's cured by the motion to strike, which I

23  granted as soon as it was made.  But your client needs to

24  compose herself so that she can continue the rest of the

25  cross-examination.

WEDNESDAY, JUNE 24th, 2009

 1            And so I'll take a recess until she's able to do

 2   that.  Is there anything before we take a recess?  Mr. Parker?

 3            MR. PARKER:  Yes, Your Honor.  In terms of my client

 4   going off, I believe my client is taking medication.  And the

 5   responses going off like that was unfortunate and I apologize

 6   to the Court.

 7            THE COURT:  That's fine.  I just don't want it to

 8   happen again.  You just need to focus on the questions and not

 9   go into other details of your life that are not related to the

10   events that are the subject matter of this trial, such as the

11   condition of your children, and so forth.

12            So the only reason that I assume that you let it go

13   on -- well, you moved to strike it so it's stricken from the

14   record.  The only reason I did not interfere is I don't know

15   if that has some bearing on pain and suffering and her

16   emotional distress.  But, apparently, that is not the case,

17   since you moved to strike the answer.

18            Is there anything from the defendants before we take

19   a recess?

20            MR. PALMER:  No, Your Honor.  With a 10, 15-minute

21   recess, I am pretty sure I can be done by noon.  And that's my

22   goal.

23            THE COURT:  You will be done by noon.

24            MR. PALMER:  Okay.  I'll be done by noon.

25            THE COURT:  And we will have the redirect.  You gave

WEDNESDAY, JUNE 24th, 2009

1   me an estimate yesterday that was much less time than this for

2   how long your cross would be taking.  And I do not blame the

3   plaintiff, you're going over and over the same thing over and

4   over and over again.  It's your choice to do that.  But, you

5   know, I'm not going to let your belief that repetition will

6   enhance your case, unduly prolong things.  So I'll see you

7   back here in five to ten minutes.  I don't think we need a

8   really long recess, and then you can conclude your

9   examination, and I'll hear the cross, as well.

10          I would like to finish with the plaintiff before we

11  take our lunch break.  But if we can't, we can't.  I'll see

12  how it goes.

13    (Court recessed at 11:19 a.m., and proceedings continue

14  out of the presence of the jury, as follows at 11:40 a.m.)

15          THE COURT:  So during the recess I asked my courtroom

16  deputy, in light of the time, whether it made sense just to

17  excuse the jury for lunch now and then we can resume the

18  testimony after lunch; it's about 20 till 12.  Does that make

19  sense to you, Mr. Parker?

20          MR. PARKER:  Absolutely, Your Honor.

21          THE COURT:  And Mr. Palmer?

22          MR. PALMER:  Yes, Your Honor.

23          THE COURT:  Okay.  What I'll do, I'm just going to

24  bring the jury in just to make sure I caution them not to

25  discuss the testimony among themselves or with anybody else.

WEDNESDAY, JUNE 24th, 2009

1    And then we'll take a lunch recess until 1:15.  And I'm going

2    to let them go, but then I'm going to ask you if you have any

3    thoughts on the jury instructions.  And I have a case I want

4    to call to your attention.  So why don't you bring the jury

5    in.

6        (Jury enters the courtroom at 11:41 a.m.)

7        THE COURT:  Good morning, please be seated.  Ladies

8    and gentlemen, I've decided that based upon the time, I'm

9    going to let you all go to lunch right now, and then come back

10   at 1:15.  The parties and I need to discuss a few legal

11   matters including jury instructions because we are nearing the

12   end of the case.  And I suspect you will actually be

13   instructed, either later this afternoon or tomorrow early, so

14   I want to go over some matters with the attorneys.  And based

15   upon the time and the time it's going to take us to discuss

16   those kinds of things, I'm going let you all go ahead and go

17   to lunch now, instead of resuming testimony for another 15 or

18   20 minutes, or so, and letting you go to lunch.

19       And, also, I'd rather you take an early lunch hour

20   rather than a later lunch hour because the weather is supposed

21   to deteriorate later this afternoon and maybe you can beat the

22   rain if you go now.  So we'll be in lunch recess until 1:15

23   for the jury.

24       (Jury withdrew from the courtroom at 11:43 a.m.)

25                    CHARGE CONFERENCE

                  WEDNESDAY, JUNE 24th, 2009

```
 1              THE COURT:  Okay.  Please be seated.  It makes sense
 2   for us to go for a few minutes after the jury goes out to
 3   lunch, anyway, and I forgot to advise them not to discuss the
 4   case, but I'm sure they'll recall my prior admonishment.
 5              In terms of the reduction to present value
 6   instruction, which was the defendant's proposed instruction,
 7   do you have any position?  I mean, is there going to be
 8   evidence on the below-market discount rate, and what that is?
 9              MR. PARKER:  You are referring to --
10              THE COURT:  Well, I don't know, from the defendant,
11   first.  But they're the ones -- it's in their proposed
12   instruction, although you did not object.
13              MS. ELFENBEIN:  No, Your Honor, we do not -- Your
14   Honor, we do not intend to present any such evidence.
15              THE COURT:  Okay.  Is the plaintiff producing any
16   such evidence?
17              MR. PARKER:  No, Your Honor.
18              THE COURT:  Then I think the appropriate instruction:
19              If you should find that the plaintiff has proved a
20   loss of future earnings, any amount of the award for that must
21   be reduced to present value.  It must be done in order to take
22   into account the fact that the award will be paid now and the
23   plaintiff will have the use of that money now and in the near
24   future, even though the total loss will not be sustained until
25   later in the future.
```

WEDNESDAY, JUNE 24th, 2009

```
1            This is very similar to the instruction that was

2    approved by the Eleventh Circuit in.  And I'm bad at

3    pronouncing names, but I'll say, Brough, B-R-O-U-G-H, v.

4    Imperial Sterling Limited, which is 297 F.3d, 1172.  It's an

5    Eleventh Circuit case in 2002, construing Florida law.  And in

6    that case it -- the instruction given was damages for breach

7    of contract may include losses or harm that will be suffered

8    in the future as a result of the breach; however, such damages

9    must be limited to the present cash value of the future loss.

10            And I'll also note that the advisory committee note

11   to instruction -- to the damages instruction regarding

12   reduction to present value also states, and I'll quote:  "If

13   no evidence is offered by either party concerning the

14   appropriate below-market discount rate, the committee

15   recommends that no instruction be given."

16            And I interpret that as to the below-market discount

17   rate.

18            What is the plaintiff's position?  Mr. Parker?

19            MR. PARKER:  Yes, Your Honor.  The below-market

20   discount rate is, maybe, the proper thing in this case, Your

21   Honor.

22            THE COURT:  May be what?

23            MR. PARKER:  The proper determination in this case.

24            THE COURT:  How is the jury going to find -- how is

25   the jury going to know what that is without any expert
```

WEDNESDAY, JUNE 24th, 2009

1  testimony?

2       MR. PARKER:  I am going to put on, at the very least,

3  testimony from my client this afternoon when I do my redirect.

4  And, also, the doctor is to be here sometime today or tomorrow

5  to testify; that would be Dr. Rudolph.

6       THE COURT:  But they don't have -- I mean, they're

7  not expert witnesses on the below-market discount rate.

8       MR. PARKER:  They are not expert witnesses, Your

9  Honor.  But they can testify to their -- at least, my client

10  can testify to her disposition prior to the accident in terms

11  of dollars, and after the accident in terms of dollars.

12       THE COURT:  That's fine.  And that's perfectly

13  appropriate.  I'm not -- and I think that the jury has to be

14  instructed that they can award for a future loss.  But that

15  loss has to be reduced to present value.  And there are three

16  methods, according to Florida law, by which that can be done.

17  There's the offset method, the below-discount rate method,

18  and, you know, there's clearly no requirement that a party

19  introduce expert testimony.  However, they have to be

20  instructed that, you know, that they can -- they have to be

21  instructed that they can reduce it.

22       But I don't know what -- let me put it this way.  I

23  have no clue as to how you would find the below-market

24  discount rate in terms of this instruction if there's no -- if

25  there's no testimony.  I mean, we can go -- I mean, that's --

WEDNESDAY, JUNE 24th, 2009

1   unless there's a stipulation.  I mean, let me hear from --

2   what's the defendant's position?

3          MS. ELFENBEIN:  Judge, we would be agreeable with

4   just including the first two sentences, as you indicated.  We

5   believe, now, in light, that there will be no expert testimony

6   or any evidence on this particular issue that the instruction

7   may be confusing for the jury.

8          THE COURT:  I mean, that's my concern, that -- how do

9   you intend to explain the below-market discount rate?

10         MR. PARKER:  You are reference to the plaintiff?

11         THE COURT:  Yes.  You want this instruction.  I think

12  it's confusing.  And I think the advisory committee says it

13  shouldn't be given if there's no expert testimony.

14         MR. PARKER:  There won't be any expert testimony

15  coming from an expert.  However, my client will be testifying

16  as to her income prior and after the injury on August 30,

17  2006.

18         THE COURT:  Absolutely.

19         MR. PARKER:  And, therefore, the first two sentences,

20  as Your Honor outlined, wouldn't be prejudicial on the --

21         THE COURT:  Well, I intend to give the first two

22  sentences.

23         MR. PARKER:  Okay.

24         THE COURT:  And just, I mean, that I think needs to

25  be given, that you should give the first two sentences.  And

WEDNESDAY, JUNE 24th, 2009

1    she can testify as to facts.

2         My question is with respect to the -- why not leave

3    it at that, which is, essentially, the instruction that the

4    Eleventh Circuit approved in 2002. Because I'm not sure -- how

5    can, you know -- how can they determine the estimated -- I

6    mean, maybe they can't.  I mean, I don't know.  It just seems

7    that this is confusing if there's no testimony as to what the

8    estimated rate of future price inflation is.

9         Because the last part of that instruction says you

10   have heard the testimony of the economists concerning this

11   calculation and their opinions concerning the appropriate

12   below-market discount rate.  And while you are not bound by

13   those opinions, you may rely upon them as an aid in resolving

14   this issue.

15        MR. PARKER:  You are referencing to what paragraph,

16   Your Honor?

17        THE COURT:  That's the last part of Instruction 5.1

18   in the pattern instructions.

19        MR. PARKER:  Okay.

20        THE COURT:  Now, that was omitted from what the

21   defendant provided to us.

22        MR. PARKER:  Right.

23        THE COURT:  But that's what the instruction in its

24   totality reads.  So they omitted that, because there is no

25   testimony.

1          Now, the parties can stipulate to using any of the
2    three methods, the case-by-case method, the below-market
3    discount method, or the total offset method.  And if you
4    choose the below-market discount method, you can stipulate to
5    the below-market rate, itself.  So I don't know if the parties
6    stipulated to the use of this method, or the proposed jury
7    instruction should be considered as such a stipulation or not,
8    but that's why I wanted to call it to your attention now.
9          I mean, was this discussed at all?
10         MR. PARKER:  No, it was not discussed.
11         MS. ELFENBEIN:  No, it was not.
12         THE COURT:  Well, the parties need to get together
13   and see -- and I'll tell you, Mr. Parker, your client's
14   testimony regarding income before and after the accident
15   seems, to me, would have been more appropriate in her direct
16   examination rather than in redirect.  Because if you go into
17   that area, I will then have to allow recross, because that was
18   not covered in your direct examination.  I mean -- and there
19   hasn't been any testimony on cross regarding those matters,
20   although it was alluded to in terms of the claims for
21   disability benefits.
22         MR. PARKER:  Yes, Your Honor.  They --
23         THE COURT:  I'm going to let you do it.  I'm just
24   telling you, and I suspect the defendant will object, but I'll
25   have to let them have recross, if they find it appropriate,

WEDNESDAY, JUNE 24th, 2009

1  because I'm not going to preclude you.  So I'm letting you

2  know that.

3       But that doesn't -- that doesn't deal with the issue,

4  here, of explaining to the jury what the below-market discount

5  rate is, although the instruction says it represents the

6  estimated market interest rate the award could be expected to

7  earn over the period of the loss.

8       So, you know, that -- I'm not sure how an average

9  juror would figure that out.  And I'm concerned that we're

10  going to get a jury question that says, how do we determine

11  the below-market discount rate?  And I would like for you to

12  tell me how I would answer that question.

13       MR. PARKER:  On that suggestion, we may need to do a

14  stipulation, at the very least.  There were interrogatories

15  spoken of during cross that is subject to an analysis on a

16  future loss in the -- in the exhibits of the defendant.  And

17  I'm going to go into that on...

18       THE COURT:  That's fine.  But that doesn't show

19  the -- the issue that I'm talking about is, let's say the jury

20  finds that she has -- and I don't remember what, exactly, that

21  her future loss earnings are, $135,000.  I think that's,

22  roughly, what you said.  I think it was $132,000 in your

23  damage calculation.  So let's say the jury finds for you and

24  awards and finds that she has lost $132,000 in future wages,

25  however it's calculated.  She's going to be paid that today.

1           But she wouldn't have earned it yet, so the question

2    is -- and if you put under, you know, normal scenarios, not

3    today's market, but there have been assumptions that interest

4    today will earn, on average, you can invest and get a return

5    of, let's say, 7 percent, conservatively.  Well, she would --

6    you would have to take into account the fact that she has

7    $132,000 today, but she would be earning it over the rest of

8    her working life.  So it needs to be discounted, because she

9    will have that money available today to invest and it will be

10   earning, presumably, interest, and so forth.

11          And so the jury is required to reduce it to present

12   value.  Now, they could make an assumption that while it

13   wouldn't be earning anything over the rest of her working

14   life, that the interest rate that she would get would likely

15   be zero and the present value is the same as the future value.

16   They can do that.

17          But they can also and have to be instructed that it

18   needs to be reduced to present value.  And if they were to

19   assume, like an average rate of 7 percent over ten years and

20   that she has a ten-year working life, that that $132,000

21   would -- needs to be decreased by that 7 percent or 70

22   percent, or whatever it is they figure out.  But I'm not an

23   economist and I don't know how to do it.  And I suspect the

24   jury doesn't, either.

25          But she wouldn't be entitled -- if you assume that

WEDNESDAY, JUNE 24th, 2009

1   money would be earning money over the next ten years of her

2   working life, she's only entitled to what the present value is

3   of that money.  And there are tables and the economists do

4   this all the time.  It just -- I'm not one of them and the

5   jury isn't, and it's generally the subject of expert

6   testimony.  So that's my question.  It's not a question of

7   whether she's going to introduce evidence of future earnings.

8   It's not a question of whether she might be entitled to

9   damages based upon that.  It's how the jury reduces the future

10  earnings to present value; that's the issue.

11        And the jury can just use it's own judgment, or you

12  can have expert testimony on the below-market discount rate,

13  and so that's the issue.  And I'll let you think about it over

14  lunch, if you want, but that's my issue.  Do you want to say

15  anything, Ms. Elfenbein?

16        MS. ELFENBEIN:  Well, just considering the lack of

17  expert testimony that there will be in this area, it's the

18  defendant's position we would be fine with striking the latter

19  part of the instruction and only leave in the first two

20  sentences.

21        But we can further consider it and talk to Mr. Parker

22  about it over lunch.

23        THE COURT:  Okay.  See what he wants to do.  I just

24  don't want to have a jury instruction that invites the jury to

25  ask a question calling for, you know, an answer that is not

WEDNESDAY, JUNE 24th, 2009

1   supported by any evidence.  That's my concern.  So you can

2   think about that.

3           And are there any other thoughts on the matters?

4   There was one matter I did not mention to you that I generally

5   include when there's deposition instructions.  And that is on

6   the credibility of witness instruction, I generally add where

7   it says, "Now, by saying you must consider all the evidence, I

8   do not mean you must accept all of the evidence.  You should

9   decide whether you believe what each witness had to say and

10  how important that testimony was.  In making that decision,

11  you may believe or disbelieve any witness in whole or in part.

12  Also, the number of witnesses testifying concerning any

13  particular dispute is not controlling."

14          And then I add a sentence that says, "Some of the

15  testimony you heard was in the form of a sworn statement or a

16  deposition taken before trial.  You are to consider and weigh

17  this deposition testimony as though the witness had testified

18  here in person."  Because I know we will be reading

19  depositions and we did have a sworn statement.

20          Any objection to adding that language to the

21  credibility instruction?

22          MR. PARKER:  No objection, Your Honor.

23          MS. ELFENBEIN:  None from the defendant.

24          THE COURT:  Okay.  That was the other thing I noticed

25  in reviewing the instructions.

WEDNESDAY, JUNE 24th, 2009

1          And then on the -- on the verdict form, as I said, my

2    main problem when I looked at it was -- well, I had two

3    problems.  One was that when you said, was there negligence on

4    the part of Lorna Beach-Mathura which was a legal cause of her

5    injury, yes, no; you then didn't say, if your answer is no, go

6    to Question 4, and if your answer is yes, answer Question 3.

7    You just have them automatically stating the percentage of

8    negligence that was the legal cause to American and -- with

9    respect to the plaintiff.

10          And I think the pattern jury instruction more clearly

11   says:  If you answer yes, that the plaintiff was also

12   negligent, then what proportion of the percentage do you find

13   to have been legally caused by the negligence of respective

14   parties?  And then you have the answer in terms of

15   percentages.  And it points out that the percentages have to

16   equal 100.

17          And then aside from the fact that you, then, after

18   Question 3 said, please answer Question 5, which doesn't

19   exist, which I'm sure was a typo, you meant to say 4.  But in

20   terms of the damages, the special interrogatories in the

21   pattern split out the damages as to each element, which I

22   think might make sense.  And I generally -- because the

23   Eleventh Circuit is two steps above my level, I generally go

24   with the Eleventh Circuit when they have a pattern, unless

25   there's a reason not to.

WEDNESDAY, JUNE 24th, 2009

```
 1            So let me ask you, on behalf of the plaintiff, have
 2   you had a chance to think about that or consider it?
 3            MR. CROOKS:  Yes, Your Honor.  Jury instructions are
 4   fine the way they are with respect to what Your Honor has
 5   advised.
 6            THE COURT:  So the pattern is fine with you?
 7            MR. CROOKS:  Absolutely, Judge.
 8            THE COURT:  Ms. Elfenbein?
 9            MS. ELFENBEIN:  Judge, it's fine with us, too.  I
10   mistakenly used the Florida form, as opposed to the Eleventh
11   Circuit form, and that's where that came from.
12            I do have only one concern with regard to the
13   itemized damages in Question 4.  And it includes a line item
14   for medical and hospital expenses.  With regard to hospital
15   expenses, I don't think, based on the exhibits that the
16   plaintiff has, that there will be any evidence of hospital
17   expenses.  And so I don't know whether that might be confusing
18   to the jury, as opposed to just medical expenses.
19            THE COURT:  Okay.  I don't know whether there were
20   hospital expenses or not.  I don't know whether any of the
21   tests occurred at hospitals.  I thought they had, actually,
22   but I haven't gone through the damages' exhibits.  So I don't
23   really, you know -- Mr. Crooks?  Or Mr. Parker?  I'll let you
24   double-team on jury instructions, just not on examining
25   witnesses.
```

WEDNESDAY, JUNE 24th, 2009

1          MR. CROOKS:  Thank you, Judge.  With respect to

2    medical and hospital expenses, I think in plaintiff's pack

3    we've outlined and tabulated the various expenses which are

4    medical and hospital in nature.  And I don't think it will be

5    a confusion with respect to the jury.  I think they will

6    utilize their common sense and -- you utilize them as an

7    aggregate and combine them the way it's written.

8          THE COURT:  Okay.  Are the future -- one question I

9    have is, is with respect to -- well, that's fine.  I did

10   like -- there were certain parts of your instruction that I

11   did like.  Okay.  They do say "without a judgment by

12   application."

13         I like the way the Florida Court says:  "If you find

14   that Lorna Beach-Mathura was negligent, that the Court in

15   entering the judgment, will make an appropriate reduction," to

16   make sure that they don't make some reduction.

17         So, I mean, in parenthesis in the Eleventh Circuit it

18   says, "Without adjustment by application of any percentages

19   you may have given in answer to Question 3," that may be a

20   little confusing.  And so if the parties want, instead of that

21   parenthetical I can insert the parenthetical that you have

22   that makes it, I think, more clear than it just says do not

23   make any reduction.

24         So I think that might be a good, you know,

25   replacement.

WEDNESDAY, JUNE 24th, 2009

1          MR. CROOKS:  Plaintiff has no objection to that.  We

2     agree, Your Honor.

3          THE COURT:  Okay.  Ms. Elfenbein?

4          MS. ELFENBEIN:  No objection to that.

5          THE COURT:  Okay.  So -- and with respect to -- okay,

6     I think the others are -- and, then, no -- if you answer no to

7     Question 1, then you need not answer the remaining questions.

8     I think it should just say, "You should not answer the

9     remaining questions."  And then just say, you know, the

10    foreperson should date and sign the verdict form.

11         I don't want them to think they have an option.  "You

12    need not" sounds like, "Well, but you can, if you want to."

13    So I would just say you should not answer the remaining

14    questions.  The foreperson should date and sign the verdict

15    form at that point.

16         So is there anything further that we need to discuss

17    with respect to the jury instructions?  Or should I go ahead

18    and prepare the final package in line with what we've

19    discussed, and then you can --

20         MR. PARKER:  Nothing further from the plaintiff,

21    Judge.

22         THE COURT:  Okay.  You can review it.

23         MS. ELFENBEIN:  We do have two -- really, one issue.

24    But I don't know if it's more appropriate until after the

25    plaintiff rests, because I think it's contingent upon what the

WEDNESDAY, JUNE 24th, 2009

```
 1   evidence of the plaintiff's case-in-chief will be.
 2            THE COURT:  Okay.  Is that what she contends the
 3   items of negligence are?
 4            MS. ELFENBEIN:  Yes.
 5            THE COURT:  Because that occurred to me, also.  That
 6   the plaintiff alleges the defendant was negligent because, and
 7   then there's -- just as an example, says:  The wheelchair
 8   failed to conform with local and state and federal codes.  I
 9   didn't see any evidence of that, so I'm not sure if that's
10   still plaintiff's contention or not.  But what I would suggest
11   you do is focus on that list of 1 through 7, and focus on what
12   it is the plaintiff is contending.  And if you're not
13   contending it, we can eliminate it.  And if there's some
14   dispute about it, then I'll rule on it.  And, as I say,
15   obviously you haven't completed your case, so I don't know
16   what the evidence is going to show.
17            MR. PARKER:  May I?
18            THE COURT:  Yes.
19            MR. PARKER:  Local and state reg may not be tightly
20   on point.  I think 1 through 7 is good.
21            THE COURT:  So you say there's been evidence that the
22   wheelchair fails to conform with local and state and federal
23   codes?
24            MR. PARKER:  There's no evidence on that particular
25   issue.
```

```
 1            THE COURT:  Okay.  That's 7.  You said 1 through 7
 2   were good.
 3            MR. PARKER:  1 through 6, I meant to say, Your Honor.
 4            THE COURT:  Okay.  Okay.
 5            MS. ELFENBEIN:  Judge, if we can just readdress this
 6   issue when plaintiff closes?
 7            THE COURT:  That's fine.
 8            MS. ELFENBEIN:  Okay.  Thank you.
 9            THE COURT:  Because if there's no evidence, then I'm
10   not sure that it's appropriate for the jury to consider it.
11   But we'll see what happens at the close of the plaintiff's
12   case or at the close of all the evidence.
13            Is there anything else we need to address before I
14   let you all go to lunch?  Mr. Crooks or Mr. Parker?
15            MR. CROOKS:  No, Your Honor.
16            THE COURT:  Okay.
17            MS. ELFENBEIN:  Your Honor, earlier this morning you
18   mentioned, possibly, removing part of the jury instruction
19   regarding mortality tables.  I think you asked this morning if
20   we wanted to think about it, so I wanted to bring that to your
21   attention.
22            THE COURT:  Okay.  And you said there were no
23   mortality tables?
24            MS. ELFENBEIN:  Not that I'm aware of.
25            THE COURT:  Well, if there were mortality tables,
```

WEDNESDAY, JUNE 24th, 2009

1   presumably, they would be introduced into evidence or there

2   would be an exhibit list.

3          MR. CROOKS:  Correct, Your Honor.  We have no

4   mortality tables to introduce with respect to the matter.

5          THE COURT:  So that part of the instruction can go

6   out; is that correct?

7          MR. CROOKS:  Thank you, very much.

8          THE COURT:  Fine.  We'll eliminate that one, as well.

9          MS. ELFENBEIN:  Thank you, Your Honor.  For the sake

10  of clarity, will the first sentence in that instruction still

11  stand prior to mentioning mortality tables?

12         THE COURT:  Right.  It will just say, "If a

13  preponderance of the evidence shows that plaintiff has been

14  permanently injured, you may consider the plaintiff's life

15  expectancy.  And, I guess, it would just say -- I'm not sure

16  whether you would say you may consider all of -- you may

17  consider all of the evidence in the case bearing on

18  plaintiff's own health, age, occupation, and physical

19  condition before and after the injury in determining the

20  probable length of plaintiff's life.

21         I mean, I don't know if it's necessary to have an

22  instruction or not.  I mean, it probably makes sense to be --

23  because then you have a "considering life expectancy in

24  determining future damages.  You should bear in mind the

25  distinction between entire life expectancy and work life

WEDNESDAY, JUNE 24th, 2009

1  expectancy, and those elements of damage related to future

2  income should be measured only by the plaintiff's remaining

3  work life expectancy."  So that would stay home -- stay in.

4          Okay.  So I'll get the package together.  And just so

5  you'll know, my practice is, I give each juror a copy of the

6  jury instructions to read along with me while I'm reading the

7  instructions, as well, obviously, as Counsel.  And then I take

8  them all away from the jury before they retire to deliberate,

9  but I send one copy of the instructions back to the jury room

10 along with all of the exhibits.  So they have one copy with

11 them that requires them to share and to collaborate, at least

12 that's the theory, as opposed to giving them, you know, eight

13 copies of jury instructions back there.

14         So is there anything else, Mr. Parker?  Mr. Crooks?

15         MR. PARKER:  No, Your Honor.

16         THE COURT:  Okay.  Mr. Palmer, Ms. Elfenbein,

17 anything else?

18         MS. ELFENBEIN:  No, Your Honor.

19         THE COURT:  Okay.  We'll be in recess until 1:15.

20         One more thing, have you thought about how long you

21 want for closings?

22    (Pause.)

23         MR. CROOKS:  Judge, we have not estimated a timeframe

24 with respect to closing.  It depends upon the defendant's case

25 subsequent --

WEDNESDAY, JUNE 24th, 2009

 1          THE COURT:  The defendant told you their case is the

 2  deposition excerpts.  They told you that yesterday, when they

 3  were saying they hoped that we could get to closings this

 4  afternoon.

 5          MR. CROOKS:  I mean, it definitely would -- we

 6  thought that, you know, cross-examination of the plaintiff --

 7          THE COURT:  I just want to know how much time you

 8  want for closing?  It's very different than examination of a

 9  witness.  I told you I would let you have till today to figure

10  it out.

11          MR. CROOKS:  Probably be an hour and a half, Judge.

12          THE COURT:  And what's the defendant's position?

13          MR. PALMER:  Closing statements, 15 or 20 minutes,

14  for a two-and-a-half day case.  I mean, 20 minutes is more

15  than enough.

16          THE COURT:  Well, I'm not sure we have a lot of

17  exhibits to go through.  But my inclination would be to give

18  you -- it would be to give -- to compromise to some extent, to

19  give you an hour.  Let you do 45 and 15.  I'll let you do a

20  split.  I mean, if you wanted 20 for you rebuttal, you could

21  do 40 and 20.  It is a relatively short case.  And I think you

22  can do it in an hour.  If you were to go a few minutes over, I

23  wouldn't complain.

24          MR. CROOKS:  Your Honor, if we could have the

25  rebuttal time equally split down?

WEDNESDAY, JUNE 24th, 2009

1          THE COURT:  No, one-third rebuttal.  I'm not going to

2   have rebuttal dominate the closing argument.  The standard

3   practice, in the 20 years I've been practicing in federal

4   court, is basically a one-third split.

5          MR. CROOKS:  Thank you, Judge.

6          THE COURT:  So -- and, basically, if you use your

7   rebuttal time, I'll give you a warning.  If you want to cut

8   into your rebuttal time in the first part, you can do so.  But

9   I'm not going to let your rebuttal time be more than the 20

10  minutes.  And I'll give the defendant an hour.

11          I found it interesting to note that the defendant,

12  who wanted 15 minutes for close and for opening statement,

13  actually ran over the 30 minutes that I gave, because the

14  plaintiff wanted 35.  So I'm not confident that your

15  15-to-20-minute estimate is all that accurate.

16          But as I said, I will give you -- if you want 40 and

17  20, I'll give you 40 and 20.  This is not all that complicated

18  a case in terms of the incident.  It is somewhat complicated

19  in terms of the medical records.  But you're going to have to

20  distill it for the jury or you're going to lose the jury, in

21  any event.

22          So we'll be in recess until 1:15.  Thank you.

23     (Court recessed at 12:16 p.m., and proceedings continued

24  as follows at 1:35 p.m.:)

25          THE COURT:  Good afternoon.  Court is in session.

1   Okay.  My courtroom deputy provided you with the latest draft

2   of the proposed jury instructions and verdict form, which you

3   can look at during a break.

4          Let me ask you, are we ready to proceed with the

5   cross-examination of the plaintiff?  First on behalf of the

6   plaintiff, Mr. Parker?

7          MR. PARKER:  Yes, we are, Your Honor.

8          THE COURT:  Thank you.  And are we ready on behalf of

9   the defendant, Mr. Palmer?

10          MR. PALMER:  Yes, Your Honor.

11          THE COURT:  Okay.  Thank you.  I'll ask plaintiff,

12   Ms. Beach-Mathura, will you please retake the witness stand?

13   Can you bring the jury in, please?

14      (Jury enters the courtroom at 1:37 p.m.)

15          THE COURT:  Mr. Parker, are you ready to proceed on

16   behalf of the defendant?

17          MR. PARKER:  Yes, Your Honor.

18          THE COURT:  And Mr. Palmer, are you ready to continue

19   your cross-examination?

20          MR. PALMER:  Yes, Your Honor.

21          THE COURT:  Okay.  Thank you, Ms. Beach-Mathura, I'll

22   remind you that you are still under oath.

23          THE WITNESS:  Yes.  Yes, Your Honor.

24          MR. PALMER:  May it please the Court?

25          THE COURT:  Yes, you can continue.

WEDNESDAY, JUNE 24th, 2009

82

```
 1              CROSS-EXAMINATION CONTINUED
 2   BY MR. PALMER:  :
 3   Q.  After the March 1st, 2005, incident, you began to see a
 4   chiropractor by the name of Marshall Bronstein, correct?
 5   A.  Which -- name the incident, please?
 6   Q.  March 1st, 2005, you saw a chiropractor by the name of
 7   Marshall Bronstein?
 8   A.  Yes.
 9   Q.  And Dr. Bronstein's notes are Tab 8.  If you could turn to
10   Tab 8.  Are you at Tab 8?
11   A.  Yes.
12   Q.  You had seen Dr. Bronstein, as well, following the
13   incident of 2004, correct?
14   A.  I would like it if you name the incident, please.
15   Q.  The incident regarding Truvada Henderson, following that
16   incident in 2004, you began to see her, correct -- or see him?
17   A.  Yes.
18   Q.  Okay.  And then following the incident regarding -- or
19   March 1st, 2005, which took place in the classroom, you,
20   again, saw Dr. Bronstein, correct?
21   A.  Yes.
22   Q.  All right.  If you would go to the last page of
23   Dr. Bronstein's records, the last page in the tab, you will
24   note that Dr. Bronstein felt that you had sustained a PPI, a
25   permanent partial impairment of the body of the whole of 15 to
```

WEDNESDAY, JUNE 24th, 2009

1  17 percent; do you see that there?

2  A.  Yes.

3  Q.  And he apportioned that as being 6 percent to the 1996

4  incident, correct?

5  A.  That's what it states.

6  Q.  Eight percent to the '04 incident, and a 3 percent to the

7  '05 incident, correct?

8  A.  That is what it states on the page.

9  Q.  Okay.  There is a doctor by the name of Dr. Rudolph,

10  correct?

11  A.  Yes.

12  Q.  Okay.  And you had seen Dr. Rudolph prior to August 30,

13  2006, correct?

14  A.  Yes.

15  Q.  The incident that we're here about today took place, you

16  describe, August 30, 2006.  Your claim that you're standing in

17  line, waiting to get checked into a flight from Tokyo back to

18  Dallas, correct?

19  A.  Yes.

20  Q.  Prior to the time that you got in that line, you had never

21  made a request for special assistance, correct?

22  A.  Not on that date.

23  Q.  Okay.  Maybe on other flights, but the flight in question,

24  the Tokyo back to Dallas segment of this flight, you did not

25  make any request for special assistance?

WEDNESDAY, JUNE 24th, 2009

84

1   A.   I did not prior to coming to the airport.

2   Q.   Okay.  Well, even when you got to the airport, it's been

3   your testimony that you're not the one who made the request

4   for special assistance, correct?

5   A.   There was someone else there who went to the counter and

6   made the request on my behalf.

7   Q.   Okay.  This guy, a fellow passenger by the name of

8   Collins, whom you have testified earlier, is the one who made

9   the assistance for you, correct?

10  A.   Yes, Mr. Ciaran Collins.

11  Q.   He made the call for you, correct?

12  A.   Actually, he walked to the ticket counter and said it in

13  person.

14  Q.   Okay.  But prior to that moment in time, there was no

15  expectation in your mind that wheelchair assistance was going

16  to be provided to you on the date of this incident, correct?

17  A.   I didn't expect to use a wheelchair on that date.

18  Q.   Okay.  Even when Mr. Collins went up to the ticket

19  counter, you still didn't have an impression or a thought

20  process where you would be transported by wheelchair, correct?

21  A.   I thought it would be a possibility.

22  Q.   In any event, you shortcut the line, you're standing in

23  front of the ticket agent who you have indicated is a Japanese

24  female.  At that point in time, Mr. Collins has left the area,

25  correct?

WEDNESDAY, JUNE 24th, 2009

1  A.   She was a Japanese female, American Airlines' employee who

2  was checking in passengers behind the ticket counter.

3  Q.   Okay.  Mr. Collins at that time, as you've testified,

4  walked back into the line to get his luggage, but he wasn't

5  right there, correct?

6  A.   He wasn't right at the counter --

7  Q.   Okay.

8  A.   -- at the time of the incident.

9  Q.   Now, it was your testimony that about that time, a

10 wheelchair is brought out, correct?

11 A.   It was requested by the American Airlines' employee behind

12 the ticket counter.

13 Q.   Okay.  Well, it's your testimony that -- it's your

14 understanding that she made a phone call.  Did you hear her

15 talking in English to request the wheelchair?

16 A.   I didn't hear her say it in English, but she had asked me

17 prior to the phone call.

18 Q.   In any event, a wheelchair is in the area, brought by

19 someone who you've indicated is wearing blue trousers and a

20 white shirt, correct?

21 A.   That's what I recall.

22 Q.   And as we sit here, today, in this courtroom, you don't

23 recall anything else about the identity of the individual who

24 brought the wheelchair other than the fact he had on blue

25 trousers and a white shirt, correct?

WEDNESDAY, JUNE 24th, 2009

1  A.  There are other things I remember.

2  Q.  Okay.  Well, I'm going back to your direct examination.

3  You were asked what you remembered, and you said blue trousers

4  white shirt.  You were specifically asked the question whether

5  he had any other insignia on, and your answer was no; isn't

6  that correct?

7  A.  It could possibly be, but I was thinking more in terms of

8  hair color, nationality, ethnicity --

9  Q.  Okay.

10  A.  -- things like that.  I didn't think in terms of an

11  insignia.

12  Q.  Okay.  So the only identifying characteristics of the

13  individual who brought the wheelchair to you were that he had

14  on blue trousers and a white shirt, correct?

15  A.  That was his main uniform, yes.

16  Q.  You do remember that he may have been Asian or Caucasian,

17  correct?

18  A.  He was an Asian person, and I suspect he was of Japanese

19  ethnicity.

20  Q.  Okay.  At some point in time, prior to this event

21  occurred, he walked away, correct?

22  A.  Yes.

23  Q.  So at that point in time, you are, as your testimony was,

24  invited to sit down by the agent?

25  A.  Yes, the American Airlines' agent.

1   Q.   Okay.  And at that point in time, as you described

2   yesterday, you turned around and visualized the wheelchair,

3   correct?

4   A.   I didn't turn all the way around.  I glanced, you know,

5   around my -- I just did slightly, just to make sure it was

6   behind me.

7   Q.   So you did make an effort to make sure the wheelchair was

8   behind you, correct?

9   A.   Yes.

10  Q.   And then you proceeded to sit down, correct?

11  A.   No.

12  Q.   Okay.  Is there some other action -- let me strike that.

13          After the point in time in which you know the

14  wheelchair is behind you because you have turned around and

15  looked at it, the next movement that you, yourself, make is to

16  begin to lower yourself into the wheelchair, correct?

17  A.   Yes.

18  Q.   Okay.

19  A.   I took the position of someone about to sit on a steady

20  surface.

21  Q.   Okay.  And at that point in time your eyes are forward,

22  correct?

23  A.   Yes.

24  Q.   And the next thing you know is that you're on the ground,

25  correct?

WEDNESDAY, JUNE 24th, 2009

1   A.   No.

2   Q.   Okay.  You see the wheelchair, you're looking forward, you

3   begin to lower yourself, and -- beginning to sit down,

4   correct?

5   A.   Yes.

6   Q.   Okay.  And at that point in time, the next thing that

7   happens is you end up on the floor?

8   A.   No.

9   Q.   Okay.  There is, obviously, something that we're -- did

10  anybody else interact with you during that entire period of

11  time?

12  A.   No.

13  Q.   And there was no one else in the area who you remembered

14  seeing during that period of time, correct?

15  A.   Not in the immediate area on my side of the counter.

16  Q.   Did anyone startle you, say anything, interrupt you during

17  the period of time that you're beginning to sit down in the

18  wheelchair?

19  A.   No.  Shall I explain it so you don't have to fish?

20  Q.   Now, as you began -- or before you began to sit down, you

21  felt the wheelchair actually behind you, correct?

22  A.   Yes.

23  Q.   And during the period of time you were sitting down, you

24  weren't visualizing the movement of the wheelchair, were you?

25  A.   No.

WEDNESDAY, JUNE 24th, 2009

1   Q.   Okay.  So after you began to sit down, you ended up on the

2   ground, correct?

3   A.   Yes.

4   Q.   And after you had fallen down, coming over to you was the

5   individual who's wearing the blue trousers and the white

6   shirt, correct?

7   A.   Actually, the American Airlines' check-in agent came from

8   behind her podium and began to assist me.

9   Q.   And didn't the individual who had also brought the

10   wheelchair to you to begin with return to the area?

11   A.   I believe it was the same individual --

12   Q.   Okay.

13   A.   -- that brought the wheelchair, came into the area and

14   decided to help me up from off the ground.

15   Q.   Okay.  Now, you have never been able to identify the

16   individual who wears or who wore the blue trousers and the

17   white shirt on the day of your incident, correct?

18   A.   Because I wasn't looking for his name as I was trying to

19   sit down in the wheelchair.

20   Q.   Okay.  But you were unable to find a name tag that had a

21   name on it, correct?

22   A.   My focus was on the fact that I was on the floor.

23   Q.   I understand.  But you were unable to find a name tag or

24   other insignia on the individual who had brought you the

25   wheelchair, correct?

WEDNESDAY, JUNE 24th, 2009

1    A.  I was not looking for an insignia, as I said before.

2    Q.  Now, you have gone back to Japan since this incident,

3    correct?

4    A.  Yes.

5    Q.  Okay.  And when you went back to Japan last, was that

6    in -- that was in 2008, correct?

7    A.  Yes.

8    Q.  And during that period of time, you were unable to

9    determine the name or identity of the individual who had --

10          MR. PARKER:  Objection, Your Honor.  Outside the

11   scope of direct, clearly outside the scope.

12          THE COURT:  Overruled.

13   BY MR. PALMER:  :

14   Q.  At that point in time, in 2008 when you went back to

15   Japan, you made query, but were still unable to identify the

16   individual who had brought you the wheelchair on the date of

17   your incident, correct?

18   A.  I didn't go to Japan with the specific purpose of looking

19   for that individual, if that is what you're saying.

20   Q.  You -- you made inquiry when you were in Japan, in 2008,

21   in an attempt to determine who the individual was who had

22   brought you the wheelchair on the day of the incident,

23   correct?

24   A.  I believe that's a leading question.

25          THE COURT:  He's entitled to lead on

WEDNESDAY, JUNE 24th, 2009

1  cross-examination.

2           THE WITNESS:  Okay.

3           On my return trip with my husband, we arrived at

4  Narita Airport.  And we found out that the American Airlines'

5  ticket counter had been moved to, I believe it's Terminal 1.

6  It was initially at Terminal 2.  We took a bus and we went to

7  Terminal 1, and we attempted to locate a manager or supervisor

8  who could give us the names of the people who were involved in

9  the accident.

10 BY MR. PALMER:  :

11 Q.  Okay.  And at that point in time, despite your inquiry,

12 you were still unable to identify any individual from American

13 Airlines who may have been the individual who brought you the

14 wheelchair on the date of this incident, correct?

15 A.  Yes, but I was able to speak with a manager and a

16 supervisor.

17          MR. PALMER:  Your Honor, I have no further questions

18 for my cross-examination.

19          THE COURT:  Okay.  Redirect.

20          MR. PARKER:  Yes, Your Honor.

21          May it please the court.

22                    REDIRECT EXAMINATION

23 BY MR. PARKER:  :

24 Q.  Now, Ms. Mathura, you have answered a number of questions,

25 when I asked you a few questions, you were referred to Exhibit

WEDNESDAY, JUNE 24th, 2009

1  35 in plaintiff book -- not plaintiff, I mean, defendant's

2  exhibit book, notebook, 35.

3  A.  Possibly.

4  Q.  Let's go back to 35.  You are there?  We have here on 35,

5  first page, a notice of service of plaintiff's answer to

6  defendant interrogatories, right?

7  A.  Yes.

8  Q.  Now, let's go to page -- the second page, Question Number

9  5.  Question Number 3, rather, on page 2.  You're asked, as I

10  read, "List the names..."  Are you there?

11  A.  Oh, yes.

12  Q.  List the names and addresses of all persons who are

13  believed or known by you, your agent, or your attorney to have

14  knowledge concerning issues raised by the pleadings and

15  specifically the subject matter about which the witness has

16  knowledge.

17          Now, you list your name there, and so forth, and your

18  address, am I right?

19  A.  My name is listed.

20  Q.  As an answer?

21  A.  My name is listed.

22  Q.  On the other page, you have listed -- and if I may read,

23  Janice Petruska; is that right?

24  A.  Yes.

25  Q.  And you explain that it's employee of American Airlines --

93

1          MR. PALMER:  Judge, I'm going to object to the

2   leading nature of these questions.

3          THE COURT:  Sustained.  You're on direct, you can't

4   lead her.

5          MR. PARKER:  Okay.

6   Q.  Now, could you read on page 3, under the name that

7   Patricia -- Petruska?

8   A.  I believe she pronounced it Petruska.

9   Q.  Okay.  Read it.

10          MR. PALMER:  Objection, Judge.  This is improper use

11   of interrogatory answers for the plaintiff redirect.

12          THE COURT:  Well, they're admitted into evidence.  If

13   he wants to -- so they're admitted into evidence, they're an

14   exhibit.  If he wants to have her publish the exhibit, I

15   suppose he can publish the exhibit.

16          MR. PARKER:  I would like to publish the exhibit,

17   Your Honor.

18          THE COURT:  Okay.

19   BY MR. PARKER:  :

20   Q.  Could you read for the jury under the name Janice

21   Petruska?

22   A.  The name was Janice Petruska.  She's an employee of

23   American Airlines at Ft. Lauderdale Airport.  Ms. Petruska

24   took the report of the plaintiff's claims on August 30,

25   2000 -- it's supposed to be 6, but it says 8.

WEDNESDAY, JUNE 24th, 2009

94

1   Q.   Okay.   Now, just read the names of the different people,

2   and not the names, like, the second name.

3   A.   Jared Beach.

4   Q.   Who is that?

5   A.   He is my brother and he's an employee of American Airlines

6   based in Dallas/Fort Worth, Texas.

7   Q.   Okay.   The next name?

8   A.   Ciaran Collins.

9   Q.   Who is he?

10  A.   Mr. Collins, at that time was a manager of worldwide human

11  resources, I believe, for a company called State Street.   On

12  being questioned, he was also a passenger on the flight from

13  Tokyo to Dallas/Fort Worth.

14  Q.   Okay.   Dr. Christopher Rudolph?

15  A.   Dr. Christopher Rudolph, he's a chiropractic physician.

16  And he was the first doctor that I saw after I arrived back in

17  Miami, after the wheelchair fall.

18  Q.   Okay.   Can you pronounce the next name?

19  A.   Yes.   It's Hitashi Suzukisan (phonetic).   He's a

20  supervisor of airport services for American Airlines.   And I

21  met him, along with my husband, when we returned to Tokyo, in

22  2008.

23  Q.   Okay.   The next name?

24  A.   He is Akio Hosono, customer service manager for American

25  Airlines.   My husband and I met him along with Mrs. Suzuki at

WEDNESDAY, JUNE 24th, 2009

1   the same time, and they had -- they had told us that they had

2   heard of the wheelchair fall on August 30, 2006, but they were

3   never given a written report of the incident --

4   Q.  That was on your --

5   A.  -- of the accident.

6   Q.  Was that on your second trip?

7   A.  Yes.  That was in, I believe April-May of 2008.

8   Q.  Okay.

9   A.  Last year.

10  Q.  Okay.  Then we have -- if you over to the next page, and

11  we go down to the third -- well, the second name on the, I

12  believe this is Diagnostic Professionals?

13  A.  Yes, it says Diagnostic Professionals.

14  Q.  Who is Mr. -- or Dr. Landau?

15  A.  I've never met the gentleman; but, apparently, he works

16  for Diagnostic Professionals.

17  Q.  And where is that?

18  A.  At an MRI imaging place, I believe, in Pembroke Pines.

19  Q.  Okay.  What's the relationship with the next name, to you?

20  A.  Oh, Dr. Fred Furgange, he is an associate professor at the

21  University of Miami.  He's also the director of the Pain

22  Center at the University of Miami.

23  Q.  Okay.  You are have been there for treatment?

24  A.  I did seek treatment with Dr. Furgange.  I was referred to

25  him.

WEDNESDAY, JUNE 24th, 2009

1   Q.  By whom?

2   A.  By Dr. José Astripo (phonetic), from the University of

3   Miami.  He referred me to him for a diagnosis.

4   Q.  Was this after or -- on or after August 30, 2006?

5   A.  It was prior to August 30th.

6   Q.  Okay.  The next name is -- who is this other person?

7   A.  Dr. Andrew G. Frank.  He is a medical doctor.  At that

8   time he owned a pain and rehabilitation center called the

9   Injury Institute of Florida.

10  Q.  Dr. -- the other one?

11  A.  Dr. Dennis Zaslow, he was an orthopedic surgeon, I

12  believe.  He passed away last year, and...

13  Q.  Did he treat you after the incident, August 30 of 2006?

14  A.  He never actually treated me because he died before he was

15  able to do so.  But he made a diagnosis of --

16          MR. PALMER:  Objection.  Objection.

17          MR. PARKER:  Well, she's just --

18          THE COURT:  On what basis?

19          MR. PALMER:  On the basis that she's about to give a

20  hearsay statement from a doctor who is a decedent who never

21  treated her.

22          THE WITNESS:  I'm not about -- excuse me, sir.

23          MR. PARKER:  May I speak, please?  Don't speak.

24          Your Honor, may I speak in response to Counsel?

25          THE COURT:  Let's go to sidebar.

WEDNESDAY, JUNE 24th, 2009

1        (Sidebar discussion on the record as follows:)

2            THE COURT:  Where -- what testimony are you seeking

3   to elicit?

4            MR. PARKER:  I am going down the list to make sure

5   and show all the doctors that she treated -- that treated her,

6   that she did, indeed, disclose those doctors as proper on the

7   requirement for disclosure.  There was some doctors that were

8   listed in my -- in the interrogatories that opposing counsel

9   claimed that she did not reveal.  So I'm going down that list.

10           THE COURT:  Okay.  Well, you can state -- all she

11  needs to say is she went to him for diagnosis and he died

12  before he treated her.  She doesn't need to get into anything

13  else about what his diagnosis was or his report, correct?

14           MR. PARKER:  Correct.  I think she has testified to

15  that, Your Honor.

16           THE COURT:  Okay.  So we can -- so we can proceed.

17           MR. PARKER:  Thank you.

18       (End of sidebar discussion.)

19           THE COURT:  You can proceed, Counsel.

20           MR. PARKER:  Thank you, very much.

21  Q.  The next person on the list we were going down, Exhibit

22  35, page 4, Ms. Mathura?

23  A.  Yes.

24  Q.  The next person?

25  A.  Oh, I'm sorry.  Is Marshall Bronstein, D.C.  He's a

WEDNESDAY, JUNE 24th, 2009

1  chiropractic physician who has treated me in the past.

2  Q.  Did he treat you after the incident of August 30, 2006?

3  A.  I'm not absolutely sure, but I doubt it.

4  Q.  Okay.  Are there some other doctors that you didn't

5  remember to put on your interrogatories?

6          MR. PALMER:  Objection.  That's a leading question.

7          THE COURT:  Overruled.

8  BY MR. PARKER:  :

9  Q.  Now, go to same Exhibit 35, page 6.  Turn to page 6.

10 Number 30.

11 A.  30?

12 Q.  Yeah.  I'm going to read that for you.  Do you contend

13 that you have lost any income, benefits, or earned capacity in

14 the past or future as a result of the incident described in

15 the complaint?  If so, state the nature of the income,

16 benefits, or earning capacity, and the amount and the matter

17 that you need -- that you use in computing the amount; do you

18 understand that question?

19 A.  Somewhat.  I mean, I'm not absolutely sure.

20 Q.  What was your answer.  Could you read that?

21 A.  It says, "Yes, approximately $1,200 per week earned

22 income."

23 Q.  Continue.

24 A.  Earning capacity of --

25          MR. PALMER:  Objection.  I want to object as being

1   outside the scope of my cross-examination, but I understand

2   the Court's prior guidance on this.

3        THE COURT:   It is outside the scope of cross, however

4   I am going to let plaintiff's counsel inquire into these

5   areas, and then you can recross afterwards with respect to any

6   new areas that he goes into.

7        MR. PARKER:   Thank you, Your Honor.

8   Q.   Could you continue after your last statement?

9   A.   Earning capacity, August 30, 2006, through to present and

10  future income, health insurance benefits, retirement benefits,

11  further discovery is ongoing.

12  Q.   Okay.  Now, let's move on to Exhibit 36.  Do you remember

13  Mr. Palmer asking you questions from this exhibit?  Actually,

14  Defendant Exhibit 36?

15  A.   I'm not too sure, but he asked me a lot of questions.

16  Q.   All right.  So let's go to page 3, Question Number 21.

17  Ready?

18  A.   Yes.

19  Q.   Please state if you ever been a party, either a plaintiff,

20  defendant, or claimant in a lawsuit or claim other than the

21  present matter?  And if so, state whether you were a

22  plaintiff, defendant, or claimant, the nature of the action,

23  and the date that -- and the date and court or administrative

24  body in which such suit or claim was filed.  Okay.  Go on to

25  the next page.  And in your answer?

WEDNESDAY, JUNE 24th, 2009

1   A.   The answers include -- begins with *Lorna Beach-Allen v.*

2   *Truvada Henderson*.

3   Q.   You did report that, right?

4           MR. PALMER:  Objection.  Leading.

5           THE COURT:  Sustained.

6   BY MR. PARKER:  :

7   Q.   Continue.

8   A.   Assault and battery, 2008.  Lorna Beach-Mathura v. --

9   Q.   Read everything.  Everything from left to right.

10  A.   Oh, okay.  Parties.

11  Q.   Yes.

12  A.   "*Lorna Beach-Mathura v. Miami-Dade County Public Schools*.

13  Actions, workers' compensation claim.  Date:  2005.

14          *Lorna Beach-Allen v. Economic Opportunity Family*

15  *Health Center, Incorporated*."

16  Q.   Yes.

17  A.   "Nature of action, discrimination and nonpayment of

18  overtime wages.  Date:  2000.  Parties*:  Lorna Beach-Allen v.*

19  *Lock Town Mental Health Center*.  Nature of the action:  Breach

20  of contract.  Date:  1999."

21  Q.   And on page 16 of this document, you signed a sworn

22  statement to this document; is that right?

23  A.   It appears to be my signature on this page.

24  Q.   And that is your answer to Question Number 21 in which you

25  listed all of these lawsuits; is that right?

1  A.  I -- I assume so.

2  Q.  Okay.  Now, we're moving along to Defendant's Exhibit 37.

3       Let's get back to 36, I'm sorry.  Let's get back to

4  36.  Exhibit 36.  Still at 36.  Let's go to the second page of

5  Defendant's Exhibit 36, page 1 -- go to page 2.  Okay.

6       Question Number 4.  Would you -- let me read that and

7  you read the answer you provided, okay?

8  A.  Okay.

9  Q.  List the names, business, addresses, dates of employment,

10  position, and rate of pay regarding all employers including

11  self-employment for whom you have worked in the past 10 years,

12  okay?  What is your answer to that?  Would you read it, from

13  left to right?

14  A.  Well, this answer says, "Miami-Dade County Public Schools,

15  1500 Biscayne Boulevard, Miami, Florida, 33132.  Dates of

16  employment:  2000 to 2006.  Position:  Teacher.  Rate of pay:

17  $49,500 per year.  Further discovery ongoing."

18  Q.  Okay.  And you also sign on page 16 at that exhibit, that

19  would be 36 in defendant's exhibit book, a sworn statement

20  that your answers are correct?

21  A.  I would like to say something, Mr. Parker, excuse me.

22  But, I don't remember just putting one -- one employment --

23  Q.  Okay.

24  A.  -- information.

25  Q.  Well, I'm taking you through the analysis, okay?  So just

1   answer the question, please, for the jury.

2          So page 16.

3   A.  Yes, it appears to be my signature.

4   Q.  Okay.  And you're answering truthfully as to your answer

5   to Number 4 on page 2 of Exhibit 36?

6   A.  I can't say, because, apparently, I believe other

7   employment is missing from this, so I can't really --

8   Q.  Listen to the question I'm asking you, please.

9          You are responding to page -- you're responding to

10  the answer on page 2, number 4; is that your true answer that

11  you just explained?

12  A.  Oh, that answer there is true.

13  Q.  Okay.  Thanks.  Now, let's go to Exhibit 37 of defendant

14  exhibit list.  37.  And that would be page 2.  Okay.  I'm

15  going to read Interrogatories Number 9, okay?  On the top.

16         Other than present litigation, if you have -- if you

17  have ever filed a claim for a loss arising out of any injury

18  seeking money damages or compensation, indicate the nature of

19  any such incident, the injury sustained, the date, place, and

20  party against whom the claim was made, the basis of the claim,

21  and its outcome.

22         And your answer, you responded to this, response to

23  Interrogatory Number 9.  Could you read all your answers in

24  response to Interrogatory Number 9?

25  A.  Okay.  The --

1  Q.  Starting --

2  A.  It states:  "I do not remember all of the details because

3  it is too long ago, and due to the effects of current

4  prescribed medication."

5  Q.  Okay.

6  A.  "On or about 1996, plaintiff was a passenger in a car

7  rear-ended at a stoplight.  Plaintiff suffered injury to her

8  lower" -- there's a place missing there -- "had pain from

9  hitting seat back.  Required treatment for back injury.  This

10  accident occurred on Miami Gardens Drive.  Plaintiff sustained

11  herniated disk.  I do not recall driver of offending vehicle's

12  name.  Claim was settled by GEICO Insurance Company.

13  Plaintiff's lawyer took almost half the settlement, money, and

14  fees."

15  Q.  Next one?

16  A.  "On or about 2001, plaintiff was involved in two auto

17  accidents as passengers."  I believe it should be "passenger."

18  Q.  Okay.

19  A.  "One was a hit-and-run in which plaintiff received medical

20  treatment and then hospitalization for a ruptured intestine.

21  Plaintiff received PIP, and lost wages paid by GEICO Insurance

22  Company.

23          With regards to the second auto accident caused by

24  police service aid in Coral Gables, plaintiff received medical

25  treatment and medical bills were paid by GEICO Insurance

1  Company.  Plaintiff did not receive any lost wages for the

2  second accident, and no lawsuits were filed for any of these

3  accidents.  Plaintiff was not a driver in any of these

4  accidents.  Plaintiff suffered from head and back pain.

5  Plaintiff did not file any lawsuits for 2001 and 2002.

6          Plaintiff was attacked by violent student on March

7  1st, 2005 in her classroom.  Plaintiff was referred to

8  workers' compensation doctor who diagnosed lumbar sprain,

9  cervical sprain, and contusion to right shoulder and arm.  The

10 student who attacked plaintiff was arrested and charged.

11         He, Zachary Barmunshin (phonetic), pleaded guilty in

12 2007.  Workers' compensation benefits awarded by carrier and

13 school board MDCPS, which is Miami-Dade County Public Schools.

14         Plaintiff later diagnosed with abdominal hernia.

15 Plaintiff had surgery which took place approximately eight

16 months later.  Plaintiff is disabled and sometimes experiences

17 memory loss due to prescribed medication."

18 Q.  So these are your answers to Interrogatory Number 9,

19 right?

20 A.  Yes, essentially.

21 Q.  And on page 16 of the same exhibit, Exhibit Number 37, you

22 signed a sworn statement to these facts that are true?

23 A.  It appears to be my signature on that page.

24 Q.  Okay.  And you submitted to defendant lawyers, right?

25         MR. PALMER:  Objection.  Leading.

WEDNESDAY, JUNE 24th, 2009

1    BY MR. PARKER:  :

2    Q.  Was these answers submitted to defendant lawyers?

3    A.  I believe by your staff.

4    Q.  Okay.  Please answer the question, okay?

5         Let's go to the next page.  On the bottom of

6    Interrogatory Number 12, I'm going to read that and the

7    answers appear on page 3.  List each item of expense or damage

8    other than loss of income or earning capacity that you claim

9    to have occurred as a result of the incident described in the

10   complaint; given for each item, the date.

11        Next page, incurred.

12        The name and business address of the person or entity

13   to whom each was paid or is owed, and the goods or services

14   for which each was incurred; do you understand that?

15   A.  Yes.

16   Q.  Okay.  Now, your response to that question, Interrogatory

17   Number 12, I want you to read out from left to right.

18   A.  "I can't recall all of the details at this time due to the

19   effects of prescribed medication."

20   Q.  Okay.

21   A.  "2006 to 2009 prescription pills, Walgreens, Miami Gardens

22   and WalMart, Miami Gardens.  2008 injections, Dr. Dennis

23   Zaslow, deceased."  That should have read "his office staff."

24   Q.  Okay.

25   A.  "2006 to 2008, mileage for appointments and drug pick-ups,

WEDNESDAY, JUNE 24th, 2009

1  approximately six miles roundtrip.

2         2006 to 2009, pain-relieving gels, Aventura Medical

3  Supply, Hallandale, Florida.

4         2006 to 2008, medical and chiropractic treatments.

5         2006 to 2008, lumbar braces, Aventura Medical Supply,

6  Hallandale, Florida."  It should read 'Aventura.'

7         "2006 to 2007, Dr. Christopher Rudolph, Tri-County

8  Chiropractic Center.  3132 University Drive, Miami, Florida,

9  33025.

10        2007 to 2008, Dr. Dennis Zaslow's..."  'office,' it

11 should have been.

12        "Dr. Julian Cameron.  2601 Southwest 37th Avenue,

13 Suite 607, Miami, Florida, 33133.

14        2008, Dr. Anthony Hall, 20800, Biscayne Boulevard.

15 Aventura, Florida 33180.

16        2006 to 2007, Dr. Andrew Frank, 1380 Northeast Miami

17 Gardens Drive, Suite 140, North Miami Beach, Florida 33179.

18        2008, Dr. Mazzotta," I believe that's a misspelling,

19 "Pembroke Pines, Florida."

20 Q.   Okay.   Interrogatory Number 15, please.  I'm going to read

21 the question, and it appear on the next page is the response

22 to Interrogatory Number 15.  All Right.  Let me go back to the

23 bottom.

24        List the names and business addresses of all other

25 physician, medical facility, or other health care providers by

WEDNESDAY, JUNE 24th, 2009

```
1   whom or at which you have been examined or treated in the past
2   ten years, and state as to each the dates of examination or
3   treatment, and the condition or injury for which you were
4   examined or treated.  Okay.
5           I want you to read the response from left to right.
6   A.  Okay.  "I am unable to recall every detail from ten years
7   ago.  However, these are the names I recall.  July 2005 to
8   2006, Dr. G. Munoz, Aventura, Florida."
9   Q.  Stop there.  Dr. Munoz?
10  A.  Munoz, yes.
11  Q.  You did provide that?
12  A.  Yes.
13  Q.  Okay.  That name?
14  A.  Apparently, I did provide it.  I forgot.
15  Q.  Okay.  Well, now you remember?
16  A.  I provided it.
17  Q.  March, 2005.
18  A.  "Doctors at Workers' Compensation Clinic, Physician's
19  Health Center, 20215 Northwest Second Avenue, Number 3, Miami,
20  Florida.  Three doctors were seen at this location.
21          January 2006, Dr. Brett Osborn, one visit, Aventura,
22  Florida.  I can't remember the address.
23          September 2005, Dr. Jonathan Hyde.  One visit.  Miami
24  Beach, Alton Road.
25          2006 to 2007, Dr. Andrew Frank, North Miami Beach,
```

WEDNESDAY, JUNE 24th, 2009

1   Miami Gardens Drive.  2006 to 2008, Dr. Christopher Rudolph,

2   Miramar Parkway, University Drive, Miramar.

3           2006, Dr. José Rastripo (phonetic) and Dr. Frank

4   (sic) Furgange, Miller School of Medicine, University of

5   Miami, Northwest 12th Street.

6           Dr. Marshall Bronstein, 165885 Northwest Second

7   Avenue, Suite 300, Miami, Florida 33169.

8           Subluxations, spasms, stiffness conditions or

9   injuries include back pain, neck pain, buttocks pain,

10  herniated disks.

11          Tri-County Chiropractic Center, 3122 University

12  Drive, Miami, Florida 33025.  Various Quest Labs, Miramar

13  Parkway, North Miami Beach.  OMI Imaging, South Dixie Highway,

14  Aventura, Florida.

15          Orthopedic Health Center, Incorporated, 1490

16  Northeast Miami Gardens Drive, North Miami Beach, Florida

17  33179."

18  Q.  And these are the facilities and doctors you provided?

19          MR. PALMER:  Objection.  Leading.

20          THE COURT:  Sustained.

21          MR. PARKER:  Okay.

22  Q.  Can we move along on Page Number 5 and -- well, the

23  question that appears -- the answer that appears on Page

24  Number 5, the question starts on page 4, Interrogatories

25  Number 17.  I'll read the question, and you go next page and

1   answer.

2           "Has anything been paid or is anything payable from

3   any third party for the damages listed in your answer to these

4   interrogatories?  If so, state the amounts paid or payable,

5   the name and business address of the person or entity who paid

6   or owes said amount, and which of these parties have or claim

7   a right of surrogation."

8           Next page would be the response to Interrogatory 17.

9   Could you go through that from left to right?

10  A.  "I am unable to recall every detail from ten years ago.

11  However, a good faith effort has been made to provide the

12  answer.  Nothing has been paid by anyone except me with

13  regards to the wheelchair incident of August 30, 2006.

14          December 200, DPI Imaging Pembroke Pines.  This

15  company is owed approximately $1700 regarding the incident of

16  August 30, 2006.  DPI instituted a credit collection against

17  me.  So far American Airlines has not paid any of my bills.

18          United Health Care has paid for some of my medical

19  visits and treatment.  I paid out of pocket for most of my

20  care.  Dr. Munoz has an outstanding bill of approximately $135

21  for visits in September 2006."

22  Q.  Hold on there.  Is that the same Dr. Munoz that we

23  referenced earlier?

24  A.  Yes, Dr. George Munoz.

25  Q.  Okay.  Continue.

WEDNESDAY, JUNE 24th, 2009

1  A.  "Dr. Christopher Rudolph has yet to be paid his bill which

2  is over $11,000.  Dr. Frank may still be owed for several,

3  perhaps ten visits.  I paid out of pocket for the last two

4  visits in March and April, 2007.  I paid $50 each -- I paid

5  $50 for each visit out of pocket.

6          Dr. Cameron, Dr. Mazzotta and Dr. Anthony Hall have

7  not been paid.  I am unsure of their bills."

8  Q.  Okay.  Please go over to the other page.  This is page 6,

9  and Interrogatory Number 24, I will read interrogatory and you

10 read the response to 26.

11         Prior to the incident described in the complaint, had

12 you ever suffered an injury or -- disregard.  Let me start

13 over.

14         "Prior to the incident described in the complaint,

15 had you ever suffered an injury to/or experienced pain in any

16 of the body parts that you contend were injured in your answer

17 to Interrogatories Number 11?  If so, please provide the dates

18 when you experienced said pain, injured pain; how the injury

19 occurred, whether you sought any medical treatment for the

20 injury pain, and the names of the physician -- or physician or

21 medical providers who rendered treatment for the injury, and

22 the dates of such treatment."

23         Your response to Interrogatory Number 24?

24 A.  "Prior to the fall at Narita Airport in Japan on August

25 30, 2006, I had never fallen on my buttocks.  The fall on my

WEDNESDAY, JUNE 24th, 2009

1  buttocks on August 30, 2006, caused injury and pain to my

2  sacral spine and lower back.  I continue to have daily pain in

3  my buttocks and lower back."

4  Q.  And on the last page, the next page, page 16, is that a

5  sworn statement to all that you were provided in the

6  interrogatory?

7  A.  It appears to be my answer -- my signature, I'm sorry.

8  Q.  On the sworn statement?

9  A.  On -- yes.

10  Q.  Okay.  Now, let's go to Tab Number 2.  And this the Injury

11  Institute of Florida, Anthony G. Frank, M.D.

12          It's the end tab.

13  A.  Yes.

14  Q.  Okay.  There are some treatment notes in here that has a

15  date of 3/14/07 through --

16  A.  There's an error in here, too.

17  Q.  Well, let me ask the question, please.  Now, there is a

18  date here on the first treatment notes that would be, I

19  believe, the third page.  Yes, third page.  There's a date of

20  3/14/07, which is after August 30, 2006, correct?

21  A.  Yes.

22  Q.  All right.  You paid out of your pocket here, $50 for this

23  visit?

24  A.  Yes.

25  Q.  Cash?

WEDNESDAY, JUNE 24th, 2009

1   A.   Yes.

2   Q.   And there is a signature here on the bottom, Lisa Beach --

3   Allen?

4   A.   Yes.

5   Q.   Who is that person?

6   A.   That's my daughter who was injured.

7   Q.   And she sign for you?

8   A.   No.  She was seeking treatment with Dr. Frank after her --

9   the tragic accident.

10   Q.   So this is her treatment notes?

11   A.   Yes.  And I don't know why it's there.

12   Q.   Okay.  So that's not your treatment notes?

13   A.   This is not mine.

14   Q.   Okay.

15   A.   It's my daughter's name.

16   Q.   Well, let's go to the second page.  Is that Lisa

17   Beach-Allen on the top?

18   A.   3/14?

19   Q.   Yes, 3/14/07?

20   A.   No, it's Lorna Beach-Allen -- Beach-Mathura, I'm sorry.

21   Q.   Wait, wait.  We just spoke of the first page which was

22   Lisa Beach-Allen.  Now, let's go to the second page.

23          You got the second page now?

24   A.   Yes, yes.

25   Q.   Yeah, is that Lisa Beach-Allen also on the second page?

WEDNESDAY, JUNE 24th, 2009

1   A.  No, it says Lorna Beach-Mathura.

2   Q.  Okay.  We may have two of the same, two of the same pages.

3   Yeah.  So consider that a duplicate.

4         Let's go to the next page.  That's the third page,

5   right.  Okay.  On top it's 3/14/07.  That's Lorna

6   Beach-Mathura; is that your name here?

7   A.  That's Lorna Beach-Mathura, yes.

8   Q.  That's you?

9   A.  Yes, that's me.

10  Q.  Now, and you sign at the bottom here, Lorna Beach-Mathura?

11  A.  I believe I did, sir.

12  Q.  And you paid $50 cash for treatment?

13  A.  Yes, I did.

14  Q.  And the comment on this page is -- could you read the

15  comment at the bottom?

16  A.  It says "difficulty sitting and standing.  Paid cash,

17  $50."

18  Q.  And the date there was 3/14/07?

19  A.  Yes.  Yes.

20  Q.  That was after August 30, 2006?

21  A.  Yes.

22  Q.  Is that right?

23  A.  Yes, sir.

24  Q.  Now, the next page there, it's Lorna Beach, that's you?

25  A.  Yeah, that's half of my last name, yes.

WEDNESDAY, JUNE 24th, 2009

114

1   Q.   Okay.  That's you; is that right?

2   A.   Yes.

3   Q.   Okay.  You paid $50 cash for this visit?

4   A.   Yes, I did.

5   Q.   And what's written in the page down there?

6   A.   It says, "Spastic trapezius sacrum is tender, and edema

7   present."

8   Q.   Okay.  And you signed that page too, right?

9   A.   Yes.

10  Q.   Now, we're going to go through this quickly.  Next page,

11  Beach-Mathura?

12  A.   Yes, sir.

13  Q.   That's you?

14  A.   Yes.

15  Q.   Dated 11-17-06?

16  A.   Yes.

17  Q.   After August 30, 2006?

18  A.   Yes.

19  Q.   Okay.  What's the comment down there?

20  A.   It says, "Tender SI joint, and initial..."  I'm not

21  exactly sure what that word is, but, it says "present."  May

22  go back to it, I'm not sure what it is.  "Patient is

23  depressed, having difficulty in everyday -- with everyday

24  activities."

25  Q.   And that's --

WEDNESDAY, JUNE 24th, 2009

1   A.  Let me tried try to read it.  "Tender SI joint and..."  I

2   still can't get that word, I'm sorry.

3   Q.  That's all right.

4   A.  "Patient is depressed, having difficulty with everyday

5   activity."

6   Q.  And that's your signature on the bottom there?

7   A.  Yes, sir.

8   Q.  The next page, that's your name on the top?

9   A.  Yes, sir.

10  Q.  And that date is 11-15-06?

11  A.  Yes.

12  Q.  And that is after August 30, 2006?

13  A.  Yes.

14  Q.  Okay.  All right.  The next page is 11/13/06?

15  A.  Yes.

16  Q.  And that's your name on top there?

17  A.  Yes, sir.

18  Q.  Now, we have circles here on the top subsection,

19  subjectivity and severity to date, areas of pain.  And it goes

20  through, what is that, one through ten or zero through ten.

21  Do you follow?

22  A.  Is it on the top?

23  Q.  Yeah.  Right.

24  A.  Okay.

25  Q.  All right.  You see "areas of pain."  Let's go from left

WEDNESDAY, JUNE 24th, 2009

1  to right.

2  A.  "Head, face, neck."

3  Q.  Is there a number there?

4  A.  Neck, 6, I'm sorry.  "6, neck; 7, upper back; 7, mid-back;

5  8, low back; something shoulder, I guess, maybe, 7, shoulder;

6  arm, wrist, hand; 8, hip; 7, thigh knee, leg, ankle, foot."

7  Q.  And the quality, you circled -- what do you circle here,

8  from left to right, read.

9  A.  It's circled sharp, throbbing, aching, weakness, tingling,

10 stiffness, pain, constant.

11 Q.  Constant?

12 A.  Yes.

13 Q.  And under "objective," from left to right, T-tenderness,

14 S-spasm, X-subluxation?

15 A.  Subluxation.

16 Q.  All right.  Read the other line from left to right.

17 A.  L-cervical.  R, T, L; I think, thoracic, R, I, I;

18 L-lumbar, R, and I think it's "TS."

19 Q.  Okay.  Tenderness and spasms, right?

20 A.  Oh, yes.

21 Q.  Let's read the comments from left to the right for the

22 jury.

23 A.  "Zero change, sacrum is tender.  Patient had some

24 difficulty with..."  something.

25 Q.  Okay.

1   A.  I'm not sure what --

2   Q.  You signed this, right?

3   A.  Yes, it was signed by me.

4   Q.  Okay.  Did you see Dr. Frank that day?

5   A.  Most of the time, I saw Dr. Frank.

6            MR. PALMER:  Objection, Judge.  This -- I understand

7   publishing the document, but the questions are outside the

8   scope of my cross-examination on dates of November 13, 2006.

9            THE COURT:  Overruled.

10           MR. PARKER:  Thank you.

11           THE COURT:  But -- I assume, that we're not going to

12  go page by page?

13           MR. PARKER:  I have --

14           THE COURT:  -- and have her read even those items

15  that aren't marked as significant, are we?

16           MR. PARKER:  What I did, Your Honor --

17           THE COURT:  I'm just saying, why didn't we, you know,

18  move along.

19           MR. PARKER:  Absolutely, move along.  Move along.

20           THE COURT:  I don't want to interfere, but...

21  BY MR. PARKER:  :

22  Q.  Now, we have the dates here on -- same Exhibit Number 2,

23  Lorna Beach-Mathura.  Next page, is that 11/10/06?

24  A.  Yes, it is.

25  Q.  Let's move on over.  The next date is 11/08/06?

1    A.   Yes, it is.

2    Q.   That's after the date of the incident of August 30, 2006?

3    A.   Yes.

4         THE COURT:  I'll take judicial notice that all of

5    those dates in September, October, November, and December of

6    2006, are after August 30th of 2006, as well as every date in

7    2007, 2008, and 2009.

8         MR. PARKER:  I thank you, Your Honor.  I was

9    considering that.  Thanks.

10        THE COURT:  Any objection?

11        MR. PALMER:  No, I'll stipulate to that fact.

12        THE COURT:  Okay.  But I do understand the point that

13   you're trying to make.

14        MR. PARKER:  Absolutely.

15   Q.   Now, this morning you were asked about your educational

16   background?

17   A.   I -- I believe it was stated, but I wasn't asked.

18   Q.   Okay.  How far are you along in Ph.D. program at Nova

19   Southeastern University?

20   A.   To be clear, it's a doctorate in educational leadership,

21   so it's an EdD Degree.  I had completed almost half of it

22   prior to 2006.  I have not been able to continue.

23   Q.   Okay.  Thanks.

24        You were also asked about your -- the situation,

25   whether or not you were fired from Economic Opportunity Family

WEDNESDAY, JUNE 24th, 2009

1 Health Center; were you?

2       MR. PALMER:  Objection.  That's outside of the scope

3 of cross.

4       MR. PARKER:  Came in this morning.

5       THE COURT:  Okay.  Overruled.  You can ask her about

6 her termination.

7 BY MR. PARKER:  :

8 Q.  Were you terminated?

9 A.  Yes, I was terminated.

10 Q.  For what reason?

11 A.  I was told that it was because I did not return to work a

12 few months before.  But I was never released from my doctor to

13 return to work and they said that I was.

14 Q.  Okay.  Now, on August 30, 2006, did you fell from a

15 wheelchair?

16       MR. PALMER:  Objection.  That's been covered.  Asked

17 and answered.

18       THE COURT:  Overruled.

19       THE WITNESS:  Yes, I fell while attempting to sit on

20 the wheelchair.

21 BY MR. PARKER:  :

22 Q.  Fell on a hard surface?

23 A.  Yes.

24 Q.  Who invited you to sit on the wheelchair?

25 A.  The American Airlines' check-in agent who was checking me

120

1  in at the time.

2  Q.  And you followed her instructions, the American Airline

3  agent?

4          MR. PALMER:  Objection.  Leading.

5          THE COURT:  Sustained.  I'm going to ask you not to

6  repeat what you went over on direct extensively, except to

7  lead into what you're trying to ask that's new or that you

8  feel you need to cover.  But you can't lead her.  If you want

9  her to describe, once more, what happened on August 30, 2006,

10  you can.  I'll let you do that.  But you can't lead her

11  question by question.

12          MR. PARKER:  Thank you, Your Honor.

13  Q.  Did Mr. Collins observe what happened that day?

14          MR. PALMER:  Objection.

15          MR. PARKER:  Right in scope.

16          MR. PALMER:  No predicate laid for that and it wasn't

17  covered in cross.

18          MR. PARKER:  It was.

19          THE COURT:  Well, I'll sustain the objection based

20  upon lack of personal knowledge of what Mr. Collins observed.

21  Because, you know, you can ask other questions about what she

22  observed, or where he was, but she can't testify as to what he

23  saw or what he didn't see because she doesn't know where he

24  was looking.

25          MR. PARKER:  Okay.

WEDNESDAY, JUNE 24th, 2009

121

1   Q.   August 30, 2006, did you hurt yourself when you fell?

2   A.   I was hurt when I fell.

3              MR. PARKER:  Thank you, very much.

4              THE COURT:  Do you want to consult with co-counsel

5   for a moment?

6              MR. PARKER:  Absolutely, Your Honor.  I reserve that.

7         (Pause.)

8              MR. PARKER:  I have about -- maybe two more

9   questions, Your Honor.

10  Q.   Did the man that took the wheelchair to you wear an

11  American Airlines' uniform?

12  A.   Yes.

13             MR. PALMER:  Objection.

14             THE COURT:  Sustained.  It's leading.

15  BY MR. PARKER:  :

16  Q.   What uniform was the man wearing?

17             MR. PALMER:  Objection.  Already been asked and

18  answered.  It's been covered and recovered.

19             THE COURT:  Overruled.

20             THE WITNESS:  Okay.  The man who brought the

21  wheelchair was wearing the uniform of an American Airlines'

22  representative.  The colors that he was wearing were blue

23  shirt and navy blue pants.  I'm familiar with the uniform,

24  because my brother does work for American Airlines for the

25  last 20 years.

WEDNESDAY, JUNE 24th, 2009

1          MR. PARKER:  Okay.

2          Thank you, Your Honor.  No more questions.

3          THE COURT:  Okay.  Thank you.

4          Recross?

5          MR. PALMER:  Thank you, Your Honor.

6                 RECROSS-EXAMINATION

7 BY MR. PALMER:  :

8 Q.  Other than having blue pants and a white shirt, isn't it

9 correct, ma'am, that there are no other identifying

10 characteristics of any company on this individual who brought

11 the wheelchair to you?

12 A.  As I said before, I wasn't looking at his -- for any

13 identifying insignia.  I was in pain.

14 Q.  You weren't paying attention, right?

15 A.  I was in pain and I was on the floor.

16 Q.  So going back to what our discussion was about, this is

17 important, yes, or no, the individual who brought the

18 wheelchair to you, there was no identifying characteristics of

19 that individual other than the fact that he wore blue pants

20 and a white shirt, correct?

21 A.  I cannot say that that is correct.  There may have been.

22 But I did not -- at my vantage point, I did not observe his

23 full body, either front or back or sides or up or down.

24 Q.  Sure.  But all you observed were the blue trousers and a

25 white shirt, correct?

WEDNESDAY, JUNE 24th, 2009

1  A.  At the time of my fall, yes.

2  Q.  Okay.  Now, I want to ask you about the statement you made

3  about your lost wages stemming from August 30, 2006.  There

4  is -- Tab Number 20, there's a doctor by the name of "Kolb"

5  you saw, K-O-L-B?

6  A.  Six?

7  Q.  21.  Is that what you said?

8          THE COURT:  You said 20.

9          MR. PALMER:  It is Tab 20, I'm sorry.  Are you at Tab

10  20?

11  A.  Now, yes.

12  Q.  You'll see that there is a Florida Atlantic Orthopedic,

13  LLC., that has a date of July 9, 2008, correct?

14  A.  Yes.

15  Q.  Okay.  And if you go to the second page of this document,

16  you will see that it has a signature, correct?

17  A.  Just a minute.  Yes.

18  Q.  And you'll see that that's your signature, correct?

19  A.  It appears to be.

20  Q.  And it has the date of 7/9/08, again, correct?

21  A.  Yes.

22  Q.  And if you just go up to Number 20, the question is:

23  "Were you employed when the accidents occurred?"  Your answer

24  on this questionnaire, two years after the accident we're here

25  about today was "no"; isn't that correct, ma'am?

124

1   A.   Yes.  It says "no."

2   Q.   And then the following interrogatory -- question on the

3   patient information form, did you miss work due to the

4   accident?  Your answer there was, "no," as well, correct?

5   A.   It says "no."

6   Q.   All right.  And if you go to the first page of the

7   document, again, the accident that we're talking about is

8   August 30th, 2006, correct?

9   A.   Where is that found?

10  Q.   Question Number 2.

11  A.   Yes.

12  Q.   Now, in Tab Number 3 are the records from the Bureau of

13  Victim Compensation.  And as we discussed during

14  cross-examination, you made a claim to the Department of

15  Victims Compensation for benefits relating to the March 1st,

16  2005, incident, correct?

17  A.   I was told to do so by the state attorney's office.

18  Q.   Okay.  So the answer is "yes," you did make a claim,

19  correct?

20  A.   Yes, based on being told to do so.

21  Q.   And, again, these records are in chronological order.

22        If you'll go to the record dated October 11, 2006,

23  that would be your fourth document in Tab 3; are you there?

24  A.   I'm not sure exactly which page.

25  Q.   The fourth document is October 11, 2006.  And do you see

WEDNESDAY, JUNE 24th, 2009

125

1  down at the bottom where it says "payee"?

2  A.  Yes.

3  Q.  "That is Lorna Beach-Mathura"; that's your name, correct?

4  A.  Yes.

5  Q.  And it says, "Service dates, August 7th, '06, to October

6  3rd, '06, correct?

7  A.  Yes.

8  Q.  And the benefit is for victim wage loss, correct?

9  A.  Yes.

10  Q.  And the amount was $5,737.00, correct?

11  A.  That's what it states.

12  Q.  So you're receiving wages, correct, from the Department of

13  Victim Compensation through the two-month period after our

14  accident as it relates to the accident which occurred in March

15  of 2005, correct?

16  A.  It is wage loss benefit, not wages.

17  Q.  Okay.  Then if you go through -- but --

18  A.  There's a difference, sir.

19  Q.  Okay.  In your mind.

20  A.  Well, what happened --

21  Q.  Go to December 29th --

22  A.  No -- no taxes were taken.

23  Q.  -- 2006, the two documents subsequent.  Again, "payee" is

24  Lorna Beach-Mathura?

25  A.  Yes.

WEDNESDAY, JUNE 24th, 2009

1  Q.  And the service dates are October 4th, '06, to November

2  28, '06?

3  A.  Yes.

4  Q.  The benefit, again, is victim wage loss, correct?

5  A.  Yes.

6  Q.  And they paid you another $5,464.00, correct?

7  A.  That's what it states.

8  Q.  The next page is January 3rd, 2007.  And, again, the payee

9  is Lorna Beach-Mathura, and the service dates on this one are

10 November 29, 2006, to January 2nd, 2007, correct?

11 A.  That's what it states.

12 Q.  And, again, victim wage loss is the benefit in the amount

13 is $3,413 -- or 15, one of the two?

14 A.  That's what it states.

15 Q.  Okay.  So after the incident which we're discussing, which

16 occurred in March of '05, when you were at the school, you

17 made a claim for benefits for wages and received them from the

18 Department of Victim Compensation, correct?

19 A.  I was entitled to them as explained to me by the state

20 attorney's office.

21 Q.  Okay.  So the interrogatory which indicates that you

22 received -- that you sustained a wage loss as it pertains to

23 the incident in question, is incorrect, right?

24         MR. PARKER:  Objection, Your Honor.  We don't know

25 what interrogatory that Counsel is referring to.

WEDNESDAY, JUNE 24th, 2009

1           THE COURT:  Okay.  Overruled.  If she doesn't

2    remember the interrogatory you asked her about, then she can

3    ask for clarification.  And she can state she doesn't know

4    what interrogatory he's talking about.

5           You can answer the question.

6           THE WITNESS:  I don't understand what he's talking

7    about.  He would need to clarify his question, I guess.

8    BY MR. PALMER:  :

9    Q.  You were asked about an interrogatory by your attorney

10   during redirect examination.  Do you remember that moment in

11   time?

12   A.  He looked at many interrogatories and had me answer them.

13   I'm not sure which one you're talking about.

14   Q.  All right.  It's Interrogatory Number 11, Tab Number 35.

15       (Pause.)

16   Q.  Did you find it?

17   A.  I believe so.  Page 5?

18   Q.  Actually, page 6.  And I misread -- I'm sorry, my eyes.

19   It is Number 13 on Tab 35 or Interrogatory 13 on Tab 35, which

20   would be page 6.

21   A.  Slow down.  Moving too fast.

22   Q.  Are you there?

23   A.  Yes, I believe so.

24   Q.  Okay.

25   A.  Can you read the question, please?

WEDNESDAY, JUNE 24th, 2009

128

1  Q.  Sure.  This was read by your own counsel on redirect

2  examination.

3       "Do you contend that you lost any income, benefits,

4  or earning capacity in the past or future as a result of the

5  incident described in the complaint?  If so, state the nature

6  of the income, benefits, or earning capacity and the amount

7  and method that you used in computing the amount."

8       And as was read in redirect, you're claiming that

9  you've lost 1,200 a week from August 30, '06, through to

10 present and future.  That's right?

11 A.  That's what it says.

12 Q.  Okay.  That answer, though, what that answer is missing is

13 that you had already applied to the Department of Victim's

14 Compensation, telling them that because you had been involved

15 in an incident in which you were injured, that you couldn't

16 work and were entitled to wages through their department,

17 correct?

18 A.  I was not involved in an incident.  It was a crime.  I was

19 the victim of a crime, felony battery on a school official.

20 That was the crime.

21      I was told by the Victim Compensation Bureau, by way

22 of the state attorney's office, that I should file for

23 benefits because at that point, I had no income.

24 Q.  Okay.

25 A.  And it wasn't up to me to stop the income because I needed

WEDNESDAY, JUNE 24th, 2009

1   to support my family.  We had to eat, Mr. Palmer, and you did

2   not step up to the plate.  You still haven't taken

3   responsibility for my accident and my injuries.  Thank you.

4           MR. PALMER:  Your Honor, I would move to strike that.

5           THE COURT:  Okay.  I'm going to strike the reference

6   to Mr. Palmer not paying for her injuries, and the jury is to

7   disregard that.

8           THE WITNESS:  What does he want from me?

9   BY MR. PALMER:  :

10  Q.  So what -- in effect, the reason that you weren't earning

11  wages on August 30, 2006, you weren't even employed because

12  you had been terminated from your job as a school teacher,

13  correct?

14  A.  I was terminated from the full-time teaching because my

15  certificate had expired.  And, as a matter of fact, I have a

16  letter from the certification office showing that that is the

17  reason why I was terminated.  They also told me that my

18  service has been appreciated and I can reapply at any time

19  once I get my certificate validated once more.

20  Q.  In addition to --

21  A.  I also had -- I also have and had at that time two

22  additional teaching certificates from Miami-Dade County Public

23  Schools, they both are valid until 2010, which is next year,

24  by the way.

25  Q.  In addition to the fact that you had been terminated from

130

1  your teaching job, you were unable to work on August 30, 2006,

2  because of the incident which occurred, the attack, the felony

3  attack which occurred in the classroom, correct?

4  A.  Mr. Palmer --

5         THE COURT:  Just answer yes or no.  Did you claim

6  that you were unable to work due to the incident in 2005 when

7  you made your claim to the Bureau of Victim Compensation?

8  A.  Yes, at that time.  But on August 30, school was not in

9  session.

10        THE COURT:  Okay.

11        THE WITNESS:  It was summer break, so I wouldn't have

12  been working anyway.  They don't pay you.  The victim

13  compensation don't pay for summer holidays.

14        MR. PALMER:  Judge, I don't have any further

15  questions.

16        THE COURT:  Okay.

17        Is there any further re-redirect?

18        MR. PARKER:  One moment, Your Honor.

19        THE COURT:  Don't feel like you have to ask something

20  just because I'm giving you the opportunity.

21        MR. PARKER:  No, Your Honor, I just want to confer

22  with Counsel.

23     (Pause.)

24        MR. PARKER:  No other question at this time, Your

25  Honor.

WEDNESDAY, JUNE 24th, 2009

1        THE COURT:  Let me ask, members of jury, do you have

2   any questions that you want to write out or anything that you

3   feel you would like to know from the plaintiff?  Okay.  You

4   have to write it out on a piece of paper and hand it to the

5   court security officer.

6        (Pause.)

7        THE COURT:  If you will hand them up to me.  I'll see

8   counsel at sidebar.

9        (Sidebar discussion on the record as follows:)

10       THE COURT:  Okay.  The first question says:

11       "On Tab 5, page 29, there is a copy of a medical

12   record log that was made on 9/19/08 for $25 to obtain her

13   medical records.  Who paid for that, and who actually received

14   it?"

15       I don't know what -- you might want to bring a book.

16       MR. CROOKS:  That's plaintiff's notebook, Your Honor.

17   Tab 5.

18       THE COURT:  I assumed so.

19       MR. CROOKS:  That's Dr. Anthony Hall regarding

20   medical records that were requested from -- I would have to

21   look to Tab 5.

22       THE COURT:  Wait, before you leave.  Do you have Tab

23   5 in yours?  Do you want to see?  I don't know which Tab 5 it

24   is.

25       MR. CROOKS:  It's going to be in this one.

WEDNESDAY, JUNE 24th, 2009

1          THE COURT:  Okay.  25.

2          MR. CROOKS:  These were requested copies of medical

3   records probably sent.

4          THE COURT:  I mean, I think the answer is --

5          MR. PALMER:  When was the complaint?

6          MS. ELFENBEIN:  In July.  This could have come from

7   our office, too, because we --

8          THE COURT:  She wouldn't have knowledge of this?

9          MR. PARKER:  No.

10         THE COURT:  I mean, that's -- I think we agree just

11  to say that this is -- I mean, I'll ask it and she -- if she

12  knows, she can answer.

13         MR. PALMER:  The true answer is, she doesn't know.

14         THE COURT:  I can't help that.  If she knows, she

15  does.  If not -- if not, then she won't.

16         The other question is -- I don't understand.  It

17  says, "Why was there no incident done at the time of the fall

18  at the Narita Airport?"  Probably is intended to say, why was

19  there no incident report done at the time of the fall at the

20  Narita Airport?  And that's a fair question.

21         MR. PALMER:  Fair question.

22         THE COURT:  But I say this report, I can ask this

23  juror, but I think that's a fair reading of it.  So I'll just

24  ask her these and she can answer or not.

25         (End of sidebar discussion.)

                    WEDNESDAY, JUNE 24th, 2009

```
 1            THE COURT:  Ms. Beach-Mathura, I'd like to direct
 2  your attention to Tab 5, page 29 of your notebook.  You can
 3  help her, Counsel.
 4            Okay.  There's an entry for a -- made on September
 5  19, 2008, for $25 for copies of medical records.  Do you know
 6  who paid for those records and who received them?
 7            THE WITNESS:  Whose records were they requesting?
 8  I'm not sure.
 9            THE COURT:  Do you know who paid this $25 charge, if
10  it was paid?
11            THE WITNESS:  I have no idea.
12            THE COURT:  Okay.  Okay.  If you don't know, then you
13  don't know.  We don't want you to speculate.
14            THE WITNESS:  No.
15            THE COURT:  And do you know who received those
16  records?
17            THE WITNESS:  I have no idea.
18            THE COURT:  Okay.  And the next question is, "Why was
19  there no incident report done at the time of the fall at the
20  Narita Airport?"
21            THE WITNESS:  Because the -- the American Airlines'
22  check-in agent, she put me in the wheelchair, together with
23  the other man, and she wanted me to catch the plane because I
24  was due to get on the flight.  Boarding was to be in a certain
25  amount of time, so they wanted me to get on the flight.  They
```

WEDNESDAY, JUNE 24th, 2009

1  never offered to make a report or write down anything at that

2  time.

3         THE COURT:  Okay.  Is there any follow-up to the

4  questions by plaintiff's counsel?

5         MR. CROOKS:  One moment, Your Honor.

6     (Pause.)

7         MR. PARKER:  May it please the Court.

8                    FURTHER REDIRECT EXAMINATION

9  BY MR. PARKER:  :

10  Q.  Did you file an incident report in Dallas/Fort Worth?

11         MR. PALMER:  That's not the same question.

12         THE COURT:  I'm going to let him follow-up.  And you

13  can follow-up, as well.

14         THE WITNESS:  I reported it to two gate agents at the

15  exit from the Narita flight.  The gate that was in front of

16  the jetway on the incoming flight.  I reported to them and

17  they told me to go to the connecting flight, and report it at

18  that gate.

19  BY MR. PARKER:  :

20  Q.  Did you do that?

21  A.  I did that.  I met two gate agents there.

22  Q.  Where was the connecting flight?

23  A.  It was going to Ft. Lauderdale.  It was bringing me home

24  with the second flight, in a different part of the terminal.

25  Q.  Did you report it in Dallas?

WEDNESDAY, JUNE 24th, 2009

1   A.   I reported it to the gate agents.   They said that I would

2   have to report it to their supervisor.   They tried to reach

3   him on the phone, and he never answered.   So they suspected he

4   was at lunch, that's what I was told.

5          I then called my brother, Gerard Beach, who is an

6   American Airlines' employee who works in the Dallas/Fort Worth

7   area, and I told him what happened to me at Narita Airport.   I

8   told him I tried to report it there, at that gate, and the

9   agents were not able to help me.

10          I then handed them the phone.   I asked them if he

11   would speak with them.   They spoke with him on the phone and

12   then he told me after.

13          MR. PALMER:   Judge, this -- this --

14          MR. PARKER:   She's explaining it.

15          THE WITNESS:   I reported it.

16          THE COURT:   Okay.   That's fine.

17          MR. PARKER:   She's just explaining.

18          THE COURT:   But she's -- in terms of all of these

19   conversations with her brother, we've gone beyond that.

20          THE WITNESS:   And he then told me --

21          THE COURT:   That's fine, Ms. Beach-Mathura, that's

22   fine.   In terms of what your brother said to you is not really

23   relevant.

24          THE WITNESS:   It is.

25          MR. PARKER:   So -- may I?

WEDNESDAY, JUNE 24th, 2009

```
 1            THE COURT:  Yes.
 2            MR. PARKER:  So you reported it in your testimony --
 3            THE COURT:  Don't ask a leading question.
 4  BY MR. PARKER:  :
 5  Q.  You also made a report in Ft. Lauderdale?
 6            MR. PALMER:  Objection.  That's leading.
 7            THE COURT:  That's a leading question.
 8            MR. PALMER:  We've been there, talking about this --
 9            THE COURT:  The focus of your follow-up should be
10  limited to the questions that are asked by the jury, not to
11  rehash everything that we've already heard about.
12            MR. PARKER:  Okay.  You did make report of an
13  incident?
14            MR. PALMER:  Objection.  Leading.
15            THE COURT:  Sustained.
16            THE WITNESS:  Oh, answer?
17            THE COURT:  No, he can ask another question.
18            THE WITNESS:  Okay.
19  BY MR. PARKER:  :
20  Q.  Did you remember reporting this claim -- this incident,
21  rather, in Ft. Lauderdale, Florida?
22  A.  Yes, I do.
23            MR. PALMER:  Objection.  We've been over this.
24            THE COURT:  It's going to take a lot longer if you
25  keep making all of these speaking objections.  I don't want to
```

WEDNESDAY, JUNE 24th, 2009

1   curtail your right to object.  If your objection is

2   repetitive, all you need to say is objection repetitive, and

3   then I'll say either overruled or sustained.  But you don't

4   need to make a speech every time you make an objection.

5           MR. PALMER:  Objection.  Repetitive.

6           THE COURT:  Overruled.  You can continue.

7           MR. PARKER:  Thank you, Your Honor.  May I refer to

8   my tab booklet?  I need to clarify so I can ask the right

9   question.

10          THE COURT:  That's fine.

11      (Pause.)

12  BY MR. PARKER:  :

13  Q.  Did you report this incident to American Airline

14  officials?

15  A.  Yes, I did.

16          MR. PARKER:  Thank you.

17          THE COURT:  Do you have any follow-up questions,

18  Mr. Palmer?

19          MR. PALMER:  Just one.

20          THE COURT:  Wait until you get to the microphone.

21                  FURTHER RECROSS-EXAMINATION

22  BY MR. PALMER:  :

23  Q.  Tab 9 of the plaintiff's binder.  Are you there?

24  A.  Yes.

25  Q.  And it's got a name up in the right-hand corner?

WEDNESDAY, JUNE 24th, 2009

1   A.   Yes.

2   Q.   And this is what you reported, correct, to American

3   Airlines?

4   A.   This is what I was given after the report.

5        THE COURT:  Which tab are we at?  My Tab 9, it's of

6   the plaintiff's binder?

7            MR. PALMER:  Of the plaintiff's binder.

8            THE COURT:  Okay.  Thank you.  Okay.  You can

9   proceed.

10  BY MR. PALMER:  :

11  Q.   You were given this to fill out, correct?

12  A.   No, she took the report orally.

13  Q.   She took the report.  This Tab 9, which we're looking at

14  has absolutely no information pertaining to what you've been

15  alleging occurred in Japan, correct?  Correct?

16  A.   I don't know.  You can tell me.  I made the report, she

17  put it into the computer, and this is the printout that she

18  gave me, indicating -- and she told me it will be reported to

19  Dallas/Fort Worth.  I took her at her word.  She was the

20  manager on duty.

21  Q.   The document that you've given us as Tab 9 has absolutely

22  no information at all about what you claim occurred, correct?

23          THE COURT:  You can review Tab 9 before you answer.

24      (Pause.)

25          THE WITNESS:  It doesn't give a narrative of my

WEDNESDAY, JUNE 24th, 2009

1  report to her.

2  BY MR. PARKER:   :

3  Q.   It doesn't say anything about what you claim occurred,

4  correct?

5  A.   Well, apparently, that's the way they do business.

6  Q.   Okay.   And then on Tab 13, which your attorney has in his

7  binder, as well, is a letter back to somebody named

8  Mr. Alterman, apparently, your first attorney, correct?

9  A.   He was, I believe, a paralegal.

10 Q.   Your -- a paralegal.   And it says, "Mr. Alterman, we

11 acknowledge your letter of representation."   And then the next

12 thing it says, "Provide this office with copies of her

13 boarding passes so that we can verify the flight and date of

14 incident," correct?

15 A.   That's what it states.

16 Q.   Okay.   And then it says, "We will begin our investigation

17 as soon as this information is provided to me," correct?

18 A.   That's what it states.

19 Q.   And that's dated two months after the incident in

20 question, correct?

21 A.   Yes.

22       MR. PALMER:   I don't have any further questions, Your

23 Honor.

24       THE COURT:   Okay.   Fine.

25       MR. PARKER:   Just a few questions, Your Honor.   He

WEDNESDAY, JUNE 24th, 2009

```
 1  opened the door to some documents and I need to substantiate

 2  real quick.

 3          THE COURT:  Okay.  If you will be quick.

 4          MR. PARKER:  Yes.  Thank you.

 5                      REDIRECT EXAMINATION

 6  BY MR. PARKER:  :

 7  Q.  Let's go back to Tab 5 on plaintiff notebook.  Tab 5?

 8  That would be tab, I'm sorry, Tab 6.  Tab 6.

 9          THE COURT:  I don't want to go into -- I don't want

10  to go into any new areas.

11          MR. PARKER:  No, it's Tab 9, Your Honor.  It's late

12  in the evening.

13          THE COURT:  Okay.  Tab 9.  It's only 3:25.  Maybe it

14  seems like, but it isn't.

15  BY MR. PARKER:  :

16  Q.  We were just looking at that document, is that correct?

17  A.  Yes.  It looks like the one we looked at.  I guess this is

18  the same one.

19  Q.  All right.  If we go down one, two, three, four, five.

20  Did you -- do you see "claim administration" there?

21  A.  Four, it says "claims administration."

22  Q.  No, the next one, what does that say?

23  A.  American Airlines Incorporated, PO Box 619 -- 616, I

24  believe.

25  Q.  And go down you will see, maybe -- almost in the third
```

WEDNESDAY, JUNE 24th, 2009

1  down, there's another address?

2  A.  Yes.  4333 Ammon (phonetic) Carter Boulevard, M.D., 5558.

3  (inaudible) HQ, headquarters, Fort Worth, Texas.

4  Q.  You landed there on your connecting flight, right?

5      MR. PALMER:  Objection.  Leading.

6  BY MR. PARKER:  :

7  Q.  Did you --

8  A.  On my -- no.  I arrived at -- from Narita Airport, I

9  arrived at Dallas/Fort Worth, which is the main hub for

10  American Airlines.

11  Q.  Thank you.

12      MR. PARKER:  May I speak to Counselor real quick,

13  Your Honor?

14      THE COURT:  Yes.

15    (Pause.)

16      MR. PARKER:  That's all the questions we have at this

17  time.

18      THE COURT:  Okay.  Thank you.

19      Ms. Beach-Mathura, you can step down and return to

20  counsel table.

21      THE WITNESS:  I am grateful, Your Honor.  Thank you.

22      THE COURT:  You're welcome.

23      Okay.  We'll take a brief recess, and then you can

24  call your next witness.

25      MR. PARKER:  Yes.

WEDNESDAY, JUNE 24th, 2009

1       (Jury withdrew from the courtroom at 3:24 p.m.)

2           THE COURT:  We will take a brief recess.  You can

3  check and make sure your witness is available.

4           MR. PARKER:  Thank you.

5           THE COURT:  Thank you.

6       (Court recessed at 3:24 p.m., absent the jury, and

7  proceedings continued as follows 3:43 p.m.:)

8           THE COURT:  Your appearances are as previously noted.

9  Are you ready with your next witness, Mr. Parker or

10 Mr. Crooks?

11          MR. PARKER:  Mr. Crooks.

12          MR. CROOKS:  Yes, Your Honor.

13          THE COURT:  Anything we need to take up before the

14 jury comes back in?

15          MR. PALMER:  No, Your Honor.  My understanding they

16 are going to be calling another treating physician.  I want to

17 make sure that the motion -- the order governing evidence on

18 expert or treating witnesses has been discussed with this

19 particular doctor.

20          THE COURT:  You will not be asking any questions that

21 are designed to elicit expert testimony, as discussed before,

22 no hypotheticals.  You can ask him, you know, why -- the

23 treatment decisions that he made, why he made the treatment

24 decisions.  Anything regarding his treatment of the patient,

25 but not hypothetical questions or questions regarding

WEDNESDAY, JUNE 24th, 2009

```
 1  causation except to the extent necessary to make treatment

 2  decisions.

 3          MR. CROOKS:  Absolutely, Your Honor, with respect to

 4  that order, yes.

 5          THE COURT:  Okay.  Thank you.  You can bring the jury

 6  in.

 7      (Jury enters the courtroom at 3:44 p.m.)

 8          THE COURT:  Good afternoon.  Please be seated.

 9          Mr. Crooks, do you want to call the plaintiff's next

10  witness?

11          MR. CROOKS:  Yes, Your Honor.  Duane Crooks would

12  like to call plaintiff's next witness, Dr. Rudolph, to the

13  stand.

14                       CHRISTOPHER RUDOLPH

15      having been first duly sworn, testified as follows:

16          THE COURT:  Be sure you speak directly into the

17  microphone.  You have to move your chair up and the microphone

18  is flexible.

19          You can proceed, Mr. Crooks.

20          MR. CROOKS:  Thank you, Your Honor.

21                       DIRECT EXAMINATION

22  BY MR. CROOKS:  :

23  Q.  Once, again, state your name for the record, please?

24  A.  Christopher Rudolph.

25  Q.  And where is your office located?
```

WEDNESDAY, JUNE 24th, 2009

```
 1   A.   Miramar, Florida.

 2   Q.   And the name of your facility?

 3   A.   Is Tri-County Chiropractic Center.

 4   Q.   Where did you attend undergraduate?

 5   A.   At University of Tampa.

 6   Q.   Years of graduation, please?

 7   A.   I graduated from college in 1991.

 8   Q.   And subsequent to that, where did you attend school?

 9   A.   I went to Life University in Atlanta, Georgia.

10   Q.   What type of school is Life University?

11   A.   That's a chiropractic college.

12   Q.   Okay.  And years of attendance?

13   A.   My four years there were from '93 till '97.

14   Q.   You are licensed in the state of Florida, correct?

15   A.   Yes, I am.

16   Q.   Do you know your license number?

17   A.   Yes, it's CH-8044.

18   Q.   Thank you.  Okay.  Where did you work subsequent to

19   graduation from Life University?

20   A.   My -- I did my internship with South Florida Chiropractic

21   Centers.  They had four centers in Dade and Broward Counties.

22   Q.   Where would those centers be located?

23   A.   At the time, they had one in Coral Gables, North Miami,

24   Ft. Lauderdale, and Hollywood.

25   Q.   Okay.
```

WEDNESDAY, JUNE 24th, 2009

1   A.   I ended up staying with them for about five years after.

2   Q.   Did you work anywhere else subsequent to that?

3   A.   Then after that is when I opened up my own center in

4   Miramar.

5   Q.   And how long have you had your own center?

6   A.   A little over six years now.

7   Q.   Are you a member of any professional organizations?

8   A.   Yes.  I'm a member of the Florida Chiropractic

9   Association, the American Chiropractic Association, the --

10  let's see, the Florida Chiropractic Consultants, and, I

11  believe, that's all right now.

12  Q.   Do you have any certifications or specialized

13  certificates?

14  A.   Well, yeah.  I'm certified in workers' compensation

15  ratings.  Certified fully with the Board of Workers'

16  Compensation.  I can't think of any others off the top of my

17  head.

18  Q.   If you'd like to refresh, you can turn to what's marked as

19  plaintiff's trial notebook, Tab Number 6, towards the back.

20  You have your curriculum vitae?

21  A.   Is this it right here?

22  Q.   No, the other notebook.  Additionally, ladies and

23  gentlemen of the jury, you may also turn to Tab 6, with

24  respect to --

25          THE COURT:  I believe -- okay, the jury shouldn't

WEDNESDAY, JUNE 24th, 2009

1    turn to that.  That's not admitted.

2            MR. CROOKS:  Oh, okay, Your Honor.

3            THE WITNESS:  Yes, I'm sorry.  I'm certified in

4    disability impairment evaluation; certified by the State of

5    Florida in workers' compensation; and, like I said before, a

6    member of the Associated Chiropractic Consultants.

7    Q.  Thank you.  Did you come about with respect to any

8    treatment with Lorna Beach-Mathura?

9    A.  Yes, I did.

10   Q.  And when did that treatment start?

11   A.  Well, for the accident at hand, I first treated her on

12   September 1st of 2006.

13   Q.  Okay.  If you could turn to defendant's notebook, I

14   believe it was Tab Number 3.  I believe that's -- yes.  I

15   think that's introduced into evidence, if I'm not mistaken?

16           THE COURT:  The rest of Plaintiff's Exhibit 6 is

17   also.

18           MR. CROOKS:  Also excluded from evidence, Your Honor?

19           THE COURT:  No, also admitted.

20           MR. CROOKS:  Thank you, Judge.

21   Q.  (BY MR. CROOKS) :  This first page.  What is it, exactly?

22   A.  Under Number 3?

23   Q.  Yes.  Where it says Tri-County --

24           MR. PALMER:  They are in the wrong binder.  Which

25   binder are you in?

WEDNESDAY, JUNE 24th, 2009

1          MR. CROOKS:  I'm sorry.  The wrong tab.  I apologize,

2     should be Tab Number 3, towards the back, should be.

3          Your Honor, may I approach the witness to assist?

4          THE COURT:  If you want to use your Tab 6, you can.

5     It's just due to irrelevant reasons -- at least, irrelevant

6     for purposes of the jury, the last couple pages were excluded.

7     BY MR. CROOKS:  :

8     Q.  Defendant's notebook, Tab Number 3, towards the back.  The

9     document which reads at the top, Tri-County Chiropractic Rehab

10    Center; do you see that, Doctor?

11    A.  Yes.

12    Q.  Okay.  Could you explain what this is?

13    A.  This is a daily sheet, as we fill out in my office for

14    each visit.

15    Q.  And this was her initial consultation and exam with you?

16    A.  Yes.

17    Q.  During her initial visit, did she mention an incident that

18    happened in that Narita, Japan?

19    A.  Yes.

20         MR. PALMER:  Objection.  That would be hearsay.

21         THE COURT:  Overruled.  I'll instruct the jury --

22    well, I'll just overrule it.

23         MR. CROOKS:  Go ahead, Doctor.

24         THE WITNESS:  Yes, she did.

25    Q.  Could you elaborate?

1  A.   Can I look at my own notes?

2  Q.   Absolutely.

3          MR. PALMER:  Your Honor --

4          THE COURT:  Do you want to come to sidebar?

5          MR. PALMER:  Yes, please.

6          THE COURT:   Okay.

7     (Sidebar discussion on the record as follows:)

8          MR. PALMER:  This is a problem which has occurred

9  with Dr. Rudolph.  We have subpoenaed him on two occasions for

10 his records.   We have taken his deposition and asked him to

11 bring records to deposition.

12         He has -- apparently, now has his own notes which are

13 separate and apart from everything we have subpoenaed on three

14 occasions.  I have never seen these.  This is highly improper

15 for him to bring anything we haven't seen, in the courtroom.

16         MR. CROOKS:  I'll ask him to -- I think he means

17 notes in terms of handwritten notes.  But with regards to this

18 matter, but if Your Honor would like, I'll instruct him to

19 remove those notes from the courtroom and only refer to --

20         THE COURT:  Well, let me just ask him while we're

21 here.  I can ask him outside the presence of the jury:

22         Dr. Rudolph, do you have notes other than what are in

23 your official records?

24         THE WITNESS:  No, everything should have been

25 submitted.

WEDNESDAY, JUNE 24th, 2009

1          THE COURT:  Everything was turned over?

2          THE WITNESS:  Yes.  As far as I know, my staff was

3 instructed to, absolutely.

4          THE COURT:  What are you referring to when you say

5 you have your own handwritten notes?

6          THE WITNESS:  My patient history forms.

7          THE COURT:  Your patient history forms.  Okay.  You

8 don't need to take them out.  You can just show Counsel and

9 make sure that they have been turned over.

10         THE WITNESS:  Yes, they should have this.  I don't

11 understand why they wouldn't.

12         MR. CROOKS:  Talking about these notes right here?

13         THE WITNESS:  No, this.

14         MR. PALMER:  That, we don't have...

15         THE WITNESS:  This was submitted to the court

16 reporter when we had --

17         MR. PALMER:  Never.  Never.

18         MS. ELFENBEIN:  -- with everything that was submitted

19 on the itemized list.

20         MR. PALMER:  We have never seen that document.  He's

21 got stuff -- he's got stuff I subpoenaed on three occasions.

22 And I've got here, is the last one, 2009, got a complete chart

23 for everything, completely intact.  I don't have these

24 documents that he's referring to.  His own notes.  This is it.

25         Now, we took his deposition and throughout the

WEDNESDAY, JUNE 24th, 2009

1  original deposition with the attachment, what the court

2  reporter has, which we will do, there are no notes other than

3  what we had subpoenaed on two other occasions.  We constantly

4  have been subpoenaing him because I thought he was giving her

5  treatment.

6        I kind of understood that there may be something out

7  there because when you hear the substance of his testimony,

8  it's going to be clear that this notice of September 1, 2006,

9  where he puts the date of the accident as 3/1/2005.  His

10 testimony is now that this was all a big mistake, and that the

11 date of accident, here, should really be August 30, 2006.

12       And when he gave his testimony in deposition, it was,

13 kind of, as if he was reading from something or had some other

14 outside source of knowledge.  And so we sent another subpoena.

15 We got those records after his deposition, and they're the

16 same.

17       So I'm not really sure that's the issue in this case.

18       THE COURT:  Well, what is the relief that you're

19 asking for?  What is it that you want know to do now?  What is

20 it you want know to do?

21       MR. PALMER:  My motion is to strictly limit him to

22 the information contained within the document that had been

23 produced in this case.  That's what we're prepared to do, talk

24 about this that's been produced.

25       MR. CROOKS:  That's fine, Your Honor.

WEDNESDAY, JUNE 24th, 2009

1          MR. PALMER:  Okay.

2          MR. CROOKS:  I will limit any conversation to the

3  document as it has been produced to counsel, as well as the

4  documents that we have in the plaintiff's notebook.

5          MR. PALMER:  Okay.  That's fair.

6          THE COURT:  Okay.

7          MR. CROOKS:  And if you like, I will have him remove

8  whatever handwritten notes he has.

9          MR. PALMER:  In fact, what you can do, since I have

10  multiple copies of this, he can use this.

11          THE COURT:  Well, he's got his own.

12          MR. CROOKS:  That's fine.  Thank you.

13          THE COURT:  Okay.

14      (End of sidebar discussion.)

15          THE COURT:  Okay.  You can continue.

16          MR. CROOKS:  Thank you.

17  Q.  Looking at defendant's trial notebook, the next page after

18  your initial consult exam, you happened to see Ms. Mathura,

19  correct?

20  A.  Yes.

21  Q.  And briefly describe your treatment to her?

22  A.  On this date we did electric stimulation, hot packs,

23  manual therapy, which is, basically, stretching, massage work,

24  and a chiropractic adjustment for low back.

25  Q.  Now, okay.  Electronic stimulation, what is that, exactly?

WEDNESDAY, JUNE 24th, 2009

1  A.  Well, it's a therapy device that's designed to help reduce

2  muscle spasm and tightness in someone's back, where we put the

3  hot packs right over the area.  They're, basically, these

4  small electrical pads that you put directly on the patient's

5  skin.

6  Q.  And looking at that document, what were Ms. Mathura's

7  chief complaints?

8  A.  On that day, her chief complaints were her neck, her low

9  back, her right shoulder, and radiating right leg pain.

10  Q.  Did you see her subsequent to that date?

11  A.  Yes.

12  Q.  And what was your course of treatment with respect to

13  Ms. Mathura?

14  A.  On that day was the exact same treatment that she received

15  the prior visit.

16  Q.  The next document, you've made comments.  Could you read

17  those comments?

18  A.  Yes.  I wrote that her cervical restriction had been

19  improving.

20  Q.  You provided her treatment?

21  A.  Yes.

22  Q.  Okay.

23  A.  On that day, actually, we also did ultrasound, which we

24  hadn't done in the previous days.

25  Q.  Describe ultrasound to members of the jury?

1   A.   Ultrasound is a small device that you put some cream on

2   and it -- it sends out electrical pulses; and it's also

3   designed to help -- it's a much deeper heating device that

4   helps to eliminate the spasm in that region.

5   Q.   And you continued your course of treatment subsequent to

6   that date?

7   A.   Yes.

8   Q.   And the next date of treatment would be as per defendant's

9   exhibit?

10   A.   The date?

11   Q.   Yes.

12   A.   Was on 9/11 of '06.

13   Q.   What was your prognosis with respect to 9/11/06?

14   A.   She was still in a guarded condition.  We weren't

15   seeing -- yeah, a little bit -- like I said, a little bit

16   improvement to the neck, but at that point had no improvement

17   in the low back.

18   Q.   What is the guarded position?

19   A.   "Guarded" just means that we're really unsure at that

20   point how well she's going to progress with treatment.

21   Q.   Okay.  The next date you've made some comments.  And if

22   you could publish those comments, what would those comments

23   be, sir?

24   A.   Yeah.  That the patient, basically, was having chronic

25   shoulder pain.

WEDNESDAY, JUNE 24th, 2009

1   Q.   And what was your course of treatment?

2   A.   On that day, we did electric stimulation, hot packs, and

3   manual therapy.

4   Q.   Subsequent to that, what did you then do to Ms. Mathura as

5   far as treatment?

6   A.   That was a few days later, we did chiropractic adjustment,

7   electric stimulation, hot packs, and manual therapy.

8   Q.   Explain to the jury, what is a chiropractic adjustment?

9   A.   Chiropractic adjustment is when your spinal column --

10  because of our motion and the way we can move, our bones do

11  shift out of place.  And when they do that, we -- basically,

12  there are a lot of different ways to do it, we put the bones

13  back in place to take the pressure off the nervous system and

14  take the pressure off the nerves.  A lot of people know that

15  as when they go to their chiropractor, that they crack them.

16  And that's what a chiropractic adjustment is.

17  Q.   The following date of the next course of treatment with

18  Tri-County would be when?

19  A.   It was on 9/19.

20  Q.   Okay.  You noted some modalities and procedures; if you

21  could explain that?

22  A.   Again, it was chiropractic adjustment, electric

23  stimulation, hot packs, and manual therapy.

24  Q.   Okay.  On 9/23/06 you noted some areas, here, with respect

25  to range of motion from the cervical row.  What is that?

WEDNESDAY, JUNE 24th, 2009

1   A.   That's, basically -- the areas that are circled are areas

2   that were painful, that had -- the cervical range of motion

3   was painful, or lumbar range of motion was painful in those

4   ranges of motion.

5   Q.   And what you're saying is -- I'm sorry.  So what areas

6   were circled with respect to painful areas and range of

7   motion?

8   A.   In the cervical area -- the cervical area is your neck,

9   and the lumbar area is your low back.

10        In her cervical region she had pain during flexion,

11  which is going forward; extension, which is going back; and

12  right and left lateral flexion, which is the side to side

13  motion.  But no restriction was noted on that day.  In that --

14  I'm sorry, in the cervical region.

15        The lumbar area we had pain during flexion,

16  extension, right lateral flexion, right lateral flexion, and

17  right rotation.  And also we had restriction of motion in

18  flexion, right lateral flexion, and right rotation.

19  Q.   The following day, following date of treatment 9/26/06,

20  you have notes here in your orthopedic, neurological, and

21  sensory exam.  Could you briefly explain what these notes are

22  with respect to shoulder decompression and various other notes

23  here?

24  A.   Sure.  On different days I do -- will do objective tests,

25  orthopedic tests, and neurological tests.  On this day two

156

1   orthopedic tests were performed.  One is called "shoulder

2   depression."  And that's when you have the patient -- well,

3   you, basically, push on the neck and the shoulder at the same

4   time and see if it elicits pain and, you know, where you feel

5   a restriction there.  And that was -- that was positive on

6   both sides.

7          In the low back area we did a test called the

8   "bilateral leg lowering test," where you, basically, see if

9   the patient can lower their legs.  After you raise the legs

10  up, you hold them and to see -- it's kind of a muscle test

11  where you're seeing if the legs can be lowered.  And that was

12  also positive.

13  Q.  When you say "positive," what does that mean?

14  A.  "Positive" means that it was bothering her, that that was

15  a positive test.  It was.

16  Q.  Thank you.  If you could forward to the next date of

17  treatment.  Once again, in the orthopedic section, there's a

18  note here, 50 percent, could you explain?

19  A.  Actually, that's 50 degrees.

20  Q.  50 degrees, I'm sorry.

21  A.  Lasegue's test is where you lay the patient on the

22  ground -- I'm sorry, on the table, and you raise each leg one

23  at a time.  And with that test you're trying to see,

24  basically, to what point you can't raise that leg anymore.

25  And at about 50 percent -- I'm sorry, about 50 degrees normal,

WEDNESDAY, JUNE 24th, 2009

1  the lowest level of normal is 65 degrees.

2          And in this case we were only able to raise her leg

3  up to 50 degrees.  And, also, she had radicular right leg

4  pain, also, on the right side.

5  Q.  Would you explain what radiculopathy is or radicular pain?

6  A.  Sure.  Usually radicular pain is caused by -- could be

7  caused by multiple reasons.  But most of the time in these

8  situations it's caused by the low back where you get either

9  compression of a disk or you have some reason where the bone

10 is out of place that's causing pressure to be put on that

11 nerve and causes pain along the pathway of that nerve.

12          Obviously, the low back -- sorry, not obviously, but

13 the low-back area, the lumbar region, supplies the hips and

14 the legs and the buttock area.  Of course, they're also into

15 the groin, and that's where the nerves from that region are

16 located.

17 Q.  You said "buttock area"?

18 A.  Yes.

19 Q.  If we could fast forward to the next date of treatment.

20 You have comments.  If you could explain to the jury what

21 these comments are, Doctor?

22 A.  Actually, on that date she was experiencing radicular left

23 leg pain and I just made a note of it.

24 Q.  Through the course of treatment -- I'm not, obviously due

25 to time constraints, I'm not going to go through all of these,

WEDNESDAY, JUNE 24th, 2009

1   but how many weeks of treatment did Ms. Mathura -- if you

2   like, you can refer to plaintiff's notebook?

3   A.  She -- I think, I -- well, the date that I actually

4   finalized her was in February.  So this was you, know, from --

5   Q.  February of what year, Doctor?

6   A.  February of '07.  So about eight -- whatever that comes

7   out to months-wise.

8   Q.  And the date of accident from Narita was 8/30/06?

9   A.  '06.  I did continue to treat her afterwards, but I did

10  not chart it anymore due to, basically, the bill was getting

11  too large.

12  Q.  The bill was getting too large?

13  A.  Yeah.

14  Q.  Did you ever receive payment with respect to that large

15  bill?

16  A.  I did receive a partial payment on the bill, but it was

17  only around $700.

18  Q.  What was the total bill?

19  A.  The total bill was around $14,000.

20  Q.  Okay.  I would like you to turn your attention to what is

21  marked and tabulated as plaintiff's trial notebook, Tab Number

22  6, document marked as "final narrative report."  Are you

23  familiar with this document, Doctor?

24  A.  Yes.

25  Q.  What is a final narrative report?  If you could explain

1  that to the jury.

2  A.   Yes.   When a patient, basically, reaches what we call

3  maximum medical improvement -- and maximum medical improvement

4  is, basically, a term when we feel like the patient just

5  isn't -- that the -- their symptoms have remained the same for

6  a constant period of time.   At that point, we say that they're

7  not going to improve.   And at that point, we can give them a

8  rating and put them at maximum medical improvement from a

9  chiropractic standpoint.

10 Q.   Could you read the date of accident on -- so we can

11 publish this to the jury?   Could you read the date of accident

12 on your final narrative report --

13 A.   Yes.

14 Q.   -- and the subsequent line?

15 A.   "Date of accident was 8/30/06."   I'm not -- do you mean on

16 the first page or --

17 Q.   First page, correct.

18 A.   And then the next line states, "On February 22, 2007,

19 Mrs. Lorna Beach-Mathura presented herself in this office for

20 a final evaluation.   The following results are my findings."

21 Q.   Okay.   Now, let's move along to your final complaints.

22         Firstly, let's start with this.   In your final

23 narrative report --

24 A.   Yes.

25 Q.   -- did you utilize an MRI or any imaging?

1  A.  Yes, absolutely.

2  Q.  Okay.  Okay.  In your final complaints, if you could read

3  and publish that to the jury, the next line there.

4          MR. PALMER:  Objection to predicate.

5          THE COURT:  Overruled.  He's publishing an exhibit

6  that's been admitted.

7          THE WITNESS:  "The final complaints:  Patient

8  continues to have persistent complaints of neck, low back

9  pain, and radicular right leg pain.  The lumbar MRI scan was

10 performed on December 7, 2006."

11 Q.  Okay.  Do you know where that lumbar MRI scan was

12 performed or...

13         Well, that's fine.  Let's move along.  I'll ask you

14 another question.  Okay.

15         Final complaints following that, what does the next

16 two lines indicate?  Same document.

17 A.  Okay.  That the patient was evaluated by a Dr. Andrew

18 Frank, M.D. and that the patient was scheduled for an

19 evaluation with Dr. Dennis Zaslow, orthopedic surgeon.

20 Q.  Now, Dr. Zaslow, who is deceased, he's an orthopedic

21 surgeon?

22 A.  Yes.

23 Q.  Could you explain his function?

24 A.  Well, at that point, like I said, she had felt like she

25 had reached maximum medical improvement.  That the therapies

WEDNESDAY, JUNE 24th, 2009

1   that we perform and I'm able to perform just weren't helping

2   her anymore.  And we were only helping her on a temporary

3   basis.  So, therefore, I wanted to send her out to see a

4   different specialist, to see if there was anything else that

5   could be done to help her pain.

6   Q.  Okay.  In your final examination, what did you make in

7   terms of an assessment?

8   A.  The final assessment?

9   Q.  Yes.

10  A.  Okay.  That, basically --

11  Q.  Well, let's talk about the final examination before we go

12  into the assessment.

13  A.  Okay.

14  Q.  What did you do with respect to the final examination --

15  A.  Well, I --

16  Q.  -- with respect to Ms. Mathura?

17  A.  The examination, first, was, I examined her cervical

18  spine, her neck, she revealed complaint of flexion, extension,

19  right lateral bending and left lateral bending.  There was

20  spasm palpable throughout the entire cervical spine.  There

21  was associated tenderness with the corresponding paravertebral

22  musculature.

23          Yeah, basically, there was spasm throughout her neck

24  which is just tightness.  There were also a few -- there was a

25  positive orthopedic test, the pinwheel testing which

WEDNESDAY, JUNE 24th, 2009

162

1   basically --

2   Q.   Describe the "pinwheel testing."

3   A.   -- is a sensory --

4   Q.   Describe the "pinwheel testing."

5   A.   Yes.  Pinwheel testing is to determine sensory, the --

6   basically, when somebody -- when we do a pinwheel testing is

7   you run a -- well, it's actually a pinwheel across both arms

8   and you see if the two sides are -- the sensation from side to

9   side is the same.

10          In the cervical region, it was the same.

11  Q.   Okay.

12  A.   Her reflexes were normal; and that's in the neck.

13  Q.   Okay.  Further, with respect to the lumbar spine, what did

14  you do with respect to an examination?

15  A.   Okay.  Again, we did the full range of motion test where

16  we had painful motion of, again, upon flexion, extension,

17  right lateral flexion, left lateral flexion, and right

18  rotation.  And rotation was not something we discussed before.

19  Rotation is just when you twist back and forth.

20  Q.   When you twist back and forth?

21  A.   Yeah, if it's right rotation, that means you twist it to

22  the right.  If it's left rotation, you twist it to the left.

23  Q.   What were the results of those tests?

24  A.   Like I said, those were -- everything was, basically,

25  painful, other than left rotation.  The rest was all painful.

WEDNESDAY, JUNE 24th, 2009

1    Q.   Okay.

2    A.   Also, with the range of motion, she did have restriction

3    of motion upon flexion and right lateral bending.

4    Q.   Let's fast forward, for a moment, from the final

5    examination to the next page where it says "patient ledger,"

6    do you see that document, Doctor?

7    A.   Yes.

8    Q.   With respect to this patient ledger, what would be the

9    total number of visits that you outlined here?

10   A.   Total number of visits?  It was -- I believe, it was 62.

11   Q.   62?

12   A.   62 total visits, yes.

13   Q.   Thank you.  And we've already gone through some of the

14   treatment which you've provided, the electro-stim.  The

15   adjustment, as well as other type of tools utilized in your

16   profession to deal with this matter.

17          If you could, summarize this patient ledger for

18   myself, as well as the jury?

19   A.   Well --

20   Q.   Briefly, if you could?

21   A.   To summarize it, basically, she, you know, we continued to

22   treat her.  She would, you know, continually tell us that with

23   the treatment -- and you know for a day or so it would feel

24   pretty good and then her pain would come right back.  The

25   restriction of motion was pretty much noted the entire time.

WEDNESDAY, JUNE 24th, 2009

1  The painful motion was noted the entire time.  And she didn't,

2  basically, from day -- after 62 visits, she didn't make a

3  tremendous amount of improvement.

4  Q.  On this patient ledger, we see, for instance, an entry

5  that says "manip one-half regions."  I'm referring to page 8

6  of 9, on that same ledger.  What is that?

7  A.  Manipulation is the chiropractic adjustment.

8  Q.  And one-half regions would mean?

9  A.  No, that means one to two regions.

10 Q.  One to two, would you explain that?

11 A.  Yes, that just means that we adjusted either one to two

12 different areas of her spine; and manipulation is chiropractic

13 adjustment.

14 Q.  Thank you.  Now, what are the total charges on this

15 document marked as "patient ledger"?

16 A.  The total charges were $14,015.

17 Q.  Okay.  Let's turn back to document marked as "final

18 narrative report, and subsection says "Final Assessment."  You

19 utilized the AMA guidelines with respect to impairment

20 ratings?

21 A.  Absolutely.

22 Q.  Briefly describe to the jury what the AMA guidelines are,

23 and impairment ratings?

24 A.  Based on my impairment rating?

25 Q.  Based on your knowledge.

WEDNESDAY, JUNE 24th, 2009

1  A.  Well, the AMA guide is, basically, a guide that in order

2  to determine injuries of a patient, we're able to give

3  percentages based on body parts or the activities that the

4  patient should be able to perform.  And that all correlates to

5  different parts of the body, and there are numbers assigned to

6  each one.  The percentage is, basically, percentage of the

7  body as a whole.

8  Q.  Thank you.  Now, just before that, you have in the area

9  that says "Final Assessment," a line that starts "The patient

10  has obtained..." if you could read that and publish that to

11  the jury, please?

12  A.  Sure.  I wrote, "The patient has obtained a point of

13  maximum medical improvement from a chiropractic standpoint.

14  Her persistent objective complaints are consistent with

15  objective examination findings -- "

16         MR. PALMER:  I need to object, Judge.  This goes into

17  that order on our motion in limine.

18         THE COURT:  Your objections to the exhibit were

19  overruled.

20         MR. PALMER:  Okay.

21         MR. CROOKS:  Thank you, Your Honor.

22  BY MR. CROOKS:  :

23  Q.  If you could read that a little bit slower, I think the

24  court reporter is having problems recording, as well as the --

25  possibly, the jury and myself.

WEDNESDAY, JUNE 24th, 2009

1   A.   No problem.   I wrote, "Her persistent subjective

2   complaints are consistent with the objective examination

3   findings, and with the dynamics of the type of injuries

4   sustained in the slip-and-fall accident on August 30, 2006."

5   Q.   And August 30, 2006, would be the day she fell -- the date

6   of accident, correct?

7   A.   Yes, the day she fell in the airport, yes.

8   Q.   And that would be the date she fell in Narita, Japan?

9        MR. PALMER:   Objection.   That goes outside the

10  exhibit, itself.

11       THE COURT:   Sustained.   Let's move it along, Counsel.

12       MR. CROOKS:   Absolutely, Your Honor.

13  Q.   In your final assessment, you estimated follow-up care in

14  the course of treatment with respect to Ms. Mathura.

15       What is that course of treatment with respect to

16  additional care that she would need outside of the already

17  $14,000 that she has already received?

18  A.   Under the follow-up care in the course of one year would

19  be 24 treatment visits at a cost of approximately $4,000.00.

20  And reexamination at six-month intervals at a cost of

21  approximately $170.

22  Q.   Okay.   That's one year of 24 treatments?

23  A.   Yes, about twice a month.

24  Q.   Okay.   Which would come out to an additional $4,000?

25  A.   Approximately.

1  Q.  Okay.  And then the reevaluation cost would be about $170?

2  A.  Yes.

3  Q.  And that's six-month intervals?

4  A.  About every six months, yes.

5  Q.  Additionally, if you could publish to the jury your

6  comments after that line, in which starts with "patient's

7  cervical condition"?

8  A.  Sure.  I wrote, "If the patient's cervical condition shows

9  a frequent or a significant exacerbation of symptoms, then

10  additional diagnostic testing, such as a cervical MRI scan,

11  would be warranted at a cost of approximately $1,500."

12  Q.  Now, when you made this assessment, you utilized an MRI

13  scan and imaging, right?

14        MR. PALMER:  Objection.  Leading.

15        THE COURT:  Overruled.  He can get into the area.

16        MR. CROOKS:  Thank you.

17        THE WITNESS:  Yes, of course.

18  BY MR. CROOKS:

19  Q.  You said "of course"?

20  A.  Yeah, absolutely.  It's -- I don't see how anyone can

21  evaluate a patient without an MRI in these types of

22  situations.

23  Q.  Okay.

24        MR. CROOKS:  I have no further questions.  Thank you,

25  very much, Doctor.

WEDNESDAY, JUNE 24th, 2009

```
 1              THE COURT:  Okay.  Cross-examination?

 2                      CROSS-EXAMINATION

 3  BY MR. PARKER:  :

 4  Q.  Good afternoon, Doctor.

 5  A.  Good afternoon.

 6  Q.  You're not a radiologist, correct?

 7  A.  No, I'm not.

 8  Q.  You're not an M.D., correct?

 9  A.  No, I'm not.

10  Q.  Okay.  Let's go back to -- well, let me ask this way,

11  you're not licensed to interpret findings of MRI studies,

12  correct?

13  A.  No, I'm not.

14  Q.  I want you to go back to Tab Number 3 on the defendant's

15  exhibit.  And you can -- you can start where you left off.  Go

16  to the last page of Tab Number 3 in Defendant's Exhibit.

17  A.  It's the last page?

18  Q.  Yeah, that's a good start.

19  A.  Okay.

20  Q.  There's a stamp on it.

21  A.  Yes.

22  Q.  What's that stamp, it says Bureau of Victim Compensation,

23  correct?

24  A.  Yes.

25  Q.  Now, you know what the Bureau of Victim Compensation is,
```

WEDNESDAY, JUNE 24th, 2009

1  correct?

2  A.  Sure.

3  Q.  Okay.  So if you keep going, flip pages back, you can

4  find -- end up at one that's dated September 2nd -- sorry.

5  Actually, let's go to September 1, 2006.  When you're there,

6  let me know.  Are you on September 1st, 2006?

7  A.  Yes.

8  Q.  That has our same stamp, the Bureau of Victim Compensation

9  Office of the Attorney General, correct?

10  A.  Yes.

11  Q.  And you indicated earlier in this case that you had

12  received payment from some source in the amount of $733,

13  correct?

14  A.  Yes.

15  Q.  You're aware, sir, aren't you that that payment came from

16  the Bureau Victim Compensation Office of the Attorney General?

17  A.  Yes.

18  Q.  Okay.  And you're also aware that you submitted a claim

19  form, are you not, sir, directly to the Bureau of Victim

20  Compensation Office of the Attorney General, correct?

21  A.  Yes.

22  Q.  And if you flip one, two, three, four, five more pages,

23  you will find your initial claim form?

24  A.  I don't see that.  Oh, yes.

25  Q.  It's got your signature in the lower left-hand corner,

1  correct?

2  A.  Yes.

3  Q.  Dates of service.  They're kind of hard to read.  But it

4  says September 1st, 2006, that's the date of service, correct?

5  A.  Yes.

6  Q.  For this claim form?

7         THE COURT:  I'm sorry, Counsel.  I'm not with you.  I

8  don't know where you are.

9         MR. PALMER:  I'm sorry.  This is important, too.  I'd

10  like to -- what I did is, I went to the September 1, 2006,

11  note --

12         THE COURT:  Right.

13         MR. PALMER:  -- in the Bureau of Victim Compensation.

14  And if you turn -- flip over pages going back towards the

15  front, one, two, three, four, five, there is a health

16  insurance claim form.

17         THE COURT:  Okay.  I think --

18         MR. PALMER:  It looks like this, Your Honor.

19         THE COURT:  Well, not what mine looks like.

20         MR. PALMER:  Okay.

21         MR. CROOKS:  I don't have that.  Your Honor, I don't

22  have that in my notebook, either, which was provided by

23  opposing counsel.

24         MR. PALMER:  Let me see if the witness has it.

25         THE WITNESS:  I do.

WEDNESDAY, JUNE 24th, 2009

171

```
 1              MR. PALMER:  It's in the chiropractor's book.

 2              MR. CROOKS:  I don't have that, Your Honor.

 3              MR. PALMER:  Let me see what you have.  Right here.

 4              MR. CROOKS:  What?

 5              MR. PALMER:  Right there.  It's in the binder.  Let

 6  me try to go through this, again.

 7              THE COURT:  It's in the binder?  Somewhere?

 8              MR. PALMER:  In the binder, Tab 3.  September --

 9  well, I can do this.  I can use the ELMO.

10              THE COURT:  Okay.  I see a health insurance claim

11  form that's got a fax date of November 19, 2006, at the top of

12  it.  Is that what you're looking at?

13              MR. CROOKS:  That's what I'm looking at.

14              MR. PALMER:  That is correct.

15              THE COURT:  After the 10/3/06 patient sheet in my

16  folder?

17              MR. PALMER:  That is correct.  That is the one.

18              THE COURT:  And it's got a fax, and it says

19  Tri-County at the top, and it says S. Harris 2006-509OVC with

20  a circle around it?

21              MR. PALMER:  That is it.  All right.  Well, let me do

22  the best I can with this document.

23              THE COURT:  At least it will help everybody find the

24  insurance claim form in their binders.

25  BY MR. PALMER:  :
```

WEDNESDAY, JUNE 24th, 2009

172

1    Q.   The insurance claim form I have up on the ELMO right now,

2    Doctor, that is for -- here's a pen -- coverage dated

3    September 1st, coverage for an incident of September 1st,

4    2006, correct?

5    A.   Yes.

6    Q.   And that's the first that you saw the plaintiff as a

7    patient, correct?

8    A.   Yes.

9    Q.   And you submitted this document to get benefits to get

10   paid for that particular session with the plaintiff, correct?

11   A.   Yes.

12   Q.   And the date of the incident, which is noted on this

13   particular claim form for which you submitted seeking to get

14   payment for the services you rendered was March 1st, 2005,

15   correct?

16   A.   Yes.

17   Q.   And that's the date of the incident in which she was

18   assaulted at her school, correct?

19   A.   Yes.

20   Q.   And not the date of the wheelchair incident that we're

21   here about today, correct?

22   A.   Yes.

23   Q.   So when you say that you haven't received payment as a

24   result of this accident, you have received payment because you

25   charged the Department of Victims Compensation for benefits

WEDNESDAY, JUNE 24th, 2009

173

1  relating back to an accident which is not involved with

2  American Airlines, correct?

3  A.  Well, we were asked by the office of the bureau -- by that

4  office, we got call from a Stephanie Harris and asked us to

5  submit that to her.  So my office just did as they were asked.

6  Q.  Well, surely, Doctor, you wouldn't be submitting claims

7  forms for benefits related to incidents which aren't the cause

8  of the reason that you're treating her, are you?

9  A.  Well, this was an exacerbation of an already-existing

10  injury, therefore --

11  Q.  So what's your --

12  A.  We didn't do that, no.

13  Q.  So what you have done, then, you have submitted a claim to

14  the Department of Victims Compensation claiming that the date

15  of the incident is the date of the -- felonious assault,

16  correct?

17  A.  Well, like I said, we were asked by the -- by them, our

18  office was called by Stephanie Harris, asking us to send the

19  bills to her.  We explained to her what actually occurred,

20  that she fell in the airport, and she said to still submit the

21  bills to her, so we did.

22  Q.  All right.  And there's somewhere on this insurance claim

23  form that we've been discussing about -- well, actually,

24  there's nowhere on this insurance claim form that you

25  submitted seeking compensation for this service that there was

174

1    some incident which occurred a year and a month later,

2    correct?

3    A.   There's nowhere on there to put something like that, no.

4    Q.   And then on Exhibit Number 1 of defendant's binder --

5    A.   Yes.

6    Q.   -- that is your initial examination report, correct?

7    A.   Yes, that's the first day I saw it.

8    Q.   And that is September 1st, 2006 -- well, let me go back.

9    That's not the first day you saw her, correct?

10   A.   Yes, that was the first day I saw her.

11   Q.   So if Ms. Beach-Mathura --

12   A.   I mean, I had treated her previously.  But that was the

13   first day I saw her for this accident, yes.

14   Q.   Okay.  Going back to your note of September 1st, 2006, it

15   says "Re:  Lorna Beach-Mathura," correct?

16   A.   Yes.

17   Q.   And underneath "re:" on the first note that you have

18   pertaining to this particular patient, what is the date of

19   accident that you've referenced?

20   A.   3/1/05.

21   Q.   And is that the same date on the claim form that you

22   submitted to the Department of Victims Compensation?

23   A.   Yes.

24        MR. PALMER:  Judge, I don't have any further

25   questions.

WEDNESDAY, JUNE 24th, 2009

```
1              THE COURT:  Redirect, Mr. Crooks?

2              MR. CROOKS:  Yes, Your Honor, very briefly.

3                      REDIRECT EXAMINATION

4   BY MR. CROOKS:  :

5   Q.  Dr. Rudolph.

6   A.  Yes.

7   Q.  In -- on the ELMO, we have documentation here, stamped

8   Bureau of Victims Compensation, Office of the Attorney

9   General, correct?

10  A.  Yes.

11  Q.  Okay.  What is written on the top of that?

12  A.  I'm not sure what you're looking at.

13  Q.  Says "S. Harris," who's S. Harris?

14  A.  Stephanie Harris was --

15  Q.  And who is she?

16  A.  The representative that had called my office from the

17  attorney general's office.

18  Q.  And she is from the U.S. Attorney's Office?

19  A.  Yes.  I --

20  Q.  Or she's from an attorney's office?

21  A.  No.  The -- it was the attorney general's office for the

22  state of Florida, I believe.

23  Q.  And what did she tell you to do?

24              MR. PALMER:  Objection.  That's asking for hearsay.

25              THE COURT:  Sustained.
```

WEDNESDAY, JUNE 24th, 2009

```
 1   BY MR. CROOKS:  :

 2   Q.  What did you do?

 3   A.  Well, I was asked to --

 4           MR. PALMER:  Objection.  Again, that's hearsay.

 5           THE COURT:  Well, it's not going to be offered for

 6   the truth of the matter asserted.  And I'll instruct the jury

 7   that it's not being offered for the truth of the matter

 8   asserted, but only to explain his later actions.  So you can

 9   continue.

10           MR. CROOKS:  Thank you, very much, Your Honor.

11   Q.  What did you do?

12   A.  I was asked by the attorney general to write an initial

13   report based on the first visit that I saw her.  I explained

14   to them that this -- that there was a separate incident --

15           MR. PALMER:  Objection.  That is hearsay now.

16           THE COURT:  He's saying what he did, and what he

17   explained, so it's overruled.

18           MR. CROOKS:  Thank you.  Sorry.  Could you start

19   again?

20   A.  Yes.

21   Q.  What did you do?

22   A.  We were asked by the attorney general to write an initial

23   report from the first date that I saw her.  Again, I explained

24   to her that this was from a separate incident.  She said that

25   still to go ahead and to -- so they could have an initial
```

1 report from that date.  And -- and so that's we did.  We

2 submitted the first initial bills and then, basically, stopped

3 doing it.

4          MR. CROOKS:  Thank you, very much.  I have no further

5 redirect.

6          THE COURT:  Okay.  Thank you.  Are you standing

7 because you're asking permission for recross?

8          MR. PALMER:  Yes, Your Honor.

9          THE COURT:  Briefly.  And are you going to use the

10 ELMO or can you move that screen up?

11          MR. PALMER:  I've given up on using the ELMO.

12                    RECROSS-EXAMINATION

13 BY MR. PALMER:  :

14 Q.  I want to ask you to just follow-up on what you're telling

15 us.  If your office had a conversation with the attorney

16 general's office, that conversation, if there was phone logs

17 kept, would be kept in those phone logs, correct?

18 A.  We don't keep phone logs.

19 Q.  Okay.  In any event, what you're telling us is that the

20 attorney general's office, essentially, called your office and

21 told you to create a report which was, in fact, false,

22 correct?

23 A.  No, it's not false.  It's asking me the first date of

24 service that I saw her.

25 Q.  Okay.  And your first initial examination report refers to

1   an accident which occurred on 2005, correct?

2           MR. CROOKS:  I'll object, Your Honor.  This was asked

3   and answered in --

4           THE COURT:  Overruled.

5           THE WITNESS:  I'm sorry, what was the question?

6   BY MR. PALMER:  :

7   Q.  Your initial examination report refers to an incident

8   which occurred on March 1st, 2005, correct?

9   A.  The incident -- the report that I wrote for the attorney

10  general, yes.

11  Q.  In fact, your September 1, 2006 initial examination report

12  does not make any mention, no mention, zero, of the event

13  which we are discussing here today, correct?

14  A.  That report that I wrote for the attorney general does

15  not, no.

16  Q.  Okay.  Nowhere in this initial examination report does it

17  say "attorney general," correct?

18  A.  The -- like I said, the report was only done for --

19  because the attorney general asked for it.

20  Q.  Okay.  Doesn't say "attorney general," correct?

21  A.  I -- I didn't put his name on it, no.

22          MR. PALMER:  I don't have any other questions for

23  this witness.

24          THE COURT:  Okay.  Thank you, Dr. Rudolph.  You can

25  be excused.

WEDNESDAY, JUNE 24th, 2009

1          Mr. Parker?

2          MR. PARKER:  We have no other witness right now.  We

3    are reserving our rights.  We are not going to rest.

4          THE COURT:  Well, you're either going to call a

5    witness, or you're going to ask me to recess early.

6          MR. PARKER:  I will exercise the second choice, Your

7    Honor.

8          THE COURT:  Okay.  Come to sidebar.

9          (Sidebar discussion on the record as follows:)

10         THE COURT:  Okay.  Why are you asking me to recess

11   early?

12         MR. PARKER:  At this time at 5:00, Your Honor.

13         THE COURT:  It's not 5:00, it's -- it's not quite a

14   quarter until 5:00.

15         MR. PARKER:  Okay.  It would be in judicial --

16         THE COURT:  Who is it that you want to call who isn't

17   here?

18         MR. PARKER:  We don't have anybody else, Your Honor.

19         THE COURT:  Then why aren't you ready to rest?  You

20   have no other witnesses.  All of your exhibits have been

21   admitted.  Why do you not want to rest?  I intend to go

22   forward.

23         MR. PARKER:  Absolutely, Your Honor.

24         THE COURT:  He can't make his motions, whatever they

25   are, until you rest.  He has very brief testimony that he

WEDNESDAY, JUNE 24th, 2009

```
1   wants to get in which we may go late to get in.  I don't know
2   how much he has to read, whether it's 10 minutes or 40
3   minutes.  But why is it that you want a continuance?
4          MR. PARKER:  Well, I will withdraw that request at
5   this point, based on Your Honor's comment.
6          THE COURT:  Well, I'm asking you.  I'm not going to
7   recess early for the sake of recessing early.  If you have a
8   reason, I'll listen to the reason.  But if you have no other
9   witnesses and all exhibits are admitted, I don't see the basis
10  for seeking a continuance before you rest.
11         MR. PARKER:  We will rest then, Your Honor, since we
12  have evaluated where we are.
13         THE COURT:  Okay.  Then I'll let you rest.
14     (End of sidebar discussion.)
15         THE COURT:  Okay.  Thank you, Mr. Parker?
16         MR. PARKER:  The plaintiff will rest, Your Honor.
17         THE COURT:  Okay.  Thank you.  Mr. Palmer, do you
18  want to come sidebar for motions?
19         MR. PALMER:  Yes, Your Honor, we do have motions.
20         THE COURT:  I'll hear them at sidebar, briefly.
21     (Sidebar discussion on the record as follows:)
22         MR. PALMER:  Ms. Elfenbein will be making the
23  arguments.
24         THE COURT:  Just make your motion.  I'm not going to
25  hear extended argument, I can tell you that.  But you can make
```

WEDNESDAY, JUNE 24th, 2009

1   your motion.

2          MS. ELFENBEIN:  Judge, move for judgment as a matter

3   of law on several grounds.  The first being the negligence

4   cause of action.  There is no evidence, whatsoever, to prove

5   the first element of duty to prove that the person who brought

6   the wheelchair over was an American Airlines' agent or

7   employee.

8          THE COURT:  Denied.  I find there is sufficient

9   evidence based on the testimony and the findings as a result

10  of the actions of an America Airlines' employee to bring a

11  wheelchair.  Certainly not strong, but there's sufficient

12  evidence.

13         MS. ELFENBEIN:  Secondly, Your Honor, looking at the

14  allegations in paragraph 13 which state the breach allegations

15  in the complaint, there was no evidence of (A), that the

16  wheelchair brakes were not interlocked;

17         Or (B), that the subject of the wheelchair lacked

18  appropriate written warnings.  There was no evidence about

19  warnings;

20         (C), there was no evidence that the wheelchair lacked

21  appropriate safety devices;

22         (D), there is no evidence of inadequate testing of

23  the wheelchair produced by the plaintiff;

24         (E), there was no evidence of improper supervision in

25  the use or maintenance of the wheelchair;

WEDNESDAY, JUNE 24th, 2009

1          (F), there was no evidence of improper inspection of

2     the wheelchair prior to use by American Airlines;

3          And (G), there was no evidence that the subject

4     wheelchair failed to meet local, state, or federal codes.

5          For that reason there's been no evidence any of these

6     breach allegations.

7          THE COURT:  Okay.  Well, I'm going to stop you right

8     there because you chose to introduce into evidence all of her

9     interrogatories in which she stated all of those things

10    existed.  And, therefore, there is evidence in the form of her

11    answer to the interrogatory as to each and every one of them.

12    Now, you didn't have to do that.  You could have selectively

13    introduced answers to interrogatories, but you didn't.  You

14    introduced them wholesale.

15         And even aside from that and whether her answers to

16    interrogatories are competent proof.  I think the nature of

17    injury, the way that it occurred, is sufficient to give rise

18    to an inference of negligence in terms of failing to brake the

19    wheelchair and to make sure the brakes were in working

20    condition so that the wheelchair wouldn't have slipped back.

21    So it's denied on that ground.

22         MS. ELFENBEIN:  Okay.  Finally, Your Honor, our last

23    ground is lack of causation.  The case law in the Eleventh

24    Circuit is clear.  We have three cases, to preserve the

25    record, if I could cite those cases.

WEDNESDAY, JUNE 24th, 2009

1         THE COURT:  Yeah, that's fine.

2         MS. ELFENBEIN:  And I will give -- I have a packet of

3  those for Counsel, if they would like to take a look at the

4  cases.  It's the cases of *Winster v. Head*.

5         THE COURT:  Do you have a copy for me?

6         MS. ELFENBEIN:  Yep, I do.  2009, WL-585781, Eleventh

7  Circuit opinion, dated March 9, 2009.

8         As well as the case of *Webster v. Offshore Food*

9  *Service*, which is 434 F.2d 1191, out of the former Fifth

10 Circuit, dated 1970.

11        And the case of *Wilson v. Taser International, Inc.*,

12 citation 303 F.2d 708 Eleventh Circuit dated December 16,

13 2008.

14        THE COURT:  Let me just tell you my thought on this.

15 The woman fell and was in pain.  If American Airlines was

16 negligent, the pain that she suffered when she fell and was

17 caused by them would be a ground for recovery, irrespective of

18 whether it caused her spinal damage or not.

19        Now, it might be $100 worth of pain as opposed to a

20 $650,000 loss, but I think the evidence would be sufficient to

21 go to the jury on that ground.

22        Now, do you want to make any argument or do you --

23 and try to snatch defeat from the jaws of victory?

24        MR. PARKER:  No, Your Honor.

25        THE COURT:  Okay.

WEDNESDAY, JUNE 24th, 2009

1          MR. PALMER:  I have three short depos, and I've spent

2     time over lunch to pare them down to the bear minimum.

3          THE COURT:  How long do you think it will take you to

4     read those three depos?

5          MR. PALMER:  I think I can do it in 20 minutes.  And

6     Osborn is how long?

7          MS. ELFENBEIN:  Probably have 20 pages, at most,

8     each.  One is, like, fifteen.

9          MR. PALMER:  One is, like, five.

10          THE COURT:  Okay.  Well, I'm going to start with the

11     defendant's today.  I'm going to try to get through.  I want

12     to rest today.

13          I want to finish -- at least, have the defense rest

14     and the plaintiff will have an opportunity for a rebuttal

15     case, if you tell me you're going to call any witnesses in

16     rebuttal.  Obviously, if the plaintiff will have rebuttal, the

17     defendant will have rebuttal.

18          But I want to try to finish with the defense case

19     today, if we can.  Because I want this to go to the jury early

20     tomorrow, before lunch.

21          MR. PALMER:  Okay.  We'll talk extra fast.

22          MR. CROOKS:  Last time opposing counsel said he was

23     going to take 20 minutes, took about an hour and a half.

24          THE COURT:  He's reading a deposition.  That's all it

25     is.  He's reading the depositions that have been marked.  I

1   assume you have copies for me?

2        MS. ELFENBEIN:  We do.

3        THE COURT:  As well as opposing counsel, correct?

4        MS. ELFENBEIN:  Yes.

5        MR. CROOKS:  Thank you.

6        THE COURT:  So if you want to provide those to us,

7   I'll let the defense come --

8        MR. CROOKS:  Thank you, Your Honor.

9        THE COURT:  Thank you.

10     (End of sidebar discussion.)

11        THE COURT:  Is the defense prepared to go forward at

12   this time?

13        MR. PALMER:  We are, Your Honor.

14        THE COURT:  Mr. Palmer, how are you proceeding?

15        MR. PALMER:  Your Honor, if it pleases the Court, I

16   would like to start my case-in-chief with the deposition of

17   Brett Osborn, taken March 12th, 2009.  I'm going to read

18   selected portions of that deposition.

19        THE COURT:  And Ms. Elfenbein will be playing the

20   role of Dr. Osborn; is that correct?

21        MR. PALMER:  That is correct.

22        THE COURT:  Okay.  You can proceed.

23                    BRETT ADAM OSBORN

24     (Deposition is read into the record as follows:)

25   Q.  Could you please state your name for the record?

1   A.   My name is Brett Adam Osborn.

2   Q.   Okay.  Doctor, I'd like to go through a little bit of your

3   educational background.  Would you please tell me, first start

4   with your undergraduate.  Then tell me where you went to med

5   school and did your internship and your residency?

6   A.   Sure.  My undergraduate work was at Brandeis University in

7   Waltham, Massachusetts.

8          I subsequently went to Chicago College of Osteopathic

9   Medicine, which is in Downers Grove, Illinois.  And then I did

10  -- I obtained my DO degree there and then I trained in

11  neurosurgery for the next seven years at NYU Medical Center in

12  Manhattan.

13         Had been in practice for five years down in Florida,

14  and more recently have relocated to Huntington, West Virginia,

15  where I'm now in a group practice.

16  Q.   How long have you been practicing medicine?  Let's include

17  your residency.

18  A.   Including residency, that would have been seven years.  I

19  did five years down in Florida, now I'm on my sixth year.  So

20  this will be my 13th year.

21  Q.   Okay.  So 13 years total, with your residency?

22  A.   That's correct.

23  Q.   And you touched on it, but I just want to make sure,

24  you're field of specialty is neurosurgery?

25  A.   That's correct.

1  Q.  I want to turn your attention to the plaintiff in this

2  case, Ms. Lorna Beach-Mathura.  During the time you've

3  practiced medicine, have you had the opportunity to see or

4  evaluate Ms. Beach-Mathura?

5  A.  Yes.

6  Q.  When was the first time that you treated or evaluated her?

7  A.  It was on 1/26/2006.  That's my only office note.

8  Q.  So as far as you know, this was the only time in which

9  you've ever treated Ms. Beach-Mathura?

10 A.  Yes.

11 Q.  And how did she come in contact with you?  Was she a

12 referral?

13 A.  Yes, as always.

14 Q.  Okay.  What was the purpose of Ms. Beach-Mathura's

15 evaluation on January 28, 2006?

16 A.  She was referred to me because she had, basically, neck

17 and back pain.

18 Q.  Do you regularly take the history of your patient's past

19 medical condition in order to render an appropriate treatment?

20 A.  Always.

21 Q.  Do you rely on what your patients tell you as far as their

22 medical history in reaching conclusions and deciding your plan

23 of treatment?

24 A.  I rely on what they're telling me, but I also refer to the

25 medical record.

WEDNESDAY, JUNE 24th, 2009

1  Q.  In this case, did you take a history of Ms. Beach-Mathura

2  during this January 26, 2006, visit?

3  A.  Yes.

4  Q.  And what history does she provide you on this date?

5  A.  I'm, basically, going to read -- or I'll paraphrase any

6  initial consultation.

7          This patient is a 49-year-old female who sustained a

8  work site injury, basically, on March 1st of 2005.  So nine

9  months prior to my seeing her, initially.  She was a teacher

10  for Miami-Dade County Schools and was reportedly assaulted by

11  a student.  She relates him, and I quote, "slamming himself

12  against her and shaking her," closed quote.

13          This, her report, caused a quote, unquote, "whiplash

14  injury."

15  Q.  As part of the history she gave to you, is it correct that

16  Ms. Beach-Mathura told you up that she had experienced some

17  kind of whiplash injury which could have affected her cervical

18  spine and her lumbar spine as a result of the March 1st, 2005,

19  incident?

20  A.  Again, it's possible that, you know, she developed neck

21  and back pain if she were silently shaken.  A whiplash injury

22  would be what is called -- I would call it, a sprain/strain

23  injury, because I don't like to use that word "whiplash."

24  It's a very, sort of, subjective term.

25  Q.  Okay.  So if you could continue where you left off and

WEDNESDAY, JUNE 24th, 2009

1  tell me the rest of the medical history that she gave you on

2  January 26, 2006?

3  A.   Basically, she went to local workers' compensation

4  occupational health center, I believe it was called, the same

5  day that she was diagnosed with the sprain/strain injury of

6  the cervical and lumbar regions, which is consistent.

7          She was prescribed some pain medications.  She was

8  fit with a lumbar corset, it seems like, and placed in

9  physical therapy.  They did some x-rays, the x-rays of the

10  cervical region.  And I had quoted his report, so the treating

11  doctor's report does not show any evidence of depression,

12  fracture, or destructive legions.

13          The lumbosacral series, unremarkable.  The right

14  shoulder is negative for dislocation or fracture.  She was

15  then referred to Marshall Bronstein, who is a chiropractor.

16  Q.   Okay.  Before you get into Chiropractor Bronstein, I have

17  some follow-up questions about what you just told us about.

18          As far as the prescriptions that she was given by the

19  workers' compensation physician that she saw after the injury

20  occurred, what specifically were those prescriptions that she

21  was given?

22  A.   Relafen and Parafon Forte.

23  Q.   What are those prescriptions for?

24  A.   They're pain medications.  One is an anti-inflammatory,

25  Relafen.  And Parafon Forte, I believe, is a narcotic-based

1   pain medication, I believe.

2   Q.   Then continue in telling about the history, where we left

3   off with Chiropractor Bronstein, please?

4   A.   Sure.  So she was referred to Dr. Bronstein and he had

5   made mention in his report which I, of course, reviewed, that

6   his care had offered her only mild, temporary relief.  He had

7   made some allusion to having reviewed the MRI of the cervical

8   spine which is done about three months post-injury and stated

9   that, a quote, "revealed a central disc herniation at C5-6 and

10  the patient was subsequently -- it was subsequently

11  recommended that the patient see a neurosurgeon, hence the

12  referral."

13  Q.   To you?

14  A.   Yes.

15  Q.   Okay.  What kind of complaint did Ms. Beach-Mathura have

16  about her physical condition during your evaluation in January

17  26, 2006?

18  A.   Okay.  I'm quoting the fourth -- the third paragraph of

19  chief complaint that was from the initial evaluation.  Quote,

20  "She has, quote, tingling and numbness down to the right

21  fingers and no specific dermatomal distributions."  That's

22  making the comment that it didn't really follow the path of

23  any specific nerve involved all the fingers.

24          Quote, "She relates that her pain, however, mostly

25  lies within the shoulder joint itself; which is, obviously,

WEDNESDAY, JUNE 24th, 2009

1   consistent with her initial complaints, because she did have

2   pain in that shoulder.  Quote, "The pain that she experiences

3   in the lumbar region or in the low back, quote, radiates to

4   the lateral/posterolateral aspect of the right thigh."

5   Q.  So if you could just explain to the jury in layman's terms

6   what exactly that means when the pain is radiating to her

7   right thigh?

8   A.  Sure.  Typically, pain that radiates that is associated

9   with nerve root compression or stretching or inflammation,

10  radiates, or follows down the course of a nerve root.

11  Typically, the lumbar spine, the lower lumbar spine, which is

12  most commonly affected by degenerative disease.  So disc

13  herniation, which typically occurred L5-S1, the last level, or

14  L4-L5, the pain radiates down the back of the thigh into the

15  ankle, into the calve, into the bottom of the foot, into the

16  top of the foot.

17          Higher lumbar disc herniation like L-12, L-23, L-34,

18  those, typically, radiate down the front of the thigh.

19          In this case, the patient stated that the pain

20  radiated to the lateral or posterolateral, to the side and

21  sort of the back and side of the right thigh, without distal

22  radiation.  So it's possible that that happens.

23          Typically when pain is radiating down the leg, it

24  radiates more distally past the knee into the calve, into the

25  bottom of the foot to the top of the foot.  Once in a while

1    you'll hear a patient say that it goes down the back of the

2    leg and stops at the knee.  But that's much more uncommon.

3             She claimed to have some mild symptoms in the left

4    leg which were, if you look at my note, they were sort of

5    difficult to characterize.  And she stated that the back pain

6    is the dominant complaint that she had at the time of

7    presentation to me.  As a result of the low back and the right

8    lower extremity pain, she came to my office using a walker and

9    a lumbar corset.  That's, basically, her complaints.

10   Q.  So it sounds, like, from this, that her biggest complaint

11   during this evaluation was mostly low back pain?

12   A.  Correct.  That's correct.

13   Q.  Is that a fair statement?

14   A.  Yes.

15   Q.  Now, as part of her medical history, did Ms. Beach-Mathura

16   relate to you any other prior injury-causing events that she

17   may have experienced in her lifetime?

18   A.  Yes.  Again, we're trying to establish causality here,

19   which is why I always mention these things in my report.  She

20   had claimed to have been involved in four previous motor

21   vehicle accidents in which she injured her low back.

22   Q.  Okay.  Now, let's move on to the medications that she told

23   you she was on.  Could you tell us what prescription

24   medications she advised you she was taking?

25   A.  Yes.  According to my note, she was on LYRICA®, Toradol,

WEDNESDAY, JUNE 24th, 2009

1   Vicodin, and Flexeril.

2   Q.   And what are those medications for?

3   A.   LYRICA® is a medication for nerve pain.   So radiating pain

4   down the leg or an arm, typically the result of an

5   inflammatory process or some type of nerve compression.

6          Toradol is an anti-inflammatory medication which is

7   used to be short term.   So I doubt that she was actually on

8   it, because it's only to be used for five days, no more,

9   because it has very, very potent side effects.   Like bleeding

10  and gastrointestinal problems.   So she was probably not on

11  that, even though she said she was.

12         Vicodin is a narcotic, which is a Tylenol-based

13  narcotic.

14         And Flexeril is a muscle relaxant.

15  Q.   Is Vicodin used for some form of pain management?

16  A.   Yes.

17  Q.   What kind of examination did you perform on

18  Ms. Beach-Mathura on January 26, 2006?

19  A.   The typical history and physical.   So the physical

20  examination is a standard exam that I perform, which is spinal

21  components -- has a spinal component to it, entertaining,

22  obviously, her complaints, and then a neurological examination

23  which all are, sort of, standard/fair.

24  Q.   If you could, first, take us through the spinal component

25  of your examination and tell us what it consisted of and what

WEDNESDAY, JUNE 24th, 2009

1  your findings were?

2  A.  Yes.  Basically, it's a range of motion type of exam

3  initially.  And so we -- if the patient has neck pain, we're

4  putting them through a range of motion testing neck, range of

5  motion active and passing -- passive, so what the patient can

6  do, and what you can do, sort of, assisting the patient if

7  they're having a lot of pain during the active motion.

8           So, in other words, if they can't do it, then you,

9  sort of, can put them through range of motion and see where

10  they have pain and see what their limits are.

11          Then you just -- you do, sort of, a palpatory exam

12  where you check for tenderness in all the regions.  In her

13  case, it was cervical and lumbar regions.  That's, basically,

14  what you do.

15          As far as her exam is concerned, she exhibits

16  diffused limitations in ranges of motion in both the neck and

17  low back without associated spasm.

18          So there is an inconsistency already.  The fact that

19  she has -- that she has defusing limited ranges of motion

20  without associated spasm of the muscle.  Typically when the

21  muscles are tight, the ranges of motion are limited.  So we

22  know that she's had an injury to her or a suspected injury to

23  the muscles and the ligamented structures in the cervical and

24  low back.  So if she does have limitations in ranges of

25  motion, one would expect there to be some sort of spasm in the

WEDNESDAY, JUNE 24th, 2009

1   involved areas, but there's not.  So that's an inconsistency.

2          She sighs during the range of motion testing.  And

3   when people are sighing, that's typically a sign of

4   malingering.  You don't sigh during an examination.  The

5   examiners have sort of a gestalt that you develop through

6   years of practice.  You can tell when someone is amplifying or

7   malingering or faking, feigning symptoms.  Whatever you want

8   to call it.

9          So that's always a big -- that's always a big clue,

10  at least in my opinion, as to whether or not somebody is truly

11  in pain.

12         There was no tenderness noted in either region.

13  There are no bony step offs.  So this woman, obviously,

14  doesn't have a fracture, so I don't expect there to be any

15  bony step offs, nor do I expect there to be any point

16  tenderness.

17  Q.  As far as your neurological examination, would you take us

18  through what the examination consisted of and what your

19  findings were?

20  A.  Sure.  It typically involves several different parts:

21         Mental status, we assess the plaintiff's cognition;

22  hers was normal.

23         Cranial nerve examination.  Doesn't really apply to

24  her.  Typically that's associated with intracranial type of

25  pathology.  So the cranial nerves are the nerves that control

1  our face, our ability to move, our ability to feel, our eyes,

2  our pupillary constriction, our ability to move our tongue,

3  our ability to swallow, our ability to turn our neck, raise

4  our shoulders to some degree.  Those are the basic cranial

5  nerve functions.

6        It really doesn't apply to her, but I do it on every

7  single patient.

8  Q.  Okay.

9  A.  The motor examination, which is germane to the situation,

10  you, basically, are testing the strength of the extremities,

11  all four extremities.

12        Here, she exhibits, and I quote, "Clearly give-way

13  weakness in all four extremities."  Meaning that effort is

14  limited, in her case, due to what she perceives as pain, what

15  I perceived as poor effort.  Another big clue as to whether or

16  not the patient is malingering or feigning or amplifying is

17  with distraction.  So you distract her and she has full

18  strength.  That's a bad sign, okay, as far as I'm concerned.

19  You know, she's amplifying symptoms until proven otherwise.

20  So I distract her.  And then I use a maneuver where I can tell

21  whether or not she's giving full strength, and then she does.

22        This sensory portion of the exam, she has diffused

23  loss of pinprick sensation in the right hemibody.  Which means

24  that when I use a pin on her right side to arm and leg, she

25  has lost sensation.  Okay.  That is a bad sign, also.  Spinal

WEDNESDAY, JUNE 24th, 2009

1  cord pathology, unless it is severe, which hers is not,

2  typically is not associated with hemibody sensory loss.

3  Something in the brain could be associated with hemibody

4  sensory loss.  So the entire right side of the body would be

5  associated with something in the brain on the left side of

6  brain -- pushing on the left side of the brain.

7          But spinal cord, or nerve root type of stuff, is

8  typically dermatomal.  So if you have a big herniated disc at

9  C5-6 compressing a C6 nerve root, you're going to lose

10  sensation in the C6 nerve root distribution only, not in the

11  entire right side of her body.

12          So that's another big thing.  These things are just

13  seriously stacking up in my mind.

14  Q.  So as far as this particular sensory test, the results

15  that you obtained from the testing seemed to be inconsistent

16  with what her actual complaints were, the injury, the two

17  didn't match up?

18  A.  They don't match up at all, unless you have a massive disc

19  herniation.  But if you have a massive disc herniation in your

20  spinal canal pressing on your cervical cord, typically, you're

21  going to have bilateral sensory loss.

22          So, in other words, the hands are going to be

23  diffusely numb, not the right side of the body is going to be

24  numb.  That speaks towards something that's intracranial.  So

25  this is not anatomic, that's what I'm saying.

1  Q.  Doctor, please continue with your neurological exam.

2  A.  Sure.  Deep tendon reflexes.  Okay, she has normal

3  reflexes.

4       Cerebellum is to test one's coordination.  Cerebellum

5  is in the black of brain.  It's responsible for coordination

6  of our upper and lower extremities, the movement of our eyes,

7  how our eyes move and respond to the head turning, various

8  things; that is normal.

9       Her gait, she uses a walker, okay.  And, you know,

10 like I said, I let her walk.  You know, she prefers to use a

11 walker, for whatever reason.

12      Root tension signs.  Those are maneuvers that we use

13 to, sort of, exemplify or amplify symptoms associated, or pain

14 associated, with nerve root depression.  So if you have a big

15 herniated disc in the back, in the lumbar spine which is

16 pinching the nerve, if you're going to stretch that nerve

17 that's been pinched by the disc herniation, any stretching is

18 going to cause additional irritation to the nerve root and

19 cause the patient, at times, to literally -- to come off the

20 table, the exam table.

21      So when we did these maneuvers to her, in other

22 words, raised her legs, it only worsened her back pain.  It

23 didn't worsen any leg pain that she complained of, which

24 means, that in all likelihood, a nerve root is not being

25 severely compressed in the lumbar spine.

WEDNESDAY, JUNE 24th, 2009

1          MR. PALMER:  Page 35, line 8.

2  Q.  Let's go through what your impressions were after you

3  evaluated Ms. Beach-Mathura.

4  A.  Okay, again, I'm reading this from my report.

5          Quote, "A 49-year-old female whose status

6  postwork-site injury on 3/1/2005, who presents with diffuse

7  pain in the cervical and lumbar regions.  The pain pattern is

8  nonanatomical.  She appears to be feigning, amplifying her

9  symptoms.  There is no radiographic evidence of any

10  compressive pathology and her symptoms remain unexplained.

11          There are no surgical indications in this patient.

12  In fact, she's a poor candidate for additional therapies, in

13  general, as they will likely tend to fail."  That's my

14  impression.

15  Q.  Okay.  Let's go through it a little bit.  When you talk

16  about her pain pattern being nonanatomical, what do you mean

17  exactly by that?

18  A.  She has diffused pain.  This woman diffused, okay,

19  cervical/lumbar.  She uses a walker, she says, you know.  She

20  sighed during examination.

21          As I mentioned to you before, the sensory loss is

22  inconsistent.  That, combined with her motor exam, she has

23  give-way weakness and everything supposedly due to reported

24  pain.  All these things lead me to believe there is

25  amplification of symptoms.

1  Q.   And we'll move on to talk about there being no surgical

2  indications in this patient.   What do you mean by that?

3  A.   In other words, she is not a surgical candidate because

4  there's nothing to operate on.   And given her exam, I would

5  never operate on her.

6  Q.   Is that where you finally conclude that additional

7  therapies will likely fail?

8  A.   She will do badly, yes.   She will do badly, 100 percent.

9  Q.   Is this conclusion based on her examination of her and

10  your findings of these inconsistencies?

11  A.   In my experience and what the literature suggests.

12  Q.   And what was your recommended plan of treatment for

13  Ms. Beach-Mathura after evaluation of her?

14  A.   Again, I'm reading off my plan.   She should continue her

15  current pain medication.   Her current pain regimen, in other

16  words, her medications; physical therapies should be continued

17  on an intermittent basis, as needed, basically.

18        I ordered some films to make sure that I wasn't

19  missing anything that could be causing her diffused pain, so

20  dynamic views of the cervical and lumbar spine.   So we ask the

21  patients to bend forward, bend backwards to check their neck,

22  to check their low back, to make sure that the bones aren't

23  moving forwards or backwards on one another which could be a

24  very, sort of -- a cause of pain.   But that's unlikely, given

25  her -- just given her history and her physical examination,

WEDNESDAY, JUNE 24th, 2009

1  it's unlikely that she's going to have any evidence of

2  instability.

3          But, nevertheless, we order these -- these things for

4  completeness sake and give the patient the benefit of the

5  doubt.  I asked her to come back in six weeks, which I don't

6  believe she did, and in the interim, to undergo an FCE which

7  is a functional capacity evaluation.

8          MR. PALMER:  That is the end of that deposition.

9          I will tell the Court, that was the longest of the

10  three.

11          THE COURT:  Do you want to call your next witness?

12          MR. PALMER:  Certainly.  This is the Tab 3 in our

13  binders.

14          This would be George Munoz, M.D., taken on March 17,

15  2009.  And, again, I will be asking questions and

16  Ms. Elfenbein will be Dr. Munoz.

17          THE COURT:  Okay.  You can proceed, Counsel.

18                          GEORGE MUNOZ

19      (Deposition is read into the record as follows:)

20  Q.  Could you please states your name for the record?

21  A.  Dr. George Munoz.

22  Q.  And what is your professional address?

23  A.  280 West Dixie Highway, Miami, Florida.

24  Q.  First, I want you to take -- first, I want to take you

25  through your educational history.  Could you please start with

1  your undergraduate; tell me about medical school, your

2  internship, and your residency.

3  A.   Undergraduate, Columbia.  Medical school, Mt. Sinai School

4  of Medicine in New York City.  Residence, same place,

5  Mt. Sinai Hospital, New York City.  Fellowship at Harvard

6  affiliates, Brigham and Women's Hospital, and Beth Israel

7  Hospital in Boston.

8         From 1985 to the present I've been in private

9  practice in Miami.  I'm affiliated with the University of

10  Miami.  I'm a voluntary clinical assistant professor of

11  medicine at the University of Miami.  I'm a team physician for

12  the University of Miami Hurricanes.

13  Q.   Just a few follow-up questions.  Have you been in practice

14  since 1985, would that be accurate?

15  A.   Yes.

16  Q.   What is your exact field of specialty?

17  A.   Rheumatology, arthritis, and rheumatic diseases.  I am

18  also board certified in internal medicine and I'm

19  fellowship-trained in integrated medicine.  And I am also a

20  specialist in sports medicine.

21  Q.   Do you hold any other staff privileges at any other

22  hospitals?

23  A.   Yes.  I have staff privileges at Aventura Hospital, and

24  admitting privileges at Jackson Memorial Hospital.

25  Q.   What is the name of your private practice?

WEDNESDAY, JUNE 24th, 2009

1  A.  Arthritis and Osteoporosis Treatment and Research Center,

2  Inc.

3  Q.  Do you regularly take the medical history of your patients

4  when you see and evaluate them?

5  A.  No.  Well, let me rephrase that.  Every time I see a

6  patient, yes, I retake a history.  But the initial visit may

7  not necessarily always be with me.  It might be with one of

8  our my surrogates, nurse practitioner, or physician assistant.

9  They take the initial history.  Then when I see them for the

10  first time, I verify those facts.

11  Q.  Understood.  Do you rely on the history that is provided

12  to you either by your nurse practitioner or your surrogates in

13  reaching conclusions in your treatment?

14  A.  Yes.

15  Q.  During your practice, have you ever treated a patient by

16  the name of Lorna Beach-Mathura?

17  A.  Yes.

18  Q.  Was when the first date you saw Ms. Beach-Mathura?

19  A.  First date of her coming to the office was July 8, 2005.

20  Q.  What was the purpose of her initial visit?

21  A.  The purpose of her initial visit was to evaluate

22  complaints that included pain in her low back, her hips, her

23  right knee, and also her neck and both shoulders.

24  Q.  During this initial visit, on July 8, 2005, what was the

25  medical history that Ms. Beach-Mathura relayed to you or that

WEDNESDAY, JUNE 24th, 2009

1  you took from the evaluation?

2  A.  The history was that her chief complaint was a low back

3  and right hip pain.  On further questioning by my physician

4  assistant Murial (phonetic), that she apparently, number one,

5  was 49 years old; she had -- apparently, had a history of a

6  motor vehicle accident in 1996; apparently stated there was no

7  liability pending for that.  And that she was complaining of

8  pain in the low back, hips, right knee, as I previously

9  stated, but more recently was having neck pain and shoulder

10  pain bilaterally.

11       She, apparently, brought some imaging studies with

12  her, including an MRI scan of her low back, the lumbar spine,

13  which revealed a disc herniation at L4-5.  She also complained

14  of numbness in the right heel and right great toe and had

15  symptoms consistent with sciatica, which is synonymous with

16  intermittent radicular symptoms.  Which, basically, means

17  there's a pinched nerve.

18       She stated that her low back and hip pain was fairly

19  constant.  She stated that she had some physical therapy and

20  that three years previously she had received an injection;

21  although it's not stated here, an injection of what.

22  Presumably, corticosteroids; but I don't know that, for sure,

23  looking at the records.  And she had been on anti-inflammatory

24  medication which did not help her recently.

25  Q.  If you can go through the findings upon the neurological

WEDNESDAY, JUNE 24th, 2009

1   examination?

2   A.   Surely.   They were normal.

3   Q.   What about the spine examination?

4   A.   The spine revealed that there was tenderness in the left

5   trapezius, and the medial scapular region.   But the midline of

6   the cervical spine was normal.   That the thoracic spine was

7   unremarkable.   The lumbar spine, now similar to the joint

8   exam, was not normal.   There was tenderness at L4-5 and L5-S1

9   on both sides.   And there was pain on the range of motion

10  testing of the spine.

11  Q.   We can go through what the pain or the recommended

12  treatment was by your physician assistant during this

13  evaluation.

14  A.   Her plan was to obtain examination of the areas that were

15  most symptomatic based on the history and her physical

16  finding.   She prescribed a different anti-inflammatory

17  nonsteroidal medication, which was Mobic 7 and a half

18  milligram twice a day.   She ordered physical therapy twice a

19  week for four weeks.   And she recommended a three-week

20  follow-up so that the patient could be seen by me at that

21  point.

22  Q.   What was her next day of treatment?

23          MS. ELFENBEIN:   Page?

24          MR. PALMER:   31, line 5.

25  A.   Came back in February.

WEDNESDAY, JUNE 24th, 2009

1  Q.  What was the precise date in February?

2  A.  February 2, 2006.

3  Q.  What were her complaints on this day?

4  A.  She saw one of my PAs at that time.  She complained of

5  neck pain and headaches.

6  Q.  Were any significant findings noted as a result of the

7  examination or evaluation?

8  A.  No.

9  Q.  What was her assessment on this day?

10  A.  Degenerative disc disease cervical.  Degenerative disc

11  disease lumbar, cervical radiculopathy.

12  Q.  The plan of treatment on this day?

13  A.  She got nerve block treatments in the neck and the low

14  back.  Come back in March.  Continue current treatment

15  regimen.

16  Q.  When you say, "she got nerve blocks in the neck and back,"

17  at what level did she receive these nerve blocks?

18  A.  C4 through C7 and L4 through L5.

19  Q.  And what was the purpose of these nerve blocks?

20  A.  To alleviate her pain.

21  Q.  What was her next day of treatment?

22  A.  Eight days later.

23  Q.  What was the reason she came back eight days later, if you

24  know.

25  A.  I don't know why she's back so early.  I don't know if

1  this was a scheduled visit or if she was still not feeling

2  well, which looks like she was still not feeling well.

3  Headache is a separate complaint.  I say that only because she

4  got one more set of neck blocks.  I believe what's happening

5  here is that her headaches are escalating.  She was sent for a

6  neurology evaluation because of the headaches.

7  Q.  On this visit did she make any complaints of low back

8  pain?

9  A.  She didn't make any complaints of low back pain, but she

10 had tenderness in the right sacroiliac region on examination.

11 Q.  Doctor, if I could just refer you in the subjective

12 portion of your notes, it appears as a reference.  It says in

13 the third line, "She also complaints of right-sided lower back

14 pain"?

15 A.  Yes.  You're right.  I missed that.

16 Q.  What was your next date of treatment?

17 A.  March 14, 2006.

18 Q.  What were her complaints on this day?

19 A.  Sciatica.  Right and left neck pain.  Cervical pain.  She

20 complained of sciatica to the nurse.  She complained of her

21 neck to me.

22 Q.  Were any significant findings noted during your

23 evaluation?

24 A.  That she had tenderness in the right and left paracervical

25 region, and spasm.  So it seemed like she had more cervical

1    findings that day than lumbar.

2    Q.   What was your recommended plan of treatment?

3    A.   I suggested she follow up with neurology for her headaches

4    that I thought might be muscle contraction, headaches as a

5    result of her neck disc herniation.

6              Consideration of a cervical epidural block if the

7    workup by the neurologist did not yield any other findings.   I

8    gave her three cervical blocks and one lumbar block and told

9    her to come back in six to eight weeks.

10   Q.   What was the next date of treatment?

11   A.   I have June 16, 2006.

12   Q.   What were her complaints on this day?

13   A.   She complained of pain in the right side.   Sciatica on the

14   right side.   Right lower extremity pain.   Left shoulder pain.

15   Low back pain.   And she had a lumbar epidural block two months

16   previously, approximately.

17   Q.   Do you know whether this lumbar epidural block occurred,

18   here, in your office, or elsewhere?

19   A.   It was done elsewhere.

20   Q.   Okay.   What was the next date of treatment?

21   A.   August 16.

22   Q.   Her complaints on this date were what?

23   A.   Left shoulder pain and low back pain.

24   Q.   Did you make any findings on this day after your

25   evaluation for your examination?

WEDNESDAY, JUNE 24th, 2009

1   A.  I found that in the cervical spine she had no pain in the

2   midline, but had tenderness to palpation in the left trapezius

3   region.

4          The thoracic spine was normal and that she had

5   tenderness over the right sacroiliac joints in the lumbar

6   region.

7   Q.  What was your assessment of her on this day?

8   A.  Degenerative disc disease of the cervical and lumbar spine

9   and pain in her shoulder.

10  Q.  What was your recommended plan of treatment on this day?

11  A.  Just going back to the physical, she had tenderness in the

12  left shoulder, in the subacromial space.

13         My plan was we switched her anti-inflammatory.  We

14  gave her Esgic.  She received Lidoderm® patches for pain.  She

15  received an injection in the left shoulder.  And she also had

16  a block between C4 and C7 on the left side.

17  Q.  Did she also have a nerve block performed at L4-S1?

18  A.  Yes, she did.

19  Q.  What was your next date of treatment?

20  A.  Next date was September 15th.

21  Q.  Of 2006?

22  A.  Of 2006.

23  Q.  What were her complaints on this day?

24  A.  She complained of left shoulder pain.  Sciatic pain

25  radiating down the right leg.

WEDNESDAY, JUNE 24th, 2009

1  Q.  On this day did she advise you she had been involved in an

2  accident two weeks earlier?

3  A.  Not to the best of my knowledge, no.

4  Q.  During this date she didn't relate to you two weeks

5  earlier she had fallen from a wheelchair at the check-in

6  counter of American Airlines, did she?

7  A.  I don't know about that.  I don't have it listed anywhere.

8  Q.  If she would have relayed an accident that caused her

9  injury, would you have written that down in your notes?

10  A.  Yes.

11        MR. PALMER:  If I continue there...

12        MS. ELFENBEIN:  If you want to.

13    (Pause.)

14        MR. PALMER:  Let me see.  Go ahead and we'll read the

15  next couple of questions.

16  Q.  Did you perform an examination of her on this date?

17  A.  Yes.

18  Q.  Did you make any significant findings?

19  A.  Yes.  In her joint examination on range of motion testing

20  in both hips, she was guarding both hips.  However, I was able

21  to get full range of motion with encouragement.  The knees

22  were normal.  And straight leg raising exam was equivocal

23  bilaterally.  I did not have any other findings in the spine

24  noted that day.

25  Q.  When you say "the straight leg raising exam was equivocal

WEDNESDAY, JUNE 24th, 2009

1  bilaterally," what does that mean?

2  A.  It means I wasn't convinced that she had acute nerve

3  irritation findings on my exam.

4  Q.  And what was your assessment of her on this date?

5  A.  Same as previously.  Lumbar degenerative disc disease.

6  Cervical disc disease.

7         MR. PALMER:  All right.  That's the end of Dr. Munoz.

8         Next would be the deposition of Dr. Andrew Frank, if

9  it please the Court?

10        THE COURT:  And how long is this deposition?

11        MR. PALMER:  It's about the same length as Dr. Munoz,

12  or shorter.

13        THE COURT:  How many witnesses do you have left?

14        MR. PALMER:  This is it.

15        THE COURT:  Okay.  Then I'll let you go ahead and

16  finish with this witness's deposition.

17        MR. PALMER:  This is the deposition of Andrew Frank,

18  M.D., March 19th, 2009.

19        Again, I would be the questioner and Ms. Elfenbein

20  will be Dr. Frank.

21                    ANDREW G. FRANK

22      (Deposition was read into the record as follows:)

23  Q.  Good afternoon.  Could you please state your name for the

24  record?

25  A.  Dr. Andrew G. Frank.

WEDNESDAY, JUNE 24th, 2009

1  Q.  Your professional address?

2  A.  Is 150 Northeast 168th Street.

3  Q.  Doctor, I want to take you through your educational

4  history.  Could you start with your undergraduate studies,

5  your medical school?

6  A.  There is no undergraduate.  It was a six-year medical

7  school at University of Budapest, Hungary.

8          Arrived to the United States in 1967, passed the

9  equivalency test first time.  Then physical medicine and

10  rehabilitation training at the University of Miami and the VA.

11          In private practice since 1973 working with

12  rehabilitation medicine and pain management.

13  Q.  Are you board certified?

14  A.  In pain medicine.  Diplomat of the American Board of Pain

15  Management.

16  Q.  You're still practicing today?

17  A.  Yes.  Sometimes I go to my alma mater, which is Jackson

18  Memorial Hospital.  And I have privileges as a physician at

19  the Department of Rehabilitation.

20  Q.  What was your first visit with Ms. Beach-Mathura?

21  A.  5/03/06.

22  Q.  May 3rd, 2006?

23  A.  Yes.

24  Q.  During this first visit, what did Ms. Beach-Mathura come

25  in for?

WEDNESDAY, JUNE 24th, 2009

1  A.   Actually, she was referred by her daughter, who was my

2  patient for a brief period of time.   She came complaining of

3  hip pain on the left side, cervical pain, and low back pain.

4  Q.   When she came in during this first visit, was she using a

5  cane or any other device to ambulate?

6  A.   Yes, she was.   She was using a cane.

7  Q.   Did she advise you why she was using a cane?

8  A.   She advised me that she is using that because she's afraid

9  that she would fall.

10  Q.   This is in May 3rd, 2006, right?

11  A.   Yes, ma'am.

12  Q.   Did you perform any kind of examination on her during this

13  initial visit?

14  A.   Yes.

15  Q.   What kind of examination did you perform?

16  A.   It was a simple physical examination.   Should I continue?

17  Q.   Sure.   If you could tell me about the findings.

18  A.   The findings were that she is 5'3" tall; her weight was

19  137 pounds; and her pulse rate was 70 and rhythmic.   She was

20  walking with a definite limp which was because of her right

21  low back pain and sciatic pain, also, on the right side.

22          She was normal cephalgic.   She had no facial

23  asymmetry.   The uvula and the tongue was in the midline.   The

24  eyes were reacting to light properly.   The central nervous

25  system was within physiological function.

WEDNESDAY, JUNE 24th, 2009

1    Examination of the cervical spine shows severe

2 tenderness of the lower aspect of the cervical vertebrae, as

3 well as there was severe tenderness in the S1 joint, mostly on

4 the right side, as well as the midline between L3, L4, L5 and

5 S1 vertebra levels.

6    The upper extremity examination did not reveal any

7 neurological deficits.  Her DTRs were within normal limits.

8    There is some muscle waste in the quadriceps,

9 hamstrings on the right side only.  Furthermore, her body

10 mechanics were rather normal.

11    Evaluation of the range of motion of the cervical

12 spine revealed severe restriction turning the head to the left

13 or tilting the head to the left shoulder.

14    Examination of the lumbar spine showed range of

15 motion limitation, especially with extension.

16    Examination of the lumbar spine revealed no sacral

17 edema.  Skin rolling was negative.

18    I had taken the liberty at that point to review the

19 MRI which was ordered by a local neurosurgeon who treated the

20 patient previously, Dr. Osborn.  There was a hypoplastic disc

21 at S1-S2 with facet arthrosis of the right side more than on

22 the left.  There were severe arthritic changes at the C6 and

23 C7 vertebral levels.

24    I performed at that time a suprascapular nerve block

25 using 40 milligrams of Depo-Medrol with marcaine solution of

WEDNESDAY, JUNE 24th, 2009

1   .25 percent.  She tolerated the procedure well and had less

2   pain when she left me.

3          MR. PALMER:  Page 13, line 13.

4   Q.  When is the next time that Ms. Beach-Mathura came to see

5   you?

6   A.  Basically, I saw Ms. Mathura, at least, 100 times.

7   Whenever she came for physical therapy -- well, not 100 times,

8   probably 25 times.  Whenever she came to physical therapy, I

9   supervised the physical therapy and I had contact with the

10  patient on each time.

11  Q.  We will start with July 10.  If you can, tell me what

12  Ms. Beach-Mathura complains on the day -- that day when she

13  came into physical therapy in your office?

14  A.  This is very simple.  It was always pain in the low back,

15  the cervical spine, the left shoulder, left arm.

16  Q.  Are you saying that in all these visits, she consistently

17  complained of back -- of pain in her low back, cervical spine,

18  left shoulder, you said?

19  A.  Yes.

20  Q.  Doctor, I'm going to show you -- and if you can tell me if

21  this looks like an accurate copy.  A record that was produced

22  by your office pursuant to a subpoena duces tecum for records

23  that we served on your office dated August 15, 2006.

24  A.  Yes.

25  Q.  Does that appear to be an accurate copy?

WEDNESDAY, JUNE 24th, 2009

1  A.  Yes.  And the signature is identical.

2  Q.  Can you tell me on that date, it indicates on this form

3  that there is indications of pain levels between 1 and 10

4  describing the pain level of the patient.

5         Would that be a fair characterization of what the

6  record provides, in part?

7  A.  The pain level at the neck was 6, which is moderate pain.

8  The upper back showed a 7 to 8, which is severe pain.  The hip

9  is an 8, again; 7 at the shoulder.  Aching burning, stabbing.

10  Q.  When you say "aching, burning, stabbing," is that the

11  description of pain that Ms. Beach-Mathura was experiencing on

12  August 15, 2006?

13  A.  Correct.

14  Q.  Now, if you could turn to the next visit which appears

15  occurred on September 13th, 2006.  I'm now showing you a form

16  that your office produced pursuant to a subpoena that we

17  propounded for records.  Does that form appear to be an

18  accurate copy of your physical therapy records?

19  A.  Yes, ma'am.  The quality of the pain, which is aching,

20  burning, and stabbing -- no, just aching and burning is the

21  same, like before.

22         However, at the low back right now, the pain level

23  signals as 9; the neck area was 4.

24  Q.  Is there any kind of indication on this form that

25  Ms. Beach-Mathura advised your physical therapist in your

WEDNESDAY, JUNE 24th, 2009

1  office that she had had an accident just 13 days earlier?

2  A.  No.

3  Q.  If we could move on to the visit of September 15th, 2006.

4  What were her complaints of pain on this day?

5  A.  Sharp pain combined with weakness, tingling, stiffness,

6  and general pain.

7  Q.  Generally, is the pain that she's describing during this

8  visit similar to the pain that she has been describing

9  throughout the treatment of her since she came into your

10 office?

11 A.  Just about, yes.

12 Q.  On this date is there any indication that she had advised

13 your physical therapist that she had been in an accident 15

14 days earlier?

15 A.  No.

16 Q.  Let's move on to the visit of September 18, 2006.  I'm

17 going to ask you if there's any indication during this visit

18 whether she advised your physical therapy that she had been

19 involved in an accident just 18 days earlier?

20 A.  No.  No indication.

21 Q.  Here we've got September 22nd, 2006.  Is there any

22 indication that she advised your physical therapist that she

23 had been involved in an accident 22 days earlier?

24 A.  No, ma'am.

25 Q.  Next is September 25, 2006, same question.  Any indication

1  she had been involved in an accident less than a month prior

2  to this date?

3  A.   No, ma'am.

4  Q.   Doctor, it appears there are a lot more visits to go.   Can

5  you take a moment to review your records and tell me whether

6  at any point after her August 15, 2006 visit, she ever advised

7  anyone at your office that she had been involved in an

8  accident involving a wheelchair that caused her injures?

9  A.   No.

10        MR. PALMER:   And that is the -- no?

11        MS. ELFENBEIN:   21, line 15.

12  Q.   Sir, were you ever advised by Ms. Beach-Mathura that she

13  was coming to seek treatment from you as a result of any kind

14  of injury that she had sustained previously?

15  A.   She indicated, vaguely, that she had an altercation with a

16  younger individual.   No mentioning of under what

17  circumstances.   That's the only thing that she advised me of.

18  Q.   Based on your treatment, your diagnosis of Ms. Mathura,

19  what would be your professional medical opinion of her

20  complaints, subjective complaints to you at this time?

21  A.   That the patient had rather moderate to severe arthritic

22  changes all across the spine.

23  Q.   When you say "all across the spine," you're talking --

24  referencing the cervical to the tip of the spine?

25  A.   Yes, sir.

WEDNESDAY, JUNE 24th, 2009

1  Q.  You just testified, and I hope I don't misstate you, that

2  in your opinion, based on your treatment of Ms. Beach-Mathura,

3  you opined that she had moderate to severe arthritic changes

4  all across her spine?

5  A.  Correct.

6  Q.  When you mentioned these arthritic changes, these are

7  changes that are degenerative, age-related changes?

8  A.  Definitely.

9       MR. PALMER:  I think that's it.  And that's it for...

10      THE COURT:  You have no further witnesses?

11      MR. PALMER:  I have no further witnesses.

12      THE COURT:  All right.  At this time, I'm going to

13  excuse the jury.  I'm going to instruct you not to discuss the

14  case among yourselves or among anyone else.

15      I'll ask you to come back tomorrow morning at 9:30.

16  At that time, the plaintiff will have the opportunity to put

17  on a rebuttal case, if she so desires.  And then we'll have

18  closing arguments and jury instructions tomorrow.

19      So, again, I thank you for your attention.  And I

20  wish you a good evening.

21     (Jury withdrew from the courtroom at 5:35 p.m.)

22      THE COURT:  Be seated.  Before we recess, I

23  deliberately didn't ask the defendant if you rested simply

24  because I am not clear whether all of the exhibits that I have

25  in the notebook plus Exhibit 41 are the only exhibits, because

WEDNESDAY, JUNE 24th, 2009

1    there was some confusion.

2          You had other exhibits on your exhibit list.  And it

3    wasn't clear to me whether these exhibits that were in your

4    notebook were the only exhibits that you intend to introduce,

5    or whether you intended to introduce the other exhibits that I

6    had indicated there were no objections to.  And I didn't want

7    to have to call you to sidebar to ask you that outside the

8    presence of the jury.  I wanted to let the jury go ahead and

9    travel on home, so...

10         MR. PALMER:  I appreciate that, Your Honor.  I have

11   at least one other exhibit I'm going to enter in its entirety,

12   which is not in the binder.  And I am going to meet with

13   Ms. Elfenbein when we recess today and see if there's anything

14   else.

15         THE COURT:  Okay.  And what exhibit is that?  Just so

16   that plaintiff's counsel will know what it is.  I mean,

17   obviously, they have all the basic exhibits on your list,

18   but...

19         MR. PALMER:  It's Exhibit F.

20         THE COURT:  So that will be Exhibit F.  And for the

21   record, what is Exhibit F?  What would you call it?

22         MR. PALMER:  This would be the Florida Bureau of

23   Victim Compensation records, complete records.

24         THE COURT:  So these are the full records, the

25   excerpt of which is included in Exhibit 3?

1            MR. PALMER:  That is correct, Your Honor.  Yes.

2            THE COURT:  Okay.  Okay.  So just -- and you have

3    those, Mr. Parker?

4            MR. PARKER:  Yes.  We provided those in discovery,

5    Your Honor.

6            THE COURT:  Okay.  What is -- what is your plan for

7    tomorrow, if you know, Mr. Parker?  Mr. Crooks?  Do you plan

8    to put on a rebuttal case?  Or do you want to think about it

9    overnight?

10            MR. PARKER:  That's exactly what we were saying to

11    each other.  We would think about it tonight.

12            THE COURT:  Okay.  And if you present a rebuttal

13    case, how long do you expect that it would last?

14            MR. PARKER:  Maximum two hours, Your Honor.

15            THE COURT:  And who is that?  Who is it that you're

16    considering calling?

17            MR. PARKER:  Maybe Dr. Anthony Hall.

18            THE COURT:  Okay.  And I thought he testified.

19            MR. PALMER:  He did.

20            THE COURT:  I was going to say, that was my

21    recollection.  And it won't be for the purpose of repeating

22    any of his prior testimony, correct?

23            MR. PARKER:  Correct.

24            MR. CROOKS:  Correct, Your Honor.

25            THE COURT:  Okay.  And who else?  Do you have any

WEDNESDAY, JUNE 24th, 2009

222

1    other witnesses?  I don't recall from your witness list.

2          MR. CROOKS:  That will be it, Judge.

3          THE COURT:  Again, as I stated, I'm not going to have

4    him go through everything that he said before.  If there are

5    new areas or things that need to -- that need to be said to --

6    as a rebuttal case, then, obviously, you have the right to a

7    rebuttal case.

8          MR. CROOKS:  Thank you.

9          THE COURT:  Okay.  And with respect to the jury

10   instructions, I don't know if you all have had an opportunity

11   to look at what I drafted and what I gave to you.  Or do you

12   want to take that up in the morning?

13         MS. ELFENBEIN:  Could we take that up in the morning?

14         THE COURT:  Okay.  I'll ask both Counsel, review the

15   verdict form and the jury instructions.  Let me know if I've

16   omitted something, if you have any additional instructions, if

17   you want me to, you know, to remove anything.  In other words,

18   I want to make sure we can go through these instructions

19   pretty quickly.  I don't want to have to take a recess for you

20   to review the instructions.  And then let me know what it is

21   your objections are.

22         Is there anything that we need to take up before we

23   recess?  For the plaintiff, first of all?

24         MR. CROOKS:  Yeah, Your Honor.

25         I possibly have a situation with respect to state

WEDNESDAY, JUNE 24th, 2009

1  court, respect to a -- let's see, sounding or calendar call in

2  front of Judge Coward (phonetic).  If I may ask Your Honor's

3  permission to -- if I -- Mr. Parker will be here, obviously.

4  But if need be, we don't finish early, if I may be allowed to

5  excuse myself to attend to this matter?

6          THE COURT:  Okay.  And what time is that?

7          MR. CROOKS:  1:30.  I foresee us being done before

8  then, hopefully, but...

9          THE COURT:  Okay.  You can be excused.  What I will

10 tell you, though, is I'm not going to have people coming in

11 and out during closing argument, for example, because that

12 would be disruptive.  So, you know, if we have closing

13 arguments, you're either in or you're out.  You're not going

14 to be --

15         MR. CROOKS:  And that's why I brought it to Your

16 Honor's attention.

17         THE COURT:  But other than that, if you need to not

18 be here at 1:30, that's fine.  And then you can -- you can

19 come in there after and we'll just see where we are.  We've

20 got, you know, two hours of closing argument total.  So it

21 depends on how long your rebuttal case is where we are.

22         What my intention would be, would be to try to have

23 closings and instruct the jury before lunch.  We will have a

24 menu that we give to the jurors so that they can select their

25 lunches, because we have to actually place the lunch orders

WEDNESDAY, JUNE 24th, 2009

224

 1   around 10:30 or 11.  So we, generally, give them menus in the

 2   morning, if we think we're going to go through lunch.

 3          And I think it's pretty clear that we would be

 4   ordering lunch for the jury.  Because two hours of closing,

 5   even if we went right into closings at 9:30, it would be 11:30

 6   before you would finish.  So they will be ordering lunch.  And

 7   we'll just see what it is.  I don't like to interrupt the

 8   closings for lunch, so they may be eating a late lunch, if we

 9   have to do that.  Or they may be eating a very early lunch,

10   depending on what your rebuttal case -- what your rebuttal

11   case is.

12          So it will be one way or the other.  But I just want

13   to let you know that's what my plan is.

14          Are there any objections or problems with that?

15   Hearing none, is there anything from the defendants that you

16   want to call to my attention before we recess?

17          MR. PALMER:  No, Your Honor.  We would renew our

18   motions for judgment --

19          THE COURT:  Well, you can't renew them now because --

20          MR. PALMER:  I know.  I know, we'll do that at the

21   close of my case.  So, I guess, what I'm asking --

22          THE COURT:  Well, actually, wouldn't it be at the

23   close of their case?

24          MR. PALMER:  True.  Well, if you're allowing them to

25   put on a rebuttal case, I guess so.

WEDNESDAY, JUNE 24th, 2009

1          THE COURT:  Well, I'm allowing -- I'm assuming that

2    their rebuttal case will be a good faith rebuttal case and

3    it's not going to be a rehash of what Dr. Hall's testimony was

4    in the case-in-chief.  And so they're on notice that it should

5    be a rebuttal case.  And I'm not sure, exactly, what it is

6    you're rebutting.  But, in any event, we'll see where we're

7    at.

8          MR. PARKER:  May I, Your Honor?

9          THE COURT:  Yes.

10          MR. PARKER:  We have just had a conversation.  In the

11    interest of judicial economy, we are thinking not to have a

12    rebuttal.

13          THE COURT:  Okay.  Well, you don't need -- as I said,

14    I'll give you until tomorrow and see, you know, with it -- you

15    know, how it turns out.  I mean, what you decide and what you

16    talk about.  I will give you overnight.  You know, you're

17    tired, it's late, everybody wants to go home.  So you two can

18    think about it, talk about it, and tomorrow either you'll have

19    one or you won't.

20          But both sides should be ready to go through the jury

21    instructions -- well, to finalize the exhibits.  And I'll also

22    say, I want clean exhibits to go to the jury.  In other words,

23    I want them marked, I want them individual exhibits, not in

24    notebooks, but just individual exhibits, unless the parties

25    want to keep them in notebooks.

```
 1              And if that's the case, the plaintiff needs to remove
 2   those few pages that were added after the exhibit list.   I
 3   know you removed one of them, and then there was the CV of the
 4   chiropractor, Dr. Rudolph or Mr. Rudolph, that needed to be
 5   removed.   And there was one other page that needed to be
 6   removed.
 7              MR. CROOKS:   Just -- I'm sorry, may I speak, Your
 8   Honor?
 9              THE COURT:   Yes.
10              MR. CROOKS:   Just for clarification purposes because
11   I was told that about the CV being removed.   There's a CV that
12   needs to be removed and what other document?
13              THE COURT:   You can --
14              MR. CROOKS:   Did we --
15              THE COURT:   There was -- there was -- I would have to
16   look back at my notes.   Ms. Elfenbein?
17              MS. ELFENBEIN:   Your Honor, if I may assist?   There
18   was a record from Dr. Frank's office dated June 19, 2009 as
19   part of the damages.   I think that was the extra document that
20   was to be removed.
21       (Pause.)
22              THE COURT:   Okay.   Well, I'll rely on you.   If you
23   want them -- and I don't know if you want to keep them in a
24   tabbed book form, or whether you want them as separate
25   individual exhibits.
```

WEDNESDAY, JUNE 24th, 2009

1          I mean, my preference is to have them as separate

2    individual exhibits fastened together in some fashion.  But

3    I'll -- if the parties agree otherwise, since you do have the

4    notebooks.  But only one exhibit is going back into the jury

5    room.  In other words, they're not going to get eight copies

6    of the exhibits.

7          They're going to get one exhibit -- one copy of each

8    exhibit, I should say.  So that can either be in a binder or

9    they can be separated out, however you want to do it.  But I

10   want to make sure they're clearly marked, clearly identified,

11   and that both sides have an opportunity to go through the

12   exhibits before they go back into the jury room.  But you can

13   do that after I give my instructions.

14         But I just want you to be prepared to do that,

15   however it is you're going to do it.  I mean, what's your

16   preference with respect to using the trial notebook or having

17   each individual exhibit separate, Mr. Parker?

18         MR. PARKER:  One moment, Your Honor.  We will use the

19   trial notebook, Your Honor.

20         THE COURT:  Okay.  Then you just need to make sure

21   that you've got one that's a good one, that's clean.  And

22   Mr. -- or Ms. Elfenbein?

23         MS. ELFENBEIN:  I think we'd rather use the trial

24   notebook, as well.

25         THE COURT:  And then you've got the other two

WEDNESDAY, JUNE 24th, 2009

1   exhibits.  You have Exhibit 41 that I admitted that was, I

2   think, CCCC.  And now we've got this other exhibit that will

3   then become 42, which will be the complete Bureau of Victim

4   Compensation, and possibly something else, if you find it

5   tonight.

6         MS. ELFENBEIN:  Correct.  Would it be acceptable to

7   the Court if it's one notebook that's too large, to split it

8   up into two, so that it's --

9         THE COURT:  That's fine.  Or you can use those as

10  separate exhibits that aren't included in the exhibit

11  notebook, if it's too bulky.  But as I said, I just want one

12  exhibit going back.

13        And you can use the binders that you have and then

14  the extra exhibits that weren't in them, because we could tell

15  the jury that the binders might not include all the exhibits,

16  or might include the exhibits that weren't introduced.

17        But I think all the exhibits were introduced because

18  we did that at the beginning of the case based on the

19  agreement of Counsel.

20        Anything further from the defense?

21        MR. PALMER:  No, Your Honor.

22        THE COURT:  Anything further from the plaintiff?

23        MR. PARKER:  No, Your Honor.

24        THE COURT:  Okay.  Then I'll see you all back here at

25  9:30 tomorrow morning.  Thank you.

WEDNESDAY, JUNE 24th, 2009

```
 1          MR. PARKER:  Thank you, Judge.

 2      (Proceedings were adjourned at 5:49 p.m.)

 3                       * * *

 4      I certify that the foregoing is a correct transcript

 5  from the record of proceedings in the above matter.

 6

 7  Date:  Saturday, August 21, 2010

 8

 9          s/ JUDITH M. SHELTON, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter
10

11                       * * *

12                  INDEX TO WITNESSES

13                       D        C       RD       RC

14  Lorna Beach-Mathurin       4
```

| | D | C | RD | RC |
|---|---|---|---|---|
| Lorna Beach-Mathurin | | 4 | | |
| | | 82 | 91 | 122 |
| | | | 134 | 137 |
| | | | 140 | |
| Christopher Rudolph | 143 | 168 | 175 | 177 |
| Brett Adam Osborn (deposition read) | 185 | | | |
| George Munoz (deposition read) | 201 | | | |
| Andrew G. Frank (deposition read) | 211 | | | |

```
15                                82       91      122

16                                         134      137

17                                         140

18  Christopher Rudolph         143      168      175      177

19  Brett Adam Osborn
        (deposition read)       185
20

21  George Munoz
        (deposition read)       201

22  Andrew G. Frank
        (deposition read)       211

23

24

25
```

WEDNESDAY, JUNE 24th, 2009

230

```
 1                    INDEX TO EXHIBITS
 2  DEFENDANTS                 I.D.
 3    Exhibit (CCCC) 41        228
 4    Exhibit (F) 42           220
 5
 6                   INDEX TO TRANSCRIPT
 7                                          PAGE
 8  Charge Conference ............................   61
 9  Jury Questions ...............................  131
10  Plaintiff Rests ..............................  180
11  Defendant's Motion for Judgment ..............  181
12                        * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

WEDNESDAY, JUNE 24th, 2009

**$**
**$1,200** [1] 98/21
**$1,500** [1] 167/11
**$100** [1] 183/19
**$11,000** [1] 110/2
**$132,000** [4] 67/22 67/24 68/7 68/20
**$135** [1] 109/20
**$135,000** [1] 67/21
**$14,000** [2] 158/19 166/17
**$14,015** [1] 164/16
**$170** [2] 166/21 167/1
**$1700** [1] 109/15
**$25** [3] 131/12 133/5 133/9
**$3,413** [1] 126/13
**$4,000** [1] 166/24
**$4,000.00** [1] 166/19
**$49,500** [1] 101/17
**$5,464.00** [1] 126/6
**$5,737.00** [1] 125/10
**$50** [6] 110/4 110/5 111/22 113/12 113/17 114/3
**$650,000** [1] 183/20
**$700** [1] 158/17
**$733** [1] 169/12

**'**
**'02** [2] 27/17 52/24
**'03** [1] 27/17
**'04** [1] 83/6
**'05** [2] 83/7 126/16
**'06** [9] 39/18 39/19 125/5 125/6 126/1 126/2 128/9 153/12 158/9
**'07** [1] 158/6
**'93** [1] 144/13
**'96** [2] 17/6 48/12
**'97** [1] 144/13
**'Aventura.'** [1] 106/6
**'office,'** [1] 106/10
**'Trouble** [1] 46/19

**.**
**.25** [2] 37/20 215/1

**0**
**01-9041** [1] 1/19
**0239** [1] 1/13
**05** [1] 174/20
**06** [13] 38/21 114/15 115/10 115/14 117/23 117/25 153/13 154/24 155/19 158/8 159/15 171/15 212/21
**07** [5] 111/15 111/20 112/19 113/5 113/18
**08** [2] 123/20 131/12
**08-21925-CIV** [1] 1/3

**1**
**1,200** [1] 128/9
**1/26/2006** [1] 187/7
**10** [8] 48/17 48/23 49/17 58/20 101/11 180/2 215/11 216/3
**10-pound** [1] 13/18
**10/3/06** [1] 171/15
**100** [5] 33/18 71/16 200/8 215/6 215/7
**104** [1] 1/12
**10:30** [1] 224/1
**11** [7] 8/19 110/17 124/22 124/25 127/14 153/12 224/1
**11-15-06** [1] 115/10
**11-17-06** [1] 114/15
**11/08/06** [1] 117/25
**11/10/06** [1] 117/23
**11/13/06** [1] 115/14
**1172** [1] 62/4
**1191** [1] 183/9

**11:15** [1] 57/3
**11:24** [1] 59/13
**11:30** [1] 224/5
**11:40** [1] 59/14
**11:41** [1] 60/6
**11:43** [1] 60/24
**12** [10] 6/15 9/12 11/15 41/25 42/20 45/20 59/18 105/6 105/17 191/17
**122** [1] 229/15
**12:16** [1] 80/23
**12th** [2] 108/5 185/17
**13** [10] 11/15 117/8 127/19 127/19 139/6 181/14 186/21 215/3 215/3 217/1
**131** [1] 230/9
**134** [1] 229/16
**137** [2] 213/19 229/16
**1380** [1] 106/16
**13899** [1] 1/15
**13th** [3] 40/15 186/20 216/15
**14** [3] 9/17 112/18 207/17
**140** [2] 106/17 229/17
**143** [1] 229/18
**1490** [1] 108/15
**15** [21] 13/5 13/8 13/9 13/15 14/2 38/18 45/22 47/3 60/17 79/13 79/19 80/12 82/25 106/20 106/22 126/13 215/23 216/12 217/13 218/6 218/11
**15-minute** [2] 57/1 58/20
**15-to-20-minute** [1] 80/15
**150** [1] 212/2
**1500** [1] 101/15
**153** [1] 1/15
**15th** [2] 209/20 217/3
**16** [11] 42/7 42/18 47/21 100/21 101/18 102/2 104/21 111/4 183/12 208/11 208/21
**165885** [1] 108/6
**168** [1] 229/18
**168th** [1] 212/2
**16th** [1] 42/25
**17** [6] 16/24 26/4 83/1 108/25 109/8 201/14
**175** [1] 229/18
**177** [1] 229/18
**18** [4] 18/14 19/19 217/16 217/19
**180** [1] 230/10
**181** [1] 230/11
**183rd** [1] 1/12
**185** [1] 229/19
**18th** [1] 38/20
**19** [4] 133/5 154/19 171/11 226/18
**1967** [1] 212/8
**1970** [1] 183/10
**1973** [1] 212/11
**1985** [2] 202/8 202/14
**1991** [1] 144/7
**1996** [18] 15/7 15/15 16/5 18/4 30/10 33/25 34/6 34/17 47/20 48/3 48/20 49/18 51/15 54/22 54/25 83/3 103/6 204/6
**1998** [1] 53/22
**1999** [1] 100/20
**19th** [1] 211/18
**1:15** [5] 60/1 60/10 60/22 78/19 80/22
**1:30** [2] 223/7 223/18
**1:35** [1] 80/24
**1:37** [1] 81/14
**1st** [16] 82/3 82/6 82/19 104/7 124/15 146/12 169/6 170/4 172/3 172/3 172/14 174/8 174/14 178/8 188/8 188/18

**2**
**20** [25] 33/25 43/10 43/12 45/19 47/20

**54/25** 59/18 60/18 79/13 79/14 79/20 80/4 123/4 123/8 123/9 123/10 123/22 184/5 184/7 184/23
**200** [2] 52/10 109/14
**2000** [3] 93/25 100/18 101/16
**2001** [3] 18/4 103/16 104/5
**2002** [20] 15/18 16/2 16/9 16/14 16/24 17/3 18/4 24/2 27/1 27/5 27/6 27/9 28/14 28/25 30/7 32/25 51/16 62/5 65/4 104/5
**2003** [3] 24/3 24/17 24/21
**2004** [5] 5/22 7/21 7/25 82/13 82/16
**2005** [33] 3/3 19/3 19/5 19/6 19/11 19/20 20/1 20/5 20/9 20/9 20/13 20/21 21/1 82/3 82/6 82/19 100/13 104/7 107/7 107/17 107/23 124/16 125/15 130/6 150/9 172/14 178/1 178/8 188/8 188/18 199/6 203/19 203/24
**2006** [109] 19/25 20/9 20/22 26/18 35/1 35/22 36/3 36/11 37/8 37/9 37/18 38/2 38/13 38/19 39/7 39/23 40/2 40/10 40/15 41/18 42/7 42/18 42/25 45/13 45/22 46/4 47/4 64/17 83/13 83/16 95/2 96/4 96/13 98/2 99/9 101/16 105/21 105/25 106/2 106/4 106/5 106/7 106/16 107/8 107/21 107/25 108/1 108/3 109/13 109/16 109/21 110/25 111/1 111/20 113/20 114/17 115/12 117/8 118/2 118/6 118/6 118/22 119/14 120/9 121/1 123/3 124/8 124/22 124/25 125/23 126/10 129/11 130/1 146/12 150/8 150/11 160/10 166/4 166/5 169/5 169/6 170/4 170/10 171/11 172/4 174/8 174/14 178/11 187/7 187/15 188/2 189/2 190/17 193/18 206/2 207/17 208/11 209/21 209/22 212/22 213/10 215/23 216/12 216/15 217/3 217/16 217/21 217/25 218/6
**2006-509OVC** [1] 171/19
**2007** [10] 104/12 106/7 106/10 106/16 107/25 110/4 118/7 126/18 126/10 159/18
**2008** [19] 8/19 90/6 90/14 90/20 94/22 95/7 100/8 105/22 105/25 106/4 106/5 106/10 106/14 106/18 108/1 118/7 123/13 133/5 183/13
**2009** [18] 1/6 5/4 5/13 5/18 6/6 8/13 8/19 13/7 105/21 106/2 118/7 149/22 183/6 183/7 185/17 201/15 211/18 226/18
**201** [1] 229/21
**2010** [2] 129/23 229/7
**20215** [1] 107/19
**20800** [1] 106/14
**2096** [1] 48/5
**20th** [1] 34/17
**21** [5] 99/16 100/24 123/7 218/11 229/7
**211** [1] 229/22
**22** [4] 19/24 26/13 159/18 217/23
**220** [1] 230/4
**228** [1] 230/3
**22nd** [1] 217/21
**23** [1] 191/17
**24** [5] 1/6 110/9 110/23 166/19 166/22
**25** [5] 16/23 20/3 132/1 215/8 217/25
**26** [13] 28/4 28/6 33/15 33/15 33/17 33/22 47/24 47/24 110/10 188/2 189/2 190/17 193/18
**2601** [1] 106/12
**263** [1] 1/5
**28** [6] 8/13 8/19 16/9 17/3 126/2 187/15

**2**
**280** [1] 201/23
**29** [13] 21/10 21/10 21/11 23/4 24/1
 24/3 24/13 27/4 28/7 28/8 126/10
 131/11 133/2
**297** [1] 62/4
**29th** [1] 125/21
**2nd** [2] 126/10 169/4

**3**
**3/1/05** [1] 174/20
**3/1/2005** [2] 150/9 199/6
**3/14** [1] 112/18
**3/14/07** [5] 111/15 111/20 112/19 113/5
 113/18
**30** [38] 26/18 36/11 40/1 40/10 45/13
 46/4 64/16 80/13 83/12 83/16 93/24
 95/2 96/4 96/13 98/2 98/10 98/11 99/9
 109/13 109/16 110/25 111/1 111/20
 113/20 114/17 115/12 118/2 119/14
 120/9 121/1 123/3 128/9 129/11 130/1
 130/8 150/11 166/4 166/5
**300** [1] 108/7
**3000** [1] 1/18
**303** [1] 183/12
**305** [4] 1/13 1/16 1/20 1/24
**30th** [4] 41/18 96/5 118/6 124/8
**31** [1] 205/24
**3122** [1] 108/11
**3132** [1] 106/8
**33** [2] 10/16 10/17
**33025** [2] 106/9 108/12
**33101** [1] 1/20
**33128** [1] 1/23
**33132** [1] 101/15
**33133** [1] 106/13
**33169** [2] 1/13 108/7
**33179** [2] 106/17 108/17
**33180** [1] 106/15
**33181** [1] 1/15
**34** [1] 191/17
**341-3420** [1] 1/16
**3420** [1] 1/16
**35** [15] 11/24 12/3 49/3 49/10 80/14
 92/1 92/2 92/4 92/4 97/22 98/9 127/14
 127/19 127/19 199/1
**358-5577** [1] 1/20
**36** [11] 12/24 12/12 99/12 99/14 101/3
 101/4 101/4 101/4 101/5 101/19 102/5
**37** [7] 12/22 12/24 15/2 101/2 102/13
 102/14 104/21
**37th** [1] 106/12
**3:24** [2] 142/1 142/6
**3:25** [1] 140/13
**3:43** [1] 142/7
**3:44** [1] 143/7
**3rd** [7] 11/24 37/8 37/18 125/6 126/8
 212/22 213/10

**4**
**4.2** [1] 3/4
**40** [7] 37/20 43/14 79/21 80/16 80/17
 180/2 214/25
**400** [1] 1/23
**41** [7] 6/15 9/12 9/16 18/13 219/25
 228/1 230/3
**42** [2] 228/3 230/4
**4333** [1] 141/2
**434** [1] 183/9
**44** [4] 18/14 19/19 19/24 20/3
**45** [3] 20/8 34/5 79/19
**49** [1] 204/5
**49-year-old** [2] 188/7 199/5
**4th** [1] 126/1

**5**
**5:3** [1] 213/18
**5.1** [2] 3/3 65/17
**5/03/06** [1] 212/21
**5/2/2003** [1] 24/3
**50** [6] 156/18 156/19 156/20 156/25
 156/25 157/3
**509VC** [1] 171/19
**51** [4] 25/23 26/4 26/6 26/13
**523-5294** [1] 1/24
**5294** [1] 1/24
**5558** [1] 141/2
**5577** [1] 1/20
**585781** [1] 183/6
**5:00** [3] 179/12 179/13 179/14
**5:35** [1] 219/21
**5:49** [1] 229/2

**6**
**6.1** [1] 2/9
**6.2** [1] 2/7
**607** [1] 106/13
**61** [1] 230/8
**616** [1] 140/23
**619** [1] 140/23
**62** [4] 163/10 163/11 163/12 164/2
**65** [1] 157/1
**655-0239** [1] 1/13

**7**
**7/9/08** [1] 123/20
**70** [2] 68/21 213/19
**708** [1] 183/12
**7th** [1] 125/5

**8**
**8/15/06** [1] 38/21
**8/15/2006** [1] 39/7
**8/30/06** [2] 158/8 159/15
**80** [1] 1/19
**8044** [1] 144/17
**82** [1] 229/15
**8N09** [1] 1/23
**8th** [1] 1/19

**9**
**9/11** [1] 153/12
**9/11/06** [1] 153/13
**9/19** [1] 154/19
**9/19/08** [1] 131/12
**9/20/1996** [1] 34/6
**9/23/06** [1] 154/24
**9/26/06** [1] 155/19
**9041** [1] 1/19
**91** [1] 229/15
**99** [1] 1/12
**9:30** [3] 219/15 224/5 228/25
**9:49** [1] 1/7
**9:53** [1] 4/8

**A**
**a.m** [7] 1/7 4/8 57/3 59/13 59/14 60/6
 60/24
**abdominal** [1] 104/14
**ability** [9] 29/15 35/11 52/9 52/15
 196/1 196/1 196/2 196/3 196/3
**able** [13] 15/16 26/2 58/1 89/15 91/15
 96/15 118/22 135/9 157/2 161/1 165/2
 165/4 210/20
**about** [132] 2/2 2/3 2/6 2/10 2/15 2/16
 3/6 3/9 3/22 5/13 5/22 6/4 8/10 10/1
 10/4 11/19 12/3 14/11 15/7 16/7 18/1
 18/8 18/23 18/24 19/5 22/3 26/15
 27/25 29/2 29/6 31/1 32/8 34/21 35/20

**5:3** [1] 213/18
**183**

36/4 37/13 39/20 40/11 41/9 41/10
43/20 44/12 44/20 44/23 44/24 44/2
44/8 44/9 44/9 44/14 45/12 46/11 47/8
47/12 47/16 47/19 49/2 50/7 50/21
53/7 59/18 67/19 69/13 69/22 70/2
72/2 75/14 76/20 78/20 83/15 85/9
85/23 87/19 92/15 96/19 96/22 97/13
103/6 103/16 118/15 118/24 119/5
120/21 121/8 122/16 123/2 123/3
123/25 124/7 127/2 127/4 127/7 127/9
127/13 136/8 136/11 138/22 139/3
145/1 146/7 149/12 150/24 156/25
156/25 158/6 161/11 166/23 167/1
167/4 172/21 173/23 181/18 184/23
189/17 189/17 190/2 190/8 190/16
199/16 200/1 202/1 205/3 210/7
211/11 213/17 217/11 221/8 221/11
225/16 225/18 225/18 226/11
**above** [2] 71/23 229/5
**absence** [1] 54/20
**absent** [1] 142/6
**absolutely** [19] 57/15 59/20 64/18 72/7
98/3 98/19 117/19 118/14 121/6
138/14 138/21 143/3 148/2 149/3
160/1 164/21 166/12 167/20 179/23
**accept** [2] 25/5 70/8
**acceptable** [1] 228/6
**accident** [47] 15/19 16/6 17/3 17/6
30/11 39/25 48/4 48/11 53/23 63/10
63/11 66/14 91/9 95/5 103/10 103/23
104/2 112/9 123/24 124/4 124/7
125/14 125/14 129/3 146/11 150/9
150/11 158/8 159/10 159/11 159/15
166/4 166/6 172/24 173/1 174/13
174/19 178/1 204/6 210/2 210/8 217/1
217/13 217/19 217/23 218/1 218/8
**accidents** [7] 16/13 16/21 103/17 104/3
104/4 123/23 192/21
**according** [12] 17/8 27/6 27/16 27/18
27/19 43/20 44/19 48/24 48/24 52/22
63/16 192/25
**account** [2] 61/22 68/6
**accurate** [5] 80/15 202/14 215/21
215/25 216/18
**accurately** [1] 29/14
**aching** [6] 39/11 116/9 216/9 216/10
216/19 216/20
**acknowledge** [1] 139/11
**across** [4] 162/7 218/22 218/23 219/4
**action** [5] 87/12 99/22 100/17 100/19
181/4
**actions** [3] 100/13 176/8 181/10
**active** [3] 57/13 194/5 194/7
**activities** [2] 114/24 165/3
**activity** [1] 115/5
**actual** [1] 197/16
**actually** [29] 6/7 7/13 12/8 18/14 30/13
35/6 56/4 60/12 72/21 80/13 84/12
88/21 89/7 96/14 99/13 127/18 131/13
152/23 156/19 157/22 158/3 162/7
169/5 173/19 173/23 193/7 213/1
223/25 224/22
**acute** [1] 211/2
**ADAM** [3] 185/23 186/1 229/19
**add** [2] 70/6 70/14
**added** [1] 226/2
**adding** [1] 70/20
**addition** [3] 3/17 129/20 129/25
**additional** [8] 129/22 166/16 166/24
167/10 198/18 199/12 200/6 222/16
**Additionally** [2] 145/22 167/5
**address** [8] 76/13 92/18 105/12 107/22
109/5 141/1 201/22 212/1
**addresses** [4] 13/10 92/12 101/9
106/24

**A**

**adjourned [1]** 229/2
**adjusted [1]** 164/11
**adjustment [10]** 73/18 151/24 154/6 154/8 154/9 154/16 154/22 163/15 164/7 164/13
**administration [2]** 140/20 140/21
**administrative [1]** 99/23
**admitted [8]** 93/12 93/13 146/1 146/19 160/6 179/21 180/9 228/1
**admitting [1]** 202/24
**admonishing [1]** 57/19
**admonishment [1]** 61/4
**advice [1]** 8/4
**advise [3]** 61/3 210/1 213/7
**advised [10]** 72/5 192/24 213/8 216/25 217/12 217/18 217/22 218/6 218/12 218/17
**advisory [3]** 3/7 62/10 64/12
**affected [2]** 188/17 191/12
**affidavit [1]** 13/4
**affiliated [1]** 202/9
**affiliates [1]** 202/6
**affirmative [1]** 2/5
**afraid [1]** 213/8
**after [55]** 16/14 27/24 32/14 40/10 40/11 42/3 42/6 59/18 61/2 63/11 64/16 66/14 71/17 74/24 77/19 82/3 87/13 89/1 89/4 94/16 94/17 96/4 96/4 96/13 98/2 99/8 111/20 112/8 113/20 114/17 115/12 118/2 118/6 123/24 125/13 126/15 135/12 138/4 139/19 145/1 145/3 150/15 151/17 156/9 164/2 167/6 171/15 189/19 199/2 200/13 208/24 218/6 223/19 226/2 227/13
**after or [1]** 96/4
**afternoon [9]** 60/13 60/21 63/3 79/4 80/25 143/8 168/4 168/5 211/23
**afterwards [2]** 99/5 158/9
**again [46]** 5/16 10/19 12/15 12/17 12/25 13/2 13/6 15/22 19/20 29/9 30/14 30/16 39/4 47/20 48/2 49/1 50/7 52/23 58/8 59/4 82/20 123/20 124/7 124/21 125/23 126/4 126/8 126/12 143/23 154/22 156/17 162/15 162/16 171/6 176/4 176/19 176/23 188/20 192/18 199/4 200/14 201/15 211/19 216/9 219/19 222/3
**against [7]** 7/23 8/18 9/13 10/2 10/16 10/21 122/20 109/16 188/12
**age [2]** 77/18 219/7
**age-related [1]** 219/7
**agent [9]** 84/23 86/24 86/25 89/7 92/13 119/25 120/3 133/22 181/6
**agents [4]** 134/14 134/21 135/1 135/9
**aggregate [1]** 73/7
**ago [5]** 14/4 47/13 103/3 107/7 109/10
**agree [4]** 49/18 74/2 132/10 227/3
**agreeable [1]** 64/3
**agreement [1]** 228/19
**ahead [7]** 60/16 74/17 147/23 176/25 210/14 211/15 220/8
**aid [2]** 65/13 103/24
**Airline [2]** 120/2 137/13
**AIRLINES [17]** 1/6 37/10 91/13 92/25 93/23 94/5 94/20 94/25 109/17 121/24 138/3 140/23 141/10 173/2 182/2 183/15 210/6
**Airlines' [12]** 85/1 85/11 86/25 89/7 91/4 119/25 121/11 121/21 133/21 135/6 181/6 181/10
**airport [13]** 84/1 84/2 91/4 93/23 94/20 110/24 132/18 132/20 133/20 135/7

141/8 166/7 173/20
**Alki [1]** 94/2
**all [92]** 3/1 5/13 13/10 18/5 21/10 22/11 25/23 30/14 34/21 36/8 36/13 44/24 45/7 50/5 51/20 56/8 60/9 60/16 66/9 69/4 70/7 70/8 76/12 76/14 77/16 77/17 78/8 78/10 80/15 80/17 82/22 87/4 92/12 97/5 97/10 99/16 100/25 101/10 102/23 103/2 105/18 106/22 106/24 111/5 111/22 115/3 115/14 115/25 116/16 118/4 122/24 124/6 127/14 135/18 136/25 137/2 138/22 140/19 141/16 145/11 150/10 157/25 162/25 165/4 171/21 173/22 179/20 180/9 182/8 182/9 184/24 190/23 193/23 194/12 196/11 196/13 197/18 198/24 199/24 211/7 215/16 218/22 218/23 219/4 219/12 219/24 220/17 222/10 222/23 228/15 228/17 228/24
**allegations [8]** 181/14 181/14 182/6
**alleged [3]** 39/24 40/12 45/12
**allegedly [4]** 15/15 16/5 16/9 46/4
**alleges [1]** 75/6
**alleging [2]** 11/6 138/15
**Allen [10]** 28/12 52/8 100/1 100/14 100/18 112/3 112/17 112/20 112/22 112/25
**alleviate [1]** 206/20
**allow [1]** 66/17
**allowed [1]** 223/4
**allowing [2]** 224/24 225/1
**alluded [1]** 66/20
**allusion [1]** 190/7
**alma [1]** 212/17
**almost [3]** 103/13 118/21 140/25
**along [16]** 7/9 26/24 78/6 78/10 94/21 94/25 101/2 108/22 117/18 117/19 117/19 118/18 157/11 159/21 160/13 166/11
**already [8]** 121/17 128/13 136/11 163/13 166/16 166/17 173/9 194/18
**already-existing [1]** 173/9
**also [60]** 3/1 15/11 16/8 25/21 26/23 27/1 34/24 35/18 41/2 46/5 46/22 47/11 47/15 52/25 55/22 56/1 56/7 60/19 62/10 62/12 63/4 68/17 70/12 71/11 75/5 89/9 94/12 95/21 101/18 112/25 118/24 129/17 129/21 129/21 136/5 145/23 146/17 146/18 146/19 152/23 153/2 155/17 156/12 157/3 157/4 157/14 161/24 163/2 169/18 187/24 196/25 202/18 202/19 203/23 204/13 207/13 209/15 209/17 213/21 225/21
**altercation [1]** 218/15
**Alterman [2]** 139/8 139/10
**alternatively [1]** 11/20
**although [4]** 61/12 66/20 67/5 204/21
**Alton [1]** 107/24
**always [7]** 187/13 187/20 192/19 195/9 195/9 203/7 215/14
**am [26]** 4/11 5/15 11/6 13/16 14/3 19/5 19/14 23/10 27/3 27/6 29/6 33/9 58/21 63/2 92/18 97/4 99/4 107/6 109/10 110/7 141/21 144/15 202/17 202/19 219/24 220/12
**AMA [3]** 164/19 164/22 165/1
**ambulate [1]** 213/5
**America [1]** 181/10
**AMERICAN [33]** 1/6 37/10 71/8 85/1 85/11 86/25 89/7 91/4 91/12 92/25 93/23 94/5 94/20 94/24 109/17 119/25 120/2 121/11 121/21 121/24 133/21 135/6 137/13 138/2 140/23 141/10 145/9 173/2 181/6 182/2 183/15 210/6

212/14
**Arroyo [1]** 210/2
**among [3]** 59/25 219/14 219/14
**amount [11]** 61/20 98/16 98/17 109/6 125/10 126/12 128/6 128/7 133/25 164/3 169/12
**amounts [1]** 109/4
**amplification [1]** 199/25
**amplify [1]** 198/13
**amplifying [4]** 195/6 196/16 196/19 199/8
**analysis [2]** 67/15 101/25
**anatomic [1]** 197/25
**ANDREA [1]** 1/9
**Andrew [9]** 96/7 106/16 107/25 160/17 211/8 211/17 211/21 211/25 229/22
**ankle [2]** 116/6 191/15
**announce [1]** 34/12
**another [14]** 18/20 31/6 41/22 42/2 60/17 126/6 136/17 141/1 142/16 150/14 160/14 196/15 197/12 200/23
**answer [94]** 5/8 5/9 5/11 6/16 8/8 8/22 8/22 9/7 9/7 9/16 9/19 10/12 19/24 20/5 20/8 20/22 21/1 25/21 26/9 26/13 28/20 29/23 30/9 32/2 35/9 35/17 35/18 36/25 38/9 39/2 44/16 44/17 49/4 49/14 49/19 49/24 50/1 51/12 51/13 55/10 56/13 56/15 57/5 58/17 67/12 69/25 71/5 71/6 71/6 71/11 71/14 71/18 73/19 74/6 74/7 74/8 74/13 86/5 92/5 92/20 98/20 99/25 100/24 101/7 101/12 101/14 102/1 102/4 102/10 102/10 102/12 102/22 105/4 108/23 109/1 109/3 109/12 110/16 111/7 123/23 124/4 124/18 127/5 127/12 128/12 128/12 130/5 132/4 132/12 132/13 132/24 136/16 138/23 182/11
**answered [7]** 27/25 53/3 91/24 119/17 121/18 135/3 178/3
**answering [3]** 35/7 57/11 102/4
**answers [28]** 11/17 11/23 12/7 12/18 12/23 13/2 13/6 15/3 17/25 18/2 18/22 20/11 31/15 44/7 45/4 47/12 47/15 51/23 55/9 93/11 100/1 101/20 102/23 104/18 105/2 105/7 182/13 182/15
**Anthony [5]** 106/14 110/6 111/11 131/19 221/17
**anti [1]** 189/24 193/6 204/23 205/16 209/13
**anti-inflammatory [5]** 189/24 193/6 204/23 205/16 209/13
**any [115]** 2/12 2/19 3/21 8/20 9/15 15/7 18/20 25/10 26/2 30/4 31/8 32/9 50/6 51/4 55/10 57/18 60/2 61/7 61/14 61/15 61/20 62/25 64/6 64/14 66/1 66/19 70/1 70/3 70/11 70/12 70/20 72/16 72/20 73/18 73/23 75/9 80/21 83/25 84/22 85/18 86/5 91/12 98/13 99/5 102/17 102/9 104/1 104/2 104/3 104/5 109/3 109/17 110/15 110/19 118/10 122/10 122/12 128/3 129/18 130/14 130/17 131/2 134/3 137/17 139/22 140/10 142/20 145/7 145/12 145/16 146/7 151/2 159/25 174/24 177/19 178/12 178/22 182/5 183/22 184/15 188/5 189/11 190/23 192/16 195/14 195/15 198/17 198/23 199/9 201/1 202/21 202/21 206/7 207/9 207/22 208/7 208/24 210/18 210/23 213/5 213/12 214/6 216/24 217/12 217/17 217/21 217/25 218/6 218/13 221/22 221/25 222/16 224/14 225/6
**anybody [3]** 59/25 88/10 179/18

**A**

**anymore [4]** 54/13 156/24 158/10
161/2
**anyone [5]** 88/16 109/12 167/20 218/7
219/14
**anything [30]** 3/25 18/7 40/1 58/2
58/18 68/13 69/15 74/16 76/13 78/14
78/17 85/23 88/16 97/12 109/2 109/2
131/2 134/1 139/3 142/13 142/24
148/15 161/4 200/19 220/13 222/17
222/22 224/15 228/20 228/22
**anyway [2]** 61/3 130/12
**anywhere [2]** 145/2 210/7
**apart [3]** 16/17 16/17 148/13
**apologize [3]** 50/8 58/5 147/1
**apparently [14]** 27/23 30/15 30/21
58/16 95/15 102/6 107/14 139/5 139/8
148/12 204/4 204/5 204/6 204/11
**appear [4]** 105/7 106/21 215/25 216/17
**appearances [2]** 1/11 142/8
**appears [17]** 12/5 13/1 28/22 29/3
29/22 39/6 100/23 102/3 104/23
108/23 108/23 111/7 123/19 199/8
207/12 216/14 218/4
**application [5]** 51/25 52/2 52/19 73/12
73/18
**applied [1]** 128/13
**apply [2]** 195/23 196/6
**appointments [1]** 105/25
**apportioned [1]** 83/3
**appreciate [2]** 42/15 220/10
**appreciated [1]** 129/18
**approach [1]** 147/3
**appropriate [12]** 61/18 62/14 63/13
65/11 66/15 66/25 73/15 74/24 76/10
181/18 181/21 187/19
**approved [3]** 54/20 62/2 65/4
**approximately [10]** 98/21 104/15 106/1
109/15 109/20 166/19 166/21 166/25
167/11 208/16
**April [5]** 46/23 48/5 48/11 95/7 110/4
**April-May [1]** 95/7
**are [188]** 2/14 3/13 4/10 4/19 7/15 7/24
10/2 10/3 10/17 11/20 11/24 12/4 12/6
12/8 12/18 12/22 13/3 14/4 14/6 14/8
15/3 15/4 15/24 16/24 19/5 21/11 23/3
23/6 24/13 24/20 26/6 28/9 31/14
31/14 31/19 32/10 33/21 34/2 34/19
34/21 35/20 36/10 36/14 37/8 37/8
37/13 40/16 41/8 42/19 42/22 43/10
43/12 44/20 47/25 52/11 56/15 57/7
57/8 58/9 58/10 60/11 61/9 63/8 63/15
64/10 65/12 65/15 67/21 69/3 70/3
70/16 72/3 72/4 73/3 73/8 74/6 75/3
81/4 81/7 81/8 81/15 81/18 81/22 82/9
82/10 86/1 86/23 87/21 92/4 92/10
92/12 95/23 97/2 98/4 101/20 102/9
104/18 104/22 107/7 108/18 111/14
117/7 117/15 118/6 118/18 122/9
123/9 124/12 124/21 124/23 126/1
126/9 127/22 129/23 136/10 137/23
138/5 142/8 142/9 142/16 142/21
144/14 145/7 146/24 146/25 148/12
148/22 149/4 150/2 154/12 155/1
155/1 155/21 157/15 157/21 158/22
159/20 162/8 164/14 164/22 165/5
165/14 166/2 169/6 169/19 170/8
173/8 177/6 177/9 178/13 179/3 179/3
179/10 179/25 180/9 180/12 182/16
185/13 185/14 189/23 193/2 193/23
194/10 194/21 194/21 195/3 195/13
195/25 196/4 196/10 197/12 197/22
198/12 199/11 207/5 212/13 215/16
218/4 219/6 219/7 219/25 220/24

**area [24]** 37/2 37/5 48/16 66/17 69/17
84/24 85/18 88/13 88/15 89/10 89/13
135/7 152/3 155/8 155/8 155/9 155/15
156/7 157/13 157/14 157/17 165/8
167/15 216/23
**areas [17]** 5/19 31/18 39/9 99/5 99/6
115/19 115/25 140/10 154/24 155/1
155/1 155/5 155/6 164/12 195/1
205/14 222/5
**aren't [8]** 11/4 15/4 117/15 169/15
173/7 179/19 200/22 228/10
**argument [2]** 80/2 180/25 183/22
223/11 223/20
**argumentative [1]** 26/22
**arguments [1]** 183/23 219/18 223/13
**arising [1]** 102/17
**arm [5]** 104/9 116/6 193/4 196/24
215/15
**arms [2]** 32/1 162/7
**around [9]** 50/8 87/2 87/4 87/5 87/14
158/17 158/19 171/20 224/1
**arrested [1]** 104/10
**arrived [5]** 91/3 94/16 141/8 141/9
212/8
**arthritic [4]** 214/22 218/21 219/3 219/6
**arthritis [3]** 52/16 202/17 203/1
**arthrosis [1]** 214/21
**Asian [2]** 86/16 86/18
**aside [2]** 71/17 182/15
**ask [47]** 5/16 8/15 9/11 10/11 25/24
35/12 36/3 38/8 44/15 44/17 46/9
47/19 60/2 69/25 72/1 81/4 81/11
111/17 119/5 120/5 120/7 120/21
123/2 127/3 130/19 131/1 132/11
132/22 132/24 136/3 136/17 137/8
142/22 148/16 148/20 148/21 160/13
168/10 177/14 179/5 200/20 217/17
219/15 219/23 220/7 222/14 223/2
**asked [59]** 5/2 5/5 5/13 5/16 6/4 8/19
9/15 11/7 11/19 18/8 18/10 18/11
19/19 21/19 25/14 26/4 26/17 26/21
27/25 30/3 33/5 44/8 47/8 49/2 50/21
51/5 53/3 53/24 55/9 55/13 56/15
59/15 76/19 85/16 86/3 86/4 91/25
92/9 99/15 118/15 118/17 118/24
119/16 121/17 127/2 127/9 135/10
136/10 148/10 173/3 173/4 173/5
173/17 176/3 176/12 176/22 178/2
178/19 201/5
**asking [16]** 6/23 9/25 22/3 53/8 99/13
102/8 142/20 150/19 173/18 175/24
177/7 177/23 179/10 180/6 201/15
224/21
**aspect [2]** 191/4 214/2
**assault [2]** 100/8 173/15
**assaulted [5]** 5/23 9/15 19/12 172/18
188/10
**asserted [2]** 176/6 176/8
**assess [1]** 195/21
**assessment [11]** 39/14 40/22 40/23
161/7 161/8 161/12 164/18 165/9
166/13 167/12 206/9 209/7 211/4
**assigned [1]** 165/5
**assist [3]** 89/8 147/3 226/17
**assistance [5]** 83/21 83/25 84/4 84/9
84/15
**assistant [4]** 202/10 203/8 204/4
205/12
**assisting [2]** 24/9 194/6
**associate [1]** 95/20
**associated [11]** 146/6 161/21 191/8
194/17 194/20 195/24 197/2 197/3
197/5 198/13 198/14

**Association [2]** 145/9 145/9
**assume [6]** 25/12 68/23 68/25 140/1
117/11 185/1
**assumed [1]** 131/18
**assuming [1]** 225/1
**assumption [1]** 68/12
**assumptions [1]** 68/3
**Astripo [1]** 96/2
**asymmetry [1]** 213/23
**Atlanta [1]** 144/9
**Atlantic [1]** 123/12
**attachment [1]** 150/1
**attack [3]** 11/10 130/2 130/3
**attacked [5]** 11/5 11/6 20/14 104/6
104/10
**attacking [2]** 10/24 11/1
**attempt [2]** 18/7 90/21
**attempted [2]** 18/5 91/7
**attempting [1]** 119/19
**attend [3]** 144/4 144/8 223/5
**attendance [1]** 144/12
**attention [12]** 2/2 40/18 60/4 66/8
76/21 122/14 133/2 158/20 187/1
219/19 223/16 224/16
**attorney [22]** 8/5 14/24 15/6 92/13
127/9 139/6 139/8 169/9 169/16
169/20 175/8 175/17 175/21 176/12
176/22 177/15 177/20 178/9 178/14
178/17 178/19 178/20
**attorney's [5]** 124/17 126/20 128/22
175/18 175/20
**attorneys [1]** 60/14
**audience [1]** 55/20
**August [49]** 26/18 36/10 38/18 40/1
40/10 41/18 42/7 42/18 42/25 45/13
46/4 64/16 83/12 83/16 93/24 95/2
96/4 96/5 96/13 98/2 99/9 109/13
109/16 110/24 111/1 111/20 113/20
114/17 115/12 118/2 118/6 119/14
120/9 121/1 123/3 124/8 125/5 128/9
129/11 130/1 130/8 150/11 166/4
166/5 208/21 215/23 216/12 218/6
229/7
**authorized [1]** 54/6
**auto [2]** 103/16 103/23
**automatically [1]** 71/7
**automobile [3]** 15/19 16/6 16/12
**available [2]** 68/9 142/3
**Aventura [7]** 106/2 106/5 106/15 107/8
107/21 108/14 202/23
**Avenue [4]** 1/23 106/12 107/19 108/7
**average [3]** 67/8 68/4 68/19
**award [4]** 61/20 61/22 63/14 67/6
**awarded [2]** 3/21 104/12
**awards [1]** 67/24
**aware [13]** 15/17 22/5 27/3 34/19 34/20
34/21 34/23 36/15 36/17 36/20 76/24
169/15 169/18
**away [5]** 13/21 53/14 78/8 86/21 96/12

**B**

**B-R-O-U-G-H [1]** 62/3
**baby [2]** 26/11 26/14
**back [166]** 5/12 5/17 6/6 7/5 16/20 17/2
17/7 22/17 24/24 25/1 25/10 25/15
25/20 26/10 26/12 26/19 28/14 30/19
31/1 31/9 31/12 32/5 32/7 33/1 33/7
33/11 35/4 35/23 38/19 38/20 39/10
39/10 39/10 39/25 40/9 43/6 43/22
44/3 44/6 44/6 44/11 44/12 45/10
47/18 47/21 48/3 48/14 48/16 48/22
49/1 50/8 50/13 51/20 52/23 53/2
53/11 54/4 54/7 54/23 55/7 55/12 59/7
60/9 78/9 78/13 83/17 83/24 85/4 86/2
90/2 90/5 90/14 92/4 94/16 101/3

**B**

**back... [99]** 101/3 103/9 103/9 104/4 106/22 108/9 111/2 111/3 114/22 116/4 116/4 116/5 122/16 122/23 139/7 140/7 142/14 145/19 147/2 147/8 151/24 152/2 152/9 153/17 154/13 155/9 155/11 156/7 157/8 157/12 157/13 160/8 162/19 162/20 163/24 164/17 168/10 168/14 169/3 170/14 173/1 174/8 174/14 182/20 187/17 188/21 191/3 191/14 191/21 192/1 192/5 192/7 192/11 192/21 194/17 194/24 198/15 198/22 200/22 201/5 203/22 204/2 204/8 204/12 204/18 205/25 206/14 206/14 206/16 206/23 206/25 207/7 207/9 207/13 208/9 208/15 208/23 209/11 213/3 213/21 215/14 215/17 215/17 216/8 216/22 219/15 226/16 227/4 227/12 228/12 228/24
**background [2]** 118/16 186/3
**backwards [3]** 24/10 200/21 200/23
**bad [3]** 62/2 196/18 196/25
**badly [2]** 200/8 200/8
**Barmunshin [1]** 104/11
**based [26]** 8/4 9/9 20/17 22/4 53/1 55/3 60/8 60/14 69/9 72/15 94/6 120/19 124/20 164/24 164/25 165/3 176/13 180/5 181/9 189/25 193/12 200/9 205/15 218/18 219/2 228/18
**basic [2]** 196/4 220/17
**basically [34]** 80/4 80/6 151/23 152/3 153/24 154/11 155/1 156/3 156/8 156/24 158/10 159/2 159/4 161/10 161/23 162/1 162/6 162/24 163/21 164/2 165/1 165/6 177/2 187/16 188/5 188/8 189/3 192/9 194/2 194/13 196/10 200/17 204/16 215/6
**basis [9]** 10/6 49/21 51/8 96/18 96/19 102/20 161/3 180/9 200/17
**battery [2]** 100/8 128/19
**Bayview [1]** 1/18
**be [235]** 1/3 1/15 4/16 4/17 17/9 28/12 52/8 57/5 71/4 73/14 81/12 81/21 94/3 100/1 100/8 100/12 100/14 100/18 106/17 107/24 107/25 108/13 108/16 112/2 112/17 112/20 112/22 112/22 112/25 113/1 113/6 113/7 113/10 113/24 114/11 117/23 125/3 125/24 126/9 133/1 135/5 135/21 141/19 146/8 159/19 174/11 174/15 187/2 187/4 187/9 187/14 188/1 188/16 190/15 192/15 193/18 199/3 200/13 203/16 203/18 203/25 212/20 212/24 215/4 215/12 216/11 216/25 218/12 219/2 229/14
**Beach-Allen [9]** 28/12 52/8 100/1 100/14 100/18 112/17 112/20 112/22 112/25
**BEACH-MATHURA [44]** 1/3 4/16 4/17 57/5 71/4 73/14 81/12 81/21 100/8 100/12 112/20 113/1 113/6 113/7 113/10 114/11 117/23 125/3 125/24 126/9 133/1 135/21 141/19 146/8 159/19 174/11 174/15 187/2 187/4 187/9 188/1 188/16 190/15 192/15 193/18 199/3 200/13 203/16 203/18 203/25 212/20 212/24 215/4 219/2
**Beach-Mathura's [1]** 187/14
**Beach-Mathurin [1]** 229/14
**bear [2]** 77/24 184/2
**bearing [2]** 58/15 77/17
**beat [1]** 60/21

**beaten [1]** 55/23
**because [91]** 14/5 20/23 8 FLSD 5/6 15/13 20/16 22/4 22/18 26/1 26/14 26/15 34/12 35/19 42/9 44/15 45/6 45/14 46/7 50/2 52/20 53/6 54/5 54/19 55/7 55/17 56/7 57/18 60/11 60/20 65/4 65/9 65/24 66/16 66/17 67/1 68/8 70/18 71/22 74/25 75/5 75/6 76/9 77/23 80/13 87/14 89/18 96/14 102/6 103/2 119/11 120/21 120/23 121/24 128/14 128/23 128/25 129/11 129/14 130/2 130/20 132/7 133/21 133/23 150/4 150/7 154/10 172/24 177/7 178/19 182/8 184/19 187/16 188/23 191/1 193/8 193/9 200/3 207/3 207/6 213/8 213/20 219/24 219/25 223/11 223/25 224/4 224/19 226/10 228/14 228/17
**become [1]** 228/3
**been [88]** 5/14 5/18 5/19 8/12 8/22 9/7 13/11 14/15 14/16 18/25 26/1 33/5 33/6 33/11 34/8 34/16 39/17 39/21 43/18 46/4 53/17 55/11 55/22 56/1 56/3 56/25 66/15 66/19 68/3 71/13 75/21 77/13 80/3 84/2 86/16 89/15 91/5 91/13 95/23 99/19 106/11 107/1 109/2 109/11 109/12 110/7 118/22 119/16 121/17 121/18 122/21 128/14 129/12 129/18 129/25 130/12 136/8 136/23 138/14 142/18 143/15 148/24 149/9 150/4 150/22 150/24 151/3 152/18 160/6 173/23 179/20 182/5 184/25 186/13 186/16 186/18 192/20 198/17 202/8 202/13 204/23 210/1 217/8 217/13 217/18 217/23 218/1 218/7
**before [52]** 1/9 3/25 8/4 10/10 17/13 19/1 21/25 26/2 29/13 30/3 34/11 38/4 38/23 42/2 44/2 44/11 45/11 58/2 58/18 59/10 66/14 70/16 76/13 77/19 78/8 88/20 90/1 96/14 97/12 119/12 122/12 131/22 138/23 142/13 142/21 146/5 161/11 162/18 165/8 180/10 184/20 189/16 199/21 216/21 219/22 222/4 222/22 223/7 223/23 224/6 224/16 227/12
**began [7]** 15/9 82/3 82/16 88/20 88/20 89/1 89/8
**begin [4]** 87/16 88/3 89/10 139/16
**beginning [3]** 88/3 88/17 228/18
**begins [1]** 100/1
**behalf [5]** 72/1 81/5 81/8 81/16 84/6
**behind [7]** 85/2 85/11 87/6 87/8 87/14 88/21 89/8
**being [14]** 26/21 35/15 56/10 83/3 94/12 98/25 124/20 176/7 181/3 198/24 199/16 200/1 223/7 226/11
**belief [1]** 59/5
**believe [56]** 2/5 2/23 6/21 11/25 14/6 15/11 15/21 16/11 16/14 16/18 18/10 25/11 29/15 36/7 37/4 42/5 50/14 51/15 53/22 57/8 58/4 64/5 70/9 70/11 89/11 90/24 91/5 93/8 94/11 95/7 95/12 95/18 96/12 102/6 103/17 105/3 106/18 111/19 113/11 118/17 127/17 127/23 139/9 140/24 145/11 145/25 146/14 146/14 163/10 175/22 189/4 189/25 190/1 199/24 201/6 207/4
**believed [2]** 29/24 92/13
**below [21]** 2/18 2/19 2/19 2/22 3/6 52/11 61/8 62/14 62/16 62/19 63/7 63/17 63/23 64/9 65/12 66/2 66/4 66/5 67/4 67/11 69/12
**below-discount [1]** 63/17
**below-market [19]** 2/18 2/19 2/19 2/22

3/6 61/8 62/14 62/16 62/19 63/7 63/23 64/9 65/12 66/2 66/4 66/5 67/4 67/11 69/12
**bend [2]** 200/21 200/21
**bending [3]** 161/19 161/19 163/3
**benefit [5]** 125/8 125/16 126/4 126/12 201/4
**benefits [14]** 66/21 98/13 98/16 99/10 99/10 104/12 124/15 126/17 128/3 128/6 128/23 172/9 172/25 173/7
**best [5]** 29/14 44/17 55/18 171/22 210/3
**Beth [1]** 202/6
**better [2]** 5/3 5/10
**between [6]** 43/11 43/12 77/25 209/16 214/4 216/3
**beyond [1]** 135/19
**big [8]** 21/11 150/10 195/9 195/9 196/15 197/8 197/12 198/14
**bigger [1]** 7/15
**biggest [1]** 192/10
**bilateral [2]** 156/8 197/21
**bilaterally [3]** 204/10 210/23 211/1
**bill [8]** 109/20 110/1 158/10 158/12 158/15 158/16 158/18 158/19
**bills [6]** 103/25 109/17 110/7 173/19 173/21 177/2
**binder [13]** 33/15 137/23 138/6 138/7 139/7 146/24 146/25 171/5 171/7 171/8 174/4 220/12 227/8
**binders [4]** 171/24 201/13 228/13 228/15
**Biscayne [3]** 1/15 101/15 106/14
**bit [5]** 153/15 153/15 165/23 186/2 199/15
**black [1]** 198/5
**blame [1]** 59/2
**bleeding [1]** 193/9
**blind [3]** 52/8 52/13 52/14
**block [21]** 23/15 24/14 24/17 24/21 27/12 27/14 27/15 37/19 37/23 38/5 39/18 39/20 50/20 206/13 208/6 208/8 208/15 208/17 209/16 209/17 214/24
**blocks [9]** 38/2 43/10 43/12 46/23 206/16 206/17 206/19 207/4 208/8
**blue [11]** 85/19 85/24 86/3 86/14 89/5 89/16 121/22 121/23 122/8 122/19 122/24
**Blvd [1]** 1/15
**board [5]** 104/13 145/15 202/18 212/13 212/14
**boarding [2]** 133/24 139/13
**bodily [1]** 44/10
**body [17]** 11/20 11/22 37/4 48/18 48/21 49/17 82/25 99/24 110/16 122/23 165/3 165/5 165/7 197/4 197/11 197/23 214/9
**bona [1]** 54/19
**bone [1]** 157/9
**bones [3]** 154/10 154/12 200/22
**bony [2]** 195/13 195/15
**book [8]** 21/11 23/4 92/1 92/2 101/19 131/15 171/1 226/24
**booklet [1]** 137/8
**Boston [1]** 202/7
**both [16]** 18/4 31/5 31/12 36/10 42/2 129/23 156/6 162/7 194/16 203/23 205/9 210/20 210/20 222/14 225/20 227/11
**bothering [1]** 156/14
**bottom [13]** 27/9 29/13 39/4 40/19 105/5 106/23 112/2 113/10 113/15 115/6 125/1 191/15 191/25
**Boulevard [3]** 101/15 106/14 141/2
**bound [1]** 65/12

**B**

Box [2]  1/19 140/23
boyfriend [1]  55/23
braces [1]  106/5
brain [5]  197/3 197/5 197/6 197/6
198/5
brake [1]  182/18
brakes [2]  181/16 182/19
Brandeis [1]  186/6
breach [5]  62/6 62/8 100/19 181/14
182/6
break [3]  59/11 81/3 130/11
breaks [1]  3/18
Brett [5]  107/21 185/17 185/23 186/1
229/19
Brickell [1]  1/18
brief [6]  56/24 57/1 141/23 142/2
179/25 213/2
briefly [9]  5/22 15/8 151/21 155/21
163/20 164/22 175/2 177/9 180/20
Brigham [1]  202/6
bring [12]  3/25 4/7 6/19 59/24 60/4
76/20 81/13 131/15 143/5 148/11
148/15 181/10
bringing [1]  134/23
Bronstein [12]  56/23 82/4 82/7 82/12
82/20 82/24 97/25 108/6 189/15
189/16 190/3 190/4
Bronstein's [2]  82/9 82/23
brother [5]  94/5 121/24 135/5 135/19
135/22
Brough [1]  62/3
brought [17]  46/24 85/10 85/18 85/24
86/13 89/9 89/13 89/24 90/16 90/22
91/13 121/20 122/10 122/17 181/5
204/11 223/15
Broward [1]  144/21
brutally [1]  55/23
buckled [1]  33/2
buckles [3]  32/15 32/20 32/22
Budapest [1]  212/7
bulky [1]  228/11
bunch [2]  51/10 51/10
burden [4]  2/4 2/6 2/7 2/8
bureau [13]  124/12 128/21 130/7
168/22 168/25 169/8 169/16 169/19
170/13 173/3 175/8 220/22 228/3
burning [5]  39/11 216/9 216/10 216/20
216/20
bus [1]  91/6
business [6]  13/10 101/9 105/12
106/24 109/5 139/5
buttock [3]  37/2 157/14 157/17
buttocks [6]  32/6 32/7 108/9 110/25
111/1 111/3

**C**

C-section [2]  25/12 26/16
C4 [3]  43/11 206/18 209/16
C4-C7 [1]  43/11
C5 [2]  190/9 197/9
C5-6 [2]  190/9 197/9
C6 [3]  197/9 197/10 214/22
C7 [4]  43/11 206/18 209/16 214/23
calculated [2]  57/8 67/25
calculation [3]  2/17 65/11 67/23
CALDWELL [1]  1/18
calendar [1]  223/1
call [22]  2/1 54/14 60/4 66/8 84/11
85/14 85/17 141/24 143/9 143/12
159/2 173/4 179/4 179/16 184/15
188/22 195/8 201/11 220/7 220/21
223/1 224/16
called [15]  22/5 28/5 28/9 36/14 51/24

94/11 96/8 135/5 156/1 156/7 173/18
175/16 177/20 188/23 191/5
calling [4]  49/22 69/25 142/16 221/16
calve [2]  191/15 191/24
Calvinbroaden [1]  54/17
came [15]  72/11 89/7 89/13 119/4
169/15 192/8 205/25 206/23 213/2
213/4 215/4 215/7 215/8 215/13 217/9
Cameron [2]  106/12 110/6
can [162]  2/2 2/10 2/15 3/5 3/9 3/22
4/21 5/8 5/16 7/3 7/3 7/8 7/9 13/23
18/12 27/4 28/5 35/8 35/9 35/17 35/17
35/18 35/18 36/1 36/25 38/9 38/19
42/7 42/13 44/16 44/18 47/22 47/24
48/7 51/12 51/13 53/18 53/21 57/24
58/21 59/8 59/17 60/21 63/9 63/10
63/14 63/16 63/20 63/21 63/25 65/1
65/5 65/5 66/1 66/4 68/4 68/16 68/17
69/11 69/12 69/21 70/1 73/21 74/12
74/19 74/22 75/13 76/5 77/5 79/22
80/8 81/3 81/13 81/25 93/15 94/18
97/10 97/16 97/16 97/19 99/5 108/22
119/5 120/10 120/21 127/2 127/3
127/5 127/25 129/18 132/12 132/22
132/24 133/2 134/13 136/17 137/6
137/8 138/8 138/16 138/23 139/13
141/19 141/23 142/2 142/22 143/5
143/19 145/18 147/4 148/1 148/21
149/8 151/9 151/10 151/15 154/10
156/9 156/11 158/2 159/7 159/10
167/15 167/20 168/15 168/15 169/3
171/9 171/9 171/22 176/8 177/10
178/24 180/25 180/25 184/5 184/19
185/22 194/5 194/6 194/9 195/6
196/20 201/17 204/25 205/11 215/11
215/20 216/2 218/4 222/18 223/9
223/18 223/18 223/24 225/17 226/13
227/8 227/9 227/12 228/9 228/11
can't [24]  14/18 18/24 35/9 35/12 38/8
44/16 59/11 59/11 65/6 93/3 102/6
102/7 105/18 107/22 115/2 120/8
120/10 120/22 132/14 145/16 156/24
179/24 194/8 224/19
canal [1]  197/20
candidate [2]  199/12 200/3
cane [3]  213/5 213/6 213/7
cannot [6]  14/24 19/1 24/18 27/20
57/10 122/21
capacity [3]  98/13 98/16 98/24 99/9
105/8 128/4 128/6 201/7
car [3]  30/10 55/24 103/6
care [11]  13/11 18/3 44/3 44/9 106/25
109/18 109/20 166/13 166/16 166/18
190/6
carrier [1]  104/12
Carter [1]  141/2
case [62]  1/3 2/6 3/19 5/20 6/2 9/13
11/21 18/6 18/7 58/16 59/8 60/3 60/12
61/4 62/5 62/6 62/20 62/23 66/2 66/2
75/1 75/15 76/12 77/17 78/24 79/1
79/14 79/21 80/18 150/17 150/23
157/2 169/11 182/23 183/8 183/11
184/15 184/18 185/16 187/2 188/1
191/19 194/13 196/14 219/14 219/17
221/8 221/13 222/6 222/7 223/21
224/10 224/11 224/21 224/23 224/25
225/2 225/2 225/4 225/5 226/1 228/18
case-by-case [1]  66/2
case-in-chief [3]  75/1 185/16 225/4
cases [4]  182/24 182/25 183/4 183/4
cash [5]  62/9 111/25 113/12 113/16
114/3
catch [1]  133/23
categories [1]  3/18
Caucasian [1]  86/16

causality [1]  192/18
causation [2]  193/1 193/23
cause [7]  71/4 71/8 173/7 181/4 198/18
198/19 200/24
caused [11]  71/13 103/23 111/1 157/6
157/7 157/8 183/17 183/18 188/13
210/8 218/8
causes [1]  157/11
causing [3]  157/10 192/16 200/19
caution [1]  59/24
cc [1]  37/20
CCCC [2]  228/2 230/3
center [17]  53/24 95/22 96/8 100/15
100/19 106/8 107/19 108/11 108/15
119/1 144/3 145/3 145/5 147/10
186/11 189/4 203/1
centers [3]  144/21 144/21 144/22
central [2]  190/9 213/24
Centre [1]  1/18
cephalgic [1]  213/22
Cerebellum [2]  198/4 198/4
certain [2]  73/10 133/24
certainly [3]  25/2 181/11 201/12
certificate [4]  13/6 53/7 129/15 129/19
certificates [2]  129/22 145/13
certification [1]  129/16
certifications [1]  145/12
certified [8]  1/22 145/14 145/15 146/3
146/4 202/18 212/13 229/9
certify [2]  52/7 229/4
cervical [44]  37/11 48/15 104/9 116/17
152/18 154/25 155/2 155/8 155/8
155/10 155/14 161/17 161/20 162/10
167/7 167/8 167/10 168/17 189/6
189/10 190/7 194/13 194/23 197/20
199/7 199/19 200/20 205/6 206/10
206/11 207/19 207/25 208/6 208/8
209/1 209/8 211/6 213/3 214/1 214/2
214/11 215/15 215/17 218/24
cervical/lumbar [1]  199/19
CH [1]  144/17
CH-8044 [1]  144/17
chair [2]  13/21 143/17
challenge [1]  54/14
chambers [1]  7/5
chance [2]  6/8 72/2
change [2]  23/9 116/23
changed [1]  12/10
changes [6]  214/22 218/22 219/3
219/6 219/7 219/7
characteristics [3]  86/12 122/10
122/18
characterization [2]  17/18 216/5
characterize [1]  192/5
charge [3]  60/25 133/9 230/8
charged [2]  104/10 172/25
charges [2]  164/14 164/16
chart [2]  149/22 158/10
check [9]  49/15 89/7 119/25 133/22
142/3 194/12 200/21 200/22 210/5
check-in [5]  49/15 89/7 119/25 133/22
210/5
checked [4]  41/5 41/6 52/11 83/17
checking [2]  85/2 119/25
checkmark [4]  31/6 31/6 31/10 31/17
Chicago [1]  186/8
chief [10]  17/1 43/5 45/23 75/1 152/7
152/8 185/16 190/19 204/2 225/4
child [1]  19/12
childbirth [1]  25/12
children [2]  56/3 58/11
children's [1]  19/1
chiropractic [23]  94/15 98/1 106/4
106/8 108/11 144/3 144/11 144/20
145/8 145/9 145/10 146/6 147/9

**C**

chiropractic... [10] 151/24 154/6 154/8 154/9 154/16 154/22 159/9 164/7 164/12 165/13
chiropractor [9] 50/12 56/23 82/4 82/6 154/15 189/15 189/16 190/3 226/4
chiropractor's [1] 171/1
choice [2] 59/4 179/6
choose [1] 66/4
chose [1] 182/8
Christopher [8] 94/14 94/15 106/7 108/1 110/1 143/14 143/24 229/18
chronic [2] 48/15 153/24
chronological [1] 124/21
Ciaran [2] 84/10 94/8
circle [2] 116/7 171/20
circled [9] 31/3 39/13 40/6 41/12 41/13 116/7 116/9 155/1 155/6
circles [1] 115/18
circuit [14] 7/23 8/1 11/9 62/2 62/5 65/4 71/23 71/24 72/11 73/17 182/24 183/7 183/10 183/12
circumstances [1] 218/17
citation [1] 183/12
cite [2] 18/14 182/25
City [2] 202/4 202/5
CIV [1] 1/3
claim [46] 7/22 8/1 8/3 8/7 8/9 8/20 9/14 9/15 9/21 10/4 10/5 10/25 11/8 15/19 19/21 83/16 99/20 99/24 100/13 102/17 102/20 102/20 103/12 105/8 109/6 124/14 124/18 126/17 130/5 130/7 136/20 138/22 139/3 140/20 169/18 169/23 170/6 170/16 171/10 171/24 172/1 172/13 173/13 173/22 173/24 174/21
claimant [2] 99/20 99/22
claimed [4] 53/16 97/9 192/3 192/20
claiming [6] 10/22 11/5 11/10 53/18 128/8 173/14
claims [7] 9/22 9/23 10/1 66/20 93/24 140/21 173/6
clarification [3] 44/1 127/3 226/10
clarified [1] 20/1
clarify [6] 14/23 19/9 40/3 43/23 127/7 137/8
clarity [1] 77/10
classified [1] 25/5
classroom [5] 19/22 20/15 82/19 104/7 130/3
clean [3] 54/1 225/22 227/21
clear [8] 16/4 73/22 118/20 150/8 182/24 219/24 220/3 224/3
clearly [6] 63/18 71/10 90/11 196/12 227/10 227/10
client [8] 57/10 57/19 57/23 58/3 58/4 63/3 63/9 64/15
client's [3] 6/19 7/1 66/13
Clinic [1] 107/18
clinical [1] 202/10
close [6] 56/25 76/11 76/12 80/12 224/21 224/23
closed [1] 188/12
closes [1] 76/6
closing [9] 78/24 79/8 79/13 80/2 219/18 223/11 223/12 223/20 224/4
closings [5] 78/21 79/3 223/23 224/5 224/8
clue [3] 63/23 195/9 196/15
co [1] 121/4
co-counsel [1] 121/4
coddle [1] 37/23
codes [3] 75/8 75/23 182/4
cognition [1] 195/21

collaborate [1] 78/11
collection [1] 149/16
college [3] 144/7 144/11 186/8
Collins [9] 84/8 84/10 84/18 84/24 85/3 94/8 94/10 120/13 120/20
color [1] 86/8
colors [1] 121/22
Columbia [1] 202/3
column [1] 154/9
combine [1] 87/3
combined [2] 199/22 217/5
come [20] 24/4 42/13 54/7 60/9 132/6 146/7 148/4 163/24 166/24 179/8 180/18 185/7 187/11 198/19 201/5 206/14 208/9 212/24 219/15 223/19
comes [4] 23/14 24/13 142/14 158/6
coming [6] 64/15 84/1 89/4 203/19 218/13 223/10
comment [5] 113/14 113/15 114/19 180/5 190/22
comments [10] 41/14 116/21 152/16 152/17 153/21 153/22 153/22 157/20 157/21 167/6
committee [4] 3/7 62/10 62/14 64/12
common [1] 73/6
commonly [1] 191/12
communication [1] 46/12
company [7] 30/3 94/11 103/12 103/22 104/1 109/15 122/10
comparative [1] 2/9
compensation [33] 9/23 19/21 100/13 102/18 104/8 104/12 107/18 124/13 124/15 125/13 126/18 128/14 128/21 130/7 130/13 145/14 145/16 146/5 168/22 168/25 169/8 169/16 169/20 170/13 172/25 173/14 173/25 174/22 175/8 189/3 189/19 220/23 228/4
competent [1] 182/16
complain [1] 79/23
complained [8] 198/23 204/13 206/4 207/20 207/20 208/13 209/24 215/17
complaining [4] 32/25 37/11 204/7 213/2
complains [2] 45/24 215/12
complaint [26] 8/18 10/16 10/19 10/21 11/2 11/3 11/8 11/12 43/5 45/23 49/7 49/13 98/15 105/10 110/11 110/14 128/5 132/5 161/18 181/15 190/15 190/19 192/6 192/10 204/2 207/4
complaints [32] 10/1 16/20 17/1 23/9 44/10 46/17 47/7 152/7 152/8 159/21 160/2 160/7 160/8 160/15 165/14 166/2 191/1 192/9 193/22 197/16 203/22 206/3 207/7 207/9 207/13 207/18 208/12 208/22 209/23 217/4 218/20 218/20
complete [4] 6/22 149/22 220/23 228/3
completed [2] 75/15 118/21
completely [1] 149/23
completeness [1] 201/4
complicated [2] 80/17 80/18
component [2] 193/21 193/24
components [1] 193/21
compose [2] 57/10 57/24
compound [1] 10/7
compressed [1] 198/25
compressing [1] 197/9
compression [3] 157/9 191/9 193/5
compressive [1] 199/10
compromise [1] 79/18
computer [1] 138/17
computing [2] 98/17 128/7
concern [3] 64/8 70/1 72/12
concerned [3] 67/9 194/15 196/18
concerning [5] 62/13 65/10 65/11

70/12 92/14
sponsive[2] 200/8 200/9
conclusion [2] 49/22 200/9
conclusions [2] 187/22 203/13
condition [15] 13/13 20/17 32/24 52/16 54/4 55/7 58/11 77/19 107/3 153/14 167/7 167/8 182/20 187/19 190/16
conditions [2] 52/20 108/8
conduct [1] 10/23
confer [1] 130/21
CONFERENCE [2] 60/25 230/8
confident [1] 80/14
conform [2] 75/8 75/22
confused [2] 45/20 48/25
confusing [7] 42/9 53/6 64/7 64/12 65/7 72/17 73/20
confusion [2] 73/5 220/1
conjecture [1] 51/1
connecting [3] 134/17 134/22 141/4
consciousness [1] 57/6
conservatively [1] 68/5
consider [12] 9/22 34/18 56/18 69/21 70/7 70/16 72/2 76/10 77/14 77/16 77/17 113/3
Consideration [1] 208/6
considered [1] 66/7
considering [4] 69/16 77/23 118/9 221/16
consisted [2] 193/25 195/18
consistent [5] 165/14 166/2 189/6 191/1 204/15
consistently [1] 215/16
constant [7] 31/2 31/3 39/12 116/10 116/11 159/6 204/19
constantly [1] 150/3
constraints [1] 157/25
constriction [1] 196/2
construing [1] 62/5
consult [3] 41/15 121/4 151/18
Consultants [2] 145/10 146/6
consultation [2] 147/15 188/6
contact [2] 187/11 215/9
contained [3] 13/2 38/13 150/22
contend [3] 98/12 110/16 128/3
contending [2] 75/12 75/13
contends [1] 75/2
content [1] 15/4
contention [1] 75/10
context [1] 9/24
contingent [1] 74/25
continually [1] 163/22
continuance [2] 180/3 180/10
continuation [2] 39/14 40/25
continue [22] 9/4 57/24 59/13 81/18 81/25 98/23 99/8 100/7 109/25 111/2 118/22 137/6 151/15 158/9 176/9 188/25 190/2 198/1 200/14 206/14 210/11 213/16
continued [9] 4/23 15/17 38/12 80/23 82/1 142/7 153/5 163/21 200/16
continues [1] 160/8
continuing [2] 15/20 41/8
contract [2] 62/7 100/20
contraction [1] 208/4
control [1] 195/25
controlling [2] 57/13 70/13
contusion [1] 104/9
conversation [5] 45/3 151/2 177/15 177/16 225/10
conversations [1] 135/19
convinced [1] 211/2
coordination [2] 198/4 198/5
coordinator [1] 53/23
copies [7] 78/13 132/2 133/5 139/12 151/10 185/1 227/5

## C

copy [15] 3/12 6/18 6/21 6/25 7/5 27/7 78/5 78/9 78/10 131/11 183/5 215/21 215/25 216/18 227/7
Coral [2] 103/24 144/23
cord [3] 197/1 197/7 197/20
corner [3] 28/12 137/25 169/25
correct [272]
correctly [3] 23/10 23/17 52/11
correlates [1] 165/4
corresponding [1] 161/21
corset [2] 189/8 192/9
corticosteroids [1] 204/22
cortisone [2] 24/25 37/22
cost [4] 166/19 166/20 167/1 167/11
could [72] 3/20 6/15 6/23 6/23 23/5 24/4 49/9 50/9 53/13 67/6 68/12 79/3 79/20 79/24 82/9 86/7 91/8 93/6 93/20 98/20 99/8 102/23 109/9 113/14 132/6 146/13 147/12 147/25 152/16 153/22 154/21 155/21 156/16 156/18 157/6 157/19 157/20 158/25 159/10 159/11 160/2 160/23 161/5 163/17 163/20 165/10 165/23 167/5 176/18 176/25 182/12 182/25 185/25 188/17 188/25 191/5 192/23 193/24 197/3 200/19 200/23 201/20 201/25 205/20 207/11 211/23 212/4 213/17 216/14 217/3 222/13 228/14
couldn't [1] 128/15
counsel [32] 7/9 9/1 10/4 10/9 18/12 33/20 57/10 78/7 96/24 97/8 97/19 99/4 121/4 126/25 128/1 130/22 131/8 133/3 134/4 141/20 149/8 151/3 166/11 170/7 170/23 183/3 184/22 185/3 201/17 220/16 222/14 228/19
counselor [2] 6/23 141/12
counter [9] 84/5 84/12 84/19 85/2 85/6 85/12 88/15 91/5 210/6
counters [1] 54/1
Counties [1] 144/21
County [12] 100/12 101/14 104/13 106/7 108/11 129/22 144/3 146/23 147/9 154/18 171/19 188/10
couple [4] 2/1 24/24 147/6 210/15
course [13] 152/12 153/5 154/1 154/17 157/14 157/24 166/14 166/15 166/18 167/17 167/19 190/5 191/10
court [28] 1/1 1/22 4/20 7/23 8/1 11/9 58/6 59/13 73/13 73/14 80/4 80/23 80/25 81/24 91/21 99/23 131/5 134/7 142/6 149/15 150/1 165/24 185/15 201/9 211/9 223/1 228/7 229/9
Court's [2] 31/25 99/2
courtroom [15] 4/8 8/12 22/15 57/3 59/15 60/6 60/24 81/1 81/14 85/22 142/1 143/7 148/15 148/19 219/21
cover [2] 12/2 120/8
coverage [2] 172/2 172/3
covered [4] 66/18 119/16 120/17 121/18
Coward [1] 223/2
crack [1] 154/15
cranial [3] 195/23 195/25 196/4
cream [1] 153/1
create [1] 177/21
credibility [2] 70/6 70/21
credit [1] 109/16
crime [3] 128/18 128/19 128/20
Crooks [11] 1/14 72/23 76/14 78/14 142/10 142/11 143/9 143/11 143/19 175/1 221/7
cross [23] 3/24 4/16 4/23 57/2 57/25 59/2 59/9 66/19 67/15 79/6 81/5 81/19

82/1 91/1 91/18 99/1 99/3 117/8 119/3 124/7 127/16 168/1 168/2
cross-examination [16] 3/24 4/16 4/23 57/2 57/25 79/6 81/5 81/19 82/1 91/1 91/18 99/1 117/8 124/14 168/1 168/2
cured [1] 57/22
current [4] 103/3 200/15 200/15 206/14
curriculum [1] 145/20
curtail [1] 137/1
customer [1] 94/24
cut [2] 26/15 80/7
CV [3] 226/3 226/11 226/11

## D

D.C [1] 97/25
Dade [6] 100/12 101/14 104/13 129/22 144/21 188/10
daily [2] 111/2 147/13
Dallas [9] 83/18 83/24 94/6 94/13 134/10 134/25 135/6 138/19 141/9
Dallas/Fort [6] 94/6 94/13 134/10 135/6 138/19 141/9
damage [4] 67/23 78/1 105/7 183/18
damages [15] 2/25 3/2 3/18 3/21 62/6 62/8 62/11 69/9 71/20 71/21 72/13 77/24 102/18 109/3 226/19
damages' [1] 72/22
Darvocet [5] 33/18 34/5 34/19 34/19 47/22
date [91] 7/24 8/11 26/18 27/3 27/6 38/21 39/7 41/13 42/8 42/9 42/10 42/13 42/22 42/24 43/20 54/24 74/10 74/14 83/22 84/16 84/17 90/16 91/14 99/23 99/23 100/13 100/18 100/20 102/19 105/10 111/15 111/18 111/19 113/18 115/10 115/19 117/25 118/2 118/6 123/13 123/20 139/13 150/9 150/11 151/22 152/10 153/6 153/8 153/10 153/21 154/17 155/19 156/16 157/19 157/22 158/3 158/8 159/10 159/11 159/15 166/5 166/8 170/4 171/11 172/12 172/17 172/20 173/14 173/15 174/18 174/21 176/23 177/1 177/23 188/4 203/18 203/19 206/1 207/16 208/10 208/20 208/22 209/19 209/20 210/4 210/16 211/4 216/2 217/12 218/2 229/7
dated [17] 28/25 30/7 37/8 38/18 40/15 42/7 45/22 114/15 124/22 139/19 169/4 172/2 183/7 183/10 183/12 215/23 226/18
dates [15] 8/10 13/13 51/10 101/9 101/15 107/2 110/17 110/22 117/8 117/22 118/5 125/5 126/1 126/9 170/3
daughter [3] 55/22 112/6 213/1
daughter's [1] 112/15
day [41] 55/17 55/18 79/14 89/17 90/22 117/4 120/13 152/8 152/14 152/23 154/2 155/13 155/19 155/25 163/23 164/2 166/5 166/7 174/7 174/9 174/10 174/13 189/5 205/18 205/22 206/3 206/9 206/12 206/21 207/18 208/1 208/12 208/24 209/7 209/10 209/23 210/1 210/24 215/12 215/12 217/4
days [12] 33/11 43/19 152/24 154/6 155/24 193/8 206/22 206/23 217/1 217/14 217/19 217/23
deal [2] 67/3 163/16
deceased [2] 153/23 160/20
decedent [1] 96/20
December [5] 109/14 118/5 125/21 160/10 183/12
decide [2] 70/9 225/15

decided [2] 60/8 89/14
deciding [1] 70/10
decision [1] 70/10
decisions [3] 142/23 142/24 143/2
declare [1] 47/4
decompression [1] 155/22
decreased [2] 48/16 68/21
deemed [1] 56/2
Deep [1] 198/2
deeper [1] 153/3
defeat [1] 183/23
defendant [23] 2/6 2/8 6/1 61/10 65/21 66/24 67/16 70/23 75/6 79/1 80/10 80/11 81/9 81/16 92/6 99/14 99/20 99/22 102/13 104/24 105/2 184/17 219/23
defendant's [20] 4/4 12/23 61/6 64/2 69/18 78/24 79/12 92/1 101/2 101/5 101/19 146/13 147/8 151/17 153/8 168/14 168/16 174/4 184/11 230/11
defendants [6] 1/7 1/17 18/5 58/18 224/15 230/2
defense [8] 2/6 4/12 7/9 184/13 184/18 185/7 185/11 228/20
deficits [1] 214/7
definite [1] 213/20
definitely [2] 79/5 219/8
defusing [1] 194/19
degenerative [6] 191/12 206/10 206/10 209/8 211/5 219/7
degree [6] 21/21 21/21 21/22 118/21 186/10 196/4
degrees [5] 156/19 156/20 156/25 157/1 157/3
deliberate [1] 78/8
deliberately [1] 219/23
delivery [1] 25/12
demean [1] 54/3
denied [8] 25/11 25/16 25/17 44/20 45/8 54/9 181/8 182/21
Dennis [4] 96/11 105/22 106/10 160/19
deny [3] 25/9 25/19 28/18
denying [1] 24/20
department [9] 124/14 125/12 126/18 128/13 128/16 172/25 173/14 174/22 212/19
depending [1] 224/10
depends [3] 9/9 78/24 223/21
Depo [5] 37/20 43/11 43/13 43/15 214/25
Depo-Medrol [5] 37/20 43/11 43/13 43/15 214/25
depos [2] 184/1 184/4
deposition [47] 5/4 5/12 6/5 6/9 6/10 6/20 7/1 8/6 8/11 8/12 9/12 9/25 13/21 18/2 18/8 18/11 18/15 19/20 20/23 25/9 25/15 25/23 25/24 70/5 70/16 70/17 79/2 148/10 148/11 149/25 150/1 150/12 150/15 184/24 185/16 185/18 185/24 201/8 201/19 211/8 211/10 211/16 211/17 211/22 229/19 229/21 229/22
depositions [2] 70/19 184/25
depressed [2] 114/23 115/4
depression [4] 14/17 156/2 189/11 198/14
deputy [2] 59/16 81/1
derivative [1] 37/22
dermatomal [2] 190/21 197/8
describe [7] 83/16 120/9 151/21 152/25 162/2 162/4 164/22
described [8] 49/6 49/13 87/1 98/14 105/9 110/11 110/14 128/5
describing [3] 214/6 217/7 217/8
description [1] 216/11

# D

**designed [5]** 57/16 57/21 142/21 152/1 153/3
**desires [1]** 219/17
**despite [5]** 18/21 22/20 45/9 50/23 91/11
**destructive [1]** 189/12
**detail [4]** 13/16 14/3 107/6 109/10
**details [3]** 58/9 103/2 105/18
**deteriorate [1]** 60/21
**determination [2]** 3/20 62/23
**determine [6]** 65/5 67/10 90/9 90/21 162/5 165/2
**determining [2]** 77/19 77/24
**develop [1]** 195/5
**developed [1]** 188/20
**deviated [1]** 3/11
**device [4]** 152/1 153/1 153/3 213/5
**devices [1]** 181/21
**diagnosed [3]** 104/8 104/14 189/5
**diagnosis [5]** 96/3 96/15 97/11 97/13 218/18
**diagnostic [4]** 95/12 95/13 95/16 167/10
**did [150]** 2/1 6/19 9/1 13/8 14/13 14/20 14/23 14/25 15/20 17/16 17/23 22/11 22/18 22/23 25/6 25/19 27/14 27/24 29/16 29/23 36/9 36/16 37/16 38/21 41/10 43/25 44/15 45/9 50/25 54/3 55/15 58/14 61/12 70/4 70/19 73/9 73/11 83/24 84/1 85/14 87/5 87/7 88/9 88/16 95/24 96/13 97/6 97/9 98/2 100/3 104/1 104/5 107/11 107/14 113/1 113/13 114/4 117/4 117/16 119/11 119/14 120/13 121/1 121/10 122/22 122/22 124/3 124/18 127/16 129/1 130/5 134/10 134/20 134/21 134/25 136/12 136/20 137/13 137/15 140/20 141/7 144/4 144/8 144/18 144/20 145/2 146/7 146/9 146/10 147/17 147/24 151/22 152/10 152/23 154/2 154/4 154/6 156/7 158/1 158/9 158/9 158/14 158/16 159/25 161/6 161/14 162/13 162/15 163/2 170/10 173/5 173/21 175/23 176/2 176/11 176/16 176/21 177/1 186/5 186/9 186/19 187/11 188/1 189/9 190/15 191/1 192/15 193/17 198/21 201/6 204/24 206/17 207/7 208/7 208/24 209/17 209/18 210/1 210/6 210/16 210/18 210/23 212/24 213/7 213/12 213/15 214/6 221/19 226/14 228/18
**didn't [47]** 2/12 14/8 14/13 15/21 17/15 17/23 17/25 18/1 18/19 18/24 22/1 25/9 28/18 29/13 41/8 44/11 46/11 47/12 47/16 50/6 51/17 54/21 71/5 75/9 84/17 84/19 85/16 86/10 87/4 89/9 90/18 98/4 117/17 120/23 164/1 164/2 173/12 178/21 182/12 182/13 190/22 197/17 198/23 207/9 210/4 219/23 220/6
**died [2]** 96/14 97/11
**difference [2]** 38/6 125/18
**differences [1]** 3/13
**different [13]** 40/19 44/8 51/15 79/8 94/1 134/24 154/12 155/24 161/4 164/12 165/5 195/20 205/16
**difficult [1]** 192/5
**difficulty [4]** 113/16 114/23 115/4 116/24
**diffuse [1]** 199/6
**diffused [5]** 194/16 196/22 199/18 199/18 200/19
**diffusely [1]** 197/23

**Diplomat [1]** 212/14
**direct [12]** 2/16 3/21 6/10 46/5 66/18 86/2 90/11 93/3 120/6 133/1 143/21
**directly [4]** 21/15 143/16 152/4 169/19
**director [1]** 95/21
**disabilities [1]** 52/11
**disability [28]** 46/25 48/18 48/21 49/6 49/8 49/12 49/17 51/21 52/9 52/19 53/1 53/7 53/16 53/18 53/22 54/6 54/20 54/23 55/4 55/5 55/8 55/10 55/11 55/12 55/15 55/15 66/21 146/4 56/2 104/16
**disbelieve [1]** 70/11
**disc [20]** 30/10 30/18 48/14 55/8 190/9 191/12 191/17 197/8 197/18 197/19 198/15 198/17 204/13 206/10 206/10 208/5 209/8 211/5 211/6 214/20
**disclose [1]** 97/6
**disclosure [1]** 97/7
**discount [18]** 2/18 2/20 2/22 3/6 61/8 62/14 62/16 62/20 63/7 63/11 63/24 64/9 65/12 66/3 66/4 67/4 67/11 69/12
**discounted [1]** 68/8
**discovery [3]** 99/11 101/17 221/4
**discrimination [2]** 53/1 100/17
**discuss [7]** 3/22 52/9 60/10 60/15 61/3 74/16 219/13
**discussed [12]** 5/17 7/21 11/18 15/8 51/21 66/9 66/10 74/19 124/13 142/18 142/21 162/18
**discussing [8]** 5/19 8/12 25/20 43/19 53/17 126/15 173/23 178/13
**discussing about [1]** 173/23
**discussion [12]** 6/5 97/1 97/18 122/16 131/9 132/25 148/7 151/14 179/9 180/14 180/21 185/10
**disease [6]** 191/12 206/10 206/11 209/8 211/5 211/6
**diseases [1]** 202/17
**dishonest [1]** 8/8
**disk [2]** 103/11 157/9
**disks [1]** 108/10
**dislocation [1]** 189/14
**disorder [1]** 14/18
**disposition [1]** 63/10
**dispute [2]** 70/13 75/14
**disregard [2]** 110/12 129/7
**disruptive [1]** 223/12
**dissertations [1]** 57/7
**distal [1]** 191/21
**distally [1]** 191/24
**distill [1]** 80/20
**distinction [1]** 77/25
**distinctly [1]** 26/15
**distract [2]** 196/17 196/20
**distraction [1]** 196/17
**distress [1]** 58/16
**distribution [1]** 197/10
**distributions [1]** 190/21
**DISTRICT [2]** 1/1 1/1
**division [2]** 1/2 54/10
**Dixie [2]** 108/13 201/23
**do [192]** 2/5 3/23 3/25 5/4 6/5 6/11 6/15 6/17 9/2 9/17 12/23 12/24 13/24 14/4 18/9 20/20 20/24 23/15 25/17 26/4 27/12 27/22 29/16 29/17 29/19 29/21 30/5 30/6 30/10 31/8 32/9 32/10 32/21 33/19 34/18 35/24 37/21 37/24 40/22 40/25 42/15 43/7 43/16 45/25 46/25 47/3 47/9 48/18 49/10 50/9 51/24 51/25 52/17 53/20 54/2 54/3 54/12 54/14 57/13 58/1 59/2 59/4 59/23 61/7 61/13 61/14 63/3 64/8

66/23 67/10 67/13 68/16 68/23 69/3 69/18 72/22 73/3 73/9 73/12 73/16 73/22 74/23 75/11 79/19 79/19 79/21 79/22 80/8 83/1 86/16 96/15 98/12 98/17 99/12 103/2 103/11 105/14 115/21 116/7 118/12 120/10 121/4 124/17 124/20 124/25 127/10 128/3 131/1 131/22 131/23 133/5 133/9 133/15 134/20 136/22 137/17 139/5 140/20 143/9 144/16 145/12 147/10 148/4 148/22 150/2 150/19 150/20 150/23 151/9 154/4 154/10 154/11 154/12 155/24 155/24 159/15 160/11 161/14 162/6 162/14 163/6 170/25 171/9 171/21 173/12 175/23 176/2 176/11 176/21 179/21 180/17 180/19 182/12 183/5 183/6 183/22 183/22 184/3 184/5 185/2 186/10 187/18 187/21 194/6 194/6 194/8 194/11 194/14 195/15 196/6 199/16 200/2 200/8 200/8 201/11 202/21 203/3 203/11 208/17 211/13 221/7 221/8 221/13 221/25 222/11 224/9 224/20 227/3 227/9 227/13 227/14 227/15
**doctor [37]** 15/9 18/15 30/5 41/22 42/2 45/4 47/8 47/10 47/11 55/6 55/11 56/22 63/4 83/9 94/16 96/7 96/20 104/8 119/12 123/4 142/19 147/10 147/23 157/21 158/5 158/23 163/6 167/25 168/4 172/2 173/6 186/2 198/1 207/11 212/3 215/20 218/4
**doctor's [2]** 21/22 189/11
**doctorate [1]** 118/20
**doctors [23]** 11/14 11/18 11/19 14/5 14/6 18/21 18/25 19/1 19/15 19/17 36/3 36/10 38/3 50/6 50/21 50/22 97/5 97/6 97/7 98/4 107/18 107/20 108/18
**document [36]** 12/21 12/24 21/25 28/4 28/8 28/8 30/24 33/20 40/14 40/15 53/17 100/21 100/22 117/7 123/15 124/7 124/23 124/25 138/21 140/16 147/9 149/20 150/22 151/3 152/6 152/16 158/22 158/23 160/16 163/6 164/15 164/17 171/22 172/9 226/12 226/19
**documentation [1]** 175/7
**documents [4]** 22/23 140/1 149/24 151/4
**does [25]** 28/13 31/4 32/22 38/1 39/8 46/18 46/21 52/2 59/18 121/24 129/8 132/15 140/22 156/13 160/15 178/12 178/14 178/16 188/4 189/11 194/24 196/21 211/1 215/25 216/17
**doesn't [16]** 67/3 67/3 67/18 68/24 71/18 97/12 120/23 127/1 127/3 132/13 138/25 139/3 178/20 195/14 195/23 196/6
**doing [3]** 36/14 36/19 177/3
**dollars [2]** 63/11 63/11
**dominant [1]** 192/6
**dominate [1]** 80/2
**don't [136]** 2/12 2/15 2/18 3/5 3/22 5/11 6/7 6/25 7/5 8/15 10/7 10/11 10/13 14/10 14/12 14/15 14/21 17/12 19/9 20/24 21/19 21/24 22/13 24/24 25/4 25/11 25/17 26/2 27/19 27/22 30/16 31/20 31/25 32/16 33/9 33/20 34/12 35/7 35/8 35/8 35/8 35/10 35/16 35/16 35/19 36/20 37/3 38/5 39/19 44/21 44/25 47/17 57/6 57/18 58/7 58/14 59/7 60/4 61/10 63/6 63/22 65/6 66/5 67/20 68/23 69/24 72/15 72/17 72/19 72/20 72/22 73/4 73/16 74/11 74/24 75/15 77/21 85/22 88/19 96/23 101/22 112/11 117/20 126/24 127/6

## D

don't... [51]  130/12 130/13 130/14
130/19 131/15 131/23 132/16 133/12
133/13 133/13 136/3 136/25 137/3
138/16 139/22 140/9 140/9 149/8
149/10 149/14 149/23 167/20 169/24
170/8 170/21 170/21 171/2 174/24
177/18 178/22 179/18 180/1 180/9
188/23 195/4 195/14 197/18 201/5
204/22 206/25 206/25 210/7 210/7
219/1 222/1 222/10 222/19 223/4
224/7 225/13 226/23
done [17]  26/1 44/7 58/21 58/23 58/24
61/21 63/16 132/17 132/19 133/19
152/24 161/5 173/13 178/18 190/8
208/19 223/7
Donovan [2]  1/12 11/25
door [1]  140/1
double [1]  72/24
double-team [1]  72/24
doubt [3]  98/3 193/7 201/5
down [42]  25/7 32/8 43/9 44/25 45/24
54/1 79/25 86/24 87/10 88/3 88/17
88/20 88/23 89/1 89/4 89/19 95/11
97/4 97/9 97/21 114/5 114/19 122/23
125/1 127/21 134/1 140/19 140/25
141/1 141/19 184/2 186/13 186/19
190/20 191/10 191/14 191/18 191/23
192/1 193/4 209/25 210/9
Downers [1]  186/9
DPI [2]  109/14 109/16
Dr [5]  14/8 17/9 30/18 47/16 96/10
Dr. [162]  14/10 14/13 14/13 14/20
15/10 15/12 15/14 15/17 15/20 16/4
16/8 16/12 16/19 16/24 17/1 17/16
17/23 17/24 18/3 18/16 18/18 18/20
19/3 20/15 21/18 22/8 22/10 22/16
22/21 23/2 23/6 23/8 24/12 24/16
24/22 27/1 27/4 27/23 32/25 33/7
33/12 34/5 36/4 36/8 36/13 36/19 37/1
37/7 37/7 38/12 38/15 38/18 39/17
39/25 40/4 40/8 40/10 41/8 41/10
41/15 41/16 41/23 41/23 41/24 42/2
42/18 43/21 43/25 44/4 44/20 44/23
45/3 45/6 45/10 45/11 45/14 46/2 46/6
46/7 46/11 47/3 47/9 47/19 47/19 48/3
48/24 49/16 50/3 50/7 50/11 50/11
51/14 54/7 54/22 55/1 56/23 63/5 82/9
82/12 82/20 82/23 82/24 83/9 83/12
94/14 94/15 95/14 95/20 95/24 96/2
96/7 96/11 105/22 106/7 106/10
106/12 106/14 106/16 106/18 107/8
107/9 107/21 107/23 107/25 108/1
108/3 108/3 108/6 109/20 109/22
109/24 110/1 110/2 110/6 110/6 110/6
112/8 117/4 117/5 131/19 143/12
148/9 148/22 160/17 160/19 160/20
175/5 178/24 185/20 190/4 201/16
201/21 211/7 211/8 211/11 211/20
211/25 214/20 221/17 225/3 226/4
226/18
Dr. Andrew [6]  96/7 106/16 107/25
160/17 211/8 211/25
Dr. Anthony [4]  106/14 110/6 131/19
221/17
Dr. Brett [1]  107/21
Dr. Bronstein [5]  56/23 82/12 82/20
82/24 190/4
Dr. Bronstein's [2]  82/9 82/23
Dr. Cameron [1]  110/6
Dr. Christopher [5]  94/14 94/15 106/7
108/1 110/1
Dr. Dennis [4]  96/11 105/22 106/10
160/19

Dr. Frank [21]  36/4 36/13 36/19 37/1
37/7 37/7 38/12 38/15 38/18 39/17
41/8 41/10 41/15 41/16 41/23 108/3
110/2 112/8 117/4 117/5 211/20
Dr. Frank's [5]  37/7 38/18 40/4 40/10
226/18
Dr. Fred [1]  95/20
Dr. Furgan ge [1]  95/24
Dr. G [1]  107/8
Dr. Gelbard [17]  14/13 14/13 18/16
18/18 18/20 19/3 21/18 22/8 22/10
22/16 22/21 23/8 24/16 27/1 27/4
27/23 32/25
Dr. Gelbard's [4]  23/2 23/6 24/12 24/22
Dr. George [2]  109/24 201/21
Dr. Hall's [1]  225/3
Dr. Jonathan [1]  107/23
Dr. José [2]  96/2 108/3
Dr. Julian [1]  106/12
Dr. Landau [1]  95/14
Dr. Marshall [1]  108/6
Dr. Mazzotta [2]  106/18 110/6
Dr. Munoz [25]  36/8 41/23 41/24 42/2
42/18 43/21 43/25 44/20 44/23 45/3
45/6 45/10 45/11 45/14 46/2 46/6 46/7
46/11 47/3 107/9 109/20 109/22
201/16 211/7 211/11
Dr. Munoz's [1]  44/4
Dr. Nordt [1]  48/24
Dr. Osborn [3]  20/15 185/20 214/20
Dr. Rosen [7]  14/20 47/9 47/9 50/7
50/11 51/14 54/7
Dr. Rosen's [1]  50/11
Dr. Rudolph [9]  63/5 83/9 83/12 143/12
148/9 148/22 175/5 178/24 226/4
Dr. Wilensky [22]  14/10 15/10 15/12
15/14 15/17 15/20 16/4 16/8 16/12
16/19 17/1 17/16 17/23 17/24 18/3
33/7 33/12 34/5 47/19 48/3 54/22 55/1
Dr. Wilensky's [3]  16/24 49/16 50/3
Dr. Zaslow [1]  160/20
draft [1]  81/1
drafted [1]  222/11
Drive [7]  103/10 106/8 106/17 108/1
108/2 108/12 108/16
driver [2]  103/11 104/3
drug [4]  36/14 36/16 36/18 105/25
DTRs [1]  214/7
Duane [2]  1/14 143/11
duces [1]  215/22
due [13]  48/14 52/16 103/3 104/17
105/18 124/3 130/6 133/24 147/5
157/24 158/10 196/14 199/23
duly [1]  143/15
duplicate [1]  113/3
during [34]  30/11 51/17 59/15 67/15
81/3 88/10 88/14 88/16 88/23 90/8
124/13 127/10 147/17 155/10 155/15
187/2 188/2 190/16 192/11 194/7
195/2 195/4 199/20 203/15 203/24
205/12 207/22 210/4 212/24 213/4
213/12 217/7 217/17 223/11
duty [2]  138/20 181/5
dynamic [1]  200/20
dynamics [1]  166/3

## E

each [23]  13/13 43/11 43/13 56/4 70/9
71/21 78/5 105/7 105/10 105/13
105/14 107/2 110/4 110/5 147/14
156/22 165/6 182/11 184/8 215/10
221/11 227/7 227/17
earlier [10]  76/17 84/8 109/23 169/11
210/2 210/5 217/1 217/14 217/19
217/23

early [10]  60/13 60/19 179/5 179/11
179/13 179/19 183/7 206/25 224/8
224/9
earn [2]  67/7 68/4
earned [3]  68/1 98/13 98/21
earning [11]  68/7 68/10 68/13 69/1
98/16 98/24 99/9 105/8 128/4 128/6
129/10
earnings [4]  61/20 67/21 69/7 69/10
easier [4]  7/13 13/20 13/24 38/20
eat [1]  129/1
eating [2]  224/8 224/9
Economic [2]  100/14 118/25
economist [1]  68/23
economists [2]  65/10 69/3
economy [1]  225/11
EdD [1]  118/21
edema [2]  114/6 214/17
edited [1]  12/11
Editorialization [1]  17/19
educational [5]  118/15 118/20 186/3
201/25 212/3
EEOC [1]  9/23
effect [1]  129/10
effects [3]  103/3 105/19 193/9
effort [4]  87/7 109/11 196/13 196/15
eight [8]  78/12 83/6 104/15 158/6
206/22 206/23 208/9 227/5
eighth [1]  42/12
either [16]  14/13 60/13 62/13 68/24
99/19 122/23 137/3 157/8 164/11
170/22 179/4 195/12 203/12 223/13
225/18 227/8
elaborate [1]  147/25
electric [4]  151/22 154/2 154/7 154/22
electrical [2]  152/4 153/2
electro [1]  163/14
electro-stim [1]  163/14
Electronic [1]  151/25
element [2]  71/21 181/5
elements [1]  78/1
Eleventh [10]  62/2 62/5 65/4 71/23
71/24 72/10 73/17 182/23 183/6
183/12
Elfenbein [12]  1/17 69/15 72/8 74/3
78/16 180/22 185/19 201/16 211/19
220/13 226/16 227/22
elicit [4]  57/16 57/21 97/3 142/21
elicits [1]  156/4
eliminate [3]  75/13 77/8 153/4
ELMO [5]  171/9 172/1 175/7 177/10
177/11
else [21]  4/3 32/13 40/6 44/21 45/1
59/25 76/13 78/14 78/17 84/5 85/23
88/10 88/13 97/13 145/2 161/4 179/18
219/14 220/14 221/25 228/4
elsewhere [2]  208/18 208/19
emotional [1]  58/16
emotionally [1]  56/2
employed [2]  123/23 129/11
employee [8]  85/1 85/11 92/25 93/22
94/5 135/6 181/7 181/10
employer [2]  52/25 53/17
employers [1]  100/10
employment [7]  54/5 54/11 101/9
101/11 101/16 101/22 102/7
encouragement [1]  210/21
end [13]  45/3 48/2 60/12 88/7 97/18
111/12 132/25 151/14 169/4 180/14
185/10 201/8 211/7
ended [3]  89/1 103/7 145/1
ending [1]  51/16
English [2]  85/15 85/16
enhance [1]  59/6
enough [1]  79/15

**E**

**enter** [1] 220/11
**entering** [1] 73/15
**enters** [4] 4/8 60/6 81/14 143/7
**entertaining** [1] 193/21
**entire** [7] 77/25 88/10 161/20 163/25 164/1 197/4 197/11
**entirety** [1] 220/11
**entitled** [6] 68/25 69/2 69/8 90/25 126/19 128/16
**entity** [2] 105/12 109/5
**entry** [2] 133/4 164/4
**epidural** [33] 22/5 22/8 22/13 22/22 23/1 23/15 24/14 24/17 24/21 24/25 25/3 25/4 25/10 25/11 25/15 25/19 26/8 27/12 27/15 35/1 35/2 36/20 37/3 37/23 38/2 38/5 38/5 39/18 39/20 46/23 208/6 208/15 208/17
**epidurals** [1] 26/17
**equal** [1] 71/16
**equally** [1] 79/25
**equivalency** [1] 212/9
**equivocal** [2] 210/22 210/25
**error** [1] 111/16
**escalating** [1] 207/5
**Esgic** [1] 209/14
**especially** [3] 14/16 51/22 214/15
**Esq** [4] 1/12 1/14 1/17 1/17
**essentially** [3] 65/3 104/20 177/20
**establish** [1] 192/18
**estimate** [2] 59/1 80/15
**estimated** [5] 65/5 65/8 67/6 78/23 166/13
**ethnicity** [2] 86/8 86/19
**evaluate** [5] 30/5 167/21 187/4 203/4 203/21
**evaluated** [4] 160/17 180/12 187/6 199/3
**evaluation** [16] 146/4 159/20 160/19 187/15 190/16 190/19 192/11 200/13 201/7 204/1 205/13 206/7 207/6 207/23 208/25 214/11
**even** [11] 14/10 54/11 56/10 61/24 84/2 84/18 117/14 129/11 182/15 193/11 224/5
**evening** [2] 140/12 219/20
**event** [17] 15/7 18/20 20/4 25/20 37/10 43/18 44/2 44/13 50/22 51/4 80/21 84/22 85/18 86/20 177/19 178/12 225/6
**events** [3] 57/20 58/10 192/16
**ever** [15] 19/13 19/14 19/22 25/9 44/10 51/21 99/19 102/17 110/12 110/15 158/14 187/9 203/15 218/6 218/12
**every** [12] 13/16 14/3 41/13 51/16 107/6 109/10 118/6 137/4 167/4 182/11 196/6 203/5
**everybody** [3] 19/2 171/23 225/17
**everybody's** [1] 20/20
**everyday** [3] 114/23 114/23 115/4
**everything** [18] 14/19 14/25 19/2 25/18 40/6 40/7 41/12 100/9 100/9 136/11 148/13 148/24 149/1 149/18 149/23 162/24 199/23 222/4
**evidence** [45] 2/13 3/8 3/21 61/8 61/14 61/16 62/13 64/6 69/7 70/1 70/7 70/8 72/16 75/1 75/9 75/16 75/21 75/24 76/9 76/12 77/1 77/13 77/17 93/12 93/13 142/17 146/15 146/18 181/4 181/9 181/12 181/15 181/18 181/20 181/22 181/24 182/1 182/3 182/5 182/8 182/10 183/20 189/11 199/9 201/1
**evidenced** [1] 38/12

**exacerbation** [2] 41/2 167/9 173/9
**exact** [2] 115/1 219/16
**exactly** [12] 8/20 12/9 25/1 67/20 114/21 124/24 146/21 151/25 191/6 199/17 221/10 225/5
**exam** [16] 147/15 151/18 155/21 193/20 194/2 194/11 194/15 196/22 198/1 198/20 199/22 200/4 205/8 210/22 210/25 211/3
**examination** [75] 3/24 4/16 4/23 13/13 23/9 42/10 57/2 57/25 59/9 66/16 66/18 79/6 79/8 81/5 81/19 82/1 86/2 91/1 91/18 91/22 99/1 107/2 117/8 122/6 124/14 127/10 128/2 134/8 137/21 140/5 143/21 161/6 161/11 161/14 161/17 162/14 163/5 165/15 166/2 168/1 168/2 174/6 175/3 177/12 177/25 178/7 178/11 178/16 193/17 193/20 193/22 193/25 195/4 195/17 195/18 195/23 196/9 199/20 200/9 200/25 205/1 205/3 205/14 206/7 207/10 208/25 210/16 210/19 213/12 213/15 213/16 214/1 214/6 214/14 214/16
**examined** [5] 13/12 13/14 107/1 107/4 161/17
**examiners** [1] 195/5
**examining** [1] 72/24
**example** [3] 3/2 75/7 223/11
**except** [3] 109/12 120/6 143/1
**excerpt** [1] 220/25
**excerpts** [1] 79/2
**excluded** [2] 146/18 147/6
**excuse** [12] 8/24 9/1 14/23 17/17 17/21 19/8 50/25 59/17 96/22 101/21 219/13 223/5
**excused** [2] 178/25 223/9
**exemplify** [1] 198/13
**exercise** [3] 47/9 48/25 179/6
**exhibit** [16] 10/16 10/17 12/3 12/6 12/12 12/22 12/24 15/2 23/3 24/3 27/4 28/6 28/8 77/2 91/25 92/2 93/14 93/14 93/15 93/16 97/21 98/9 99/12 99/13 99/14 101/2 101/4 101/5 101/18 101/19 102/5 102/13 102/14 104/21 104/21 117/22 146/16 153/9 160/5 165/18 166/10 168/15 168/16 174/4 219/25 220/2 220/11 220/15 220/19 220/20 220/21 220/25 226/2 227/4 227/7 227/8 227/17 228/1 228/2 228/10 228/12 228/13 230/3 230/4
**exhibits** [31] 67/16 72/15 72/22 78/10 79/17 179/20 180/9 194/15 196/12 219/24 219/25 220/2 220/3 220/4 220/5 220/17 225/21 225/22 225/23 225/24 226/25 227/2 227/6 227/12 228/1 228/10 228/14 228/15 228/16 228/17 230/1
**exist** [1] 71/19
**existed** [1] 182/10
**existing** [1] 173/9
**exit** [1] 134/15
**expect** [7] 17/15 17/23 84/17 194/25 195/14 195/15 221/13
**expectancy** [5] 77/15 77/23 77/25 78/1 78/3
**expectation** [1] 84/15
**expected** [1] 67/6
**expense** [1] 105/7
**expenses** [7] 72/14 72/15 72/17 72/18 72/20 73/2 73/3
**experience** [1] 200/11
**experienced** [4] 110/15 110/18 188/16 192/17
**experiences** [2] 104/16 191/2

**experiencing** [2] 157/22 216/11
**experiment** [2] ... [20/22/2] 62/25 63/17 63/8
**expert** [15] 219/22 ... [22/7 6]/8
63/19 64/5 64/13 64/14 64/15 69/5
69/12 69/17 142/18 142/21
**expired** [2] 8/4 129/15
**explain** [24] 35/17 35/18 36/24 36/25 38/7 38/8 51/13 53/20 53/21 64/9 88/19 92/25 147/12 154/8 154/21 155/21 156/18 157/5 157/20 158/25 203/23 164/10 176/8 191/5
**explained** [7] 51/1 102/11 126/19 173/19 176/13 176/17 176/23
**explaining** [3] 67/4 135/14 135/17
**extended** [1] 180/25
**extension** [5] 155/11 155/16 161/18 162/16 214/15
**extensively** [1] 120/6
**extent** [2] 79/18 143/1
**extra** [4] 7/5 184/21 226/19 228/14
**extremities** [4] 196/10 196/11 196/13 198/6
**extremity** [3] 192/8 208/14 214/6
**eyes** [6] 87/21 127/18 196/1 198/6 198/7 213/24

**F**

**F.2d** [2] 183/9 183/12
**F.3d** [1] 62/4
**face** [3] 53/13 116/2 196/1
**facet** [1] 214/21
**facial** [1] 213/22
**facilities** [2] 13/10 108/18
**facility** [2] 106/25 144/2
**fact** [29] 8/1 11/23 20/21 22/21 25/8 25/19 29/4 29/24 33/6 45/9 50/23 53/1 55/3 55/5 57/19 61/22 68/6 71/17 85/24 89/22 118/11 122/19 129/15 129/25 151/9 177/21 178/11 194/18 199/12
**facts** [3] 65/1 104/22 203/10
**fail** [2] 199/13 200/7
**failed** [4] 18/22 18/24 75/8 182/4
**failing** [1] 182/18
**fails** [1] 75/22
**fair** [7] 132/20 132/21 132/23 151/5 192/13 193/23 216/5
**fairly** [1] 204/18
**faith** [2] 109/11 225/2
**faking** [1] 195/7
**fall** [10] 94/17 95/2 110/24 110/25 123/1 132/17 132/19 133/19 166/4 213/9
**fallen** [3] 89/4 110/25 210/5
**false** [2] 177/21 177/23
**familiar** [2] 121/23 158/23
**family** [4] 55/21 100/14 118/25 129/1
**far** [12] 12/20 109/17 118/18 149/2 154/5 187/8 187/21 189/18 194/15 195/17 196/18 197/14
**fashion** [1] 227/2
**fast** [4] 127/21 157/19 163/4 184/21
**fastened** [1] 227/2
**favorite** [1] 55/21
**fax** [2] 171/11 171/18
**FCE** [1] 201/6
**February** [9] 16/9 17/3 158/4 158/5 158/6 159/18 205/25 206/1 206/2
**federal** [4] 75/8 75/22 80/3 182/4
**feel** [4] 120/8 130/19 131/3 156/4 159/4 163/23 196/1
**feeling** [2] 207/1 207/2
**fees** [1] 103/14
**feet** [1] 52/10
**feigning** [3] 195/7 196/16 199/8
**fell** [11] 119/14 119/19 119/22 121/1

**F**

fell... [7] 121/2 166/5 166/7 166/8 173/20 183/15 183/16
fellow [1] 84/7
fellowship [2] 202/5 202/19
fellowship-trained [1] 202/19
felonious [1] 173/15
felony [2] 128/19 130/2
felt [5] 55/16 55/18 82/24 88/21 160/24
female [4] 84/4 85/1 188/7 199/5
few [10] 60/10 61/2 79/22 91/25 119/12 139/25 154/6 161/24 202/13 226/2
fide [1] 54/19
field [2] 186/24 202/16
fifteen [1] 184/8
Fifth [1] 183/9
figure [3] 67/9 68/22 79/9
file [3] 104/5 128/22 134/10
filed [20] 5/18 7/4 7/22 8/1 8/3 8/7 8/9 8/20 9/13 9/15 10/1 11/7 11/8 11/12 11/23 54/14 55/3 99/24 102/17 104/2
filing [1] 8/18
fill [5] 29/24 41/10 51/22 138/11 147/13
filled [6] 28/24 29/1 29/4 29/14 40/5 41/11
films [1] 200/18
final [19] 74/18 158/22 158/25 159/12 159/20 159/21 159/22 160/2 160/7 160/15 161/6 161/8 161/11 161/14 163/4 164/17 164/18 165/9 166/13
finalize [1] 225/21
finalized [1] 158/4
finally [3] 14/20 182/22 200/6
find [28] 3/15 17/23 18/13 21/10 23/23 28/5 37/16 38/19 38/20 38/21 42/8 42/14 47/22 48/7 61/19 62/24 63/23 66/25 71/12 73/13 89/20 89/23 127/16 169/4 169/23 171/23 181/8 228/4
finding [1] 205/16
findings [19] 159/20 165/15 166/3 168/11 181/9 194/1 195/19 200/10 204/25 206/6 207/22 208/1 208/7 208/24 210/18 210/23 211/3 213/17 213/18
finds [3] 67/20 67/23 67/24
fine [22] 35/25 58/7 63/12 67/18 69/18 72/4 72/6 72/9 73/9 76/7 77/8 135/16 135/21 135/22 137/10 139/24 150/25 151/12 160/13 183/1 223/18 228/9
fingers [2] 190/21 190/23
finish [7] 34/11 59/10 184/13 184/18 211/16 223/4 224/6
finishes [1] 10/10
fired [1] 118/25
first [71] 2/4 2/24 4/1 17/11 20/6 20/12 22/2 22/15 23/12 23/12 23/19 24/13 27/8 33/7 33/12 37/7 39/18 39/19 40/11 40/13 40/19 47/24 49/2 61/11 64/4 64/19 64/21 64/25 69/19 77/10 80/8 81/5 92/5 94/16 111/18 112/21 124/6 131/10 139/8 143/15 146/11 146/21 159/16 159/17 161/17 172/6 174/7 174/9 174/10 174/13 174/17 176/13 176/23 177/2 177/23 177/25 181/3 181/5 186/3 187/6 193/24 201/24 201/24 203/10 203/18 203/19 212/9 212/20 212/24 213/4 222/23
Firstly [1] 159/22
fish [1] 88/19
fit [1] 189/8
five [11] 28/8 33/24 59/7 140/19 145/1 169/22 170/15 184/9 186/13 186/19 193/8

five-page [1] 28/8
FL [1] 1/14 1/17 1/24
flared [2] 54/4 55/7
Flexeril [2] 193/1 193/14
flexible [1] 143/18
flexion [12] 155/10 155/12 155/15 155/16 155/16 155/18 155/18 161/18 162/16 162/17 162/17 163/3
flight [13] 83/17 83/23 83/24 94/12 133/24 133/25 134/15 134/16 134/17 134/22 134/24 139/13 141/4
flights [1] 83/23
flip [4] 33/16 169/3 169/22 170/14
floor [3] 88/7 89/22 122/15
floors [1] 53/25
FLORIDA [37] 1/1 1/20 11/9 62/5 63/16 72/10 73/13 96/9 101/15 106/3 106/6 106/8 106/13 106/15 106/17 106/19 107/8 107/20 107/22 108/7 108/12 108/14 108/16 111/11 123/12 136/21 144/1 144/14 144/20 145/8 145/10 146/5 175/22 186/13 186/19 201/23 220/22
focus [5] 58/8 75/11 75/11 89/22 136/9
folder [1] 171/16
follow [18] 7/9 23/9 43/6 46/15 115/21 134/3 134/12 134/13 136/9 137/17 166/13 166/18 177/14 189/17 190/22 202/13 205/20 208/3
follow-up [14] 23/9 43/6 46/15 134/3 134/12 134/13 136/9 137/17 166/13 166/18 177/14 189/17 202/13 205/20
followed [1] 120/2
following [13] 16/12 30/10 39/25 51/24 82/12 82/15 82/18 124/2 154/17 155/19 155/19 159/20 160/15
follows [13] 59/14 80/24 97/1 131/9 142/7 143/15 148/7 179/9 180/21 185/24 191/10 201/19 211/22
Food [1] 183/8
foot [5] 116/6 191/15 191/16 191/25 191/25
foregoing [2] 12/18 229/4
foreperson [2] 74/10 74/14
foresee [1] 223/7
forgot [3] 41/20 61/3 107/14
form [43] 3/10 3/12 3/13 3/14 3/17 18/22 28/5 28/9 28/11 28/24 29/5 29/14 30/7 30/25 34/8 34/16 70/15 71/1 72/10 72/11 74/10 74/15 81/2 124/3 169/19 169/23 170/6 170/16 171/11 171/24 172/1 172/13 173/23 173/24 174/21 182/10 193/15 216/2 216/15 216/17 216/24 222/15 226/24
former [1] 183/9
forms [3] 149/6 149/7 173/7
Fort [7] 94/6 94/13 134/10 135/6 138/19 141/3 141/9
Forte [2] 189/22 189/25
forth [5] 58/11 68/10 92/17 162/19 162/20
forward [11] 40/15 45/19 87/21 88/2 155/11 156/16 157/19 163/4 179/22 185/11 200/21
forwards [1] 200/23
found [6] 37/13 37/17 80/11 91/4 124/9 209/1
foundation [1] 10/5
four [13] 31/18 33/24 38/19 140/19 140/21 144/13 144/21 169/22 170/15 192/20 196/11 196/13 205/19
fourth [4] 33/16 124/23 124/25 190/18
fracture [3] 189/12 189/14 195/14
Frank [31] 36/4 36/13 36/19 37/1 37/7 38/12 38/15 39/17 39/25 40/8 41/8

41/10 41/15 41/16 41/23 96/7 106/16 117/4 117/5 160/18 211/8 211/17 211/20 211/21 211/25 229/22 226/18
Frank's [5] 37/7 38/18 40/4 40/10 226/18
Fred [1] 95/20
frequent [1] 167/9
front [8] 24/20 46/2 84/23 122/23 134/15 170/15 191/18 223/2
Ft [5] 93/23 134/23 136/5 136/21 144/24
Fulgueira [1] 1/17
full [9] 7/14 7/15 122/23 129/14 162/15 196/17 196/21 210/21 220/24
full-time [1] 129/14
fully [1] 145/15
function [2] 160/23 213/25
functional [1] 201/7
functions [1] 196/5
Furange [3] 95/20 95/24 108/4
further [20] 69/21 74/16 74/20 91/17 99/11 101/17 130/14 130/17 134/8 137/21 139/22 162/13 167/24 174/24 177/4 204/3 219/10 219/11 228/20 228/22
Furthermore [1] 214/9
future [21] 10/9 61/20 61/24 61/25 62/8 62/9 63/14 65/8 67/16 67/21 67/24 68/15 69/7 69/9 73/8 77/24 78/1 98/14 99/10 128/4 128/10

**G**

Gables [2] 103/24 144/23
gait [1] 198/9
garbage [1] 53/25
Gardens [6] 103/10 105/21 105/22 106/17 108/1 108/16
gastrointestinal [1] 193/10
gate [6] 134/14 134/15 134/18 134/21 135/1 135/8
gave [21] 22/8 22/10 22/14 22/25 25/6 35/5 37/2 37/4 39/17 43/25 53/8 55/11 58/25 80/13 138/18 150/12 188/15 189/1 208/8 209/14 222/11
GEICO [3] 103/12 103/21 103/25
Gelbard [20] 14/13 14/13 18/16 18/18 18/20 19/3 21/13 21/18 22/8 22/10 22/16 22/21 23/3 23/8 24/16 27/1 27/4 27/23 30/18 32/25
Gelbard's [4] 23/2 23/6 24/12 24/22
gels [1] 106/2
general [13] 169/9 169/16 169/20 175/9 176/12 176/22 178/10 178/14 178/17 178/19 178/20 199/13 217/6
general's [4] 175/17 175/21 177/16 177/20
generally [2] 69/5 70/4 70/6 71/22 71/23 217/7 224/1
gentleman [1] 95/15
gentlemen [5] 24/21 41/16 46/3 60/8 145/23
George [5] 109/24 201/14 201/18 201/21 229/20
Georgia [1] 144/9
Gerard [1] 135/5
germane [1] 196/9
gestalt [1] 195/5
get [37] 3/23 7/3 17/10 44/7 45/20 49/9 53/18 55/25 56/1 66/12 67/10 68/4 68/14 78/4 79/3 83/17 85/4 97/12 101/3 101/3 115/2 129/19 133/24 133/25 137/20 157/8 167/15 172/9 172/9 172/13 180/1 180/1 184/11 189/16 210/21 227/5 227/7

**G**

**getting [5]** 24/23 44/3 45/10 158/10 158/12
**give [32]** 7/14 18/12 38/10 49/23 50/6 51/8 55/6 64/21 64/25 78/5 79/17 79/18 79/19 80/7 80/10 80/16 80/17 91/8 96/19 138/25 159/7 165/2 182/17 183/2 196/12 199/23 201/4 223/24 224/1 225/14 225/16 227/13
**give-way [2]** 196/12 199/23
**given [24]** 2/4 14/7 14/24 22/1 22/22 22/24 43/13 48/21 62/6 62/15 64/13 64/25 73/19 95/3 105/10 138/4 138/11 138/21 177/11 189/18 189/21 200/4 200/24 200/25
**giving [8]** 22/16 36/14 36/19 43/21 78/12 130/20 150/4 196/21
**glad [1]** 38/25
**glanced [1]** 87/4
**glaring [1]** 44/24
**go [112]** 4/6 6/15 21/10 23/2 25/23 28/16 29/9 30/9 31/4 32/8 33/15 33/17 38/19 39/4 39/9 40/14 47/18 47/25 50/9 51/23 57/6 58/9 58/12 60/2 60/9 60/14 60/16 60/16 60/18 60/22 61/2 63/25 66/16 67/17 71/5 71/23 74/17 76/14 77/5 79/17 79/22 82/22 90/18 92/4 92/8 95/11 96/25 98/9 99/16 99/24 101/4 101/5 102/13 105/5 106/22 108/25 109/9 110/8 111/10 112/16 112/22 113/4 114/10 114/22 115/25 117/12 123/15 123/22 124/6 124/22 125/17 125/21 134/17 140/7 140/9 140/10 140/19 140/25 147/23 154/15 157/25 161/11 168/10 168/14 168/15 169/5 171/6 174/8 176/25 179/21 180/1 183/21 184/19 185/11 186/2 199/2 199/15 204/25 205/11 210/14 211/15 212/17 218/4 220/8 222/4 222/18 224/2 225/17 225/20 225/22 227/11 227/12
**goal [1]** 58/22
**goes [10]** 32/2 52/7 52/14 59/12 61/2 99/6 115/19 165/16 166/9 192/1
**going [126]** 2/13 2/18 2/20 13/5 17/10 27/10 27/22 27/22 28/4 30/22 30/22 31/8 34/12 44/6 44/6 46/9 46/14 47/21 48/3 49/1 49/1 50/8 51/20 52/23 52/23 56/8 56/13 56/24 57/1 57/5 57/12 57/12 58/4 58/5 59/3 59/5 59/23 60/1 60/2 60/9 60/15 60/16 61/7 62/24 62/25 63/2 66/23 67/1 67/10 67/17 67/25 69/7 75/16 80/1 80/9 80/19 80/20 84/15 86/2 93/1 97/4 97/9 97/21 98/12 99/4 102/15 105/6 106/20 114/10 117/11 120/5 122/16 129/5 131/25 134/12 134/23 136/24 142/16 150/8 153/20 155/11 155/11 157/25 159/7 169/3 170/14 174/14 176/5 177/9 179/3 179/4 179/5 180/6 180/24 182/7 184/10 184/11 184/15 184/23 185/17 188/5 197/9 197/21 197/22 197/23 198/16 198/18 201/1 209/11 215/20 217/17 219/12 219/13 220/11 220/12 221/20 222/3 223/10 223/13 224/2 225/3 227/4 227/5 227/7 227/15 228/12
**gone [6]** 49/15 55/19 72/22 90/2 135/19 163/13
**good [21]** 3/19 4/9 4/25 5/1 47/10 47/11 60/7 73/24 75/20 76/2 80/25 109/11 143/8 163/24 168/4 168/5 168/18 211/23 219/20 225/2 227/21
**goods [1]** 105/13

**got [31]** 6/22 17/14 24/23 33/3 38/19 39/6 49/1 76/18 83/7 109/10 112/23 137/25 149/21 149/21 149/22 149/22 150/15 151/11 169/25 171/11 171/18 173/4 206/13 206/16 207/4 217/21 223/20 227/21 227/25 228/2
**gotten [1]** 30/19
**governing [1]** 142/17
**graduated [1]** 144/7
**graduation [2]** 144/6 144/19
**granted [2]** 54/15 57/23
**grateful [1]** 141/21
**great [1]** 204/14
**Gregory [1]** 1/17
**groin [1]** 157/15
**ground [8]** 87/24 89/2 89/14 156/22 182/21 182/23 183/17 183/21
**grounds [1]** 181/3
**group [1]** 186/15
**Grove [1]** 186/9
**guarded [3]** 153/14 153/18 153/19
**guarding [1]** 210/20
**guess [7]** 51/16 77/15 116/5 127/7 140/17 224/21 224/25
**guidance [1]** 99/2
**guide [2]** 165/1 165/1
**guidelines [2]** 164/19 164/22
**guilty [1]** 104/11
**guy [1]** 84/7

**H**

**had [197]** 2/16 5/2 5/14 5/18 5/19 6/8 8/6 8/7 8/9 9/13 11/7 11/18 11/19 12/8 14/24 15/19 16/1 16/20 17/1 18/15 18/22 19/3 19/6 19/7 19/13 19/22 20/12 20/16 20/21 22/21 22/24 23/22 23/22 24/21 25/3 25/4 25/11 25/15 25/19 26/8 26/17 27/7 27/15 27/17 30/18 30/19 31/1 31/16 33/1 33/5 34/5 34/8 34/16 35/22 39/17 40/1 40/12 41/17 44/10 44/12 46/3 46/3 46/8 46/17 47/22 48/4 48/21 49/16 50/21 51/21 54/20 54/22 55/3 55/6 55/10 55/13 55/18 55/18 55/19 55/20 55/22 56/1 56/3 56/3 56/7 57/17 70/9 70/17 71/2 72/2 72/21 82/12 82/24 83/12 83/20 85/16 85/24 86/5 86/13 89/4 89/9 89/20 89/24 90/9 90/16 90/21 91/5 95/1 95/1 95/1 103/8 104/15 110/11 110/15 110/25 116/23 118/21 127/12 128/13 128/14 128/23 129/1 129/12 129/15 129/21 129/21 129/25 144/21 144/23 145/5 149/16 150/3 150/13 150/22 152/18 153/16 155/2 155/10 155/15 155/17 157/3 160/24 160/25 162/16 169/11 174/12 175/16 177/15 186/13 187/3 187/16 188/16 189/10 190/4 190/6 190/6 192/6 192/20 194/22 204/5 204/5 204/14 204/19 204/20 204/23 207/10 207/24 207/25 208/15 209/1 209/2 209/4 209/11 209/15 210/1 210/5 211/2 213/22 214/18 215/1 215/9 217/1 217/1 217/12 217/13 217/18 217/23 218/1 218/7 218/14 218/15 218/21 219/3 220/2 220/6 222/10 225/10
**hadn't [1]** 152/24
**hair [1]** 86/8
**half [14]** 21/22 37/9 50/14 51/3 51/4 79/11 79/14 103/13 113/25 118/21 164/5 164/8 184/23 205/17
**Hall [4]** 106/14 110/6 131/19 221/17
**Hall's [1]** 225/3
**Hallandale [2]** 106/3 106/6
**hamstrings [1]** 214/9

**hand [10]** 28/12 28/25 29/1 53/6 116/6 116/22 116/23 151/20 225/24 228/21
**handed [1]** 135/10
**Handing [1]** 7/17
**hands [2]** 197/22
**handwriting [3]** 29/5 29/8 45/2
**handwritten [5]** 12/9 14/24 148/17 149/5 151/8
**happen [1]** 58/8
**happened [6]** 120/9 120/13 125/20 135/7 147/18 151/18
**happening [1]** 207/4
**happens [3]** 76/11 88/7 191/22
**hard [2]** 119/22 170/3
**harm [1]** 62/7
**Harris [6]** 171/19 173/4 173/18 175/13 175/13 175/14
**Harvard [1]** 202/5
**has [72]** 2/6 2/8 8/13 12/12 28/11 30/11 35/10 35/11 37/19 43/3 43/6 45/23 46/24 48/10 58/15 61/19 63/13 63/15 67/20 67/24 68/6 68/20 72/4 72/16 74/1 77/13 84/24 92/15 97/14 98/1 109/2 109/11 109/12 109/17 109/18 109/20 110/1 111/14 123/13 123/16 123/20 129/18 138/14 138/21 139/6 142/18 148/8 148/12 148/12 150/2 151/3 151/8 165/10 165/12 166/17 169/8 170/24 179/25 180/2 190/20 193/9 193/21 194/3 194/19 194/19 196/17 196/22 196/25 198/2 199/18 199/22 217/8
**hasn't [1]** 66/19
**hate [2]** 44/6 47/18
**have [285]**
**haven't [7]** 6/8 37/13 72/22 75/15 129/2 148/15 172/23
**having [16]** 6/5 21/21 25/9 26/11 46/12 49/15 114/23 115/4 122/8 143/15 153/24 165/24 190/7 194/7 204/9 227/16
**he [123]** 7/9 9/2 10/10 16/1 17/5 17/10 18/3 20/16 22/10 22/14 22/21 22/24 22/25 25/1 25/6 33/3 35/10 35/11 35/11 35/14 36/1 36/6 36/13 36/16 36/18 36/18 37/4 37/9 37/18 37/19 38/10 39/17 40/13 41/10 41/17 41/18 41/20 46/3 46/5 46/7 46/8 47/11 49/16 54/8 69/23 83/3 84/11 84/12 85/4 85/6 85/24 86/5 86/13 86/16 86/18 86/18 86/21 93/13 93/14 93/15 94/5 94/9 94/12 94/16 94/24 95/15 95/20 96/3 96/7 96/8 96/11 96/12 96/13 96/14 96/14 96/14 96/15 97/11 97/12 98/2 99/6 99/15 104/11 120/22 120/22 120/23 120/23 121/22 122/19 127/7 127/12 129/8 135/3 135/3 135/10 135/12 135/20 136/17 139/9 139/25 142/23 142/23 148/12 148/16 150/4 150/9 150/12 150/13 151/8 151/10 167/15 176/16 176/16 179/24 179/25 179/25 180/2 184/22 190/4 190/6 221/18 221/19 222/4
**he's [24]** 6/18 6/23 34/12 41/25 46/12 47/10 50/22 90/25 94/5 94/15 94/19 95/21 97/25 127/4 127/6 149/20 149/21 149/24 151/11 160/5 160/20 176/16 184/24 184/25
**head [9]** 55/20 56/5 104/4 116/2 145/17 183/4 198/7 214/12 214/13
**Headache [1]** 207/3
**headaches [5]** 206/5 207/5 207/6 208/3 208/4
**headquarters [1]** 141/3
**health [16]** 13/11 44/3 44/9 53/24

**H**

**health...** **[12]** 77/18 99/10 100/15 100/19 106/25 107/19 108/15 109/18 119/1 170/15 171/10 189/4
**hear** **[9]** 25/25 59/9 64/1 85/14 85/16 150/7 180/20 180/25 192/1
**heard** **[6]** 54/16 54/17 65/10 70/15 95/2 136/11
**Hearing** **[1]** 224/15
**hearsay** **[5]** 96/20 147/20 175/24 176/4 176/15
**heating** **[1]** 153/3
**heel** **[2]** 31/12 204/14
**help** **[17]** 24/6 24/7 42/13 47/22 48/7 49/9 49/11 50/9 89/14 132/14 133/3 135/9 152/1 153/3 161/5 171/23 204/24
**helpful** **[1]** 31/22
**helping** **[2]** 161/1 161/2
**helps** **[1]** 153/4
**hemibody** **[3]** 196/23 197/2 197/3
**hence** **[1]** 190/11
**Henderson** **[14]** 6/1 7/22 8/1 8/2 8/8 8/21 9/13 9/14 10/17 10/22 11/5 11/13 82/15 100/2
**her** **[212]** 7/23 7/23 10/23 10/24 11/1 13/24 23/23 23/23 40/7 40/8 46/25 48/11 48/14 48/14 48/14 48/16 51/13 52/9 54/16 54/17 55/23 57/13 57/19 58/15 63/10 64/16 66/15 67/21 68/8 68/13 69/1 71/4 82/16 85/14 85/16 89/8 93/4 93/14 96/21 97/5 97/12 103/7 104/7 112/8 112/10 117/14 119/5 119/6 120/2 120/8 120/9 120/10 127/2 129/6 131/12 132/24 133/3 135/19 138/19 138/19 139/1 139/12 146/11 147/15 147/17 150/4 151/21 152/8 152/8 152/8 152/9 152/10 152/18 152/20 155/10 156/14 157/2 158/4 158/9 161/2 161/2 161/3 161/5 161/17 161/18 161/23 162/12 163/22 163/24 164/12 165/14 166/1 172/18 173/5 173/8 173/19 173/19 173/21 174/9 174/10 174/12 174/13 176/13 176/23 176/24 177/24 182/8 182/10 182/15 183/18 187/6 188/9 188/12 188/12 188/13 188/17 188/18 190/6 190/16 190/24 191/1 191/6 192/9 192/10 192/15 192/17 192/21 193/22 194/12 194/15 194/22 195/24 196/6 196/14 196/17 196/20 196/24 197/11 197/16 198/9 198/10 198/21 198/22 198/22 199/8 199/10 199/16 199/22 200/4 200/5 200/9 200/9 200/13 200/14 200/15 200/16 200/19 200/25 200/25 200/25 201/5 203/19 203/20 203/21 203/22 203/22 203/22 203/23 204/2 204/12 204/12 204/18 204/24 205/14 205/15 205/22 206/3 206/9 206/20 206/21 207/5 207/18 207/20 208/3 208/5 208/8 208/9 208/12 208/22 209/7 209/9 209/13 209/14 209/23 210/8 210/16 210/19 211/4 213/1 213/12 213/18 213/19 213/20 214/7 214/9 215/17 217/4 217/9 218/6 218/8 218/19 219/4
**here** **[58]** 7/1 9/10 9/19 9/21 11/3 14/21 14/25 16/4 18/14 27/19 32/10 32/17 43/5 44/13 46/14 47/18 59/7 63/4 67/4 70/18 83/15 85/22 92/14 111/4 111/16 111/18 111/22 112/2 113/6 113/10 115/18 116/7 117/22 123/24 145/21 148/21 149/12 149/22 150/11 154/24 155/20 155/23 156/18 163/9 171/3

172/21 175/7 178/13 179/17 192/18 193/14 197/10 197/5 204/13 205/7 223/3 223/18 228/24
**here's** **[1]** 172/2
**hernia** **[1]** 104/14
**herniated** **[7]** 30/10 30/18 55/7 103/11 108/10 197/8 198/15
**herniation** **[8]** 190/9 191/13 191/17 197/19 197/19 198/17 204/13 208/5
**hers** **[2]** 195/22 197/1
**herself** **[4]** 57/11 57/11 57/24 159/19
**hid** **[1]** 51/5
**hidden** **[1]** 18/5
**hide** **[1]** 18/7
**hiding** **[1]** 17/24
**high** **[2]** 13/22 55/20
**Higher** **[1]** 191/17
**highly** **[1]** 148/14
**Highway** **[2]** 108/13 201/23
**him** **[66]** 7/14 14/9 14/11 14/12 14/15 15/21 15/22 16/7 16/14 17/25 18/1 18/17 18/24 18/25 21/19 24/23 33/3 34/11 35/12 38/8 38/10 39/19 39/21 39/23 40/1 40/10 40/11 42/5 44/17 45/12 47/15 50/16 50/18 50/23 50/25 51/1 51/2 51/5 51/5 51/16 51/18 82/16 94/21 94/25 95/25 96/3 97/11 134/12 135/3 135/7 135/8 135/11 142/22 148/9 148/10 148/15 148/16 148/18 148/20 148/21 150/4 150/21 151/7 188/11 222/4
**him while** **[1]** 148/20
**himself** **[1]** 188/11
**hip** **[12]** 16/20 17/2 32/5 33/1 37/2 37/12 48/16 116/6 204/3 204/18 213/3 216/8
**hips** **[7]** 31/12 32/7 157/13 203/22 204/8 210/20 210/20
**his** **[44]** 10/10 14/21 15/13 18/19 21/15 21/24 34/11 36/7 40/5 41/14 43/25 46/12 52/9 55/21 85/4 86/15 89/18 97/13 97/13 105/23 110/1 122/12 122/22 127/7 139/6 142/24 148/10 148/10 148/12 149/24 149/25 150/7 150/9 150/12 150/15 151/11 160/23 176/8 178/21 179/24 189/10 190/5 190/6 221/22
**history** **[24]** 17/5 37/8 149/6 149/7 187/18 187/22 188/1 188/4 188/15 189/1 190/2 192/15 193/19 200/25 201/25 203/3 203/6 203/9 203/11 203/25 204/2 204/5 205/15 212/4
**hit** **[1]** 103/19
**hit-and-run** **[1]** 103/19
**Hitashi** **[1]** 94/19
**hitting** **[1]** 103/9
**hold** **[4]** 13/18 109/22 156/10 202/21
**holidays** **[1]** 130/13
**Hollywood** **[1]** 144/24
**home** **[4]** 78/3 134/23 220/9 225/17
**honest** **[3]** 8/21 9/7 44/12
**Honor** **[124]** 4/3 4/6 4/11 4/14 6/17 7/2 7/7 7/10 8/23 9/3 9/4 10/3 17/19 21/3 24/6 26/20 34/10 51/7 56/12 56/19 58/3 58/20 59/20 59/22 61/13 61/14 61/17 62/19 62/23 64/20 65/16 66/22 70/22 72/3 72/4 74/2 76/3 76/15 76/17 77/3 77/9 78/15 78/18 79/24 81/7 81/10 81/17 81/20 81/23 90/10 91/17 91/20 93/17 96/24 97/15 99/7 117/16 118/8 120/12 121/6 121/9 122/2 122/5 126/24 129/4 130/18 130/21 130/25 131/16 134/5 137/7 139/23 139/25 140/11 141/13 141/21 142/12 142/15 143/3 143/11 143/20

146/2 146/18 147/3 147/3 148/3 148/18 169/25 170/1 171/6 171/10 171/21 171/2 175/2 176/10 177/8 178/2 179/7 179/12 179/18 179/23 180/11 180/16 180/19 181/13 182/22 183/24 185/8 185/13 185/15 220/10 221/1 221/5 221/14 221/24 222/24 224/17 225/8 226/8 226/17 227/18 227/19 228/21 228/23
**Honor's** **[3]** 180/5 223/2 223/16
**HONORABLE** **[1]** 1/9
**hope** **[1]** 219/1
**hoped** **[1]** 79/3
**hopefully** **[1]** 223/8
**Hosono** **[1]** 94/24
**hospital** **[13]** 56/3 72/14 72/14 72/16 72/20 73/2 73/4 202/5 202/6 202/7 202/23 202/24 212/18
**hospitalization** **[1]** 103/20
**hospitalized** **[1]** 56/2
**hospitals** **[2]** 72/21 202/22
**hot** **[5]** 151/22 152/3 154/2 154/7 154/23
**hour** **[8]** 56/25 60/19 60/20 79/11 79/19 79/22 80/10 184/23
**hours** **[4]** 56/25 221/14 223/20 224/4
**how** **[40]** 2/15 11/2 17/13 32/10 34/21 42/11 59/2 59/12 62/24 62/24 63/23 64/8 65/4 65/5 67/8 67/10 67/12 68/23 69/9 70/10 78/20 79/7 110/18 118/18 145/5 153/20 158/1 167/20 180/2 184/3 184/6 185/14 186/7 186/11 198/7 211/10 211/13 221/13 223/21 225/15
**however** **[14]** 14/4 26/1 62/8 63/19 64/15 67/25 99/3 107/7 109/11 190/24 210/20 216/22 227/9 227/15
**HQ** **[1]** 141/3
**hub** **[1]** 141/9
**huge** **[1]** 45/5
**human** **[2]** 54/12 94/10
**Hungary** **[1]** 212/7
**Huntington** **[1]** 186/14
**Hurricanes** **[1]** 202/12
**hurt** **[4]** 11/5 11/10 121/1 121/2
**husband** **[3]** 91/3 94/21 94/25
**Hyde** **[1]** 107/23
**Hydrocodone** **[2]** 34/21 34/24
**hyphen** **[1]** 32/19
**hypoplastic** **[1]** 214/20
**hypothetical** **[3]** 21/4 21/5 142/25
**hypotheticals** **[1]** 142/22

**I**

**I'd** **[5]** 17/11 60/19 133/1 170/9 186/2
**I'll** **[57]** 3/1 4/19 10/6 10/11 24/6 49/3 49/4 58/1 58/24 59/6 59/9 59/11 59/23 62/3 62/10 62/12 66/13 66/24 69/13 72/23 75/14 78/4 79/19 80/7 80/10 80/17 81/11 81/21 108/25 118/4 118/11 120/10 120/19 131/7 132/11 132/23 137/3 147/21 147/22 148/16 148/18 160/13 176/6 178/2 180/8 180/13 180/20 185/7 188/5 211/15 219/15 222/14 225/14 225/21 226/22 227/3 228/24
**I'm** **[170]** 2/13 5/15 5/21 7/24 8/10 8/11 9/9 9/10 9/25 13/18 17/11 21/24 22/2 22/13 23/12 23/16 23/18 24/18 24/25 27/8 27/10 28/7 30/22 33/15 33/22 33/25 34/20 34/23 35/19 38/10 38/25 42/20 44/6 45/19 45/21 47/21 48/25 49/1 52/13 53/8 53/11 56/13 56/24 56/25 57/5 57/12 57/12 57/19 59/5 59/23 60/1 60/2 60/8 60/16 61/4 62/2

**I**

**I'm...  [114]** 63/13 65/4 66/23 66/23 67/1
67/1 67/8 67/9 67/17 67/19 68/22 69/4
71/19 75/9 76/9 76/24 77/15 78/6
79/16 80/1 80/9 80/14 86/2 93/1 96/22
97/9 97/25 98/3 98/12 98/19 99/15
101/3 101/25 102/8 102/14 105/6
106/20 111/7 112/20 114/20 114/22
115/2 116/4 117/1 117/17 120/5
121/23 123/9 124/24 127/13 127/18
129/5 130/20 133/8 134/12 140/8
145/8 145/14 146/3 146/3 146/15
147/1 150/17 155/5 155/14 156/20
156/22 156/25 157/24 157/25 159/15
161/1 164/5 168/7 168/9 168/19 168/17
170/7 170/9 171/13 175/12 178/5
180/6 180/6 180/24 182/7 184/10
184/11 185/17 186/15 186/19 188/5
190/18 196/18 197/25 199/4 200/14
202/9 202/10 202/11 202/18 215/20
216/15 217/16 219/12 219/13 220/11
222/3 223/10 224/21 225/1 225/1
225/5 226/7

**I've [15]** 14/16 14/18 17/13 26/1 27/7
34/4 45/20 60/8 80/3 95/15 149/22
177/11 184/1 202/8 222/15

**I.D [1]** 230/2

**idea [3]** 3/19 133/11 133/17

**identical [1]** 216/1

**identified [1]** 227/10

**identify [3]** 89/15 90/15 91/12

**identifying [4]** 86/12 122/9 122/13
122/18

**identity [3]** 18/3 85/23 90/9

**Illinois [1]** 186/9

**imaging [6]** 95/18 108/13 109/14
159/25 167/13 204/11

**immediate [1]** 88/15

**impairment [5]** 82/25 146/4 164/19
164/23 164/24

**impairs [1]** 52/9

**Imperial [1]** 62/4

**important [3]** 70/10 122/17 170/9

**impression [2]** 84/19 199/14

**impressions [1]** 199/2

**improper [4]** 93/10 148/14 181/24
182/1

**improve [1]** 159/7

**improvement [8]** 153/16 153/16 159/3
159/3 159/8 160/25 164/3 165/13

**improving [1]** 152/19

**inaccurate [1]** 49/19

**inadequate [1]** 181/22

**inaudible [1]** 141/3

**Inc [2]** 183/11 203/2

**inch [1]** 42/12

**inches [1]** 32/9

**incident [97]** 5/23 5/24 6/4 7/22 7/25
8/7 8/21 8/21 9/14 9/16 11/8 11/13
15/8 15/15 16/10 18/4 18/5 19/3 19/5
19/11 20/1 20/13 26/18 38/23 39/24
40/11 40/12 41/9 41/10 41/17 42/3
42/6 45/11 45/12 46/4 49/6 49/13
51/22 80/18 82/3 82/5 82/13 82/14
82/15 82/16 82/18 83/13 83/16 83/7
83/15 84/16 85/8 89/17 90/2 90/17
90/22 91/14 95/3 96/13 98/2 98/14
102/19 105/9 109/13 109/15 110/11
110/14 118/2 124/16 126/15 126/23
128/5 128/15 128/18 130/2 130/6
132/17 132/19 133/19 134/10 136/13
136/20 137/13 139/14 139/19 147/17
172/3 172/12 172/17 172/20 173/15
174/1 176/14 176/24 178/7 178/9

**incidents [4]** 14/11 16/1 19/5 173/7

**inclination [2]** 79/17

**include [7]** 62/7 70/5 100/1 108/9
186/16 228/15 228/16

**included [3]** 203/22 220/25 228/10

**includes [1]** 72/13

**including [5]** 60/11 64/4 101/10 186/18
204/12

**income [12]** 64/16 66/14 78/2 98/13
98/15 98/22 99/10 105/8 128/3 128/6
128/23 128/25

**incoming [1]** 134/16

**inconsistencies [1]** 200/10

**inconsistency [2]** 194/18 195/1

**inconsistent [2]** 197/15 199/22

**Incorporated [3]** 100/15 108/15 140/23

**incorrect [7]** 8/8 9/20 20/23 20/24 21/2
25/21 126/23

**increased [1]** 30/11

**incumbent [1]** 44/11

**incurred [2]** 105/11 105/14

**indeed [1]** 97/6

**INDEX [3]** 229/12 230/1 230/6

**indicate [3]** 33/10 102/18 160/16

**indicated [11]** 30/18 31/1 32/5 40/4
49/16 64/4 84/23 85/19 169/11 218/15
220/6

**indicates [3]** 32/1 126/21 216/2

**indicating [1]** 138/18

**indication [6]** 216/24 217/12 217/17
217/20 217/22 217/25

**indications [3]** 199/11 200/2 216/3

**individual [22]** 85/23 86/13 89/5 89/9
89/11 89/16 89/24 90/9 90/16 90/19
90/21 91/12 91/13 122/10 122/17
122/19 218/16 225/23 225/24 226/25
227/2 227/17

**inference [1]** 182/18

**infirmity [3]** 49/5 49/8 49/12

**inflammation [1]** 191/9

**inflammatory [6]** 189/24 193/5 193/6
204/23 205/16 209/13

**inflation [2]** 3/3 65/8

**information [16]** 28/5 28/9 28/11 28/24
29/5 29/24 30/4 30/25 40/6 56/16
101/24 124/3 138/14 138/22 139/17
150/22

**initial [23]** 114/20 147/15 147/17
151/18 169/23 174/6 176/12 176/22
176/25 177/2 177/25 178/7 178/11
178/16 188/6 190/19 191/1 203/6
203/9 203/20 203/21 203/24 213/13

**initially [3]** 91/6 188/9 194/3

**injection [9]** 22/10 22/14 22/25 35/22
37/22 43/13 204/20 204/21 209/15

**injections [19]** 22/16 22/22 22/24
24/23 24/24 25/6 35/2 36/20 37/2 37/4
38/4 38/5 43/21 43/25 44/3 44/13
44/20 45/10 105/22

**injured [10]** 10/22 10/25 17/6 44/10
77/14 110/16 110/18 112/6 128/15
192/21

**injures [1]** 26/12 218/8

**injuries [11]** 15/14 16/5 16/9 19/21
25/20 44/9 108/9 129/3 129/6 165/2
166/3

**injury [37]** 5/19 13/14 25/15 53/2 64/16
71/5 77/19 96/9 102/17 102/19 103/7
103/9 107/3 110/12 110/15 110/18
110/20 110/21 111/1 111/10 173/10
182/17 188/8 188/14 188/17 188/21
188/23 189/5 189/19 190/8 192/16
194/22 194/22 197/16 199/6 210/9
218/14

**injury-causing [1]** 192/16

**inquiry [2]** 90/20 91/11

**insert [1]** 73/21

**insignia [5]** 86/5 86/11 89/24 90/1
122/13

**inspection [1]** 182/1

**instability [1]** 201/2

**instance [1]** 164/4

**instead [2]** 60/17 73/20

**Institute [2]** 96/9 111/11

**instituted [1]** 109/16

**instruct [5]** 147/21 148/18 176/6
219/13 223/23

**instructed [6]** 60/13 63/14 63/20 63/21
68/17 149/3

**instruction [38]** 2/4 2/8 2/9 2/15 2/16
2/23 2/24 2/25 3/3 3/8 61/6 61/6 61/12
61/18 62/1 62/6 62/11 62/11 62/15
63/24 64/6 64/11 65/3 65/9 65/17
65/23 66/7 67/5 69/19 69/24 70/6
70/21 71/10 73/10 76/18 77/5 77/10
77/22

**instructions [24]** 2/3 3/2 60/3 60/11
65/18 70/5 70/25 72/3 72/24 74/17
78/6 78/7 78/9 78/13 81/2 120/2
121/18 222/10 222/15 222/16 222/18
222/20 225/21 227/13

**insurance [13]** 30/3 54/15 54/16 99/10
103/12 103/21 103/25 170/16 171/10
171/24 172/1 173/22 173/24

**intact [1]** 149/23

**integrated [1]** 202/19

**intend [5]** 61/14 64/9 64/21 179/21
220/4

**intended [2]** 132/18 220/5

**intention [1]** 223/22

**interact [1]** 88/10

**interest [5]** 67/6 68/3 68/10 68/14
225/11

**interesting [1]** 80/11

**interfere [2]** 58/14 117/20

**interim [2]** 27/11 201/6

**interlocked [1]** 181/16

**intermittent [2]** 200/17 204/16

**internal [1]** 202/18

**International [1]** 183/11

**internship [3]** 144/20 186/5 202/2

**interpret [2]** 62/16 168/11

**interpreted [1]** 55/16

**interrogatories [21]** 11/23 12/4 12/23
44/7 44/23 45/4 49/2 51/6 67/14 71/20
92/6 97/8 98/5 102/15 108/24 109/4
110/17 127/12 182/9 182/13 182/16

**interrogatory [37]** 11/17 13/5 13/15
14/2 15/3 17/25 18/22 47/12 47/15
49/3 49/9 49/19 51/20 51/22 55/9
93/11 102/23 102/24 104/18 105/6
105/16 106/20 106/22 109/8 110/9
110/9 110/23 111/6 124/2 126/21
126/25 127/2 127/4 127/9 127/14
127/19 182/11

**interrupt [2]** 88/16 224/7

**intervals [2]** 166/20 167/3

**intestine [1]** 103/20

**intracranial [2]** 195/24 197/24

**introduce [6]** 63/19 69/7 77/4 182/8
220/4 220/5

**introduced [8]** 2/13 2/14 77/1 146/15
182/13 182/14 228/16 228/17

**invest [2]** 68/4 68/9

**investigation [1]** 139/16

**invited [2]** 86/24 119/24

**invites [1]** 69/24

**involved [16]** 5/14 11/21 46/4 91/8

**I**

involved... [12] 103/16 128/14 128/18
173/1 190/23 192/20 195/1 210/1
217/19 217/23 218/1 218/7
involves [1] 195/20
involving [5] 7/22 7/25 9/14 38/24
218/8
irrelevant [2] 147/5 147/5
irrespective [1] 183/17
irritation [2] 198/18 211/3
is [552]
isn't [14] 18/2 25/14 29/4 39/24 40/9
44/24 45/9 69/5 86/5 122/8 123/25
140/14 159/5 179/16
Israel [1] 202/6
issue [11] 64/6 65/14 67/3 67/19 69/10
69/13 69/14 74/23 75/25 76/6 150/17
issues [2] 3/22 92/14
it [460]
It'd [1] 38/20
it's [129] 5/9 10/21 10/25 11/2 11/4
16/14 17/12 18/14 20/24 20/25 21/5
21/10 23/19 25/5 25/24 26/2 26/22
27/19 27/21 35/14 38/18 38/20 39/7
39/12 40/5 40/19 41/6 42/12 42/25
49/3 49/9 51/24 52/3 53/6 56/14 57/22
58/13 59/4 59/18 60/15 61/11 62/4
64/12 67/25 69/5 69/6 69/8 69/9 69/11
69/17 72/9 73/7 74/24 74/25 76/10
77/21 79/8 84/2 85/13 85/13 91/5
92/25 93/25 94/19 111/12 112/11
112/15 112/20 113/5 113/24 116/9
116/18 118/20 118/21 121/14 121/18
127/14 131/25 136/24 137/25 138/5
140/11 140/11 140/13 144/17 147/5
150/8 152/1 153/2 153/3 156/10 157/8
162/7 162/21 162/22 167/20 168/17
169/25 171/1 171/5 171/7 171/18
176/5 176/7 176/17 177/23 177/23
179/13 179/13 179/13 180/2 182/21
183/4 188/20 188/24 191/22 193/8
194/2 198/5 201/1 204/21 211/11
220/19 224/3 225/3 225/17 228/7
228/8 228/11
item [4] 41/13 72/13 105/7 105/10
itemized [2] 72/13 149/19
items [3] 5/17 75/3 117/14
its [3] 65/23 122/1 220/11
itself [3] 66/5 166/10 190/25

**J**

Jackson [3] 46/24 202/24 212/17
Janice [3] 92/23 93/20 93/22
January [17] 5/4 5/13 5/15 5/17 6/6 8/3
8/13 8/19 8/19 107/21 126/8 126/10
187/15 188/2 189/2 190/16 193/18
Japan [12] 39/25 55/24 56/5 90/2 90/5
90/15 90/18 90/20 110/24 138/15
147/18 166/8
Japanese [3] 84/23 85/1 86/18
Jared [1] 94/3
jaws [1] 183/23
jetway [1] 134/16
job [2] 129/12 130/1
joint [7] 37/21 114/20 115/1 190/25
205/7 210/19 214/3
joints [1] 209/5
Jonathan [1] 107/23
José [2] 96/2 108/3
JUDGE [23] 1/9 56/9 64/3 72/7 72/9
73/1 74/21 76/5 78/23 79/11 80/5 93/1
93/10 117/6 130/14 135/13 146/20
165/16 174/24 181/2 222/2 223/2
229/1

Judge's [1] 29/2
judgment [9] 13/20 67/21 68/3 71/1
73/15 181/8 224/18 230/11
judicial [3] 118/4 179/15 225/11
Judith [2] 1/22 229/9
judy [1] 1/24
Julian [1] 106/12
July [8] 15/18 16/24 107/7 123/13
132/6 203/19 203/24 215/11
jumping [1] 50/8
juror [3] 26/17 81/5 132/23
jurors [1] 223/24
jury [104] 1/8 2/3 3/14 4/1 4/7 4/8 8/13
21/1 24/21 41/17 46/3 57/3 57/9 57/17
57/17 59/14 59/17 59/24 60/3 60/4
60/6 60/11 60/23 60/24 61/2 62/24
62/25 63/13 64/7 66/6 67/4 67/10
67/19 67/23 68/11 68/24 69/5 69/9
69/11 69/24 69/24 71/10 72/3 72/18
72/24 73/5 74/7 76/10 76/18 78/6
78/8 78/9 78/13 80/20 80/20 81/2
81/13 81/14 93/20 102/1 116/22 129/6
131/1 136/10 142/1 142/6 142/14
143/5 143/7 145/23 145/25 147/6
147/21 148/21 152/25 154/8 157/20
159/1 159/11 160/3 163/18 164/22
165/11 165/25 167/5 176/6 183/21
184/19 191/5 219/13 219/18 219/21
220/8 220/8 222/9 222/15 223/23
224/4 225/20 225/22 227/4 227/12
228/15 230/9
just [120] 2/24 2/24 3/5 3/12 8/15 9/21
10/8 16/4 19/6 20/22 21/1 22/20 24/18
28/20 30/2 30/2 32/18 32/18 35/13
35/14 36/18 39/2 44/13 44/17 45/3
45/11 47/19 49/1 49/15 50/3 51/8
51/20 58/7 58/8 59/16 59/23 59/24
64/4 64/24 65/6 66/23 69/4 69/11
69/16 69/23 71/7 72/18 72/24 73/22
74/8 74/9 74/13 75/7 76/5 77/12 77/15
78/4 79/7 87/5 87/5 94/1 96/17 101/22
101/25 102/11 112/21 117/17 123/17
123/22 130/5 130/20 130/21 132/10
132/23 135/17 137/19 139/25 140/16
147/5 147/22 148/20 149/8 153/19
157/23 159/4 161/1 161/24 162/19
164/11 165/8 173/5 177/14 180/24
183/14 186/23 189/17 191/5 194/11
197/12 200/25 202/13 207/11 209/11
216/20 217/1 217/11 217/17 219/19
220/15 221/2 223/19 224/7 224/12
225/10 225/24 226/7 226/10 227/14
227/20 228/11

**K**

K-O-L-B [1] 123/5
keep [6] 44/6 136/25 169/3 177/18
225/25 226/23
kept [2] 177/17 177/17
kind [12] 42/9 150/6 150/13 156/10
170/3 188/17 190/15 193/17 213/12
213/15 216/24 218/13
kinds [1] 60/16
KIRK [1] 1/18
kitchen [1] 54/1
knee [8] 32/12 32/14 32/19 116/6
191/24 192/2 203/23 204/8
knees [2] 33/2 210/21
knew [4] 22/20 22/21 22/24 41/10
know [130] 1/12 2/18 3/5 7/5 8/11 9/19
15/14 17/12 17/13 18/19 19/14 20/24
20/24 21/19 21/24 22/3 22/14 24/24
25/4 25/6 25/11 25/17 26/2 27/19
33/14 34/12 35/7 35/8 35/16 35/19

37/3 38/5 44/21 44/25 46/11 48/6
50/16 58/13 59/3 61/16 62/25 63/8
63/20 63/22 65/5 65/6 66/5 67/2 67/8
68/2 68/23 69/25 70/18 72/17 72/19
72/20 72/23 73/24 74/9 74/24 75/15
77/21 78/5 78/12 79/6 79/7 87/4 87/13
87/24 112/11 117/17 120/21 120/23
126/24 127/3 131/3 131/15 131/23
132/13 133/5 133/9 133/12 133/13
133/15 138/16 142/22 144/16 149/2
150/19 150/20 154/14 156/4 158/4
160/11 163/21 163/22 163/23 168/25
169/6 170/8 180/1 187/8 188/20
194/22 196/19 198/9 198/10 199/19
204/22 206/24 206/25 206/25 208/17
210/7 220/16 221/7 222/10 222/15
222/17 222/20 223/12 223/20 224/13
224/20 224/20 225/14 225/15 225/16
226/3 226/23
knowing [1] 49/1
knowledge [9] 41/17 46/3 92/14 92/16
120/20 132/8 150/14 164/25 210/3
known [1] 92/13
knows [2] 132/12 132/14
Kolb [1] 123/4

**L**

L-12 [1] 191/17
L-23 [1] 191/17
L-34 [1] 191/17
L-cervical [1] 116/17
L-lumbar [1] 116/18
L3 [1] 214/4
L4 [8] 30/13 43/12 191/14 204/13
205/8 206/18 209/17 214/4
L4-5 [2] 204/13 205/8
L4-L5 [2] 30/13 191/14
L4-S1 [2] 43/12 209/17
L5 [8] 30/10 30/13 30/13 191/13
191/14 205/8 206/18 214/4
L5-S1 [2] 191/13 205/8
L6 [2] 30/10 30/13
L6-L5 [2] 30/10 30/13
Labs [1] 108/12
lack [3] 69/16 120/20 182/23
lacked [2] 181/17 181/20
ladies [5] 24/20 41/16 46/2 60/7 145/22
laid [1] 120/16
Landau [1] 95/14
landed [1] 141/4
language [6] 23/16 27/13 29/17 32/20
37/24 70/20
large [4] 158/11 158/12 158/14 228/7
Lasegue's [1] 156/21
last [45] 2/16 8/3 11/14 12/2 12/12
12/25 14/16 15/2 18/10 27/10 28/4
28/8 28/16 28/21 29/9 30/3 32/21
33/17 33/17 38/25 47/19 48/10 55/1
56/18 57/20 65/9 65/17 82/22 82/23
90/5 95/9 96/12 99/8 110/3 111/4
113/25 121/25 147/6 149/22 168/16
168/17 182/22 184/22 191/13 221/13
late [5] 38/2 140/11 180/1 224/8
225/17
later [12] 2/3 60/13 60/20 60/21 61/25
104/14 104/16 154/6 174/1 176/8
206/22 206/23
lateral [11] 155/12 155/16 155/16
155/18 161/19 161/19 162/17 162/17
163/3 191/4 191/20
lateral/posterolateral [1] 191/4
latest [1] 81/1
latter [1] 69/18
Lauderdale [5] 93/23 134/23 136/5
136/21 144/24

**L**

**law [4]** 62/5 63/16 181/3 182/23
**lawsuit [7]** 9/22 10/4 10/5 42/4 53/16 55/3 99/20
**lawsuits [4]** 10/1 100/25 104/2 104/5
**lawyer [1]** 103/13
**lawyers [2]** 104/24 105/2
**lay [2]** 10/4 156/21
**layman's [1]** 191/5
**lead [6]** 90/25 93/4 120/7 120/8 120/10 199/24
**leadership [1]** 118/20
**leading [14]** 90/24 93/2 98/6 100/4 104/25 108/19 120/4 121/14 136/3 136/6 136/7 136/14 141/5 167/14
**least [13]** 15/18 31/23 34/17 63/2 63/9 67/14 78/11 147/5 171/23 184/13 195/10 215/6 220/11
**leave [5]** 54/6 54/20 65/2 69/19 131/22
**ledger [6]** 163/5 163/8 163/17 164/4 164/6 164/15
**left [60]** 5/2 28/12 31/11 31/18 31/20 32/1 37/11 43/6 43/14 47/11 47/15 47/17 48/17 50/23 51/5 57/17 84/24 100/9 101/13 105/17 107/5 109/9 115/25 116/8 116/13 116/16 116/21 155/12 157/22 161/19 162/17 162/22 162/22 162/25 168/15 169/25 188/25 190/2 192/3 197/5 197/6 205/4 207/19 207/24 208/14 208/23 209/2 209/12 209/15 209/16 209/24 211/13 213/3 214/12 214/13 214/22 215/2 215/15 215/15 215/18
**left-hand [2]** 28/12 169/25
**leg [19]** 45/24 116/6 152/9 156/8 156/22 156/24 157/2 157/3 157/23 160/9 191/23 192/2 192/4 193/4 196/24 198/23 209/25 210/22 210/25
**legal [4]** 51/8 60/10 71/4 71/8
**legally [4]** 52/8 52/13 52/14 71/13
**legions [1]** 189/12
**legs [9]** 31/4 31/5 31/9 31/12 156/9 156/9 156/11 157/14 198/22
**length [2]** 77/20 211/11
**less [4]** 51/3 59/1 215/1 218/1
**let [54]** 7/14 18/13 23/23 23/23 30/14 34/11 46/9 58/12 59/5 60/2 60/9 60/16 63/22 64/1 66/23 66/25 69/13 72/1 72/23 76/14 79/9 79/19 79/19 80/9 81/4 87/12 99/4 101/6 106/22 110/12 111/17 115/1 120/10 131/1 134/12 148/20 168/10 169/6 170/24 171/3 171/5 171/21 174/8 180/13 183/14 185/7 198/10 203/5 210/14 211/15 220/8 222/15 222/20 224/13
**let's [40]** 15/7 26/24 40/14 67/19 67/23 68/5 92/4 92/8 96/25 99/12 99/16 101/3 101/3 101/4 102/13 105/5 111/10 112/16 112/22 113/4 115/25 116/21 117/25 140/7 145/10 159/21 159/22 160/13 161/11 163/4 164/17 166/11 168/10 169/5 186/16 192/22 199/2 199/15 217/16 223/1
**letter [3]** 129/16 139/7 139/11
**letterhead [1]** 22/1
**letters [1]** 7/15
**letting [2]** 60/18 67/1
**level [7]** 71/23 157/1 191/13 206/17 216/4 216/7 216/22
**levels [3]** 214/5 214/23 216/3
**liability [1]** 204/7
**liberty [1]** 214/18
**license [1]** 144/16
**licensed [2]** 144/14 168/11

**Lidoderm [1]** 209/14
**lied [1]** 5/1
**lies [1]** 190/25
**life [15]** 52/24 58/9 68/8 68/14 68/20 69/2 77/14 77/20 77/23 77/25 77/25 78/3 144/9 144/10 144/19
**lifetime [1]** 192/17
**ligamented [1]** 194/23
**light [3]** 59/16 64/5 213/24
**like [64]** 9/22 15/13 17/11 25/24 33/14 38/4 40/3 43/23 44/21 44/25 47/23 56/4 58/5 59/10 67/11 68/19 73/10 73/11 73/13 74/12 82/14 86/10 93/16 94/2 101/21 130/19 131/3 133/1 140/14 140/17 143/12 145/18 146/5 148/18 151/7 153/15 158/2 158/20 159/4 160/24 160/24 162/24 170/10 170/18 170/19 173/17 174/3 178/18 183/3 184/8 184/9 185/16 186/2 188/23 189/8 191/17 192/10 193/9 198/10 207/2 207/25 215/21 216/21 224/7
**likelihood [1]** 198/24
**likely [3]** 68/14 199/13 200/7
**limine [1]** 165/17
**limit [2]** 150/21 151/2
**limitation [2]** 52/15 214/15
**limitations [3]** 4/8 194/16 194/24
**limited [6]** 62/4 62/9 136/10 194/19 194/21 196/14
**limits [3]** 52/9 194/10 214/7
**limp [1]** 213/20
**line [37]** 6/15 9/12 9/17 18/13 18/14 19/19 19/24 20/6 23/8 23/18 23/25 25/23 26/4 26/13 31/22 32/18 32/21 42/10 49/14 49/15 72/13 74/18 83/17 83/20 84/22 85/4 116/16 159/14 159/18 160/3 165/9 167/6 199/1 205/24 207/13 215/3 218/11
**lines [1]** 160/16
**Lisa [4]** 112/2 112/16 112/22 112/25
**list [27]** 13/9 14/9 14/9 14/13 14/20 15/13 15/13 17/25 22/18 32/8 75/11 77/2 92/10 92/12 92/17 97/4 97/9 97/21 101/9 102/14 105/7 106/24 149/19 220/2 220/17 222/1 226/2
**listed [12]** 14/5 14/6 14/8 32/10 45/3 92/19 92/21 92/22 97/8 100/25 109/3 210/7
**listen [2]** 102/8 180/8
**listing [1]** 46/19
**literally [1]** 198/19
**literature [1]** 200/11
**litigation [3]** 5/14 5/18 102/16
**little [7]** 73/20 145/6 153/15 153/15 165/23 186/2 199/15
**LLC [1]** 123/13
**local [6]** 75/8 75/19 75/22 182/4 189/3 214/19
**locate [1]** 91/7
**located [3]** 143/25 144/22 157/16
**location [1]** 107/20
**Lock [1]** 100/19
**lodge [1]** 10/10
**log [1]** 131/12
**logs [3]** 177/16 177/17 177/18
**long [13]** 47/13 55/18 59/2 59/8 78/20 103/3 145/5 184/3 184/6 186/16 211/10 221/13 223/21
**longer [1]** 136/24
**longest [1]** 219/21
**look [9]** 3/7 12/25 81/3 131/21 148/1 183/3 192/4 222/11 226/16
**looked [6]** 11/2 15/16 71/2 87/15 127/12 140/17

**looking [16]** 33/21 88/2 89/18 90/1 90/8 120/20 121/2 135/8 140/16 151/17 152/6 171/12 171/13 175/12 181/13 204/23
**looks [6]** 29/8 140/17 170/18 170/19 207/2 215/21
**LORNA [27]** 1/3 4/16 28/11 52/7 71/4 73/14 100/1 100/8 100/12 100/14 100/18 112/20 113/1 113/5 113/7 113/10 113/24 117/23 125/3 125/24 126/9 146/8 159/19 174/15 187/2 203/16 229/14
**lose [2]** 80/20 197/9
**loss [22]** 61/20 61/24 62/9 63/14 63/15 67/7 67/16 67/21 102/17 104/17 105/8 125/8 125/16 126/4 126/12 126/22 183/20 196/23 197/2 197/4 197/21 199/21
**losses [1]** 62/7
**lost [10]** 45/21 48/6 67/24 98/13 103/21 104/1 123/3 128/3 128/9 196/25
**lot [13]** 10/7 14/16 14/18 27/11 55/18 55/19 79/16 99/15 136/24 154/12 154/14 194/7 218/4
**low [38]** 13/22 16/20 17/2 37/23 39/10 43/6 116/5 151/24 152/8 153/17 155/9 156/7 157/8 157/12 157/13 160/8 191/3 192/7 192/11 192/21 194/17 194/24 200/22 203/22 204/2 204/8 204/12 204/18 206/13 207/7 207/9 208/15 208/23 213/3 213/21 215/14 215/17 216/22
**low-back [1]** 157/13
**lower [19]** 31/12 32/5 32/7 43/22 44/12 50/12 87/16 88/3 103/8 111/2 111/3 156/9 169/25 191/11 192/8 198/6 207/13 208/14 214/2
**lowered [1]** 156/11
**lowering [1]** 156/8
**lowest [1]** 157/1
**luggage [1]** 85/4
**lumbar [41]** 23/15 24/14 27/12 27/15 48/15 104/8 106/5 116/18 155/3 155/9 155/15 157/13 160/9 160/11 162/13 188/18 189/6 189/8 191/3 191/11 191/11 191/17 192/9 194/13 198/15 198/25 199/7 199/19 200/20 204/12 205/7 206/11 208/1 208/8 208/15 208/17 209/5 209/8 211/5 214/14 214/16
**lumbosacral [1]** 189/13
**lumping [1]** 10/7
**lunch [25]** 59/11 59/17 59/18 60/1 60/9 60/17 60/18 60/19 60/20 60/22 61/3 69/14 69/22 76/14 135/4 184/2 184/20 223/23 223/25 224/2 224/4 224/6 224/8 224/8 224/9
**lunches [1]** 223/25
**LYRICA [2]** 192/25 193/3

**M**

**M.D [7]** 21/13 111/11 141/2 160/18 168/8 201/14 211/18
**ma'am [32]** 6/16 11/4 12/24 14/14 14/20 15/2 17/15 17/16 20/23 21/8 23/16 25/14 28/21 29/4 29/9 33/10 34/3 35/6 38/8 39/2 40/9 44/23 44/24 45/9 47/22 53/10 122/9 123/25 213/11 216/19 217/24 218/3
**made [32]** 3/12 19/20 55/5 57/23 59/16 83/21 84/3 84/6 84/8 84/11 85/14 90/15 90/20 96/15 102/20 109/11 123/2 124/14 126/17 130/7 131/12 133/4 136/5 138/16 142/23 142/23

# M

made... [4] 152/16 153/21 157/23 167/12 190/5 190/7
**MAGISTRATE [1]** 1/9
**main [3]** 71/2 86/15 141/9
**maintenance [1]** 181/25
**make [44]** 8/15 28/16 59/18 59/24 68/12 71/22 73/15 73/16 73/16 73/23 83/25 87/5 87/7 87/7 87/15 97/4 118/13 124/18 134/1 136/12 137/4 137/4 142/3 142/17 143/1 149/9 161/6 164/2 178/12 179/24 180/24 180/25 182/19 183/22 186/23 200/18 200/22 207/7 207/9 208/24 210/18 222/18 227/10 227/20
**makes [3]** 61/1 73/22 77/22
**making [5]** 51/1 70/10 136/25 180/22 190/22
**malingering [3]** 195/4 195/7 196/16
**man [4]** 121/10 121/16 121/20 133/23
**management [4]** 36/6 193/15 212/12 212/15
**manager [7]** 53/24 54/12 91/7 91/15 94/10 94/24 138/20
**maneuver [1]** 196/20
**maneuvers [2]** 192/12 198/21
**Manhattan [1]** 186/12
**manip [1]** 164/5
**manipulation [2]** 164/7 164/12
**manual [4]** 151/23 154/3 154/7 154/23
**many [6]** 18/25 19/1 42/11 127/12 158/1 211/13
**marcaine [3]** 37/20 37/22 214/25
**March [20]** 13/7 82/3 82/6 82/19 104/6 107/17 110/4 124/15 125/14 126/16 172/14 178/8 183/7 185/17 188/8 188/18 201/14 206/14 207/17 211/18
**marked [9]** 117/15 145/18 158/21 158/22 164/15 164/17 184/25 225/23 227/10
**market [21]** 2/18 2/19 2/19 2/22 3/6 61/8 62/14 62/16 62/19 63/7 63/23 64/9 65/12 66/2 66/4 66/5 67/4 67/6 67/11 68/3 69/12
**Marshall [5]** 82/4 82/7 97/25 108/6 189/15
**Marty [1]** 1/17
**Massachusetts [1]** 186/7
**massage [4]** 40/5 41/11 41/14 151/23
**massive [2]** 197/18 197/19
**master's [1]** 21/21
**masters [1]** 21/21
**match [2]** 197/17 197/18
**mater [1]** 212/17
**MATHURA [58]** 1/3 4/16 4/17 57/5 71/4 73/14 81/12 81/21 91/24 97/22 100/8 100/12 112/20 113/1 113/6 113/7 113/10 114/11 117/23 125/3 125/24 126/9 133/1 135/21 141/19 146/8 151/18 152/13 154/4 158/1 159/19 161/16 166/14 174/11 174/15 187/2 187/4 187/9 188/1 188/16 190/15 192/15 193/18 199/3 200/13 203/16 203/18 203/25 212/20 212/24 215/4 215/6 215/12 216/11 216/25 218/12 218/18 219/2
**Mathura's [2]** 152/6 187/14
**Mathurin [1]** 229/14
**matter [16]** 25/7 42/3 58/10 70/4 77/4 92/15 98/16 99/21 129/15 148/18 163/16 176/6 176/7 181/2 223/5 229/5
**matters [4]** 60/11 60/14 66/19 70/3
**maximum [6]** 159/3 159/3 159/8 160/25 165/13 221/14

**may [65]** 3/21 4/20 7/12 9/3 16/22 24/2 24/24 27/17 36/1 37/6 37/15 37/18 38/2 39/18 39/19 39/23 48/6 56/12 56/19 57/8 62/7 62/22 64/7 65/13 67/13 70/11 73/19 73/19 75/17 75/19 77/14 77/16 77/16 81/24 86/16 91/13 91/21 92/22 95/7 96/23 96/24 110/2 113/2 114/21 122/21 134/7 135/25 137/7 141/12 145/23 147/3 150/6 180/1 192/17 203/6 212/22 213/10 223/2 223/4 224/8 224/9 225/8 226/7 226/17
**maybe [19]** 3/5 7/3 7/3 15/21 16/15 41/20 42/5 48/6 50/17 51/2 60/21 62/20 65/6 83/23 116/5 121/8 140/13 140/25 221/17
**Mazzotta [2]** 106/18 110/6
**MDCPS [1]** 104/13
**me [144]** 6/23 7/2 8/6 8/8 8/24 9/1 9/11 10/24 11/6 14/23 17/17 17/21 18/13 19/8 20/12 20/15 21/25 22/3 22/14 22/25 22/25 24/5 25/6 26/16 30/14 31/23 32/15 32/20 32/22 35/5 36/18 37/2 37/4 44/15 44/21 45/16 46/9 48/7 48/25 50/3 50/25 53/8 53/11 54/3 54/3 54/12 54/18 54/18 54/21 55/6 55/11 55/13 55/19 55/21 59/1 63/22 64/1 66/15 67/12 72/1 75/5 78/6 81/4 85/16 87/6 87/12 89/8 89/14 96/3 96/14 96/22 98/1 99/15 101/6 101/21 106/22 109/12 109/17 110/12 111/17 113/9 115/1 117/3 119/25 126/19 127/12 128/25 129/8 129/17 131/1 131/7 133/22 133/23 133/25 134/17 134/23 135/7 135/9 135/12 135/20 138/16 138/18 138/18 139/17 148/20 168/10 169/6 170/24 171/3 171/6 171/21 174/8 177/23 179/5 179/10 183/5 183/14 184/15 185/1 186/3 186/4 187/16 187/24 189/1 192/7 199/24 202/1 203/5 203/7 205/20 207/21 210/14 213/8 213/17 215/2 215/11 215/20 216/2 218/5 218/17 220/3 222/15 222/17 222/20
**mean [37]** 6/12 33/10 42/12 61/7 63/6 63/25 63/25 64/1 64/8 64/24 65/6 65/6 66/9 66/18 70/8 73/17 77/21 77/22 79/5 79/14 79/20 92/1 98/19 132/4 132/10 132/11 156/13 159/15 164/8 174/12 199/16 200/2 211/1 220/16 225/15 227/1 227/15
**meaning [2]** 8/21 196/13
**means [12]** 21/1 148/16 153/19 156/14 162/21 164/9 164/11 191/6 196/23 198/24 204/16 211/2
**meant [2]** 71/19 76/3
**measured [1]** 78/2
**mechanics [1]** 214/10
**med [1]** 186/4
**medial [1]** 205/5
**medical [44]** 11/14 13/10 32/24 46/8 49/22 72/14 72/18 73/2 73/4 80/19 96/7 103/19 103/24 103/25 106/2 106/4 106/5 106/25 109/18 110/2 110/21 131/11 131/13 131/20 132/2 133/5 159/3 159/3 159/8 160/25 165/13 186/11 187/19 187/22 187/25 189/1 192/15 202/1 202/3 203/3 203/25 212/5 212/6 218/19
**medication [16]** 33/6 33/7 33/11 34/9 34/16 34/18 58/6 104/3 104/17 105/19 190/1 193/3 193/6 200/15 204/24 205/17
**medications [8]** 14/18 46/20 189/7 189/24 192/22 192/24 193/2 200/16

**medicine [13]** 25/6 108/4 186/9 186/16 186/18 186/19 186/23 186/25 186/25 202/25 208/11 210/18 210/18
**Medrol [5]** 37/20 43/11 43/13 43/15 214/25
**meet [2]** 182/4 220/12
**member [4]** 45/16 145/7 145/8 146/6
**members [2]** 131/1 152/25
**Memorial [2]** 202/24 212/18
**memory [6]** 5/3 5/9 6/24 27/24 36/1 104/17
**Mental [2]** 100/19 195/21
**mention [6]** 70/4 147/17 178/12 178/12 190/5 192/19
**mentioned [7]** 16/1 38/25 44/23 55/17 76/18 199/21 219/6
**mentioning [2]** 77/11 218/16
**menu [1]** 223/24
**menus [1]** 224/1
**met [4]** 94/21 94/25 95/15 134/21
**method [8]** 63/17 63/17 66/2 66/3 66/3 66/4 66/6 128/7
**methods [2]** 63/16 66/2
**MIAMI [41]** 1/2 1/13 1/15 1/20 1/23 1/23 17/9 94/17 95/21 95/22 96/3 100/12 101/14 101/15 103/10 104/13 105/21 105/22 106/8 106/13 106/16 106/17 107/19 107/23 107/25 108/1 108/5 108/7 108/12 108/13 108/16 108/16 129/22 144/23 188/10 201/23 202/9 202/10 202/11 202/12 212/10
**Miami-Dade [5]** 100/12 101/14 104/13 129/22 188/10
**microphone [6]** 13/17 53/14 53/14 137/20 143/17 143/17
**mid [2]** 39/10 116/4
**mid-back [2]** 39/10 116/4
**midline [4]** 205/5 209/2 213/23 214/4
**might [13]** 7/13 13/20 13/24 69/8 71/22 72/17 73/24 131/15 183/19 203/7 208/4 228/15 228/16
**mild [2]** 190/6 192/3
**mileage [1]** 105/25
**miles [1]** 106/1
**Miller [1]** 108/4
**milligram [1]** 205/18
**milligrams [5]** 37/20 43/10 43/12 43/14 214/25
**mind [4]** 77/24 84/15 125/19 197/13
**mine [3]** 29/22 112/13 170/19
**mini [2]** 6/11 7/14
**minimum [1]** 184/2
**minute [5]** 14/11 57/1 58/20 80/15 123/17
**minutes [13]** 59/7 60/18 61/2 79/13 79/14 79/22 80/10 80/12 80/13 180/2 180/3 184/5 184/23
**Miramar [5]** 108/2 108/2 108/12 144/1 145/4
**misread [1]** 127/18
**miss [1]** 124/3
**missed [1]** 207/15
**missing [5]** 53/11 102/7 103/8 128/12 200/19
**misspelling [1]** 106/18
**misstate [1]** 219/1
**mistake [1]** 150/10
**mistaken [4]** 22/13 41/19 46/5 146/15
**mistakenly [1]** 72/10
**mixture [1]** 37/22
**Mobic [1]** 205/17
**modalities [1]** 154/20
**moderate [3]** 216/7 218/17 219/3
**moment [8]** 84/14 121/5 127/10 130/18 134/5 163/4 218/5 227/18

**M**

**money [7]** 61/23 68/9 69/1 69/1 69/3 102/18 103/13

**month [7]** 56/3 125/13 166/20 166/23 167/3 174/1 218/1

**months [10]** 37/9 39/21 104/16 119/12 139/19 158/7 167/4 188/9 190/8 208/15

**months-wise [1]** 158/7

**mop [1]** 53/25

**more [24]** 47/19 57/13 66/15 71/10 73/22 74/24 78/20 79/14 80/9 86/7 120/9 121/8 122/2 129/19 169/22 186/14 191/24 192/2 193/8 204/9 207/4 207/25 214/21 218/4

**morning [14]** 4/9 4/13 4/25 5/1 60/7 76/17 76/19 118/15 119/4 219/15 222/12 222/13 224/2 228/25

**mortality [8]** 2/11 2/12 2/14 76/19 76/23 76/25 77/4 77/11

**most [8]** 19/17 43/25 109/19 117/5 157/7 184/7 191/12 205/15

**mostly [3]** 190/24 192/11 214/3

**motion [36]** 57/22 142/17 150/21 154/10 154/25 155/2 155/3 155/4 155/7 155/13 155/17 162/15 162/16 163/2 163/3 163/25 164/1 165/17 180/24 181/1 194/2 194/4 194/5 194/7 194/9 194/16 194/19 194/21 194/25 195/2 205/9 210/19 210/21 214/11 214/15 230/11

**motions [4]** 179/24 180/18 180/19 224/18

**motor [9]** 17/2 17/5 48/4 48/11 53/23 192/20 196/9 199/22 204/6

**move [24]** 13/20 26/24 56/9 99/12 108/22 117/18 117/19 117/19 117/25 129/4 143/17 154/10 159/21 160/13 166/11 177/10 181/2 192/22 196/1 196/2 198/7 200/1 217/3 217/16

**moved [3]** 58/13 58/17 91/5

**movement [3]** 87/15 88/24 198/6

**moving [4]** 55/23 101/2 127/21 200/23

**Mr [3]** 84/10 95/14 227/22

**Mr. [62]** 4/2 4/5 4/10 4/12 6/20 7/6 8/15 9/1 13/25 25/18 25/24 26/22 30/16 34/14 44/15 58/2 59/19 59/21 62/18 66/13 69/21 72/23 72/23 76/14 76/14 78/14 78/14 78/16 81/6 81/9 81/15 81/18 84/18 84/24 85/3 94/10 99/13 101/21 120/13 120/20 129/1 129/6 130/4 137/18 139/8 139/10 142/9 142/10 142/11 143/9 143/19 175/1 179/1 180/15 180/17 185/14 221/3 221/7 221/7 223/3 226/4 227/17

**Mr. Alterman [2]** 139/8 139/10

**Mr. Collins [6]** 84/18 84/24 85/3 94/10 120/13 120/20

**Mr. Crooks [9]** 72/23 76/14 78/14 142/10 142/11 143/9 143/19 175/1 221/7

**Mr. Palmer [22]** 4/5 4/12 7/6 8/15 13/25 25/18 25/24 26/22 30/16 34/14 44/15 59/21 78/16 81/9 81/18 99/13 129/1 129/6 130/4 137/18 180/17 185/14

**Mr. Parker [22]** 4/2 4/10 6/20 9/1 58/2 59/19 62/18 66/13 69/21 72/23 76/14 78/14 81/6 81/15 101/21 142/9 179/1 180/15 221/3 221/7 223/3 227/17

**Mr. Rudolph [1]** 226/4

**MRI [12]** 34/2 95/18 159/25 160/9 160/11 167/10 167/12 167/21 168/11 190/7 204/12 214/19

**Mrs [2]** 54/16 159/19

**Mrs. [1]** 94/25

**Mrs. Suzuki [1]** 94/25

**Ms [26]** 4/17 54/5 72/8 81/12 81/21 133/1 135/21 141/19 161/16 174/11 187/4 187/9 187/14 188/1 188/16 190/15 192/15 193/18 199/3 200/13 203/18 203/25 212/20 212/24 215/4 219/2

**Ms. [38]** 7/22 7/25 8/2 8/18 8/21 9/13 9/14 10/17 10/22 11/5 40/7 54/17 69/15 74/3 78/16 91/24 93/23 97/22 151/18 152/6 152/13 154/4 158/1 166/14 180/22 185/19 187/2 201/16 211/19 215/6 215/12 216/11 216/15 218/12 218/18 220/13 226/16 227/22

**Ms. Beach-Mathura [4]** 215/12 216/11 216/25 218/12

**Ms. Calvinbroaden [1]** 54/17

**Ms. Elfenbein [10]** 69/15 74/3 78/16 180/22 185/19 201/16 211/19 220/13 226/16 227/22

**Ms. Henderson [7]** 8/2 8/18 8/21 9/13 9/14 10/17 10/22

**Ms. Lorna [1]** 187/2

**Ms. Mathura [9]** 91/24 97/22 151/18 152/13 154/4 158/1 166/14 215/6 218/18

**Ms. Mathura's [1]** 152/6

**Ms. Nanyo [1]** 40/7

**Ms. Petruska [1]** 93/23

**Ms. Truvada [3]** 7/22 7/25 11/5

**msn.com [1]** 1/24

**Mt [2]** 202/3 202/5

**much [14]** 48/9 57/13 59/1 77/7 79/7 97/20 121/3 153/3 163/25 167/25 176/10 177/4 180/22 192/2

**multiple [7]** 10/4 19/6 26/20 46/17 47/7 151/10 157/7

**Munoz [32]** 36/8 41/23 41/24 42/2 42/18 43/21 43/25 44/20 44/23 45/3 45/6 45/10 45/11 45/14 46/2 46/6 46/7 46/11 47/3 107/8 107/9 107/10 109/20 109/22 109/24 201/14 201/16 201/18 201/21 211/7 211/11 229/20

**Munoz's [1]** 44/4

**Murial [1]** 204/4

**muscle [6]** 152/2 156/10 193/14 194/20 208/4 214/8

**muscles [2]** 194/21 194/23

**musculature [1]** 161/22

**must [5]** 61/20 61/21 62/9 70/7 70/8

**my [180]** 6/24 6/24 8/5 12/5 12/20 13/1 14/24 15/6 17/24 18/13 19/1 20/3 20/14 20/17 22/10 24/24 25/1 25/12 25/12 25/24 26/10 26/11 27/24 28/15 28/18 28/18 28/22 29/1 29/3 29/3 29/8 29/14 30/11 32/12 32/19 36/1 37/2 37/4 37/4 39/6 41/12 45/2 45/21 53/22 54/2 54/3 54/5 54/8 54/11 54/15 54/20 55/6 55/7 55/11 55/17 55/19 55/20 55/20 55/22 55/24 56/1 56/5 57/21 58/3 58/4 58/21 59/15 61/4 63/3 63/9 64/8 64/15 65/2 69/6 69/14 70/1 71/1 71/23 78/5 79/17 81/1 84/6 87/5 88/15 89/22 91/3 91/3 91/18 92/19 92/21 94/5 94/21 94/25 97/8 99/1 100/23 102/3 104/23 109/17 109/18 109/19 110/25 110/25 111/1 111/3 111/7 111/7 112/6 112/15 113/25 117/8 119/12 121/24 122/22 123/1 127/18 129/1 129/3 129/3 129/14 129/17 129/19 135/5 137/8 138/5 138/25 141/8 142/15 144/13 144/20 144/20 145/3 145/16 147/13 148/1 149/2 149/6 150/21 159/20 164/24

**N-100 [1]** 33/18

**name [60]** 14/21 15/9 15/13 18/16 21/15 22/18 23/8 24/18 28/18 30/3 40/7 41/12 43/3 52/3 54/16 56/22 82/4 82/5 82/6 82/14 83/9 84/7 89/18 89/20 89/21 89/23 90/9 92/17 92/19 92/21 93/6 93/20 93/22 94/2 94/7 94/18 94/23 95/11 95/19 96/6 103/12 105/12 107/13 109/5 112/15 113/6 113/25 115/8 115/16 123/4 125/3 137/25 143/23 144/2 178/21 185/25 186/1 201/20 202/25 203/16 211/23

**named [1]** 139/7

**names [15]** 13/9 14/4 28/15 28/19 44/25 62/3 91/8 92/10 92/12 94/1 94/2 101/9 106/24 107/7 110/20

**Nanyo [1]** 40/7

**narcotic [12]** 33/6 33/6 33/11 34/8 34/16 34/18 34/19 34/22 36/17 189/25 193/12 193/13

**narcotic-based [1]** 189/25

**Narita [11]** 91/4 110/24 132/18 132/20 133/20 134/15 135/7 141/8 147/18 158/8 166/8

**narrative [6]** 138/25 158/22 158/25 159/12 159/23 164/18

**nationality [1]** 86/8

**nature [10]** 49/7 73/4 93/2 98/15 99/22 100/17 100/19 102/18 128/5 182/16

**navy [1]** 121/23

**near [1]** 61/23

**nearing [1]** 60/11

**necessarily [1]** 203/7

**necessary [2]** 77/21 143/1

**neck [43]** 16/20 17/2 17/6 26/10 31/15 31/16 33/1 35/4 35/22 39/9 44/11 48/16 48/22 108/9 116/2 116/4 116/4 152/8 153/16 155/8 156/3 160/8 161/18 161/23 162/12 187/16 188/20 194/3 194/4 194/16 196/3 200/21 203/23 204/9 206/5 206/13 206/16 207/4 207/19 207/21 208/5 216/7 216/23

**need [37]** 2/7 3/25 10/4 10/9 13/17 13/23 14/23 28/20 48/25 58/8 59/7 60/10 66/12 67/13 74/7 74/12 74/16 76/13 97/12 98/17 120/8 127/7 137/2 137/4 137/8 140/1 142/13 149/8 165/16 166/16 219/5 222/5 222/22 223/4 223/17 225/13 227/20

**needed [8]** 55/25 56/1 56/5 56/7 128/25 200/17 226/4 226/5

**needs [9]** 9/2 57/23 64/24 68/8 68/18 68/21 97/11 226/1 226/12

**negative [2]** 189/14 214/17

**negligence [9]** 2/9 3/15 3/16 71/3 71/8 71/13 75/3 181/3 182/18

**negligent [4]** 71/12 73/14 75/6 183/16

**nerve [43]** 37/19 43/10 43/12 157/11 157/11 190/23 191/9 191/10 193/3 193/5 195/23 196/5 197/7 197/9 197/10 198/14 198/16 198/16 198/18

**N**

170/22 171/15 173/5 175/16 183/14 186/20 187/7 188/9 192/4 192/8 192/19 192/25 195/10 197/13 199/4 199/13 200/11 200/14 203/8 204/3 206/4 209/13 210/3 211/3 212/17 213/1 221/20 223/22 224/13 224/16 224/21 226/16 227/1 227/13

**myofascitis [1]** 48/15

**myself [5]** 45/20 56/7 163/18 165/25 223/5

**N**

nerve... [9] 198/24 204/17 206/13 206/16 206/17 206/19 209/17 211/2 214/24
nerves [4] 154/14 157/15 195/25 195/25
nervous [2] 154/13 213/24
net [1] 6/22
neurological [11] 21/15 21/20 52/16 52/20 155/20 155/25 193/22 195/17 198/1 204/25 214/7
neurologist [2] 20/17 208/7
neurology [2] 207/6 208/3
neurosurgeon [19] 18/18 19/13 19/14 19/23 19/25 20/3 20/7 20/12 20/16 20/17 20/21 20/25 21/18 21/22 22/21 24/16 33/1 190/11 214/19
neurosurgeons [2] 18/9 18/9
neurosurgery [2] 186/11 186/24
never [38] 6/10 17/13 17/14 19/17 19/25 21/19 21/25 25/7 26/1 26/8 27/7 29/1 36/18 40/1 40/11 44/20 44/23 45/8 45/11 46/6 50/2 51/16 54/11 83/20 89/15 95/3 95/15 96/14 96/20 110/25 119/12 134/1 135/3 148/14 149/17 149/17 149/20 200/5
nevertheless [1] 201/3
new [6] 99/6 120/7 140/10 202/4 202/5 222/5
next [77] 20/10 23/2 23/14 27/2 27/3 32/2 40/14 40/14 42/10 45/18 45/18 45/19 45/22 48/14 51/24 52/14 69/1 87/15 87/24 88/6 94/7 94/18 94/23 95/10 95/19 96/6 97/21 97/24 99/25 103/15 105/5 105/11 106/21 108/25 109/8 111/4 113/4 113/24 114/10 115/8 115/14 117/23 117/25 126/8 129/23 133/18 139/11 140/22 141/24 142/9 143/9 143/12 151/17 152/16 153/8 153/21 154/17 156/16 157/19 159/18 160/3 160/15 163/5 186/11 201/11 205/22 206/21 207/16 208/10 208/20 209/19 209/20 210/15 211/8 215/4 216/14 217/25
nine [1] 188/8
no [176] 1/3 2/14 2/21 3/8 3/8 4/6 8/8 8/22 9/17 14/15 18/7 18/7 19/25 20/1 20/5 21/4 22/11 26/12 26/13 34/20 34/23 35/9 35/18 36/18 36/22 41/6 41/17 41/20 46/3 47/6 47/14 53/21 54/18 55/13 55/16 58/20 61/13 61/17 62/13 62/15 63/18 63/23 63/24 63/25 64/5 64/13 65/7 65/24 66/10 66/11 70/22 71/5 71/5 74/1 74/4 74/6 74/6 75/24 76/9 76/15 76/22 77/3 78/15 78/18 80/1 84/14 86/5 87/11 88/1 88/8 88/12 88/13 88/19 88/25 91/17 104/2 112/8 112/20 113/1 118/11 120/16 122/2 122/9 122/17 122/18 123/25 124/1 124/4 124/5 125/22 125/22 128/23 130/5 130/21 130/24 132/9 132/17 132/19 133/11 133/14 133/17 133/19 136/17 138/12 138/14 138/22 140/11 140/22 141/8 142/15 142/22 145/22 146/19 148/24 149/13 150/2 153/16 155/13 164/9 166/1 167/24 168/7 168/9 168/13 173/12 174/3 175/21 177/4 177/22 178/12 178/15 178/21 179/2 179/20 180/8 181/4 181/15 181/18 181/20 181/22 181/24 182/1 182/3 182/5 183/24 190/21 193/8 195/12 195/13 199/9 199/11 200/1 203/5 204/6 206/8 209/1 210/3 212/6 213/22 214/16 216/20 217/2

217/15 217/20 217/20 217/24 218/3 218/3 218/21 218/16 219/1 219/9 220/6 224/12 228/21 228/23
nonanatomical [2] 199/8 199/16
none [2] 70/23 224/15
nonpayment [1] 100/17
nonresponsive [3] 56/10 56/14 56/17
nonsteroidal [1] 205/17
noon [3] 58/21 58/23 58/24
Nordt [1] 48/24
normal [15] 6/82 156/25 157/1 162/12 195/22 198/2 198/8 205/2 205/6 205/8 209/4 210/22 213/22 214/7 214/10
North [7] 1/15 17/9 106/17 107/25 108/13 108/16 144/23
Northeast [3] 106/16 108/16 212/2
Northwest [3] 107/19 108/5 108/6
not [264]
notary [1] 12/17
note [25] 3/1 33/25 34/2 37/18 38/18 39/4 41/7 41/9 42/7 42/18 43/3 45/22 48/2 62/10 62/10 80/11 82/24 156/18 157/23 170/11 174/14 174/17 187/7 192/4 192/25
notebook [20] 92/2 131/16 133/2 140/7 145/19 145/22 146/13 147/8 151/4 151/17 158/2 158/21 170/22 219/25 220/4 227/16 227/19 227/24 228/7 228/11
notebooks [3] 225/24 225/25 227/4
noted [14] 3/10 24/22 54/22 142/8 154/20 154/24 155/13 163/25 164/1 172/12 195/12 206/6 207/22 210/24
notes [35] 3/7 14/24 17/1 17/5 24/12 27/9 27/18 33/16 37/7 37/9 37/19 38/13 40/4 82/9 111/14 111/18 112/10 112/12 148/1 148/12 148/17 148/17 148/19 148/22 149/5 149/12 149/24 150/2 151/8 155/20 155/21 155/22 207/12 210/9 226/16
nothing [6] 4/3 22/3 48/25 74/20 109/12 200/4
notice [5] 47/6 92/5 118/4 150/8 225/4
noticed [1] 70/24
Nova [1] 118/18
November [12] 11/23 27/1 27/5 27/9 27/17 28/25 30/7 117/8 118/5 126/1 126/10 171/11
now [110] 3/23 5/4 5/8 5/10 6/4 7/21 11/13 13/5 13/9 15/11 15/12 17/5 18/8 18/15 22/5 22/8 23/8 30/2 30/7 32/21 33/5 35/1 36/10 36/19 38/1 38/12 38/23 39/17 39/21 40/18 42/2 43/18 45/9 47/8 48/2 48/25 49/1 49/9 49/15 50/11 59/17 60/9 60/17 60/22 61/22 61/23 64/5 65/20 66/16 68/12 70/7 85/9 88/20 89/15 90/2 91/24 92/8 92/17 93/6 94/1 98/9 100/12 101/2 102/13 105/16 107/15 111/10 111/17 112/22 112/23 113/10 113/24 114/10 115/18 117/22 118/15 119/14 123/2 123/11 124/12 145/6 145/11 148/12 149/25 150/10 150/19 151/25 159/21 160/20 164/14 165/8 167/12 168/25 172/1 176/15 179/2 182/12 183/19 183/22 186/15 186/19 192/15 192/22 205/7 216/14 216/15 216/22 224/19 228/2
nowhere [3] 173/24 174/3 178/16
numb [2] 197/23 197/24
number [78] 3/3 10/16 10/17 12/3 12/12 12/22 12/24 13/5 13/9 14/2 15/2 16/23 21/10 23/3 23/25 28/4 33/17 33/22 42/20 43/9 45/19 45/20 49/3 49/3 49/10 49/10 49/19 50/12 56/22

70/12 91/24 92/8 92/9 98/10 99/16 102/23 102/24 104/18 104/21 105/6 105/17 106/20 106/22 107/19 108/22 108/24 108/25 110/9 110/17 110/23 111/10 116/3 117/22 123/4 123/22 124/10 124/12 127/14 127/14 127/19 144/16 145/19 146/14 146/22 147/2 147/8 158/21 163/9 163/10 168/14 168/16 174/4 204/4
numbers [2] 3/1 165/5
numbness [3] 31/8 190/20 204/14
nurse [2] 203/8 203/12 207/20
NW [1] 1/12
NYU [1] 186/11

**O**

oath [2] 4/19 81/22
object [9] 8/23 8/25 61/12 66/24 93/1 98/25 137/1 165/16 178/2
objection [53] 6/17 10/3 10/10 10/11 10/12 17/18 21/3 26/20 27/25 34/10 34/12 49/20 51/7 51/9 53/3 70/20 70/22 74/1 74/4 90/10 93/10 96/16 96/16 98/6 98/25 100/4 104/25 108/19 117/6 118/10 119/2 119/16 120/4 120/14 120/19 121/13 121/17 126/24 136/6 136/14 136/23 137/1 137/2 137/4 137/5 141/5 147/20 160/4 166/9 167/14 175/24 176/4 176/15
objections [6] 9/2 136/25 165/18 220/6 222/21 224/14
objective [5] 116/13 155/24 165/14 165/15 166/2
observe [2] 120/13 122/22
observed [3] 120/20 120/22 122/24
obtain [2] 17/15 131/12 205/14
obtained [5] 17/13 165/10 165/12 186/10 197/15
obviously [13] 75/15 78/7 88/9 157/12 157/12 157/24 184/16 190/25 193/22 195/13 220/17 222/6 223/3
occasions [6] 18/1 44/8 148/9 148/14 149/21 150/3
occupation [1] 77/18
occupational [1] 189/4
occur [1] 32/11
occurred [28] 39/24 40/1 40/12 41/17 72/21 75/5 86/21 103/10 105/9 110/19 123/23 125/14 126/16 130/2 130/3 138/15 138/22 139/3 148/8 173/19 174/1 178/1 178/8 182/17 189/20 191/13 208/17 216/15
occurring [1] 45/12
October [6] 52/24 118/5 124/22 124/25 125/5 126/1
off [27] 3/2 5/2 6/22 7/14 23/12 43/3 47/11 47/15 47/17 48/4 48/14 50/24 51/5 55/6 55/6 57/6 58/4 58/5 89/14 145/16 154/13 154/14 168/15 188/25 190/3 198/19 200/14
offending [1] 103/11
offered [5] 62/13 134/1 176/5 176/7 190/6
office [46] 1/19 17/9 40/10 44/4 45/2 45/14 46/6 105/23 124/17 126/20 128/22 129/16 132/7 139/12 143/25 147/13 159/19 169/9 169/16 169/20 173/3 173/4 173/5 173/18 175/8 175/16 175/17 175/18 175/20 175/21 175/17 177/16 177/20 177/20 187/7 192/8 203/19 208/18 215/13 215/22 215/23 216/16 217/1 217/10 218/7 226/18
officer [1] 131/5

**Q**

official [3] 1/22 128/19 148/23
officials [1] 137/14
offs [2] 195/13 195/15
offset [2] 63/17 66/3
Offshore [1] 183/8
often [1] 32/10
Oh [14] 9/18 13/18 16/1 24/10 31/22
92/11 95/20 97/25 100/10 102/12
116/20 136/16 146/2 169/24
okay [352]
old [4] 17/10 188/7 199/5 204/5
OMI [1] 108/13
omission [2] 44/24 45/5
omitted [4] 2/23 65/20 65/24 222/16
once [6] 120/9 129/19 129/19 143/23
156/17 191/25
one [103] 3/13 5/17 7/4 7/5 7/14 7/15
11/25 16/1 16/14 16/15 18/20 19/7
26/5 27/17 28/15 28/18 33/16 33/24
35/6 36/4 36/13 36/19 47/18 47/19
47/19 47/21 50/22 53/6 55/24 69/4
70/4 71/3 72/12 73/8 74/23 77/8 78/9
78/10 78/20 80/1 80/4 84/3 84/8 88/13
96/10 101/22 101/22 103/15 103/19
107/21 107/23 115/20 126/9 126/13
127/13 130/18 131/25 134/5 137/19
140/17 140/18 140/19 140/22 144/23
149/22 156/1 156/22 164/5 164/8
164/9 164/10 164/11 165/6 166/18
166/22 169/4 169/22 170/15 171/17
182/11 184/8 184/9 189/24 194/25
200/23 203/7 204/4 206/4 207/4 208/8
220/11 224/12 225/19 226/3 226/5
227/4 227/7 227/7 227/18 227/21
227/21 228/7 228/11
one's [1] 198/4
one-half [2] 164/5 164/8
one-third [2] 80/1 80/4
ones [1] 61/11
ongoing [2] 99/11 101/17
only [29] 11/13 38/9 56/14 58/12 58/14
69/2 69/19 72/12 78/2 86/12 140/13
148/19 157/2 158/17 161/2 176/8
178/18 187/7 187/8 190/6 193/8
197/10 198/22 207/3 214/9 218/17
219/25 220/4 227/4
opened [2] 140/1 145/3
opening [1] 80/12
operate [2] 200/4 200/5
opined [1] 219/3
opinion [6] 25/22 49/23 183/7 195/10
218/19 219/2
opinions [2] 65/11 65/13
opportunities [1] 18/21
opportunity [9] 54/9 100/14 118/25
130/20 184/14 187/3 219/16 222/10
227/11
opposed [4] 72/10 72/18 78/12 183/19
opposing [4] 97/8 170/23 184/22 185/3
option [1] 74/11
orally [1] 138/12
order [13] 35/13 38/21 42/13 42/22
54/3 61/21 124/21 142/17 143/4 165/1
165/17 187/19 201/3
ordered [4] 53/25 200/18 205/18
214/19
ordering [2] 224/4 224/6
orders [1] 223/25
organizations [1] 145/7
original [3] 7/7 25/25 150/1
orthopedic [15] 19/22 33/12 48/20
52/16 52/20 96/11 108/15 123/12
155/20 155/25 156/1 156/17 160/19

160/20 161/25
Osburn [1] 146/5
Osman [3] 180/21 185/1 185/5
185/20 185/23 186/1 214/20 229/19
Osteopathic [1] 186/8
Osteoporosis [1] 203/1
other [71] 2/11 11/14 13/11 32/9 47/8
56/4 58/9 70/3 70/24 83/23 85/24 86/1
86/5 87/12 89/24 92/22 96/6 96/10
98/4 99/20 102/6 102/16 105/8 106/24
106/25 110/8 116/16 120/21 122/8
122/9 122/19 130/24 132/16 133/23
145/22 148/22 150/2 150/3 150/13
155/22 162/25 163/15 178/22 179/2
179/20 180/8 192/16 194/8 197/22
198/21 200/3 200/15 202/21 202/21
208/7 210/23 213/5 220/2 220/5
220/11 221/11 222/1 222/17 223/17
224/12 225/22 226/5 226/12 227/5
227/25 228/2
others [2] 74/6 145/16
otherwise [2] 196/19 227/3
our [29] 59/11 122/16 125/13 132/7
139/16 154/10 154/10 165/17 169/8
173/17 179/3 182/22 196/1 196/1
196/1 196/1 196/2 196/2 196/2 196/3
196/3 196/3 196/4 198/6 198/6 198/7
201/12 203/8 224/17
out [46] 3/18 24/4 26/16 28/24 29/1
29/5 29/14 29/24 41/10 41/11 51/22
54/1 55/23 59/14 61/2 67/9 68/22
71/15 71/21 77/6 79/10 85/10 91/4
102/17 105/17 109/19 110/3 110/5
111/22 131/2 131/4 138/11 147/13
149/8 150/6 153/2 154/11 157/10
158/7 161/3 166/24 183/9 223/11
223/13 225/15 227/9
outcome [1] 102/21
outlined [3] 64/20 73/3 163/9
outside [11] 90/10 90/11 99/1 99/3
117/7 119/2 148/21 150/14 166/9
166/16 220/7
outstanding [1] 109/20
overnight [2] 221/9 225/16
overrule [1] 147/22
overruled [21] 17/20 21/5 28/2 49/24
51/12 53/5 90/12 98/7 117/9 119/5
119/18 121/19 127/1 137/3 137/6
147/21 160/5 165/19 167/15 176/17
178/4
overtime [1] 100/18
owed [3] 105/13 109/15 110/2
owes [1] 109/6
own [14] 12/6 28/25 29/1 29/5 69/11
77/18 128/1 145/3 145/5 148/1 148/12
149/5 149/24 151/11
owned [1] 96/8

**P**

p.m [9] 80/23 80/24 81/14 142/1 142/6
142/7 143/7 219/21 229/2
pack [1] 73/2
package [2] 74/18 78/4
packet [1] 183/2
packs [5] 151/22 152/3 154/2 154/7
154/23
pads [1] 152/4
page [143] 6/15 9/12 9/16 12/2 12/3
12/12 12/25 13/15 13/25 15/2 18/12
18/13 18/14 19/9 19/16 22/4 22/5
23/2 23/3 23/6 24/1 24/12 24/15 24/19
25/23 26/4 26/6 26/13 27/2 27/9 27/13
28/8 28/16 28/16 28/21 29/9 29/9
29/13 30/2 30/22 30/23 31/3 33/16
33/25 34/1 37/7 37/13 37/18 38/20
40/4 45/18 45/21 47/21 47/24 47/25

48/1 48/6 48/10 51/23 51/24 82/22
90/25 90/25 91/22 92/2 92/6 92/12 92/22
93/6 95/10 97/22 98/9 98/9 99/16
99/25 100/21 100/23 101/4 101/5
101/5 101/18 102/2 102/5 102/9
102/10 102/14 104/21 104/23 105/5
105/7 105/11 106/21 108/22 108/23
108/24 108/25 109/8 110/8 110/8
111/4 111/4 111/4 111/9 111/19
112/16 112/21 112/22 112/23 112/25
113/4 113/4 113/14 113/24 114/5
114/8 114/10 115/8 115/14 117/12
117/12 117/23 123/15 124/6 124/24
126/8 127/17 127/18 127/20 131/11
133/2 146/21 151/17 159/16 159/17
163/5 164/5 168/16 168/17 199/1
205/23 215/3 226/5 230/7
pages [10] 1/5 42/11 45/19 113/2 147/6
169/3 169/22 170/14 184/7 226/2
paid [27] 61/22 67/25 103/21 103/25
105/13 109/2 109/4 109/5 109/12
109/17 109/18 109/19 110/1 110/3
110/4 110/4 110/7 111/22 113/12
113/16 114/3 126/6 131/13 133/6
133/9 133/10 172/10
pain [160] 16/20 16/20 16/20 17/2 17/2
17/2 22/11 25/10 27/11 30/11 31/1
31/4 31/15 31/16 32/3 33/1 33/1 33/19
34/17 34/24 35/4 36/6 37/12 38/15
39/9 39/9 39/10 39/10 39/10 39/12
43/6 43/7 45/24 45/24 46/23 48/22
50/13 58/15 95/21 96/8 103/8 104/4
106/2 108/9 108/9 108/9 110/15
110/18 110/18 110/20 111/1 111/2
115/19 115/25 116/10 122/13 122/15
152/9 153/25 155/10 155/15 156/4
157/4 157/5 157/6 157/11 157/23
160/9 160/9 161/5 163/24 183/15
183/16 183/19 187/17 188/21 189/7
189/24 190/1 190/24 191/2 191/2
191/6 191/8 191/14 191/19 191/23
192/5 192/8 192/11 193/3 193/3
193/15 194/3 194/7 194/10 195/11
196/14 198/13 198/22 198/23 199/7
199/7 199/16 199/18 199/24 200/15
200/15 200/19 200/24 203/22 204/3
204/8 204/9 204/10 204/18 205/9
205/11 206/5 206/20 207/8 207/9
207/14 207/19 207/19 208/13 208/14
208/14 208/15 208/23 208/23 209/1
209/9 209/14 209/24 209/24 212/12
212/14 212/14 213/3 213/3 213/3
213/21 213/21 215/2 215/14 215/17
216/3 216/4 216/7 216/7 216/8 216/11
216/19 216/22 217/4 217/5 217/6
217/7 217/8
pain-relieving [1] 106/2
painful [9] 49/15 155/2 155/3 155/3
155/6 162/16 162/25 162/25 164/1
Palmer [3] 1/17 4/5 4/12 7/6 8/15
13/25 25/18 25/24 26/22 30/16 34/14
44/15 59/21 78/16 81/9 81/18 99/13
129/1 129/6 130/4 137/18 180/17
185/14
palpable [1] 161/20
palpation [1] 209/2
palpatory [1] 194/11
pants [3] 121/23 122/8 122/19
paper [2] 41/11 131/4
paperwork [1] 46/24
paracervical [2] 43/10 207/24
Parafon [2] 189/22 189/25
paragraph [7] 23/13 23/19 24/13 33/18
65/15 181/14 190/18
paralegal [3] 21/21 139/9 139/10

**P**

**paraphrase [1]** 188/5
**paravertebral [2]** 43/11 161/21
**pare [1]** 184/2
**parenthesis [1]** 73/17
**parenthetical [2]** 73/21 73/21
**Parker [24]** 1/12 4/2 4/10 6/20 9/1 12/1 58/2 59/19 62/18 66/13 69/21 72/23 76/14 78/14 81/6 81/15 101/21 142/9 179/1 180/15 221/3 221/7 223/3 227/17
**parking [2]** 51/25 53/18
**Parkway [2]** 108/2 108/13
**part [16]** 2/23 3/16 36/7 65/9 65/17 69/19 70/11 71/4 76/18 77/5 80/8 134/24 188/15 192/15 216/6 226/19
**partial [2]** 82/25 158/16
**particular [11]** 13/25 48/2 50/2 64/6 70/13 75/24 142/19 172/10 172/13 174/18 197/14
**particularly [1]** 3/19
**parties [11]** 60/10 66/1 66/5 66/12 71/14 73/20 100/10 100/18 109/6 225/24 227/3
**parts [7]** 11/20 11/22 73/10 110/16 165/3 165/5 195/20
**party [5]** 62/13 63/18 99/19 102/20 109/3
**PAs [1]** 206/4
**passed [2]** 96/12 212/8
**passenger [4]** 84/7 94/12 103/6 103/17
**passengers [2]** 85/2 103/17
**passes [1]** 139/13
**passing [1]** 194/5
**passive [1]** 194/5
**past [10]** 13/12 17/5 30/11 98/1 98/14 101/11 107/1 128/4 187/18 191/24
**patches [1]** 209/14
**path [1]** 190/22
**pathology [3]** 195/25 197/1 199/10
**pathway [1]** 157/11
**patient [65]** 23/8 23/14 24/13 28/5 28/9 28/11 28/24 29/4 30/25 40/20 43/5 45/23 46/14 48/10 114/22 115/4 116/23 124/3 142/24 149/6 149/7 153/24 156/2 156/9 156/21 159/2 159/4 160/7 160/17 160/18 163/5 163/8 163/17 164/4 164/15 165/2 165/4 165/9 165/12 167/21 171/15 172/7 174/18 188/7 190/10 190/11 191/19 192/1 194/3 194/5 194/6 196/7 196/16 198/19 199/11 200/2 201/4 203/6 203/15 205/20 213/2 214/20 215/10 216/4 218/21
**patient's [5]** 34/2 152/4 167/6 167/8 187/18
**patients [4]** 50/6 187/21 200/21 203/3
**Patricia [1]** 93/7
**pattern [10]** 3/11 3/13 3/17 65/18 71/10 71/21 71/24 72/6 199/7 199/16
**patterns [1]** 3/4
**Pause [14]** 7/11 37/15 42/16 78/22 121/7 127/15 130/23 131/6 134/6 137/11 138/24 141/15 210/13 226/21
**pay [4]** 101/10 101/16 130/12 130/13
**payable [2]** 109/2 109/4
**payee [3]** 125/1 125/23 126/8
**paying [2]** 122/14 129/6
**payment [7]** 158/14 158/16 169/12 169/15 172/14 172/23 172/24
**Pembroke [3]** 95/18 106/19 109/14
**pen [1]** 172/2
**pending [1]** 204/7
**people [7]** 10/2 55/19 91/8 94/1 154/14
195/3 223/10
**per [3]** 98/21 99/17 153/3
**perceived [1]** 196/15
**perceives [1]** 196/14
**percent [16]** 37/21 48/17 48/23 49/17 68/5 68/19 68/21 68/22 83/1 83/3 83/6 83/6 156/18 156/25 200/8 215/1
**percentage [5]** 3/15 71/7 71/12 165/6 165/6
**percentages [4]** 71/15 71/15 73/18 165/3
**perfectly [1]** 63/12
**perform [8]** 161/1 161/1 165/4 193/17 193/20 210/16 213/12 213/15
**performed [12]** 23/15 24/14 24/16 27/12 37/19 43/10 43/12 156/1 160/10 160/12 209/17 214/24
**perhaps [2]** 7/8 110/3
**period [15]** 30/19 50/17 50/18 50/19 51/2 51/15 67/7 88/10 88/14 88/17 88/23 90/8 125/13 159/6 213/2
**permanent [8]** 46/25 48/17 48/21 52/5 52/9 54/22 55/14 82/25
**permanently [2]** 47/4 77/14
**permission [2]** 177/7 223/3
**permit [4]** 51/25 52/5 52/20 53/18
**permitted [1]** 56/15
**persistent [3]** 160/8 165/14 166/1
**person [12]** 51/25 52/8 70/18 84/13 86/18 96/6 97/21 97/24 105/12 109/5 112/5 181/5
**person's [1]** 52/15
**personal [1]** 120/20
**persons [1]** 92/12
**perspective [2]** 4/1 4/4
**pertaining [3]** 53/2 138/14 174/18
**pertains [1]** 126/22
**Petruska [6]** 92/23 93/7 93/8 93/21 93/22 93/23
**Ph.D [1]** 118/18
**phone [9]** 54/12 85/14 85/17 135/3 135/10 135/11 177/16 177/17 177/18
**phonetic [9]** 40/7 54/17 94/19 96/2 104/11 108/3 141/2 204/4 223/2
**physical [24]** 49/5 49/12 77/18 189/9 190/16 193/19 193/19 200/16 200/25 204/19 205/15 205/18 209/11 212/9 213/16 215/7 215/8 215/9 215/13 216/18 216/25 217/13 217/18 217/22
**physician [13]** 54/8 94/15 98/1 106/25 110/20 110/20 142/16 189/19 202/11 203/8 204/3 205/12 212/18
**Physician's [1]** 107/18
**physicians [1]** 13/10
**physiological [1]** 213/25
**pick [3]** 5/2 53/25 105/25
**pick-ups [1]** 105/25
**piece [1]** 131/4
**pilgrimage [1]** 55/25
**pills [1]** 105/21
**pin [1]** 196/24
**pinched [2]** 198/17 204/17
**pinching [1]** 198/16
**Pines [3]** 95/18 106/19 109/14
**pinprick [1]** 196/23
**pinwheel [6]** 161/25 162/2 162/4 162/5 162/6 162/7
**PIP [1]** 103/21
**place [12]** 48/5 82/19 83/15 95/18 102/19 103/8 104/15 154/11 154/13 157/10 202/4 223/25
**placed [1]** 189/8
**plaintiff [60]** 3/16 4/16 59/3 59/10 61/15 61/19 61/23 64/10 71/9 71/11 72/1 72/16 74/1 74/20 74/25 75/6
75/12 76/6 77/3 79/6 80/14 81/5 81/6 80/8/22 82/1 93/3 93/4 99/22 99/22 103/6 103/7 103/10 103/16 103/19 103/21 103/24 104/1 104/3 104/4 104/5 104/6 104/7 104/10 104/14 104/15 104/16 131/3 140/7 172/6 172/10 180/16 181/23 184/14 184/16 187/1 219/16 222/23 226/1 228/22 230/10
**plaintiff's [29]** 3/24 4/1 62/18 73/2 75/1 75/10 76/11 77/14 77/18 77/20 78/2 92/5 93/24 99/4 103/13 131/16 134/4 137/23 138/6 138/7 143/9 143/12 145/19 146/16 151/4 158/2 158/21 195/21 220/16
**Plaintiffs [2]** 1/4 1/12
**plan [12]** 43/9 187/22 200/12 200/14 205/14 206/12 208/2 209/10 209/13 221/6 221/7 224/13
**plane [1]** 133/23
**plate [1]** 129/2
**plateaued [2]** 48/4 48/11
**playing [1]** 185/19
**pleaded [1]** 104/11
**pleadings [1]** 92/14
**please [45]** 4/9 4/18 4/20 9/4 23/5 24/4 38/6 42/15 47/25 49/11 49/25 53/12 60/7 61/1 71/18 81/12 81/13 81/24 82/5 82/14 91/21 96/23 99/19 102/1 102/8 105/4 106/20 110/8 110/17 111/17 127/25 134/7 143/8 143/23 144/6 148/5 165/11 185/25 186/3 190/3 198/1 201/20 201/25 211/9 211/23
**pleases [1]** 185/15
**plus [1]** 219/25
**PO [1]** 140/23
**pocket [5]** 17/24 109/19 110/3 110/5 111/22
**podium [1]** 89/8
**point [30]** 15/8 24/4 52/24 52/25 74/15 75/20 84/24 86/20 86/23 87/1 87/13 87/21 88/6 90/14 91/11 118/12 122/22 128/23 153/16 153/20 156/24 159/6 159/7 160/24 165/12 180/5 195/15 205/21 214/18 218/6
**points [1]** 71/15
**police [1]** 103/24
**poor [2]** 196/15 199/12
**portion [2]** 196/22 207/12
**portions [1]** 185/18
**position [11]** 54/13 54/18 61/7 62/18 64/2 69/18 79/12 87/19 101/10 101/16 153/18
**positive [6]** 156/5 156/12 156/13 156/14 156/15 161/25
**possibility [1]** 84/21
**possible [3]** 25/25 188/20 191/22
**possibly [6]** 76/18 86/7 92/3 165/25 222/25 228/4
**post [2]** 1/19 190/8
**post-injury [1]** 190/8
**posterolateral [2]** 191/4 191/20
**posttraumatic [1]** 14/17
**postwork [1]** 199/6
**postwork-site [1]** 199/6
**potent [1]** 193/9
**pound [1]** 13/18
**pounds [1]** 213/19
**PPI [1]** 82/24
**practice [10]** 178/5 80/3 186/13 186/15 195/6 202/9 202/13 202/25 203/15 212/11
**practiced [1]** 187/3
**practicing [3]** 80/3 186/16 212/16

**P**

practitioner [2] 203/8 203/12
prayed [2] 55/21 55/22
prayers [5] 55/19 55/25 56/1 56/6 56/7
praying [1] 55/19
precise [1] 206/1
preclude [1] 67/1
predicate [2] 120/16 160/4
preface [1] 10/8
preference [2] 227/1 227/16
prefers [1] 198/10
prejudice [2] 57/18 57/19
prejudicial [2] 57/8 64/20
prepare [1] 74/18
prepared [3] 150/23 185/11 227/14
preponderance [1] 77/13
prescribe [1] 36/16
prescribed [7] 34/25 36/18 103/4
 104/17 105/19 189/7 205/16
prescription [2] 105/21 192/23
prescriptions [3] 189/18 189/20 189/23
presence [3] 59/14 148/21 220/8
present [21] 2/17 3/3 61/5 61/14 61/21
 62/9 62/12 63/15 68/11 65/18 68/18
 69/2 69/10 99/9 99/21 102/16 114/7
 114/21 128/10 202/8 221/12
presentation [1] 192/7
presented [2] 45/1 159/19
presents [1] 199/6
preserve [1] 182/24
pressing [1] 197/20
pressure [3] 154/13 154/14 157/10
presumably [2] 68/10 77/1 204/22
pretty [5] 58/21 163/24 163/25 222/19
 224/3
previous [2] 152/24 192/20
previously [9] 53/4 142/8 174/12 204/8
 204/20 208/16 211/5 214/20 218/14
price [1] 65/8
priest [2] 55/20 55/21
primary [1] 3/13
printed [1] 42/9
printout [1] 138/17
prior [40] 6/9 19/3 19/11 19/20 19/25
 20/3 20/21 20/25 25/20 26/17 36/10
 37/10 43/18 44/9 44/9 44/10 44/13
 50/22 61/4 63/10 64/16 77/11 83/12
 83/20 84/1 84/14 85/17 86/20 96/5
 99/2 110/11 110/14 110/24 118/22
 152/15 182/2 188/9 192/16 218/1
 221/22
private [3] 202/8 202/25 212/11
privileges [4] 202/21 202/23 202/24
 212/18
probable [1] 77/20
probably [8] 46/13 77/22 79/11 132/3
 132/18 184/7 193/10 215/8
problem [4] 46/11 71/2 148/8 166/1
problems [5] 41/8 71/3 165/24 193/10
 224/14
procedure [2] 22/5 215/1
procedures [2] 22/8 154/20
proceed [14] 4/10 4/11 4/13 4/22 7/12
 56/19 81/4 81/15 97/16 97/19 138/9
 143/19 185/22 201/17
proceeded [3] 37/21 37/23 87/10
proceeding [1] 185/14
proceedings [5] 59/13 80/23 142/7
 229/2 229/5
process [2] 84/20 193/5
produce [1] 22/1
produced [6] 150/23 150/24 151/3
 181/23 215/21 216/16
producing [1] 61/15

**Q**

quadriceps [1] 214/8
quality [3] 39/11 116/7 216/19
quarter [1] 179/14
query [1] 90/15
Quest [1] 108/12
question [105] 2/11 2/16 5/3 5/5 6/16
 10/7 10/8 10/10 10/13 11/7 13/9 18/8
 18/10 18/11 19/9 19/19 20/3 20/6
 20/10 20/22 26/4 26/10 28/20 29/2
 29/18 30/3 30/5 32/2 33/9 34/11 35/9
 35/10 35/21 44/2 44/16 44/17 46/10
 47/19 49/24 50/22 51/12 55/10 55/14
 55/15 56/11 56/16 65/2 67/10 67/12
 68/1 69/6 69/6 69/8 69/25 71/6 71/6
 71/18 71/18 72/13 73/8 73/19 74/7
 83/23 86/4 90/24 92/8 92/9 98/6 98/18
 99/16 100/24 101/6 102/1 102/8 105/4
 105/16 106/21 108/23 108/24 108/25
 111/17 120/11 120/11 123/22 124/2
 124/10 126/23 127/5 127/7 127/25
 130/24 131/10 132/16 132/20 132/21
 133/23 134/10 136/8 136/7 136/7 136/11
 137/9 139/20 160/14 178/5 217/25
questioned [1] 94/12
questioner [2] 35/10 211/19
questioning [1] 204/3
questionnaire [1] 123/24
questions [52] 5/13 8/16 9/25 10/4
 18/2 20/11 26/21 31/15 35/7 35/13
 38/9 39/2 44/17 51/6 51/11 56/15 57/6
 57/7 57/12 58/8 74/7 74/9 74/14 91/17
 91/24 91/25 93/2 99/13 99/15 117/7
 120/21 121/9 122/2 130/15 131/2
 134/4 136/10 137/17 139/22 139/25
 141/16 142/20 142/25 142/25 167/24
 174/25 178/22 189/17 201/15 202/13
 210/15 230/9
quibble [1] 33/13
quick [3] 140/2 140/3 141/12
quickly [3] 49/4 114/10 222/19
quite [1] 179/13
quote [12] 62/12 188/11 188/12 188/13
 190/9 190/19 190/20 190/24 191/2
 191/3 196/12 199/5
quoted [1] 189/10
quoting [1] 190/18

**R**

radiate [1] 191/18
radiated [1] 191/20
radiates [6] 45/24 191/3 191/8 191/10
 191/14 191/24
radiating [5] 152/9 191/6 191/23 193/3
 209/25
radiation [1] 191/22
radicular [6] 157/3 157/5 157/6 157/22
 160/9 204/16
radiculitis [1] 48/15
radiculopathy [2] 157/5 206/11
radiographic [1] 199/9
radiologist [1] 168/6
rain [1] 60/22
raise [5] 156/9 156/22 156/24 157/2
 196/3
raised [2] 92/14 198/22
raising [2] 210/22 210/25
ran [1] 80/13
range [17] 48/22 154/25 155/2 155/3
 155/6 162/15 163/2 194/2 194/4 194/4
 194/9 195/2 205/9 210/19 210/21
 214/11 214/14
ranges [5] 155/4 194/16 194/19 194/21
 194/24
rarely [1] 43/25
Rastripo [1] 108/3
rate [25] 2/18 2/20 2/21 2/22 3/6 61/8
 62/14 62/17 62/20 63/7 63/17 63/24
 64/9 65/8 65/12 66/5 67/5 67/6 67/11
 68/14 68/19 69/12 101/10 101/16
 213/19
rather [9] 2/9 60/19 60/20 66/16 92/9
 136/21 214/10 218/21 227/23
rating [2] 159/8 164/24
ratings [3] 145/15 164/20 164/23
rays [2] 189/9 189/9
RC [1] 229/13
RD [1] 229/13
re [3] 130/17 174/15 174/17
re-redirect [1] 130/17
reach [1] 135/2
reached [1] 160/25
reaches [1] 159/2
reaching [2] 187/22 203/13
reacting [1] 213/24
read [65] 7/14 21/1 27/10 29/18 30/14

**R**

**read... [60]** 30/16 30/22 31/22 32/13
32/18 32/18 49/3 49/4 52/11 78/6
92/10 92/22 93/6 93/9 93/20 94/1
98/12 98/20 100/9 101/6 101/7 101/12
102/15 102/23 105/6 105/17 105/23
106/6 106/20 107/5 108/25 110/9
110/10 113/14 115/1 116/8 116/16
116/21 117/14 127/25 128/1 128/8
152/16 159/10 159/11 160/2 165/10
165/23 170/3 180/2 184/4 185/17
185/24 188/5 201/19 210/14 211/22
229/19 229/21 229/22
**readdress [1]** 76/5
**reading [14]** 13/25 14/3 23/10 23/12
23/16 32/21 70/18 78/6 132/23 150/13
184/24 184/25 199/4 200/14
**readings [1]** 6/24
**reads [2]** 65/24 147/9
**ready [13]** 4/6 4/10 4/11 4/12 54/6 81/4
81/8 81/15 81/18 99/17 142/9 179/19
225/20
**real [2]** 140/2 141/12
**really [15]** 3/23 5/15 9/9 9/10 59/8
72/23 74/23 102/7 135/22 150/11
150/17 153/19 190/22 195/23 196/6
**Realtime [2]** 1/22 229/9
**reapply [1]** 129/18
**rear [1]** 103/7
**rear-ended [1]** 103/7
**reason [18]** 7/16 16/16 16/19 50/2 56/5
58/12 58/14 71/25 119/10 129/10
129/17 157/9 173/8 180/8 180/8 182/5
198/11 206/23
**reasons [3]** 55/24 147/5 157/7
**rebuttal [24]** 79/20 79/25 80/1 80/2
80/7 80/8 80/9 184/14 184/16 184/16
184/17 219/17 221/8 221/12 222/6
222/7 223/21 224/10 224/10 224/25
225/2 225/2 225/5 225/12
**rebutting [1]** 225/6
**recall [20]** 5/11 13/16 14/3 35/8 35/8
35/11 35/17 35/24 37/1 39/19 47/17
61/4 85/21 85/23 103/11 105/18 107/6
107/7 109/10 222/1
**receive [4]** 104/1 158/14 158/16
206/17
**received [20]** 35/1 35/22 38/4 46/23
103/19 103/21 103/24 126/17 126/22
131/13 133/6 133/15 152/14 166/17
169/12 172/23 172/24 204/20 209/14
209/15
**receiving [2]** 38/2 125/12
**recently [5]** 35/1 35/21 186/14 204/9
204/24
**recess [22]** 56/24 57/1 58/1 58/2 58/19
58/21 59/8 59/15 60/1 60/22 78/19
80/22 141/23 142/2 179/5 179/10
180/7 219/22 220/13 222/19 222/23
224/16
**recessed [3]** 59/13 80/23 142/6
**recessing [1]** 180/7
**recollect [1]** 6/24
**recollection [6]** 12/20 22/16 25/2 35/12
38/1 221/21
**recommend [1]** 3/7
**recommended [6]** 190/11 200/12
205/11 205/19 208/2 209/10
**recommends [1]** 62/15
**record [24]** 16/24 23/8 58/14 97/1
124/22 131/9 131/12 143/23 148/7
179/9 180/21 182/25 185/24 185/25
187/25 201/19 201/20 211/22 211/24
215/21 216/6 220/21 226/18 229/5

**recording [1]** 165/24
**recordings [1]** 166/1
**records [31]** 13/10 17/15 23/2 23/3
23/6 24/22 33/10 49/16 80/19 82/23
124/12 124/21 131/13 131/20 132/3
133/5 133/6 133/7 133/16 148/10
148/11 148/23 150/15 204/23 215/22
216/17 216/18 218/5 220/23 220/23
220/24
**recovered [1]** 121/18
**recovery [1]** 183/17
**recross [8]** 66/17 66/25 99/5 122/4
122/6 137/21 177/7 177/12
**RECROSS-EXAMINATION [3]** 122/6
137/21 177/12
**redirect [15]** 58/25 63/3 66/16 91/19
91/22 93/11 127/10 128/1 128/8
130/17 134/8 140/5 175/1 175/3 177/5
**reduce [3]** 63/21 68/11 152/1
**reduced [3]** 61/21 63/15 68/18
**reduction [7]** 2/17 3/2 61/5 62/12 73/15
73/16 73/23
**reevaluation [1]** 167/1
**reexamination [1]** 166/20
**refer [7]** 12/21 16/23 137/7 148/19
158/2 187/24 207/11
**reference [4]** 47/22 64/10 129/5 207/12
**referenced [2]** 109/23 174/19
**referencing [2]** 65/15 218/24
**referral [2]** 187/12 190/12
**referred [12]** 9/22 16/7 18/17 20/15
91/25 95/24 96/3 104/7 187/16 189/15
190/4 213/1
**referring [10]** 6/18 7/24 9/12 15/25
55/1 61/9 126/25 149/4 149/24 164/5
**refers [3]** 56/22 177/25 178/7
**reflexes [3]** 162/12 198/2 198/3
**refresh [4]** 35/12 36/1 38/1 145/18
**refreshes [1]** 25/2
**refrigerator [1]** 54/2
**reg [1]** 75/19
**regard [3]** 72/12 72/14
**regarding [17]** 2/19 2/21 2/22 5/19
25/12 26/9 41/9 66/14 66/19 76/19
82/15 82/18 101/10 109/15 131/19
142/24 142/25
**regards [3]** 103/23 109/13 148/17
**regimen [2]** 200/15 206/15
**region [15]** 37/3 153/4 155/10 155/14
157/13 157/15 162/10 189/10 191/3
195/12 205/5 207/10 207/25 209/3
209/6
**regions [7]** 164/5 164/8 164/9 189/6
194/12 194/13 199/7
**regularly [2]** 187/18 203/3
**Rehab [1]** 147/9
**rehabilitation [5]** 38/16 96/8 212/10
212/12 212/19
**rehash [2]** 136/11 225/3
**Relafen [2]** 189/22 189/25
**relate [2]** 192/16 210/4
**related [7]** 20/9 53/22 56/16 58/9 78/1
173/7 219/7
**relates [4]** 2/11 125/14 188/11 190/24
**relating [2]** 124/15 173/1
**relationship [2]** 51/18 95/19
**relatively [1]** 79/21
**relaxant [1]** 193/14
**relayed [2]** 203/25 210/8
**release [1]** 54/8
**released [1]** 119/12
**relevant [1]** 135/23
**relief [6]** 22/11 34/17 34/24 35/4
150/18 190/6

**relieving [1]** 106/2
**relocated [1]** 10/14
**rely [5]** 65/13 187/21 187/24 203/11
226/22
**remain [2]** 23/9 199/10
**remained [1]** 159/5
**remaining [4]** 74/7 74/9 74/13 78/2
**remember [37]** 5/4 5/23 6/4 6/5 6/7
14/4 14/10 14/12 14/15 14/18 15/12
18/9 18/25 19/1 20/11 20/14 20/18
20/20 24/23 25/13 25/17 26/15 27/22
27/22 47/9 67/20 86/1 86/16 98/5
99/12 101/22 103/2 107/15 107/22
127/2 127/10 136/20
**remember going [1]** 27/22
**remembered [2]** 86/3 88/13
**remind [2]** 4/19 81/22
**remove [4]** 148/19 151/7 222/17 226/1
**removed [6]** 226/3 226/5 226/6 226/11
226/12 226/20
**removing [1]** 76/18
**render [1]** 187/19
**rendered [3]** 18/3 110/21 172/14
**renew [2]** 224/17 224/19
**renewed [2]** 33/18 34/5
**repeat [2]** 23/5 120/6
**repeating [1]** 221/21
**repetition [1]** 59/5
**repetitive [3]** 137/2 137/2 137/5
**rephrase [2]** 10/13 203/5
**replacement [1]** 73/25
**report [53]** 17/8 17/12 17/14 27/7 27/7
33/14 42/8 50/11 55/1 93/24 95/3
97/13 100/3 132/19 132/22 133/19
134/1 134/10 134/17 134/25 135/2
135/8 136/5 136/12 137/13 138/4
138/12 138/13 138/16 139/1 158/22
158/25 159/12 159/23 164/18 174/6
176/13 176/23 177/1 177/21 177/25
178/7 178/9 178/11 178/14 178/16
178/18 188/13 189/10 189/11 190/5
192/19 199/4
**reported [9]** 1/22 134/14 134/16 135/1
135/15 136/2 138/2 138/18 199/23
**reportedly [1]** 188/10
**reporter [7]** 1/22 1/22 149/16 150/2
165/24 229/9 229/9
**reporting [2]** 24/18 136/20
**reports [2]** 50/3 50/6
**representation [1]** 139/11
**representative [2]** 121/22 175/16
**represents [1]** 67/5
**request [7]** 29/12 83/21 83/25 84/3
84/6 85/15 180/4
**requested [4]** 20/16 85/11 131/20
132/2
**requesting [2]** 46/25 133/7
**required [2]** 68/11 103/9
**requirement [2]** 63/18 97/7
**requires [1]** 78/11
**research [3]** 22/10 22/19 203/1
**reserve [1]** 121/6
**reserving [1]** 179/3
**Residence [1]** 202/4
**residency [5]** 186/5 186/17 186/18
186/21 202/2
**residual [3]** 48/17 48/21
**resolved [1]** 10/12
**resolving [1]** 65/13
**resources [2]** 54/12 94/11
**respect [34]** 2/3 3/10 65/2 71/9 72/4
73/1 73/5 73/9 74/5 74/17 77/4 78/24
99/5 143/3 145/24 146/7 152/12
153/13 154/24 155/6 155/22 158/14
161/14 161/16 162/13 162/14 163/8

**R**

respect... **[7]** 164/19 166/14 166/15
222/9 222/25 223/1 227/16
**respective [1]** 71/13
**respects [1]** 3/11
**respond [1]** 198/7
**responded [3]** 12/10 29/2 102/22
**responding [2]** 102/9 102/9
**Responds [1]** 29/12
**response [12]** 14/2 49/18 56/10 96/24
102/22 102/24 105/16 106/21 107/5
109/8 110/10 110/23
**responses [1]** 58/5
**responsibility [1]** 129/3
**responsible [1]** 198/5
**responsive [1]** 57/7
**rest [17]** 52/10 57/24 68/7 68/13
146/16 162/25 179/3 179/19 179/21
179/25 180/10 180/11 180/13 180/16
184/12 184/13 189/1
**rested [1]** 219/23
**restrict [1]** 57/11
**restriction [7]** 152/18 155/13 155/17
156/5 163/2 163/25 214/12
**rests [2]** 74/25 230/10
**result [28]** 7/21 7/25 8/7 8/20 9/16
10/23 10/24 11/1 11/8 11/10 11/13
16/5 16/8 20/13 48/22 52/25 62/8
98/14 105/9 128/4 172/24 181/9
188/18 192/7 193/4 206/6 208/5
218/13
**results [3]** 159/20 162/23 197/14
**resume [3]** 4/15 57/1 59/17
**resuming [1]** 60/17
**retake [3]** 4/17 81/12 203/6
**retire [1]** 78/8
**retirement [1]** 99/10
**return [7]** 54/9 68/4 89/10 91/3 119/11
119/13 141/19
**returned [1]** 94/21
**Returning [1]** 28/6
**reveal [2]** 97/9 214/6
**revealed [6]** 161/18 190/9 204/13
205/4 214/12 214/16
**review [6]** 74/22 138/23 214/18 218/5
222/14 222/20
**reviewed [3]** 6/8 190/5 190/7
**reviewing [1]** 70/25
**rheumatic [1]** 202/17
**Rheumatology [1]** 202/17
**rhythmic [1]** 213/19
**right [158]** 3/23 5/12 10/25 13/14 15/12
17/2 20/23 21/4 21/8 21/10 23/12
23/17 25/23 30/14 31/12 31/12 31/18
31/20 32/1 32/5 32/7 32/12 32/14
32/19 33/23 34/21 35/11 36/8 36/13
37/2 37/12 37/21 45/7 45/20 48/16
50/5 50/16 51/20 52/12 60/9 65/22
77/12 82/22 85/5 85/6 92/6 92/18
92/23 99/16 100/3 100/9 100/22
100/25 101/13 104/9 104/19 104/24
105/17 106/22 107/5 109/7 109/9
111/22 113/5 113/22 114/1 114/8
115/3 115/14 115/23 115/25 116/1
116/8 116/13 116/16 116/16 116/19
116/21 117/2 120/15 122/14 124/6
126/23 127/14 128/10 137/1 137/8
137/25 140/19 141/4 145/11 145/21
149/12 152/3 152/9 152/9 155/12
155/16 155/16 155/17 155/18 155/18
157/3 157/4 160/9 161/19 162/17
162/17 162/21 162/22 163/3 163/24
167/13 170/12 171/3 171/5 171/21
172/1 173/22 179/2 182/7 189/13

190/20 191/4 191/7 191/21 192/7
196/23 196/24 197/1 197/23 203/20
203/23 204/3 204/8 204/14 204/14
207/10 207/13 207/15 207/19 207/24
208/13 208/14 208/14 209/5 209/25
211/7 213/10 213/20 213/21 214/4
214/9 214/21 216/22 219/12 222/6
224/5
**right-hand [1]** 137/25
**right-sided [1]** 207/13
**rights [1]** 179/3
**rise [1]** 182/17
**Road [1]** 107/24
**role [2]** 57/13 185/20
**rolling [1]** 214/17
**room [4]** 1/23 78/9 227/5 227/12
**root [9]** 191/9 191/10 197/7 197/9
197/10 198/12 198/14 198/18 198/24
**Rosen [8]** 14/20 47/9 47/9 47/16 50/7
50/11 51/14 54/7
**Rosen's [1]** 50/11
**rotation [8]** 155/17 155/18 162/18
162/18 162/19 162/21 162/22 162/25
**roughly [1]** 67/22
**roundtrip [1]** 106/1
**row [1]** 154/25
**Rudolph [18]** 63/5 83/9 83/12 94/14
94/15 106/7 108/1 110/1 143/12
143/14 143/24 148/9 148/22 175/5
178/24 226/4 226/4 229/18
**rule [1]** 75/14
**RUMBERGER [1]** 1/18
**run [2]** 103/19 162/7
**ruptured [1]** 103/20

**S**

**S-spasm [1]** 116/14
**S.W [1]** 1/19
**S1 [7]** 43/12 191/13 205/8 209/17
214/3 214/5 214/21
**S1-S2 [1]** 214/21
**S2 [1]** 214/21
**sacral [2]** 111/2 214/16
**sacroiliac [2]** 207/10 209/5
**sacrum [2]** 114/6 116/23
**safety [1]** 181/21
**said [52]** 11/20 11/22 20/10 22/25 25/18
26/12 28/18 29/1 29/3 36/1 38/4 38/4
44/25 46/6 50/2 52/13 67/22 71/1 71/3
71/18 76/1 76/22 80/16 84/12 86/3
90/1 109/6 110/18 119/13 122/12
123/7 123/8 135/1 135/22 146/5
153/15 157/17 160/24 162/24 167/19
173/17 173/20 176/24 178/18 184/22
193/11 198/10 215/18 222/4 222/5
225/13 228/11
**sake [3]** 77/9 180/7 201/4
**same [39]** 11/20 11/22 20/25 31/15
37/22 38/6 39/14 40/25 41/7 41/23
56/8 59/3 68/15 89/11 95/1 98/9
104/21 109/22 113/2 113/2 117/22
134/11 140/18 150/16 152/14 156/3
159/5 160/16 162/9 162/10 164/6
169/8 174/21 189/4 202/4 211/5
211/11 216/21 217/25
**Saturday [1]** 229/7
**saw [57]** 15/13 15/21 16/4 16/8 16/12
16/14 17/9 19/14 19/14 19/24 20/1
20/6 20/25 22/18 24/23 27/1 27/4
32/25 33/7 36/3 36/8 39/19 39/23
40/10 42/2 42/5 45/6 46/22 46/23 50/2
50/12 50/14 50/16 50/18 51/1 51/2
51/14 51/16 56/23 82/6 82/20 94/16
117/5 120/23 123/5 172/6 174/7 174/9
174/10 174/13 176/13 176/23 177/24

189/19 203/18 206/4 215/6
207/18 212/7 213/6 215/24 215/8 of
22/23 24/18 26/11 30/10 32/22 34/13
35/8 35/10 35/17 35/18 41/20 44/21
46/18 46/21 52/2 52/7 57/18 62/3
67/19 67/23 68/5 69/14 70/9 71/5
71/19 73/11 74/8 74/9 74/13 75/14
75/21 76/3 77/12 77/15 77/16 85/16
88/16 97/11 101/21 102/6 122/21
132/11 132/18 132/22 137/2 137/3
139/3 140/22 149/4 156/13 159/6
172/23 178/17 178/20 192/1 206/16
207/3 210/25 216/10 218/23 221/20
225/22 227/8
**saying [13]** 12/18 25/4 29/23 41/7 70/7
79/3 90/19 117/17 155/5 176/16
197/25 215/16 221/10
**says [77]** 9/21 13/4 13/16 21/13 21/15
21/17 21/20 24/2 24/3 24/13 24/15
26/8 27/11 30/1 31/8 31/11 31/18
31/21 32/4 32/7 32/9 32/12 32/18
33/18 38/5 39/14 40/25 42/8 44/25
45/23 46/14 46/24 48/14 64/12 65/9
67/5 67/10 70/7 70/14 71/11 73/13
73/18 73/22 75/7 93/25 95/13 98/21
101/14 113/1 113/16 114/6 114/20
114/21 124/1 124/5 125/1 125/5
128/11 131/10 132/17 139/10 139/12
139/16 140/21 146/23 163/5 164/5
164/18 165/9 168/22 170/4 171/18
171/19 174/15 175/13 199/19 207/12
204/12
**scan [5]** 160/9 160/11 167/10 167/13
204/12
**scapular [1]** 205/5
**scenarios [1]** 68/2
**scheduled [2]** 160/18 207/1
**school [16]** 19/12 104/13 108/4 126/16
128/19 129/12 130/8 144/8 144/10
172/18 186/5 202/1 202/3 202/3 212/5
212/7
**Schools [5]** 100/12 101/14 104/13
129/23 188/10
**sciatic [2]** 209/24 213/21
**sciatica [5]** 45/24 204/15 207/19
207/20 208/13
**scope [7]** 90/11 90/11 99/1 99/3 117/8
119/2 120/15
**screen [1]** 177/10
**scrub [1]** 53/25
**searched [1]** 27/24
**seat [1]** 103/9
**seated [7]** 4/9 4/21 57/4 60/7 61/1
143/8 219/22
**second [24]** 12/22 13/5 15/19 23/6
24/1 24/12 37/18 47/18 92/8 94/2 95/6
95/11 101/4 103/23 104/2 107/19
108/6 112/16 112/22 112/23 112/25
123/15 134/24 179/6
**Secondly [1]** 181/13
**section [8]** 3/1 23/5 23/11 23/12 25/12
26/16 52/22 156/17
**sections [1]** 40/19
**security [2]** 47/5 131/5
**see [116]** 2/12 2/15 6/15 9/17 9/18
12/23 12/24 13/15 14/21 15/9 15/16
15/22 20/16 23/16 25/25 26/2 26/4
27/4 27/12 27/20 27/22 27/23 29/17
29/19 29/20 29/21 29/22 30/5 30/13
31/20 32/16 32/21 33/19 33/20 34/5
37/24 37/25 38/12 38/22 40/22 40/25
41/2 41/3 41/4 43/7 43/9 43/16 45/25
46/1 46/25 47/2 47/25 48/10 48/18
49/10 50/25 51/24 51/25 52/17 59/6
59/11 66/13 69/23 75/9 76/11 82/3
82/16 82/16 83/1 88/2 115/25 117/4

# S

**see... [44]** 120/23 123/12 123/16
123/18 124/25 131/7 131/23 140/20
140/25 145/10 147/10 151/18 152/10
156/4 156/8 156/10 156/23 161/3
161/4 162/8 163/6 164/4 167/20
169/24 170/24 171/3 171/10 180/9
187/3 190/11 194/9 194/10 203/4
203/5 203/9 210/14 215/4 220/13
223/1 223/19 224/7 225/6 225/14
228/24
**seeing [15]** 17/12 22/2 27/8 33/12
36/10 39/17 39/21 41/22 41/24 44/20
45/10 88/14 153/15 156/11 188/9
**seek [2]** 95/24 218/13
**seeking [7]** 52/5 97/2 102/18 112/8
172/13 173/25 180/10
**seemed [2]** 197/15 207/25
**seems [4]** 65/6 66/15 140/14 189/8
**seen [25]** 6/10 8/13 11/14 11/18 11/19
17/13 18/15 19/3 19/13 19/22 19/25
20/12 20/21 21/25 23/8 34/4 50/21
50/23 82/12 83/12 107/20 148/14
148/15 149/20 205/20
**segment [1]** 83/24
**select [1]** 223/24
**selected [1]** 185/18
**selectively [1]** 182/12
**self [1]** 101/11
**self-employment [1]** 101/11
**send [3]** 78/9 161/3 173/18
**sends [1]** 153/2
**sensation [4]** 162/8 196/23 196/25
197/10
**sense [6]** 59/16 59/19 61/1 71/22 73/6
77/22
**sensory [9]** 155/21 162/3 162/5 196/22
197/2 197/4 197/14 197/21 199/21
**sent [3]** 132/3 150/14 207/5
**sentence [7]** 23/14 27/10 33/17 34/4
48/14 70/14 77/10
**sentences [6]** 2/25 64/4 64/19 64/22
64/25 69/20
**separate [10]** 18/1 18/21 148/13
176/14 176/24 207/3 226/24 227/1
227/17 228/10
**separated [2]** 50/15 227/9
**September [33]** 33/25 34/17 40/15
45/22 47/3 47/20 48/3 48/20 49/18
54/25 107/23 109/21 118/5 133/4
146/12 150/8 169/4 169/5 169/6 170/4
170/10 171/8 172/3 172/3 174/8
174/14 178/11 209/20 216/15 217/3
217/16 217/21 217/25
**series [3]** 5/13 20/11 189/13
**seriously [1]** 197/13
**served [1]** 215/23
**service [13]** 13/7 92/5 94/24 103/24
125/5 126/1 126/9 129/18 170/3 170/4
173/25 177/24 183/9
**services [3]** 94/20 105/13 172/14
**session [3]** 80/25 130/9 172/10
**set [3]** 6/22 49/2 207/4
**settled [1]** 103/12
**settlement [1]** 103/13
**seven [3]** 16/17 186/11 186/18
**several [5]** 14/5 14/6 110/2 181/3
195/20
**severe [1]** 14/17 37/11 52/15 197/1
214/1 214/3 214/12 214/22 216/8
218/21 219/3
**severely [1]** 198/25
**severity [1]** 115/19
**shaken [1]** 188/21

**shaking [1]** 188/12
**shall [1]** 63/15
**share [1]** 78/11
**sharp [2]** 116/9 217/5
**she [259]**
**she's [20]** 58/1 67/25 69/2 69/7 93/22
96/17 96/19 135/14 135/17 135/18
153/20 175/20 194/22 196/19 196/21
199/12 201/1 206/25 213/8 217/7
**sheet [2]** 147/13 171/15
**shelton [3]** 1/22 1/24 229/9
**shift [1]** 154/11
**shirt [10]** 85/20 85/25 86/4 86/14 89/6
89/17 121/23 122/8 122/20 122/25
**short [3]** 79/21 184/1 193/7
**shortcut [1]** 84/22
**shorter [1]** 211/12
**shot [1]** 24/25
**should [34]** 2/23 2/24 2/24 55/11 61/19
64/25 66/7 70/8 74/8 74/8 74/10 74/13
74/14 74/17 77/24 78/2 103/17 105/23
106/6 106/11 128/22 136/9 147/2
147/2 148/24 149/10 150/11 165/4
200/14 200/16 213/16 225/4 225/20
227/8
**shoulder [28]** 37/4 37/11 43/6 43/14
43/22 45/23 104/9 116/5 116/5 152/9
153/25 155/22 156/1 156/3 189/14
190/25 191/2 204/9 208/14 208/23
209/9 209/12 209/15 209/24 214/13
215/15 215/18 216/9
**shoulders [2]** 196/4 203/23
**shouldn't [2]** 64/13 145/25
**show [8]** 6/23 57/16 67/18 75/16 97/5
149/8 189/11 215/20
**showed [3]** 50/3 214/14 216/8
**showing [3]** 21/25 129/16 216/15
**shows [3]** 77/13 167/8 214/1
**SI [3]** 37/21 114/20 115/1
**sic [4]** 48/5 49/14 55/9 108/4
**sickness [2]** 49/6 49/8
**side [24]** 31/12 88/15 155/12 155/12
157/4 162/8 162/9 191/20 191/21
193/9 196/24 197/4 197/5 197/6
197/11 197/23 208/13 208/14 209/16
213/3 213/21 214/4 214/9 214/21
**sidebar [17]** 96/25 97/1 97/18 131/8
131/9 132/25 148/4 148/7 151/14
179/8 179/9 180/14 180/18 180/20
180/21 185/10 220/7
**sided [1]** 207/13
**sides [6]** 122/23 156/6 162/8 205/9
225/20 227/11
**sigh [1]** 195/4
**sighed [1]** 199/20
**sighing [1]** 195/3
**sighs [1]** 195/2
**sign [8]** 74/10 74/14 101/18 112/7
113/10 195/3 196/18 196/25
**signals [1]** 216/23
**signature [26]** 12/2 12/5 12/13 12/16
12/17 13/1 28/17 28/21 28/22 29/3
29/3 29/21 29/22 39/6 40/20 100/23
102/3 104/23 111/7 112/2 115/6
123/16 123/18 169/25 216/1 229/9
**signature's [1]** 12/25
**signed [11]** 10/19 11/25 29/13 39/4
40/8 54/8 100/21 104/22 114/8 117/2
117/3
**significant [5]** 117/15 167/9 206/6
207/22 210/18
**signing [1]** 15/2
**signs [1]** 198/12
**silently [1]** 188/21
**similar [4]** 29/8 62/1 205/7 217/8

**SIMONTON [1]** 1/9
**simple [1]** 203/21
**simply [1]** 219/23
**Sinai [2]** 202/3 202/5
**since [16]** 2/8 7/4 7/15 16/20 17/2
30/14 34/17 39/17 58/17 90/2 151/9
180/11 202/14 212/11 217/9 227/3
**single [2]** 51/16 196/7
**sir [18]** 17/24 21/9 22/23 25/22 32/16
96/22 113/11 113/23 114/12 115/7
115/9 115/17 125/18 153/23 169/15
169/19 218/12 218/25
**sit [12]** 9/19 85/22 86/24 87/10 87/19
88/3 88/17 88/20 89/1 89/19 119/19
119/24
**site [4]** 43/11 43/13 188/8 199/6
**sitting [3]** 46/19 88/23 113/16
**situation [3]** 118/24 196/9 222/25
**situations [2]** 157/8 167/22
**six [21]** 16/17 30/11 30/20 50/17 50/18
50/19 50/23 50/25 51/2 51/4 51/15
51/17 106/1 123/6 145/6 166/20 167/3
167/4 201/5 208/9 212/6
**six-month [2]** 166/20 167/3
**six-year [6]** 50/17 50/18 50/19 51/15
51/17 212/6
**sixth [5]** 33/25 34/1 47/21 47/25
186/19
**skin [2]** 152/5 214/17
**slamming [1]** 188/11
**slightly [1]** 87/5
**slip [1]** 166/4
**slip-and-fall [1]** 166/4
**slipped [1]** 182/20
**Slow [1]** 127/21
**slower [1]** 165/23
**small [2]** 152/4 153/1
**snatch [1]** 183/23
**social [1]** 47/5
**solely [1]** 57/8
**solution [1]** 214/25
**some [51]** 3/11 7/16 11/18 11/22 12/8
12/9 12/10 15/8 22/18 34/8 34/16 45/6
58/15 60/14 70/14 73/16 75/13 79/18
86/20 87/12 97/7 98/4 109/18 111/14
116/23 140/1 150/13 153/1 153/21
154/20 154/24 157/9 163/13 169/12
174/1 188/16 189/7 189/9 189/17
190/7 192/3 193/5 193/15 194/25
196/4 200/18 204/11 204/19 214/8
220/1 227/2
**somebody [4]** 45/1 139/7 162/6 195/10
**someone [4]** 84/5 85/19 87/19 195/6
**someone's [1]** 152/2
**something [16]** 17/11 40/3 88/9 101/21
116/5 116/24 130/19 150/6 150/13
162/18 174/3 197/3 197/5 197/24
222/16 228/4
**sometime [1]** 63/4
**sometimes [5]** 32/15 32/20 32/22
104/16 212/17
**somewhat [2]** 80/18 98/19
**somewhere [2]** 171/7 173/22
**son [1]** 56/1
**soon [3]** 4/21 57/23 139/17
**sore [2]** 31/19 32/1
**sorry [32]** 23/24 28/7 33/15 33/22
33/25 42/20 44/19 45/19 45/21 97/25
101/3 111/7 112/20 115/2 116/4 123/9
127/18 140/8 146/3 147/1 155/5
155/14 156/20 156/22 156/25 157/12
169/4 170/7 170/9 176/18 178/5 226/7
**sort [14]** 8/20 9/15 9/21 188/24 191/21
192/4 193/23 194/6 194/9 194/11
194/25 195/5 198/13 200/24

**S**

**sought** [1] 110/19
**sounding** [1] 223/1
**sounds** [2] 74/12 192/10
**source** [2] 150/14 169/12
**South** [2] 108/13 144/20
**Southeastern** [1] 118/19
**SOUTHERN** [1] 1/1
**Southwest** [1] 106/12
**space** [3] 14/7 43/14 209/12
**spasm** [9] 116/14 152/2 153/4 161/20
161/23 194/17 194/20 194/25 207/25
**spasms** [2] 108/8 116/19
**Spastic** [1] 114/6
**speak** [10] 13/17 53/13 91/15 96/23
96/23 96/24 135/11 141/12 143/16
226/7
**speaking** [1] 136/25
**speaks** [1] 197/24
**special** [4] 71/20 83/21 83/25 84/4
**specialist** [4] 36/6 46/23 161/4 202/20
**specialized** [1] 145/12
**specialties** [1] 19/18
**specialty** [6] 18/19 20/20 21/24 36/7
186/24 202/16
**specific** [5] 35/15 52/10 90/18 190/21
190/23
**specifically** [7] 5/6 11/19 26/17 44/15
86/4 92/15 189/20
**speculate** [1] 133/13
**speech** [1] 137/4
**speeches** [1] 8/15
**spent** [1] 184/1
**spinal** [8] 154/9 183/18 193/20 193/21
193/24 196/25 197/7 197/20
**spine** [35] 27/15 111/2 161/18 161/20
162/13 164/12 188/18 188/18 190/8
191/11 191/11 198/15 198/25 200/20
204/12 205/3 205/4 205/6 205/6 205/7
205/10 209/1 209/4 209/8 210/23
214/1 214/12 214/14 214/16 215/15
215/17 218/22 218/23 218/24 219/4
**split** [5] 71/21 79/20 79/25 80/4 228/7
**spoke** [2] 112/21 135/11
**spoken** [1] 67/15
**sports** [1] 202/20
**sprain** [4] 104/8 104/9 188/22 189/5
**sprain/strain** [2] 188/22 189/5
**stabbing** [3] 216/9 216/10 216/20
**stack** [1] 38/20
**stacking** [1] 197/13
**staff** [11] 43/25 45/16 46/8 46/8 46/12
54/2 105/3 105/23 149/2 202/21
202/23
**stamp** [3] 168/20 168/22 169/8
**stamped** [1] 175/7
**stand** [6] 4/18 13/23 57/11 77/11 81/12
143/13
**standard** [3] 80/2 193/20 193/23
**standard/fair** [1] 193/23
**standing** [6] 46/19 49/14 83/16 84/22
113/16 177/6
**standpoint** [2] 159/9 165/13
**start** [12] 110/12 146/10 159/22 168/15
168/18 176/18 184/10 185/16 186/3
201/25 212/4 215/11
**started** [2] 33/12 47/8
**starting** [2] 31/1 103/1
**startle** [1] 88/16
**starts** [5] 34/2 43/3 108/24 165/9 167/6
**state** [26] 11/9 13/12 75/8 75/19 75/22
94/11 97/10 98/15 99/19 99/21 107/2
109/4 124/17 126/19 127/3 128/5
128/22 143/23 144/14 146/4 175/22

**stated** [16] 11/25 97/17 123/3
51/14 118/17 182/9 190/8 191/19
192/5 204/6 204/9 204/18 204/19
204/21 222/3
**statement** [12] 70/15 70/19 80/12
96/20 99/8 100/22 101/19 104/22
111/5 111/8 123/2 192/13
**statements** [1] 79/13
**states** [20] 1/1 1/9 1/22 43/6 45/23
46/22 52/22 62/12 83/5 83/8 103/2
125/11 126/7 126/11 126/14 139/15
139/18 159/18 201/20 212/8
**stating** [3] 3/15 54/10 71/7
**statute** [1] 8/4
**stay** [3] 30/2 78/3 78/3
**staying** [1] 145/1
**steadily** [1] 30/11
**steady** [1] 87/19
**stemming** [1] 123/3
**step** [4] 129/2 141/19 195/13 195/15
**Stephanie** [3] 173/4 173/18 175/14
**steps** [1] 71/23
**Sterling** [1] 64/4
**Steven** [1] 21/13
**stiffness** [4] 39/11 108/8 116/10 217/5
**still** [18] 4/19 6/11 75/10 77/10 81/22
84/19 90/15 91/12 101/4 110/2 115/2
129/2 153/14 173/20 176/25 207/1
207/2 212/16
**stim** [1] 163/14
**stimulation** [5] 151/22 151/25 154/2
154/7 154/23
**stipulate** [3] 66/1 66/4 118/11
**stipulated** [1] 66/6
**stipulation** [4] 2/20 64/1 66/7 67/14
**stop** [3] 107/9 128/25 182/7
**stoplight** [1] 103/7
**stopped** [1] 177/2
**stopping** [1] 52/10
**stops** [1] 192/2
**straight** [2] 210/22 210/25
**strain** [2] 188/22 189/5
**stream** [2] 57/6 57/20
**Street** [5] 1/12 1/19 94/11 108/5 212/2
**strength** [4] 48/16 196/10 196/18
196/21
**stress** [1] 14/17
**stretch** [1] 198/16
**stretching** [3] 151/23 191/9 198/17
**stricken** [2] 56/17 58/13
**strictly** [1] 150/21
**strike** [8] 56/9 56/13 57/22 58/13 58/17
87/12 129/4 129/5
**striking** [1] 69/18
**strong** [1] 181/11
**structures** [1] 194/23
**student** [4] 20/14 104/6 104/10 188/11
**studies** [3] 168/11 204/11 212/4
**stuff** [3] 149/21 149/21 197/7
**styled** [1] 213/1 11/4
**subacromial** [2] 43/14 209/12
**subject** [7] 42/3 58/10 67/15 69/5
92/15 181/17 182/3
**subjective** [6] 46/9 46/14 166/1 188/24
207/11 218/20
**subjectivity** [1] 115/19
**subluxation** [2] 116/14 116/15
**Subluxations** [1] 108/8
**submit** [2] 173/5 173/20
**submitted** [14] 2/10 3/14 104/24 105/2
148/25 149/15 149/18 169/18 172/9
172/13 173/13 173/25 174/22 177/2
**submitting** [1] 173/6

**subpoena** [3] 150/14 215/22 216/16
**subpoenaed** [4] 149/16 149/18 149/21
150/3
**subpoenaing** [1] 150/4
**subsection** [2] 115/18 164/18
**subsequent** [10] 45/22 78/25 125/23
144/8 144/18 145/2 152/10 153/5
154/4 159/14
**subsequently** [3] 186/8 190/10 190/10
**substance** [1] 150/7
**substantially** [1] 3/11
**substantiate** [1] 140/1
**such** [9] 58/10 61/14 61/16 62/8 66/7
99/24 102/19 110/22 167/10
**sued** [7] 7/23 8/2 37/10 52/25 53/17
54/5 54/19
**suffered** [6] 62/7 103/7 104/4 110/12
110/15 183/16
**suffering** [4] 14/17 49/5 49/12 58/15
**sufficient** [4] 181/8 181/11 182/17
183/20
**suggest** [2] 41/15 75/10
**suggested** [1] 208/3
**suggestion** [1] 67/13
**suggests** [1] 200/11
**suit** [1] 99/24
**Suite** [6] 1/12 1/15 1/18 106/13 106/17
108/7
**summarize** [2] 163/17 163/21
**summer** [2] 130/11 130/13
**supervised** [1] 215/9
**supervision** [1] 181/24
**supervisor** [4] 91/7 91/16 94/20 135/2
**supplemental** [3] 12/6 12/22 13/6
**supplies** [1] 157/13
**Supply** [2] 106/3 106/5
**support** [1] 129/1
**supported** [1] 70/1
**supports** [1] 3/21
**suppose** [1] 93/15
**supposed** [4] 35/7 46/22 60/20 93/25
**supposedly** [1] 199/23
**suprascapular** [2] 37/19 214/24
**sure** [73] 2/13 5/15 5/15 5/21 8/10 8/11
9/9 9/10 18/13 19/14 23/6 23/18 24/6
24/25 27/6 28/17 29/6 33/9 35/19 48/8
52/13 53/8 58/21 59/24 61/4 65/4 67/8
71/19 73/16 75/9 76/10 77/15 79/16
87/5 87/7 97/4 98/3 98/19 99/15
114/21 114/22 117/1 122/24 124/24
127/13 128/1 133/8 142/3 142/17
143/16 149/9 150/17 155/24 157/6
165/12 167/8 169/2 175/12 182/19
186/6 186/23 190/4 191/8 195/20
198/2 200/18 200/22 204/22 213/17
218/22 225/5 227/10 227/20
**sure that's** [1] 150/17
**surely** [2] 173/6 205/2
**surface** [2] 87/20 119/22
**surgeon** [6] 19/22 33/12 48/20 96/11
160/19 160/21
**surgery** [3] 21/16 21/20 104/15
**surgical** [3] 199/11 200/1 200/3
**surrogates** [2] 203/8 203/12
**surrogation** [1] 109/7
**suspect** [4] 60/12 66/24 68/23 86/18
**suspected** [2] 135/3 194/22
**sustain** [2] 10/6 120/19
**sustained** [21] 15/15 16/5 16/9 19/21
61/24 82/24 93/3 100/5 102/19 103/10
108/20 120/5 121/14 126/22 136/15
137/3 166/4 166/11 175/25 188/7
218/14
**Suzuki** [1] 94/25
**Suzukisan** [1] 94/19

**S**

swallow [1]  196/3
sweep [1]  53/25
switched [1]  209/13
sworn [9]  12/17 70/15 70/19 100/21
101/19 104/22 111/5 111/8 143/15
sympathy [3]  57/9 57/17 57/21
symptomatic [1]  205/15
symptoms [12]  32/9 159/5 167/9 192/3
195/7 196/19 198/13 199/9 199/10
199/25 204/15 204/16
synonymous [1]  204/15
synopsis [1]  32/24
system [2]  154/13 213/25

**T**

T-tenderness [1]  116/13
tab [78]  11/24 16/23 21/10 21/11 24/1
24/13 28/4 33/15 33/17 33/22 36/23
37/8 37/14 38/13 40/15 40/19 41/25
42/19 42/20 45/18 45/19 45/19 47/20
49/3 49/10 50/8 50/9 50/11 51/23
51/24 56/22 82/9 82/10 82/10 82/23
111/10 111/12 123/4 123/9 123/9
124/12 124/23 127/14 127/19 127/19
131/11 131/17 131/21 131/22 131/23
133/2 137/8 137/23 138/5 138/5
138/13 138/21 138/23 139/6 140/7
140/7 140/8 140/8 140/8 140/11
140/13 145/19 145/23 146/14 147/1
147/2 147/4 147/8 158/21 168/14
168/16 171/8 201/12
tabbed [1]  226/24
table [4]  141/20 156/22 198/20 198/20
tables [9]  2/12 2/12 2/14 69/3 76/19
76/23 76/25 77/4 77/11
tablets [1]  34/6
tabulated [2]  73/3 158/21
tag [2]  89/20 89/23
take [40]  12/24 34/24 56/24 57/1 57/13
58/1 58/2 58/18 59/11 60/1 60/15
60/19 61/21 68/6 78/7 118/4 136/24
141/23 142/2 142/13 149/8 154/13
154/14 183/3 184/3 184/23 187/18
188/1 193/24 195/17 201/24 201/24
203/3 203/9 212/3 218/5 222/12
222/13 222/19 222/22
taken [10]  8/13 14/18 55/6 70/16
125/22 129/2 148/10 185/17 201/14
214/18
taking [9]  33/5 33/6 33/11 34/8 34/16
58/4 59/2 101/25 192/24
talk [14]  2/3 14/11 15/7 49/2 50/7
57/10 69/21 150/23 161/11 184/21
199/15 200/1 225/16 225/18
talked [2]  5/22 12/3
talking [17]  8/10 19/5 26/15 30/25
35/20 37/13 39/20 53/7 67/19 85/15
124/7 127/4 127/6 127/13 136/8
149/12 218/23
tall [1]  213/18
Tampa [1]  144/5
tape [1]  54/17
tapes [1]  25/25
Taser [1]  183/11
taxes [1]  125/22
teacher [3]  101/16 129/12 188/9
teaching [3]  129/14 129/22 130/1
team [2]  72/24 202/11
tecum [1]  215/22
tell [34]  18/1 18/22 18/24 31/23 41/8
44/12 47/12 47/16 57/5 66/13 67/12
138/16 163/22 175/23 180/25 183/14
184/15 186/3 186/4 187/21 189/1

192/23 193/25 195/6 196/20 201/9
203/1 205/15 216/12 216/23 218/5
218/5 223/10 228/14
telling [10]  21/23 21/24 41/18 54/18
66/24 128/14 177/14 177/19 187/24
190/2
temple [2]  55/20 56/5
temporary [2]  161/2 190/6
ten [13]  11/20 13/12 14/3 59/7 68/19
68/20 69/1 107/2 107/6 109/10 110/3
115/20 115/20
ten-year [1]  68/20
tend [2]  53/14 199/13
tender [4]  114/6 114/20 115/1 116/23
tenderness [15]  116/13 116/19 161/21
194/12 195/12 195/16 205/4 205/8
207/10 207/24 209/2 209/5 209/11
214/2 214/3
tendon [1]  198/2
tension [1]  198/12
term [3]  159/4 188/24 193/7
terminal [4]  91/5 91/6 91/7 134/24
terminated [8]  54/5 54/11 119/8 119/9
129/12 129/14 129/17 129/25
termination [1]  119/6
terms [18]  58/3 61/5 63/10 63/11 63/24
66/20 71/14 71/20 80/18 80/19 86/7
86/10 135/18 135/22 148/17 161/7
182/18 191/5
test [11]  156/7 156/8 156/10 156/15
156/21 156/23 161/25 162/15 197/14
198/4 212/9
testified [7]  70/17 84/8 85/3 97/14
143/15 219/1 221/18
testifies [1]  41/16
testify [6]  46/2 63/5 63/9 63/10 65/1
120/22
testifying [2]  64/15 70/12
testimony [42]  2/19 2/22 3/6 6/9 55/17
56/18 56/18 59/18 59/25 60/17 63/1
63/3 63/19 63/25 64/5 64/13 64/14
65/7 65/10 65/25 66/14 66/19 69/6
69/12 69/17 70/10 70/15 70/17 84/3
85/9 85/13 86/23 97/2 136/2 142/21
150/7 150/10 150/12 179/25 181/9
221/22 225/3
testing [13]  161/25 162/2 162/4 162/5
162/6 167/10 181/22 194/4 195/2
196/10 197/15 205/10 210/19
tests [6]  72/21 155/24 155/25 155/25
156/1 162/23
Texas [2]  94/6 141/3
than [22]  2/9 5/4 59/1 60/20 66/16
73/22 79/8 79/15 80/9 85/24 99/20
102/16 105/8 122/8 122/19 148/22
150/2 162/25 208/1 214/21 218/1
223/17
thank [68]  7/10 7/18 9/3 10/14 24/10
31/25 38/9 39/1 43/1 50/10 57/2 73/1
76/8 77/7 77/9 80/5 80/22 81/8 81/11
81/21 97/17 97/20 99/7 117/10 118/8
120/12 121/3 122/2 122/3 122/5 129/3
137/7 137/16 138/8 140/4 141/11
141/18 141/21 142/4 142/5 143/5
143/20 144/18 146/7 146/20 151/12
151/16 156/16 163/13 164/14 165/8
165/21 167/16 167/24 176/10 176/18
177/4 177/6 178/24 180/15 180/17
185/5 185/8 185/9 219/19 222/8
228/25 229/1
Thanks [4]  7/19 102/13 118/9 118/23
that [1004]
that's [173]  10/19 11/2 11/25 12/17
13/4 21/3 21/17 22/13 25/5 27/2 30/1
32/4 32/22 35/13 36/7 37/3 38/6 38/23

41/5 42/8 42/9 44/1 44/24 46/22 47/6
48/23 49/7 49/18 50/2 51/12 52/6 52/9
58/21 63/12 63/12 63/25 64/8 65/17
65/23 66/8 67/18 67/21 69/6 69/10
69/13 69/14 70/1 72/11 73/9 75/9 76/1
76/7 78/12 83/5 85/21 90/24 98/6
106/18 112/6 112/12 113/4 113/5
113/7 113/8 113/9 113/24 113/25
114/1 114/13 114/25 115/3 115/6
115/8 115/16 118/2 119/2 119/16
120/7 123/18 125/3 125/11 126/7
126/11 126/14 128/10 128/11 131/16
131/19 132/10 132/20 132/23 134/11
135/4 135/16 135/21 135/21 136/6
136/7 137/10 139/5 139/15 139/18
139/19 141/16 144/11 145/11 146/1
146/14 146/15 150/17 150/23 150/24
150/25 151/5 151/12 152/1 154/16
155/1 156/2 156/19 157/10 157/15
160/6 160/13 162/12 166/22 167/3
168/18 169/4 170/4 171/11 171/13
172/6 172/17 174/7 174/9 175/24
176/4 177/1 183/1 184/24 186/22
186/25 187/7 190/21 192/2 192/9
192/12 194/13 195/1 195/3 195/9
195/9 195/24 196/18 197/12 197/24
197/25 198/17 199/13 200/24 211/7
218/17 219/9 219/9 221/10 223/15
223/18 224/13 226/1 227/21 227/21
228/7 228/9
the estimated [1]  65/5
their [20]  19/17 61/11 63/9 65/11 73/6
79/1 110/7 128/16 135/2 154/15 156/9
159/5 171/24 187/21 194/10 200/21
200/22 223/24 224/23 225/2
them [65]  2/2 2/15 3/22 5/16 11/22
12/8 12/9 12/9 12/9 12/10 44/1 45/1
59/24 60/2 61/3 65/25 69/24 71/7
73/6 73/7 74/11 78/8 78/11 78/11
78/12 126/17 126/19 127/12 128/14
131/7 133/6 134/16 135/10 135/10
135/11 145/1 149/8 154/15 156/10
159/7 159/8 173/17 176/14 180/20
182/11 182/14 183/17 184/2 194/4
194/9 203/4 203/9 224/1 224/19
224/24 225/23 225/23 225/25 226/3
226/23 226/23 226/24 227/1 228/14
themselves [1]  59/25
then [113]  2/14 4/15 6/9 12/21 13/23
15/21 19/25 22/13 23/14 25/5 26/11
30/14 31/11 31/15 32/2 32/8 32/19
32/20 33/4 35/11 35/18 39/7 39/10
40/22 45/4 46/24 52/4 53/7 53/21
54/8 54/10 54/20 56/2 57/1 57/12 59/8
59/17 60/1 60/2 60/9 61/18 66/17
70/14 71/1 71/5 71/12 71/14 71/17
71/17 74/6 74/7 74/9 74/19 75/7 75/14
76/9 77/23 78/7 82/18 87/10 95/10
99/5 103/20 124/2 125/17 127/2
132/15 133/12 135/5 135/10 135/12
135/20 137/3 139/6 139/11 139/16
141/23 145/3 154/4 159/18 163/24
167/1 167/9 173/13 174/4 177/2
179/19 180/11 180/13 186/4 186/9
186/10 189/15 190/2 193/22 194/8
194/11 196/20 196/21 203/9 211/15
212/9 219/17 222/6 222/20 223/8
223/18 226/3 227/20 227/25 228/3
228/13 228/24
theory [1]  78/12
therapies [4]  160/25 199/12 200/7
200/16
therapist [6]  40/5 41/11 41/14 216/25
217/13 217/22
therapy [14]  151/23 152/1 154/3 154/7

therapy... **[10]** 154/23 189/9 204/19
205/18 215/7 215/8 215/9 215/13
216/18 217/18

**there [200]** 2/14 3/5 3/8 3/8 3/13 3/16
3/20 3/25 6/11 6/16 8/20 9/15 10/11
12/14 14/5 14/6 14/8 16/24 18/7 21/4
21/4 22/11 23/7 23/16 23/25 28/9
29/19 29/20 30/4 31/10 31/14 31/17
32/23 34/3 34/7 38/18 40/16 40/23
41/2 41/13 41/22 42/7 42/8 44/19 46/7
46/8 47/6 47/25 48/10 49/9 51/1 54/18
57/18 58/2 58/18 61/7 63/15 64/5
64/14 65/24 66/18 67/14 68/3 69/3
69/17 70/3 70/4 71/3 72/16 72/19
73/10 74/16 76/13 76/22 76/25 77/1
78/13 78/14 83/1 83/9 84/5 84/5 84/14
85/5 86/1 87/12 88/9 88/13 92/4 92/10
92/17 95/23 97/7 98/4 102/12 103/8
107/9 109/22 111/14 111/17 112/2
112/11 113/18 113/24 114/5 114/19
115/6 115/16 116/3 116/3 122/9
122/18 122/21 123/3 123/12 124/4
124/23 127/22 130/17 131/11 132/17
132/19 133/19 134/3 134/21 135/8
136/8 137/23 140/20 141/4 144/13
150/2 150/6 150/7 154/12 156/5 160/3
161/4 161/19 161/20 161/23 161/24
161/24 165/5 169/5 170/15 171/5
173/25 174/3 176/14 177/16 181/4
181/8 181/15 181/18 181/20 181/22
181/24 182/1 182/3 182/8 182/10
186/10 194/18 194/25 195/12 195/13
195/14 195/15 199/9 199/11 199/24
200/1 204/6 205/4 205/8 205/9 210/11
212/6 214/3 214/8 214/20 214/22
216/3 216/24 217/12 217/21 218/4
220/1 220/6 222/4 222/22 223/19
224/14 224/15 226/3 226/5 226/15
226/15 226/17

**there's [44]** 2/5 2/18 2/20 2/21 7/16
31/6 31/6 32/19 38/6 48/24 63/17
63/18 63/24 63/25 64/1 64/13 65/7
70/5 71/25 75/7 75/13 75/21 75/24
76/9 103/8 111/16 111/19 123/4
125/18 133/4 141/1 156/17 168/20
173/22 173/24 174/3 181/11 182/5
195/1 200/4 204/17 217/17 220/13
226/11

**therefore [4]** 64/19 161/3 173/10
182/10

**therein [1]** 13/3

**these [48]** 10/3 14/4 36/10 44/19 51/5
56/8 93/2 99/4 100/25 104/2 104/3
104/18 104/22 105/2 107/7 108/18
109/3 109/6 124/21 132/2 132/24
135/18 136/25 148/14 149/12 149/23
152/3 155/21 157/7 157/21 157/25
167/21 182/5 192/19 197/12 198/21
199/24 200/10 201/3 201/3 206/17
206/19 215/16 219/6 219/6 220/3
220/24 222/18

**they [101]** 3/7 3/15 16/17 20/15 32/10
32/11 42/9 42/22 54/2 54/5 54/5 54/10
54/11 54/14 54/16 54/17 54/19 54/20
54/21 54/21 55/7 55/21 55/22 63/6
63/8 63/9 63/14 63/19 63/20 63/20
63/21 65/5 65/6 65/24 66/22 66/25
68/12 68/16 68/17 68/18 68/22 71/24
72/4 72/21 72/5 73/11 73/16 74/11
77/1 78/8 78/10 79/2 79/2 79/3 95/1
95/1 95/1 95/2 119/13 126/6 129/17
129/23 130/12 133/7 133/25 133/25
134/17 135/1 135/2 135/3 135/11

139/5 142/15 144/21 144/23 146/24
148/3 148/14 149/24 154/8 154/15
154/15 173/5 176/25 179/24 183/3
189/9 192/4 194/8 194/10 197/18
199/13 203/9 205/2 220/17 223/24
224/6 224/8 224/9 227/9 227/12

**they'll [1]** 61/4

**they're [20]** 2/13 9/23 42/13 61/11 63/6
93/12 93/13 93/13 150/15 152/3
157/14 159/6 170/3 187/24 189/24
194/7 225/4 227/5 227/7 227/10

**thigh [6]** 116/6 191/4 191/7 191/14
191/18 191/21

**thing [13]** 13/19 26/14 30/22 38/6 59/3
62/20 70/24 78/20 87/24 88/6 139/12
197/12 218/17

**things [18]** 2/1 10/8 22/3 35/13 36/13
36/19 56/8 59/6 60/16 86/1 86/10
182/9 192/19 197/12 198/8 199/24
201/3 222/5

**think [71]** 2/7 2/10 3/9 3/18 3/22 7/4
7/7 8/3 12/10 24/23 25/7 30/4 44/11
46/22 47/24 48/6 57/22 59/7 61/18
63/13 64/11 64/12 64/24 67/21 67/22
69/13 70/2 71/10 71/22 72/2 72/15
73/2 73/4 73/5 73/22 73/24 74/6 74/8
74/11 74/25 75/20 76/19 76/20 79/21
86/10 97/14 116/17 116/18 132/4
132/10 132/23 145/16 146/15 148/16
158/3 165/23 170/17 182/16 183/20
184/3 184/5 219/9 221/8 221/11 224/2
224/3 225/18 226/19 227/23 228/2
228/17

**thinking [3]** 2/2 86/7 225/11

**third [11]** 12/21 80/1 80/4 95/11 109/3
111/19 111/19 113/4 140/25 190/18
207/13

**this [298]**

**thoracic [3]** 116/17 205/6 209/4

**those [43]** 3/22 12/6 12/22 17/10 18/21
31/14 39/13 50/22 60/16 65/13 66/19
78/1 97/6 117/14 118/5 133/6 133/15
144/22 148/19 150/15 152/17 153/22
153/22 155/3 162/23 162/24 177/17
182/9 182/25 183/3 184/4 185/6
189/20 189/23 191/18 193/2 196/4
198/12 203/10 221/3 221/4 226/2
228/9

**though [6]** 54/11 61/24 70/17 128/12
193/11 223/10

**thought [11]** 19/6 26/14 72/21 78/20
79/6 84/19 84/21 150/4 183/14 208/4
221/18

**thoughts [2]** 60/3 70/3

**three [28]** 14/16 18/1 18/21 28/1 33/16
33/24 37/9 38/19 39/21 42/5 44/8 56/4
63/15 66/2 107/20 140/19 148/13
149/21 169/22 170/15 182/24 184/1
184/4 190/8 201/10 204/20 205/19
208/8

**three-week [1]** 205/19

**throbbing [3]** 116/9

**through [48]** 1/5 11/17 14/15 33/16
38/13 49/15 72/22 75/11 75/20 76/1
76/3 79/17 99/9 101/25 109/9 111/15
114/10 115/20 115/20 115/20 125/13
125/17 128/9 128/16 157/24 157/25
163/13 171/6 184/11 186/2 193/24
194/4 194/9 195/5 195/18 199/2
199/15 201/25 204/25 205/11 206/18
206/18 212/3 222/4 222/18 224/2
225/20 227/11

**throughout [5]** 3/4 149/25 161/20
161/23 217/9

**ticket [6]** 84/12 84/18 84/23 85/2 85/12

91/5
91/5

**tightly [1]** 75/19

**tightness [2]** 152/2 161/24

**till [3]** 59/18 79/9 144/13

**tilting [1]** 214/13

**time [113]** 5/3 15/9 17/6 17/11 19/11
19/17 20/6 20/17 22/2 22/15 25/10
27/8 30/9 30/20 31/25 33/7 35/24
40/11 41/23 45/6 45/17 47/13 49/6
49/13 51/17 51/21 52/24 52/25 55/5
55/6 55/6 55/8 55/16 55/18 56/8 59/1
59/16 60/8 60/15 60/15 69/4 79/7
79/25 80/7 80/8 80/9 83/20 84/14
84/24 85/3 85/8 85/9 86/20 86/23 87/1
87/13 87/21 88/6 88/11 88/14 88/17
88/23 90/8 90/14 91/11 94/10 95/1
96/8 105/18 117/5 120/1 123/1 127/11
129/14 129/18 129/21 130/8 130/24
132/17 132/19 133/19 133/25 134/2
137/4 141/17 144/23 156/4 156/23
157/7 157/25 159/6 163/25 164/1
179/12 184/2 184/22 185/12 187/2
187/6 187/8 192/6 203/5 203/10 206/4
212/9 213/2 214/24 215/4 215/10
218/20 219/12 219/16 223/6

**timeframe [1]** 78/23

**times [6]** 28/1 51/15 198/19 215/6
215/7 215/8

**tingle [2]** 31/18 32/1

**tingling [4]** 31/8 116/9 190/20 217/5

**tip [1]** 218/24

**tired [1]** 225/17

**to/or [1]** 110/15

**today [31]** 6/20 7/1 7/2 9/19 21/23
22/15 23/15 24/14 24/20 25/21 27/12
43/5 44/14 46/17 46/25 63/4 67/25
68/4 68/7 68/9 79/9 83/15 85/22
123/25 172/21 178/13 184/11 184/12
184/19 212/16 220/13

**today's [1]** 68/3

**toe [1]** 204/14

**together [5]** 10/8 66/12 78/4 133/22
227/2

**toilets [1]** 54/1

**Tokyo [1]** 38/23 40/12 45/12 83/17
83/24 94/13 94/21

**told [37]** 8/6 8/8 20/12 20/15 22/20
22/25 36/18 40/1 40/11 40/13 45/12
45/16 46/6 46/7 54/12 79/1 79/2 79/9
95/1 119/11 124/17 124/20 128/21
129/17 134/17 135/4 135/7 135/8
135/12 135/20 138/18 177/21 188/16
189/17 192/22 208/8 226/11

**tolerated [1]** 215/1

**tomorrow [9]** 60/13 63/4 184/20
219/15 219/18 221/7 225/14 225/18
228/25

**tongue [2]** 196/2 213/23

**tonight [2]** 221/11 228/5

**too [16]** 5/15 13/22 13/22 48/9 72/9
99/15 103/1 116/14 116/4 127/21
132/7 158/11 158/12 170/9 228/7
228/11

**took [20]** 5/3 5/12 6/5 8/6 18/15 48/5
82/19 83/15 87/19 91/6 93/24 103/13
104/15 121/10 138/12 138/13 138/19
149/25 184/23 204/1

**tools [1]** 163/15

**top [21]** 13/15 23/12 28/12 31/1 31/3
32/9 42/8 102/15 112/17 113/5 115/8
115/16 115/18 115/22 145/16 147/9
171/11 171/15 191/16 191/25
**Toradol [2]** 192/25 193/6

**total [14]** 50/14 50/16 51/2 61/24 66/3

**T**

**total... [9]** 158/18 158/19 163/9 163/10 163/12 164/14 164/16 186/21 223/20
**totality [1]** 65/24
**totally [1]** 57/20
**touched [1]** 186/23
**towards [6]** 53/11 145/19 147/2 147/8 170/14 197/24
**Town [1]** 100/19
**tragic [1]** 112/9
**trained [3]** 49/23 186/10 202/19
**training [1]** 212/10
**transcript [5]** 6/10 7/15 25/25 229/4 230/6
**transported [1]** 84/20
**trapezius [3]** 114/6 205/5 209/2
**travel [1]** 220/9
**treat [5]** 15/18 96/13 98/2 158/9 163/22
**treated [18]** 13/12 13/14 15/14 16/19 96/14 96/21 97/5 97/5 97/12 98/1 107/1 107/4 146/11 174/12 187/6 187/9 203/15 214/19
**treating [10]** 38/3 38/15 45/4 45/16 46/7 54/7 142/16 142/18 173/8 189/10
**treatment [65]** 13/13 15/20 95/23 95/24 103/9 103/20 103/25 107/3 109/19 110/19 110/21 110/22 111/14 111/18 112/8 112/10 112/12 113/12 142/23 142/3 142/24 143/1 146/8 146/10 150/5 151/21 152/12 152/14 152/20 153/5 153/8 153/20 154/1 154/5 154/17 155/19 156/17 157/19 157/24 158/1 163/14 163/23 166/14 166/15 166/19 187/19 187/23 200/12 203/1 203/13 205/22 205/22 206/12 206/14 206/21 207/16 208/2 208/10 208/20 209/10 209/19 217/9 218/13 218/18 219/2
**treatments [3]** 106/4 166/22 206/13
**tremendous [1]** 164/3
**Tri [7]** 106/7 108/11 144/3 146/23 147/9 154/18 171/19
**Tri-County [7]** 106/7 108/11 144/3 146/23 147/9 154/18 171/19
**trial [9]** 1/8 58/10 70/16 145/19 151/17 158/21 227/16 227/19 227/23
**tried [3]** 115/1 135/2 135/8
**trip [2]** 91/3 95/6
**trouble [1]** 46/19
**trousers [7]** 85/19 85/25 86/3 86/14 89/5 89/16 122/24
**true [23]** 12/4 12/19 13/3 15/3 17/12 18/2 25/14 26/2 29/15 29/25 32/24 33/3 33/4 39/24 40/9 40/13 45/9 55/13 102/10 102/12 104/22 132/13 224/24
**truly [1]** 195/10
**trust [1]** 33/4
**trusted [1]** 15/6
**truth [2]** 176/6 176/7
**truthfully [1]** 102/4
**Truvada [5]** 6/1 7/22 7/25 11/5 82/15 100/2
**try [7]** 17/10 115/1 171/6 183/23 184/11 184/18 223/22
**trying [10]** 10/3 13/18 38/10 44/6 53/8 89/18 118/13 120/7 156/23 192/18
**TS [1]** 116/18
**turn [14]** 27/4 82/9 87/4 98/9 145/18 145/23 146/1 146/13 158/20 164/17 170/14 187/1 196/3 216/14
**turned [5]** 53/11 87/2 87/14 149/1 149/9
**turning [2]** 198/7 214/12
**turns [1]** 225/15

**twice [3]** 166/23 205/18 205/18
**twist [1]** 131/10
**two [69]** 2/24 3/13 14/16 15/21 16/12 16/15 32/8 33/16 33/24 36/3 38/23 40/18 42/5 43/9 43/11 43/18 43/19 44/2 44/13 45/11 45/19 50/14 51/2 51/4 56/3 56/25 64/4 64/19 64/21 64/25 69/19 71/2 71/23 74/23 79/14 103/16 110/3 113/2 113/2 121/8 123/24 125/13 125/23 126/13 129/21 134/14 134/21 139/19 140/19 148/9 150/3 155/25 160/16 162/8 164/9 164/10 164/11 169/22 170/15 197/16 208/15 210/2 210/4 221/14 223/20 224/4 225/17 227/25 228/8
**two-and-a-half [1]** 79/14
**two-month [1]** 125/13
**Tylenol [1]** 193/12
**Tylenol-based [1]** 193/12
**type [8]** 14/23 144/10 163/15 166/3 193/5 194/2 195/24 197/7
**typed [1]** 45/1
**types [2]** 41/8 167/21
**typical [1]** 193/19
**typically [13]** 191/8 191/11 191/13 191/18 191/23 193/4 194/20 195/3 195/20 195/24 197/2 197/8 197/20
**typo [1]** 71/19

**U**

**U.S [1]** 175/18
**ultrasound [3]** 152/23 152/25 153/1
**Um [1]** 44/19
**unable [11]** 13/16 14/3 89/20 89/23 90/8 90/15 91/12 107/6 109/10 130/1 130/6
**unaware [1]** 21/20
**uncalled [1]** 57/21
**uncommon [1]** 192/2
**under [21]** 4/19 13/6 17/5 21/15 29/21 31/15 32/15 32/18 32/20 32/22 39/14 40/22 51/23 68/2 81/22 93/6 93/20 116/13 146/22 166/18 218/16
**undergo [1]** 201/6
**undergraduate [7]** 144/4 186/4 186/6 202/1 202/3 212/4 212/6
**underneath [1]** 174/17
**understand [13]** 11/4 33/9 35/14 57/14 89/23 98/18 99/1 105/14 117/6 118/12 127/6 132/16 149/11
**understanding [2]** 85/14 142/15
**understood [2]** 150/6 203/11
**undue [1]** 57/18
**unduly [1]** 59/6
**unemployment [3]** 54/10 54/15 54/15
**unexplained [1]** 199/10
**unfortunate [1]** 58/5
**uniform [5]** 86/15 121/11 121/16 121/21 121/23
**UNITED [5]** 1/1 1/9 1/22 109/18 212/8
**University [18]** 95/21 95/22 96/2 106/8 108/2 108/4 108/11 118/19 144/5 144/9 144/10 144/19 186/6 202/9 202/11 202/12 212/7 212/10
**unless [6]** 7/16 64/1 71/24 197/1 197/18 225/24
**unlikely [2]** 200/24 201/1
**unprovoked [1]** 11/6
**unquote [1]** 188/13
**unremarkable [2]** 189/13 205/7
**unsure [2]** 110/7 153/19
**until [17]** 10/10 10/12 15/22 57/17 58/1 60/1 60/22 61/24 74/24 78/19 80/22 129/23 137/20 179/14 179/25 196/19 225/14

**untrue [1]** 40/3
**up [30]** 9/25 22/10 40/15 42/23 43/6 46/15 53/25 54/4 55/7 84/18 88/7 89/1 89/14 122/23 123/22 128/25 129/2 131/7 134/3 134/12 134/13 136/9 137/17 137/25 142/13 143/17 145/1 145/3 156/10 157/3 166/13 166/18 169/4 172/1 177/10 177/11 177/14 188/16 189/17 197/13 197/17 197/18 202/13 205/20 208/3 222/12 222/13 222/22 228/8
**upon [11]** 44/11 60/8 60/15 65/13 69/9 74/25 78/24 120/20 162/16 163/3 204/25
**upper [7]** 39/10 43/22 50/13 116/4 198/6 214/6 216/8
**ups [1]** 105/25
**us [30]** 17/15 17/23 18/1 18/22 21/23 22/20 41/18 44/12 47/12 47/16 51/5 60/15 61/2 65/21 72/9 91/8 95/1 138/21 163/22 173/4 173/18 177/15 177/19 185/6 189/17 192/23 193/24 193/25 195/17 223/7
**use [23]** 2/7 61/23 66/6 69/11 80/6 84/17 93/10 98/17 147/4 151/10 171/9 177/9 181/25 182/2 188/23 196/20 196/24 198/10 198/12 227/18 227/23 228/9 228/13
**used [5]** 72/10 128/7 193/7 193/8 193/15
**useful [1]** 30/4
**uses [2]** 198/9 199/19
**using [6]** 37/19 66/1 177/11 192/8 213/4 213/6 213/7 213/8 214/25 227/16
**usually [2]** 50/6 157/6
**utilize [3]** 73/6 73/6 159/25
**utilized [3]** 163/15 164/19 167/12
**uvula [1]** 213/23

**V**

**VA [1]** 212/10
**vaguely [1]** 218/15
**valid [1]** 129/23
**validated [1]** 129/19
**value [13]** 2/17 3/3 61/5 61/21 62/9 62/12 63/15 68/12 68/15 68/15 68/18 69/2 69/10
**vantage [1]** 122/22
**various [4]** 73/3 108/12 155/22 198/7
**vehicle [7]** 17/3 17/6 48/4 48/11 53/23 192/21 204/6
**vehicle's [1]** 103/11
**verdict [10]** 3/10 3/12 3/13 3/14 3/17 71/1 74/10 74/14 81/2 222/15
**verified [1]** 12/18
**verify [2]** 139/13 203/10
**verifying [2]** 13/2 15/3
**vertebra [1]** 214/5
**vertebrae [1]** 214/2
**vertebral [1]** 214/23
**very [21]** 12/2 27/8 57/12 62/1 63/2 67/14 77/7 79/8 97/20 121/3 167/25 175/2 176/10 177/4 179/25 188/24 193/9 193/9 200/24 215/14 224/9
**Vicodin [5]** 36/14 36/17 193/1 193/12 193/15
**victim [18]** 124/13 125/8 125/13 126/4 126/12 126/18 128/19 128/21 130/7 130/12 168/22 168/25 169/8 169/16 169/19 170/13 220/23 228/3
**Victim's [1]** 128/13
**Victims [5]** 124/15 172/25 173/14 174/22 175/8
**victory [1]** 183/23

## V

**view [1]** 57/16
**views [1]** 200/20
**violent [1]** 104/6
**Virginia [1]** 186/14
**visit [29]** 16/14 40/13 46/15 107/21
107/23 110/5 111/23 114/3 147/14
147/17 152/15 176/13 188/2 203/6
203/20 203/21 203/24 207/1 207/7
212/20 212/24 213/4 213/13 216/14
217/3 217/8 217/16 217/17 218/6
**visits [13]** 15/21 42/6 109/19 109/21
110/3 110/4 163/9 163/10 163/12
164/2 166/19 215/16 218/4
**visualized [1]** 87/2
**visualizing [1]** 88/24
**vitae [1]** 145/20
**VOLUME [1]** 1/5
**voluntary [1]** 202/10
**vouch [2]** 14/25 27/20
**vouching [1]** 15/4

## W

**wage [5]** 125/8 125/16 126/4 126/12
126/22
**wages [10]** 67/24 100/18 103/21 104/1
123/3 125/12 125/16 126/17 128/16
129/11
**wait [6]** 10/9 45/20 112/21 112/21
131/22 137/20
**waited [1]** 57/17
**waiting [1]** 83/17
**Walgreens [1]** 105/21
**walk [3]** 52/10 52/16 198/10
**walked [3]** 84/12 85/4 86/21
**walker [4]** 192/8 198/9 198/11 199/19
**walking [1]** 213/20
**WalMart [1]** 105/22
**Waltham [1]** 186/7
**wander [1]** 53/14
**want [91]** 2/1 3/22 3/23 5/2 12/21 16/23
28/16 36/3 40/18 47/18 50/7 50/9
51/23 54/21 57/18 58/7 60/3 60/14
64/11 69/14 69/14 69/24 73/20 74/11
74/12 78/21 79/7 79/8 80/7 80/16
98/25 105/17 107/5 117/20 120/8
121/4 123/2 129/8 130/21 131/2
131/15 131/23 133/13 136/25 140/9
140/9 142/16 143/9 147/4 148/4
150/19 150/20 168/14 177/14 179/16
179/21 180/3 180/18 183/22 184/11
184/13 184/18 184/19 185/6 186/23
187/1 195/7 201/11 201/24 201/24
210/12 212/3 220/6 221/8 222/12
222/17 222/18 222/19 224/12 224/16
225/22 225/23 225/23 225/25 226/23
226/23 226/24 227/9 227/10 227/14
228/11
**wanted [12]** 47/3 54/3 66/8 76/20 76/20
79/20 80/12 80/14 133/23 133/25
161/3 220/8
**wants [7]** 35/11 38/10 69/23 93/13
93/14 180/1 225/17
**warning [1]** 80/7
**warnings [2]** 181/18 181/19
**warranted [1]** 167/11
**was [466]**
**wasn't [14]** 17/24 35/14 45/2 55/13
85/4 85/6 89/18 118/17 120/16 122/12
128/25 200/18 211/2 220/3
**waste [2]** 31/25 214/8
**watered [1]** 25/7
**way [17]** 3/20 12/8 12/9 63/22 72/4
73/7 73/13 87/4 128/21 129/24 139/5

154/10 168/10 182/17 196/12 199/23
216/4
**ways [1]** 15/12
**we [213]** 2/7 2/15 3/25 4/15 5/2 5/17
5/19 7/3 7/3 7/21 9/3 9/19 11/17 11/18
12/3 15/8 20/22 21/1 34/12 42/19 44/8
47/8 49/2 51/5 51/20 54/12 58/2 58/18
58/25 59/7 59/10 59/11 59/11 59/17
60/11 61/13 61/14 63/25 64/3 64/4
67/10 67/13 69/18 69/21 70/18 70/19
74/1 74/16 74/23 75/13 76/5 76/13
76/20 77/3 78/23 79/3 79/5 79/16
79/24 81/4 81/7 81/8 85/22 91/3 91/4
91/6 91/6 91/7 92/4 94/21 95/10 95/11
97/16 97/16 97/21 108/22 109/22
112/21 113/2 115/18 117/15 117/17
117/22 124/13 126/24 129/1 132/7
132/10 133/13 138/5 139/10 139/13
139/16 140/16 140/17 140/19 141/16
142/2 142/13 147/13 148/9 148/10
148/13 148/15 149/14 149/16 149/20
149/25 150/2 150/3 150/3 150/14
150/15 151/4 151/22 152/2 152/23
152/23 153/14 154/2 154/6 154/10
154/11 154/12 155/15 155/17 156/7
157/2 157/19 159/2 159/4 159/6 159/7
159/10 161/1 161/2 161/11 162/6
162/15 162/16 162/18 163/21 164/4
164/11 173/3 173/4 173/12 173/17
173/19 173/21 175/7 176/22 177/1
177/1 177/18 178/13 179/2 179/2
179/3 179/18 180/1 180/11 180/11
180/12 180/19 182/24 184/19 185/2
185/13 190/2 194/3 194/21 195/21
198/12 198/21 200/20 201/3 205/11
209/13 209/13 215/11 215/23 216/16
217/3 219/22 220/13 221/4 221/10
221/11 222/13 222/18 222/22 222/22
223/4 223/12 223/19 223/21 223/23
223/24 223/25 224/1 224/2 224/3
224/5 224/8 224/16 224/17 225/10
225/11 226/14 227/18 228/14 228/18
**we'd [1]** 227/23
**we'll [20]** 2/2 4/7 14/11 30/2 57/1 60/1
60/22 76/11 77/8 78/19 80/22 141/23
184/21 200/1 210/14 219/17 223/19
224/7 224/20 225/6
**we're [24]** 4/6 16/4 25/20 30/25 44/13
67/9 83/15 88/9 101/2 114/10 117/11
123/24 124/7 126/15 138/13 148/20
150/23 153/19 165/2 172/20 192/18
194/3 224/2 225/6
**we've [16]** 5/22 8/12 43/18 53/17 56/24
73/3 74/18 135/19 136/8 136/11
136/23 163/13 173/23 217/21 223/19
228/2
**weakness [8]** 32/12 32/14 32/19 39/11
116/9 196/13 199/23 217/5
**wear [1]** 121/10
**wearing [5]** 85/19 89/5 121/16 121/21
121/22
**wears [1]** 89/16
**weather [1]** 60/20
**Webster [1]** 183/8
**WEDNESDAY [1]** 1/6
**week [4]** 98/21 128/9 205/19 205/19
**weeks [12]** 38/23 43/18 44/2 44/13
45/11 56/4 158/1 201/5 205/19 208/9
210/2 210/4
**weigh [1]** 70/16
**weight [1]** 213/18
**welcome [2]** 24/12 141/22
**well [125]** 5/12 5/22 8/10 9/9 9/21
13/23 14/11 17/25 18/20 19/3 19/19
20/25 23/2 23/19 25/19 27/4 28/15

29/9 30/14 31/7 32/14 33/10 34/19
37/8 38/23 39/12 41/18 43/7 44/6 44/22
45/15 46/9 50/5 51/8 53/10 56/25
58/13 59/9 61/10 64/21 66/12 68/5
69/16 71/2 73/9 74/12 76/25 77/8 78/7
79/16 82/12 84/2 85/13 86/2 93/12
95/11 96/17 97/10 101/14 101/25
107/15 108/22 111/17 112/16 118/6
120/19 124/4 125/20 134/13 139/5
139/7 145/14 146/11 147/22 148/20
150/18 151/3 151/11 152/1 153/20
156/2 158/3 160/13 160/24 161/11
161/15 162/7 163/15 163/18 163/19
165/1 165/24 168/10 170/19 171/9
171/21 173/3 173/6 173/9 173/17
173/23 174/8 176/3 176/5 179/4 180/4
180/6 182/7 183/8 184/10 185/3 203/5
207/2 207/2 214/3 214/4 215/1 215/7
224/19 224/22 224/24 225/1 225/13
225/21 226/22 227/24
**went [23]** 11/17 20/22 24/10 31/5 39/25
40/9 45/15 45/18 55/24 56/5 84/5
84/18 90/5 90/14 91/6 97/11 120/6
144/9 170/10 186/4 186/8 189/3 224/5
**were [136]** 3/2 5/23 9/10 9/14 10/22
11/10 11/22 12/10 12/11 13/14 16/17
17/5 18/5 19/11 19/12 25/14 26/14
32/25 37/11 38/2 39/13 41/22 42/9
46/2 47/6 49/5 49/12 54/5 54/19 55/9
67/14 68/18 72/19 73/10 76/2 76/22
76/25 79/3 79/22 86/3 86/4 86/13
88/23 88/24 89/20 89/23 90/8 90/15
90/20 91/8 91/12 91/25 95/2 97/7
97/21 99/21 103/25 104/2 107/3
107/20 110/16 111/5 118/15 118/24
118/25 119/1 119/8 121/22 122/24
123/23 125/22 126/16 127/9 128/15
128/16 130/1 130/6 131/20 132/2
133/7 135/9 138/11 140/16 144/13
147/6 152/6 152/8 155/2 155/6 156/1
157/2 161/2 161/24 162/12 162/23
173/17 176/22 181/16 182/19 188/21
189/20 192/4 192/4 194/1 195/19
197/16 199/2 205/2 205/14 206/3
206/6 207/18 207/22 208/12 208/22
209/23 210/22 213/18 213/24 214/7
214/10 214/22 217/4 218/12 220/3
220/4 220/6 221/10 226/2 228/17
229/2
**weren't [8]** 88/24 122/14 129/10
129/11 153/14 161/1 228/14 228/16
**West [2]** 186/14 201/23
**what [301]**
**what that [1]** 128/12
**what's [11]** 41/2 64/2 79/12 95/19
114/5 114/19 145/18 168/22 173/11
207/4 227/15
**whatever [7]** 32/12 68/22 151/8 158/6
179/24 195/7 198/11
**whatsoever [1]** 181/4
**wheelchair [53]** 26/18 38/24 38/25 75/7
75/22 84/15 84/17 84/20 85/10 85/15
85/18 85/24 86/13 87/2 87/7 87/14
87/16 88/2 88/18 88/21 88/24 89/10
89/13 89/19 89/25 90/16 90/22 91/14
94/17 95/2 109/13 119/15 119/20
119/24 121/10 121/21 122/11 122/18
133/22 172/20 181/6 181/11 181/16
181/17 181/20 181/23 181/25 182/2
182/4 182/19 182/20 210/5 218/8
**when [91]** 5/12 6/4 6/4 6/8 8/19 9/25
11/7 15/16 15/24 18/15 19/20 20/14
25/14 26/11 32/25 33/11 39/24 40/9
47/8 50/21 51/5 51/22 54/6 54/16

**W**

**when...** [67] 54/17 55/9 63/3 70/5 71/2 71/3 71/24 76/6 79/2 84/2 84/18 90/5 90/14 90/20 91/25 94/21 110/18 121/1 121/2 123/23 126/16 130/6 132/5 145/3 146/10 149/4 149/16 150/7 150/12 154/9 154/11 154/15 154/18 156/2 156/13 159/2 159/4 162/6 162/6 162/19 162/20 167/12 169/5 172/23 183/16 187/6 191/6 191/23 194/20 195/3 195/6 196/24 198/21 199/15 203/4 203/9 203/18 206/16 210/25 213/4 215/2 215/4 215/12 216/10 218/23 219/6 220/13

**Whenever** [2] 215/7 215/8

**where** [53] 5/2 6/23 31/11 31/18 31/21 32/3 32/16 33/14 34/5 35/3 44/8 70/6 72/11 84/20 95/17 97/2 120/22 120/23 124/9 125/1 134/22 143/25 144/4 144/8 144/18 144/22 146/23 150/9 152/2 156/4 156/8 156/11 156/21 157/8 157/9 157/15 160/11 162/15 163/5 168/15 170/8 180/12 186/4 186/15 188/25 190/2 194/9 194/12 196/20 200/6 223/19 223/21 225/6

**whether** [44] 2/20 3/15 3/20 8/7 10/1 10/5 11/7 25/3 25/15 26/17 27/21 29/2 33/5 38/1 44/10 47/17 51/21 55/10 55/14 59/16 69/7 69/8 70/9 72/17 72/19 72/20 77/16 86/4 99/21 110/19 118/25 180/2 182/15 183/18 195/10 196/15 196/21 208/17 217/18 218/5 219/24 220/3 220/5 226/24

**which** [154] 2/6 2/9 3/18 5/18 5/23 9/14 10/16 10/22 11/9 11/20 11/24 11/25 13/11 13/14 15/3 15/8 15/18 15/18 17/6 19/5 19/11 19/12 20/12 22/10 23/3 23/15 23/18 24/13 24/14 25/6 26/5 30/24 31/2 37/7 37/9 40/12 41/17 42/3 48/4 49/16 53/16 57/22 61/6 62/4 63/16 65/3 71/4 71/18 71/19 71/21 73/3 81/2 82/5 82/19 87/13 92/15 99/24 100/24 103/19 104/13 104/15 105/14 107/1 107/3 109/6 110/1 111/20 112/21 124/24 125/14 126/15 126/15 126/21 127/13 127/19 128/15 129/23 130/2 130/3 131/23 138/5 138/13 139/6 141/9 146/24 147/9 148/8 148/12 150/2 151/23 152/23 155/11 155/11 155/12 161/24 161/25 163/14 166/24 167/6 170/22 172/12 172/13 172/17 173/1 173/7 174/1 177/21 178/1 178/8 178/13 180/1 181/14 182/9 183/9 186/9 187/8 188/17 189/6 190/5 190/8 190/25 191/11 191/13 192/4 192/19 192/21 193/6 193/12 193/20 193/23 196/9 196/23 197/1 198/15 198/23 200/23 201/5 201/6 204/13 204/15 204/16 204/24 205/17 207/2 212/17 213/20 214/19 216/7 216/8 216/14 216/19 220/12 220/25 228/3

**while** [7] 54/6 65/12 68/12 78/6 119/19 148/20 191/25

**whiplash** [4] 188/13 188/17 188/21 188/23

**white** [9] 85/20 85/25 86/4 86/14 89/5 89/17 122/8 122/20 122/25

**who** [75] 18/21 35/5 40/5 41/11 43/21 45/16 47/11 54/7 55/22 56/1 56/3 56/23 56/23 80/12 84/3 84/5 84/8 84/23 85/1 85/9 85/23 86/13 88/13 89/9 89/16 89/16 89/24 90/9 90/16 90/21 90/21 91/8 91/8 91/13 91/13

92/12 94/4 94/9 95/14 96/6 96/20 96/20 98/1 104/8 104/10 105/17 105/21 112/5 112/6 119/24 119/25 121/20 122/10 122/17 131/13 131/13 133/6 133/6 133/9 133/15 135/5 135/6 160/20 175/15 179/16 179/16 181/5 188/7 189/15 199/6 213/1 214/19 221/15 221/15 224/12

**who's** [3] 35/6 89/5 175/13

**whole** [10] 30/22 48/18 48/22 49/17 50/19 50/19 57/20 70/11 82/25 165/7

**wholesale** [1] 182/14

**whom** [7] 13/11 84/8 96/1 101/11 102/20 105/13 107/1

**whose** [2] 133/7 199/5

**why** [27] 10/7 10/13 19/9 30/16 50/2 54/19 55/24 60/4 65/2 66/8 112/11 117/17 129/17 132/17 132/18 133/18 142/22 142/23 149/11 179/10 179/19 179/21 180/3 192/19 206/25 213/7 223/15

**Wilensky** [24] 14/8 14/10 15/10 15/12 15/14 15/17 15/20 16/4 16/8 16/12 16/19 17/1 17/9 17/16 17/23 17/24 18/3 33/7 33/12 34/5 47/19 48/3 54/22 55/1

**Wilensky's** [3] 16/24 49/16 50/3

**will** [86] 3/5 4/15 4/17 25/5 33/4 48/17 49/24 56/9 56/17 58/23 58/25 59/5 60/12 61/22 61/23 61/24 62/7 64/5 64/15 66/17 66/24 68/4 68/9 68/9 69/17 70/18 72/16 73/4 73/5 73/15 75/1 77/10 77/12 80/16 81/12 82/23 110/9 123/16 131/7 138/18 139/16 140/3 140/25 142/2 142/20 150/2 151/2 151/7 155/24 169/23 171/23 179/6 180/4 180/11 180/16 180/22 183/2 184/3 184/14 184/16 184/17 185/19 186/20 199/13 200/7 200/8 200/8 201/9 201/15 201/16 211/20 215/11 219/16 220/16 220/20 222/2 223/3 223/9 223/23 224/6 224/12 225/2 225/16 227/18 228/2 228/3

**willing** [1] 54/2

**Wilson** [1] 183/11

**win** [1] 57/9

**Winster** [1] 183/4

**wipe** [1] 54/1

**wise** [1] 183/11

**wish** [1] 219/20

**withdraw** [1] 180/4

**withdrew** [4] 57/3 60/24 142/1 219/21

**within** [6] 51/15 56/3 150/22 190/25 213/25 214/7

**without** [9] 23/9 52/10 62/25 73/11 73/18 167/21 191/21 194/17 194/20

**witness** [29] 4/17 7/14 10/11 15/13 22/18 24/7 49/23 53/13 56/14 57/11 70/6 70/9 70/11 70/17 79/9 81/12 92/15 141/24 142/3 142/9 143/10 143/12 147/3 170/24 178/23 179/2 179/5 201/11 222/1

**witness's** [1] 211/16

**witnesses** [13] 63/7 63/8 70/12 72/25 142/18 179/20 180/9 184/15 211/13 219/10 219/11 222/1 229/12

**WL** [1] 183/6

**WL-585781** [1] 183/6

**woman** [3] 183/15 195/13 199/18

**Women's** [1] 202/6

**won't** [4] 64/14 132/15 221/21 225/19

**word** [6] 40/22 41/2 114/21 115/2 138/19 188/23

**words** [11] 12/10 31/14 53/11 194/8 197/22 198/22 200/3 200/16 222/17

225/22 227/5

**work** [22] 22/11 25/6 48/9 54/7 54/8 54/9 54/21 55/6 77/25 78/3 119/11 119/13 121/24 124/3 128/16 130/1 130/6 144/18 145/2 151/23 186/6 188/8

**worked** [2] 25/7 101/11

**workers'** [11] 9/23 19/21 100/13 104/8 104/12 107/18 145/14 145/15 146/5 189/3 189/19

**working** [8] 19/12 68/8 68/13 68/20 69/2 130/12 182/19 212/11

**works** [2] 95/15 135/6

**workup** [1] 208/7

**worldwide** [1] 94/10

**worse** [2] 30/19

**worsen** [1] 198/23

**worsened** [1] 198/22

**worst** [1] 32/3

**worth** [8] 94/6 94/13 134/10 135/6 138/19 141/3 141/9 183/19

**would** [127] 8/8 8/22 8/23 9/7 20/23 23/3 25/21 25/24 29/9 31/22 31/22 33/13 33/14 40/3 41/20 41/20 42/15 43/23 45/6 49/18 59/2 59/10 63/5 63/23 64/3 66/15 67/9 67/11 67/12 68/5 68/6 68/7 68/14 68/14 68/21 69/1 69/18 74/13 75/10 77/1 77/2 77/15 77/16 78/3 79/5 79/9 79/17 79/18 82/14 82/22 84/20 84/21 93/16 101/6 101/12 101/19 101/21 102/14 109/8 111/18 124/23 127/7 127/20 129/4 131/3 131/20 135/1 135/11 140/8 143/11 144/22 147/20 148/18 153/8 153/22 154/18 157/5 158/20 163/8 163/22 163/23 163/24 164/8 164/10 166/5 166/8 166/16 166/18 166/24 167/1 167/11 177/17 179/15 183/3 183/17 183/20 185/16 186/3 186/18 188/22 188/22 194/25 195/17 197/4 200/4 201/14 202/14 210/8 210/9 211/8 211/19 213/9 216/5 218/19 220/21 220/22 221/11 221/13 223/12 223/22 223/22 224/3 224/5 224/6 224/17 226/15 228/6

**wouldn't** [11] 64/20 68/1 68/13 68/25 79/23 130/11 132/8 149/11 173/6 182/20 224/22

**wrist** [1] 116/6

**write** [7] 15/11 29/13 131/2 131/4 134/1 176/12 176/22

**writes** [1] 48/3

**written** [19] 9/10 12/8 17/4 27/19 27/20 29/20 31/14 32/15 32/16 32/16 33/14 34/7 55/2 73/7 95/3 114/5 175/11 181/18 210/9

**wrong** [4] 21/9 48/25 146/24 147/1

**wrote** [10] 14/25 41/12 41/12 41/13 152/18 165/12 166/1 167/8 178/9 178/14

**X**

**x-rays** [2] 189/9 189/9

**X-subluxation** [1] 116/14

**Y**

**yeah** [20] 15/11 17/23 29/22 43/17 48/1 98/12 122/25 113/3 113/25 113/23 145/14 153/15 153/24 158/13 161/23 162/21 167/20 168/18 183/1 222/24

**year** [26] 8/3 15/22 15/24 15/24 36/3 38/13 50/17 50/18 50/19 51/15 51/17 51/17 68/20 95/9 96/12 101/17 129/23 158/5 166/18 166/22 174/1 186/19

## Y

**year... [4]** 186/20 188/7 199/5 212/6
**years [40]** 11/15 11/20 13/12 14/3
14/16 14/16 16/17 16/17 30/12 30/20
50/12 50/14 50/23 50/25 51/2 51/3
51/4 51/4 68/19 69/1 80/3 101/11
107/2 107/6 109/10 121/25 123/24
144/6 144/12 144/13 145/1 145/6
186/11 186/13 186/18 186/19 186/21
195/6 204/5 204/20
**Yep [1]** 183/6
**yes [344]**
**yesterday [12]** 5/5 5/9 5/22 7/21 8/14
11/18 15/8 33/5 55/17 59/1 79/2 87/2
**yet [4]** 50/18 50/21 68/1 110/1
**yield [1]** 208/7
**York [2]** 202/4 202/5
**you [1309]**
**you'd [3]** 44/21 47/23 145/18
**you'll [7]** 43/9 78/5 123/12 123/18
124/22 192/1 225/18
**you're [89]** 8/10 10/7 10/22 10/25 11/9
13/2 13/25 14/2 15/3 15/17 21/20
21/23 21/25 22/3 22/5 24/1 24/12
29/23 35/6 36/10 36/17 36/20 39/20
41/7 41/18 44/2 45/10 50/25 52/5 53/7
53/8 53/18 55/1 56/17 59/3 75/12
80/19 80/20 83/16 84/3 84/22 87/24
88/2 88/17 90/19 92/9 93/3 102/4
102/9 118/13 120/7 125/12 127/13
128/8 141/22 150/18 155/5 156/11
156/23 168/6 168/8 168/11 169/5
169/15 169/18 171/12 173/8 175/12
177/7 177/14 177/19 179/4 179/5
184/15 186/24 197/9 197/20 198/16
207/15 212/16 218/23 221/15 223/13
223/13 223/13 224/24 225/6 225/16
227/15
**you've [25]** 14/5 19/6 26/8 32/5 32/13
32/14 33/10 38/19 39/11 39/21 50/23
53/16 85/3 85/19 128/9 138/14 138/21
152/16 153/21 163/14 174/19 187/2
187/9 227/21 227/25
**younger [1]** 218/16
**your [450]**
**yours [1]** 131/23
**yourself [4]** 87/15 87/16 88/3 121/1
**yourselves [1]** 219/14

## Z

**Zachary [1]** 104/11
**Zaslow [4]** 96/11 105/23 160/19 160/20
**Zaslow's [1]** 106/10
**zero [4]** 68/15 115/20 116/23 178/12